| | | POS-010 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>DANIEL LOW | SBN: 218387<br>KOTCHEN & LOW LLP<br>1745 KALORAMA RD, NW STE 101 WASHINGTON, DC 20009<br>TELEPHONE NO.: (202) 471-1995 | FAX NO. (202) 280-1128 | E-MAIL ADDRESS *(Optional)*: mvk@kotchen.com<br>ATTORNEY FOR *(Name)*: | | FOR COURT USE ONLY |

UNITED STATES DISTRICT COURT
STREET ADDRESS: 450 GOLDEN GATE #1111
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: NORTHERN DISTRICT

| PLAINTIFF: STEVEN HELDT | CASE NUMBER: |
|---|---|
| DEFENDANT: TATA CONSULTANCY SERVICES, LTD. | C15-1696 JCS |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents)*: COVER LETTER; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO; STANDING ORDER FOR ALL JUDGES; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION PACKET; NOTICE OF ASSIGNMENT OF CASE; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION
3. a. Party served *(specify name of party as shown on documents served)*:
   **TATA CONSULTANCY SERVICES, LTD.**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **CT CORPORATION SYSTEM - BJORN FLOR - REGISTERED AGENT FOR SERVICE - AUTHORIZED TO ACCEPT**
   Age: 30   Weight: 200   Hair: SHAVED BLACK   Sex: Male
   Height: 5'10   Race: HISPANIC

4. Address where the party was served: **818 W 7th St Fl 2**
   **Los Angeles, CA 90017-3407**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **4/23/2015**  (2) at *(time)*: **12:55 PM**

   b. ☐ **by substituted service.** On *(date)*:  at *(time)*:  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:  from *(city)*: ,   or ☐ a declaration of mailing is attached.

Page 1 of 2

Form Approved for Mandatory Use (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/106605

| PETITIONER: STEVEN HELDT | CASE NUMBER: |
|---|---|
| RESPONDENT: TATA CONSULTANCY SERVICES, LTD. | C15-1696 JCS |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                    (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☑ On behalf of *(specify):* **TATA CONSULTANCY SERVICES, LTD.**
    under the following Code of Civil Procedure section:

    ☑ 416.10 (corporation)                   ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)                     ☐ 415.46 (occupant)
                                                          ☐ other:

7. **Person who served papers**
   a. Name: **RYAN LANCASTER - JPL Process Service, LLC**
   b. Address: **PO Box 918 Midway City, CA 92655**
   c. Telephone number: **(866) 754-0520**
   d. The fee for service was: $ **75.00**
   e. I am:

    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
       (i) ☐ owner    ☐ employee    ☑ independent contractor.
      (ii) Registration No.: **7067**
     (iii) County: **LOS ANGELES**

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **4/24/2015**

JPL Process Service, LLC
PO Box 918
Midway City, CA 92655
(866) 754-0520
http://www.jplps.com/

__RYAN LANCASTER__              ▶ *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)       (SIGNATURE)