1  MICHELLE M. LA MAR (SBN 163038)
   mlamar@loeb.com
2  PATRICK N. DOWNES (SBN 186461)
   pdownes@loeb.com
3  ERIN M. SMITH (SBN 235039)
   esmith@loeb.com
4  LOEB & LOEB LLP
   10100 Santa Monica Blvd., Suite 2200
5  Los Angeles, CA 90067
   Telephone: 310.282.2000
6  Facsimile: 310.282.2200

7  Attorneys for Defendant
   TATA CONSULTANCY SERVICES, LTD.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN HELDT, <br><br> Plaintiff, <br><br> v. <br><br> TATA CONSULTANCY SERVICES, LTD., <br><br> Defendant. | Case No.: 3:15-cv-01696-JCS <br><br> Assigned to Hon. Joseph C. Spero <br><br> **CLASS ACTION** <br><br> **NOTICE OF APPEARANCE OF COUNSEL** <br><br> Complaint Filed: April 14, 2015 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2425833.1
205625-10015

NOTICE OF APPEARANCE OF COUNSEL
CASE NO.: 3:15-CV-01696-JCS

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that attorney Michelle M. La Mar of Loeb & Loeb LLP, 10100 Santa Monica Blvd., Suite 2200, Los Angeles, CA 90067, a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance in the above-captioned matter as counsel of record on behalf of Defendant Tata Consultancy Services, Ltd.

Dated: May 7, 2015

LOEB & LOEB LLP
MICHELLE M. LA MAR
PATRICK N. DOWNES
ERIN M. SMITH

By: /s/ Michelle M. La Mar
Michelle M. La Mar
Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2425833.1
205625-10015

2

NOTICE OF APPEARANCE OF COUNSEL
CASE NO.: 3:15-CV-01696-JCS