MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN HELDT,<br><br>Plaintiff,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 3:15-cv-01696-JCS<br><br>Assigned to Hon. Joseph C. Spero<br><br>**CLASS ACTION**<br><br>**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES**<br><br>Complaint Filed: April 14, 2015 |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2425807.1
205625-10015

DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES
CASE NO.: 3:15-CV-01696-JCS

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties (including putative class members), no entity or person (1) has a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) has a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Dated: May 7, 2015

LOEB & LOEB LLP
MICHELLE M. LA MAR
PATRICK N. DOWNES
ERIN M. SMITH

By: /s/ Michelle M. La Mar
    Michelle M. La Mar
    Attorneys for Defendant
    TATA CONSULTANCY SERVICES, LTD.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2425807.1
205625-10015

2

DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES
CASE NO.: 3:15-CV-01696-JCS