MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN HELDT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>　　　　Defendant. | Case No.: 3:15-cv-01696-JCS<br><br>Assigned to Hon. Joseph C. Spero<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Complaint Filed: April 14, 2015 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2426061.1
205625-10001

NOTICE OF APPEARANCE OF COUNSEL
CASE NO.: 3:15-CV-01696-JCS

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Patrick N. Downes of Loeb & Loeb LLP, 10100 Santa Monica Blvd., Suite 2200, Los Angeles, CA 90067, a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance in the above-captioned matter as counsel of record on behalf of Defendant Tata Consultancy Services, Ltd.

Dated: May 8, 2015

LOEB & LOEB LLP
MICHELLE M. LA MAR
PATRICK N. DOWNES
ERIN M. SMITH

By: /s/Patrick N. Downes
Patrick N. Downes
Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2426061.1
205625-10001

2

NOTICE OF APPEARANCE OF COUNSEL
CASE NO.: 3:15-CV-01696-JCS