UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HELDT,<br>            Plaintiff,<br>v.<br>TATA CONSULTANCY SERVICES, LTD,<br>           Defendant. | Case No. 15-cv-01696-JCS<br><br>CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION |

☐ **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☒ **Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: May 13, 2015

NAME: LOEB & LOEB LLP
MICHELLE M. LA MAR
PATRICK N. DOWNES
ERIN M. SMITH

COUNSEL FOR (OR "PRO SE"): DEFENDANT TATA CONSULTANCY SERVICES, LTD.

/s/Patrick N. Downes
*Signature*