1  Daniel Low, SBN 218387
   **KOTCHEN & LOW LLP**
2  1745 Kalorama Road NW, Suite 101
   Washington, DC 20009
3  Telephone: (202) 471-1995
   Fax: (202) 280-1128
4  Email: dlow@kotchen.com

5  Attorney for Plaintiff Steven Heldt

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEVEN HELDT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>　　　　Defendant. | Case No.: 3:15-cv-01696-JCS<br><br>PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES |

# **PLAINTIFF'S CERTIFICATE OF INTEREST PARTIES**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties (including putative class members), there is no known (i) financial interest (of any kind) in the subject matter in controversy or in a party to the proceedings; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceedings to report.

DATED:   May 15, 2015                     Respectfully submitted,

By: /s/Daniel Low

Daniel Low (Bar #218387)
Daniel Kotchen (*pro hac vice* forthcoming)
Michael von Klemperer (*pro hac vice* forthcoming)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
Email: dlow@kotchen.com;
dkotchen@kotchen.com;
mvk@kotchen.com

Michael F. Brown (*pro hac vice* forthcoming)
**DVG LAW PARTNER LLC**
P.O. Box 645
Neenah, WI 54957
920-238-6781
920-273-6177 (fax)
mbrown@dvglawpartner.com

Vonda K. Vandaveer

2

PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES - Case No.: 3:15-cv-01696-JCS

**V.K. Vandaveer, P.L.L.C.**
P.O. Box 27317
Washington, DC 20038-7317
202-340-1215
202-521-0599 (fax)
atty@vkvlaw.com

Steven G. Tidrick SBN 224760
Joel B. Young, SBN 236662
**The Tidrick Law Firm**
2039 Shattuck Avenue #308
Berkeley, CA 94704
Telephone: (510) 788-5100 Facsimile: (510) 291-3226 E-mail: sgt@tidricklaw.com E-mail: jby@tidricklaw.com

*Attorneys for Plaintiff Steven Heldt*