MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

*IT IS SO ORDERED AS MODIFIED*
*Judge Yvonne Gonzalez Rogers*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN HELDT,<br><br>              Plaintiff,<br><br>       v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>              Defendant. | Case No.: 3:15-cv-01696-~~JCS~~ YGR<br><br>Assigned to ~~Hon. Joseph C. Spero~~<br><br>**CLASS ACTION**<br><br>**[~~PROPOSED~~] ORDER RE: STIPULATION OF ALL PARTIES EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:  April 14, 2015<br>Trial Date:  None set |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2425649.1
205625-10015

[PROPOSED] ORDER
CASE NO.: 3:15-CV-01696-JCS

**ORDER**

The Court, having reviewed, the Stipulation entered into by Defendant Tata Consultancy Services, Ltd. ("Defendant") and Plaintiff Steven Heldt ("Plaintiff") (collectively with Defendant, the "Parties"), To Extend Time For Defendant To Respond To Complaint, and good cause appearing therefor,

**HEREBY MAKES THE FOLLOWING ORDER:**

1. Defendant shall have through and including June 15, 2015 within which to answer, move, or otherwise respond to the Complaint For Employment Discrimination on file in this action.

**SO ORDERED.**

Dated:   May 26, 2015

~~Hon. Joseph C. Spero~~

~~Chief Magistrate Judge~~

Hon. Yvonne Gonzalez Rogers

United States District Court Judge

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2425649.1
205625-10015

2

[PROPOSED] ORDER
CASE NO.: 3:15-CV-01696-JCS