MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>　　　　Defendant. | Case No.: 15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>**DECLARATION OF MICHELLE M. LA MAR IN SUPPORT OF DEFENDANT TATA CONSULTANCY SERVICES' MOTION TO TRANSFER VENUE**<br><br>[Motion To Transfer Venue, Declaration of Narasimhan Srinivasan, and Request For Judicial Notice filed concurrently herewith]<br><br>DATE:　　August 4, 2015<br>TIME:　　2:00 p.m.<br>CTRM:　　1, 4th Floor<br>JUDGE:　Hon. Yvonne Gonzalez Rogers<br><br>Complaint Filed:　April 14, 2015 |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional Corporations

LA2430163.1
205625-10015

DECLARATION OF MICHELLE M. LA MAR
CASE NO.: 3:15-CV-01696-YGR

# DECLARATION OF MICHELLE M. LA MAR

I, Michelle M. La Mar, declare as follows:

1. I am an attorney licensed to practice before all of the Courts of the State of California, and before this Court. I am a partner at the law firm of Loeb & Loeb LLP, counsel of record for Defendant Tata Consultancy Services, Ltd ("TCS") in this action. I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On or around June 1, 2015, my office accessed the Federal Court Management Statistics for the United States Courts. A true and correct copy of the "U.S. District Courts—Combined Civil and Criminal Federal Court Management Statistics (December 31, 2014)" for Districts within the Ninth Circuit is attached hereto as Exhibit "A."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of June, 2015 at Los Angeles, California

          /s/ Michelle M. La Mar
          MICHELLE M. LA MAR

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2430163.1
205625-10015

2

DECLARATION OF MICHELLE M. LA MAR
CASE NO.: 3:15-CV-01696-YGR