Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Steven Heldt

              Plaintiff(s),

v.

Tata Consultancy Services, Ltd.

              Defendant(s).

)
)
)
)
)
)
)
)
)
)

Case No: 4:15-cv-1696-YGR

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE AND ORDER**
(CIVIL LOCAL RULE 11-3)

I, Michael von Klemperer, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Steven Heldt in the above-entitled action. My local co-counsel in this case is Steven Tidrick, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1745 Kalorama Road NW, Suite 101 Washington, DC 20009 | 2039 Shattuck Avenue #308 Berkeley, CA 94704 |
| MY TELEPHONE # OF RECORD: (646) 220-0965 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (510) 788-5100 |
| MY EMAIL ADDRESS OF RECORD: mvk@kotchen.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: sgt@tidricklaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1015469.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/17/15

                             Michael von Klemperer
                                APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael von Klemperer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 19, 2015

                                UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE
                                YVONNE GONZALEZ ROGERS

*PRO HAC VICE* APPLICATION & ORDER