Steven G. Tidrick, SBN 224760
Joel B. Young, SBN 236662
**THE TIDRICK LAW FIRM**
2039 Shattuck Avenue, Suite 308
Berkeley, California 94704
Telephone: (510) 788-5100
Facsimile: (510) 291-3226
E-mail: sgt@tidricklaw.com
E-mail: jby@tidricklaw.com

Attorneys for Plaintiff Steven Heldt

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STEVEN HELDT,<br>Plaintiff,<br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>**DECLARATION OF MICHAEL VON KLEMPERER IN SUPPORT OF PLAINTIFF'S RESPONSE TO MOTION TO TRANSFER VENUE**<br><br>DATE: August 4, 2015<br>TIME: 2:00 P.M.<br>CTRM: 1, 4th Floor<br>JUDGE: Hon. Yvonne Gonzalez Rogers<br><br>Complaint Filed: April 14, 2015 |

I, Michael von Klemperer, declare as follows:

1. I am an attorney for Plaintiff Steven Heldt in the above reference matter. I have personal knowledge of the facts set forth herein and, if called as a witness, would testify as to such facts.

2. Attached to Plaintiff's Response to Motion to Transfer Venue are true and correct copies of the following exhibits, which I retrieved from the websites indicated on June 22, 2015:

Exhibit 1: Tata Press Release (Apr. 16, 2015), *available at* http://www.tcs.com/investors/Documents/PressReleases/TCS_PressRelease_IFRS_USD_Q4_15.PDF.

Exhibit 2: Tata, U.S. Offices, *available at* http://www.tcs.com/worldwide/n_america/locations/usa/Pages/offices.aspx

Exhibit 3: Current Judicial Vacancies, *available at* http://www.uscourts.gov/judges-judgeships/judicial-vacancies/current-judicial-vacancies.

Exhibit 4: Press Release of Sen. Sessions, *Sessions & Durbin Announce Labor Department Investigation on Abuses within H-1B Visa Program* (June 16, 2015), *available at* http://www.sessions.senate.gov/public/index.cfm/2015/6/sessions-durbin-announce-labor-department-investigation-on-abuses-within-h-1b-visa-program.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 22, 2015

/s/Michael von Klemperer
Michael von Klemperer