# Exhibit 1

TATA CONSULTANCY SERVICES
Experience certainty.
TATA

For immediate use **PRESS RELEASE**

**IFRS $**

# Strong customer additions, holistic growth helps TCS take market leadership in FY15;

## Investments in Digital, Platforms, Automation provides ideal growth springboard for FY16

## Annual Revenues at $15.5B up 15% & 17% in constant currency

## Annual *Net Income at $3.5B; up 12.8% Y-o-Y

| Annual Highlights for 2014-15 | Highlights for 4th Quarter 2014-15 |
|---|---|
| • Customer Revenue Metrics:<br>○ Clients in $100M+ band increased by 5<br>○ Clients in $50M+ band increased by 15<br>○ Clients in $20M+ band increased by 26<br>• Gross addition: 67,123 employees<br>• Net addition: 19,192 employees<br>• Total employee strength: 319,656 | • Revenues at $3.90 b up (0.8%) Q-o-Q<br>• *Net Income at $951 m up 8.9% Q-o-Q<br>• Gross addition: 14,395 professionals<br>• Net addition: 1,031 employees<br>• Attrition rate: 14.9 % LTM<br>• Utilisation Rate (excl trainees): 85.4 %<br>• Utilisation Rate (incl trainees): 81.5 % |

**MUMBAI, April 16, 2015:** Tata Consultancy Services (TCS), (BSE: 532540, NSE: TCS), a leading IT services, consulting and business solutions firm reported its consolidated financial results according to IFRS for the quarter and financial year ended March 31, 2015.

Commenting on the performance in 2014-15, **N. Chandrasekaran, CEO and MD said:** "We are living in a world where technology is not just becoming integral to business but to our daily lives. TCS is playing a leading role in this ongoing revolution, helping our clients navigate and leverage Digital to help grow their businesses. Our deep relationships with our customers, our domain expertise and strong rigor in operations have helped us continue to show growth leadership in FY15."

Looking forward to financial year 2015-16, **Mr Chandrasekaran added**: "We have laid a strong foundation for growth in FY16. Our investments in Platforms, Digital and Automation are gaining traction with clients and together with our market investments in USA, Europe and Japan, we are upbeat that the coming quarters will bring more opportunities to partner with customers across multiple industries. We remain focused on remaining relevant to our customers, our employees and the community."

*Figures are excluding One-time Special Employee Reward of $ 423 million in Q4; Reported figures are available on the Financial Tables in Page 6-7

**Rajesh Gopinathan, Chief Financial Officer, said**: "We have maintained our profitability in a challenging operating environment, where currency has been a strong headwind for some time. Despite these and other macro challenges, our goal has been to support business growth while ensuring we continue to invest in a calibrated fashion for the future."

There was holistic growth across markets and industries during the financial year. Europe led growth in major markets, while UK and North America continue to grow in line with the company average. All major industry verticals grew in double digits led by Retail, Manufacturing, Life Sciences & Healthcare and BFSI during FY15.

**Key Digital Wins in Q4**

- Selected by a large multinational consumer goods company to develop a gamified Digital learning experience on Mobile devices
- Chosen by a leading North American consumer products company as the preferred partner for their end-to-end Cloud Infrastructure and System Integration Initiative
- Chosen by an European Bank as a preferred partner to identify, analyze and establish consumer preferences for their services using TCS Listening Platform and Social analytics
- Selected by a leading retailer to overhaul Master Data Management to impact web searches, consumer shopping experience, and supply chain data quality
- Chosen by a leading credit rating agency as a strategic partner for its data ingestion framework to handle both structured and unstructured data
- Selected by a major European insurer to implement a Data Lake for futuristic and strategic big data implementations
- Selected by leading financial services provider in Japan for creating a cloud platform
- Selected by a leading UK financial institution to provide consulting services to define their digital knowledge management framework
- Chosen by a global consumer products company as a partner to provide comprehensive end-to-end services in the Digital space
- Selected by a leading educational institute for creating a cloud based environment for student onboarding
- Selected by a leading insurance provider in Asia Pacific to develop a mobile-based e-submission tool to optimize submission activities
- Chosen by a major UK based multinational retailer as its preferred partner to define their next generation mobility strategy for their stores
- Selected by the world leading university press to create a cloud based publishing content delivery network
- Engaged by a North American automobile maker to build Big Data solution for early detection of parts failure
- Selected by a leading North American insurance giant for Digital marketing through business analysis

**Key Wins in Q4**

- Selected by a large European Bank to provide Business Process Services for Retail Banking, Market Operations and Reconciliations
- Chosen by a leading global bank as its Strategic Partner to deliver solutions and services across IT and Operations
- Selected by a large telecom company in the Middle East as its partner for implementation of a BSS transformation project
- Partner with a European Digital Fashion retailer with operations in UK, Continental Europe and USA for transforming their Multi-channel, Merchandising and Analytics operations.

*Figures are excluding One-time Special Employee Reward of $ 423 million in Q4; Reported figures are available on the Financial Tables in Page 6-7

- Selected by a leading department store retailer in North America as a Strategic Partner to provide managed services and build a Private Cloud to transform their infrastructure operation
- A leading US pharmacy services organization needed a solid foundation to embark on a business transformation. They have chosen TCS as their strategic partner to simplify and support their entire application and infrastructure portfolio in this multi-year transformation journey.
- Chosen by a major North American Insurance Company as a strategic partner for a full-services contract
- Selected by a leading North American Information Services provider as a strategic partner to modernize, rationalize and simplify its application portfolio that supports several of its business capabilities including sales and marketing
- A large financial cooperative in ASEAN selected TCS BaNCS to implement a Centralized Islamic Banking system covering compliance, treasury, core banking and payments operations.

**Human Resources:**
"During FY15, we have trained and integrated over 67,000 professionals who joined and with business demand continuing to be robust, we have made 25,000 offers on engineering campuses for trainees who will join us from the second quarter of the new fiscal year." **said Ajoy Mukherjee, Executive Vice President, Head, Global Human Resources.** "Our attempts to build a next-gen organization that is social, mobile, engaged and collaborative continues at great speed and we are extending the model of using social and platform based collaboration tools to connect with students from colleges across India and globally."

TCS also crossed the milestone of employing over 100,000 women in FY15 with gender diversity of 33% as well as 122 nationalities represented in its global workforce.

**Innovation and Intellectual Property:**
As of March 31, 2015, the company has applied for **2277** patents including **173** applied during the quarter. Till date, the company has been granted **206** patents.

**Awards and Recognition**
**Business Leadership:**
- **Won 'Best Company of 40 years' at Business Standard Annual Awards for 2014**
- **Recognised as the industry's fastest growing brand over the last five years by Brand Finance**
- **Certified as Top Employer North America 2015** from the Top Employers Institute
- **Achieves Superbrands status in the UK**
- **Ranked UK's number 1 Employer by Top Employers Institute**
- **Ranked # 1 Employer in Europe by Top Employers Institute**
- **Europe's largest ever survey of business leaders ranks TCS #1 on both performance and customer satisfaction**
- **Certified as top employer Australia 2015**
- **Awarded 'TOP 20 Service Outsourcing MNCs in China**
- **Won NASSCOM 2014 award for 'Excellence in Gender Inclusivity' - Best IT services and Product Company"**
- **Won award for the being the Leading IT Company for 25 years at the NASSCOM event on silver jubilee of Indian IT-ITeS industry.**
- **Won the ASIAN MAKE award for the Tenth time**
- **Won multiple awards from ATD Excellence in Practice citations for TCS L & D**
- **Received multiple honours at the Brandon Hall Group Awards**
    - Excellence in Learning
    - Best in Competencies and Skill Development;
    - Best Use of Blended Learning.
    - Excellence in Sales and Marketing

*Figures are excluding One-time Special Employee Reward of $ 423 million in Q4; Reported figures are available on the Financial Tables in Page 6-7

- **ACE career development program of TCS won AIESEC International's Global Partner of the Year award**
- **Passport Seva received the National Award for e-Governance (Gold Award) for Outstanding Performance in Citizen-centric Service Delivery**
- **TCS' Business Process Services bagged multiple honours at the World HRD Congress 2015:**
    - Outstanding Contribution to the Cause of Education,
    - Innovation in Recruitment,
    - Best HR Strategy in line with Business
    - Talent Management.
- **Won multiple honours at the BPO Excellence Awards 2015**
    - BPO Organisation of the Year Award
    - Award for Operational Excellence & Quality
    - Social Change Agent Award
- **Won awards at RASBIC (Recruiting and Staffing Best in Class) 2015 by World HRD Congress for the seventh year in a row**
    - Best Overall Recruiting & Staffing Organization of the Year
    - Best Use of Technology for Recruiting
- **TCS solutions Received trophy at CSI IT Excellence Awards**

**Partner:**

- **Recognised by Oracle as Specialized Partner of the Year**
- **Won 'Asia Pacific IBM Choice Award 2015'**
- **Received 2015 JD Edwards Partner Excellence award**
- **Received top laurels at Oracle India Partner Forum**

**Sustainability:**

- **TCS received Top IT/ITES Exporter and CSR award for Community Development & Environment Protection from HYSEA (Hyderabad Software Enterprises Association**

**Leadership:**

N Chandrasekaran:

- **Awarded CNN-IBN Indian of the Year 2014 in Business category**
- **Voted as India's Best CEO in Finance Asia's annual Asia's Best Companies Poll**

*Figures are excluding One-time Special Employee Reward of $ 423 million in Q4; Reported figures are available on the Financial Tables in Page 6-7

**About Tata Consultancy Services Ltd (TCS)**

Tata Consultancy Services is an IT services, consulting and business solutions organization that delivers real results to global business, ensuring a level of certainty no other firm can match. TCS offers a consulting-led, integrated portfolio of IT, BPS, infrastructure, engineering and assurance services. This is delivered through its unique Global Network Delivery Model™, recognised as the benchmark of excellence in software development. A part of the Tata group, India's largest industrial conglomerate, TCS has over 319,000 of the world's best-trained consultants in 46 countries. The company generated consolidated revenues of US $15.5 billion for year ended March 31, 2015 and is listed on the National Stock Exchange and Bombay Stock Exchange in India. For more information, visit us at www.tcs.com.

Follow TCS on Twitter.
Subscribe to an RSS Feed of TCS Press Releases.

**For more information please contact:**

| **Media:** +9122 6778 9999 | **Investor Relations:** |
|---|---|
| Pradipta.bagchi@tcs.com/ashish.babu@tcs.com<br>shamala.p@tcs.com/h.ramachandra@tcs.com | Kedar.shirali@tcs.com<br>+9122 6778 9999 |

#

*Figures are excluding One-time Special Employee Reward of $ 423 million in Q4; Reported figures are available on the Financial Tables in Page 6-7

For immediate use **PRESS RELEASE**

**IFRS $**

**Unaudited Condensed Consolidated Statements of Comprehensive Income**
**For the years ended March 31, 2014 and 2015**
**(In millions of USD, except per share data)**

| | Year ended March 31, 2014 | Year ended March 31, 2015 | |
|---|---|---|---|
| | | Ex Adj* | Reported |
| **Revenue** | **13,442** | **15,454** | **15,454** |
| **Cost of revenue** | 7,079 | 8,577 | 8,894 |
| **Gross margin** | **6,363** | **6,877** | **6,560** |
| **SG & A expenses** | 2,457 | 2,727 | 2,833 |
| **Operating income** | **3,906** | **4,150** | **3,727** |
| **Other income (expense), net** | 264 | 512 | 512 |
| **Income before income taxes** | **4,170** | **4,662** | **4,240** |
| **Income taxes** | 996 | 1,086 | 994 |
| **Income after income taxes** | **3,174** | **3,576** | **3,246** |
| **Minority interest** | 35 | 35 | 33 |
| **Net income** | **3,139** | **3,541** | **3,212** |
| **Earnings per share in $** | 1.60 | 1.81 | 1.64 |

**Unaudited Condensed Consolidated Statements of Comprehensive Income**
**For the three-month periods ended March 31, 2014, December 31, 2014 and March 31, 2015**
**(In millions of USD, except per share data)**

| | Three-month period ended March 31, 2014 | Three-month period ended December 31, 2014 | Three-month period ended March 31, 2015 | |
|---|---|---|---|---|
| | | | Ex Adj* | Reported |
| **Revenue** | **3,503** | **3,931** | **3,900** | **3,900** |
| **Cost of revenue** | 1,863 | 2,168 | 2,179 | 2,496 |
| **Gross margin** | **1,640** | **1,763** | **1,722** | **1,404** |
| **SG & A expenses** | 619 | 700 | 660 | 766 |
| **Operating income** | **1,021** | **1,063** | **1,061** | **638** |
| **Other income (expense), net** | 114 | 101 | 182 | 182 |
| **Income before income taxes** | **1,135** | **1,164** | **1,243** | **820** |
| **Income taxes** | 265 | 280 | 286 | 194 |
| **Income after income taxes** | **870** | **884** | **957** | **627** |
| **Minority interest** | 9 | 11 | 6 | 5 |
| **Net income** | **861** | **873** | **951** | **621** |
| **Earnings per share in $** | 0.44 | 0.45 | 0.49 | 0.32 |

*Figures are excluding One-time Special Employee Reward of $ 423 million in Q4; Reported figures are available on the Financial Tables in Page 6-7

**IFRS $**

**Unaudited Condensed Consolidated Statements of Financial Position**
**As of March 31, 2014 and March 31, 2015**
**(In millions of USD)**

| | As of March 31, 2014 | As of March 31, 2015 | |
|---|---|---|---|
| | | Ex Adj* | Reported |
| Property and equipment | 1,726 | 1,849 | 1,849 |
| Intangible assets and Goodwill | 692 | 628 | 628 |
| Accounts Receivable | 3,035 | 3,266 | 3,266 |
| Unbilled Revenues | 667 | 612 | 612 |
| Investments | 576 | 280 | 280 |
| Cash and Cash equivalents | 245 | 298 | 298 |
| Other current assets | 3,012 | 3,399 | 3,399 |
| Other non current assets | 1,520 | 1,619 | 1,645 |
| **Total Assets** | **11,473** | **11,951** | **11,978** |
| Shareholders' Funds | 9,213 | 9,515 | 9,185 |
| Long term borrowings | 21 | 18 | 18 |
| Short term borrowings | 28 | 39 | 39 |
| Other current liabilities | 1,816 | 1,947 | 2,306 |
| Other non-current liabilities | 280 | 286 | 284 |
| Minority Interest | 115 | 147 | 146 |
| **Total Liabilities** | **11,473** | **11,951** | **11,978** |

*Figures are excluding One-time Special Employee Reward of $ 423 million in Q4; Reported figures are available on the Financial Tables in Page 6-7