# Exhibit 2

# US Offices

Select a location to display: Show all states/provinces

### PHOENIX, AZ

| | |
|---|---|
| **Address:** | 2550 W. Union Hills Drive, Suite 300<br>Phoenix, AZ 85027 |
| **Phone:** | 602-682-3500 |
| **Fax:** | 602-682-3700 |
| **Office Type:** | Delivery Center |

### BENTONVILLE, AR

| | |
|---|---|
| **Address:** | 609 SW 8th Street, Suite 900<br>Bentonville, AR 72712 |
| **Phone:** | 479-464-2700 |
| **Fax:** | 479-553-5142 |
| **Office Type:** | Delivery Center |

### SANTA CLARA

| | |
|---|---|
| **Address:** | 5201 Great America Parkway, Ste 522<br>Santa Clara, CA 95054 |
| **Phone:** | 408-200-2943 |
| **Fax:** | 408-200-2778 |
| **Office Type:** | Regional Office |
| **Description:** | Silicon Valley Customer Collaboration Center |

### LOS ANGELES - GLENDALE, CA

| | |
|---|---|
| **Address:** | 500 N Brand Blvd. Suite 1120<br>Glendale CA 91203 |
| **Phone:** | 818-333-1650 |
| **Fax:** | 818-291-9641 |
| **Office Type:** | Regional Office |

### ATLANTA, GA

| | |
|---|---|
| **Address:** | 400 Galleria Parkway S.E., Suite 1060,<br>Atlanta, GA 30339 |
| **Phone:** | 678-388-3458 |
| **Fax:** | 678-388-3500 |
| **Office Type:** | Regional Office |

### CHICAGO, IL (NAPERVILLE)

| | |
|---|---|
| **Address:** | 1240 E. Diehl Road, Suite 560<br>Naperville, IL 60563 |
| **Phone:** | 630-505-9100 |
| **Fax:** | 630-505-8160 |
| **Office Type:** | Regional Office |

**NEXT STEPS**

From aligning your IT with your business needs to an end-to-end strategy for transforming your enterprise, TCS has the world-class experience and expertise that you need. Contact a consultant today.

Find a TCS location:
Worldwide Locations

Share this page
RSS Feeds
Print this page
Email this

**BOSTON, MA**

**Address:** 101 Federal Street Suite 2110
Boston,Massachusetts - 02110
United States

**Phone:** 617-378-3500

**Fax:** 617-330-9400

**Office Type:** Regional Office

**ROCKVILLE, MD**

**Address:** 9201 Corporate Boulevard, Suite 320

Rockville, MD 20850

**Phone:** 301-231-9083

**Fax:** 301-231-4892

**Office Type:** Regional Office

**MIDLAND, MI**

**Address:** 2511 E. Patrick Road,
BPSC Bldg 4th floor Wing A
Midland, MI 48674

**Phone:** 989-486-8600

**Fax:** 989-495-3738

**Office Type:** Delivery Center
Regional Office

**DETROIT, MI**

**Address:** 755 W. Big Beaver Road, Suite 800 & Suite 1275
Troy, MI 48084

**Phone:** 248-362-8282

**Fax:** 248-362-8292

**Office Type:** Delivery Center
Regional Office

**Description:** TCS Innovation Lab - Automotive Solutions

**MINNEAPOLIS, MN**

**Address:** 8300 Norman Center Drive, Suite 600
Bloomington, MN 55437

**Phone:** 612-216-9000

**Fax:** 612-216-9046 / 612-216-9047

**Office Type:** Delivery Center
Regional Office

**Description:** TCS Solutions Center - Minneapolis

**EDISON, NJ**

**Address:** 379 Thornall St., 4th & 11th Floor
Edison, NJ 08837

**Phone:** 732-590-2600

**Fax:** 732-321-9269

**Office Type:** Regional Office

**NEW YORK, NY (WORLD FINANCIAL CENTER)**

**Address:** 1 World Financial Center, 21st Floor
New York, NY 10281

**Phone:** 212-313-6800

**Fax:** 212-786-0120

**Office Type:** Regional Office

**NEW YORK, NY (PARK AVENUE)**

| | |
|---|---|
| **Address:** | 101 Park Avenue, 26th Floor<br>New York, NY 10178 |
| **Phone:** | 212-557-8038 |
| **Fax:** | 212-867-8652 |
| **Office Type:** | Regional Office |
| **Description:** | North American Headquarters |

### CHARLOTTE, NC

| | |
|---|---|
| **Address:** | 900 West Trade St, Suite 735<br>Charlotte, NC 28202 |
| **Phone:** | 704-927-8120 |
| **Fax:** | 704-632-8081 |
| **Office Type:** | Regional Office |

### CINCINNATI, OH

| | |
|---|---|
| **Address:** | 1000 Summit Dr<br>Milford, Ohio, 45150 |
| **Phone:** | 513-677-6500 |
| **Fax:** | 513-831-0629 |
| **Office Type:** | Delivery Center<br>Regional Office |

### DALLAS, TX

| | |
|---|---|
| **Address:** | 3010 LBJ Freeway, Suite 400<br>Dallas, TX 75234 |
| **Phone:** | 972-484-6465 |
| **Fax:** | 972-484-0450 |
| **Office Type:** | Regional Office |

### HOUSTON, TX

| | |
|---|---|
| **Address:** | 3050 Post Oak Blvd., Suite 1625<br>Houston, TX 77056 |
| **Phone:** | 713-871-9898 |
| **Fax:** | 713-871-9899 |
| **Office Type:** | Regional Office |

### REDMOND, WA

| | |
|---|---|
| **Address:** | 4104 148th Ave NE<br>Building G<br>Redmond, WA 98052 |
| **Phone:** | 425-497-7222 |
| **Fax:** | 425-895-0408 |
| **Office Type:** | Regional Office |

**Services**
Assurance Services
BI & Performance Management
Business Process Services
Cloud Services
Connected Marketing Solutions
Consulting
Eco-sustainability Services
Engineering & Industrial Services
Enterprise Security & Risk Management
Enterprise Solutions
iON Small and Medium Business
IT Infrastructure Services

**Industries**
Banking & Financial Services
Energy - Oil & Gas, Oil Field Services and Renewables
Government
Healthcare
High Tech
Insurance
Life Sciences
Manufacturing
Media & Information Services
Resources - Metals, Mining & Construction
Retail & Consumer Products
Telecom

**Software**
Digital Software and Solutions
TCS BaNCS
TCS MasterCraft
TCS Technology Products

**Insights**
**About TCS**
**Resources**
**News & Events**
**Careers**
**Investors**
**Media**

**Connect with TCS**
Contact us
Disclaimer
Privacy Policy
Safe Harbor
Sitemap

IT Services
Mobility Products and Services
Platform Solutions

Travel, Transportation & Hospitality
Utilities

**TCS Worldwide**

© 2010-2014 Tata Consultancy Services Limited. All Rights Reserved

A part of the Tata Group