# Exhibit 3

# Current Judicial Vacancies

*This table contains a listing of current Article III judicial vacancies by circuit and court. The name of the incumbent, the reason for the vacancy, the vacancy date, the nominee (if applicable), and the nomination date.*

Vacancies in the Federal Judiciary
114th Congress
Last updated on 06/22/2015
Total Vacancies: 59
Total Nominees Pending: 15

**Circuit/District:** 01 - MA
**Incumbent:** Woodlock,Douglas P.
**Vacancy Reason:** Senior
**Vacancy Date:** 06/01/2015
**Nominee:**
**Nomination Date:**

**Circuit/District:** 02 - NY-E
**Incumbent:** Feuerstein,Sandra J.
**Vacancy Reason:** Senior
**Vacancy Date:** 01/21/2015
**Nominee:**
**Nomination Date:**

**Circuit/District:** 02 - NY-E
**Incumbent:** Garaufis,Nicholas G.
**Vacancy Reason:** Senior
**Vacancy Date:** 10/01/2014
**Nominee:** DeArcy Hall,LaShann Moutique
**Nomination Date:** 01/07/2015

**Circuit/District:** 02 - NY-E
**Incumbent:** Townes,Sandra L.
**Vacancy Reason:** Senior
**Vacancy Date:** 05/01/2015

**Nominee:** Donnelly,Ann
**Nomination Date:** 01/07/2015

---

**Circuit/District:** 02 - NY-W
**Incumbent:** Skretny,William M.
**Vacancy Reason:** Senior
**Vacancy Date:** 03/08/2015
**Nominee:**
**Nomination Date:**

---

**Circuit/District:** 02 - NY-W
**Incumbent:** Arcara,Richard J.
**Vacancy Reason:** Senior
**Vacancy Date:** 01/03/2015
**Nominee:** Vilardo,Lawrence Joseph
**Nomination Date:** 02/04/2015

---

**Circuit/District:** 03 - CCA
**Incumbent:** Scirica,Anthony J.
**Vacancy Reason:** Senior
**Vacancy Date:** 07/01/2013
**Nominee:** Restrepo,Luis Felipe
**Nomination Date:** 01/07/2015

---

**Circuit/District:** 03 - NJ
**Incumbent:** Martini,William J.
**Vacancy Reason:** Senior
**Vacancy Date:** 02/10/2015
**Nominee:**
**Nomination Date:**

---

**Circuit/District:** 03 - NJ
**Incumbent:** Chesler,Stanley R.
**Vacancy Reason:** Senior
**Vacancy Date:** 06/15/2015
**Nominee:** Martinotti,Brian R.
**Nomination Date:** 06/11/2015

---

**Circuit/District:** 03 - NJ

**Incumbent:** Hochberg,Faith S.
**Vacancy Reason:** Retired
**Vacancy Date:** 03/06/2015
**Nominee:** Neals,Julien Xavier
**Nomination Date:** 02/26/2015

---

**Circuit/District:** 03 - NJ
**Incumbent:** Pisano,Joel A.
**Vacancy Reason:** Retired
**Vacancy Date:** 02/16/2015
**Nominee:** Vazquez,John Michael
**Nomination Date:** 03/26/2015

---

**Circuit/District:** 03 - PA-E
**Incumbent:** McLaughlin,Mary A.
**Vacancy Reason:** Senior
**Vacancy Date:** 11/18/2013
**Nominee:**
**Nomination Date:**

---

**Circuit/District:** 03 - PA-W
**Incumbent:** Lancaster,Gary L.
**Vacancy Reason:** Deceased
**Vacancy Date:** 04/24/2013
**Nominee:**
**Nomination Date:**

---

**Circuit/District:** 03 - PA-W
**Incumbent:** McLaughlin,Sean J.
**Vacancy Reason:** Resigned
**Vacancy Date:** 08/16/2013
**Nominee:**
**Nomination Date:**

---

**Circuit/District:** 03 - PA-W
**Incumbent:** McVerry,Terrence F.
**Vacancy Reason:** Senior
**Vacancy Date:** 09/30/2013

**Nominee:**
**Nomination Date:**

**Circuit/District:** 04 - MD
**Incumbent:** Chasanow,Deborah K.
**Vacancy Reason:** Senior
**Vacancy Date:** 10/03/2014
**Nominee:** Xinis,Paula
**Nomination Date:** 03/26/2015

**Circuit/District:** 04 - NC-E
**Incumbent:** Howard,Malcolm J.
**Vacancy Reason:** Senior
**Vacancy Date:** 12/31/2005
**Nominee:**
**Nomination Date:**

**Circuit/District:** 04 - SC
**Incumbent:** Currie,Cameron McGowan
**Vacancy Reason:** Senior
**Vacancy Date:** 10/03/2013
**Nominee:**
**Nomination Date:**

**Circuit/District:** 04 - SC
**Incumbent:** Anderson Jr.,Joseph F.
**Vacancy Reason:** Senior
**Vacancy Date:** 11/16/2014
**Nominee:**
**Nomination Date:**

**Circuit/District:** 05 - CCA
**Incumbent:** King,Carolyn Dineen
**Vacancy Reason:** Senior
**Vacancy Date:** 12/31/2013
**Nominee:**
**Nomination Date:**

**Circuit/District:** 05 - CCA

**Incumbent:** Garza,Emilio M.
**Vacancy Reason:** Senior
**Vacancy Date:** 08/01/2012
**Nominee:**
**Nomination Date:**

**Circuit/District:** 05 - LA-W
**Incumbent:** Haik,Richard T.
**Vacancy Reason:** Senior
**Vacancy Date:** 03/06/2015
**Nominee:**
**Nomination Date:**

**Circuit/District:** 05 - TX-E
**Incumbent:** Davis,Leonard E.
**Vacancy Reason:** Retired
**Vacancy Date:** 05/15/2015
**Nominee:**
**Nomination Date:**

**Circuit/District:** 05 - TX-E
**Incumbent:** Schell,Richard A.
**Vacancy Reason:** Senior
**Vacancy Date:** 03/10/2015
**Nominee:**
**Nomination Date:**

**Circuit/District:** 05 - TX-N
**Incumbent:** Means,Terry
**Vacancy Reason:** Senior
**Vacancy Date:** 07/03/2013
**Nominee:**
**Nomination Date:**

**Circuit/District:** 05 - TX-N
**Incumbent:** Cummings,Samuel Ray
**Vacancy Reason:** Senior
**Vacancy Date:** 12/31/2014
**Nominee:**

**Nomination Date:**

**Circuit/District:** 05 - TX-S
**Incumbent:** Costa,Gregg Jeffrey
**Vacancy Reason:** Elevated
**Vacancy Date:** 05/20/2014
**Nominee:**
**Nomination Date:**

**Circuit/District:** 05 - TX-S
**Incumbent:** Jack,Janis Graham
**Vacancy Reason:** Senior
**Vacancy Date:** 06/01/2011
**Nominee:**
**Nomination Date:**

**Circuit/District:** 05 - TX-W
**Incumbent:** Junell,Robert A.
**Vacancy Reason:** Senior
**Vacancy Date:** 02/13/2015
**Nominee:**
**Nomination Date:**

**Circuit/District:** 06 - CCA
**Incumbent:** Martin Jr.,Boyce F.
**Vacancy Reason:** Retired
**Vacancy Date:** 08/16/2013
**Nominee:**
**Nomination Date:**

**Circuit/District:** 06 - KY-E
**Incumbent:** Coffman,Jennifer B.
**Vacancy Reason:** Retired
**Vacancy Date:** 01/08/2013
**Nominee:**
**Nomination Date:**

**Circuit/District:** 06 - KY-W
**Incumbent:** Heyburn II,John G.

**Vacancy Reason:** Senior
**Vacancy Date:** 04/01/2014
**Nominee:**
**Nomination Date:**

**Circuit/District:** 06 - TN-E
**Incumbent:** Collier,Curtis Lynn
**Vacancy Reason:** Senior
**Vacancy Date:** 10/31/2014
**Nominee:** McDonough,Travis Randall
**Nomination Date:** 01/07/2015

**Circuit/District:** 06 - TN-M
**Incumbent:** Haynes Jr.,William Joseph
**Vacancy Reason:** Senior
**Vacancy Date:** 12/01/2014
**Nominee:** Crenshaw Jr.,Waverly D.
**Nomination Date:** 02/04/2015

**Circuit/District:** 07 - CCA
**Incumbent:** Evans,Terence T.
**Vacancy Reason:** Senior
**Vacancy Date:** 01/07/2010
**Nominee:**
**Nomination Date:**

**Circuit/District:** 07 - CCA
**Incumbent:** Tinder,John Daniel
**Vacancy Reason:** Senior
**Vacancy Date:** 02/18/2015
**Nominee:**
**Nomination Date:**

**Circuit/District:** 07 - IN-S
**Incumbent:** Barker,Sarah Evans
**Vacancy Reason:** Senior
**Vacancy Date:** 06/30/2014
**Nominee:**
**Nomination Date:**

**Circuit/District:** 08 - CCA
**Incumbent:** Bye,Kermit Edward
**Vacancy Reason:** Senior
**Vacancy Date:** 04/22/2015
**Nominee:**
**Nomination Date:**

**Circuit/District:** 08 - IA-N
**Incumbent:** Bennett,Mark W.
**Vacancy Reason:** Senior
**Vacancy Date:** 06/04/2015
**Nominee:**
**Nomination Date:**

**Circuit/District:** 08 - IA-S
**Incumbent:** Gritzner,James E.
**Vacancy Reason:** Senior
**Vacancy Date:** 03/01/2015
**Nominee:**
**Nomination Date:**

**Circuit/District:** 08 - NE
**Incumbent:** Bataillon,Joseph F.
**Vacancy Reason:** Senior
**Vacancy Date:** 10/03/2014
**Nominee:** Rossiter Jr.,Robert F.
**Nomination Date:** 06/11/2015

**Circuit/District:** 09 - CA-C
**Incumbent:** Collins,Audrey B.
**Vacancy Reason:** Retired
**Vacancy Date:** 08/01/2014
**Nominee:**
**Nomination Date:**

**Circuit/District:** 09 - CA-E
**Incumbent:** Ishii,Anthony Wayne
**Vacancy Reason:** Senior
**Vacancy Date:** 10/31/2012

**Nominee:** Drozd,Dale A.
**Nomination Date:** 01/07/2015

---

**Circuit/District:** 10 - KS
**Incumbent:** Vratil,Kathryn H.
**Vacancy Reason:** Senior
**Vacancy Date:** 04/22/2014
**Nominee:**
**Nomination Date:**

---

**Circuit/District:** 10 - OK-W
**Incumbent:** Russell,David L.
**Vacancy Reason:** Senior
**Vacancy Date:** 07/07/2013
**Nominee:**
**Nomination Date:**

---

**Circuit/District:** 10 - OK-W
**Incumbent:** Friot,Stephen P.
**Vacancy Reason:** Senior
**Vacancy Date:** 12/01/2014
**Nominee:**
**Nomination Date:**

---

**Circuit/District:** 10 - UT
**Incumbent:** Stewart,Brian T.
**Vacancy Reason:** Senior
**Vacancy Date:** 09/01/2014
**Nominee:**
**Nomination Date:**

---

**Circuit/District:** 11 - AL-M
**Incumbent:** Thompson,Myron H.
**Vacancy Reason:** Senior
**Vacancy Date:** 08/22/2013
**Nominee:**
**Nomination Date:**

---

**Circuit/District:** 11 - AL-N

**Incumbent:** Blackburn,Sharon Lovelace
**Vacancy Reason:** Senior
**Vacancy Date:** 05/08/2015
**Nominee:**
**Nomination Date:**

**Circuit/District:** 11 - AL-N
**Incumbent:** Smith Jr.,C. Lynwood
**Vacancy Reason:** Senior
**Vacancy Date:** 08/31/2013
**Nominee:**
**Nomination Date:**

**Circuit/District:** 11 - CCA
**Incumbent:** Dubina,Joel F.
**Vacancy Reason:** Senior
**Vacancy Date:** 10/26/2013
**Nominee:**
**Nomination Date:**

**Circuit/District:** 11 - FL-M
**Incumbent:** Steele,John E.
**Vacancy Reason:** Senior
**Vacancy Date:** 06/03/2015
**Nominee:**
**Nomination Date:**

**Circuit/District:** 11 - FL-S
**Incumbent:** Rosenbaum,Robin S.
**Vacancy Reason:** Elevated
**Vacancy Date:** 05/12/2014
**Nominee:** Flores,Mary Barzee
**Nomination Date:** 02/26/2015

**Circuit/District:** 11 - GA-N
**Incumbent:** Carnes,Julie E.
**Vacancy Reason:** Elevated
**Vacancy Date:** 07/21/2014
**Nominee:**

**Nomination Date:**

**Circuit/District:** FD - CCA
**Incumbent:** Rader,Randall R.
**Vacancy Reason:** Retired
**Vacancy Date:** 06/30/2014
**Nominee:** Stoll,Kara Farnandez
**Nomination Date:** 01/07/2015

**Circuit/District:** IT
**Incumbent:** Restani,Jane A.
**Vacancy Reason:** Senior
**Vacancy Date:** 03/01/2015
**Nominee:**
**Nomination Date:**

**Circuit/District:** IT
**Incumbent:** Eaton,Richard K.
**Vacancy Reason:** Senior
**Vacancy Date:** 08/22/2014
**Nominee:**
**Nomination Date:**

**Circuit/District:** IT
**Incumbent:** Carman,Gregory W.
**Vacancy Reason:** Senior
**Vacancy Date:** 09/15/2014
**Nominee:**
**Nomination Date:**

**Circuit/District:** IT
**Incumbent:** Pogue,Donald C.
**Vacancy Reason:** Senior
**Vacancy Date:** 07/01/2014
**Nominee:** Davidson,Jeanne E.
**Nomination Date:** 01/07/2015

Total Vacancies: 59
Total Nominees Pending: 15