# Exhibit 4

NEWS RELEASES

*Home (http://www.sessions.senate.gov/public/index.cfm/home) / Press Shop (http://www.sessions.senate.gov/public/index.cfm/press-shop) / News Releases (http://www.sessions.senate.gov/public/index.cfm/news-releases)*

JUN 16 2015

# SESSIONS & DURBIN ANNOUNCE LABOR DEPARTMENT INVESTIGATION ON ABUSES WITHIN H-1B VISA PROGRAM (HTTP://WWW.SESSIONS.SENATE.GOV/PUBLIC/INDEX.CFM/NEWS-RELEASES?ID=F6A3FEEF-1075-4E94-9250-9EE86B9A9015)

## Senators Called For Investigation In April

**WASHINGTON—U.S. Senators Jeff Sessions (R-AL) and Dick Durbin (D-IL) announced that the U.S. Department of Labor has opened an investigation of two foreign outsourcing companies—Infosys and Tata—who imported H-1B guestworkers to replace hundreds of American workers at Southern Cal Edison, one of the country's largest power companies. The Senators made the following statement on the investigation:**

*"We're pleased to hear that the Labor Department is taking a first step to stanch this tide of visa abuse. A number of U.S. employers, including some large, well-known, publicly-traded corporations, have laid off thousands of American workers and replaced them with H-1B visa holders. To add insult to injury, many of the replaced American employees report that they have been forced to train the foreign workers who are taking their jobs. That's just plain wrong and we'll continue to press the Administration to help solve this problem. We look forward to the outcome of the Labor Department's investigation."*

In April, Durbin and Sessions led a bipartisan group of 10 United States Senators in writing to three federal agencies—the Department of Justice, the Department of Homeland Security, and the Department of Labor—calling for an investigation into abuses within the H-1B visa program.

The letter was signed by U.S. Senators Richard Blumenthal (D-CT), Chuck Grassley (R-IA), Sherrod Brown (D-OH), David Vitter (R-LA), Claire McCaskill (D-MO), Bill Cassidy (R-LA), Bernie Sanders (I-VT), and Jim Inhofe (R-OK).

The bipartisan group has different perspectives on immigration reform, but they are united in their belief that our immigration systems should not be exploited to facilitate the displacement of American workers. An article in the *LA Times* first highlighted serious concerns that U.S. companies are using the H-1B visa program to cut wage costs by laying off American workers.

The annual cap for H-1B visas was reached in April. While some companies argue that this demand for H-1B visas demonstrates the need to increase the annual cap, the largest users of the H-1B program are foreign companies that specialize in outsourcing American jobs.

Permalink: http://www.sessions.senate.gov/public/index.cfm/2015/6/sessions-durbin-announce-labor-department-investigation-on-abuses-within-h-1b-visa-program (http://www.sessions.senate.gov/public/index.cfm/2015/6/sessions-durbin-announce-labor-department-investigation-on-abuses-within-h-1b-visa-program)

RELATED LINKS

News Releases (http://www.sessions.senate.gov/public/index.cfm/news-releases)

Op-Eds (http://www.sessions.senate.gov/public/index.cfm/op-eds)

Videos (http://www.sessions.senate.gov/public/index.cfm/videos)

**CONSTITUENT SERVICES**

Casework Assistance (http://www.sessions.senate.gov/public/index.cfm/casework-assistance)

Visiting D.C. (http://www.sessions.senate.gov/public/index.cfm/visiting-d-c)

Internships (http://www.sessions.senate.gov/public/index.cfm/internships)

U.S. Senate Page Program (http://www.sessions.senate.gov/public/index.cfm/u-s-senate-page-program)

Service Academies (http://www.sessions.senate.gov/public/index.cfm/service-academies)

Federal Grants (http://www.sessions.senate.gov/public/index.cfm/federal-grants)

Federal Resources (http://www.sessions.senate.gov/public/index.cfm/federal-resources)

Flag Requests (http://www.sessions.senate.gov/public/index.cfm/flag-requests)

FAQ's (http://www.sessions.senate.gov/public/index.cfm/faq-s)

Disaster Preparedness (http://www.sessions.senate.gov/public/index.cfm/disaster-preparedness)

**LEGISLATIVE RESOURCES**

Issues (http://www.sessions.senate.gov/public/index.cfm/issues-priorities)

Sponsored Legislation (http://www.sessions.senate.gov/public/index.cfm/sponsored-legislation)

Co-Sponsored Legislation (http://www.sessions.senate.gov/public/index.cfm/co-sponsored-legislation)

Voting Record (http://www.sessions.senate.gov/public/index.cfm/voting-record)

Senate Resources (http://www.sessions.senate.gov/public/index.cfm/senate-resources)

Staff List (http://www.sessions.senate.gov/public/index.cfm/staff-list)

**PRESS SHOP**

News Releases (http://www.sessions.senate.gov/public/index.cfm/news-releases)

Op-Eds (http://www.sessions.senate.gov/public/index.cfm/op-eds)

Videos (http://www.youtube.com/SenatorSessions)

**ABOUT JEFF**

Biography (http://www.sessions.senate.gov/public/index.cfm/biography)

Committee Assignments (http://www.sessions.senate.gov/public/index.cfm/committee-assignments)

Photo Gallery (http://www.sessions.senate.gov/public/index.cfm/photo-gallery)

Official Photo (http://www.sessions.senate.gov/public/index.cfm/official-photo)

**CONTACT JEFF**

Contact Me (http://www.sessions.senate.gov/public/index.cfm/contact-me-redir)

Office Locations (http://www.sessions.senate.gov/public/index.cfm/office-locations)

Privacy Release (http://www.sessions.senate.gov/public/index.cfm/privacy-release)

Scheduling Requests / Invitations (http://www.sessions.senate.gov/public/index.cfm/scheduling-requests)

Internet Policy (http://www.sessions.senate.gov/public/index.cfm/internet-policy)

*Follow U.S. Senator **Jeff Sessions***

*Like* (http://www.facebook.com/jeffsessions)

*Follow* (http://twitter.com/senatorsessions)

*Subscribe* (http://www.youtube.com/SenatorSessions)

## LATEST UPDATES

Sessions details shocking revelations about the President's Fast-Track ahead of last chance vote tomorrow morning: **http://t.co/B3UuV3d55r (http://bit.ly/1BGjErb)**