Steven G. Tidrick, SBN 224760
Joel B. Young, SBN 236662
**THE TIDRICK LAW FIRM**
2039 Shattuck Avenue, Suite 308
Berkeley, California 94704
Telephone: (510) 788-5100
Facsimile: (510) 291-3226
E-mail: sgt@tidricklaw.com
E-mail: jby@tidricklaw.com

Attorneys for Plaintiff Steven Heldt

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| STEVEN HELDT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>　　　　Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER ON MOTION TO TRANSFER VENUE**<br><br>DATE: August 4, 2015<br>TIME: 2:00 P.M.<br>CTRM: 1, 4th Floor<br>JUDGE: Hon. Yvonne Gonzalez Rogers<br><br>Complaint Filed: April 14, 2015 |

**<u>ORDER</u>**

Before the Court is Defendant Tata Consultancy Service, Ltd.'s ("TCS") motion to transfer venue. After considering the papers filed in support of and in opposition to the motion to transfer venue, hearing oral argument, and all other matters of which the Court may take judicial notice:

**IT IS HEREBY ORDERED THAT** TCS' motion to transfer venue is **DENIED.**

Dated:_____　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　Hon. Yvonne Gonzalez Rogers
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge