MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN HELDT,<br><br>    Plaintiff,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>    Defendant. | Case No.: 3:15-cv-01696-JCS<br><br>Assigned to Hon. Yvonne Gonzales Rogers<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE OF MOTIONS SET TO BE HEARD AUGUST 4, 2015**<br><br>[N.D. Local Rule 6-1(A)]<br><br>Complaint Filed:  April 14, 2015 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2425644.1
205625-10015

STIPULATION REGARDING BRIEFING SCHEDULE
ON MOTIONS TO DISMISS AND STRIKE
CASE NO.: 3:15-CV-01696-JCS

This stipulation is entered into by and between plaintiff Steven Heldt ("Heldt"), on the one hand, and defendant Tata Consultancy Services, Ltd. ("TCS"), on the other hand, by and through their undersigned counsel of record, with reference to the following facts and recitals:

WHEREAS, The Complaint For Employment Discrimination (the "Complaint") in this action was filed on April 14, 2015, and served on April 23, 2015;

WHEREAS, the parties stipulated to a thirty day extension for TCS' to respond to the Complaint:

WHEREAS, TCS timely moved to dismiss, strike and transfer venue on June 15, 2015, and set these motions to be heard on August 4, 2015, or roughly two weeks beyond the requisite minimum notice.

WHEREAS, the parties desire a briefing schedule for the oppositions and reply briefs concerning the motions to dismiss and strike, which are currently due June 29 and July 6, respectively.

WHEREAS, the parties seek this stipulation in light of the July 4 weekend and the multiple motions requiring oppositions and reply briefs due on the same day. The parties intend to maintain the current briefing schedule for the motion to change venue.

WHEREAS, the parties have agreed that plaintiff Heldt may have up to and including July 7, 2015 to file his oppositions to the motions to dismiss and strike;

WHEREAS, the parties have agreed that TCS may have up to and including July 17, 2015, to file their replies in support of the motions to dismiss and strike;

WHEREAS, counsel has not submitted an accompanying declaration because that declaration would be entirely duplicative of the information set forth in this stipulation; and

WHEREAS, the stipulated deadline will not alter the date of any event or any deadline already fixed by Court order.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2425644.1
205625-10015

2

STIPULATION REGARDING BRIEFING SCHEDULE
ON MOTIONS TO DISMISS AND STRIKE
CASE NO.: 3:15-CV-01696-JCS

It is therefore STIPULATED AND AGREED, by and between the undersigned counsel and pursuant to Civil Local Rules 6-2, that the time for plaintiff to oppose the motions to strike and dismiss is extended up to and including July 7, 2015, and the time for TCS' reply briefs in support of such motions is extended up to and including July 17, 2015.

Dated: June 25, 2015

LOEB & LOEB LLP
MICHELLE M. LA MAR
PATRICK N. DOWNES
ERIN M. SMITH

By: /s/ Patrick N. Downes
Patrick N. Downes
Attorneys for defendant
TATA CONSULTANCY SERVICES, LTD.

Dated: June 25, 2015

KOTCHEN & LOW LLP
DANIEL LOW
DANIEL KOTCHEN
MICHAEL VON KLEMPERER

By: /s/ Daniel Kotchen
Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
E-mail: dlow@kotchen.com;
E-mail: dkotchen@kotchen.com;
E-mail: mvk@kotchen.com

Attorneys for plaintiff Steven Heldt

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2425644.1
205625-10015

3

STIPULATION REGARDING BRIEFING SCHEDULE
ON MOTIONS TO DISMISS AND STRIKE
CASE NO.: 3:15-CV-01696-JCS