UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN HELDT**,<br>          Plaintiff,<br>     v.<br>**TATA CONSULTANCY SERVICES, LTD.**,<br>          Defendant. | Case No.  15-cv-01696-YGR<br><br>**ORDER DENYING MOTION TO DISMISS AND MOTION TO STRIKE COMPLAINT AS MOOT**<br><br>Re: Dkt. Nos. 21, 26 |

Now pending before the Court is defendant Tata Consultancy Services, Ltd.'s motion to dismiss counts I and II of plaintiff's complaint (Dkt. No. 21) and motion to strike plaintiff's complaint (Dkt. No. 26) filed on June 15, 2015.  On July 6, 2015, plaintiff responded to these motions and filed an amended complaint.  (Dkt. Nos. 39, 40, 41.)  Accordingly, the pending motions to dismiss and to strike the complaint are **DENIED** as moot.

This order terminates Docket Nos. 21, 26.

**IT IS SO ORDERED.**

Dated:  July 9, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**