MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND ~~SAN FRANCISCO~~ DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT<br><br>Plaintiff,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 3:15-cv-01696-~~JCS~~ YGR<br><br>Assigned to Hon. Yvonne Gonzales Rogers<br><br>**CLASS ACTION**<br><br>**[~~PROPOSED~~] ORDER REGARDING: STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>[N.D. Local Rule 6-2]<br><br>Complaint Filed: April 14, 2015 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2438966.1
205625-10015

[~~PROPOSED~~] ORDER EXTENDING DEFENDANT'S
TIME TO RESPOND TO AMENDED COMPLAINT
CASE NO.: 3:15-CV-01696-JCS

# ORDER

Pursuant to stipulation, and for good cause shown, defendant TATA CONSULTANCY SERVICES LTD.'s deadline to respond to plaintiffs' amended complaint is extended to July 28, 2015.

**IT IS SO ORDERED.**

Dated: July 24, 2015

_____
Hon. Yvonne Gonzales Rogers

Loeb & Loeb
A Limited Liability Partnership
including Professional
Corporations

LA2438966.1
205625-10015

2

[PROPOSED] ORDER EXTENDING DEFENDANT'S
TIME TO RESPOND TO AMENDED COMPLAINT
CASE NO.: 3:15-CV-01696-JCS