MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN AND CHRISTOPHER SLAIGHT<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 3:15-cv-01696-YGR<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER ON DEFENDANT'S MOTION TO STRIKE PORTIONS OF PLAINTIFFS' AMENDED COMPLAINT**<br><br>DATE: September 1, 2015<br>TIME: 2:00 p.m.<br>CTRM: 1, 4th Floor<br>JUDGE: Hon. Yvonne Gonzalez Rogers<br><br>Complaint Filed: April 14, 2015 |

# ORDER

Defendant Tata Consultancy Services, LTD. ("TCS") Motion to Strike the Amended Complaint came on for hearing on September 1, 2015, in Courtroom 1 - 4th Floor, 1301 Clay Street, Oakland, CA 94612.

After considering the papers filed in support of and in opposition to the motion to strike, hearing oral argument, and all other matters of which the Court may properly take judicial notice:

**IT IS HEREBY ORDERED THAT** TCS' motion to strike is **GRANTED**. The following allegations in the amended complaint, as identified by page and line number, are stricken:

- Page 1:24-2:2 ("While roughly 1-2% of the United States population is of South Asian descent, approximately 95% of Tata's United States-based workforce is of South Asian descent (primarily from India)."
- Page 8:8-16 ("Tata's employment demographics stand in stark contrast with the population of the United States. During the 2010 census, all Asian subgroups combined made up 4.8 percent of the United States population. Individuals of South Asian descent made up 1-2% of the United States population. Approximately 95% of Tata's United States-based workforce is of South Asian descent (primarily from India). This grossly disproportionate workforce demonstrates an intentional pattern and practice of discrimination, and cannot be explained by coincidence or business necessity.")
- Page 8, fn.2 ("Available data also suggest that individuals of South Asian descent make up a very small portion of the IT professionals in the United States. The Association of Information Technology Professionals ("AITP") – an IT professional organization – conducted a demographic study of its members in 2007 and found that only 2% of the membership was of Asian ethnic origin."
- Page 9:28 -10:1-16 ("First, Tata employs in the United States a large number of South Asians (primarily Indian) visa workers, including individuals with H-1B, L-1, B-1, and

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2439599.1
205625-10015

2

[PROPOSED] ORDER ON DEFENDANT'S
MOTION TO STRIKE
CASE NO.: 3:15-CV-01696-YGR

other visas. Tata secures visas for these individuals. H-1B visas are intended to be used to bring specialized foreign workers to the United States when there are insufficient United States workers to perform the jobs at issue. Tata is consistently one of the top three H-1B sponsors in the United States. For example, Tata sponsored 8,701 new H-1B visas in 2013, 6,692 new H-1B visas in 2012, and 5,365 new H-1B visas in 2011. Similarly, L-1 visas are intended to be used to bring management level employees to the United States for temporary assignments. Between 2002 and 2011, Tata sponsored 25,908 L-1 visas. On information and belief, Tata sponsored all, or the vast majority, of these visas for South Asian workers (primarily Indian). Tata is currently being investigated by the federal government for visa abuse.")

- Page 10:25-11:1 ("The end result of Tata's general policy of discrimination is a workforce that consists of approximately 95% South Asians, a number grossly disproportionate with the demographic makeup of the United States (which consists of approximately 1-2% South Asians).")
- Page 24:9 ("The class period runs from April 14, 2011 onwards.")
- Page 24:25 ("visa and")
- Page 27:12 ("hiring")
- Page 27:16 ("hiring")
- Page 27:17-20 ("knowingly and intentionally creating and maintaining an overwhelmingly disproportionate workforce in the United States consisting of approximately 95% or more South Asian employees.")
- Page 28:16-18 ("knowingly and intentionally creating and maintaining an overwhelmingly disproportionate workforce in the United States consisting of approximately 95% or more South Asian employees.")

Dated: _____    _____
                          Hon. Yvonne Gonzalez Rogers
                          United States District Court Judge

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2439599.1
205625-10015

3

[PROPOSED] ORDER ON DEFENDANT'S
MOTION TO STRIKE
CASE NO.: 3:15-CV-01696-YGR