Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone:  (202) 471-1995
E-mail:  dlow@kotchen.com;
E-mail:  dkotchen@kotchen.com;
E-mail:  mvk@kotchen.com

Attorneys for All Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT,<br><br>Plaintiff,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>Assigned to Hon. Yvonne Gonzalez Rogers<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER REGARDING: STIPULATION EXTENDING TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AMENDED COMPLAINT AND MOTION TO STRIKE AMENDED COMPLAINT** AS MODIFIED BY THE COURT<br><br>[N.D. Local Rule 6-2]<br><br>Complaint Filed:   April 14, 2015 |

**ORDER** AS MODIFIED BY THE COURT

Pursuant to the stipulation, and for good cause shown, Plaintiffs' deadline to respond to Defendant's Motion to Dismiss the Amended Complaint and Motion to Strike the Amended Complaint is extended to August 14, 2015.

In light of the amended briefing schedule, the hearing on Defendants' Motions currently set for September 1 is hereby reset for September 8, 2015, on the Court's 2:00 p.m. calendar.

**IT IS SO ORDERED.**

Dated: August _6_, 2015

_____
Hon. Yvonne Gonzalez Rogers