UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clear Form

Steven Heldt, et al.

              Plaintiff(s),

       v.

Tata Consultancy Services, Ltd.

              Defendant(s).
_____/

Case No. 4:15-cv-1696-YGR

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under Civil L.R. 5-1(b));*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/7/2015

s/Steven Heldt
[Party]

Dated: 8/7/2015

s/Michael von Klemperer
[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 6/14

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clear Form

Steven Heldt, et al.

Plaintiff(s),

v.

Tata Consultancy Services, Ltd.

Defendant(s).
_____/

Case No. 4:15-cv-1696-YGR

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov   *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under Civil L.R. 5-1(b));*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/7/2015

s/Brian Buchanan
[Party]

Dated: 8/7/2015

s/Michael von Klemperer
[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clear Form

Steven Heldt, et al.

　　　　　　　　　Plaintiff(s),

　　　　　v.

Tata Consultancy Services, Ltd.

　　　　　　　　　Defendant(s).
_____/

Case No. 4:15-cv-1696-YGR

ADR CERTIFICATION BY PARTIES AND COUNSEL

　　　Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

　　　**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under Civil L.R. 5-1(b));*

　　　**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

　　　**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/7/2015　　　　　　　　　　　　　　　　　　　s/Christopher Slaight
　　　　　　　　　　　　　　　　　　　　　　　　　　　[Party]

Dated: 8/7/2015　　　　　　　　　　　　　　　　　　　s/Michael von Klemperer
　　　　　　　　　　　　　　　　　　　　　　　　　　　[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 6/14