MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone:  310-282-2000
Facsimile:   310-282-2200

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT<br><br>Plaintiff,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 3:15-cv-01696-JCS<br><br>Assigned to Hon. Yvonne Gonzales Rogers<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER RE: STIPULATION EXTENDING TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AMENDED COMPLAINT AND MOTION TO STRIKE AMENDED COMPLAINT**<br><br>Complaint Filed:  April 14, 2015<br>Trial Date:  None Set |

# ORDER

Pursuant to stipulation, and for good cause shown, defendant may have through and until August 25, 2015, to file its reply briefs in support of its Motion to Dismiss and Motion to Strike.

**IT IS SO ORDERED.**

Dated:  August 24, 2015

_____
**Hon. Yvonne Gonzalez Rogers
United States District Court Judge**