**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **STEPHEN HELDT, BRIAN BUCHANAN, AND CHRISTOPHER SLAIGHT,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**TATA CONSULTANCY SERVICES, LTD.,**<br><br>**Defendant.** | Case No.: 15-cv-1696 YGR<br><br>**ORDER CONTINUING MOTION HEARING AND CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED that the hearing on Defendant's Motion to Strike (Dkt. No. 47), the hearing on Defendant's Motion to Dismiss (Dkt. No. 50), and the Case Management Conference are hereby **CONTINUED** from September 8, 2015 to **Tuesday, September 15, 2015** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 1.

**IT IS SO ORDERED.**

Date: September 2, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**