UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 9/15/2015 | **Time:** 2:06pm-2:22pm-Motion<br>2:23pm-2:31pm-CMC | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 15-cv-01696-YGR | **Case Name:** Heldt v. Tata Consultancy Services, Ltd | |

**Attorney for Plaintiff:** Daniel Low
**Attorney for Defendant:** Patrick Downes and Michelle M. La Mar

**Deputy Clerk:** Frances Stone              **Court Reporter:** Diane Skillman

### PROCEEDINGS

Defendant's Motion to Strike Amended Complaint [Dkt. No. 47]- HELD and SUBMITTED
Defendant's Motion to Dismiss [Dkt. No. 50]- HELD and SUBMITTED
**CMC- HELD**

**Order to be prepared by: Court**

**Notes:** Class Certification Motion and Motion for Summary Judgment filed by 6/7/16, both on 35 day notice.