UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| Date: 9/18/2015 | Time: 9:01am | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 11-cv-05708-YGR | Case Name: Ayala v. Lewis | |

**Attorney for Petitioner:** No appearance by counsel
**Attorney for Respondent:** Appearance not required today

**Deputy Clerk:** Frances Stone     **Court Reporter:** Not held and Not reported

PROCEEDINGS

Compliance Hearing regarding whether petitioner shall seek to amend the petition on file or file a state exhaustion petition- NOT HELD.

The Court shall issue an Order to Show Cause why sanctions should not issue for counsel's failure to appear.

Notes:  CRD waited in courtroom until 9:25am today- no appearance by counsel for petitioner.