UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN HELDT, BRIAN BUCHANAN,** and **CHRISTOPHER SLAIGHT**, <br><br> Plaintiffs, <br><br> v. <br><br> **TATA CONSULTANCY SERVICES, LTD.**, <br><br> Defendant. | Case No. 15-cv-1696-YGR <br><br> **ORDER DENYING JOINT MOTION TO EXTEND SCHEDULING ORDER** <br><br> Re: Dkt. No. 78 |

Currently before the Court is the parties' joint motion to extend the deadline to file class certification and summary judgment motions from the current deadline of June 7, 2016 to January 20, 2017. (Dkt. No. 78.) The motion is **DENIED WITHOUT PREJUDICE**. The parties have not provided any justification for the requested seven-month extension or the more than four-month delay between when plaintiffs first served discovery requests in August 2015 and the start of 30(b)(6) depositions in January 2016. The Court is not inclined to allow cases to age.

Any renewed motion to extend the schedule must include a detailed discovery plan so the Court may grant a reasonable extension given the delay already endured in this case.

This order terminates Docket No. 78.

**IT IS SO ORDERED.**

Dated: March 31, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**