UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN HELDT, BRIAN BUCHANAN,** and **CHRISTOPHER SLAIGHT**,<br><br>    Plaintiffs,<br><br>    v.<br><br>**TATA CONSULTANCY SERVICES, LTD.**,<br><br>    Defendant. | Case No. 15-cv-1696-YGR<br><br>**ORDER GRANTING IN PART RENEWED JOINT MOTION TO EXTEND SCHEDULING ORDER**<br><br>Re: Dkt. No. 80 |

On April 20, 2016, the parties filed a renewed joint motion to extend the scheduling order in this case. (Dkt. No. 80.) The Court hereby **GRANTS IN PART** the joint motion as follows:

By no later than November 22, 2016, Plaintiffs shall file their motion for class certification and shall, in conjunction with such motion, submit any expert reports on which they intend to rely in this action. Also by November 22, 2016, either or both parties shall file any motion(s) for summary judgment.

By no later than January 17, 2017, Defendant shall file its response to Plaintiffs' motion for class certification, and shall, in conjunction with such response, submit any rebuttal expert reports. Also by January 17, 2017, the non-moving party shall file a response to the moving party's motion(s) for summary judgment.

By no later than February 14, 2017, the moving parties shall file replies in support of the motion for class certification and any pending motion(s) for summary judgment.

This order terminates Docket No. 80.

**IT IS SO ORDERED.**

Dated: April 28, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**