Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone:  (202) 471-1995
E-mail:  dlow@kotchen.com;
E-mail:  dkotchen@kotchen.com;
E-mail:  mvk@kotchen.com

Attorneys for All Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT<br><br>Plaintiffs,<br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL OF RECORD FOR PLAINTIFF STEVEN HELDT**<br><br>Complaint Filed:  April 14, 2015 |

### [PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL OF RECORD FOR PLAINTIFF STEVEN HELDT

Daniel Low, Daniel Kotchen, and Michael von Klemperer of the firm Kotchen & Low LLP, Michael Brown of DVG Law Partners LLC, Vonda K. Vandaveer of V.K. Vandaveer, P.L.L.C., and Steven Tidrick and Joel Young of The Tidrick Law Firm ("Movants") seek to withdraw as counsel of record for Plaintiff Steven Heldt in

1

the above-captioned matter pursuant to Civil L.R. 5-1(c)(2)(E) and 11-5 and to substitute as counsel of record James Otto of The Law Office of James A. Otto.

IT IS HEREBY ORDERED that the above withdrawal and substitution of counsel of record for Plaintiff Steven Heldt is hereby GRANTED. Kotchen & Low LLP, DVG Law Partners LLC, V.K. Vandaveer, P.L.L.C., and The Tidrick Law Firm are withdrawn as counsel for Mr. Heldt, and The Law Office of James A. Otto is hereby substituted as counsel of record for Mr. Heldt. Kotchen & Low LLP, DVG Law Partners LLC, V.K. Vandaveer, P.L.L.C., and The Tidrick Law Firm continue to serve as counsel of record for Mr. Buchanan, Mr. Slaight, and the putative class.

DATED: June 9, 2016

_____
UNITED STATES DISTRICT JUDGE