1 | James A. Otto, SBN 144432
LAW OFFICE OF JAMES A. OTTO
2 | 19536 San Jose Street
Northridge, California 91326
3 | Telephone: (818) 366-8432
Facsimile: (818) 368-7757
4 | Email: jaotto@msn.com

5 | Attorneys for Plaintiff
STEVEN HELDT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT, | Case No.: 4:15-cv-01696-YGR |
|---|---|
| Plaintiffs, | Assigned to Hon. Yvonne Gonzalez Rogers |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF STEVEN HELDT AS A NAMED PLAINTIFF** |
| TATA CONSULTANCY SERVICES, LTD., | |
| Defendant. | |

Loeb & Loeb
A Limited Liability Partnership
Including Professional Corporations

10777502.2
205625-10015

STIPULATION AND [PROPOSED] ORDER
FOR WITHDRAWAL OF STEVEN HELDT
AS A NAMED PLAINTIFF

## RECITALS

WHEREAS, in the operative Third Amended Complaint in this action, the named plaintiffs are Steven Heldt ("Heldt"), Brian Buchanan and Christopher Slaight; and

WHEREAS, Heldt desires to withdraw as a named plaintiff in this action; and

WHEREAS, all parties to this action are agreeable to the withdrawal of Heldt as a named plaintiff in this action.

Accordingly, the parties do hereby agree and stipulate as follows:

1. Heldt shall no longer be a representative plaintiff for purposes of this class action.

2. This stipulation is not intended to be, and shall not constitute, a waiver of any right by Heldt to file a separate action. However, Heldt shall not file any separate action against the defendant Tata Consultancy Services, Ltd. ("TCS") until the Court has ruled on a motion for class certification or otherwise disposes of the class allegations in this action. In the event Heldt files a separate action against TCS, then as between Heldt and TCS, TCS agrees that the statute of limitations on that separate action is tolled from the date Heldt filed the complaint in this action to the date this Court issues a ruling on a motion for class certification or otherwise disposes of the class allegations in this action.

Dated: October 24, 2016

LAW OFFICES OF JAMES A. OTTO

By: _____
James A. Otto
Attorneys for Plaintiff
Steven Heldt

Loeb & Loeb
A Limited Liability Partnership
Including Professional Corporations

10777502.2
205625-10015

2

STIPULATION AND [PROPOSED] ORDER
FOR WITHDRAWAL OF STEVEN HELDT
AS A NAMED PLAINTIFF

Dated: October 24, 2016

KOTCHEN & LOW LLP
DANIEL LOW, SBN 218387
DANIEL KOTCHEN (*pro hac vice*)
MICHAEL VON KLEMPERER (*pro hac vice*)

By: /s/Daniel Low
Daniel Low
Attorneys for Plaintiffs
Brian Buchanan and Christopher Slaight

Dated: October 24, 2016

LOEB & LOEB LLP
MICHELLE M. LA MAR
PATRICK DOWNES
ERIN M. SMITH

By: /s/ Michelle M. La Mar
Michelle M. La Mar
Attorneys for Defendant
Tata Consultancy Services, Ltd.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2016

HON. YVONNE GONZALES ROGERS
UNITED STATES DISTRICT COURT

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

10777502.2
205625-10015

3

STIPULATION AND [PROPOSED] ORDER
FOR WITHDRAWAL OF STEVEN HELDT
AS A NAMED PLAINTIFF