1  James A. Otto, SBN 144432
   LAW OFFICE OF JAMES A. OTTO
2  19536 San Jose Street
   Northridge, California 91326
3  Telephone: (818) 366-8432
   Facsimile: (818) 368-7757
4  Email: jaotto@msn.com

5  Attorneys for Plaintiff
   STEVEN HELDT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>Assigned to Hon. Yvonne Gonzalez Rogers<br><br>**STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF STEVEN HELDT AS A NAMED PLAINTIFF** |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

10777502.2
205625-10015

STIPULATION AND [PROPOSED] ORDER
FOR WITHDRAWAL OF STEVEN HELDT
AS A NAMED PLAINTIFF

## RECITALS

WHEREAS, in the operative Third Amended Complaint in this action, the named plaintiffs are Steven Heldt ("Heldt"), Brian Buchanan and Christopher Slaight; and

WHEREAS, Heldt desires to withdraw as a named plaintiff in this action; and

WHEREAS, all parties to this action are agreeable to the withdrawal of Heldt as a named plaintiff in this action.

Accordingly, the parties do hereby agree and stipulate as follows:

1. Heldt shall no longer be a representative plaintiff for purposes of this class action.

2. This stipulation is not intended to be, and shall not constitute, a waiver of any right by Heldt to file a separate action. However, Heldt shall not file any separate action against the defendant Tata Consultancy Services, Ltd. ("TCS") until the Court has ruled on a motion for class certification or otherwise disposes of the class allegations in this action. In the event Heldt files a separate action against TCS, then as between Heldt and TCS, TCS agrees that the statute of limitations on that separate action is tolled from the date Heldt filed the complaint in this action to the date this Court issues a ruling on a motion for class certification or otherwise disposes of the class allegations in this action.

Dated: October 24, 2016

LAW OFFICES OF JAMES A. OTTO

By: _____
James A. Otto
Attorneys for Plaintiff
Steven Heldt

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

10777502.2
205625-10015

2

STIPULATION AND [XXXXXXX] ORDER
FOR WITHDRAWAL OF STEVEN HELDT
AS A NAMED PLAINTIFF

| | | |
|---|---|---|
| 1 | Dated:  October 24, 2016 | KOTCHEN & LOW LLP |
| 2 | | DANIEL LOW, SBN 218387 |
| | | DANIEL KOTCHEN (*pro hac vice*) |
| 3 | | MICHAEL VON KLEMPERER (*pro hac vice*) |

By: /s/ Daniel Low
     Daniel Low
     Attorneys for Plaintiffs
     Brian Buchanan and Christopher Slaight

Dated:  October 24, 2016    LOEB & LOEB LLP
                            MICHELLE M. LA MAR
                            PATRICK DOWNES
                            ERIN M. SMITH

By: /s/ Michelle M. La Mar
     Michelle M. La Mar
     Attorneys for Defendant
     Tata Consultancy Services, Ltd.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 27, 2016

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

10777502.2
205625-10015

3

STIPULATION AND [XXXXXXXX] ORDER
FOR WITHDRAWAL OF STEVEN HELDT
AS A NAMED PLAINTIFF