UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**STEVEN HELDT, ET AL.,**

Plaintiffs,

v.

**TATA CONSULTANCY SERVICES, LTD.,**

Defendant.

Case No. 15-cv-01696-YGR

**ORDER DENYING MOTION TO EXTEND COURT DEADLINES PENDING MEDIATION**

Re: Dkt. No. 88

The parties' request to extend court deadlines pending mediation is **DENIED WITHOUT PREJUDICE**. The parties have provided no reason why a mediation cannot occur before January 24, 2017. The Court has already extended the deadlines once and is not inclined to grant such a long extension where the market is replete with excellent available mediators.

This Order terminates Docket Number 88.

**IT IS SO ORDERED.**

Dated: October 28, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**