UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN BUCHANAN, ET AL.**, <br> Plaintiffs, <br> v. <br> **TATA CONSULTANCY SERVICES, LTD**, <br> Defendant. | Case No. 15-cv-01696-YGR <br><br> **ORDER GRANTING PERMISSION TO FILE MOTION FOR SUMMARY JUDGMENT WITHOUT CONFERENCE** <br><br> Re: Dkt. Nos. 93, 94 |

On January 13, 2017, and pursuant to the Court's standing order, defendant filed a letter requesting a summary judgment conference and permission to file a summary judgment motion. On January 18, 2017, plaintiff filed a response. The Court has reviewed and considered the letters. Good cause appearing, the defendant's request to file its motion is granted without the need of a conference.

Parties are reminded to file separate statements of facts which should be devoid of argument and hyperbole and that under the Local Rules, evidentiary objections must be made within the context of the memoranda.

Further, the Court extends plaintiff's date for filing its motion for class certification to February 21, 2017. The request for a telephonic conference (Dkt. 96) is denied as moot. The administrative motion to file documents under seal as they relate to the discovery matter is granted and the motion shall be terminated.

**IT IS SO ORDERED.**

Dated: January 23, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**