| | |
|---|---|
| 1 | MICHELLE M. LA MAR (SBN 163038) |
| 2 | mlamar@loeb.com |
|   | PATRICK N. DOWNES (SBN 186461) |
| 3 | pdownes@loeb.com |
|   | ERIN M. SMITH (SBN 235039) |
| 4 | esmith@loeb.com |

**LOEB & LOEB LLP**
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorney for Defendant
TATA CONSULTANCY SERVICES, LTD.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>Assigned to Hon. Yvonne Gonzalez Rogers<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Complaint Filed:   April 14, 2015 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that attorney Laura A. Wytsma of Loeb & Loeb LLP, 10100 Santa Monica Blvd., Suite 2200, Los Angeles, CA 90067, a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance in the above-captioned matter as counsel of record on behalf of Defendant Tata Consultancy Services, Ltd.

Dated:   January 30, 2017                    By: /s/ Laura A. Wytsma
                                                 Michelle M. La Mar
                                                 Patrick N. Downes
                                                 Erin M. Smith
                                                 LOEB & LOEB LLP

                                                 *Attorneys for Defendant*