Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
E-mail: dlow@kotchen.com;
E-mail: dkotchen@kotchen.com;
E-mail: mvk@kotchen.com

Attorneys for Plaintiffs Buchanan and Slaight

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DANIEL KOTCHEN IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS 7-10 AND 12-14 OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT**<br><br>Complaint Filed: April 14, 2015 |

**DECLARATION OF DANIEL KOTCHEN IN SUPPORT OF UNOPPOSED ADMINISTRATION MOTION TO FILE UNDER SEAL**

I, Daniel Kotchen, hereby declare as follows, based on personal knowledge:

1. Plaintiffs Brian Buchanan and Christopher Slaight ("Plaintiffs") seek to file portions of Exhibits 7-10 and 12-14 of Plaintiffs' Motion for Leave to File Fourth Amended Complaint under seal. Defendant Tata Consultancy Services, Inc. ("Tata") has designated information contained in Exhibits 7-10 and 12-14 confidential pursuant to the Parties' Stipulated Protective Order (Dkt. #74, Dkt. #76), and has requested that the names of its clients, the names and contact information of its applicants and employees, and certain portions of its Resource Management Group Manual be redacted in Plaintiffs' public filing. Tata also requests that Plaintiffs file under seal its 2015 Employer Information Report (Exhibit 12).
2. Plaintiffs seek to redact only those portions of Exhibits 7-10 and 13-14 that contain this information in their public filing. Plaintiffs seek to file an unredacted version of these documents under seal.
3. On January 31, 2017, the parties met and conferred regarding the subject matter of Plaintiffs' Administration Motion to Seal. Tata consented to the public filing of Exhibits 7-10 and 13-14 on the condition that Plaintiffs redact the names of its clients, the names and contact information of its applicants and employees, and portions of its Resource Management Group Manual. Tata

contends that this information is non-public, and that The Resource Management Group Manual contains trade secrets and/or confidential information regarding Tata's business process. Tata also requests that Plaintiffs file Exhibit 12 under seal as it does not wish to waive the confidentiality designation as to Exhibit 12 at this time.

4. I declare under the penalty of perjury that the foregoing is true and correct.

Executed on January 31, 2017

/s/Daniel Kotchen
Daniel Kotchen

## CERTIFICATE OF SERVICE

I hereby certify that this declaration and unredacted copies of all accompanying material was served on all counsel of record by email on the same day that it was filed.

Dated: January 31, 2017

/s/Daniel Kotchen
Daniel Kotchen