Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
E-mail: dlow@kotchen.com;
E-mail: dkotchen@kotchen.com;
E-mail: mvk@kotchen.com

Attorneys for Plaintiffs Buchanan and Slaight

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DANIEL KOTCHEN IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT**<br><br>Complaint Filed: April 14, 2015 |

**DECLARATION OF DANIEL KOTCHEN IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT**

I, Daniel Kotchen, hereby declare as follows, based on personal knowledge:

1. I am a Partner with the law firm Kotchen & Low LLP, which represents Plaintiffs Brian Buchanan and Christopher Slaight ("Plaintiffs") in the above-referenced matter. I submit this declaration in support of Plaintiffs' Motion for Leave to File Fourth Amended Complaint. I am fully knowledgeable of the facts stated herein and am competent to testify regarding these matters.
2. Attached to the accompanying Motion for Leave to File Fourth Amended Complaint are true and correct redacted copies of the following records produced by Tata in the above-captioned matter: TCS137485-7487 (Ex. 7); TCS177617-7618 (Ex. 8); TCS057813-7818 (Ex. 9); TCS007391-7452 (Ex. 10); TCS007257 (Ex. 12); TCS038987 (Ex. 13); and TCS038607-8608 (Ex. 14).
3. Attached to the accompanying Motion for Leave to File Fourth Amended Complaint are true and correct copies of the following Rule 30(b)(6) deposition transcript excerpts: Sharma (30(b)(6)) Dep. Tr. (Jan. 25, 2017) (Ex. 4) and Ganapathy (30(b)(6)) Dep. Tr. (Jan. 25, 2016) (Ex. 11).
4. Attached to the accompanying Motion for Leave to File Fourth Amended Complaint is a true and correct copy of the following record produced by Plaintiffs in the above-captioned matter: Plaintiffs 0002319-320 (Ex. 15).
5. Attached to the accompanying Motion for Leave to File Fourth Amended

Complaint are true and correct copies of the following emails exchanged between counsel in the above-captioned matter: Email from M. La Mar. to D. Kotchen, *et al.* (Jan. 17, 2016) (Ex. 2); Email from D. Kotchen to M. La Mar, *et al.* (Jan. 18, 2017) (Ex. 2); Email from M. La Mar. to D. Kotchen, *et al.* (Jan. 19, 2016) (Ex. 3); Email from D. Kotchen to M. La Mar (Jan. 20, 2017) (Ex. 3); Email from D. Kotchen to M. La Mar (Jan. 26, 2017) (Ex. 5); Email from M. La Mar to D. Kotchen (Jan. 26, 2017) (Ex. 5); Email from M. La Mar to D. Kotchen, *et al.* (Jan. 27, 2017) (Ex. 5); Email from M. von Klemperer to M. La Mar, *et al.* (Aug. 23, 2016) (Ex. 6); Email from M. La Mar to M. von Klemperer, *et al.* (Aug. 24, 2016) (Ex. 6).

6. Attached to the accompanying Motion for Leave to File Fourth Amended Complaint is true and correct copy of the following email received by Kotchen & Low LLP from the Equal Employment Opportunity Commission ("EEOC"): Email from W. Gerardo to L. Tremaine (Jan. 30, 2017) (Ex. 16).

7. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on January 31, 2017

/s/Daniel Kotchen
Daniel Kotchen