MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
LAURA A. WYTSMA (SBN 189527)
lwytsma@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>Assigned to Hon. Yvonne Gonzalez Rogers<br><br>**TCS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>[Declaration of Patrick Downes attached hereto] |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

TCS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 4:15-cv-01696-YGR

**INTRODUCTION**

Defendant Tata Consultancy Services, Ltd. ("TCS"), respectfully requests an order sealing portions of the evidence submitted in support of its motion for summary judgment. This request is made pursuant to Civil Local Rules 7-11 and 79-5. The redacted documents are attached to the declarations of Michelle La Mar and Jeevak Sharma filed concurrently herewith,[1] as more specifically identified in the accompanying proposed order. The redactions have been narrowly tailored and only protect the identity of third parties, such as TCS applicants or individuals who do not work for TCS. TCS' motion for summary judgment does not turn on the identity of such third parties, and TCS' motion itself is unredacted.

The redacted documents were produced by TCS to plaintiffs in this action. This administrative motion is unopposed.

**ARGUMENT**

A party must demonstrate "compelling reasons" to seal judicial records attached to a dispositive motion. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). Examples of compelling reasons include "the use of court records for improper purposes," such as "to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." *Id*. Invasion of a third party privacy interest demonstrates a compelling reason sufficient to seal narrowly redacted information. *See Icon-IP Pty Ltd. v. Specialized Bicycle Components, Inc.*, 2015 U.S. Dist. LEXIS 26519 at *3 (N.D. Cal. Mar. 4, 2015) (noting that "invasion of [a] third party's privacy" constitutes a compelling reason to file an exhibit under seal).

Here, the information sought to be filed under seal identifies TCS' customers, an employee of one such customer, or TCS' employees not involved with any plaintiff, including their personal email addresses. No good purpose is served by disclosing such entities to the public, and none of the redacted entities are accused of misconduct by

---

[1] The redacted documents are excerpts of the transcript of the deposition of plaintiff Christopher Slaight (Ex. B to the declaration of Michelle La Mar) and Exhibits C-I to the declaration of Jeevak Sharma.

plaintiffs.  The substance of all communications filed with TCS' motion has been publicly filed, and the redacted information adds nothing to the analysis here.  Third parties who have unwittingly become associated with this topical class action should be afforded the right to remain anonymous for now.   In addition, the redacted information was produced in discovery pursuant to this Court's stipulated protective order.  (Dkt. # 76)

## CONCLUSION

For the foregoing reasons, TCS respectfully requests that the Court permit TCS to file certain exhibits under seal as specified in the proposed order with this motion.

Dated:   January 31, 2017

LOEB & LOEB LLP
MICHELLE M. LA MAR
LAURA A. WYTSMA
PATRICK N. DOWNES
ERIN M. SMITH

By: /s/ Patrick N. Downes
    Patrick N. Downes
    Attorneys for Defendant
    TATA CONSULTANCY SERVICES, LTD.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

2

TCS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 4:15-cv-01696-YGR

**SUPPORTING DECLARATION OF PATRICK DOWNES**

I, Patrick Downes, declare as follows:

1. I am an attorney with the law firm of Loeb & Loeb, LLP, counsel for TCS. I have personal knowledge of the following facts and if called as a witness, I would testify to them.

2. In connection with its motion for summary judgment, TCS has redacted the names of its clients from certain e-mail records and the deposition transcripts of Mr. Slaight. TCS also redacted the names and personal e-mail addresses of several TCS employees along with the name of an employee who works for TCS client. Such information is personal and confidential, and not relevant to the motion. TCS is in a highly competitive business and TCS seeks to protect the names of its clients and employees from unnecessary public controversy when these identities are not relevant to the controversy.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 31, 2017, at Los Angeles, California.

/s/ Patrick Downes
PATRICK DOWNES

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

3

TCS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 4:15-cv-01696-YGR