MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
LAURA A. WYTSMA (SBN 189527)
lwytsma@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, AND CHRISTOPHER SLAIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JEEVAK SHARMA IN SUPPORT OF DEFENDANT TATA CONSULTANCY SERVICES LTD.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed:   April 14, 2015 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

DECLARATION OF JEEVAK SHARMA
CASE NO. 4:15-CV-01696-YGR

## DECLARATION OF JEEVAK SHARMA

I, Jeevak Sharma, declare as follows:

1. I have worked at TCS since August, 2007 and have been with TCS in the United States since June 2012. I am currently employed as the Head of Talent Retention and Employee Welfare—North America for Tata Consultancy Services, Ltd. ("TCS"). I have held this position since November 2013. In this capacity, I am familiar with TCS' personnel documents and other records pertaining to Human Resources matters, including but not limited to hirings, firings, and performance issues. The facts set forth below are of my own personal knowledge, and if called and sworn as a witness, I could and would competently testify thereto.

2. TCS is a technology company headquartered in Mumbai, India, and conducts business worldwide. TCS' objective is to help its customers achieve greater efficiency through the enhancement of customers' existing information technology ("IT") systems or the development of new ones. Whether a customer chooses to retain its own staff, to reduce its staff, or to eliminate its staff entirely in connection with the project is the customer's exclusive choice.

3. TCS staffs its projects based on the skills needed for the assignment. The choice of who to staff on projects is made by the TCS project manager or often the client. Managers initially choose from existing employees grouped together by the Resources Management Group ("RMG"). "Existing" TCS employees means current employees who have been hired from the local labor pool ("local hires"), and "expats" who have been temporarily transferred to the United States on a visa. Existing employees who are "visa ready" in India are also utilized when job requirements or a lack of availability dictates a need to activate visas and travel to the United States. RMG only places existing TCS employees. They do not seek to hire from the outside.

4. If there are no existing employees (local, expat or visa ready) available for an assignment and the project is short-term (typically less than one year), then TCS will resort to third-party vendors to fill the vacancy with a temporary contractor employed by a third-

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

2

DECLARATION OF JEEVAK SHARMA
CASE NO. 4:15-CV-01696-YGR

party vendor. These independent contractors are referred to by TCS as "Business Associates." They are not substitutes for a regular workforce, and their compensation is paid by their agency. If an unfulfilled project is long-term, TCS' recruiting department, the Talent Acquisition Group or "TAG", will begin the process of recruiting a full-time local hire. TAG only recruits from the United States labor market and does not generally recruit H-1B candidates, even if they are in the United States. Again, the hiring managers and sometimes the clients generally make the decision of who TCS hires as a full-time employee.

5. In conjunction with my submission of this declaration, I reviewed the Human Resources records of plaintiff Christopher Slaight. These records were generated in the ordinary course of business by TCS Human Resources personnel with knowledge of the events recorded thereon. These records are maintained at TCS' office in New Jersey in the ordinary course of its business. With respect to Mr. Slaight, I requested that the documents attached to this declaration be retrieved from Mr. Slaight's personnel file or from TCS' server.

6. Attached hereto as "Exhibit A" is a true and correct copy of TCS' written offer of employment to Mr. Slaight dated May 1, 2012.

7. Attached hereto as "Exhibit B" is a true and correct copy of the Acknowledgement of Receipt of Company Discrimination and Harassment Policy as executed by Mr. Slaight.

8. Attached hereto as "Exhibit C" is a true and correct copy of an e-mail chain dated September 14-15, 2012, between Mr. Slaight and Padmanabhareddy Iragamreedy of TCS.

9. Attached hereto as "Exhibit D" is a true and correct copy of an e-mail dated March 27, 2013, from Vignesh Ramanan of TCS to Mr. Slaight.

10. Attached hereto as "Exhibit E" is a true and correct copy of an e-mail dated February 27, 2013, from a TCS client to Vignesh Ramanan of TCS.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

3

DECLARATION OF JEEVAK SHARMA
CASE NO. 4:15-CV-01696-YGR

11. Attached hereto as "Exhibit F" is a true and correct copy of a screen shot containing two e-mails, the first dated March 27, 2013 from Mignash Ramanan of TCS to Mr. Slaight, and the second dated March 15, 2013 from Alok Bhalla of TCS to Debeojyoti Sen of TCS.

12. Attached hereto as "Exhibit G" is a true and correct copy of an e-mail chain dated April 2-4, 2013, the last of which is an email dated April 4, 2013, from Ambika G of TCS to Hannah Shabitha of TCS.

13. Attached hereto as "Exhibit H" is a true and correct copy of an e-mail chain dated April 2, 2013, the last of which is an e-mail from Ambika G of TCS to Mr. Slaight.

14. Attached hereto as "Exhibit I" is a true and correct copy of a screen shot containing two e-mails, each dated April 10, 2013, and each from Ambika G of TCS to Debojyoti Sen of TCS.

15. Attached hereto as "Exhibit J" is a true and correct copy of a screen shot containing two e-mails, each dated April 10, 2013, and each from Ambika G of TCS to Debojyoti Sen of TCS.

16. Attached hereto as "Exhibit K" is a true and correct copy of an August 7, 2014, email sent to Brian Buchanan (and other Southern California Edison workers). This document was retrieved from TCS' server in connection with Mr. Buchanan's claim.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 31st day of January, 2017 at Edison, New Jersey.

_____
JEEVAK SHARMA

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

11297865.1205625-10015

4   DECLARATION OF JEEVAK SHARMA