# Exhibit A

# Exhibit A

Δ II EXHIBIT 8
Wit: Slaight
Date: _____
J. MOSKOWITZ



# TATA

May 1, 2012

Christopher Slaight
11 Ray Street
Staten Island, NY 10312

Dear Christopher:

We are pleased to offer you employment with Tata Consultancy Services, Ltd. ("Company"), as a Software Engineer reporting to the Project Manager. Your initial posting will be in New Jersey. Should you accept this offer on the terms and conditions stated in this letter, and successfully complete all of the pre-employment requirements outlined in this letter, your employment effective date will be the date you complete the process and actually begin work at the Company. Your start date will be July 9, 2012. If we do not receive your acceptance and/or if after acceptance, you fail to begin work at the Company on the date provided above for any reason (including failure to complete the pre-employment process), this offer will automatically lapse.

Your annualized base compensation will be $66,400 and you will be paid bi-weekly in accordance with Company payroll practices. The Company follows an annual review of compensation for each employee, which normally occurs during the first or second month following each fiscal year end.

Your first year compensation will also include a onetime joining bonus in the amount of $2,000, subject to all applicable payroll related taxes, which will be paid to you within 30 days after your employment with TCS begins. Should you terminate your employment with TCS, whether by resignation or otherwise, prior to completion of at least six months of employment with us, you are required to return the joining bonus amount to the Company.

In addition to your Base Salary, you are eligible to earn an annual incentive, of up to a maximum of $4,300. You will be eligible to be enrolled in this bonus program after 3 months of employment with the company. The eligibility, determination of the award amount, and the disbursement, will be at the discretion of the Company, administered in accordance with the Company's relevant Policy in effect each Fiscal Year.

This offer is subject to your representation and warranty (which will be confirmed by your signature below) that you are not a party to any agreement or contract which restricts or limits your ability to work for or perform services for the Company and that you are free to accept employment with the Company without restrictions. This offer is further subject to your representation and warranty that you are currently legally authorized to work in the United States. The Company will verify your employment eligibility by requiring you to complete a Form I-9 on your first day of employment.

TATA CONSULTANCY SERVICES
Tata Consultancy Services Limited
379 Thornall Street, 4th Floor, Edison, NJ 08837

**CONFIDENTIAL**                                               TCS000804

Your employment is also contingent upon the successful completion of our pre-employment screening process. Further, due to the nature of our business, it may be necessary to provide our customers confirmation of successful criminal background checks, drug tests, credit check and other screening requirements. By signing below and accepting this offer you agree to be subjected to all such screening and certification procedures at the time of your employment and thereafter, during your employment, unless prohibited by law.

The Company may repeat one or more of the foregoing tests and verifications on a periodic basis during the term of your employment. The satisfactory outcome of such tests, and verifications, would be necessary for your continued employment with the Company. We have enclosed an *Authorization and Consent for Release of Information Form* for your signature along with *a Summary of Your Rights under the Fair Credit Reporting Act*. The Company further requires that you carefully review our *Confidentiality, Assignment and Non-solicitation Agreement*, two copies are provided along with this offer letter. The *Confidentiality, Assignment and Non-solicitation Agreement* is incorporated into this offer by this reference, and a signed copy of the *Confidentiality, Assignment and Non-solicitation Agreement* is a prerequisite to your employment with the Company.

As an employee of the Company, you will be required to comply with all Company policies and procedures. In particular, you will be required to familiarize yourself with and to comply with the Tata Code of Conduct, the Company's policy prohibiting unlawful harassment and discrimination, and the policy concerning drugs and alcohol. Violations of these policies may lead to immediate termination of employment. A copy of the Tata Code of Conduct is attached to this offer letter.

This is an EXEMPT position. Further, your employment is an "at will" employment. This means that your employment with the Company, should you accept this offer, will not be for any specific term, and may be terminated by you or by the Company, at any time with or without cause, and with or without notice. However, out of courtesy, we request that if you choose to resign your employment, you provide the Company with two weeks' notice.

Any contrary representations or agreements, which may have been made to you verbally or in writing, are superseded by this offer. The at-will nature of your employment described in this offer letter shall constitute the entire agreement between you and the Company concerning the duration of your employment and the circumstances under which either you or the Company may terminate the employment relationship. No person affiliated with the Company has the authority to enter into any oral agreement that changes the at-will status of employment with the Company. The at-will term of your employment can only be changed in writing, signed by you and the President of TCS, North America, UK and Europe which expressly states the intention to modify the at-will term of your employment.

By signing below and accepting this offer you acknowledge and agree that length of employment, promotions, positive performance reviews, pay increases, bonuses, increases in job duties or responsibilities and other changes during employment will not change the at-will term of your employment with the Company and will not create any implied contract requiring cause for termination of employment.

CONFIDENTIAL

TCS000805

In addition to your compensation set forth above, the Company also provides its employees with a competitive benefits package. For your convenience, a summary of benefits is attached. The summary of benefits is for informational purposes and is not a guarantee of benefits. The Company reserves the right to revise its benefits offerings at any time.

Please note that our business requires a mobility of our employees and their willingness to relocate to different locations as the business requires. Your continued employment with us could necessitate that you be relocated anywhere in the USA.

In closing, let me state that we are happy to have you join the TCS Team. I hope that we both find our professional relationship mutually beneficial. If you accept this offer under the terms described above, please indicate by signing and dating the additional copy of this letter in the space provided below, completing the other enclosed forms and returning it to the address below within seven days of your receipt of this letter.

TCS Attn: Human Resource On Boarding Team, T 43, 379 Thornall St, 4th Floor, Edison, NJ 08837

Please be prepared to supply proper identification to complete the enclosed I-9 form on your first day of employment (acceptable identification is described in the instructions).

Sincerely,

*[signature]*

Sarajane Mackenzie
Vice President, Human Resources
For North America

I accept your offer of employment. No other oral or written commitments have been made concerning my employment.

Signature: _____

Printed Name: _____

Date: _____

Attached

- Authorization and Consent for Release of Information Form
- Summary of your Rights under the Fair Credit Reporting Act
- Confidentiality, Assignment and Non-Solicitation Agreement
- Tata Code of Conduct
- Benefits Summary Overview

CONFIDENTIAL

TCS000806

In addition to your compensation set forth above, the Company also provides its employees with a competitive benefits package. For your convenience, a summary of benefits is attached. The summary of benefits is for informational purposes and is not a guarantee of benefits. The Company reserves the right to revise its benefits offerings at any time.

Please note that our business requires a mobility of our employees and their willingness to relocate to different locations as the business requires. Your continued employment with us could necessitate that you be relocated anywhere in the USA.

In closing, let me state that we are happy to have you join the TCS Team. I hope that we both find our professional relationship mutually beneficial. If you accept this offer under the terms described above, please indicate by signing and dating the additional copy of this letter in the space provided below, completing the other enclosed forms and returning it to the address below within seven days of your receipt of this letter.

TCS Attn: Human Resource On Boarding Team, T 43, 379 Thornall St, 4th Floor, Edison, NJ 08837

Please be prepared to supply proper identification to complete the enclosed I-9 form on your first day of employment (acceptable identification is described in the instructions).

Sincerely,

*Sarajane Mackenzie*
Sarajane Mackenzie
Vice President, Human Resources
For North America

I accept your offer of employment. No other oral or written commitments have been made concerning my employment.

Signature: _____
Printed Name: Christopher Slaight
Date: 05/02/2012

**Attached**

* Authorization and Consent for Release of Information Form
* Summary of your Rights under the Fair Credit Reporting Act
* Confidentiality, Assignment and Non-Solicitation Agreement
* Tata Code of Conduct
* Benefits Summary Overview

# Exhibit B

Exhibit B

Δ Π EXHIBIT __9__
Wit: Slaight
Date: 9-17-16
J. MOSKOWITZ


**TATA CONSULTANCY SERVICES**

## ACKNOWLEDGEMENT OF RECEIPT OF COMPANY DISCRIMINATION AND HARASSMENT POLICY

I HAVE RECEIVED COPIES OF THE COMPANY'S "SEXUAL HARASSMENT POLICY GUIDELINES" AND INSTRUCTIONS TO PARTICIPATE IN THE ON-LINE TRAINING "TITLE VII PLUS: HARASSMENT AND DISCRIMINATION PREVENTION TRAINING PROGRAM".

I UNDERSTAND THAT I MUST READ AND FOLLOW THE POLICY GUIDELINES, PARTICIPATE IN THE TRAINING AND THAT I WILL BE REQUIRED TO TAKE AND PASS A COMPREHENSIVE EXAMINATION ON ITS CONTENTS.

_Christopher Slaight_
NAME (PRINT)

_[signature]_
SIGNATURE

_7/9/2012_
DATE

NA HR REV.01/09

have, in addition to any and all remedies of law, the right to an injunction, specific performance or other equitable relief to prevent or redress the violation of my obligations hereunder.

12. **Separability.** If any provision hereof shall be declared unenforceable for any reason, such unenforceability shall not affect the enforceability of the remaining provisions of this Agreement. Further, such provision shall be reformed and construed to the extent permitted by law so that it would be valid, legal and enforceable to the maximum extent possible.

13. **Effective Date.** This Agreement shall be effective as of the first day of my employment by the Company, namely: __July__ __1__ __2012__
     (Month)    (Day)    (Year)

14. **Assignability.** This Agreement shall be binding upon me, my heirs, executors, assigns, and administrators, shall inure to the benefit of the Company, its successors, and assigns, and shall survive the termination of my employment by the Company, regardless of the manner of such termination.

15. **Applicable Law.** This Agreement shall in all respects be governed by, construed and enforced in accordance with the internal laws of the State of New York, without regard to principles of conflicts of law.

16. **Attorney Fees.** If I shall default in any of my obligations under this Agreement, the Company may proceed to protect and enforce its rights by suit in equity or action at law, whether for specific performance of any term contained herein or for an injunction against the breach of any term of this Agreement, or to enforce any other legal or equitable right of the Company or to take any one or more of such actions. In the event the Company brings such an action against me, the prevailing party in such dispute shall be entitled to recover from the losing party all fees, costs and expenses of enforcing any right of such prevailing party under or with respect to this Agreement, including without limitation such reasonable fees and expenses of attorney's, which shall include without limitation all fees, costs and expenses of appeals.

Today's Date: __May 2, 2012__

__Christopher Slaight__   __[signature]__
(Please Print or Type Your Name)   (Your Signature)

NA HR REV. 03-09

5

CONFIDENTIAL

TCS000831