# Exhibit C

Exhibit C

Δ II EXHIBIT 11
Wit: Slaight
Date: 9-17-16
J. MOSKOWITZ

| | |
|---|---|
| From: | Chris Slaight(chrisjslaight@gmail.com)-chrisjslaight@gmail.com- |
| Sent: | Saturday, September 15, 2012 8:39:48 AM |
| To: | Padmanabhareddy I(padmanabhareddy.i@tcs.com)-padmanabhareddy.i@tcs.com- |
| Subject: | Re: 4 US Campus Hires in NJ-NY |
| Attachments: | Chris_Slaight_resume_2012.docx |

Paddy,

Attached, you will find my most recent copy of my resume/CV. At this time, I must choose to remain in the NJ/NY region, with a strong preference if possible for Northern NJ, as it was where I was initially set to be working from April of this year.

Thank you for reaching out.

Regards,
Chris Slaight

On Fri, Sep 14, 2012 at 9:57 PM, Padmanabhareddy I <padmanabhareddy.i@tcs.com> wrote:
Dear All,

I hope you guys are doing well in INDIA. We are trying to map your profile for one of the REDACTED open requirements. Could you please send me your updated CVs ASAP. Please let me know if you are open to relocate any other US locations other than NY/NJ.

| | | | | | |
|---|---|---|---|---|---|
| REDACTED | 708437 | 8807127913 | Penn State | CE | REDACTED |
| | 708445 | 8807127905 | NJIT | CE/EE | |
| Christopher Slaight | 708444 | 8807235304 | Devry | CIS | chrisjslaight@gmail.com |
| REDACTED | 708452 | 8807127912 | DeVry | CIS | REDACTED |

Thanks & Regards
Paddy
Padmanabhareddy Iragamreddy
Tata Consultancy Services
Mailto: padmanabhareddy.i@tcs.com
Website: http://www.tcs.com

Plaintiffs 0001312

# Exhibit D

Exhibit D

Δ ⊓ EXHIBIT 15
Wit: Slaight
Date: 9-17-16
J. MOSKOWITZ

| | |
|---|---|
| From: | Vignesh Ramanan <vignesh.ramanan@tcs.com> |
| Sent: | March 27, 2013 11:28 AM |
| To: | Chris Slaight |
| Cc: | Alok Bhalla;Debojyoti Sen |
| Subject: | Release from ▮▮▮ Account |

Chris,

This is in continuation to our discussion that we had last month. We updated you about all the issues related to your contribution to team and overall fitment in regards to corporate culture. The major areas of concerns that we updated you were

1. Professional behavior during meetings with customers
2. Attending the office on regular basis and coming office on time
3. Participation in project
4. Learning of new technology
5. Communication with customers
6. Formal dressing in office
7. Understanding company's culture and respect for customer

Though during last month I see very minor improvements but it has also come up with a new set of challenges. In the last month you have approached the customer about getting some work in a matter that the customer has not been appreciative of, While you are looking for work in technologies that you are not familiar with , you have not put the effort to learn new set of technologies related to project .

Apart from the customer unhappiness we have also been informed by team members about you being very disruptive at the work environment while being insensitive and critical of certain cultures. Our goal is to provide a friendly environment that fosters productivity and customer satisfaction. Unfortunately your actions are not in line with what we strive hard to achieve.

Based on the customer feedback and our appraisal of the current situation, we have decided that you will no longer be part of the REDACTED Team and the ▮▮▮▮ Account. Do not approach or interact with the customer starting today  and do not attend any team meetings. Please wait for more information from Debojyoti Sen, our HR representative on the next steps.

Vignesh Ramanan
Tata Consultancy Services
Ph:- 2017435853
Mailto: vignesh.ramanan@tcs.com
Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions

Attorneys' Eyes Only

Outsourcing

Attorneys' Eyes Only

TCS001500

# Exhibit E

# Exhibit E



# REDACTED

**From:** REDACTED
**Sent:** Wednesday, February 27, 2013 3:27 PM
**To:** Ramanan, Vignesh
**Cc:** Bhalla, Alok; Musale, Prashant
**Subject:** Project Staffing

Vignesh,

As discussed, at this time we do not think Chris Slaight is the right fit for our team.  Please release him at your convenience.

Best,


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message and any attachments may contain legally privileged and/or
sensitive information. Any unapproved disclosure, use or dissemination
of this e-mail message or its contents, either in whole or in part, is
not permitted.  If you are not the intended recipient of this e-mail
message, kindly notify the sender and then securely dispose of it.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Notice: The information contained in this e-mail
message and/or attachments to it may contain

2

Attorneys' Eyes Only

# Exhibit F

# Exhibit F







Attorneys' Eyes Only

# Exhibit G

Δ II EXHIBIT 18
Wit: 9-17-16
Date: Slaight
J. MOSKOWITZ

| | |
|---|---|
| From: | Ambika G <ambika.g@tcs.com> |
| Sent: | April 04, 2013 9:28 PM |
| To: | Hannah Shobitha |
| Cc: | Chris Slaight;Debolyoti Sen;Kimeth Williams;Melisse Blandford;Melissa D |
| Subject: | Re: Project Opportunities and Ohio Relocation |
| Attachments: | Chris_Slaight_resume_2013.doc |



Thanks&Regards
Ambika G
RMG Lead – Insurance & Health Care,BPO,ASU
Work: +732 491 0112
Cell: +1 513 739 7955
Tata Consultancy Services
379, Thornall Street, 4th Floor, Edison, New Jersey, United States
Mailto: ambika.g@tcs.com
Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Outsourcing

---

Hannah Shobitha—04/04/2013 07:31:47 PM—Can you pl share his CV? Thank You & Regards.

| | |
|---|---|
| From: | Hannah Shobitha/CHN/TCS |
| To: | Ambika G/AMER/TCS@TCS |
| Cc: | Chris Slaight/AMER/TCS@TCS, Debolyoti Sen/KOL/TCS@TCS, Kimeth Williams/AMER/TCS@TCS, Melisse Blandford/AMER/TCS@TCS, Melissa D/AMER/TCS@TCS |
| Date: | 04/04/2013 07:31 PM |
| Subject: | Re: Project Opportunities and Ohio Relocation |

Can you pl share his CV?

Thank You & Regards,
Hannah Shobitha.Y,
RMG Lead - NA + Retail & TTH,
Ph # 513 -677 -0616,
Mob #: 513 375 8818
TCS, Cincinnati.
Mailto: hannah.shobitha@tcs.com
Website: http://www.tcs.com

Attorneys' Eyes Only

TCS002441

Experience certainty. IT Services
Business Solutions
Outsourcing

---

**Ambika G—04/04/2013 05:58:29 PM—Hannah Please share his cv to Cincinnati accounts.**

From:       Ambika G/AMER/TCS
To:         Chris Slaight/AMER/TCS@TCS
Cc:         Debojyoti Sen/KOL/TCS@TCS, Hannah Shobitha/CHN/TCS@TCS, Kimeth
            Williams/AMER/TCS@TCS, Melissa Blandford/AMER/TCS@TCS, Melissa
            D/AMER/TCS@TCS
Date:       04/04/2013 05:58 PM
Subject:    Re: Project Opportunities and Ohio Relocation


Hannah

Please share his cv to Cincinnati accounts.


Thanks&Regards
Ambika G
RMG Lead - Insurance & Health Care,BPO,ASU
Work: +732 491 0112
Cell: +1 513 739 7955
Tata Consultancy Services
379, Thornall Street, 4th Floor, Edison, New Jersey, United States
Mailto: ambika.g@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Outsourcing

---

**Chris Slaight—04/02/2013 05:17:31 PM—Kimeth, Ambika.**

From:       Chris Slaight/AMER/TCS
To:         Kimeth Williams/AMER/TCS@TCS
Cc:         Ambika G/AMER/TCS@TCS, Debojyoti Sen/KOL/TCS@TCS, Hannah
            Shobitha/CHN/TCS@TCS, Melissa Blandford/AMER/TCS@TCS, Melissa D/AMER/TCS@TCS
Date:       04/02/2013 05:17 PM

Attorneys' Eyes Only                                              TCS902442

Subject:   Re: Project Opportunities and Ohio Relocation


Kimeth,
Ambika,

Thank you.

Regards,
Chris Slaight


-----Kimeth Williams/AMER/TCS wrote: -----

To: Ambika G/AMER/TCS@TCS
From: Kimeth Williams/AMER/TCS
Date: 04/02/2013 05:10PM
cc: Chris Slaight/AMER/TCS@TCS, Debojyoti Sen/KOL/TCS@TCS, Hannah Shobitha/CHN/TCS@TCS,
Melissa Blandford/AMER/TCS@TCS, Melissa D/AMER/TCS@TCS
Subject: Re: Project Opportunities and Ohio Relocation

Thanks, Ambika.

Hannah, can you please keep us in the loop on this one? Thanks.


Kimeth Williams
Manager, College Relations
Tata Consultancy Services Limited
379 Thornall Street - 4th Floor
Edison - 08837,New Jersey
United States
Ph:- 732-491-0143
Cell:- 732-331-5635
Fax:- 732-603-2409
Mailto: kimeth.williams@tcs.com
Website: http://www.tcs.com

Experience certainty.                    IT Services
                                              Business Solutions
                                              Outsourcing


From:              Ambika G/AMER/TCS
To:                Chris Slaight/AMER/TCS@TCS
Cc:                Debojyoti Sen/KOL/TCS@TCS, Kimeth Williams/AMER/TCS@TCS, Melissa
Blandford/AMER/TCS@TCS, Melissa D/AMER/TCS@TCS, Hannah Shobitha/CHN/TCS@TCS
Date:              04/02/2013 05:05 PM
Subject:           Re: Project Opportunities and Ohio Relocation

Attorneys' Eyes Only                                    TCS002443

Chris
I have forwarded your cv to the concerned RMG person there and asked her to check for some
needs at Milford.


Thanks&Regards
Ambika G
RMG Lead - Insurance & Health Care,BPO,ASU
Work: +732 491 0112
Cell: +1 513 739 7955
Tata Consultancy Services
379, Thornall Street, 4th Floor, Edison, New Jersey, United States
Mailto: ambika.g@tcs.com
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions.
Outsourcing


From:              Chris Slaight/AMER/TCS
To:                Kimeth Williams/AMER/TCS@TCS
Cc:                Ambika G/AMER/TCS@TCS, Melissa D/AMER/TCS@TCS, Melissa
Blandford/AMER/TCS@TCS, Debojyoti Sen/KOL/TCS@TCS
Date:              04/02/2013 05:01 PM
Subject:           Project Opportunities and Ohio Relocation


Kimeth,

I am currently experiencing difficulties with obtaining a position in the New York/New
Jersey area, as I have recently been released from my the ████ account. I am aware that it
may be possible for a relocation to Milford, Ohio to work out of the Global Delivery
Center, to which I am certainly interested in at this time. Please let me know if this is
something that we can discuss over the phone or in person, as I'd like to get back to being
a productive asset for the TCS team as quickly as possible.

Additionally, I have also included Melissa Blandford as well as Melissa Digirolamo on this
email, since I had spoken to them while on my ILP last summer about this possibility as
well, and would like to know if they could help as well.

Thank you.

Regards,
Christopher Slaight
Tata Consultancy Services
Mailto: chris.slaight@tcs.com
Website: http://www.tcs.com
_____
Experience certainty. IT Services

Attorneys' Eyes Only                                        TCS002444

**Business Solutions**
**Outsourcing**

Attorneys' Eyes Only

TCS002445

Christopher John Sleight
11 Ray Street, Staten Island, New York, 10312 | Home (718) 365-8112 | Cell (718) 877-2818 | chrissleight@gmail.com

**Personal Objective**

I am a motivated individual, seeking a career opportunity in an organization where I can apply my diversified background, knowledge and skills, both general and IT-related. An optimal work environment would be one where I could perform using the skills, techniques, creativity and problem solving abilities that I have acquired over the course of my lifetime, as well as constantly improve; learn new skills and apply myself to the fullest for the benefit of the organization.

**Proficiencies, Projects and Education**

Proficiencies/Currently studying:

| | | |
|---|---|---|
| Java/ JDBC/SQL | Relational Database Concepts | Oracle/SQL Server/MySQL |
| Microsoft Windows 98 through 7 | Application Design | Systems Analysis and Design |
| Microsoft Office 97 through 2010 | Basic Hardware/Networking | Critical Thinking and Research |

Senior Project "Project Stormy Dog" – February 2012 DeVry North Brunswick C.I.S. Project Award Winner

✓   Designed and created a database-driven application for a dental laboratory client.

✓   The project included a Java-written application for accounts receivable and invoice generation tasks for client's business. Information stored within a SQL Server relational database.

✓   Business information website and social network presence were implemented as well.

Bachelor of Science in Computer Information Systems: Database Management —Completed

✓   DeVry University – North Brunswick, NJ       January 2009 – February 2012

**Employment History**

Tata Consultancy Services       Software Engineer       July 2012 – Present

✓   Develop and support portions of a client's IBM WebSphere-based global intranet portal

✓   Maintain an sustainable pattern of both personal growth as well as continued knowledge to deliver innovative solutions for the company and it's clients

✓   Continually strive to foster a cooperative team environment which is beneficial to both the company and it's clients

Celerant Technology Corporation:       Software Support Technician   October 2011 – June 2012

✓   Handle various client inquiries and issues with company's retail software system

✓   Provide quality solutions for client requests through a variety of technological methods

✓   Research and learn new methods and techniques daily while working on assignments

Parking Systems       Valet Attendant/Manager       October 2009 – November 2010

✓   Dealt with timely delivery of vehicles in a challenging environment

✓   Responsible for the safe, efficient and timely operation of customer vehicles

✓   Received a promotion to manager after demonstrating exceptional leadership skills

Empire Dental Laboratory       Technician's Assistant       July 2003 – December 2008

✓   Fabricated removable dental appliances

✓   Provided superior customer service to both dental professionals and customers

✓   Displayed excellent multitasking skills

Attorneys' Eyes Only

# Exhibit H

Exhibit H



| From: | Ambika G <ambika.g@tcs.com> |
|---|---|
| Sent: | April 02, 2013 9:33 PM |
| To: | Chris Slaight |
| Cc: | Debojyoti Sen;Hannah Shobitha;Kimeth Williams;Melissa Blandford;Melissa D |
| Subject: | Re: North CarolinaRe: Project Opportunities and Ohio Relocation |

Chris

I shall check if there are any open needs in North Carolina.


Thanks&Regards
Ambika G
RMG Lead - Insurance & Health Care,BPO,ASU
Work: +732 491 0112
Cell: +1 513 739 7955
Tata Consultancy Services
379, Thornall Street, 4th Floor, Edison, New Jersey, United States
Mailto: ambika.g@tcs.com
Website: http://www.tcs.com

_____

Experience certainty. IT Services
Business Solutions
Outsourcing

_____

**Chris Slaight---04/02/2013 07:14:19 PM---Kimeth, At this time, I would also like to know if it's possible that there is any work in North Car**

| From: | Chris Slaight/AMER/TCS |
|---|---|
| To: | Kimeth Williams/AMER/TCS@TCS |
| Cc: | Ambika G/AMER/TCS@TCS, Debojyoti Sen/KOL/TCS@TCS, Hannah Shobitha/CHN/TCS@TCS, Melissa Blandford/AMER/TCS@TCS, Melissa D/AMER/TCS@TCS |
| Date: | 04/02/2013 07:14 PM |
| Subject: | North CarolinaRe: Project Opportunities and Ohio Relocation |


Kimeth,

At this time, I would also like to know if it's possible that there is any work in North Carolina, as I am willing to relocate there as well. I've heard of great opportunities in the Raleigh-Durham-Chapel Hill-Cary region.

Thanks.

Attorneys' Eyes Only

Christopher Slaight
Tata Consultancy Services
Mailto: chris.slaight@tcs.com
Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Outsourcing

—————Kimeth Williams/AMER/TCS wrote: ——
To: Ambika G/AMER/TCS
From: Kimeth Williams/AMER/TCS
Date: 04/02/2013 05:10PM
cc: Chris Slaight/AMER/TCS, Deboiyoti Sen/KOL/TCS, Hannah Shobitha/CHN/TCS, Melissa Blandford/AMER/TCS, Melissa
D/AMER/TCS
Subject: Re: Project Opportunities and Ohio Relocation

Thanks, Ambika.

Hannah, can you please keep us in the loop on this one? Thanks.


Kimeth Williams
Manager, College Relations
Tata Consultancy Services Limited
379 Thornall Street - 4th Floor
Edison - 08837,New Jersey
United States
Ph:- 732-491-0143
Cell:- 732-331-5635
Fax:- 732-603-2409
Mailto: kimeth.williams@tcs.com
Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Outsourcing

Ambika G—04/02/2013 05:05:53 PM—Chris I have forwarded your cv to the concerned RMG person there and asked her to
check for some nee

From:*
           Ambika G/AMER/TCS
To:
           Chris Slaight/AMER/TCS@TCS
Cc:
           Deboiyoti Sen/KOL/TCS@TCS, Kimeth Williams/AMER/TCS@TCS, Melissa
           Blandford/AMER/TCS@TCS, Melissa D/AMER/TCS@TCS, Hannah
           Shobitha/CHN/TCS@TCS
Date:

Attorneys' Eyes Only                                              TCS001839

04/02/2013 05:05 PM

Subject:

Re: Project Opportunities and Ohio Relocation

Chris
I have forwarded your cv to the concerned RMG person there and asked her to check for some needs at Milford.

Thanks&Regards
Ambika G
RMG Lead - Insurance & Health Care,BPO,ASU
Work: +732 491 0112
Cell: +1 513 739 7955
Tata Consultancy Services
379, Thornall Street, 4th Floor, Edison, New Jersey, United States
Mailto: ambika.g@tcs.com
Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Outsourcing

Chris Slaight—04/02/2013 05:01:37 PM—Kimeth,

From:        Chris Slaight/AMER/TCS

To:          Kimeth Williams/AMER/TCS@TCS

Cc:          Ambika G/AMER/TCS@TCS, Melissa D/AMER/TCS@TCS, Melissa
             Blandford/AMER/TCS@TCS, Debojyoti Sen/KOL/TCS@TCS

Date:        04/02/2013 05:01 PM

Subject:     Project Opportunities and Ohio Relocation

Kimeth,

I am currently experiencing difficulties with obtaining a position in the New York/New Jersey area, as I have recently been released from my the        account. I am aware that it may be possible for a relocation to Milford, Ohio to work out of the Global Delivery Center, to which I am certainly interested in at this time. Please let me know if this is something that we can discuss over the phone or in person, as I'd like to get back to being a productive asset for the TCS team as quickly as possible.

Attorneys' Eyes Only

TCS001840

Additionally, I have also included Melissa Blandford as well as Melissa Digirolamo on this email, since I had spoken to them while on my ILP last summer about this possibility as well, and would like to know if they could help as well.

Thank you.

Regards,
Christopher Slaight
Tata Consultancy Services
Mailto: chris.slaight@tcs.com
Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Outsourcing

Attorneys' Eyes Only

TCS001841

# Exhibit I

Exhibit I



REDACTED

Attorneys' Eyes Only