# Exhibit J

# Exhibit J





### Email 1

**Fw: Updated Resume/CV Re: (Re: Reporting to Edison Office Tomorrow)**
Ambika G to Debojyoti Sen — 04/10/2013 03:02 PM

Can you please send this mail to my TCS mail id? (ravi.kum@tcs.com)

Thank you,
With Regards,
Ravi K

From: Kumar, Ravi – S
Sent: Wednesday, April 10, 2013 2:55 PM
To: Thyagarajan, Nithyanandan
Cc: Sundaramoorthy, Srinivasan
Subject: FW: Fw: Updated Resume/CV Re: (Re: Reporting to Edison Office Tomorrow)

Hi Anand,

Chris' knowledge in web technologies is minimal as he has not worked any of web based projects.

His Java knowledge is basic, limited to very basic concepts due to lack of work experience.

We needed someone proficient in these technologies to replace Ajay (1+ years of experience), that is why we had to reject this profile.

Thank you,
With Regards,
Ravi K

From: Sundaramoorthy, Srinivasan
Sent: Monday, April 08, 2013 5:32 PM
To: Thyagarajan, Nithyanandan; Srinivasan, Ajay
Cc: Kumar, Ravi – S

### Email 2

**Fw: Updated Resume/CV Re: (Re: Reporting to Edison Office Tomorrow)**
Ambika G to Debojyoti Sen — 04/10/2013 03:02 PM

From: Sundaramoorthy, Srinivasan
Sent: Monday, April 08, 2013 5:32 PM
To: Thyagarajan, Nithyanandan; Srinivasan, Ajay
Cc: Kumar, Ravi – S
Subject: FW: Fw: Updated Resume/CV Re: (Re: Reporting to Edison Office Tomorrow)

Hi Anand,

Ravi and myself has taken the interview, as profile looks, he doesn't have any work experience in web technologies and he has very basic knowledge in java.

He is not suitable for this position, thanks.

Regards,
Srinivasan S
Desk: 646-556-0494

From: Thyagarajan, Nithyanandan
Sent: Monday, April 02, 2013 10:14 AM
To: Srinivasan, Ajay; Sundaramoorthy, Srinivasan
Cc: Kumar, Ravi – S
Subject: FW: Fw: Updated Resume/CV Re: (Re: Reporting to Edison Office Tomorrow)

Hi,
Can you please assist here.

Attorneys' Eyes Only

TCS029650