MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
LAURA A. WYTSMA (SBN 189527)
lwytsma@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.:  4:15-cv-01696-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**<br><br>**DECLARATION OF MICHELLE M. LA MAR IN SUPPORT OF TATA CONSULTANCY SERVICES, LTD.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed:    April 14, 2015 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

DECLARATION OF MICHELLE M. LA MAR
CASE NO.: 4:15-CV-01696-YGR

# DECLARATION OF MICHELLE M. LA MAR

I, Michelle M. La Mar declare as follows:

1.  I am an attorney duly licensed to practice law in the State of California, and before the United States District Court for the Northern District of California. I am a partner at the law firm of Loeb & Loeb LLP, and am an attorney of record for Tata Consultancy Services, Ltd. ("TCS") in this matter. I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this Declaration and, if so called upon to do so, I would competently testify to the facts set forth below.

2.  Attached hereto as Exhibit A are true and correct excerpts from the certified transcript of the deposition of Brian J. Buchanan taken on September 21, 2016 in this action.

3.  Attached hereto as Exhibit B are true and correct excerpts from the certified transcript of the deposition of Christopher J. Slaight taken on September 17, 2016 in this action.

4.  On May 16, 2016, Plaintiff Brain J. Buchanan provided verified responses to TCS' First Set of Interrogatories, a true and correct copy of which is attached hereto as Exhibit C.

5.  On May 16, 2016, Plaintiff Christopher J. Slaight provided verified responses to TCS' First Set of Interrogatories, a true and correct copy of which is attached hereto as Exhibit D.

6.  On August 28, 2015, Plaintiffs served their Initial Disclosures in this action. A true and correct copy of Plaintiffs' Initial Disclosures are attached hereto as Exhibit E.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 31st day of January, 2017, at Los Angeles, California.

/s/ Michelle M. La Mar
Michelle M. La Mar

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

2

DECLARATION OF MICHELLE M. LA MAR
CASE NO.: 4:15-CV-01696-YGR

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system on January 31, 2017.

Dated: January 31, 2017            /s/Michelle M. La Mar
                                   Michelle M. La Mar

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

3

DECLARATION OF MICHELLE M. LA MAR:
Case No.: 4:15-CV-01696-YGR