1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                   OAKLAND DIVISION

4

5   STEVEN HELDT, BRIAN        )
    BUCHANAN and CHRISTOPHER   )
6   SLAIGHT,                   )
                               )
7                Plaintiffs,   )
                               )
8       vs.                    )  Case No.
                               )  4:15-cv-01696-YGR
9   TATA CONSULTANCY SERVICES, )
    LTD.,                      )
10                             )
                 Defendants.   )
11  _____)

12

13                - CONFIDENTIAL -

14

15     VIDEOTAPED DEPOSITION OF BRIAN J. BUCHANAN

16             Los Angeles, California

17         Wednesday, September 21, 2016

18

19

20

21

22

23

24  Reported by:  Judith Schlussel
                  CSR No. 4307
25  NDS Job No.:  180734

                                                    1

Brian J. Buchanan                    **Confidential**                    September 21, 2016

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                    OAKLAND DIVISION

 4

 5   STEVEN HELDT, BRIAN        )
     BUCHANAN and CHRISTOPHER   )
 6   SLAIGHT,                   )
                                )
 7              Plaintiffs,     )
                                )
 8      vs.                     )  Case No.
                                )  4:15-cv-01696-YGR
 9   TATA CONSULTANCY SERVICES, )
     LTD.,                      )
10                              )
                Defendants.     )
11   _____)

12

13

14

15      VIDEOTAPED DEPOSITION OF BRIAN J. BUCHANAN,

16    taken at 10100 Santa Monica Boulevard, 19th

17    Floor, Los Angeles, California, 90067,

18    commencing at 9:54 a.m., Wednesday, September

19    21, 2016, before Judith Schlussel, CSR No.

20    4307.

21

22

23

24

25
```

                                                         2

```
 1      APPEARANCES OF COUNSEL:

 2

 3      FOR THE PLAINTIFF BRIAN BUCHANAN:

 4

 5           KOTCHEN & LOW, LLP

 6           BY:  DANIEL A. KOTCHEN, ESQ.

 7           1745 Kalorama Road NW

 8           Suite 101

 9           Washington D.C., 20009

10           (202) 468-4014

11

12      FOR THE PLAINTIFF STEVEN HELDT:

13

14           LAW OFFICES OF JAMES A. OTTO

15           BY:  JAMES A. OTTO, ESQ.

16           19536 San Jose Street

17           Northridge, California 91326

18           (818) 366-8432

19

20

21

22

23

24

25
```

3

```
 1    APPEARANCES OF COUNSEL (CONTINUED):

 2

 3   FOR THE DEFENDANT:

 4

 5        LOEB & LOEB, LLP

 6        BY:  MICHELLE M. LA MAR, ESQ.

 7             ERIN SMITH, ESQ.

 8        10100 Santa Monica Boulevard

 9        Suite 2200

10        Los Angeles, California 90067

11        (310) 282-2000

12

13   ALSO PRESENT:

14

15        REBECCA R. HIRSCHKLAU, Tata Employment

16        Counsel

17        TONY BRUNO, The Videographer

18

19

20

21

22

23

24

25
```

4

```
 1    two ITIL certifications.  We got 2.0 and then they

 2    came out with 3.0.  So it was -- the last two or

 3    three years that I was there that I was certified in

 4    3.0.

 5         Q.   So what other certificates do you have      10:09:10

 6    during that period of time, the last two years?

 7         A.   The last two years, that would be it, along

 8    with in-house, you know, normal stuff that Edison

 9    made you certify on, like ethics and stuff like

10    that.                                                 10:09:29

11         Q.   So HR type stuff?

12         A.   Yeah.

13         Q.   Okay.  So now you were at Southern

14    California Edison for 28 years; is that right?

15         A.   28 plus, yes.                               10:09:42

16         Q.   28 plus years.  How many plus years?

17         A.   28 and seven months.

18         Q.   All right.  Was really that the only job

19    you held as a computer professional?

20         A.   No.                                         10:10:00

21         Q.   What other jobs did you hold?

22         A.   I started at State of the Art.  It was a

23    software developing company in 1982.  That's how I

24    got into computers.  From there, I moved on to

25    Computerland.  And from Computerland, I -- I moved    10:10:12
```

18

```
1    on to Business Land.  From Business Land, I moved on

2    to SCE.

3        Q.   So State of the Art, Computerland and

4    Business Land, those are in the '80s?

5        A.   Yes.                                    10:10:38

6        Q.   All right.  Let me start it this way.  In

7    2012, what was your job title?

8        A.   IT Specialist 4.

9             MR. KOTCHEN:  That's the number 4, right?

10            THE WITNESS:  The number 4.            10:11:00

11       Q.   BY MS. LA MAR:  Who did you report to?

12       A.   In 2012, I reported to Rami Abdallah.

13       Q.   What were your job duties?

14       A.   My job duties, we were part of the general

15   apps group, general application support, and the job  10:11:17

16   duties entailed being assigned an application,

17   doing -- working with the architect or doing the

18   architecture of the application, working with the

19   developer, working with the client, working with the

20   vendor, testing the application, building the test   10:11:33

21   environment, building the sandbox environment if

22   necessary, and then moving the application into

23   production and then once the application was in

24   production, we were responsible for maintenance.

25       Q.   When you talk about client, what client are  10:11:51
```

19

1    you talking about?

2        A.   It would be an internal client to IT or an

3    external client to IT, but within Southern

4    California Edison.

5        Q.   So you were in-house -- you're an in-house    10:12:01

6    group servicing other aspects of SCE, you just call

7    them clients, correct?

8        A.   Yes.

9        Q.   All right.  And in 2012, how much did you

10   make?                                                 10:12:22

11       A.   I think it was about 116- or -17,000.

12       Q.   Did you supervise anyone?

13       A.   No.  Technically, no.

14       Q.   Did you have, as you call them, team

15   members?                                              10:12:42

16       A.   Yes.

17       Q.   How many team members did you have?

18       A.   Fluctuated because of the work and nature

19   of contracting.  Anywhere from 25 to 35.

20       Q.   Were these people on the same level as you,  10:12:53

21   were they subordinates?  How were they team members?

22       A.   They were -- some were on the same level,

23   some were subordinate, different job titles.

24       Q.   So now you talked about what you would do

25   as an IT specialist.  Were you in charge of an        10:13:08

                                                            20

```
 1   The concept and idea started around 2008, 2009 time

 2   frame.  It was to replace our aging and over

 3   capacity data center that we had at GO2.

 4       Q.   What is GO2?

 5       A.   General Office 2 in Rosemead.              10:17:16

 6       Q.   Where was the data center going to be?

 7       A.   They originally had several different

 8   locations.  They settled on Alhambra.

 9       Q.   All right.  Who was your supervisor at that

10   time, 2014?                                          10:17:35

11       A.   2014, started off with Rami Abdallah.  Then

12   we went to Savitha Mandi.  Then we went to Albert

13   Kao.  Then we went to Eric Fernald.  And we finally

14   finished up with Larry Lack.

15       Q.   When were you -- when were you notified of   10:17:58

16   the outsourcing, that there was going to be an

17   outsourcing?

18       A.   We were notified in -- it was summer or --

19   late spring or summer of 2013.

20       Q.   All the individuals you just listed, and I   10:18:21

21   will try, Rami, and the second one, I can't

22   remember --

23       A.   Savitha Mandi.

24       Q.   And Albert and Eric, were they all Southern

25   California Edison employees?                          10:18:37
```

24

1       A.    Yes.

2       Q.    How many kids?

3       A.    Three kids, two grandchildren.

4       Q.    Where are your grandkids?

5       A.    One is right now at the University of        10:22:39

6    Nevada, Reno, staying in the dorm.  She's a

7    freshman, just turned 18.  That's the oldest one.

8    The youngest one lives with my daughter in Murrieta.

9       Q.    Does your entire family other than the

10   grandchild that is going to school in Nevada, are     10:22:54

11   they all in California?

12      A.    Yes.

13      Q.    Okay.  What were your plans for retirement

14   prior to you learning that your job was going to be

15   outsourced?  Did you plan to retire?                  10:23:10

16      A.    Yes.

17      Q.    Tell me about that.

18      A.    My plans were to keep working to build my

19   assets and then retire at the age of 65 or 66,

20   depending.  My full Social Security kicks in at       10:23:28

21   66.2.  So I was trying to make it to that.  I

22   thought for sure there wouldn't be any problem.

23      Q.    What is your national origin?

24      A.    U.S. citizen.

25      Q.    What is your race?                            10:23:47

28

```
 1          A.    White.

 2          Q.    Who is Mariana Bension?

 3          A.    Mariana Bension is somebody that I've never

 4    met.  I've talked to her.  I don't know how she came

 5    upon my name.  She told me that she was a writer and    10:24:01

 6    she was trying to write a pilot.

 7          Q.    Did you suggest to her certain characters

 8    to be included in her pilot?

 9          A.    I think she had the suggestions for the

10    characters the way I remember it.  I don't recall if    10:24:22

11    I suggested.  She was asking for technical help.

12    What would happen if a server went down, who

13    would -- what would be the process?  So I told her

14    the process and gave her technical advice.  I may

15    have suggested a character or how a character would    10:24:43

16    react, but I don't recall.

17          Q.    Did you make changes to her actual script?

18          A.    I did.

19          Q.    Did you suggest a character who was

20    outsourced who went off on politicians?               10:24:57

21          A.    I don't recall.  I don't think I did.

22    But --.

23          Q.    I'm going to go ahead and give you an email

24    chain with you and Mariana.

25          A.    Sure.                                      10:25:14
```

                                                              29

1    MS. LA MAR:  Can I see that back for one

2    second.  I want to make sure that I didn't give you

3    mine.  I did.  Here you are.  I'm actually going to

4    be focusing on, you'll see the numbers down at the

5    bottom, Plaintiffs' 1176.  I'll go ahead and mark          10:25:34

6    this next in line.  I think it's 2.

7        (Deposition Exhibit No. 2 was marked for

8    identification.)

9    Q.   BY MS. LA MAR:  Let me know when you've

10   finished that page?                                        10:25:58

11   A.   1176?

12   Q.   Yes.

13   A.   Okay.

14   Q.   So does that refresh your recollection on

15   whether you suggested a character?                         10:26:58

16   A.   Yes.

17   Q.   So what did you mean by, and I'm going to

18   read from your email, Mariana, thank you for your

19   offer, however, no need as I am planning to pick a

20   book up.  You might want to consider writing a             10:27:12

21   fictional book, Orphaned America about a fictional

22   outsourced worker that goes crazy after being

23   outsourced and takes it out on politicians, what did

24   you mean by that?

25   A.   It was just an off the cuff remark on a               10:27:24

30

```
 1   fictional book.

 2       Q.   What did you mean by goes crazy after being

 3   outsourced and takes it out on politicians?

 4       A.   I didn't mean anything by that.  My

 5   emphasis was Orphaned America.  The -- the fact that   10:27:37

 6   we were losing our jobs and being discriminated

 7   against.

 8       Q.   It says here -- did you see yourself as

 9   Falling Down with Michael Douglas?  Did you see that

10   as your character?                                      10:27:50

11           MR. KOTCHEN:  Objection; form.  You can

12   answer.

13       Q.   BY MS. LA MAR:  You can answer.  He's going

14   to object.

15       A.   No.  That was -- I think that was written    10:28:10

16   by Mariana.

17       Q.   I know.  Did you agree with it?  Is that

18   what your suggestion was supposed to be?

19       A.   Similar, you know, in that vein.

20       Q.   Do you think that that was appropriate       10:28:22

21   given what had happened at Southern California

22   Edison?

23           MR. KOTCHEN:  Objection to form.

24           THE WITNESS:  Yeah.

25       Q.   BY MS. LA MAR:  You did?  You had murders    10:28:31
```

31

```
 1        A.   He was looking to make a statement through

 2   the movie of how injusted [sic] he had been treated.

 3   You can interpret anything the way you want.

 4        Q.   I'm asking for your interpretation, not my

 5   interpretation.                                    10:29:44

 6        A.   My interpretation was that he made that

 7   statement that life was unfair, he handled it

 8   poorly, some people handled it okay, some people

 9   don't.

10        Q.   Why would the fictional character be taking  10:29:57

11   it out on politicians?

12        A.   Politicians usually pass the laws.

13        Q.   So that would be your suggestion?

14        A.   That would be my suggestion, to start

15   there.                                             10:30:10

16        Q.   All right.

17        A.   We do that through voting.

18        Q.   All right.  So May or June of 2014, you

19   were notified that the IT Department would be

20   outsourced, is that right, May or June 2014?       10:30:30

21        A.   No.  It was in 2013.

22        Q.   2013.  In May or June of 2014, did you --

23   were you notified that TCS would be one of the

24   entities that it was outsourced to?

25        A.   No.  We were notified before that the     10:30:48
```

33

```
 1        Q.   So I'm -- I just want to make sure that I'm

 2   following you correctly.  We have the IMT report.

 3        A.   Yes.

 4        Q.   We have management downsizing, we have some

 5   worker downsizing through March 2013.              10:35:06

 6        A.   Yes.

 7        Q.   After that time, you were notified that

 8   there was going to be outsourcing, correct?

 9        A.   Yes.

10        Q.   But you were still told that your positions  10:35:14

11   would not be eliminated; is that correct?

12        A.   No.

13        Q.   Okay.

14        A.   We were -- go ahead.

15        Q.   Go ahead, please.                          10:35:24

16        A.   We were told that they were looking at

17   everything inside of IT.

18        Q.   Okay.  Did that take place at the same time

19   you were told that the vendors had been hired for

20   outsourcing?                                         10:35:39

21        A.   No.

22        Q.   In relation to when the vendors were hired

23   for outsourcing, when did that occur?

24        A.   That occurred at the end of 2013.

25        Q.   And just to be clear, at the end of 2013,  10:35:51
```

37

 1   they told you they were looking to see what was

 2   going to happen with IT; is that right?

 3        A.   What they said was once they determined --

 4   once they said, well, we are now looking at

 5   outsourcing, we're looking at everything under IT,    10:36:11

 6   which is middle of 2013.  I said there was an RFP,

 7   there were eight vendors and then at the end of

 8   2013, they came back, might have been end of 2013,

 9   beginning of 2014, said we've chosen two vendors,

10   these are the two vendors that we're going to       10:36:29

11   outsource with.  We're still determining what areas

12   are going to be outsourced.  At that point they had

13   everybody in IT update their resumes and they

14   communicated that they would hold management

15   meetings and determine what was going to be         10:36:50

16   outsourced and what was not, and then they would

17   start determining who was going to be outsourced and

18   who was not.

19        Q.   I'm just trying to put a date on that.

20   When did they tell you that?                         10:37:05

21        A.   Beginning of 2014.

22        Q.   Were you involved in any of the meetings

23   about who was going to be outsourced and who wasn't?

24        A.   We had a meeting.  We lost our M2,

25   management 2 who was Rami's manager, we lost him as   10:37:26

                                                                38

```
 1    part of the management downsizing in November of

 2    2012.  They determined that they were not going to

 3    replace him or backfill that position.  So

 4    basically, until I think it was August of 2013 it

 5    was just Rami and then the director above.         10:37:52

 6            We didn't have much interaction.  Most

 7    of -- all the meetings were held either with Rami or

 8    an all-hands meeting with Todd Inlander.  We got

 9    Paul Killins came over as an M3.  They decided that

10    they needed somebody for the group.  Essentially    10:38:12

11    what was supposed to happen was they were supposed

12    to have a champion that knew your group and knew

13    what functions you provided, what value you provided

14    to the company.  And then they were supposed to go

15    into the meetings, management meetings without us    10:38:30

16    there and basically be your champion, yeah, we need

17    these guys and this is why.

18        Q.    Who was your champion?

19        A.    Supposed to be Paul Killins, but the first

20    meeting he had, he introduced himself and we had --  10:38:45

21    everybody in the group was there, including Rami and

22    Savitha.  He came in, introduced himself, said he's

23    an M3, Rami and Savitha are going to be reporting to

24    him and you guys are in the sweet spot, you're going

25    to be outsourced, so whatever you need to do to find 10:39:03
```

1    another job inside the company or outside the

2    company, you need to do it because you're going to

3    be outsourced.

4         Q.   And when was this meeting?

5         A.   I think the first one we had was August 13,   10:39:17

6    or August of '13, 2013 with Paul and -- when he was

7    slid over into us, and then it continued on.

8         Q.   I'm sorry to interrupt you.  I'm just

9    trying to find out the meeting where he came in and

10   said, you guys are in the sweet spot, you guys are   10:39:36

11   going to be outsourced --

12        A.   I think the first one was August of 2013.

13   Every meeting after that he said the same thing.

14        Q.   So what did you do in response to that?

15        A.   Well, we said, basically that's not what we   10:39:51

16   were told.  You know, we put together -- the team

17   had put together what we do as functionality,

18   because it appeared management didn't know, and the

19   value we provided.  And you know, why don't you

20   champion this?  He said, well, you know, he'll try   10:40:13

21   and get it -- he'll try and get it before

22   management.  He must have said we were in the sweet

23   spot, I don't know, over and over.

24        Q.   Did you think you were in the sweet spot

25   because you were non-Indian?                          10:40:28

                                                          40

1           MR. KOTCHEN:  Objection to form.

2           THE WITNESS:  No.  We thought we were -- we

3   never thought we were in the sweet spot in the first

4   place.

5       Q.  BY MS. LA MAR:  Did you believe that Paul      10:40:41

6   placing you as he termed it in the sweet spot, did

7   you believe that was because you were non-Indian?

8       A.   I have no idea why he did that.

9       Q.   Was there any interactions with TCS or

10  Infosys at that time?                                10:41:01

11      A.   We interacted with Infosys because there

12  were employees of Infosys onsite, so they were part

13  of the development team.  So we interacted with them

14  on a daily basis on some of our projects and some of

15  our apps.  But as far as at that point, I don't       10:41:15

16  believe a decision had been made to go with Infosys

17  and TCS.

18      Q.   At the time that he told you that you were

19  in the sweet spot the first time, the decision

20  hadn't been made yet?                                10:41:30

21      A.   Correct.

22      Q.   At some point in time, and I believe we

23  talked about it, and I'm just trying to get the

24  timeline from you, at some point in time you were

25  notified that TCS and Infosys had been chosen as the  10:41:39

                                                          41

1      vendors for outsourcing, correct?

2           A.   Yes, correct.

3           Q.   When was that?

4           A.   I don't remember the exact month.  It was

5      either November, December of 2013, whenever they      10:41:51

6      made the decision, they notified people immediately,

7      or the first quarter of 2014.  It was really -- it

8      was fairly quick once they made the decision.

9           Q.   Okay.  At that point in time, were you

10     concerned about your job?                             10:42:06

11          A.   At this point in time, yes.  We were all

12     concerned about our jobs.

13          Q.   When you say we all, who are we talking

14     about?

15          A.   Every member on my team.                    10:42:15

16          Q.   Your team, these are your colleagues?

17          A.   Yes.

18          Q.   Not your subordinates?

19          A.   Yes.

20          Q.   What discussions did you have about that?   10:42:23

21          A.   Discussions were that we didn't know what

22     was going to happen, because we were supposed to

23     have a champion.  And along with Paul, Rami and

24     Savitha were supposed to go into these meetings and

25     say that this is what we do, this is our              10:42:42

42

1    was then given the whole entire group.  Savitha was

2    supposed to represent us, ended up representing

3    somebody else.  Albert Kao was then given the job.

4    He only lasted two weeks and he quit.

5         Q.   So what I hear is I hear you saying that in   10:44:18

6    your view, you didn't have appropriate

7    representation with management at SCE?

8         A.   Executive management during the course of

9    who is going to stay and -- what functions were

10   going to --                                            10:44:33

11        Q.   Did you think you didn't have appropriate

12   representation because you were non-Indian?

13        A.   I have no idea.  I can only speculate on

14   that.  I have no idea.

15        Q.   I don't want you to speculate.  All right.   10:44:42

16   Very good.

17             Was there a point in time that your duties

18   started to change after you were notified that TCS

19   and Infosys would be brought in on an outsourcing

20   basis?                                                 10:45:01

21        A.   No.

22        Q.   No, your duties did not change?

23        A.   No.

24        Q.   Never?

25        A.   No.  The only thing that we were told is    10:45:05

44

1    these people were going to be coming on board and we

2    expect you to train them and adhere to the company

3    principles.  But, you know, our duties -- everything

4    didn't change.  It's just that now we were going to

5    train people that were going to take our positions.   10:45:24

6         Q.   Well, so your duties stayed the same, but

7    you had an addition that you were going to train

8    people that were basically going to take over doing

9    what you were doing, correct?

10        A.   Yes.                                         10:45:40

11        Q.   Did you have an understanding of whether it

12   was a direct knowledge transfer or whether people

13   were taking portions of what you were doing?

14             MR. KOTCHEN:  Objection to form.

15        Q.   BY MS. LA MAR:  Do you understand my         10:45:51

16   question?

17        A.   I think so.  Yeah.  We were supposed to do

18   direct knowledge transfer, working with these

19   people.

20        Q.   So who were the people that you had the      10:45:59

21   direct knowledge transfer to?

22        A.   I had -- they were supposed to be here

23   according to our management after they signed the

24   contract, and they gave us formal notice on

25   July 21st, who was staying and who wasn't staying.     10:46:16

                                                              45

1    Then we were told at a subsequent meeting

2    that people from the outsourcing companies would be

3    coming onsite at the end of August and sometime in

4    September.

5    Q.   2013, 2014?                                      10:46:35

6    A.   No.  This was 2014.

7    Q.   Okay.  Go ahead.

8    A.   And then once they were onsite, we were

9    supposed to work with them, train them and in -- in

10   October.  Then in November, we were supposed to be    10:46:55

11   primary on all of our applications and all our

12   support.  Then December, they were to be primary on

13   all our applications and support.  And then January

14   9th was our end date of 2015.

15   Q.   So what was your understanding of TCS's          10:47:12

16   outsourcing arrangement with SCE?  Did you

17   understand what was bid in the process?

18   A.   We were never given the contract.  We were

19   never told what was bid.  Originally, they said they

20   were going to save 20 to $25 million over the course  10:47:28

21   of five years.  And then Todd backed off on that,

22   and said actually, after the contracts had been

23   signed, he actually let it be known in meetings that

24   we were not going to save any money and it was

25   actually going to cost money.                         10:47:45

46

Brian J. Buchanan                          Confidential                          September 21, 2016

```
 1          Q.    BY MS. LA MAR:   Who holds your position,

 2     who holds your former position at SCE right now?

 3               MR. KOTCHEN:   Objection to form.

 4               THE WITNESS:   I have no idea.   The people

 5     that I trained, TCS, they're gone.   That function    10:58:17

 6     was taken away from them because they weren't able

 7     to handle it and it was given to Infosys.

 8          Q.    BY MS. LA MAR:   Who holds -- who held your

 9     position at -- your last position at SCE when you

10     left?                                                 10:58:34

11               MR. KOTCHEN:   Same objection.

12          Q.    BY MS. LA MAR:   Who became --

13               MR. KOTCHEN:   Did you answer that question?

14               MS. LA MAR:   He didn't answer.   I was

15     trying to rephrase it.                                10:58:47

16               MR. KOTCHEN:   Okay.

17          Q.    BY MS. LA MAR:   Who became a -- what is

18     your job title?

19          A.    IT Specialist 4.

20          Q.    IT Specialist Engineer 4.   Who became an IT  10:58:56

21     Specialist Engineer 4 when you left?

22               MR. KOTCHEN:   Same objection.

23               THE WITNESS:   Nobody became.   We had some

24     people that agreed to stay to March 6 on my team.

25     Some people had already been hired by TCS on the      10:59:12
```

55

```
 1    team and were starting to take over some of the

 2    applications.

 3         Q.   BY MS. LA MAR:  What TCS employee was

 4    performing the services of an IT Specialist Engineer

 5    4 when you left?                            10:59:29

 6         A.   The two that I know of were Shirini

 7    Chilukru who was formerly on our team, and he was

 8    hired by TCS.

 9         Q.   He is a former SCE employee, correct?

10         A.   He is a former SCE employee.       10:59:41

11         Q.   Who else?

12         A.   Joon Lee.  Those are two that I'm aware of.

13         Q.   They were both hired by TCS though, right?

14         A.   They were both hired by TCS.

15         Q.   They are both Americans, are they not?  10:59:52

16         A.   Yes.

17         Q.   They just -- Joon Lee is Asian but not

18    Indian, is he?

19         A.   Correct.  He is from Korea.

20         Q.   And Shirini, is he Indian?          11:00:01

21         A.   He's Indian.

22         Q.   All right.  And you believe these two

23    people took over your job?

24              MR. KOTCHEN:  Objection; misstates his

25    testimony.                                   11:00:13
```

```
 1           THE WITNESS:  They did not take over my

 2    job.  They were as part of the team.  And I have no

 3    idea -- I trained the three people on the one

 4    application and made management aware that -- they

 5    knew I was going away.  I had no other replacements    11:00:29

 6    from TCS or anywhere else, so who took over my

 7    responsibilities and my applications after I left

 8    February 6, I have no idea.

 9        Q.   BY MS. LA MAR:  All right.  I believe you

10    said -- we kind of went through a bunch of different   11:01:00

11    things in your statements.  In some of your

12    documents, you suggest that May or June 2014 you

13    were notified that the IT Department would be

14    outsourced.  Is that incorrect?

15        A.   Yeah.  I think we were notified before        11:01:15

16    that.  Early '14.  Read the statement again.

17        Q.   It's okay.  You say May or June 2014.  I

18    think you -- maybe just the date is wrong.

19        A.   Yeah, I don't know where that's coming

20    from.  Saying that we were notified we were going to   11:01:36

21    be outsourced?

22        Q.   Yeah.  At that point.

23        A.   I think you wrote it down wrong.  It was

24    '13.

25        Q.   2013?                                         11:01:46
```

57

```
 1        A.    Yeah.

 2        Q.    All right.   Now, why exactly are you suing

 3   TCS?

 4        A.    Well, I feel that I was discriminated

 5   against from my former position, not given the        11:02:04

 6   opportunity to apply for it, and I also feel that

 7   for, you know, loss of wages.

 8        Q.    So let's start with the first one that you

 9   feel you weren't able to apply for your position.   I

10   think we went through just a little bit ago that you   11:02:23

11   don't know if your position even existed at TCS; is

12   that right?

13        A.    No.   My position existed at TCS because I

14   trained three people on one application.   So my

15   position existed.   So I trained those three people    11:02:39

16   on that application.   The other applications had to

17   have been taken over and maintained by somebody.   I

18   have no idea who.

19        Q.    So what you're saying --

20        A.    TCS was responsible for my area of          11:02:53

21   responsibility, they were responsible per the

22   contract for all those applications.

23        Q.    But forgive me.   Your salary was $125,000 a

24   year, correct?

25        A.    Ending salary, yes.                         11:03:05
```

58

Brian J. Buchanan                    Confidential                    September 21, 2016

```
 1      promote from within.  I have no idea how they

 2      handled it.

 3              (Mr. Otto enters the conference room.)

 4      Q.   BY MS. LA MAR:  So sitting here today,

 5   you -- I believe what you're saying is that you're      11:04:40

 6   aware that certain functions of your position were

 7   taken over by TCS, but you don't know if your

 8   position in entirety was replaced; is that right?

 9           MR. KOTCHEN:  Objection; misstates his

10   testimony.  Vague.                                      11:04:53

11      Q.   BY MS. LA MAR:  Do you understand?

12           MR. KOTCHEN:  You can answer.

13      Q.   BY MS. LA MAR:  You can answer.  Did you

14   understand the question?

15      A.   Repeat the question.                            11:05:01

16      Q.   Sure.  I believe what you're saying is that

17   although you're aware that certain functions of your

18   position were taken over by the three people you

19   trained, you are unaware of any person who took over

20   all of your functions; is that right?                   11:05:17

21      A.   Yes.

22      Q.   So you say that you weren't allowed to

23   apply for the position that you held.  Tell me about

24   that.

25      A.   I attended a job fair that Southern            11:05:33
```

60

1    California Edison put on after the determination had

2    been made in, I think it was October -- it was two

3    days, early October, I think it was 22nd, 23rd.

4    They said that bring a lot of resumes, there is

5    going to be 30 or so or more businesses from the          11:06:04

6    L.A. area, and we're going to -- Infosys and TCS are

7    going to be there, they may even be doing on the

8    job -- on the spot interviews, so be prepared.  So I

9    attended that job fair.  I approached the TCS booth,

10   table at the time.  It was manned by three or four       11:06:32

11   employees of TCS.  They were in conversation with

12   other people from India.  They were all speaking

13   Hindi.  I walked up and inquired about a position

14   and talked to one of the persons, stepped away

15   briefly, and talked to me, and I said that, you          11:06:59

16   know, I'm interested, I'm going to be outsourced, I

17   would like to apply for this position, and you know,

18   this is what I do.  Here's my resume.

19        At first they really weren't interested in

20   taking the resume, and it was a brief, short            11:07:20

21   conversation.  He was dismissive.  Took the resume

22   almost by -- unwillfully, and turned back to the

23   conversation that they were having with the other

24   Indian gentlemen, in Hindi, and that was it.

25        Q.   Okay.  So let's just back up on everything     11:07:42

                                                                       61

1    people attended the town hall meetings?

2        A.   No, I have no idea.

3        Q.   Would it surprise you that there were over

4    300 people?

5        A.   No.  People were trying to -- if they had    11:11:59

6    the time, they were trying to do what they could.

7        Q.   And do you know anybody who applied to TCS

8    from these meetings that was also an SCE employee?

9        A.   No.  Nobody mentioned it to me.  I know

10   that Shirini and June didn't tell us.  They told us   11:12:16

11   that they applied with their contacts directly, you

12   know, people they were training with later in the

13   year.  They didn't tell us until the very end that

14   they were actually -- got the position at TCS and

15   were working for them.  They kept it secret to the    11:12:42

16   end.

17       Q.   Are you aware that actually 105 people

18   applied for positions through the town hall?

19       A.   No.  There was never any follow-up emails

20   or anything to that effect that I got or remember.    11:12:54

21       Q.   Are you aware how many people who applied

22   through the town hall schedule, or through the town

23   hall meetings were actually hired by TCS?

24       A.   No.

25       Q.   So then I take it you don't know whether or  11:13:08

65

1    not this process favored Indians?

2          MR. KOTCHEN:  Objection to the form.

3          THE WITNESS:  No idea.

4      Q.   BY MS. LA MAR:  In your opinion, the town

5    hall process and the application process, you didn't    11:13:19

6    find that to favor Indians, correct?

7          MR. KOTCHEN:  Objection to form.

8          THE WITNESS:  I have no idea.

9      Q.   BY MS. LA MAR:  Because you didn't

10   participate, right?                                     11:13:28

11         MR. KOTCHEN:  Objection; misstates his

12   testimony.

13     Q.   BY MS. LA MAR:  Did you participate in the

14   town hall meeting?

15     A.   No.                                              11:13:34

16     Q.   Okay.  In fact, you affirmatively declined

17   to attend, didn't you?

18         MR. KOTCHEN:  Objection; misstates his

19   testimony.

20         THE WITNESS:  I don't recall declining to        11:13:40

21   attend.  I had other -- in August, we were pretty

22   busy and I was on vacation, so I might not have been

23   able.  I don't know what the time frame was.

24         MS. LA MAR:  Actually, you declined shortly

25   after the invitation was received, didn't you?         11:13:56

                                                                    66

```
 1    at the fair?

 2         A.    Yes.

 3              MR. KOTCHEN:   Objection; form.

 4         Q.    BY MS. LA MAR:   Who was that?

 5         A.    I talked to Shirini.  He said he didn't      11:17:56

 6    apply.  He said he talked to them but he didn't

 7    apply.  I talked to Brad Hartwell.  He said he

 8    talked to them.  I talked to Steve Bradley and there

 9    were several other -- I knew maybe a third of the

10    people, 25 percent of the people in the room,         11:18:21

11    somewhere around there.  People said they were

12    trying.  The consensus was from the people that I

13    talked to, that they were treated similar to my

14    experience.

15         Q.    So is it your perception that none of the   11:18:41

16    people that submitted resumes or were spoken to at

17    the career fair were interviewed by TCS?

18         A.    I have no idea.

19         Q.    Did you feel that a process was -- that you

20    experienced by TCS at the career fair -- did you     11:18:58

21    feel that was discriminatory?

22         A.    Yes, I did.

23         Q.    Why was that?

24         A.    Well, they -- the way the conversation

25    unfolded, you know, they were speaking Hindi and I   11:19:10
```

70

**Confidential**

```
 1    was basically treated as being dismissive, and you

 2    know, they went back to that conversation.  You

 3    know, he couldn't wait to get basically rid of me

 4    and back to the conversation he was having with the

 5    other gentleman.                              11:19:31

 6         Q.   What was the position you said you wanted

 7    to apply for when you went and spoke with the folks

 8    at the TCS booth at the career fair?

 9         A.   It was general apps application support.

10         Q.   General apps application support.  Do you  11:19:45

11    know if TCS was hiring for that?

12         A.   No, I do not at the time.

13              MR. KOTCHEN:  Michelle, in about five

14    minutes, can we take a break.

15              MS. LA MAR:  Yeah.  You know what, we can  11:20:02

16    take one now.

17              MR. KOTCHEN:  I have that 11:30 call that

18    won't take that long.

19              MS. LA MAR:  I'm sorry.  I don't know what

20    time it is.                                   11:20:11

21              MR. KOTCHEN:  11:18.

22              MS. LA MAR:  Let me go through this.

23              MR. KOTCHEN:  Sounds good.

24         Q.   BY MS. LA MAR:  Do you know Victoria

25    Cessna?                                       11:20:20
```

71

1      Q.   Very good.  Before we took a break, we were

2   talking about the career fair that you attended.

3   Where was this career fair?

4      A.   It was up close to the Rosemead general

5   office.  I think -- I'm not sure if the city was      12:00:04

6   Arcadia or Baldwin Park.  Those cities are all

7   close.

8      Q.   Do you remember what hotel it was?

9      A.   No.

10      Q.   Now, you said that you had given out 20 to    12:00:17

11   30 resumes at the job fair; is that correct?

12      A.   Approximately, yes.

13      Q.   I understand that was your best estimate.

14   I'm not trying to tag you with that.

15           Did you receive a response to any of the      12:00:31

16   resumes that you had sent out?

17      A.   No.  The only response I received was

18   electronically from Accenture.

19      Q.   What did they say?

20      A.   They said that keep looking at the website,  12:00:43

21   there's -- right now there is nothing -- there

22   wasn't a position that matched my skills.

23      Q.   Did you believe that any other entity's

24   lack of response was discriminatory?

25      A.   I have no idea.                               12:01:04

                                                              79

```
 1        A.    No.  My complaint is being discriminated

 2   against because I'm of a white race.

 3        Q.    And national origin or just white race?

 4        A.    And national origin.

 5        Q.    National origin is being born in --          12:06:14

 6              MR. KOTCHEN:  Object it calls for a legal

 7   conclusion.

 8        Q.    BY MS. LA MAR:  You can --

 9        A.    Yeah.

10        Q.    It's both, right?                            12:06:22

11        A.    It's both, yes.

12        Q.    Your complaint based on national origin, is

13   it based on the fact that TCS was utilizing

14   personnel brought -- existing personnel brought over

15   here from India on visas?                              12:06:36

16        A.    No.

17        Q.    No?

18        A.    No.

19        Q.    Is your complaint of race based on the fact

20   that TCS was bringing over existing employees?         12:06:44

21              MR. KOTCHEN:  Objection; vague.

22              THE WITNESS:  No.

23        Q.    BY MS. LA MAR:  No.  It's based on TCS's

24   hiring practices here in the U.S.; is that right?

25              MR. KOTCHEN:  Objection; misstates his       12:07:00
```

                                                            84

1   testimony.

2        Q.   BY MS. LA MAR:  Is that right?

3             MR. KOTCHEN:  Same objection.

4        Q.   BY MS. LA MAR:  The way it works in a

5   deposition is I ask a question, you answer.  If you      12:07:11

6   need to speak with your counsel, that's fine.  You

7   can go out and speak with your counsel.  But

8   otherwise, I just depose Daniel.  I'm not willing to

9   do that today.

10            So I need to know from you what the answer      12:07:23

11  is to my question.

12       A.   What's the question?

13            MS. LA MAR:  Can you read it back, please.

14                 (Record read.)

15            MR. KOTCHEN:  Same objection.                   12:08:00

16            THE WITNESS:  No.  It's based on my

17  personal experience.

18       Q.   BY MS. LA MAR:  When you say your personal

19  experience, right, I'm just trying to get your basis

20  for your claim for discrimination.  I am trying to      12:08:10

21  find out which practice TCS engaged in that caused

22  you to believe you were discriminated against.

23  Okay?

24            Is it based on their use of existing TCS

25  employees, or is it based on their hiring practices    12:08:26

                                                            85

1    in the U.S.?

2              MR. KOTCHEN:   I'm going to object as vague,

3    lack of foundation.

4              THE WITNESS:   I have no idea.

5         Q.   BY MS. LA MAR:   What do you mean you have    12:08:38

6    no idea?

7         A.   I don't have any idea why they

8    discriminated against me.   I just know that they

9    discriminated against me because I'm white.

10        Q.   Why?                                          12:08:48

11        A.   Well, it was pretty evident that they were

12   dismissive of me, they didn't respond to me.

13        Q.   Did you follow up with them?

14        A.   Did I follow up?   I didn't meet those

15   people again, so I have no idea.                        12:09:02

16        Q.   Did you go to TCS's career portal?

17        A.   I didn't go to -- yeah.   Actually, I went

18   to the -- 'cause we got information, so I looked

19   online and they sent out a couple emails about jobs

20   being offered, but there was no job that was being     12:09:19

21   offered for my specific skill set at that time.   I

22   don't know what happened after I left.

23        Q.   Did you apply through TCS's career portal

24   for a position?

25        A.   The only application was at the job fair.    12:09:33

                                                            86

Brian J. Buchanan                    **Confidential**                  September 21, 2016

```
1        Q.    And the application again at the job fair

2    was you dropped off your resume?

3        A.    I spoke to a gentleman and handed my

4    resume.

5        Q.    Do you remember the gentleman's name?      12:09:43

6        A.    No.

7        Q.    Do you remember who else was manning the

8    booth?

9        A.    No.

10       Q.    Do you remember if they were all male, if   12:09:47

11   they were female?

12       A.    I believe there may have been one female,

13   but I don't know if she was with TCS or if she was

14   with Infosys or -- there was a group of people

15   standing around.                                     12:10:03

16       Q.    This person told you -- what was his title

17   that you found so dismissive?

18       A.    I don't remember titles.  He was just --.

19       Q.    Did you try to talk to anyone else at the

20   booth?                                               12:10:15

21       A.    No.  They were engaged in a conversation.

22   He was the only one who broke away and then

23   immediately rejoined the conversation.

24       Q.    Did you find anybody else, any other entity

25   that participated at the career fair for them to be   12:10:26
```

87

1        Q.   BY MS. LA MAR:  Do you know if those are

2   locally hired employees or if those are Indians that

3   are existing employees that are being brought over

4   on visas?

5            MR. KOTCHEN:  Objection; form.              12:11:47

6            THE WITNESS:  From what I read, they're

7   both.

8        Q.   BY MS. LA MAR:  So since you've read that

9   and you know the distinction, is your complaint that

10  TCS didn't hire you because they were utilizing       12:11:58

11  their existing employees that they brought over or

12  they had a favoritism for their existing employees

13  that they brought over from India?

14       A.   I have no idea what their motivation was.

15           MR. KOTCHEN:  I'm going to object to the     12:12:13

16  form of the question.

17       Q.   BY MS. LA MAR:  Do you believe that they

18  were dismissive of you at the career fair because

19  they wanted to hire an Indian?

20       A.   I -- I don't know.  I have no idea what     12:12:27

21  they were thinking.  Maybe they just don't like old

22  white bald men.

23       Q.   Okay.  Would you think old white bald men

24  would be something that they wouldn't want to hire?

25           MR. KOTCHEN:  Objection; form.              12:12:42

                                                           89

```
 1              MR. KOTCHEN:  Objection; asked and

 2      answered.  Michelle, this is like the fifth time.

 3              MS. LA MAR:  He's not answering.

 4              MR. KOTCHEN:  He is.  He has described it

 5      five times.                                  12:13:48

 6         Q.   BY MS. LA MAR:  Go ahead.  What are the

 7      facts?

 8         A.   What was the question?

 9         Q.   What other facts do you have that shows TCS

10      discriminated against you?                  12:13:58

11              MR. KOTCHEN:  Same objection.

12         Q.   BY MS. LA MAR:  Other than the fact that

13      you are white?

14         A.   Those are the predominant facts.  I guess

15      ancillary facts are their statistics.       12:14:06

16         Q.   Okay.  So the fact that you're white and

17      their statistics.  That's the evidence that you

18      have; is that right?

19              MR. KOTCHEN:  Objection; misstates his

20      testimony again.  He has answered it previously.  12:14:15

21              MS. LA MAR:  I don't think he did.

22              MR. KOTCHEN:  Go ahead.

23         Q.   BY MS. LA MAR:  Is that it?  Right?

24              MR. KOTCHEN:  Objection; misstates his

25      testimony.                                  12:14:25
```

                                                          91

```
 1          A.   No.

 2          Q.   Are you aware of the percentage of people

 3     that went to the town hall that ultimately were

 4     hired by TCS?

 5          A.   No.                                      12:17:20

 6          Q.   Would it surprise you to learn that 44

 7     people were hired?

 8          A.   No.

 9          Q.   So of those people, do you know how many

10     are Indian?                                        12:17:32

11          A.   No.

12          Q.   Do you know how many are white?

13          A.   No.

14          Q.   Do you know how many were in your group?

15          A.   No.  That information was never provided to 12:17:41

16     anybody as far as I know.

17          Q.   Have you continued to look for a job since

18     leaving TCS?

19          A.   Yes.

20          Q.   What efforts have you done?              12:18:06

21          A.   Networked with people, friends; gone

22     online, gone to -- Lee Hecht Harrison was the

23     outplacement firm that Edison provided to everybody

24     who was severed, and they helped you with job

25     search, they helped you with updating your resume, 12:18:33
```

94

1    and any leads if they had them.  And currently I'm

2    in the TAA program; supposed to get a certificate in

3    data science.  I've got one class left starting in a

4    week.

5         Q.   Did you invent a nose pore opener?        12:18:55

6         A.   Yes.  Well, a friend of mine did.

7         Q.   And tell me about that.

8         A.    It's a product that a friend of mine

9    thought up.  It's a cosmetic product, primarily for

10   women, but men also.  And we designed it, we          12:19:10

11   patented it, we tried to manufacture it.  We were

12   unsuccessful.

13        Q.   Sorry.

14        A.    Can't find a manufacturer in America.  It's

15   tough.                                                12:19:27

16        Q.   Did you try India?

17        A.    No.  We tried -- we were told to try China.

18   And we thought we had a contact.  He was a

19   consultant.  He said he had contacts in China, but

20   it didn't pan out.                                    12:19:44

21        Q.   Did you invest time and effort in that?

22        A.   Yes.

23        Q.   Did you try to apply for other IT jobs?

24        A.   Yes.

25        Q.   Where?                                      12:20:00

                                                           95

**Confidential**

1        A.   All over.  I've got my resume on Riverside

2   County job site through the EDD sites.  I mean it's

3   just -- Indeed.com, Monster.com.  I forget the other

4   ones.

5        Q.   Have you subsequently tried to apply to TCS   12:20:21

6   for any job?

7        A.   No.

8        Q.   Are you aware of the make-up of the SCE

9   personnel that were onboarded by TCS?

10       A.   No.                                            12:20:33

11            MR. KOTCHEN:  Objection; form.

12            THE WITNESS:  Sorry.

13       Q.   BY MS. LA MAR:  Do you know how many of the

14   TCS personnel were brought over on visas?  You can

15   answer.                                                 12:20:49

16       A.   I had heard that it was between 1- and 300.

17   That's all I heard.

18       Q.   Where did you hear that from?

19       A.   I think it was at the Edison offsite 25th

20   anniversary party, Pedro Piazzaro who took over for     12:21:09

21   Ron Litzinger said that there was a news article

22   about Edison bringing over 4- or 500 H-1B visa

23   holders.  He said that wasn't true.  It was about --

24   he said about a third to 50 percent.  He wasn't

25   specific.                                               12:21:37

96

1    offers by TCS?

2        A.   No idea.

3        Q.   All right.  So -- Dan, let me know if I'm

4    getting close to 1:00 o'clock.

5            MR. KOTCHEN:  We're fine.  25 minutes.  Are  12:37:55

6    you feeling okay for lunch?

7            THE WITNESS:  Yeah.

8        Q.   BY MS. LA MAR:  If you feel you need to

9    take a break, take a break.

10       A.   I'm good.                                    12:38:04

11       Q.   All right.  At some point in time --

12   actually, let me strike that.

13           Your last day of work at Southern

14   California Edison was February 6; is that right?

15       A.   Yes.                                         12:38:16

16       Q.   Did you retire?

17       A.   No.  They retired me.  They -- effectively,

18   they fired me.  Okay.  But since I had time in

19   service, years of service, they retire you, because

20   I was eligible for retirement.  So they              12:38:33

21   automatically retire you.  You don't have a choice.

22       Q.   Did you have a choice to sign a severance

23   agreement?

24       A.   Yes.

25       Q.   Did you in fact sign a severance agreement?  12:38:42

110

1        A.    Yes.

2        Q.    Did you release SCE from any and all claims

3    associated with your separation of employment at

4    SCE?

5             MR. KOTCHEN:   Objection; lack of            12:38:54

6    foundation.  Go ahead.

7             THE WITNESS:   Whatever the severance

8    agreement says.  I believe it's pretty thorough.

9             MS. LA MAR:  Let's take a look at it then.

10   Well, I have a very un-pretty document for you.  It   12:39:11

11   looks like somebody ripped off the side there.

12   Yours is also un-pretty.  They are exact matches.

13            MR. KOTCHEN:  These are two different

14   exhibits?

15            MS. LA MAR:  I think one was attached on     12:39:22

16   the front and -- it's going to be the same exhibit.

17   Let's mark collectively as next in line.

18            (Deposition Exhibit No. 8 was marked for

19   identification.)

20       Q.   BY MS. LA MAR:  I'm going to ask you some    12:39:55

21   pretty simple questions.  Have you seen this

22   document before?

23       A.   Yes.

24       Q.   I'm talking about the separation agreement

25   and release.  And then are you also familiar with    12:40:01

                                                          111

```
 1    the February 6, 2015, it appears to be a cover

 2    letter?

 3         A.   Yes.

 4         Q.   And if I turn to the second page, EIX

 5    severance plan benefits, it looks like you got        12:40:15

 6    $125,283.60 when you retired from Southern

 7    California Edison; is that right?

 8         A.   Correct.

 9         Q.   And you received that in a lump sum?

10         A.   Yes.  Minus a whole lot of taxes.          12:40:27

11         Q.   And if you turn back to the first

12    document -- by the way, I don't want to know what

13    counsel said, okay.  I am not entitled to that

14    information.  But were you represented by counsel at

15    the time that you executed this severance agreement? 12:40:44

16         A.   No.

17         Q.   Turning to the last page, is that your

18    signature dated 2-11 of '15?

19         A.   Yes.

20         Q.   So you understood that by executing this, 12:40:58

21    you could not bring any claims against Southern

22    California Edison, its agents, employees, assigns,

23    correct?

24         A.   Yes.

25         Q.   And its affiliates; is that right?         12:41:12
```

                                                              112

1        A.    Yes.

2        Q.    Very good.   At some point in time you

3   created something called Save Your Jobs or Save

4   Jobs?

5        A.    Save Jobs USA.                      12:41:28

6        Q.    Tell me about the creation of that.

7        A.    Myself and some Edison employees, former

8   Edison employees were looking for employment and we

9   had found out that there was an executive order I

10  think by President Obama that was going to allow    12:41:49

11  spouses of H-1B employees or significant others, I

12  forget how it was worded, they were going to grant

13  them the ability to apply for work permits without

14  following the law, the United States law, without

15  going through Congress.   And we felt that          12:42:21

16  approximately 180- to 190,000 people were going to

17  be granted en masse work visas to now work in the

18  country, and we figured about 70 percent or more

19  would be applying for technical IT positions that we

20  were trying to apply for.                           12:42:49

21        So we decided to try to get the word out

22  and say that what they're doing is circumventing the

23  law, Congress had never brought that up, Congress

24  had never voted on it.   If they wanted to do it

25  legally, they should go before Congress, Department   12:43:09

113

1    of Homeland Security had made a determination that

2    they had the legal right to do this without Congress

3    approval, and we were of the opinion that they

4    didn't.

5            So we created a little website and a group    12:43:26

6    and we just wanted to try and get the word out.

7        Q.   When was this little group started?

8        A.   April -- it was right after President Obama

9    signed the executive order.  I think it was April of

10   2015, that time frame.                               12:43:44

11       Q.   So -- and right after you left Southern

12   California Edison, correct?

13       A.   Correct.

14       Q.   Who was involved with you?

15       A.   We tried to get a number of former          12:43:52

16   employees and current employees.  We ended up I

17   think with five or six people.

18       Q.   Who?

19       A.   Myself, I think Steve Bradley, Julie

20   Gutierrez, Darrell Stacy, Chris -- I can't remember  12:44:09

21   his last name.  It didn't -- that was about it.

22   Other people were interested but --.

23       Q.   Did you -- did Save -- I'm sorry.  Is it

24   Save Jobs?

25       A.   Save Jobs USA.                              12:44:34

                                                          114

```
 1        APPEARANCES OF COUNSEL:

 2                (P.M. SESSION)

 3

 4                MICHELLE M. LA MAR, ESQ.

 5                ERIN SMITH, ESQ.

 6                DANIEL KOTCHEN, ESQ.

 7                JAMES A. OTTO, ESQ.

 8

 9

10     ALSO PRESENT:

11

12                REBECCA R. HIRSCHKLAU, Tata

13                Employment Counsel

14                TONY BRUNO, Videographer

15

16

17

18

19

20

21        REPORTED BY:

22

23                JUDITH SCHLUSSEL, CSR No. 4307

24

25
```

                                                          118

```
 1          A.   No.

 2          Q.   Would that be an infrastructure

 3    application?

 4          A.   Infrastructure and other applications, yes.

 5          Q.   Thank you.  I just needed that          01:36:34

 6    clarification.

 7          A.   Sure.

 8          Q.   All right.  You also said that your

 9    discrimination claim was based in part on

10    statistics.  Where did you get your statistics?   01:36:46

11          A.   Some of the statistics that we had were

12    from the Bureau of Labor; just Googling it and going

13    on the internet.

14          Q.   So Bureau of Labor.  Do you know what year?

15          A.   No.                                      01:37:08

16          Q.   Do you know what job descriptions?

17          A.   No.

18          Q.   Do you know --

19          A.   I don't recall.

20          Q.   And that's how you came up with TCS has 90  01:37:17

21    percent --

22          A.   It was over 90 percent.  They were in the

23    news.  There was an article about it on the internet

24    somewhere, and something about TCS and Infosys

25    having predominantly -- it was the size of their    01:37:35
```

                                                    120

**Confidential**

1   workforce and the percentage of their workforce.

2   You know, what percentage was Indian and what

3   percentage was not.  They were both over 90 percent,

4   I think, and I think TCS had 320,000 or so

5   employees, and 93 percent of them were Indian or          01:37:58

6   southeast --

7       Q.   I'm sorry.  Do you know the name of the

8   article that you're talking about?

9       A.   No, I don't.

10      Q.   Do you know what the basis is for those         01:38:08

11  numbers contained in the article?

12      A.   No.  I think -- I think the -- were doing

13  just of like an IT perspective and what companies

14  are doing IT and you know, world-wide.  There were

15  other companies, American and I think European and       01:38:27

16  there was more than just the two Indian companies.

17  I think there was four or five other companies that

18  were in there.  And it just showed the size of their

19  workforce and their percentage of Indian employees

20  versus other employees.                                  01:38:45

21      Q.   Are you familiar with any studies of the

22  percentage of Indian employees versus other

23  employees in the Northern California area?

24      A.   No.

25      Q.   Didn't see that.  Are you familiar with the     01:38:55

121

```
 1    percentage of Indian employees versus other

 2    employees in the IT positions around Southern

 3    California Edison?

 4        A.   No.

 5        Q.   And again, just so I'm clear, you don't      01:39:08

 6    know what the basis is for these statistics or how

 7    they were calculated?

 8        A.   No.

 9        Q.   All right.  Have you ever spoken with

10    Christopher Slaight?                                  01:39:20

11        A.   Christopher Slaight?  The name sounds

12    familiar.  But I don't recall.

13        Q.   He would be another named plaintiff in this

14    action.

15        A.   Oh, okay.  No, I've never spoken with him.   01:39:31

16        Q.   How about Steven Heldt?

17        A.   No, I've never spoken with him.

18        Q.   All right.  Before we went on break, we had

19    talked about your conversations with a lawyer named

20    Jack Miano.                                           01:39:47

21        A.   John.

22        Q.   John Miano.  Do we have -- do you believe

23    that you sought advice from Mr. Miano?

24        A.   Everything that we talked about was related

25    to the Save Jobs USA.                                01:40:01
```

122

```
 1          Q.   What do you mean they weren't identified at

 2     the time?

 3          A.   They weren't identified at the time.  We

 4     were told that they signed a contract and we were

 5     told by management that Infosys and TCS would be        01:51:25

 6     replacing us, and we were told that they would be

 7     predominantly H-1B employees.

 8          Q.   But you signed this on April 15th, 2015.

 9     Did you not?

10          A.   Yes.                                          01:51:41

11          Q.   That was after you were terminated,

12     correct?

13          A.   Yes.

14          Q.   And so when you -- so do you believe that

15     statement to be accurate?                              01:51:51

16          A.   At the time, yeah.  That's what we were

17     told.

18          Q.   At what time?

19          A.   We were told at the time --

20          Q.   What time?                                    01:51:58

21          A.   July of 2014, that June, July time frame,

22     that we -- most of the people that were going to

23     come on board were H-1B.

24          Q.   So are you saying this is what SCE told you

25     back in 2014, it's just an unclear statement?          01:52:14
```

                                                                  131

Confidential

```
 1              MR. KOTCHEN:  Objection; misstates his

 2    testimony.  Go ahead.

 3              THE WITNESS:  Yeah.  Essentially, that's

 4    what our management was telling us, yes.  Management

 5    had stated in meetings, on more than one occasion      01:52:24

 6    when we were still trying to fight for our job and

 7    when we were still trying to prove our value, that

 8    it didn't matter, because I can take three or four

 9    Indian H-1B employees and pay them and get rid of

10    you and still save money.                              01:52:46

11        Q.   BY MS. LA MAR:  That's what they told you

12    in July of 2014?

13        A.   No.  That's what they had told us in -- at

14    a meeting, off-site meeting, one of the managers had

15    told us in December of 2013 and he reiterated again    01:52:59

16    in other meetings.

17        Q.   You're saying managers.  I assume you mean

18    SCE managers?

19        A.   Yes.

20        Q.   So again, you don't know if you were         01:53:08

21    replaced with an H-1B worker like you testified to

22    earlier?  This Paragraph 9 doesn't refer to that,

23    correct?

24        A.   I was replaced with two people I trained

25    were H-1Bs.  They said they came over from India.     01:53:19
```

132

```
 1         Q.    Again, this is based on your review of

 2    Google articles; is that right?

 3         A.    Yes.

 4         Q.    Nothing else?

 5         A.    Well, just observing when the people      02:11:52

 6    started showing up from -- for TCS to support the

 7    Edison contract.  They would pull up in big white

 8    vans at GO and Rivergrade, and nine or 10 or 12

 9    Indians would exit the van.  They had just gotten

10    here from India.  They were staying with one person   02:12:23

11    and only one person had a driver and he had to drive

12    them.  It was just personal observation that

13    everybody coming over and everybody replacing at the

14    time was Indian.  I'm sure, you know -- that was

15    just one observation.                                 02:12:44

16         Q.    The vans pulling up?

17         A.    Yes.

18         Q.    It says here that you believe that there is

19    a company-wide employment policy and practice of

20    recruiting, hiring and retaining and placing and      02:13:03

21    promoting South Asian employees.  What is the policy

22    that you speak to here?

23         A.    What paragraph?

24         Q.    On the next line.  Tata has used and

25    continues to use a company-wide employment policy.    02:13:17
```

148

1      A.   That -- what they do is instead of hiring

2    locally the people that had the job, or were doing

3    the job, they'll take other people inside TCS,

4    whether they have visas or not, and then stick them

5    in those positions.                                02:22:09

6      Q.   Are you saying that they utilize their

7    local workforce, their locally hired American

8    workforce?  I'm trying to follow you.  You believe

9    that's discriminatory?

10          MR. KOTCHEN:  Objection; misstates his      02:22:26

11   testimony.

12     Q.   BY MS. LA MAR:  Perhaps you can answer my

13   question again, since I apparently have misstated

14   your testimony.

15     A.   Yes.  That what they are doing is they'll   02:22:32

16   have a position open and the person who was just

17   replaced or let go or whatever, they'll reach out to

18   other people that they already have inside TCS and

19   instead of opening that position for local people or

20   for the person that just lost that position, they'll 02:22:58

21   move somebody else over inside the company.  It's a

22   lateral move inside the company.  So they won't

23   really be hiring people locally, they'll just be

24   shifting the pieces on the board.

25     Q.   Right.  So what your complaint is in        02:23:12

                                                        156

```
 1   Paragraph 6 is that they're utilizing their existing

 2   employees rather than hiring people that were

 3   displaced; is that right?

 4        MR. KOTCHEN:  Objection; misstates his

 5   testimony.                                    02:23:24

 6     Q.   BY MS. LA MAR:  Is that right?

 7     A.   Yes.

 8     Q.   Moving down to Paragraph 7, for the

 9   non-South Asian workers that Tata hires, it

10   disfavors these individuals.  Tell me what that is   02:23:41

11   about?

12     A.   That they're not given the promotions.  We

13   already heard stories of where people had been hired

14   and they were -- show their fellow TCS people

15   specific tasks and after that, then they were let go 02:24:13

16   or they -- other people have been hired and they

17   were given job duties and responsibilities and when

18   they tried to improve that or say other things, they

19   were basically shot down, said not to do it that

20   way, and given a poor performance review or          02:24:36

21   admonished by management.

22     Q.   I'm looking at Paragraph 7 and I've

23   listened to what you said.  You keep saying we,

24   they.  Do you have any specifics that support your

25   statement in Paragraph 7?                            02:24:53
```

157

1        Q.    BY MS. LA MAR:  So looking at Paragraph 27

2    now of the same exhibit we were looking at prior to

3    break, it says here that Tata chose to replace you

4    with numerous less experienced South Asian

5    individuals up to potentially 25.  What do you mean    02:56:50

6    by that?

7        A.    Because like I said earlier, that it had

8    been my experience that every time we -- Edison

9    brought one person in, it was -- they were dedicated

10   to an application.  So I was supporting               02:57:07

11   approximately 25 applications, and had they followed

12   their norm, they would have brought in up to 25 to

13   support these applications.

14       Q.    Do you know if they brought in 25 to

15   support --                                            02:57:22

16       A.    I have no idea.

17       Q.    -- the applications?  You have no idea?

18       A.    I have no idea.  But that would not be cost

19   effective.

20       Q.    You had said that TCS employs 300,000 in    02:57:35

21   the U.S.; is that right?

22       A.    No.

23            MR. KOTCHEN:   Objection.

24            THE WITNESS:   300,000 plus world-wide.

25   There was a big article --                            02:57:58

                                                            174

```
 1              MR. KOTCHEN:  Objection.  Asked and

 2    answered.

 3              THE WITNESS:  I don't recall when the

 4    changes were made.

 5        Q.   BY MS. LA MAR:  Is it fair to say that the    03:15:39

 6    day that you made the changes to your resume, that

 7    you would forward it to your home e-mail address?

 8        A.   No.

 9        Q.   No?

10        A.   I could have done it at any time.            03:15:50

11        Q.   Did you forward all the resumes to your

12    home e-mail address at some point in time?

13              MR. KOTCHEN:  Objection; calls for

14    speculation.

15              THE WITNESS:  Yeah, I don't believe I did.  03:16:02

16        Q.   BY MS. LA MAR:  Do you know one way or the

17    other?

18        A.   No.  I know that I've forwarded a resume,

19    but which one -- I think it was before, might have

20    been months or weeks before the job fair.            03:16:18

21        Q.   Did you review the documents that you

22    produced to us before they were produced?

23              MR. KOTCHEN:  Objection to form.

24              THE WITNESS:  What do you mean?  Before

25    they were --                                          03:16:37
```

189

```
 1        Q.   BY MS. LA MAR:  We received documents from

 2   your counsel on your behalf.

 3        A.   Yes.

 4        Q.   Did you review the documents that were

 5   being produced to us from your counsel on your        03:16:45

 6   behalf?

 7        A.   Yes.

 8        Q.   Do you recall whether there was more than

 9   one resume in the documents that you produced?

10        A.   No, I do not recall.                         03:16:56

11        Q.   Is it fair to say that if a document was

12   forwarded in 2015, that that was the document you

13   presented to the career fair?

14             MR. KOTCHEN:  Objection to form.  Calls for

15   speculation.                                           03:17:10

16             THE WITNESS:  I -- I don't know.

17        Q.   BY MS. LA MAR:  Looking now at your

18   Responses to Form Interrogatories, which I think are

19   around here somewhere -- this is the production.

20   Give me one second and let me find it.                 03:17:29

21             Here we go.  This will be marked next in

22   line, please.

23             (Deposition Exhibit No. 17 was marked for

24   identification.)

25             THE WITNESS:  Okay.                          03:18:20

                                                           190
```

Brian J. Buchanan                    **Confidential**                September 21, 2016

```
 1        Q.    BY MS. LA MAR:  Are you familiar with this

 2   document?

 3        A.    Yes.

 4        Q.    And did you help prepare the responses to

 5   this document?                               03:18:25

 6        A.    Yes.

 7        Q.    Is that your signature on page -- it's

 8   unnumbered.  But it appears to be the last page of

 9   the document.

10        A.    Yes.                              03:18:39

11        Q.    I'm going to focus you back on response to

12   interrogatory No. 7 and ask you to review that for

13   me.

14        A.    Okay.

15        Q.    You see your answer there?        03:19:05

16        A.    Yeah.

17        Q.    You've identified Brian Buchanan, Steven

18   Heldt, Christopher Slaight and Douglas Wong.

19        A.    Yes.

20        Q.    You also incorporate in, in fairness,  03:19:19

21   Deborah Buchanan, who I assume is your wife?

22        A.    Yes.

23        Q.    Patrick Thibodeau, T-H-I --

24        A.    Thibodeau.

25        Q.    T-H-I-B-O-D-E-A-U.  And Sarah Lynch.  03:19:32
```

191

```
 1       A.   Yes.

 2       Q.   Why is it that you didn't put down the two

 3  individuals that you identified earlier in this

 4  deposition?

 5       A.   Which two individuals?                        03:19:47

 6       Q.   I believe it is SCE workers -- Mark

 7  Gonzalez.

 8       A.   Oh, I don't know.  Just forgot.

 9       Q.   You just forgot?

10       A.   Yeah.                                         03:20:16

11       Q.   Is there anyone else you forgot?

12            MR. KOTCHEN:  Objection; argumentative.

13            THE WITNESS:  Yeah.  I have no idea.  I

14  didn't know the other person's name or couldn't

15  remember.  So --.                                       03:20:39

16       Q.   BY MS. LA MAR:  What about Julie Gutierrez?

17  Is she someone who has -- that you're aware of has

18  knowledge?

19       A.   Julie, yeah.  She was severed.  She was

20  part of the severance.                                  03:20:49

21       Q.   Did you ever speak with her about this

22  litigation?

23       A.   No.  Not about this litigation.

24       Q.   Is she someone that you believe has

25  knowledge about the alleged discriminatory practices    03:21:00
```

192

1    of TCS?

2         A.   I don't know.  She's part of the Save Jobs

3    USA.  But as far as what her knowledge is, I don't

4    know.

5         Q.   You haven't spoken to her in conjunction    03:21:17

6    with this litigation, though?

7         A.   Not this, no.  With Save Jobs USA.

8         Q.   Okay.  So looking now at question No. 8 --

9         A.   Uh-huh.

10        Q.   -- do you have anything to add to this      03:21:42

11   answer sitting here today?

12        A.   Not at this time.

13        Q.   So you believe those paragraphs in the

14   Complaint accurately state the facts that support

15   your complaint in this action; is that right?        03:22:04

16        MR. KOTCHEN:  Objection to form.

17        THE WITNESS:  Yes.

18        Q.   BY MS. LA MAR:  Okay.  Moving forward to

19   Paragraph 11.

20        A.   Okay.                                       03:22:27

21        Q.   Do you have anything to add to your

22   response sitting here today to -- I'm sorry,

23   interrogatory No. 11?

24        MR. KOTCHEN:  Object to the form of the

25   question.                                             03:22:39

193

1          THE WITNESS:  No.  Not at this time.

2     Q.   BY MS. LA MAR:  So you believe then the

3 paragraphs referenced in your response to

4 interrogatory No. 11 accurately set forward your

5 factual allegations in support of your Complaint; is   03:22:51

6 that right?

7          MR. KOTCHEN:  Same objection.

8          THE WITNESS:  Yeah.  As far as I know.

9     Q.   BY MS. LA MAR:  Do you know of any other

10 facts that are not referenced here that are          03:23:00

11 responsive to interrogatory No. 11?

12     A.   No, not offhand.

13          MR. KOTCHEN:  Same objection.

14     Q.   BY MS. LA MAR:  Moving on to Paragraph 12,

15 interrogatory number 12 says describe in detail any   03:23:20

16 practices of TCS that discriminate against

17 individuals who are not of South Asian race or who

18 are not of Indian national origin.

19          Sitting here today, do you have anything

20 further in response to interrogatory number 12?      03:23:36

21          MR. KOTCHEN:  Same objection.

22          THE WITNESS:  Not at this time.

23     Q.   BY MS. LA MAR:  Do you believe paragraphs 1

24 through 5, 19 through 30, 80 through 81 and 85

25 through 86 of your Complaint set forth the factual    03:23:52

                                                      194

 1    basis for your response to interrogatory number 12?

 2              MR. KOTCHEN:  Same objection.

 3              THE WITNESS:  As far as I know.

 4       Q.   BY MS. LA MAR:  You answered these

 5    interrogatories, correct?                          03:24:06

 6       A.   Yes.

 7       Q.   And you did so truthfully and to the best

 8    of your knowledge, right?

 9       A.   Yes.

10              MS. LA MAR:  I'm going to take a break and  03:24:29

11    I may be pretty close to done.

12              MR. KOTCHEN:  Okay.

13              THE VIDEOGRAPHER:  The time is 3:24 P.M.

14    We're off the record.

15                   (Recess taken.)                     03:24:38

16              THE VIDEOGRAPHER:  We are on the record at

17    3:29 P.M.

18       Q.   BY MS. LA MAR:  Mr. Buchanan, I was remiss

19    in not asking you how you believe you have been

20    damaged by Tata's alleged contract.  I believe     03:29:38

21    earlier in the day you said that you had suffered

22    lost wages.  Can you tell me about that, please.

23              MR. KOTCHEN:  Objection; form.

24              THE WITNESS:  I had planned on retiring

25    like I said, you know, 65, 66.  So another six or   03:29:59

                                                         195

```
 1        Q.   BY MS. LA MAR:  Do you believe TCS is

 2   responsible for you losing your job at Southern

 3   California Edison?  Yes or no?

 4        A.   Not entirely, no.

 5        Q.   Not entirely, no?                    03:32:26

 6        A.   No.

 7        Q.   So no, you don't believe it?

 8        A.   No.  I do not believe that they are

 9   entirely responsible for me losing my job.  I think

10   they had a hand in it.  But they're not entirely    03:32:36

11   responsible.

12        Q.   Was TCS responsible for you being hired by

13   SCE?

14        A.   No.

15        Q.   TCS didn't make the decision to terminate  03:32:45

16   your employment, did they?

17        A.   No.

18        Q.   Okay.

19        A.   Not that I'm aware of.

20        Q.   Right.  You're just saying TCS allowed     03:32:51

21   Southern California Edison to terminate your

22   employment.  Isn't that it?

23        A.   Yes.  Well, that's not -- there is more to

24   it, but yeah.

25        Q.   I've got the rest of the day.  Tell me why  03:33:06
```

                                                        197

```
 1    to take those jobs.

 2        Q.   Okay.  So TCS is only responsible because

 3    they won the bid for the positions at SCE that

 4    included --

 5        A.   Indirectly.  SCE is primarily responsible    03:36:01

 6    for firing me.

 7        Q.   So you keep saying indirectly.  So I'm

 8    trying to focus on indirectly.  It's just that TCS

 9    took the opportunity; is that right?

10        A.   TCS won the contract.                         03:36:13

11        Q.   All right.  That's why you say that TCS is

12    indirectly responsible?

13        A.   For me being terminated, yes.

14        Q.   Now you also said, I believe a little while

15    back that TCS is responsible for not hiring you.      03:36:27

16        A.   Not giving me the opportunity,

17    discriminated against me.  I wanted -- I tried, was

18    willing to work.  I applied essentially for a

19    position.  They didn't respond or reply, so yeah.

20    They chose --.                                         03:36:56

21        Q.   You applied for other positions, did you

22    not?

23             MR. KOTCHEN:  Objection to form.

24        Q.   BY MS. LA MAR:  Let me rephrase the

25    question.  You looked for positions with other        03:37:05
```

200

```
 1    entities outside of TCS, did you not?

 2        A.   Yes.

 3        Q.   And did they all respond to you?

 4        A.   Not all, no.

 5        Q.   Did they all invite you in for an          03:37:16

 6    interview?

 7        A.   Not all, no.

 8             MR. KOTCHEN:   Objection; asked and

 9    answered.

10        Q.   BY MS. LA MAR:  In fact, did any employer   03:37:24

11    at the career fair call you in for an interview?

12        A.   No.

13        Q.   Did any of them send you a thank you but no

14    thanks letter?

15        A.   No.  They said keep hitting our website    03:37:42

16    and, you know, apply if any positions come up

17    that --

18        Q.   They told you that at the job fair?

19        A.   Some told me that.  I got some responses,

20    you know, saying nothing at this time, you know, but  03:38:02

21    check back or whatever.

22        Q.   Did you get email responses?

23             MR. KOTCHEN:   Objection; asked and

24    answered.

25             MS. LA MAR:   Actually, he hasn't answered   03:38:10
```

                                                               201

```
 1    and they weren't produced.  So let's find out.

 2              MR. KOTCHEN:  You asked about his responses

 3    this morning, that he received.

 4              MS. LA MAR:  He just said he got some.

 5              THE WITNESS:  I got from Accenture.        03:38:21

 6              MR. KOTCHEN:  Right.

 7       Q.   BY MS. LA MAR:  Any others?

 8              MR. KOTCHEN:  Asked and answered.

 9              THE WITNESS:  No.  I don't think so.

10       Q.   BY MS. LA MAR:  So when you just said you    03:38:31

11    got responses, you were referring to Accenture?

12       A.   Accenture.

13       Q.   Correct?

14       A.   Yes.

15       Q.   All right.  With respect to your asserted    03:38:40

16    damages for TCS's inability to -- or unwillingness

17    to hire you, okay, what do you estimate your loss to

18    be?

19              MR. KOTCHEN:  Objection; calls for legal

20    conclusion.                                          03:38:58

21              THE WITNESS:  I don't know.  We'd have to

22    figure it out.

23       Q.   BY MS. LA MAR:  Well, earlier today you

24    said that you had a loss of wages.

25       A.   Yes.                                         03:39:09
```

                                                          202

1    people.

2         Q.   Whether they're on a visa or not?

3         A.   Whether they're on a visa or not.

4         Q.   So it has nothing to do -- when you say

5    hiring, then it has nothing to do with existing        03:56:27

6    employees, it only has to do with newly-hired

7    employees.  Is that what you're saying?

8         A.   Could be existing.

9         Q.   It could be existing.  So you believe the

10   term local hire includes existing TCS employees?       03:56:41

11        MR. KOTCHEN:  Objection; asked and

12   answered.

13        THE WITNESS:  It could be.

14        Q.   BY MS. LA MAR:  It could be?

15        A.   Yes.                                          03:56:48

16        Q.   Give me an instance where you believe there

17   is discrimination in local hiring where TCS utilizes

18   an existing employee for a position?

19        MR. KOTCHEN:  Objection; lack of

20   foundation.                                             03:57:00

21        THE WITNESS:  I don't have any that I'm

22   aware of right now at this moment.

23        Q.   BY MS. LA MAR:  You don't have any

24   examples?

25        MR. KOTCHEN:  Objection.  He just answered         03:57:06

214

```
 1        Q.    You do not?

 2        A.    I don't recall the name.

 3        Q.    Please look at Paragraph 23, 24, and 25 of

 4   your Complaint.

 5        A.    Okay.                                      04:09:07

 6        Q.    Focusing on the second sentence of

 7   Paragraph 23, it reads, "among these senior

 8   managers, there is a culture of hostility towards a

 9   non-acceptance of American workers."  Do you see

10   that?                                                04:09:21

11        A.    Yes.

12        Q.    Do you have any facts to support that

13   statement?

14        A.    I -- I believe that -- I don't have any

15   facts to support that statement offhand.  But maybe  04:09:51

16   the other two people in the lawsuit had facts to

17   that.

18        Q.    All right.  Let's go on to the next one,

19   next sentence.  "These senior managers have resisted

20   efforts to increase racial and/or national origin    04:10:11

21   diversity among Tata's workforce."  Do you see that?

22   Do you have any facts to support that sentence?

23             MR. KOTCHEN:  Also object, lack of

24   foundation.

25             THE WITNESS:  Just the statistics, you      04:10:37
```

                                                                    225

1    know --

2         Q.    BY MS. LA MAR:   That we discussed earlier

3    today.

4         A.    Yeah.

5         Q.    Fair enough.   Moving down to Paragraph 24,    04:10:45

6    it basically says, M.P. Saravanan has served as the

7    vice-president of Human Resources and oversees the

8    talent acquisition unit.   Do you know if that's

9    true?

10        A.    No, I don't know if that's true.   I didn't    04:10:57

11   deal with him.

12        Q.    Do you have any facts to -- strike that.

13   I'm not going to ask that question now.   It goes on

14   to say, "Mr. Saravanan has instructed the recruiters

15   within the talent acquisition unit to focus           04:11:10

16   primarily on hiring Indians for the positions in the

17   United States."   Do you have any facts that would

18   support that statement?

19        A.    Just the statistics that we went over

20   earlier.                                               04:11:27

21        Q.    Just the statistics alone?   Nothing else?

22        A.    Well, there were, again, you know,

23   documents on the internet that people had basically

24   witnessed, or said this is true.

25        Q.    That talked about Mr. Saravanan?            04:11:50

                                                            226

1    A.   I believe so.  Saying that -- I may be

2  wrong, but I thought I saw something that -- I don't

3  recall the name, but it was senior VPs that

4  essentially said this.

5    Q.   Do you even know if an M.P. Saravanan ever   04:12:13

6  worked for TCS?

7    A.   I have no idea.

8    Q.   So you don't know whether this statement is

9  accurate or not, do you?

10    A.   No, I don't.                                04:12:21

11    Q.   Moving on to paragraph 25, it says,

12  "Mr. Saravanan has expressed his dislike for

13  American workers."  Do you have any factual basis

14  for that statement?

15    A.   No.                                         04:12:35

16    Q.   It says, "He has also stated that he

17  believes Indians were smarter and better qualified

18  than Americans."  Do you have any basis for that

19  statement?

20    A.   No.                                         04:12:45

21    Q.   Are you aware of on at least one occasion

22  Mr. Saravanan gave explicit instructions to two

23  recruiters in the talent acquisition unit to hire

24  only Indians rather than Americans for positions in

25  the United States?                                 04:13:01

227

1     A.   Not firsthand knowledge.  I don't know if,

2   you know, the other people involved have these --

3   knowledge of this.

4     Q.   But you don't have any knowledge?

5     A.   No.                                    04:13:15

6     Q.   Going on, similarly, while Tata typically

7   allows South Asian employees to apply for and take

8   different positions within different Tata business

9   units, referred to as verticals, Tata typically does

10  not allow the comparative few, quote, "American    04:13:34

11  hires," close quote, as locally hired non-South

12  Asian employees are commonly referred to within Tata

13  to apply for or take positions outside of the

14  business unit.  Do you have any information on that?

15    A.   Not personally, no.                      04:13:50

16    Q.   So again, if there is any factual basis, it

17  comes from the other two employees; is that right?

18    A.   As far as --

19         MR. KOTCHEN:  Objection; misstates his

20  testimony.  Go ahead.                            04:14:00

21         THE WITNESS:  I don't know.

22    Q.   BY MS. LA MAR:  You don't know?

23    A.   Well, as far as what this says here, if the

24  facts -- if it's factual from the other two guys,

25  yes.  I've never --                              04:14:12

                                                   228

Brian J. Buchanan                          Confidential                          September 21, 2016

```
 1   STATE OF CALIFORNIA        )
                                ) ss:
 2   COUNTY OF LOS ANGELES      )

 3

 4            I, JUDITH SCHLUSSEL, do hereby certify:

 5            That I am a duly qualified Certified Shorthand

 6   Reporter, in and for the State of California, holder of

 7   certificate number 4307, which is in full force and

 8   effect and that I am authorized to administer oaths and

 9   affirmations;

10            That the foregoing deposition testimony of the

11   herein named witness was taken before me at the time and

12   place herein set forth;

13            That prior to being examined, the witness named

14   in the foregoing deposition, was duly sworn or affirmed

15   by me, to testify the truth, the whole truth, and

16   nothing but the truth;

17            That the testimony of the witness and all

18   objections made at the time of the examination were

19   recorded stenographically by me, and were thereafter

20   transcribed under my direction and supervision;

21            That the foregoing pages contain a full, true

22   and accurate record of the proceedings and testimony to

23   the best of my skill and ability;

24            That prior to the completion of the foregoing

25   deposition, review of the transcript was requested.
```

233

1          I further certify that I am not a relative or

2   employee or attorney or counsel of any of the parties,

3   nor am I a relative or employee of such attorney or

4   counsel, nor am I financially interested in the outcome

5   of this action.

6

7          IN WITNESS WHEREOF, I have subscribed my name

8   this 30th day of September, 2016.

9

10

11   _____

12   JUDITH SCHLUSSEL, CSR No. 4307

13

14

15

16

17

18

19

20

21

22

23

24

25

234