# Exhibit E

Exhibit E

Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
Email: dlow@kotchen.com;
dkotchen@kotchen.com; mvk@kotchen.com

Attorneys for All Plaintiffs

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| STEVEN HELDT,<br>BRIAN BUCHANAN, and<br>CHRISTOPHER SLAIGHT<br><br>                    Plaintiffs,<br><br>         v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br>                    Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES**<br><br>Complaint Filed:  April 14, 2015 |

Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiffs Steven Heldt, Brian Buchanan, and Christopher Slaight ("Plaintiffs"), by and through their undersigned attorneys, provide the following initial disclosures.

**(1) Initial Disclosures.**

**(A) In General. Except as exempted by Rule 26(a)(1)(B) or as otherwise stipulated or ordered by the court, a party must, without awaiting a discovery request, provide to the other parties:**

   (i)   the name and, if known, the address and telephone number of each individual likely to have discoverable information — along with the subjects of that information — that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;

Plaintiff Steven Heldt likely has discoverable information regarding his employment with and termination from Tata Consultancy Services, Ltd. ("Tata"), and harm from Tata's discrimination. Mr. Heldt can be contacted through the offices of Kotchen & Low LLP.

Plaintiff Brian Buchanan likely has discoverable information regarding his application for employment with Tata, the outsourcing of his position with Southern California Edison to Tata, and harm from Tata's discrimination. Mr. Buchanan can be contacted through the offices of Kotchen & Low LLP.

Plaintiff Christopher Slaight likely has discoverable information regarding his employment with and termination from Tata Consultancy Services, Ltd., and harm from Tata's discrimination. Mr. Slaight can be contacted through the offices of Kotchen & Low LLP.

M.P. Saravanan likely has discoverable information regarding Tata's hiring and employment practices. Mr. Saravanan's contact information is unknown to Plaintiffs.

Mohan Reddy likely has discoverable information regarding Tata's hiring and employment practices, and Mr. Heldt's employment with Tata. Mr. Reddy's contact information is unknown to Plaintiffs.

Srinivas Malladi likely has discoverable information regarding Tata's hiring and employment practices, and Mr. Heldt's employment with Tata. Mr. Malladi's contact information is unknown to Plaintiffs.

Ambika Gopal likely has discoverable information regarding Tata's hiring and employment practices, and Mr. Heldt's employment with Tata. Ms. Gopal can be contacted at ambika.g@tcs.com.

Saikat Gosh likely has discoverable information regarding Tata's hiring and employment practices, and Mr. Heldt's employment with Tata. Mr. Gosh's contact information is unknown to Plaintiffs.

Jeevak Sharma likely has discoverable information regarding Tata's hiring and employment practices, and Mr. Heldt's employment with Tata. Mr. Sharma can be contacted at 5201 Great America Parkway, Suite 522, Santa Clara, CA 95054, (408) 454-7165.

Alok Bhalla likely has discoverable information regarding Tata's hiring and employment practices, and Mr. Slaight's employment with Tata. Mr. Bhalla's contact information is unknown to Plaintiffs.

Vignesh Ramanan likely has discoverable information regarding Tata's hiring and employment practices, and Mr. Slaight's employment with Tata. Mr. Ramanan's contact information is unknown to Plaintiffs.

(ii) **a copy — or a description by category and location — of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;**

Plaintiff Steven Heldt has in his possession, custody, or control documents relating to his employment with and termination from Tata. Mr. Heldt maintains these documents in his personal computer, an external hard drive, his email accounts, and a file cabinet.

Plaintiff Brian Buchanan has in his possession, custody, or control documents relating to his employment with and termination from Southern California Edison. Mr. Buchanan maintains these documents in his personal computer and a file.

Plaintiff Christopher Slaight has in his possession, custody, or control documents relating to his employment and termination from Tata. Mr. Slaight maintains these documents in his personal computer and his email account.

(iii) **a computation of each category of damages claimed by the disclosing party — who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered;**

Computation of damages is premature and said computation would rely, in significant part, on information yet to be obtained from Tata, *e.g.* Plaintiffs' actual and prospective compensation rates, the willfulness of Tata's conduct, *etc.* Plaintiffs intend to seek recovery for all damages and

relief available at law, as identified in Plaintiffs' Prayer for Relief, including but not limited to compensatory damages, statutory damages, punitive damages and reasonable attorneys' fees and costs.

>   (iv)     **For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

N/A.

DATED:   August 28, 2015                         Respectfully submitted,

By: /s/Daniel Low

Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
Email: dlow@kotchen.com;
dkotchen@kotchen.com; mvk@kotchen.com

Michael F. Brown
**DVG LAW PARTNER LLC**
P.O. Box 645
Neenah, WI 54957
920-238-6781
920-273-6177 (fax)
mbrown@dvglawpartner.com

Vonda K. Vandaveer
**V.K. Vandaveer, P.L.L.C.**
P.O. Box 27317
Washington, DC 20038-7317
202-340-1215
202-521-0599 (fax)
atty@vkvlaw.com

Steven G. Tidrick, SBN 224760
Joel B. Young, SBN 236662

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THE TIDRICK LAW FIRM**
2039 Shattuck Avenue, Suite 308
Berkeley, California 94704
Telephone: (510) 788-5100
Facsimile: (510) 291-3226
E-mail: sgt@tidricklaw.com
E-mail: jby@tidricklaw.com

*Attorneys for All Plaintiffs*