UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>　　　　Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT TATA CONSULTANCY SERVICES, LTD.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS FILED IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

[PROPOSED] ORDER RE TCS'
MOTION TO FILE UNDER SEAL
CASE NO. 4:15-cv-01696-YGR

# [PROPOSED] ORDER

After considering defendant Tata Consultancy Services, Ltd.'s ("TCS") administrative motion pursuant to Local rule 79-5(d) to file under seal portions of exhibits filed in connection with its summary judgment motion and the declaration of Patrick N. Downes ("Downes Decl.") in support of that motion, the Court rules as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Deposition of Christopher J. Slaight attached as Ex. B to the Declaration of Michelle M. La Mar ("Slaight deposition") at p. 81, lines 23, 25 | Downes Decl., ¶ 1 | [Redacted information is irrelevant to issues in case and redaction narrowly protects third-party privacy.] |
| Slaight deposition at p. 82, line 6 | Downes Decl., ¶ 1 | |
| Slaight deposition at p. 83, lines 12, 22 | Downes Decl., ¶ 1 | |
| Slaight deposition at p. 84, line 15 | Downes Decl., ¶ 1 | |
| Slaight deposition at p. 85, lines 1, 13, 22 | Downes Decl., ¶ 1 | |
| Slaight deposition at p. 90, lines 5, 17 | Downes Decl., ¶ 1 | |
| Slaight deposition at p. 95, lines 2, 4, 10, 11 | Downes Decl., ¶ 1 | |
| Slaight deposition at p. 99, lines 6, 13 | Downes Decl., ¶ 1 | |
| Slaight deposition at p. 106, lines 8, 13 | Downes Decl., ¶ 1 | |
| Slaight deposition at p. 110, lines 12, 16 | Downes Decl., ¶ 1 | |
| Slaight deposition at p. 111, line 5 | Downes Decl., ¶ 1 | |
| Slaight deposition at p. 114, lines 5, 7 | Downes Decl., ¶ 1 | |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

1

[PROPOSED] ORDER RE TCS'
MOTION TO FILE UNDER SEAL
CASE NO. 4:15-cv-01696-YGR

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | **Order** |
|---|---|---|
| Slaight deposition at p. 120, line 22. | Downes Decl., ¶ 1 | |
| Slaight deposition at p. 121, line 6. | Downes Decl., ¶ 1 | |
| Slaight deposition at p. 123, line 13. | Downes Decl., ¶ 1 | |
| Slaight deposition at p. 126, line 25 | Downes Decl., ¶ 1 | |
| Slaight deposition at p. 127, line 1 | Downes Decl., ¶ 1 | |
| Slaight deposition at p. 129, line 25 | Downes Decl., ¶ 1 | |
| Slaight deposition at p. 131, lines 7, 23 | Downes Decl., ¶ 1 | |
| Slaight deposition at p. 133, line 5 | Downes Decl., ¶ 1 | |
| Slaight deposition at p. 135, lines 13, 14 | Downes Decl., ¶ 1 | |
| Slaight deposition at p. 142, line 6 | Downes Decl., ¶ 1 | |
| Slaight deposition at p. 157, line 18 | Downes Decl., ¶ 1 | |
| Slaight deposition at p. 158, line 2 | Downes Decl., ¶ 1 | |
| Slaight deposition at p. 184, line 16 | Downes Decl., ¶ 1 | |
| Slaight deposition at p. 185, lines 3, 15 | Downes Decl., ¶ 1 | |
| Slaight deposition at p. 186, line 7 | Downes Decl., ¶ 1 | |
| Slaight deposition at p. 195, line 18 | Downes Decl., ¶ 1 | |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

2

[PROPOSED] ORDER RE TCS'
MOTION TO FILE UNDER SEAL
CASE NO. 4:15-cv-01696-YGR

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | **Order** |
|---|---|---|
| Slaight deposition at p. 196, lines 3, 13 | Downes Decl., ¶ 1 | |
| Slaight deposition at p. 205, lines 14-15 | Downes Decl., ¶ 1 | |
| Slaight deposition at p. 206, line 9 | Downes Decl., ¶ 1 | |
| Ex. C, last e-mail, line 2, and table, lines 1, 2 and 4. | Downes Decl., ¶ 1 | |
| Ex. D, "subject" line, and last paragraph, second line. | Downes Decl., ¶ 1 | |
| Ex. E, top portion, "from" line, and remainder of text after "Best." | Downes Decl., ¶ 1 | |
| Ex. F, top screen shot, top line and second and third to last lines. | Downes Decl., ¶ 1 | |
| Ex. G, Bates page TCS02444, last e-mail, second line. | Downes Decl., ¶ 1 | |
| Ex. H, Bates page TCS01840, last e-mail, second line. | Downes Decl., ¶ 1 | |
| Ex. I, top screen shot, bottom portion; bottom screen shot, text of e-mail, third line. | Downes Decl., ¶ 1 | |

IT IS SO ORDERED.


Dated: _____, 2017        _____
                                    Hon. Yvonne Gonzalez Rogers
                                    United States District Court Judge

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

3

[PROPOSED] ORDER RE TCS'
MOTION TO FILE UNDER SEAL
CASE NO. 4:15-cv-01696-YGR