```
 1   MICHELLE M. LA MAR (SBN 163038)
     mlamar@loeb.com
 2   PATRICK N. DOWNES (SBN 186461)
     pdownes@loeb.com
 3   ERIN M. SMITH (SBN 235039)
     esmith@loeb.com
 4   LOEB & LOEB LLP
     10100 Santa Monica Blvd., Suite 2200
 5   Los Angeles, CA 90067
     Telephone: 310.282.2000
 6   Facsimile: 310.282.2200
 7
     Attorney for Defendant
 8   TATA CONSULTANCY SERVICES, LTD.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>Assigned to Hon. Yvonne Gonzalez Rogers<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Complaint Filed:     April 14, 2015 |
|---|---|

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that attorney Erin M. Smith of Loeb & Loeb LLP, 10100 Santa Monica Blvd., Suite 2200, Los Angeles, CA 90067, a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance in the above-captioned matter as counsel of record on behalf of Defendant Tata Consultancy Services, Ltd.

Dated:   February 14, 2017          By: /s/ Erin M. Smith
                                        Michelle M. La Mar
                                        Patrick N. Downes
                                        Erin M. Smith
                                        LOEB & LOEB LLP

                                        *Attorneys for Defendant*