Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
E-mail: dlow@kotchen.com;
E-mail: dkotchen@kotchen.com;
E-mail: mvk@kotchen.com

Attorneys for Plaintiffs Buchanan and Slaight

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DANIEL KOTCHEN IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Complaint Filed: April 14, 2015 |

**DECLARATION OF DANIEL KOTCHEN IN SUPPORT OF UNOPPOSED ADMINISTRATION MOTION TO FILE UNDER SEAL**

I, Daniel Kotchen, hereby declare as follows, based on personal knowledge:

1. Plaintiffs seek to file portions of 19 exhibits accompanying Plaintiffs' Motion for Class Certification and Plaintiffs' Reply in Support of Motion for Leave to File Fourth Amended Complaint under seal. Defendant Tata Consultancy Services, Inc. ("Tata") has designated information contained in Exhibits 2-3, 7-9, 11, 14-18, 23-27, 32, 38, and 50[1] confidential pursuant to the Parties' Stipulated Protective Order (Dkt. #74, Dkt. #76), and has requested that the names of its clients, the names and contact information of its applicants and employees, and certain portions of its Resource Management Group Manual be redacted in Plaintiffs' public filing.
2. Plaintiffs seek to redact only those portions of Exhibits 2-3, 7-9, 11, 14-18, 23-27, 32, 38, and 50 that contain this information in their public filing. Plaintiffs seek to file an unredacted version of these documents under seal.
3. Tata also requests that Plaintiffs file under seal Exhibits 10, 22, 33-37, and 38 in their entirety. These exhibits also contain information Tata has designated confidential, including an unallocated employee list, fiscal year 2013

[1] The exhibit numbers listed refer to the exhibit numbers used in Plaintiffs' Motion for Class Certification. The corresponding exhibits accompanying Plaintiffs' Reply in Support of Motion for Leave to File Fourth Amended Complaint use different exhibit numbers in order to maintain the sequential numbering from Plaintiffs' opening brief (Dkt. #104).

information, applicants' resumes, vendor information, and information relating to Tata's hiring goals.

4. Plaintiffs seek to redact only those portions of their briefs that directly quote from the aforementioned exhibits, and to file unredacted versions of their motions under seal.

5. I declare under the penalty of perjury that the foregoing is true and correct.

Executed on February 21, 2017

/s/Daniel Kotchen
Daniel Kotchen

**CERTIFICATE OF SERVICE**

I hereby certify that this declaration and unredacted copies of all accompanying material was served on all counsel of record by email on the same day that it was filed.

Dated: February 21, 2017

/s/Daniel Kotchen
Daniel Kotchen