# Exhibit 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- - - - - - - - - - - - - - - - - - - - -x

STEVEN HELDT, BRIAN BUCHANAN
and CHRISTOPHER SLAIGHT,

Plaintiffs,

Docket No.

-against- 4:15-cv-
01696-YGR

TATA CONSULTANCY SERVICES,
LTD.,

Defendant.

- - - - - - - - - - - - - - - - - - - - -x

DEPOSITION OF BALAJI GANAPATHY
New York, New York
Thursday, March 17, 2016

Job No: 105021
Reporter: Goldy Gold, CSR, RPR

Page 26

diversity; and the metrics around corporate social responsibility activities and volunteerism.
Q. Is there a specific person within your team that's responsible for compiling all of that information?
A. For each of the areas, there are people who do that. So for each of the functions, the team members do that.
Q. So there are three functions, correct?
A. Yes.
Q. And the other three team members, then, compile that information?
A. Yes.
Q. Who is that person?
A. Suresh Kobvuri, he compiles the report for HR business consulting.
Pamela Rodriguez, Pam Rodriguez, compiles the report for CSR and for diversity.
Q. Do you receive a copy of the finalized report?
A. Yes.
Q. Do you store that somewhere on

Page 27

your computer?
A. On my laptop.
Q. Do you ever delete them?
A. No.
Q. I hand you what's been previously marked as Exhibit 1. Take a moment to look at that.
Have you seen that before?
A. Yes.
Q. Can you flip to page 3 and review topic number 5, please.
A. Okay.
Q. What did you do to prepare to address that topic?
A. I had a conversation with Michelle and with Rebecca.
Q. Did you speak with anyone who was not an attorney?
A. Not for this specific topic.
Q. Did you speak with someone who was not an attorney for any of the topics?
A. Yes.
Q. And who was that?
A. Suresh Kobvuri.
Q. And what was the role of that

Page 28

individual?
A. He is an HR business consultant, and he was the transition manager for [redacted]
Q. Is that a member of your team?
A. Yes.
Q. For topic 5, did you review any materials in preparation for that topic?
A. No.
Q. Does TCS maintain a central repository of contracts for U.S. clients?
A. Yes.
Q. And what is that repository called?
A. It's a contract manager system within Ultimatix.
Q. Do you have access to that?
A. No.
Q. Do you know how that's organized?
A. No.
Q. Do you know who is responsible for maintaining it?
A. The legal team.
Q. How long are contracts retained

Page 29

in that system?
A. I don't know.
Q. When TCS is retained by a client, does it generally enter a written contract with the client?
A. Yes.
Q. Do you have any role in that process?
A. Yes.
Q. Can you explain what your role is?
A. We review contracts and review the human resources clauses as applicable.
Q. Do contracts generally contain human resources clauses?
A. Yes.
Q. Can you give an example what a clause would state?
MS. LA MAR: It's beyond the scope of the designation, I believe.
What you're asking for here is staffing of projects and reimbursement for staffing provisions or staffing expenses. But go ahead and answer from your personal knowledge.

MR. VON KLEMPERER: Human resources clauses would be a staffing provision, presumably.
MS. LA MAR: The extent to which TCS contracts with organizations in the United States, whether they have provisions that relate to the staffing of projects, that's the what you asked for?
MR. VON KLEMPERER: Yes.
MS. LA MAR: So he just said "yes."
MR. VON KLEMPERER: Now I'm asking for an example.
MS. LA MAR: I will let him answer from his personal knowledge. My objection stands.
MR. VON KLEMPERER:
Q. Okay.
A. For example, some contracts contain language around background-check requirements that are applicable to people who work as part of that contract. These are services that are provided as part of the contract.



Q. Do contracts ever not contain human-resource clauses?
MS. LA MAR: Same objection.
THE WITNESS: I don't know.
MR. VON KLEMPERER:
Q. Have you ever seen a contract that did not contain a human-resource clause?
MS. LA MAR: Same objection.
THE WITNESS: The contracts that my team receives do review human-resources clauses.
MR. VON KLEMPERER:
Q. Is there any specific individual in your team that is responsible for reviewing those?
A. The four people that I named as HR business consultants, all of them have responsibility.
Q. Do the provisions or do the contracts ever contain provisions on the number of employees TCS will staff on a certain project?
MS. LA MAR: Vague and ambiguous. Calls for speculation.



Exceeds the scope of the designation. You can answer from your personal knowledge.
THE WITNESS: I don't know. Sometimes, yes.
MR. VON KLEMPERER:
Q. Do the contracts ever contain provisions to reimburse TCS for visa expenses?
A. No. Visa expenses are borne by TCS. Travel expenses relating to any service that is performed on behalf of the client is reimbursed -- reimbursable by the client based on either a passthrough or an invoice.
Q. So the contracts do contain provisions to reimburse for travel expenses?
A. If the person is located, for example, in Edison, New Jersey, and needs to travel to Chicago to provide services as part of the contract, and if the contract allows for that expense to be reimbursed by the client, yes; in that specific circumstance, yes.



Q. Do the contracts generally have those types of provisions?
MS. LA MAR: Calls for speculation. You can answer if you understand.
THE WITNESS: Yes. Clients often share their travel policy. So that if there are any business travel that is reimbursable by the client, the policy is adhered to.
MR. VON KLEMPERER:
Q. Can you review topic 4, which starts on page 2.
A. Yes.
Q. You mentioned that you spoke with Suresh Kobvuri?
A. Yes.
Q. What did you talk to him about?
A. I asked for a summary of the people transition that we did at [redacted]
Q. Did he provide that summary to you?
A. Yes.