# Exhibit 4

STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION
-----------------------------
STEVEN HELDT,
BRIAN BUCHANAN, and
CHRISTOPHER SLAIGHT,
Plaintiffs,
Case No.
4:15-cv-01696-YGR
vs.
TATA CONSULTANCY SERVICES,
LTD.,

Defendant.
------------------------------

***C O N F I D E N T I A L***
***ATTORNEYS' EYES ONLY***
DEPOSITION OF UMESH KUMAR
New York, New York
Wednesday, January 27, 2016

Reported by: ELIZABETH F. TOBIN, RPR

JOB NO. 102791

Page 38

for them and they have the skills with them.
Q. Okay.
A. If those match, they can give the profile and then talk to the associate and give the profile to the RA managers who has requested.
Q. Do the RMG leads only look to the individuals who are currently employed within TCS to potentially fill the resource needs of the business units?
A. No.
Q. Where else do they look for individuals?
A. They get a lot of requirements when they get in new projects. First thing is the people who are available within that location which matches their skills and who are already with TCS. They look at the prospective releases which are going to happen.
Q. Prospective?
A. Like people rolling out of the project. They have that information. They give it to the business. This person is coming out, why don't you interview them. They already look at the people who are outside that

Page 39

location, maybe they broaden the search. Not in a particular location, they broaden the search within the U.S., the people who are interested in going there and doing the job. Beyond that also they have list of the people who are outside U.S. but are visa ready.
Q. They are visa ready?
A. Visa ready. They can propose them. If not, we give the requirement to the talent acquisition team. We call it TAG. To look out in market and recruit at hiring a person from the market in the U.S. If that also doesn't suffice, we look to our third-party contracting vendors to give us a resource.
Q. Do you know how many contract vendors that TCS looks to and who the vendors are?
MS. LA MAR: You mean the talent acquisition group?
MR. KOTCHEN: The talent acquisition group.
MS. LA MAR: That's somebody else who's designated.
MR. KOTCHEN: Okay, fair enough.
Q. You referenced that the resource

Page 40

management leads identify individuals who are visa ready. How are you able to identify individuals who are visa ready?
A. I didn't get the question.
Q. What does visa ready mean? You used the term visa ready. What does that mean?
A. The people who already have visa and are outside the United States.
Q. Outside the United States?
A. Or maybe -- yeah, outside the United States.
Q. Are there instances where individuals are not visa ready, a visa needs to be secured for them outside the United States but they are identified to fulfill roles here in the United States?
MS. LA MAR: I'm sorry. I didn't get your question. Can you try that again?
Q. Are there times when folks are not visa ready who are maybe in India but visas are applied to for them to fulfill the roles in the United States?
MS. LA MAR: Still vague and ambiguous, but you can answer.
A. Yeah, they can be.

Page 41

Q. How frequent an occurrence does that arise?
A. It will be not very frequent, but it happens.
Q. Are most of the positions that are filled by the resource management group here in the United States filled by individuals who currently work at TCS, so they transition from one position to another with TCS?
MS. LA MAR: In the U.S.?
Q. Positions in the U.S. But if they're fulfilled by individuals anywhere within TCS.
A. I didn't get you.
Q. Are most of the positions that are filled here in the United States filled by individuals who were already employed by TCS so they transition from one position within TCS to the position here in the United States?
A. You're talking about only the people who are in United States?
Q. Only the people who end up working in the United States. Do most of them end up in the United States being transitioned from one position in TCS to the role in the United