# Exhibit 7

**From:** [redacted]
**Sent:** September 22, 2014 2:03 PM
**To:** Rajesh Panda;Lakshmi Sivadas
**Cc:** Chinmay Tripathi;Durasala Suresh;Kumar, Rajiv
**Subject:** RE: Fw: vacation-and-other - [redacted]
**Attachments:** Project Feedback_[redacted]xls

Hi Lakshmi,
Please find attached the project release template for [redacted] We have informed [redacted] four weeks in advance about his release from the project and shared his resume with [redacted] on 08/27 for any open positions in BFS.

Please let me know if you have any questions.

Thanks & Regards
*******************
[redacted]

**From:** Rajesh Panda [mailto:rajesh.panda@tcs.com]
**Sent:** Friday, September 19, 2014 9:40 PM
**To:** Lakshmi Sivadas
**Cc:** Chinmay Tripathi;[redacted] Kumar, Rajiv [ICG-IT NE]
**Subject:** Re: Fw: vacation-and-other - [redacted]

Lakshmi,
[redacted] has been working with us for an year in Delaware. He is being released from [redacted] only for budget reasons. He is a mainframe resource and the platform he worked on, is now being moved into distributed platform. There has been more than 20% budget cut across [redacted] the clients cannot retain him anymore.

[redacted] Rajiv,
Please fill up the template and send it to Lakshmi.

Thanks
Rajesh Kumar Panda
Tata Consultancy Services
Ph:- +1 972 281 9275
Mailto: rajesh.panda@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

From: Lakshmi Sivadas/AMER/TCS
To: Durasala Suresh/BLR/TCS@TCS[redacted]
Cc: Chinmay Tripathi/AMER/TCS@TCS, Rajesh Panda/CHN/TCS@TCS
Date: 09/19/2014 09:02 PM
Subject: Fw: vacation-and-other -[redacted]

---

Dear [redacted]

All local hire releases need to be reviewed and approved by HR. Could you please share the details of why [redacted] is being released from [redacted]? Please fill in the attached template and also share supporting artifacts like customer e-mails etc.

[attachment "Project Feedback Format.xls" deleted by Rajesh Panda/CHN/TCS]

Regards,
Lakshmi

Lakshmi Sivadas Uthrankad
Human Resources,
Tata Consultancy Services
Mailto: lakshmi.sivadas@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

----- Forwarded by Lakshmi Sivadas/AMER/TCS on 09/19/2014 02:26 PM -----

From: [redacted]
To: "Lakshmi Sivadas" <lakshmi.sivadas@tcs.com>
Cc: "Denise Deluca" <denise.deluca@tcs.com>, [redacted], N Matai <n.matai@tcs.com>, [redacted]
Date: 09/19/2014 02:25 PM
Subject: RE: Fw: vacation-and-other

---

Lakshmi,
This weekend, I intend to apply for vacation starting Sept. 22, for two weeks.
Since I am released from [redacted] on Sept. 19, this does not affect client.
I will do according to procedures you mentioned below.

[redacted] TCS employee ID is [redacted]
Nickname: [redacted]
Mobile phone: [redacted]

**From:** Lakshmi Sivadas [mailto:lakshmi.sivadas@tcs.com]
**Sent:** Friday, September 19, 2014 1:48 PM

**To:** [redacted]
**Cc:** 'Denise Deluca'; [redacted] N Matai; [redacted]
**Subject:** RE: Fw: vacation-and-other

Hello [redacted]

We discussed your concerns.

Please find below my responses to your questions:

1. Could you confirm that I will get vacation pay? - You can apply for vacation days in GESS. Leaves Module is in Ultimatix > Employee Services > Employee Self Service > Global ESS > Leave. Leave End Reporting Form (LERF) must be submitted and approved in GESS (same path noted above) after returning from your leave irrespective of the number of days and type of leave.

2. TCS is trying to find another position for me. During gap between projects, company pays some weeks, called "Bench Policy". So, what is the "Bench Policy" of TCS? - As discussed, once your release is approved, RMG will start exploring options for you. They will try to finalize your profile for one of the available open positions within TCS, if you get selected after internal/client interviews. You will get paid your regular paycheck even while you are unallocated.

3. Any other benefits? - The terms of your employment contract with TCS remains the same and therefore there would be no change in the benefits plan that you have already opted for.

Please feel free to get back to me in case you have any questions.

Regards,
Lakshmi

Lakshmi Sivadas Uthrankad
Human Resources,
Tata Consultancy Services
Mailto: lakshmi.sivadas@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

From: [redacted]
To: Lakshmi Sivadas <lakshmi.sivadas@tcs.com>
Cc: [redacted] N Matai <n.matai@tcs.com>, "Denise Deluca" <denise.deluca@tcs.com>, [redacted]
Date: [redacted]
Subject: RE: Fw: vacation-and-other

---

Lakshmi,
Here is my issues.

My name is [redacted] I am a TCS employee and TCS employee ID is [redacted]
My TCS manager [redacted] email is also in CC of this email.
I started to work for [redacted] in New Castle, DE, as a TCS employee on Oct. 1, 2013.
Today, Sept. 19, 2014, is my last day to work at [redacted] nearly one year at [redacted]
[redacted] does not have budget to keep me.
During this one year, I did not take any vacation.
As a TCS employee, when released, I should get vacation pay.

1. Could you confirm that I will get vacation pay?
2. TCS is trying to find another position for me.

During gap between projects, company pays some weeks, called "Bench Policy".
So, what is the "Bench Policy" of TCS?

3. Any other benefits? Please let me know.

Please make sure to use REPLY ALL to send email to bother my [redacted] email and my home email, which in CC of this email.
After Sept. 19, I cannot access my [redacted]
Thank you very much.

[redacted] TCS employee ID is [redacted]
Nickname: [redacted]
Mobile phone: [redacted]

**From:** Denise Deluca [mailto:denise.deluca@tcs.com]
**Sent:** Friday, September 19, 2014 12:32 PM
**To:** Lakshmi Sivadas
**Cc:** [redacted]; N Matai; [redacted]
**Subject:** RE: Fw: vacation-and-other

HI Lakshmi

can you assist [redacted] with his below issue

Thanks
Denise

Denise Deluca
Onboarding Manager
Tata Consultancy Services
Ph:- 1-732-491-0175
Mailto: denise.deluca@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

From: [redacted]
To: "'Denise Deluca'" <denise.deluca@tcs.com>
Cc: N Matai <n.matai@tcs.com>, [redacted]
Date: 09/19/2014 12:28 PM
Subject: RE: Fw: vacation-and-other

---

Denise,
My name is [redacted] am a TCS employee and TCS employee ID is [redacted]
I started to work for [redacted] in new Castle, DE, as a TCS employee on Oct. 1, 2013.
Today, Sept. 19, 2014, is my last day to work at [redacted] nearly one year at [redacted]
During this one year, I did not take any vacation.
As a TCS employee, when released, I should get vacation pay.

1. Could you confirm that I will get vacation pay?
2. TCS is trying to find another position for me.

During gap between projects, company pays some weeks, called "Bench Policy".
So, what is the "Bench Policy" of TCS?

3. Any other benefits? Please let me know.

Please make sure to use REPLY ALL to send email to bother my [redacted] email and my home email, which in CC of this email.
After Sept. 19, I cannot access my [redacted] email.
Thank you very much.

[redacted] TCS employee ID is [redacted]
Nickname [redacted]
Mobile phone: [redacted]

**From:** Denise Deluca [mailto:denise.deluca@tcs.com]
**Sent:** Friday, September 19, 2014 12:11 PM
**To:** [redacted]
**Cc:** N Matai
**Subject:** Re: Fw: vacation-and-other

HI [redacted]

Were are you located?

Denise Deluca
Onboarding Manager
Tata Consultancy Services
Ph:- 1-732-491-0175
Mailto: denise.deluca@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

From: N Matai/AMER/TCS
To: Denise Deluca/AMER/TCS@TCS
Date: 09/19/2014 12:05 PM
Subject: Fw: vacation-and-other

---

Hi Denise

do you know who in HR can help him ?

Regards,

**Nikhil Matai**
**Tata Consultancy Services**
**Mailto:** n.matai@tcs.com
**Website:** http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

----- Forwarded by N Matai/AMER/TCS on 09/19/2014 12:04 PM -----

**From:** [redacted]
**To:** "N Matai" <n.matai@tcs.com>
**Date:** 09/19/2014 12:00 PM
**Subject:** RE: vacation-and-other

---

Nikhil,
Could you let me know email address and phone No I can contact for these issues?
Thank you very much.

[redacted] TCS employee ID [redacted]
Nickname: [redacted]
Mobile phone: [redacted]

**From:** N Matai [mailto:n.matai@tcs.com]
**Sent:** Friday, September 19, 2014 11:47 AM
**To:** [redacted]
**Cc:** [redacted]

**Subject:** Re: vacation-and-other

Hi [redacted]

Please contact your HR for the below query.

Regards,

Nikhil Matai
Tata Consultancy Services
Mailto: n.matai@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

From: [redacted]
To: "n.matai@tcs.com" <n.matai@tcs.com>
Cc: [redacted]
Date: [redacted]
Subject: vacation-and-other

---

Hi Nikhil,
My name is [redacted] I am a TCS employee and TCS employee ID is [redacted]
I started to work for [redacted] as a TCS employee on Oct. 1, 2013.
Today, Sept. 19, 2014, is my last day to work at [redacted] nearly one year at [redacted]
During this one year, I did not take any vacation.
As a TCS employee, when released, I should get vacation pay.

1. Could you confirm that I will get vacation pay?
2. TCS is trying to find another position for me.

During gap between projects, company pays some weeks, called "Bench Policy".
So, what is the "Bench Policy" of TCS?

3. Any other benefits? Please let me know.

Please make sure to use REPLY ALL to send email to bother my [redacted] email and my home email, which in CC of this email.
After Sept. 19, I cannot access my [redacted] email.
Thank you very much.

[redacted] TCS employee ID is [redacted]

Nickname: [redacted]
Mobile phone: [redacted]

=====-----=====-----=====

Notice: The information contained in this e-mail message and/or attachments to it may contain confidential or privileged information. If you are not the intended recipient, any dissemination, use, review, distribution, printing or copying of the information contained in this e-mail message and/or attachments to it are strictly prohibited. If you have received this communication in error, please notify us by reply e-mail or telephone and immediately and permanently delete the message and any attachments. Thank you