# Exhibit 8

# Resource Management Group

# (RMG)

# Induction Manual

**Version 1.8**

TATA

TATA CONSULTANCY SERVICES

**October 2014**

**TCS Confidential**

[Placeholder for pages filed under seal]

[redacted]

## 9. Visa Utilization

The visa utilization report is published every fortnight by Chennai Data Support. It gives a view of the number of associates in the branch who have valid visas and work permits, and is currently at

offshore. It also gives a spilt of how many associates have utilized their visas and work permits. You can split the data branch wise and visa type wise. RMG should try and map associates with unutilized visas and work permits for onsite opportunities.

[redacted]



Attorneys' Eyes Only TCS007425