# Exhibit 9

**From:** [redacted]@tcs.com>
**Sent:** November 26, 2014 1:34 AM
**To:** Rati K
**Cc:** Chinmay Tripathi
**Subject:** Summary of our discusion on your leave request & release from NT

Hi Rati,

Thank for sending the information regarding Leave of Absense and Release from TOM project.
My prefered location for next project are in the following order
(1) Chicago
(2) California
(3) Toronto/Canada

I will give you update on leave of absense request but I think I prefer finding the project immediately for now.
My cell phone is [redacted] you need to reach me.
I hope Sunil and Sourabh could help me my TOM project extension.

Thanks & Regards
[redacted]
Mailto: [redacted]
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

-----Rati K/PNE/TCS wrote: -----
To: [redacted]@TCS
From: Rati K/PNE/TCS
Date: 11/23/2014 01:07PM
Cc: Chinmay Tripathi/AMER/TCS@TCS
Subject: Summary of our discusion on your leave request & release from NT

Hi [redacted]

We discussed on your leave request and also your release from NT. Below is a summary of the discussion we had:

**Your leave request**
1. Please go through the attached FMLA document to check your eligibility for FMLA leave.

2. If you plan to take leave, pls let me know the start and end date of your leave plan. You will need to apply for available vacation and sick days first and then apply for FMLA if you're eligible.
3. Pls cancel any leave that you have applied currently in GESS so that the leaves can be re-applied correctly.

*(See attached file: FMLA - Employee Rights and Responsibilities.pdf)*

**Your release from NT**
1. As per the information I got, you will be released from NT wef Nov 24th.
2. Please let me know if there is any update / change in this plan
3. I explained the bench policy to you wherein you will be unallocated once you're released from NT and you will need to work actively with RMG ( Chinmay Tripathi) to find your next assignment and you cannot remain unallocated for more than 30 days.
4. Pls share your updated CV and location preferences with Chinmay at chinmay.tripathi@tcs.com.

I am travelling out of the US and I will not be reachable on my phone. Pls mail me with the information I have requested or if you have any questions.

**Hi Chinmay - This is FYI & A**

Regards
Rati Katdare
Human Resources
Tata Consultancy Services
Cell:- +1 630 605 5943
Mailto: rati.k@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

[redacted]---11/17/2014 04:23:39 PM---Hi Catherine, I have submitted my leave of absense from TCS from the period Dec 1,2014 to Jan 12

From: [redacted]ER/TCS
To: Catherine Tomaras/AMER/TCS@TCS, Rati K/PNE/TCS@TCS
Cc: Sunil Soni1/AMER/TCS@TCS, [redacted]
Date: 11/17/2014 04:23 PM
Subject: Lev_106978843 Status

---

Hi Catherine,

I have submitted my leave of absense from TCS from the period Dec 1,2014 to Jan 12, 2015 (Lev_106978843).
According to ULTIMATIX HR detail under GESS I see your name as HR Detailed Contact.
I would like to know if you have any suggestion on who would be the approver for this request.
Please let me know at your earliest convienient since My leave date is on Nov 24, 2014.
My employee detailed info is [redacted]

Thanks & Regards
[redacted]
Software Engineer
Tata Consultancy Services
Chicago,Illinois
United States
[redacted]
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

[attachment "FMLA - Employee Rights and Responsibilities.pdf" removed by [redacted]