# Exhibit 10

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED