# Exhibit 14

**From:** Chinmay Tripathi <chinmay.tripathi@tcs.com>
**Sent:** October 27, 2014 3:48 PM
**To:** [redacted]
**Cc:** Suresh Nadam
**Subject:** Travel Req

Your travel request has come to my work list for approval.

Leadership Team has advised to utilize visa ready Associates at on site unless (1) There is no way the person can continue in the US because of one or more challenges related to visa validity / work authorization. (2)HR confirms that the personal / medical issues the Associate is facing are so grave that he must travel back.

Please confirm you're in which category. Kindly share accurate information as the same is reported to the Leadership Team / ISU Head's office.




Regards
Chinmay Tripathi
RMG Lead,BFS NA
Follow me on KNOME: https://knome.ultimatix.net/u/chinmay.tripathi
Tata Consultancy Services
379 Thornall Street - 4th Floor

Edison,New Jersey - 08837
United States
Cell:- 732 429 6208
Mailto: chinmay.tripathi@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---