# Exhibit 16

**From:** [redacted]@tcs.com>
**Sent:** October 23, 2014 2:23 PM
**To:** Chinmay Tripathi
**Cc:** Suresh Nadam
**Subject:** Re: Travel Request

Hi chinmay
Since I have completed 7 years of L1A, I will have to travel back.In a separate note
I have given the details. Please approve my travel request# 2090397

Thanks
[redacted]
Tata Consultancy Services
Mailto:[redacted]@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

-----Chinmay Tripathi/AMER/TCS@TCS wrote: -----

=======================
To: [redacted]
From: Chinmay Tripathi/AMER/TCS@TCS
Date: 10/21/2014 08:01AM
Cc: Suresh Nadam/AMER/TCS@TCS
Subject: Travel Request
=======================

Your travel request has come to my work list for approval.

Leadership Team has advised to utilize visa ready Associates at on site unless (1) There is no way the person can continue in the US because of one or more challenges related to visa validity / work authorization. (2) HR confirms that the personal / medical issues the Associate is facing are so grave that he must travel back.

Please confirm you're in which category. Kindly share accurate information as the same is reported to the Leadership Team / ISU Head's office.

Regards
Chinmay Tripathi
RMG Lead,BFS NA
Follow me on KNOME: https://knome.ultimatix.net/u/chinmay.tripathi
Tata Consultancy Services
379 Thornall Street - 4th Floor
Edison,New Jersey - 08837

United States
Cell:- 732 429 6208
Mailto: chinmay.tripathi@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---