# Exhibit 18

**From:** Rajiv1 Kumar <CN=Rajiv1 Kumar/OU=EMEA/O=TCS>
**Sent:** October 02, 2014 6:38 AM
**To:** S Kumarsingh;Chinmay Tripathi
**Cc:** Asha Mathews
**Subject:** Re: Fw: TCS FS Americas - Resource requirement help needs

Shravan and Chinmay,
Between both of you, could you please work out a draft which I can send it to NGS and DK for this purpose?
Thanks
Rajiv

---

S Kumarsingh---10/02/2014 07:34 AM GDT---Dear Chinmay We are working very closely on the Visa ready profile at offshore Bangalore and othe

From: S Kumarsingh
To: Chinmay Tripathi
Cc: Asha Mathews; Rajiv1 Kumar
Date: 10/02/2014 07:34 AM GDT
Subject: Re: Fw: TCS FS Americas - Resource requirement help needs

Dear Chinmay
We are working very closely on the Visa ready profile at offshore Bangalore and other location also .

We are in constant touch with Kedar and Pranjal for all the visa ready profile discussion .

Quick snapshot of the visa ready profile shared last 4 weeks and there Current status updates . We are working closely to get more Visa ready profile , will keep you updated .

| Emp id | Emp name | Skill set | Exp | Visa Type | Confirmation status | Remark |
|---|---|---|---|---|---|---|
| 489215 | [redacted] | Java/J2ee, WebServices, JavaScript/Jquery | 4 Years | H1B | short-listed | Final Confirmation and travel pending |
| 254798 | | PL/SQL , Oracle | 5.5 years | H1B | Confirmed | Travelled last week to US |
| 325815 | | JAVA,J2EE | 4.5 years | H1B | Confirmed | She is on Leave till Nov end , post that she will be travelling fo[redacted] |
| 349941 | | JAVA,J2EE | 4.4 Years | H1B | Pending | Discussion in Progress , associate ready to travel after 6 month due to some personal issue . |
| 460474 | | PL/SQL DB2 DBA | 3.5 Years | H1B | Confirmed | Travel delayed due to some Visa Issue " As this associate's previous H-1B petition was |

```
filed for a TCSL
onsite location [redacted]
- Phoenix, AZ) and
the associate will
now be working at a
client site [redacted] -
Oaks, PA), the
petition will need to
be amended".
"
```

Thanks & Regards
Shravan Kumar Singh
RMG - TCS FS.
Tata Consultancy Services
Unit-VI, No.78, 79& 83,
L-Centre, EPIP Industrial Estate,
Whitefield
Bangalore - 560066,Karnataka
India
Buzz:- 80672-53495
Mailto: s.kumarsingh@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

Chinmay Tripathi---10/01/2014 09:33:49 PM---Dear Sharavan, Can we look at doing a war room exercise in Bangalore to mobilize visa ready CVs from

From: Chinmay Tripathi/AMER/TCS
To: S Kumarsingh/TVM/TCS@TCS
Cc: Asha Mathews/BLR/TCS@TCS, S Kumarsingh/TVM/TCS@TCS, Rajiv1 Kumar/EMEA/TCS@TCS
Date: 10/01/2014 09:33 PM
Subject: Re: Fw: TCS FS Americas - Resource requirement help needs

Dear Sharavan,

Can we look at doing a war room exercise in Bangalore to mobilize visa ready CVs from across the ISUs.
Kedar is working from there only, he'll be able to arrange the panelists etc.

Then we can make use of our relations with Ranga, Prajwal and other RMG Leads, and get some people from their ISU.
I'm sure you must be working closely with them already but now considering the seriousness and pressure to fulfill within the deadlines, we'll have to put more focus.

TAG Vendors have already started sending in the CVs and I've also started routing all the releases that I'm coming across in BFS / other ISUs to FS.

I'll call you shortly and discuss in detail.
Thanks for all your help & support.

Regards
Chinmay Tripathi
RMG Lead,BFS NA
Follow me on KNOME: https://knome.ultimatix.net/u/chinmay.tripathi
Tata Consultancy Services
379 Thornall Street - 4th Floor
Edison,New Jersey - 08837
United States
Cell:- 732 429 6208
Mailto: chinmay.tripathi@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

Rajiv1 Kumar---10/01/2014 08:57:00 AM---Dear Chinmay, We spoke. Asha and Shravan would be in touch with you to track these requirements.

From: Rajiv1 Kumar/EMEA/TCS
To: Chinmay Tripathi/AMER/TCS@TCS
Cc: Asha Mathews/BLR/TCS@TCS, S Kumarsingh/TVM/TCS@TCS
Date: 10/01/2014 08:57 AM
Subject: Re: Fw: TCS FS Americas - Resource requirement help needs

Dear Chinmay,
We spoke. Asha and Shravan would be in touch with you to track these requirements.
Thanks
Rajiv
-----------------
Rajiv Kumar
Global Head HR
TCS Financial Solutions
Tata Consultancy Services
Ph:- +91 22 6779 9700
Buzz:- 429 9700
Cell:- +91 92231 73133

Chinmay Tripathi---09/30/2014 08:04:31 PM---Dear Rajiv, I'm working with TAG & Account Team closely, and going after the open requirements aggre

From: Chinmay Tripathi/AMER/TCS
To: Rajiv1 Kumar/EMEA/TCS@TCS
Cc: Asha Mathews/BLR/TCS@TCS, Ashvini Saxena/AMER/TCS@TCS, Dk Tiwari/DEL/TCS@TCS, S Kumarsingh/TVM/TCS@TCS, S Narasimhan/VP/AMER/TCS@TCS, Shyamsundar Chinnari/AMER/TCS@TCS, V Chaturvedi/AMER/TCS@TCS
Date: 09/30/2014 08:04 PM
Subject: Re: Fw: TCS FS Americas - Resource requirement help needs

Dear Rajiv,

I'm working with TAG & Account Team closely, and going after the open requirements aggressively.

I'll take a stock again today and ensure CV coverage against all the positions.

Regards
Chinmay Tripathi
RMG Lead,BFS NA
Follow me on KNOME: https://knome.ultimatix.net/u/chinmay.tripathi
Tata Consultancy Services
379 Thornall Street - 4th Floor
Edison,New Jersey - 08837
United States
Cell:- 732 429 6208
Mailto: chinmay.tripathi@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

Rajiv1 Kumar---09/30/2014 09:51:57 AM---Dear Chinmay, Request your help with the resources as mentioned in the mail below. I would also call

From: Rajiv1 Kumar/EMEA/TCS
To: Chinmay Tripathi/AMER/TCS@TCS
Cc: Dk Tiwari/DEL/TCS@TCS, Ashvini Saxena/AMER/TCS@TCS, Asha Mathews/BLR/TCS@TCS, S Kumarsingh/TVM/TCS@TCS, S Narasimhan/VP/AMER/TCS@TCS
Date: 09/30/2014 09:51 AM
Subject: Fw: TCS FS Americas - Resource requirement help needs

Dear Chinmay,
Request your help with the resources as mentioned in the mail below. I would also call you up to discuss this.
kind regs
Rajiv

------------------

Rajiv Kumar
Global Head HR
TCS Financial Solutions
Tata Consultancy Services
Ph:- +91 22 6779 9700
Buzz:- 429 9700
Cell:- +91 92231 73133

----- Forwarded by Rajiv1 Kumar/EMEA/TCS on 09/30/2014 07:19 PM -----

From: Dk Tiwari/DEL/TCS
To: Rajiv1 Kumar/EMEA/TCS@TCS
Cc: NG Subramaniam/BLR/TCS@TCS, Ashvini Saxena/AMER/TCS@TCS
Date: 09/30/2014 07:11 PM
Subject: TCS FS Americas - Resource requirement help needs

Dear Rajiv,

We had a review meeting with boss on the overall resourcing of FS Americas. We need below help from you. Thanks for your support.

1. Support for closure of the open 41 requirements on priority. Below is the summary.

| Requirement Type | Role/Skill set | Oct-14 | Nov-14 | Dec-14 | Jan-15 | Grand Total |
|---|---|---|---|---|---|---|
| ⊟ New - Offshore - Bangalore | Adobe Live cycle Developer | | 1 | 1 | | 2 |
| | BOXI developer | 1 | 1 | 1 | | 3 |
| | Java/Spring Batch Developer | 4 | 7 | | | 11 |
| ⊟ New - Onsite - US | DBA | 2 | | | | 2 |
| | Java Developer | 1 | 1 | | | 2 |
| | Java UI Developer | 1 | | | | 1 |
| | Java/Spring Batch Developer | 4 | | | 5 | 9 |
| | Middleware | 2 | | | | 2 |
| | QTZ/GWP Developer | | 1 | | | 1 |
| | Sr. Data Architect | 1 | | | | 1 |
| ⊟ Replacement - ODC | Sr. Data Architect | 1 | | | | 1 |
| ⊟ Replacement - Onsite - US | Java Developer | 2 | | | | 2 |
| | QTZ Tech Lead | 2 | | | | 2 |
| | QTZ/GWP Developer | 1 | | | | 1 |
| | Sr. Technical Architect | 1 | | | | 1 |
| **Grand Total** | | **23** | **11** | **2** | **5** | **41** |

2. [redacted] is working aggressively to close their most important deal with [redacted] and have requested to retail all experienced resources as there will be massive ramp-up and a major development work to be completed for the implementation. We need your help for the retention of 16 BAs, as highlighted by US RMG in their aging report, till Dec 2015. Although we have already submitted a plan for their replacement 3 weeks back, but we have not received a single employee profile for their replacement.

3. With [redacted] Implementation, we anticipate a ramp-up of additional 60-70 associates at onsite in March 2015. We need to prepare for this ramp up. Pls find attached the JDs for the skills/profiles required.
[attachment "TCS FS North America Requirement profiles.zip" deleted by Chinmay Tripathi/AMER/TCS]
4. There are 3 resignations in the team due to L1B visa uncertainty. The associates have valid H1B visa and they are in critical role in the project for [redacted] onboarding. Their movement out will impact our positioning in that team. We need to onboard these 3 resources for 6 month as a BA (as per the defined process) to stabilize the project and later replace them. Below are the names of the associates:

- [redacted]

Appreciate your kind support.

Best Regards,
DK

D K Tiwari
TCS Financial Solutions
Tata Consultancy Services
Ph:- +1 610 676 3848
Cell:- +1 610 999 5974
Fax:- +1 484 676 3848
Mailto: dk.tiwari@tcs.com
Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting