# Exhibit 19

| | Visa Ready for the next two months as of 31-Dec-2012 | | | | |
|---|---|---|---|---|---|
| **Base Branch** | **B1** | **H1-B** | **L1-A** | **L1-B** | **Grand Total** |
| Corporate | 58 | 0 | 1 | 1 | 60 |
| TAPL - Singapore | 1 | 0 | 0 | 0 | 1 |
| TCS - Ahmedabad | 69 | 3 | 6 | 16 | 94 |
| TCS - Bangalore | 1122 | 217 | 90 | 185 | 1614 |
| TCS - Bhubaneswar | 39 | 11 | 10 | 9 | 69 |
| TCS - Chennai | 1465 | 1029 | 185 | 145 | 2824 |
| TCS - Goa | 10 | 0 | 0 | 2 | 12 |
| TCS - Hyderabad | 487 | 173 | 70 | 107 | 837 |
| TCS - Jamshedpur | 5 | 0 | 0 | 1 | 6 |
| TCS - Kochi | 40 | 4 | 6 | 11 | 61 |
| TCS - Kolkata | 620 | 177 | 122 | 123 | 1042 |
| TCS - Lucknow | 34 | 0 | 7 | 5 | 46 |
| TCS - Mumbai | 1054 | 227 | 122 | 221 | 1624 |
| TCS - New Delhi | 701 | 176 | 81 | 203 | 1161 |
| TCS - Pune | 342 | 53 | 43 | 91 | 529 |
| TCS - Trivandrum | 6 | 0 | 0 | 0 | 6 |
| TCS e-Serve - Bangalore | 1 | 0 | 0 | 0 | 1 |
| TCS e-Serve - Chennai | 51 | 0 | 0 | 1 | 52 |
| TCS e-Serve - Hyderabad | 1 | 0 | 0 | 0 | 1 |
| TCS e-Serve - Kolkata | 1 | 0 | 0 | 0 | 1 |
| TCS e-Serve - Mumbai | 157 | 0 | 8 | 1 | 166 |
| TCS e-Serve - New Delhi | 7 | 0 | 0 | 0 | 7 |
| TCS e-Serve IL - Chennai | 51 | 0 | 1 | 0 | 52 |
| TCS e-Serve IL - Kolkata | 2 | 0 | 0 | 0 | 2 |
| TCS e-Serve IL - New Delhi | 14 | 0 | 0 | 0 | 14 |
| TRFL - EGL BLR STP | 0 | 1 | 0 | 0 | 1 |
| TRFL - MANYATA BLR SEZ | 5 | 1 | 0 | 1 | 7 |
| **Grand Total** | **6343** | **2072** | **752** | **1123** | **10290** |

| **Base Branch** | **H1-B** | | **H1-B Total** | **L1-A** | | **L1-A Total** | **L1-B** | | **L1-B Total** | **B1** | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Stamped** | **Not Stamped** | | **Stamped** | **Not Stamped** | | **Stamped** | **Not Stamped** | | **B1** | **Total** |
| Corporate | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 1 | 58 | 58 |
| TAPL - Singapore | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| TCS - Ahmedabad | 3 | 4 | 7 | 6 | 1 | 7 | 16 | 0 | 16 | 69 | 69 |
| TCS - Bangalore | 217 | 409 | 626 | 90 | 15 | 105 | 185 | 0 | 185 | 1122 | 1122 |
| TCS - Bhubaneswar | 11 | 13 | 24 | 10 | 0 | 10 | 9 | 0 | 9 | 39 | 39 |
| TCS - Chennai | 1029 | 1041 | 2070 | 185 | 30 | 215 | 145 | 1 | 146 | 1465 | 1465 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TCS - Goa | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 0 | 2 | 10 | 10 |
| TCS - Hyderabad | 173 | 506 | 679 | 70 | 9 | 79 | 107 | 0 | 107 | 487 | 487 |
| TCS - Jamshedpur | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 5 | 5 |
| TCS - Kochi | 4 | 32 | 36 | 6 | 0 | 6 | 11 | 0 | 11 | 40 | 40 |
| TCS - Kolkata | 177 | 114 | 291 | 122 | 6 | 128 | 123 | 0 | 123 | 620 | 620 |
| TCS - Lucknow | 0 | 1 | 1 | 7 | 2 | 9 | 5 | 0 | 5 | 34 | 34 |
| TCS - Mumbai | 227 | 297 | 524 | 122 | 14 | 136 | 221 | 0 | 221 | 1054 | 1054 |
| TCS - New Delhi | 176 | 353 | 529 | 81 | 18 | 99 | 203 | 1 | 204 | 701 | 701 |
| TCS - Pune | 53 | 84 | 137 | 43 | 2 | 45 | 91 | 0 | 91 | 342 | 342 |
| TCS - Trivandrum | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 6 |
| TCS e-Serve - Bangalore | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| TCS e-Serve - Chennai | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 51 | 51 |
| TCS e-Serve - Hyderabad | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| TCS e-Serve - Kolkata | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| TCS e-Serve - Mumbai | 0 | 1 | 1 | 8 | 0 | 8 | 1 | 0 | 1 | 157 | 157 |
| TCS e-Serve - New Delhi | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 7 |
| TCS e-Serve IL - Chennai | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 51 | 51 |
| TCS e-Serve IL - Kolkata | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 |
| TCS e-Serve IL - New Delhi | 0 | 0 | | 0 | 0 | | 0 | 0 | | 14 | |
| TRFL - EGL BLR STP | 1 | 4 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TRFL - MANYATA BLR SEZ | 1 | 6 | 7 | 0 | 0 | 0 | 1 | 0 | 1 | 5 | 5 |
| **Grand Total** | **2072** | **2866** | **4938** | **752** | **98** | **850** | **1123** | **2** | **1125** | **6343** | **6329** |
| | **STAMPED Excluding B1** | | **3947** | | | | | | | | |
| | **NOT STAMPED** | | **2966** | | | | | | | | |