# Exhibit 20

| | Visa Ready for the next two months as of 30-Nov-13 | | | | |
|---|---|---|---|---|---|
| **Base Branch** | **H1-B** | **L1-A** | **L1-B** | **B1** | **Branch Total** |
| Corporate | | 1 | | 30 | 31 |
| TCS - Ahmedabad | 7 | 6 | 6 | 77 | 96 |
| TCS - Bangalore | 368 | 59 | 89 | 1007 | 1523 |
| TCS - Bhubaneswar | 26 | 7 | 2 | 48 | 83 |
| TCS - Chennai | 1279 | 131 | 59 | 1331 | 2800 |
| TCS - Goa | | | 2 | 11 | 13 |
| TCS - Hyderabad | 316 | 53 | 32 | 433 | 834 |
| TCS - Jamshedpur | | | | 3 | 3 |
| TCS - Kochi | 23 | 5 | 2 | 50 | 80 |
| TCS - Kolkata | 172 | 49 | 32 | 529 | 782 |
| TCS - Lucknow | 1 | 2 | | 28 | 31 |
| TCS - Mumbai | 211 | 61 | 63 | 1066 | 1401 |
| TCS - New Delhi | 259 | 62 | 50 | 653 | 1024 |
| TCS - Pune | 80 | 18 | 29 | 408 | 535 |
| TCS - Trivandrum | | | | 10 | 10 |
| TCS eServe - Branch | | | | 2 | 2 |
| Grand Total | 2742 | 454 | 366 | 5686 | 9248 |

| | H1-B | | | L1-A | | | L1-B | | | B1 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Base Branch** | **Stamped** | **Not Stamped** | **H1-B Total** | **Stamped** | **Not Stamped** | **L1-A Total** | **Stamped** | **Not Stamped** | **L1-B Total** | **B1** | **Total** |
| Corporate | | | | 1 | 1 | 2 | | | | 30 | 30 |
| TCS - Ahmedabad | 7 | 36 | 43 | 6 | 3 | 9 | 6 | | 6 | 77 | 77 |
| TCS - Bangalore | 368 | 417 | 785 | 59 | 45 | 104 | 89 | 5 | 94 | 1007 | 1007 |
| TCS - Bhubaneswar | 26 | 17 | 43 | 7 | 1 | 8 | 2 | | 2 | 48 | 48 |
| TCS - Chennai | 1279 | 843 | 2122 | 131 | 57 | 188 | 59 | | 59 | 1331 | 1331 |
| TCS - Goa | | 1 | 1 | | | | 2 | | 2 | 11 | 11 |
| TCS - Hyderabad | 316 | 382 | 698 | 53 | 29 | 82 | 32 | 1 | 33 | 433 | 433 |
| TCS - Jamshedpur | | | | | | | | | | 3 | 3 |
| TCS - Kochi | 23 | 70 | 93 | 5 | 3 | 8 | 2 | | 2 | 50 | 50 |
| TCS - Kolkata | 172 | 224 | 396 | 49 | 14 | 63 | 32 | 1 | 33 | 529 | 529 |
| TCS - Lucknow | 1 | 5 | 6 | 2 | | 2 | | | | 28 | 28 |
| TCS - Mumbai | 211 | 371 | 582 | 61 | 19 | 80 | 63 | 1 | 64 | 1066 | 1066 |
| TCS - New Delhi | 259 | 270 | 529 | 62 | 24 | 86 | 50 | 5 | 55 | 653 | 653 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **TCS - Pune** | 80 | **237** | 317 | 18 | 9 | 27 | 29 | 1 | 30 | 408 | 408 |
| **TCS - Trivandrum** | | | | | | | | | | 10 | 10 |
| **TCS eServe - Branch** | | | | | | | | | | 2 | 2 |
| **Grand Total** | **2742** | **2873** | **5615** | **454** | **205** | **659** | **366** | **14** | **380** | **5686** | **5686** |
| | **STAMPED Excluding B1** | | **3562** | | | | | | | | |
| | **NOT STAMPED** | | **3092** | | | | | | | | |