# Exhibit 21

**From:** Alok Bhalla <alok.bhalla@tcs.com>
**Sent:** September 12, 2011 1:14 PM
**To:** Ambika G
**Cc:** Mahesh1 Ramavaidyanathan;Biju Sidharthamenon
**Subject:** Re: Fw: Sr. Java resource

Visa Ready will be a preference.

Alok Bhalla
Tata Consultancy Services
Mailto: alok.bhalla@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Outsourcing

---

-----Ambika G/AMER/TCS wrote: -----

To: Alok Bhalla/DEL/TCS
From: Ambika G/AMER/TCS
Date: 09/12/2011 09:11AM
cc: Mahesh1 Ramavaidyanathan/CHN/TCS, Biju Sidharthamenon/CHN/TCS
Subject: Fw: Sr. Java resource

Hi Alok,
Can we look at Visa ready or visa eligible cvs please.,

Thanks&Regards
Ambika
RMG Lead - Insurance & Health Care,BPO,ASU
Work: +1 513 677 6517
Cell: +1 513 739 7955
Tata Consultancy Services
Mailto: ambika.g@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Outsourcing

---

----- Forwarded by Ambika G/AMER/TCS on 09/12/2011 09:09 AM -----

From: Alok Bhalla/DEL/TCS

ambika.g@tcs.com

To:

Cc: Mahesh1 Ramavaidyanathan/CHN/TCS@TCS, Biju Sidharthamenon/CHN/TCS@TCS

Date: 09/11/2011 11:48 PM

Subject: Sr. Java resource

---

Ambika,

We would need a Sr. java resource starting Oct . in [redacted] as a Systems Analyst/Onsite Lead. Would request your help to fulfill this request internally.

Mahesh:- Can you please create a RGS id for the same and share it with Ambika.

Alok Bhalla
Tata Consultancy Services
Mailto: alok.bhalla@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Outsourcing

---