# Exhibit 22

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED