# Exhibit 25

**From:** Chinmay Tripathi <chinmay.tripathi@tcs.com>
**Sent:** September 16, 2014 10:33 PM
**To:** Mayank Singh [redacted]
**Subject:** RE: [redacted] requirements

Dear Pramod,

Please help him...

Regards
Chinmay Tripathi
RMG Lead,BFS NA
Follow me on KNOME: https://knome.ultimatix.net/u/chinmay.tripathi
Tata Consultancy Services
379 Thornall Street - 4th Floor
Edison,New Jersey - 08837
United States
Cell:- 732 429 6208
Mailto: chinmay.tripathi@tcs.com
Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting

From: "Mayank Singh" <mayank.singh@idctechnologies.com>
To: "Chinmay Tripathi" <chinmay.tripathi@tcs.com>
Date: 09/16/2014 06:09 PM
Subject: RE: [redacted] requirements

Hi Sir,
Please help to get the detailed job descriptions for below requirements.

*Thanks & Regards,*

**Mayank Singh**
*Account Manager*
IDC Technologies, Inc.
1851 McCarthy Boulevard, Suite 116, Milpitas, CA, USA, 95035
Phone : 408-668-9941 Email - *mayank.singh@idctechnologies.com*
Web: www.idctechnologies.com

IDC
Empowering Technology Services
ISO 9001-2008 Certified
(Please contact my Vice President, Mr. Galvin in case of my absence Phone : 408 668 8797 Email - galvin@idctechnologies.com)

**From:** Chinmay Tripathi [mailto:chinmay.tripathi@tcs.com]
**Sent:** Monday, September 15, 2014 2:17 PM
**To:** Prateek Gattani
**Cc:** Kp Pramod; Pandiaraj S
**Subject:** Fw: [redacted] requirements

Dear Prateek,

Please help in closing these. Work with Pramod and Pandiaraj closely please.

| # | Skillset | RGS Id | Service Line | Exp level | Location | Count | Resumes: In-hand | Resumes: Received | Resumes: Rejected | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Application Architect (SOA/Design Patterns, J2EE, WebSphere) | 3444360 | ADM | 8+ yrs | Minneapolis | 1 | 3 | 6 | 3 | Received BA resumes, will impact margin. Resumes for rec is preferable |
| 2 | OLTP Data Modeler/Data Analyst | 3969854 | ADM | 6 to 8 yrs | Minneapolis | 2 | 1 | 1 | 0 | Customer interviews scheduled |
| 3 | Datawarehouse Modeler | 3969854 | ADM | 6 to 8 yrs | Minneapolis | 1 | 2 | 2 | 0 | Customer interviews scheduled |
| 4 | Project Coordinator | 3452158 | ADM | 4 to 6 yrs | Minneapolis | 1 | 2 | 2 | 0 | Good profiles in hand. Expecting to close this week |
| 5 | Business Analyst | 3453008 | ADM | 4 to 6 yrs | Dallas | 1 | 2 | 20 | 18 | Received BA resumes, will impact margin. Expat resumes is preferable |
| 6 | IIS Engineer with MW Experience | 3450872 | IT IS | 4 to 6 yrs | Minneapolis | 1 | 1 | 6 | 5 | Received BA resumes, will impact margin. Resumes for rec is preferable |
| 7 | Project Manager - Info Security | 3449626 | IT IS / GCP | 6 to 8 yrs | Minneapolis | 1 | 0 | 5 | 5 | Received BA resumes, will impact margin. Resumes for rec is preferable |
| 8 | Service Management Operations | 3450533 | IT IS | 6 to 8 yrs | Minneapolis | 1 | 0 | 0 | 0 | |
| 9 | Airwatch - Mobile Device Mgmt | TBD | IT IS | 6 to 8 yrs | Minneapolis | 1 | 0 | 0 | 0 | |
| 10 | Automation Tester (Selenium) | 3959089 | ASU | 4 to 6 yrs | Minneapolis | 1 | 0 | 5 | 5 | Received BA resumes, will impact margin. Resumes for rec is preferable |
| 11 | Performance Tester | 3441632 | ASU | 6 to 8 yrs | Minneapolis | 1 | 2 | 5 | 3 | Prefer expat / recruitment resumes |
| 12 | Seeburger + Axway Engineer | 3968724 | DESS | 6 to 8 yrs | Minneapolis | 1 | 0 | 0 | 0 | Recruitment candidates preferable |

=====-----=====-----=====

Notice: The information contained in this e-mail message and/or attachments to it may contain confidential or privileged information. If you are not the intended recipient, any dissemination, use, review, distribution, printing or copying of the

information contained in this e-mail message and/or attachments to it are strictly prohibited. If you have received this communication in error, please notify us by reply e-mail or telephone and immediately and permanently delete the message and any attachments. Thank you