# Exhibit 28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

STEVEN HELDT, )
BRIAN BUCHANAN, and )
CHRISTOPHER SLAIGHT, )
Plaintiffs, ) Case No.
v. ) 4:15-CV-01696-YGR
TATA CONSULTANCY SERVICES, )
LTD., )
Defendant. )

\- - - - - - - - - - -

30(b)(6) DEPOSITION OF AMIT JINDAL

CONFIDENTIAL
ATTORNEYS' EYES ONLY

Friday, February 26, 2016

Reported by: Lori J. Goodin, RPR, CLR, CRR,
Job No. 104299

would require a nonimmigrant visa.
Q. Could you explain the last part of your --
A. Yes, so, what I'm saying is that an employee is identified for an overseas assignment only once he has spent a couple of years working for the organization abroad.
Q. And is that a requirement of TCS or is that a requirement of the visa law?
A. It is partly a requirement of TCS and partly the visa law. For H-1Bs, it is our, TCS requirement. And for L visas, it is the USCIS regulation.
Q. Okay. Does your department ever make exceptions regarding H-1B applicants who are either new employees or applicants or not yet employees?
MS. LA MAR: Objection, vague and ambiguous.
You can go ahead and answer.
THE WITNESS: I couldn't clearly understand your question.
BY MR. VON KLEMPERER:
Q. Okay. You said that TCS has a policy that the employee generally has to work



for several years --
A. Uh-huh.
Q. -- before applying for a visa, correct?
A. Uh-huh.
Q. Is there ever an exception to that?
A. Yes, the exception is there in the specific visa categories, like the TN visas, and the H-1 portability or transfer cases wherein somebody would be hired here in the United States who is already holding an H-1 visa for another employer and will be transferred to TCS as an employee.
Q. Okay. What was the first visa type you mentioned?
A. TN visa. That is the NAFTA visa.
Q. Okay. From which country do most TCS visa workers come from.
A. India.
Q. Do any of them come from any other country?
A. Yes, they do.
Q. What is the second most common country?
A. I won't have the numbers. But it



comes from all countries where we have our operations.
Q. Okay. Would you say the vast majority comes from India?
MS. LA MAR: Vague and ambiguous.
You can answer.
THE WITNESS: Yes.
BY MR. VON KLEMPERER:
Q. Would you say the number is north of 90 percent?
MS. LA MAR: Objection, vague and ambiguous.
THE WITNESS: I cannot say that.
BY MR. VON KLEMPERER:
Q. Would you say the number is north of 50 percent?
MS. LA MAR: Same objection.
THE WITNESS: I don't know.
BY MR. VON KLEMPERER:
Q. Okay. How many H-1B visa applications did TCS apply for last year?
A. Approximately 14,000.
Q. Of those 14,000, how many were granted?
A. I don't have the latest statistics



on that. I can get back to you on that.
MS. LA MAR: Yeah, I think all of this information is in the documents. He isn't designated for all of this. And I don't think you even asked for it.
So I'm giving you a lot of leeway with respect to your questions to make sure you understand. But you are asking for specific numbers and we didn't look those up.
MR. VON KLEMPERER: Okay.
MS. LA MAR: So, I think this whole line of questioning exceeds his 30(b)(6) and I just note my objection for the record.
MR. VON KLEMPERER: Well, he works for the Immigration Department. So he may know the answers for these questions.
MS. LA MAR: Sure. But he may be able to give you information based on personal knowledge, but he hasn't gone through and looked at information and you are asking for numbers. So, you are asking for specific numbers from 14,000, right?
MR. VON KLEMPERER: Right. I'm