# Exhibit 30

**From:** AakashAggarwal <aakash.ag@usgrpinc.com>
**Sent:** October 05, 2014 2:20 AM
**To:** raj1.kumar@tcs.com
**Cc:** chinmay.tripathi@tcs.com;anju@usgrpinc.com;viveka@usgrpinc.com;Shital
**Subject:** ALM / Loadrunner / Performance Engineer at Florida
**Importance:** High

Hi **Raj Sir**,

Hope you are doing great.

Please find the attached resume of [redacted] for evaluation.

Please keep me posted.

| | |
|---|---|
| Title (Mr/Mrs./Miss): | Mr. |
| Name of the consultant as in a govt. issued document such as a passport or birth certificate: | [redacted] |
| First Name: | [redacted] |
| Middle Name (if applicable): | |
| Last Name: | [redacted] |
| Date of Birth: | [redacted] |
| Gender: | Male |
| Nationality: | Indian |
| Available from: | 1 Week |
| SSN (Last 4 Digits) | 4014 |
| Contact Number: | [redacted] |
| Email ID: | [redacted] |
| Total IT Experience (Years): | 8+ yrs |
| Experience in Required Skills (Years): | 8+ yrs |
| Key skills | HP Performance Center11.x, HP Load runner 9.5X, ALM |
| Location | Mettawa, IL |
| visa status: | H1B |
| Educational details: | -- |
| Name of Degree: | Bachelors |
| Specialization: | Electrical |
| Duration Start Date (mm/dd /yyyy): | 2002 |
| Duration End Date (mm/dd/yyyy): | 2006 |
| University: | JNTU |
| Type (Full time / Part time): | Full Time |
| Hourly Rate: | $60 to TCS |

Thanks

Aakash
United Software Group Inc..
565 Metro Place South. Suite # 110
Dublin, OH 43017
Phone: 614-588-8588
Fax: 1-866-764-1148
aakash.ag@usgrpinc.com
www.usgrpinc.com

To unsubscribe from this mailing, please reply to this email with the word UNSUBSCRIBE in the subject line, or click here.