# Exhibit 32

**From:** Nareshbabu Vaddi <nareshbabu.vaddi@tcs.com>
**Sent:** November 16, 2014 1:18 PM
**To:** Pankaj3 K
**Cc:** Yudhveer Chauhan;Saju Vk;S Kothapalli;Chinmay Tripathi
**Subject:** Re: Fw: Ent So[redacted]- new req // VMS only

Hi Pankaj/Yudhveer,

Can you try to change the timings of the interviews as it will be late night in India and arduous to take.

Thanks & Regards
Naresh Vaddi
ECM-Document Imaging Expert
Cell:- +919036476478

-----Pankaj3 K/KOL/TCS wrote: -----
To: Yudhveer Chauhan <yudhveer.chauhan@cmc-americas.com>
From: Pankaj3 K/KOL/TCS
Date: 11/16/2014 02:29AM
Cc: Nareshbabu Vaddi <nareshbabu.vaddi@tcs.com>, Saju Vk <saju.vk@tcs.com>, S Kothapalli <s.kothapalli@tcs.com>, Chinmay Tripathi/AMER/TCS@TCS
Subject: Re: Fw: Ent Sol [redacted]- new req // VMS only

TCS team,
Kindly confirm

With Best Regards
Pankaj Kumar
RMG Lead - EIS and Enterprise Solutions, North America
Tata Consultancy Services
Ph:- +1-732-491-0136
Buzz:- 491 0136
Cell:- +1-732-983-7037
Mailto: pankaj3.k@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

Yudhveer Chauhan ---11/14/2014 01:22:48 PM---Dear Al[redacted]is all good for a telephonic interview with the below

From: Yudhveer Chauhan <yudhveer.chauhan@cmc-americas.com>
To: Pankaj3 K <pankaj3.k@tcs.com>
Cc: Nareshbabu Vaddi <nareshbabu.vaddi@tcs.com>, S Kothapalli <s.kothapalli@tcs.com>, Saju Vk <saju.vk@tcs.com>

Date: 11/14/2014 01:22 PM
Subject: Re: Fw: Ent Sol [redacted] new req // VMS only

Dear All,

[redacted] is all good for a telephonic interview with the below schedule :

**Date** **11/14/2014, Today**
**Schedule** **3:00 – 05:00 PM EST**
**Phone :** [redacted]

**Date** **11/17/2014, Monday**
**Schedule** **2:00 – 04:00 PM EST**
**Phone :** [redacted]

Please confirm the same at your earliest so that we can ensure about the consultant's availability for the same.

**For** [redacted] we will get back to you with interview slots very soon.
Please do update the status for [redacted]

Regards,

Yudhveer Chauhan
[redacted]
11710 Plaza America Dr Ste 2000, Reston, VA 20190
Phone: +1 (703) 953-1836
Fax: +1 (703) 991 5983
www.cmc-americas.com

---

Systems Engineering | Integration | Solutions & Services

---

On 14-11-2014 06:22, Pankaj3 K wrote:

Yudhveer,
FYA

With Best Regards
Pankaj Kumar
RMG Lead - EIS and Enterprise Solutions, North America
Tata Consultancy Services

Ph:- +1-732-491-0136
Buzz:- 491 0136
Cell:- +1-732-983-7037
Mailto: pankaj3.k@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

From: Nareshbabu Vaddi/BLR/TCS
To: Saju Vk/BLR/TCS@TCS
Cc: Pankaj3 K/KOL/TCS@TCS, S Kothapalli/AMER/TCS@TCS
Date: 11/13/2014 01:09 PM
Subject: Re: Fw: Ent Sol : [redacted] - new req // VMS only

Hi Saju/Pankaj,

I called [redacted] But nobody has attended the call. So, please schedule the interviews with them and share the details.

Thanks & Regards
Naresh Vaddi
ECM-Document Imaging Expert
Cell:- +919036476478

-----Saju Vk/BLR/TCS wrote: -----
To: Pankaj3 K/KOL/TCS@TCS, Nareshbabu Vaddi/BLR/TCS@TCS
From: Saju Vk/BLR/TCS
Date: 11/11/2014 08:14PM
Cc: S Kothapalli/AMER/TCS@TCS
Subject: Re: Fw: Ent Sol [redacted] - new req // VMS only

Hi Naresh,

Can you pls evaluate all these profiles.

Saju V K
Delivery | ECM Services | Enterprise Solutions
Tata Consultancy Services
Ph:- 08067247140
Cell:- +917204031456
Mailto: saju.vk@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

Pankaj3 K---11/11/2014 11:12:55 PM---Please evaluate With Best Regards

From: Pankaj3 K/KOL/TCS
To: Saju Vk/BLR/TCS@TCS
Date: 11/11/2014 11:12 PM
Subject: Fw: Ent Sol [redacted] - new req // VMS only

Please evaluate

With Best Regards
Pankaj Kumar
RMG Lead - EIS and Enterprise Solutions, North America
Tata Consultancy Services
Ph:- +1-732-491-0136
Buzz:- 491 0136
Cell:- +1-732-983-7037
Mailto: pankaj3.k@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

----- Forwarded by Pankaj3 K/KOL/TCS on 11/11/2014 12:40 PM -----

From: Yudhveer Chauhan <yudhveer.chauhan@cmc-americas.com>
To: Pankaj3 K <pankaj3.k@tcs.com>
Date: 11/11/2014 12:37 PM
Subject: Re: Ent Sol [redacted]- new req // VMS only

Dear Pankaj,

Please review the resume fo[redacted]**position at Cincinnati, OH.**

1. Title (Mr/Mrs/Miss): Mr
2. Name of the consultant as in a govt. issued document such as a passport or birth certificate.
First Name: [redacted]
Middle Name (if applicable):

Last Name: [redacted]
3. Date of Birth (mm/dd/yyyy): [redacted]
4. Gender: Male
5. Nationality: USA
6. Available from (mm/dd/yyyy): 11/10/2014
7. Current Location : Suwanee, GA

8. Contact Number: [redacted]

9. Email ID: [redacted]@gmail.com
10. Total IT Experience (Years): 20+ Years
11. Experience in Required Skills (Years): 20+ Years
12. Grade / Years of Experience: 20+ Years
13. Skills (Key Skills Only): ECM, Kofax, CDIA, ICP, AS400. Windows 2000/XP, Word/Excel/Access/PowerPoint/Visio.

14. Visa Status : US Citizen

**Educational Details**

1. Name of Degree: Associate
2. Specialization: Business

3. Duration Start Date (mm/dd/yyyy): 1987
4. Duration End Date (mm/dd/yyyy): 1989
5. % Marks / Grade: 3.3 GPA
6. University: Union County College, Union, New Jersey

7. Type (Full time / Part time): Full time

**Rate Details**
1. Hourly Rate: $96/hr

[redacted] **position at Cincinnati, OH.**

1. Title (Mr/Mrs/Miss): Mr
2. Name of the consultant as in a govt. issued document such as a passport or birth certificate.
First Name: [redacted]
Middle Name (if applicable) [redacted]
Last Name [redacted]
3. Date of Birth (mm/dd/yyyy): [redacted]
4. Gender: Male
5. Nationality: USA
6. Available from (mm/dd/yyyy): 11/10/2014
7. Current Location : Dana Point, California
8. Contact Number: [redacted]
9. Email ID [redacted].com
10. Total IT Experience (Years): 25+ Years
11. Experience in Required Skills (Years): 25+ Years
12. Grade / Years of Experience: 25+ Years
13. Skills (Key Skills Only): Kofax, KTM, Capture, Ascent, Workflow
14. Visa Status : US Citizen

**Educational Details**
1. Name of Degree: Bachelors
2. Specialization: Architectural Design / Psychology Education
3. Duration Start Date (mm/dd/yyyy): 1973
4. Duration End Date (mm/dd/yyyy): 1977
5. % Marks / Grade: 3.5 GPA
6. University: SOUTHWEST MINNESOTA STATE UNIVERSITY, Marshall, Minnesota
7. Type (Full time / Part time): Full time

**Rate Details**
1. Hourly Rate: $200/hr

**Part A:- Basic Details:**
**Rate: $109/hr**

| | |
|---|---|
| 1. Title (Mr./Mrs./Miss) | Mr |
| 2. Name of the consultant as in a govt. issued document such as a Passport or Birth Certificate: (A) First Name (B) Middle Name (if applicable) (C) Last Name | [redacted] |
| 3. Date of Birth (mm/dd) | |
| 4. Nationality | Indian |
| 5. Visa Status with validity (If applicable) | H1 - Dec 2015 |
| 6. Contact No. (Primary) | [redacted] |
| 7. Contact No. (Alternate) | |
| 8. E-Mail Id | [redacted]@gmail.com |
| 9. Skype Id (Required for interview) | @gmail.com |
| 10. Availability from (mm/dd/yyyy) / Notice Period Required | 15 days - 1 month |
| 11. Current Location | Orlando |
| 12. Open for relocation | Yes |
| 13. Experience in Required Skills (In Years) | 10+ |
| 14. Total IT Experience (In years) | 10+ |
| 15. Total No. of Overall Experience (In years) | 10+ |
| 16. Key Skills (Related to Job Description) | Documentum and ECM |

**Part B:-Educational Details**

| | |
|---|---|
| 1. Name of degree | BE computers |
| 2. Specialization | Computers |
| 3. Grade | |
| 4. Course/Degree start date mm/dd/yyyy | 07/11/2000 |
| 5. Course/Degree end date mm/dd/yyyy | 06/10/2004 |

6. Name of University — Amaravati
7. Full Time/Part Time — Full time

Regards,

Yudhveer Chauhan
CMC Americas, Inc.
11710 Plaza America Dr Ste 2000, Reston, VA 20190
Phone: +1 (703) 953-1836
Fax: +1 (703) 991 5983
www.cmc-americas.com

---

Systems Engineering | Integration | Solutions & Services

---

On 11-11-2014 22:38, Pankaj3 K wrote:

Send me in mail

With Best Regards
Pankaj Kumar
RMG Lead - EIS and Enterprise Solutions, North America
Tata Consultancy Services
Ph:- +1-732-491-0136
Buzz:- 491 0136
Cell:- +1-732-983-7037
Mailto: pankaj3.k@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

From: Yudhveer Chauhan <yudhveer.chauhan@cmc-americas.com>
To: Pankaj3 K <pankaj3.k@tcs.com>
Date: 11/11/2014 12:04 PM
Subject: Re: Ent Sol : [redacted] - new req // VMS only

Dear Pankaj,
We have submitted 3 consultants on the below requirement however we have not heard anything on them. Please help with the feedback for them.

[redacted]

Regards,

Yudhveer Chauhan
CMC Americas, Inc.
11710 Plaza America Dr Ste 2000, Reston, VA 20190
Phone: +1 (703) 953-1836
Fax: +1 (703) 991 5983
www.cmc-americas.com

---

Systems Engineering | Integration | Solutions & Services

---

*(See attached file:* [redacted] *docx)(See attached file* [redacted] *DOCX)(See attached file:* [redacted] *Architect_Greensb....doc)*

[attachment [redacted] docx" removed by Nareshbabu Vaddi/BLR/TCS]
[attachment [redacted] DOCX" removed by Nareshbabu Vaddi/BLR/TCS]
[attachment [redacted]
Architect_Greensb....doc" removed by Nareshbabu Vaddi/BLR/TCS]

=====-----=====-----=====
Notice: The information contained in this e-mail message and/or attachments to it may contain confidential or privileged information. If you are not the intended recipient, any dissemination, use, review, distribution, printing or copying of the information contained in this e-mail message and/or attachments to it are strictly prohibited. If

you have received this communication in error, please notify us by reply e-mail or telephone and immediately and permanently delete the message and any attachments. Thank you