# Exhibit 33

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED