# Exhibit 34

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED