# Exhibit 35

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED