# Exhibit 36

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED