# Exhibit 37

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED