# Exhibit 38

**SUBMISSON STATUS**

| S No | Position title | Candidate Name | Location | Gender | Race | Status |
|---|---|---|---|---|---|---|
| 1 | Multichannel commerce Consultant | [redacted] | Chicago | Male | Asian | Rejected |
| 2 | Head of Marketing & Communication | | San Francisco | Male | Asian | Rejected |
| 3 | Head of Sales - Hitech | | San Francisco | Male | Asian | Rejected |
| 4 | Multichannel commerce Consultant | | Boston | Male | Asian | hired |
| 5 | Multichannel commerce Consultant | | San Francisco | Male | Asian | hired |
| 6 | Multichannel commerce Consultant | | Atlanta | Male | Asian | Rejected |
| 7 | Head of Sales - Hitech | | San Francisco | Male | Asian | hired |
| 8 | Business Development - Process Utilities | | Atlanta | Male | Asian | Rejected |
| 9 | Business Development - Hitech | | San Francisco | Male | Asian | hired |
| 10 | Head of Sales - Hitech | | San Francisco | Male | Asian | Rejected |
| 11 | Business Development - Hitech | | San Francisco | Male | Asian | Rejected |
| 12 | Sales Director - Transformational and Soluti | | Chicago | Male | Asian | Rejected |
| 13 | Sales Director - Transformational and Soluti | | Dallas | Male | Asian | Rejected |
| 14 | Business Development - Telecom | | Atlanta | Male | Asian | Rejected |
| 15 | SAP Practice Director | | Los Angeles | Male | Asian | Rejected |
| 16 | SAP Practice Director | | New Jersey | Male | Asian | hired |
| 17 | SAP Practice Director | | New Jersey | Male | Asian | Rejected |
| 18 | SAP Practice Director | | Los Angeles | Male | Asian | Rejected |
| 19 | SAP Practice Director | | San Francisco | Male | Asian | Rejected |
| 20 | SAP Practice Director | | New Jersey | Female | Asian | Rejected |
| 21 | SAP Practice Director | | New Jersey | Male | Asian | Rejected |
| 22 | SAP Practice Director | | Dallas | Female | Asian | hired |
| 23 | SAP Practice Director | | San Francisco | Male | Asian | Rejected |
| 24 | SAP Practice Director | | Minneapolis | Male | Asian | Rejected |
| 25 | SAP Practice Director | | New York | Male | Asian | Rejected |
| 26 | SAP Practice Director | | Atlanta | Male | Asian | Rejected |
| 27 | SAP Practice Director | | Florida | Female | Asian | Rejected |
| 28 | SAP Practice Director | | Los Angeles | Male | Asian | Rejected |
| 29 | SAP Practice Director | | Texas | Male | Asian | Rejected |
| 30 | SAP Practice Director | | Detroit | Female | Asian | Rejected |
| 31 | SAP Practice Director | | Philadelphia | Male | Asian | Rejected |
| 32 | SAP Practice Director | | Boston | Male | Asian | Rejected |
| 33 | SAP Practice Director | | Dallas | Male | Asian | Rejected |
| 34 | SAP Practice Director | | Atlanta | Male | Asian | Rejected |
| 35 | SAP Practice Director | | Texas | Male | Asian | Rejected |
| 36 | SAP Practice Director | | Dallas | Male | Asian | Rejected |
| 37 | SAP Practice Director | | Chicago | Male | Asian | Rejected |
| 38 | Head of Sales - Hitech | | San Francisco | Male | Asian | Rejected |
| 39 | Multichannel commerce Consultant | | Dallas | Male | Asian | Rejected |
| 40 | Business Development - BFS | | New Jersey | Male | Asian | interviewed / rejected |
| 41 | Head of Sales - Hitech | | San Francisco | Male | Asian | Rejected |

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | Business Development - BFS | [redacted] | Texas | Male | Asian | Rejected |
| 43 | Multichannel commerce Consultant | | Dallas | Male | Asian | Rejected |
| 44 | Head Marketing - DESS | | Texas | Male | Asian | Rejected |
| 45 | Head Marketing - DESS | | Texas | Male | Asian | Rejected |
| 46 | Business Development - Manufacturing | | Atlanta | Male | Asian | Rejected |
| 47 | Business Development - IT IS | | Texas | Male | Asian | Rejected |
| 48 | Business Development - IT IS | | New Jersey | Male | Asian | hired |
| 49 | Head of Marketing & Communication | | Arizona | Male | Asian | interviewed / rejected |
| 50 | Big Deal Sales Managing Director - DSS | | New Jersey | Male | Asian | Rejected |
| 51 | Big Deal Sales Managing Director - DSS | | New Jersey | Male | Asian | Rejected |
| 52 | Sales Director - Transformational and Soluti | | New Jersey | Male | Asian | Rejected |
| 53 | Big Deal Sales Managing Director - DSS | | Atlanta | Male | Asian | interviewed / rejected |
| 54 | Oracle Consultant - ITG | | Atlanta | Male | Asian | Rejected |
| 55 | Director - Entsol Marketing | | Texas | Male | Asian | Rejected |
| 56 | Sales Director - Transformational and Soluti | | New Jersey | Male | Asian | interviewed / rejected |
| 57 | Business Development Director  Media | | San Francisco | Male | Asian | Interviewed / Candidate not inter |
| 58 | Multichannel commerce Consultant | | San Francisco | Male | Asian | interviewed / rejected |
| 59 | Business Development - BFS | | Connecticut | Male | Asian | Rejected |
| 60 | Business Development - BFS | | San Francisco | Male | Asian | Rejected |
| 61 | Sales Director - Transformational and Soluti | | New York | Male | Asian | Rejected |
| 62 | Business Development _ITIS - Retail/CPG | | Chicago | Male | Asian | interviewed / rejected |
| 63 | Business Development _ITIS - Retail/CPG | | San Francisco | Male | Asian | Rejected |
| 64 | Business Development - BFS | | New York | Male | Asian | Rejected |
| 65 | Oracle Retail Manager | | boston | Male | Asian | Rejected |
| 66 | Multichannel commerce Consultant | | boston | Male | Asian | Offered / Candidate declined |
| 67 | Oracle Retail Manager | | Atlanta | Male | Asian | interviewed / rejected |
| 68 | Head Marketing - DESS | | New York | Female | Asian | Rejected |
| 69 | Transformational Sales Director - DSS | | New Jersey | Male | Asian | Rejected |
| 70 | Business Development - Manufacturing | | New Jersey | Male | Asian | interviewed / rejected |
| 71 | Business Development _ITIS - Retail/CPG | | Chicago | Male | Asian | interviewed / rejected |
| 72 | Retail POS | | Philadelphia | Male | Asian | Rejected |
| 73 | Oracle Retail Manager | | Texas | Male | Asian | Rejected |
| 74 | SFDC Practice | | Texas | Male | Asian | interviewed / rejected |
| 75 | Transformational Sales Director - DSS | | New Jersey | Male | Asian | Interviewed / Candidate not inter |
| 76 | Business Development _ITIS - Retail/CPG | | New Jersey | Male | Asian | interviewed / rejected |
| 77 | SFDC Practice | | San Francisco | Male | Asian | interviewed / rejected |
| 78 | Business Development Director Retail | | New Jersey | Male | Asian | Rejected |
| 79 | Business Development Director CPG | | boston | Male | Asian | Rejected |
| 80 | Digital Consultant -Retail | | New Jersey | Male | Asian | Rejected |
| 81 | Digital Reimagination | | New Jersey | Male | Asian | Rejected |
| 82 | Digital Consultant -Retail | | New Jersey | Male | Asian | Rejected |
| 83 | Digital Reimagination | | Los Angeles | Male | Asian | interviewed / rejected |
| 84 | SFDC Practice | | New Jersey | Male | Asian | Rejected |
| 85 | Multichannel commerce Consultant | | Atlanta | Male | Asian | interviewed / rejected |
| 86 | Digital Reimagination | | San Francisco | Male | Asian | interviewed / rejected |
| 87 | Business Development Director  Media | | florida | Male | Asian | Rejected |

| | | | | | | |
|---|---|---|---|---|---|---|
| 88 | SFDC Practice | [redacted] | an Francisco | Male | Asian | Rejected |
| 89 | DESS | [redacted] | Ohio | Male | Asian | Rejected |
| 90 | Business Development Director Retail | [redacted] | New Jersey | Male | Asian | Rejected |
| 91 | Business Development Director TTHL | [redacted] | New Jersey | Male | Asian | Rejected |
| 92 | BRM Healthcare | [redacted] | New Jersey | Male | Asian | Rejected |
| 93 | BRM Healthcare | [redacted] | Washington | Male | Asian | Rejected |
| 94 | BRM Healthcare | [redacted] | Minneapolis | Male | Asian | interviewed / rejected |
| 95 | BRM Healthcare | [redacted] | Atlanta | Male | Asian | Rejected |
| 96 | BRM Healthcare | [redacted] | hicago | Male | Asian | Rejected |
| 97 | Assurance Practice | [redacted] | hicago | Male | Asian | Rejected |
| 98 | Multichannel commerce Consultant | [redacted] | hicago | Male | Asian | Rejected |
| 99 | Business Development _ITIS - Retail/CPG | [redacted] | oston | Male | Asian | Offered / Candidate declined |
| 100 | Business Development Canada | [redacted] | oston | Male | Asian | Rejected |
| 101 | Multichannel commerce Consultant | [redacted] | exas | Male | Asian | Rejected |
| 102 | BPO F&A | [redacted] | Washington | Male | Asian | Rejected |
| 103 | SFDC Practice | [redacted] | hicago | Male | Asian | Rejected |
| 104 | Business Development Director Insurance | [redacted] | hicago | Male | Asian | Rejected |
| 105 | Business Development - BFS Bancs | [redacted] | an Francisco | Male | Asian | Rejected |
| 106 | BDM Aerospace -Wichita | [redacted] | ansas | Male | Asian | interviewed / rejected |
| 107 | Multichannel commerce Consultant | [redacted] | New Jersey | Male | Asian | Rejected |
| 108 | Engagement Director Florida | [redacted] | New Jersey | Male | Asian | Rejected |
| 109 | Engagement Director Florida | [redacted] | exas | Male | Asian | Interviewed / Candidate not inter |
| 110 | Business Development Director Life Science | [redacted] | Atlanta | Male | Asian | Rejected |
| 111 | Business Development Director CPG | [redacted] | New Jersey | Male | Asian | Rejected |
| 112 | BRM Healthcare | [redacted] | onnecticut | Male | Asian | Rejected |
| 113 | BDM Aerospace -Wichita | [redacted] | New Jersey | Male | Asian | Rejected |
| 114 | Engagement Director Florida | [redacted] | New Jersey | Male | Asian | Rejected |
| 115 | Sales and Marketing -LS Practice | [redacted] | ortland | Male | Asian | Rejected |
| 116 | Engagement Director Florida | [redacted] | Minneapolis | Male | Asian | interviewed / rejected |
| 117 | Business Development - Travel | [redacted] | exas | Male | Asian | Rejected |
| 118 | BDM Aerospace -Wichita | [redacted] | ansas | Male | Asian | Rejected |
| 119 | Engagement Director Florida | [redacted] | hicago | Male | Asian | interviewed / rejected |
| 120 | Business Development Manufacturing | [redacted] | Atlanta | Male | Asian | Rejected |
| 121 | Business Development - Travel | [redacted] | hicago | Male | Asian | Rejected |
| 122 | MS Dynamics | [redacted] | Washington | Male | Asian | Rejected |
| 123 | Client Partner Hitech | [redacted] | hicago | Male | Asian | interviewed / rejected |
| 124 | Business Development Insurance | [redacted] | an Francisco | Male | Asian | interviewed / rejected |
| 125 | Client Partner Hitech | [redacted] | an Francisco | Male | Asian | interviewed / rejected |
| 126 | Client Partner Hitech | [redacted] | an Francisco | Male | Asian | interviewed / rejected |
| 127 | Life Sciences -BPO | [redacted] | North Carolina | Male | Asian | Rejected |
| 128 | Multichannel commerce Consultant | [redacted] | New Jersey | Male | Asian | interviewed / rejected |
| 129 | Client Partner Hitech | [redacted] | Atlanta | Male | Asian | Rejected |
| 130 | Head of Sales - Hitech | [redacted] | an Francisco | Male | Asian | interviewed / rejected |
| 131 | Head Of Sales - Insurance | [redacted] | New Jersey | Male | Asian | Rejected |
| 132 | Life Sciences -BPO | [redacted] | New Jersey | Male | Asian | Rejected |
| 133 | Life Sciences -BPO | [redacted] | hiladelphia | Male | Asian | Rejected |

| | | | | | | |
|---|---|---|---|---|---|---|
| 134 | Consulting Partner Insurance | [redacted] | New Jersey | Male | Asian | Rejected |
| 135 | Business Development Director Media | [redacted] | San Francisco | Male | Asian | Hired |
| 136 | Business Development Director Media | [redacted] | New Jersey | Male | Asian | Rejected |
| 137 | Business Development Director Media | [redacted] | Washington | Male | Asian | Rejected |
| 138 | Business Development CPG | [redacted] | Atlanta | Male | Asian | interviewed / rejected |
| 139 | Consulting Partner - Healthcare | [redacted] | New Jersey | Male | Asian | Rejected |
| 140 | Life Sciences -BPO | [redacted] | Atlanta | Male | Asian | Rejected |
| 141 | Business Development CPG | [redacted] | Atlanta | Male | Asian | Rejected |
| 142 | Life Sciences -BPO | [redacted] | New Jersey | Male | Asian | Rejected |
| 143 | Sales Director - Transformational and Soluti | [redacted] | Dallas | Male | Asian | Rejected |
| 144 | Business Development director Manufacturi | [redacted] | New Jersey | Male | Asian | Rejected |
| 145 | SAP Practice Director | [redacted] | San Francisco | Male | Black | Rejected |
| 146 | Sales Director - Transformational and Soluti | [redacted] | Dallas | Male | Black | Rejected |
| 147 | Multichannel commerce Consultant | [redacted] | boston | Male | Black | interviewed / rejected |
| 148 | Business Development - Retail | [redacted] | Atlanta | Male | Black | Rejected |
| 149 | Client Partner Healthcare | [redacted] | Washington | Male | Black | Rejected |
| 150 | Business Development Director CPG | [redacted] | New Jersey | Male | Black | interviewed / rejected |
| 151 | Client Partner Hitech | [redacted] | San Francisco | Male | Black | Rejected |
| 152 | SFDC Practice | [redacted] | Washington | Female | Hispanic | interviewed / rejected |
| 153 | Head of Marketing & Communication | [redacted] | New York | Female | White | Rejected |
| 154 | Head of Marketing & Communication | [redacted] | Philadelphia | Male | White | Rejected |
| 155 | Head of Sales - Hitech | [redacted] | New Jersey | Male | White | Rejected |
| 156 | Business Development - Hitech | [redacted] | San Francisco | Male | White | Rejected |
| 157 | Business Development - Utilities | [redacted] | Dallas | Male | White | Rejected |
| 158 | Sales Director - Transformational and Soluti | [redacted] | Dallas | Male | White | Rejected |
| 159 | Head of Channel - DSS | [redacted] | Arizona | Male | White | Rejected |
| 160 | SAP Practice Director | [redacted] | Florida | Male | White | Rejected |
| 161 | SAP Practice Director | [redacted] | Arizona | Female | White | Rejected |
| 162 | SAP Practice Director | [redacted] | New Jersey | Male | White | Rejected |
| 163 | SAP Practice Director | [redacted] | Florida | Male | White | Rejected |
| 164 | SAP Practice Director | [redacted] | Florida | Male | White | Rejected |
| 165 | SAP Practice Director | [redacted] | Houston | Female | White | Rejected |
| 166 | SAP Practice Director | [redacted] | San Francisco | Male | White | Rejected |
| 167 | SAP Practice Director | [redacted] | Los Angeles | Female | White | Rejected |
| 168 | SAP Practice Director | [redacted] | New Jersey | Male | White | Rejected |
| 169 | SAP Practice Director | [redacted] | Florida | Male | White | Rejected |
| 170 | Head of Channel - DSS | [redacted] | San Francisco | Male | White | Rejected |
| 171 | Business Development - Telecom | [redacted] | Dallas | Male | White | Rejected |
| 172 | Business Development - Retail | [redacted] | San Francisco | Male | White | Rejected |
| 173 | Sales Director - Transformational and Soluti | [redacted] | San Francisco | Male | White | Rejected |
| 174 | Head Marketing - DESS | [redacted] | San Francisco | Female | White | interviewed / rejected |
| 175 | Sales Director - Transformational and Soluti | [redacted] | Dallas | Male | White | interviewed / rejected |
| 176 | Sales Director - Transformational and Soluti | [redacted] | Texas | Male | White | Rejected |
| 177 | Head Marketing - DESS | [redacted] | Los Angeles | Female | White | interviewed / rejected |
| 178 | Business Development Director Media | [redacted] | Los Angeles | Male | White | interviewed / rejected |
| 179 | Business Development Director Media | [redacted] | Los Angeles | Male | White | Rejected |

| | | | | | | |
|---|---|---|---|---|---|---|
| 180 | Sales Director - Transformational and Soluti | [redacted] | Atlanta | Male | White | interviewed / rejected |
| 181 | Business Development - Retail | | Atlanta | Male | White | Candidate declined |
| 182 | Sales Director - Transformational and Soluti | | New York | Male | White | interviewed / rejected |
| 183 | Head Marketing - DESS | | San Francisco | Female | White | interviewed / rejected |
| 184 | Head Marketing - DESS | | New Jersey | Male | White | interviewed / rejected |
| 185 | Big Deal Sales Managing Director - DSS | | New York | Male | White | Rejected |
| 186 | Digital Marketing Manager | | New York | Female | White | Rejected |
| 187 | Digital Marketing Manager | | Connecticut | Female | White | hired |
| 188 | Director - Entsol Marketing | | Arizona | Male | White | interviewed /Position went on hol |
| 189 | Head Marketing - DESS | | San Francisco | Female | White | Rejected |
| 190 | Head of Sales - Hitech | | San Francisco | Male | White | Rejected |
| 191 | Business Development - BFS | | New York | Male | White | Rejected |
| 192 | Director - Entsol Marketing | | New Jersey | Male | White | interviewed / rejected |
| 193 | Director - Entsol Marketing | | New York | Female | White | interviewed / rejected |
| 194 | Head of Marketing & Communication | | New Jersey | Male | White | Rejected |
| 195 | Digital Marketing Strategist | | New Jersey | Male | White | Interviewed / Candidate not inter |
| 196 | Sales Director - Transformational and Soluti | | New York | Male | White | interviewed / rejected |
| 197 | Business Development Director Media | | New York | Male | White | Rejected |
| 198 | Business Development Director Media | | | Male | White | Rejected |
| 199 | Business Development - BFS | | San Francisco | Male | White | Rejected |
| 200 | Big Deal Sales Managing Director - DSS | | San Francisco | Male | White | Rejected |
| 201 | Digital Marketing Strategist | | San Francisco | Female | White | Rejected |
| 202 | Digital Marketing Strategist | | New York | Male | White | interviewed / rejected |
| 203 | Business Development Director Media | | New York | Male | White | interviewed / rejected |
| 204 | Multichannel commerce Consultant | | florida | Male | White | interviewed / rejected |
| 205 | Digital Marketing Strategist | | florida | Male | White | interviewed / rejected |
| 206 | Digital Marketing Strategist | | New York | Female | White | interviewed / rejected |
| 207 | Head of Cloud | | San Francisco | Male | White | Rejected |
| 208 | Multichannel commerce Consultant | | Chicago | Male | White | Rejected |
| 209 | Retail POS | | Atlanta | Male | White | Rejected |
| 210 | Head Sales DSS | | San Francisco | Male | White | Rejected |
| 211 | Transformational Sales Director - DSS | | New York | Male | White | Rejected |
| 212 | Transformational Sales Director - DSS | | New York | Male | White | Rejected |
| 213 | Transformational Sales Director - DSS | | New York | Male | White | Rejected |
| 214 | Transformational Sales Director - DSS | | Atlanta | Male | White | Rejected |
| 215 | Transformational Sales Director - DSS | | New Jersey | Male | White | Rejected |
| 216 | Business Development Utilities | | Texas | Male | White | interviewed / rejected |
| 217 | Business Development Director Media | | Los Angeles | Male | White | interviewed / rejected |
| 218 | Business Development _ITIS - Retail/CPG | | Chicago | Male | White | interviewed / rejected |
| 219 | Multichannel commerce Consultant | | Texas | Male | White | Rejected |
| 220 | Business Development Director TTHL | | San Francisco | Male | White | interviewed / rejected |
| 221 | Business Development Director BFS | | Los Angeles | Male | White | Rejected |
| 222 | Oracle Retail Manager | | boston | Male | White | interviewed / rejected |
| 223 | Digital Consultant -Retail | | New York | Male | White | Rejected |
| 224 | Digital Reimagination | | New York | Female | White | Rejected |
| 225 | Business Development Director TTHL | | Philadelphia | Male | White | Rejected |

| | | | | | | |
|---|---|---|---|---|---|---|
| 226 | Transformational Sales Director - DSS | [redacted] | boston | Male | White | interviewed / rejected |
| 227 | Client Partner Healthcare | | Connecticut | Male | White | Rejected |
| 228 | Client Partner Healthcare | | Los Angeles | Male | White | Interviewed / Candidate not inter |
| 229 | Multichannel commerce Consultant | | Texas | Male | White | Rejected |
| 230 | Assurance Practice | | boston | Male | White | interviewed / rejected |
| 231 | Multichannel commerce Consultant | | New Jersey | Male | White | Rejected |
| 232 | BPO F&A | | Texas | Male | White | Rejected |
| 233 | SFDC Practice | | Texas | Male | White | interviewed / rejected |
| 234 | BRM BFS | | New York | Male | White | Rejected |
| 235 | Business Development Director Energy | | Texas | Male | White | Rejected |
| 236 | Product Management - DSS | | Texas | Male | White | interviewed / rejected |
| 237 | BDM Aerospace -Wichita | | Kansas | Male | White | Rejected |
| 238 | BDM -DESS | | Colorado | Male | White | interviewed / rejected |
| 239 | Ecommerce Architect | | Texas | Male | White | Rejected |
| 240 | Digital Reimagination | | San Francisco | Male | White | Rejected |
| 241 | Engagement Director Florida | | florida | Male | White | Rejected |
| 242 | Engagement Director Florida | | florida | Female | White | Rejected |
| 243 | SFDC Practice | | San Francisco | Male | White | interviewed / rejected |
| 244 | Business Development -BFS | | New York | Male | White | Rejected |
| 245 | SFDC Practice | | Chicago | Male | White | interviewed / rejected |
| 246 | Business Advisory Finance | | Washington | Male | White | Rejected |
| 247 | Business Advisory Finance | | Texas | Male | White | Rejected |
| 248 | Director - Social Analytics | | Texas | Male | White | Interviewed / Candidate not inter |
| 249 | Sales and Marketing -LS Practice | | Indianapolis | Male | White | Hired |
| 250 | Engagement Director Florida | | Connecticut | Male | White | interviewed / rejected |
| 251 | Director - Social Analytics | | New York | Male | White | Rejected |
| 252 | Multichannel commerce Consultant | | Philadelphia | Male | White | Rejected |
| 253 | Business Development Manufacturing | | Chicago | Male | White | Rejected |
| 254 | Business Development CPG | | Chicago | Male | White | Rejected |
| 255 | Business Development Retail | | Ohio | Male | White | Rejected |
| 256 | Life Sciences -BPO | | New Jersey | Male | White | Rejected |
| 257 | Multichannel commerce Consultant | | North Carolina | Male | White | Offered / Candidate declined |
| 258 | Business Development Insurance | | Washington | Male | White | Interviewed / Candidate not inter |
| 259 | Consulting Partner Healthcare | | New Jersey | Male | White | Rejected |
| 260 | Consulting Partner Healthcare | | Atlanta | Male | White | Rejected |
| 261 | Business Development Healthcare | | hartford | Male | White | Rejected |
| 262 | Business Development Director Media | | Los Angeles | Female | White | Rejected |
| 263 | Business Development CPG | | San Francisco | Female | White | Rejected |
| 264 | Business Development Hitech | | San Francisco | Male | White | Rejected |
| 265 | Multichannel commerce Consultant | | Chicago | Female | White | Rejected |
| 266 | Business Development Telecom | | New Jersey | Female | White | Rejected |
| 267 | Business Development director Manufacturi | | Detroit | Male | White | Rejected |

| | | | |
|---|---|---|---|
| **no of submission** | | 267 | |
| **Race / Ethinicity** | White | 115 | 43% |

| | | | |
|---|---|---|---|
| | Asian | 144 | 54% |
| | Hispanic | 1 | 0% |
| | Black | 7 | 3% |
| **Gender** | male | 242 | 91% |
| | Female | 25 | 9% |