# Exhibit 46

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STEVEN HELDT,<br>BRIAN BUCHANAN, and<br>CHRISTOPHER SLAIGHT<br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>**DECLARATION OF LORAN PECK**<br><br>Complaint Filed: April 14, 2015 |

**DECLARATION OF LORAN PECK**

Loran Peck deposes and states as follows:

1. I was born in the United States, and resided in North Carolina at all times discussed below. I am over the age of eighteen and am competent to testify about the matters stated herein.

2. I started work with Tata Consultancy Services ("Tata") in July 2010, and remained with the company until October 2012. I worked as a Senior Consultant for the Global Consulting Practices and was based out of the company's Edison, New Jersey office.

3. Shortly after I was hired by Tata, my manager, James Patrican, was terminated and replaced with a more junior employee, Madhu Perimal, who was less qualified than several group members for the position. Mr. Perimal is of South Asian race and Indian national origin.

4. Although I was hired by Tata to provide expertise as a functional expert for North American Transportation, the company rarely asked for my contribution regarding this subject matter. For instance, when I attended Tata meetings with potential clients, Tata rarely asked for my opinion and did not allow me to contribute to the client proposal. It is my belief that Tata brought me to these meetings to act as the "American face" of the company, as the vast majority of Tata employees, including those interacting with prospective clients, were Indian.

5. In or around October 2011, I was placed on the bench. While on the bench, I repeatedly sought employment and called both Human Resources and my manger, Mr. Perimal, on a weekly basis to inquire about new positions. However, I remained on the bench for almost one year and was terminated by Tata in October 2012.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 21st day of January, 2017.

Loran Peck