# Exhibit 47

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STEVEN HELDT,<br>BRIAN BUCHANAN, and<br>CHRISTOPHER SLAIGHT<br>Plaintiffs,<br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>**DECLARATION OF SALAH BEDEIWI**<br><br>Complaint Filed: April 14, 2015 |

---

**DECLARATION OF SALAH BEDEIWI**

---

Salah Bedeiwi deposes and states as follows:

1. I was born in Egypt and am a citizen of the United States of America. I resided in Minnesota, Ohio, and New Jersey at all times discussed below. I am over the age of eighteen and am competent to testify about the matters stated herein.

2. I was hired by Tata Consultancy Services ("Tata") as a Software Developer in September 2014, as part of the company's Initial Learning Program ("ILP"). Following training in Ohio, I was not placed in a position servicing a Tata client was instead placed on the bench. I remained on the bench through March 2015. While I repeatedly contacted ILP's Human Resources Department regarding open positions within the company, the majority of my emails went unanswered.

3. In April 2015, I was selected for a position servicing Tata client Bank of America in Pennington, New Jersey. I was the only non-Indian in my group. While my Indian colleagues were given work commensurate with their experience, I was given few assignments, and the majority of my tasks did not match my background in software engineering.

4. In March 2016, Tata informed me that my position with Bank of America was ending due to budget cuts, and I was placed on the bench. While on the bench, I actively searched for and applied to open positions within the company. For instance, I posted my resume on Tata's internal career portal, and repeatedly contacted Tata's Resource Management Group ("RMG") regarding open positions which matched my skill set. While I interviewed for a number of positions within Tata over the telephone, I was not selected for a single position, and received

no feedback regarding my interviews. I am not aware of a single Indian employee that Tata placed on the bench during my tenure with the company.

5. In July 2016, I offered to relocate in order to secure a new position within the Tata. Pauline Spectral of Human Resources instructed me to move to Minnesota that same month, as Tata has a large facility in the state. However, shortly after arriving in Minnesota, Tata informed me that my employment with the company was terminated, effective immediately. My final day with Tata was August 9, 2016.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 25 day of January, 2017.

Salah Bedeiwi