# Exhibit 50

**From:** Chinmay Tripathi <chinmay.tripathi@tcs.com>
**Sent:** October 21, 2014 8:39 PM
**To:** [redacted] Syedmohamedali Ka
**Cc:** Suresh Nadam
**Subject:** Re: Travel Request

Dear Syed,

Please approve

Regards
Chinmay Tripathi
RMG Lead,BFS NA
Follow me on KNOME: https://knome.ultimatix.net/u/chinmay.tripathi
Tata Consultancy Services
379 Thornall Street - 4th Floor
Edison,New Jersey - 08837
United States
Cell:- 732 429 6208
Mailto: chinmay.tripathi@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

[redacted]-10/21/2014 04:13:30 PM---Dear Chinmay, I will fall in the category (1) Where There is no way the person can continue in the U

From: [redacted]AMER/TCS
To: Chinmay Tripathi/AMER/TCS@TCS
Date: 10/21/2014 04:13 PM
Subject: Re: Travel Request

Dear Chinmay,

I will fall in the category (1) Where There is no way the person can continue in the US because of one or more challenges related to visa validity / work authorization.

I need to leave USA by 23-NOV-14 as the this is the max time period (7 years) I have stayed in USA in L1.
Please let me know, if you need my detailed list of enter-departure record to/from USA/INDIA.

My contact info
[redacted](Office)

[redacted](Cell)
[redacted]
Tata Consultancy Services
1 Freedom Valley Drive
OAKS
Philadelphia - 19456,Pennsylvia
Mailto:[redacted]@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

-----Chinmay Tripathi/AMER/TCS wrote: -----
To: [redacted]
From: Chinmay Tripathi/AMER/TCS
Date: 10/21/2014 11:01AM
Cc: Suresh Nadam/AMER/TCS@TCS
Subject: Travel Request

Your travel request has come to my work list for approval.

Leadership Team has advised to utilize visa ready Associates at on site unless (1) There is no way the person can continue in the US because of one or more challenges related to visa validity / work authorization. (2) HR confirms that the personal / medical issues the Associate is facing are so grave that he must travel back.

Please confirm you're in which category. Kindly share accurate information as the same is reported to the Leadership Team / ISU Head's office.

Global ESS - Windows Internet Explorer

https://gess.ultimatix.net/gess/pages/commonWorkListHome.jsf

Favorites | Suggested Sites (2) | Suggested Sites | Web Slice Gallery

Global ESS

Find: somil | Previous | Next | Options

| | Request Number | Requestor | Previous Owner | Application Name | Subtype | Notification Subject | R |
|---|---|---|---|---|---|---|---|
| ☐ | 2090397 | [redacted] | [redacted] | GESS-Travel | International Return On Release | Emp No.15535[redacted] has raised a travel request from 16th Nov 2014 | C |
| ☐ | 2089163 | [redacted] | [redacted] | GESS-Travel | International Return On Release | Emp No.14993[redacted] has raised a travel request from 20th Nov 2014 | C |
| ☐ | 2088813 | [redacted] | [redacted] | GESS-Travel | International Return On Release | Emp No.19275[redacted] has raised a travel request from 30th Oct 2014 | C |
| ☐ | 2088736 | [redacted] | [redacted] | GESS-Travel | International Return On Release | Emp No.24468[redacted] has raised a travel request from 15th Nov 2014 | C |
| ☐ | 2088690 | [redacted] | [redacted] | GESS-Travel | International Return On Release | Emp No.47965[redacted] has raised a travel request from 31st Oct 2014 | C |
| ☐ | 2088596 | [redacted] | [redacted] | GESS-Travel | International Return On Release | Emp No.345129[redacted] has raised a travel request from 01st Nov 2014 | C |
| ☐ | 2087358 | [redacted] | [redacted] | GESS-Travel | International Return On Release | Emp No.30534[redacted]) has raised a travel request from 31st Oct 2014 | C |
| ☐ | 2087340 | [redacted] | [redacted] | GESS-Travel | International Return On Release | Emp No.163053[redacted] has raised a travel request from 22nd Nov 2014 | C |
| ☐ | 2081507 | [redacted] | [redacted] | GESS-Travel | International Return On Release | Emp No.31093[redacted] has raised a travel request from 19th Oct 2014 | C |
| ☐ | 2079924 | [redacted] | [redacted] | GESS-Travel | International Return On Release | Emp No.22266[redacted] has raised a travel request from 02nd Nov 2014 | C |
| ☐ | 2078067 | [redacted] | [redacted] | GESS-Travel | International Return On Release | Emp No.38099[redacted] has raised a travel request from 15th Nov 2014 | C |
| ☐ | 2078026 | [redacted] | [redacted] | GESS-Travel | International Return On Release | Emp No.356893[redacted] has raised a travel request from 01st Nov 2014 | C |
| ☐ | Lerf_121848 | [redacted] | [redacted] | GESS - LERF | LERF | [redacted]164773) has Submitted Leave End Reporting Form (Lerf_121848),which is pending for your approval. | S |
| ☐ | 1229280 | [redacted] | [redacted] | GESS-Travel | Domestic Travel - Relocation/Deputation | Emp No.385593[redacted] has raised a travel request from 24th Apr 2012 | A |

Error on page.

Regards
Chinmay Tripathi
RMG Lead,BFS NA
Follow me on KNOME: https://knome.ultimatix.net/u/chinmay.tripathi
Tata Consultancy Services

379 Thornall Street - 4th Floor
Edison,New Jersey - 08837
United States
Cell:- 732 429 6208
Mailto: chinmay.tripathi@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---