# Exhibit 51

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN AND CHRISTOPHER SLAIGHT,<br><br>PLAINTIFFS,<br><br>VS.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>DEFENDANT. | CASE No. 4:15-cv-01696-YGR |

DEPOSITION OF
BRIAN J. BUCHANAN
Los Angeles, California
Wednesday, September 21, 2016

Reported By:
Judith Schlussel
CSR No. 4307
NDS Job No. 180734

**THE WITNESS: They did not take over my job. They were as part of the team. And I have no idea -- I trained the three people on the one application and made management aware that -- they knew I was going away. I had no other replacements from TCS or anywhere else, so who took over my responsibilities and my applications after I left February 6, I have no idea.**
**Q. BY MS. LA MAR: All right. I believe you said -- we kind of went through a bunch of different things in your statements. In some of your documents, you suggest that May or June 2014 you were notified that the IT Department would be outsourced. Is that incorrect?**
A. Yeah. I think we were notified before that. Early '14. Read the statement again.
**Q. It's okay. You say May or June 2014. I think you -- maybe just the date is wrong.**
A. Yeah, I don't know where that's coming from. Saying that we were notified we were going to be outsourced?
**Q. Yeah. At that point.**
A. I think you wrote it down wrong. It was '13.
**Q. 2013?**

Page 57

A. Yeah.
**Q. All right. Now, why exactly are you suing TCS?**
A. Well, I feel that I was discriminated against from my former position, not given the opportunity to apply for it, and I also feel that for, you know, loss of wages.
**Q. So let's start with the first one that you feel you weren't able to apply for your position. I think we went through just a little bit ago that you don't know if your position even existed at TCS; is that right?**
A. No. My position existed at TCS because I trained three people on one application. So my position existed. So I trained those three people on that application. The other applications had to have been taken over and maintained by somebody. I have no idea who.
**Q. So what you're saying --**
A. TCS was responsible for my area of responsibility, they were responsible per the contract for all those applications.
**Q. But forgive me. Your salary was $125,000 a year, correct?**
A. Ending salary, yes.

Page 58

**Q. Right. And you believe you trained three people on one application?**
A. I don't believe that. I did that.
**Q. And you believe that the other applications other TCS employees took over?**
A. I don't know. No one communicated to me who was going to do that, how it was going to be handled after I left February 6.
**Q. Okay. So again, I'm asking, I think we went through who took over the IT Specialist Engineer No. 4. And I thought you told me that you didn't know?**
A. I didn't know. I -- two people from our group -- there is more than one IT Specialist 4 in the group. It's a myriad of people. The functionality of the group was given to TCS.
**Q. Right.**
A. I had trained three people from TCS to take over one of my applications. There was supposed to be other people from TCS to take over the rest of the applications. After I left, I don't know how that was divvied up. TCS had the group. They were bringing people in. They had hired two former SCE employees, and they were supposed to either bring more people over from India or hire locally or

Page 59

promote from within. I have no idea how they handled it.
(Mr. Otto enters the conference room.)
**Q. BY MS. LA MAR: So sitting here today, you -- I believe what you're saying is that you're aware that certain functions of your position were taken over by TCS, but you don't know if your position in entirety was replaced; is that right?**
**MR. KOTCHEN: Objection; misstates his testimony. Vague.**
**Q. BY MS. LA MAR: Do you understand?**
**MR. KOTCHEN: You can answer.**
**Q. BY MS. LA MAR: You can answer. Did you understand the question?**
A. Repeat the question.
**Q. Sure. I believe what you're saying is that although you're aware that certain functions of your position were taken over by the three people you trained, you are unaware of any person who took over all of your functions; is that right?**
A. Yes.
**Q. So you say that you weren't allowed to apply for the position that you held. Tell me about that.**
A. I attended a job fair that Southern

Page 60

California Edison put on after the determination had been made in, I think it was October -- it was two days, early October, I think it was 22nd, 23rd. They said that bring a lot of resumes, there is going to be 30 or so or more businesses from the L.A. area, and we're going to -- Infosys and TCS are going to be there, they may even be doing on the job -- on the spot interviews, so be prepared. So I attended that job fair. I approached the TCS booth, table at the time. It was manned by three or four employees of TCS. They were in conversation with other people from India. They were all speaking Hindi. I walked up and inquired about a position and talked to one of the persons, stepped away briefly, and talked to me, and I said that, you know, I'm interested, I'm going to be outsourced, I would like to apply for this position, and you know, this is what I do. Here's my resume.

At first they really weren't interested in taking the resume, and it was a brief, short conversation. He was dismissive. Took the resume almost by -- unwillfully, and turned back to the conversation that they were having with the other Indian gentlemen, in Hindi, and that was it.

**Q. Okay. So let's just back up on everything**

Page 61

**you've said. First of all, the career fair wasn't the first opportunity to try to engage TCS in employing you, was it?**

**MR. KOTCHEN: Objection; form.**

**THE WITNESS: Actually, it was the first that -- they said they were holding or sent out an email saying that they were going to look at positions, and then they would -- you could apply for positions. I think eventually they sent out one or two emails that didn't have my position on it. And they -- they said they were going to hold some meetings, but I was either unavailable or meeting was in a location -- it didn't say anything about interviewing or hiring. It was kind of like before when we had the management, we were trying to determine what we did in that. It was kind of more of an informal of what are you doing and how can we be trained on making sure -- kind of making sure that we have everything that you're doing under scope.**

**Q. BY MS. LA MAR: Did you receive an email regarding a town hall meeting for employees of SCE?**

A. I received multiple town hall meetings, but they were from Todd Enlander and IT management.

MS. LA MAR: Go ahead and mark this next in

Page 62

line. See if this refreshes your recollection.

(Deposition Exhibit No. 3 was marked for identification.)

MR. OTTO: Can I get a copy?

MS. LA MAR: We didn't know you were coming today. Perhaps Dan can share his exhibits with you.

MR. OTTO: Can I get a copy of all these exhibits sometime today?

MS. LA MAR: You can get a copy of the transcript and we can make copies of the --

MR. OTTO: I am a party to this action, right.

MS. LA MAR: We were surprised you were actually coming. We didn't know you were coming today.

MR. OTTO: You would be surprised a party wouldn't come late?

MS. LA MAR: We didn't have you at Mr. Slaight's depo.

(Discussion off the record.)

**Q. BY MS. LA MAR: Finished reading it?**

A. Yep.

**Q. Does this refresh your recollection that you received an email regarding a town hall meeting?**

A. No. I -- if at the time, if I did receive

Page 63

this, which it's got my name on it so I'm assuming it came in my in basket, that I was unavailable, so I chose to go through other channels.

**Q. Well, is this not a detailed information about how to apply at TCS and what the careers are for TCS employees?**

A. It gives you information on who to talk to.

**Q. How to apply?**

A. Yeah.

**Q. You didn't think that was important?**

**MR. KOTCHEN: Objection; lack of foundation. Misstates his testimony.**

**Q. BY MS. LA MAR: Do you think it was important to know this information?**

**MR. KOTCHEN: Same objection.**

**Q. BY MS. LA MAR: You can answer.**

**MR. KOTCHEN: You can answer.**

**THE WITNESS: Yeah. But we had already had meetings to this effect, Edison management. These are the people -- these are the positions that they may have and at this point, they were talking about getting together a formal meeting with Edison management and TCS. This all seemed preliminary to most of us.**

**Q. BY MS. LA MAR: Are you aware how many**

Page 64