# Exhibit 52

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN AND CHRISTOPHER SLAIGHT,<br><br>PLAINTIFFS,<br><br>VS.<br><br>TATA CONSULTANCY SERVICES, LTD.. | CASE No. 4:15-cv-01696-YGR |

DEPOSITION OF
CHRISTOPHER J. SLAIGHT
New York, New York
Saturday, September 17, 2016

Reported By:
Jamie I. Moskowitz

NDS Job No. 180573

**process was started for your termination?**
A I am not aware of that.
**Q Did anybody talk to you about it?**
A To the best of my knowledge, I don't recall being talked about that until I was given the phone call a couple of days after that. From what I remember, that's when I was given that information.
**Q Did you ever receive or see an involuntary termination form?**
A From what I remember, I don't recall seeing that.
**Q Do you know what the procedures are for terminating an employee from TCS?**
A I'm not aware of that.
**Q Do you have any facts that would establish that your termination was based on the fact that you are white?**
A From what I recall, I don't.
**Q Based on the fact that you were nonIndian.**
A From what I recall, I don't.
MR. KLEMPERER: Can we go off the record for a moment?
MS. La MAR: Sure.
VIDEO TECHNICIAN: We're going off the

Page 161

record. The time is 2:15 p.m.
(Whereupon, a short break was taken.)
THE VIDEOGRAPHER: The time is 2:22 p.m. We're back on the record. This is the start of Tape 4.
BY MS. La MAR:
**Q Okay. We were talking about your post employment -- I'm sorry, your post AXA employment efforts to seek new positions within TCS.**
**Now, at some point in time you got a call from Deb; is that correct?**
A I believe so.
**Q Okay. And what -- what did he say to you, do you recall?**
A From what I remember, I believe I had more than one phone call with him. I'm not really sure on the timeline we're talking about.
**Q Did he call you and tell you you were terminated?**
A Yes, that I -- okay.
**Q And do you know when that phone call took place?**
A I don't remember the exact date. To estimate, I would say it was mid to late April.
**Q So would April 19th seem fair?**

Page 162

A I believe so.
**Q Okay. And what -- what did he tell you?**
A I don't remember the exact content of it, just that I was let go from the company.
**Q And what was your impression at that point?**
A From what I remember, I was a little confused. My understanding was that I had done well in the Bank of America interview. I wasn't aware that I wasn't qualified, apparently, in their point of view.
And at the time I was still awaiting a response from that interview. So that was -- it was a little bit of a surprise to me.
**Q So what -- what did you do?**
A What did I do when?
**Q What did you do after you learned you were terminated? Did you start to seek employment elsewhere? What did you do?**
A I don't remember exactly. I know within the coming days and weeks after that, I began looking. I don't remember the exact time that I started.
**Q Did you try to speak with anyone about**

Page 163

**your termination at TCS?**
A I don't remember. I may have reached out to Kimith regarding that. I don't remember exactly if I did or when, but I believe I may have sent her an e-mail. I'm little fuzzy about that time. I'm trying to think about it.
**Q Did you speak -- did you speak with your dad about your termination?**
A I believe it's possible. He's my father.
**Q Did you send him a draft of the e-mail that you were going to send to Kimith?**
A I believe I may have.
**Q Do you recall any comments that he made?**
A Not at this time, no.
MS. La MAR: I'm going to go ahead and show you the e-mail I believe is the one you're discussing with regard to Kimith, have you take a look at it.
(Whereupon, Exhibit 24 was marked for Identification.)
MS. La MAR: I'm sorry. Mark it next in line, please. Thank you.
THE WITNESS: This is different than

Page 164

wasn't given any direction as to what I should be picking up and studying, from what I can remember.

**Q So you were waiting, basically, for them to tell you?**

A I wouldn't necessarily say that. From my recollection of that time, I was continually reaching out to Vignesh and Alok, as well as Nicole.

**Q But you were -- you were waiting for them to tell you?**

A I was waiting for a response to my inquiries, my repeated inquiries to the three of them.

**Q It says here that each day you would report to work only to sit at your desk waiting for an assignment. Is that accurate?**

A That was accurate, to the best of my knowledge --

**Q Really?**

A -- while I was waiting for --

**Q Each day you came in and just sat at your desk waiting for an assignment.**

A Well, I was asking them also. I wasn't sitting the entire day. I would go over to Alok, go over to the other team members and discuss, you know, what can I work on today.

Page 201

**Q And you attended the meetings, correct?**

A Correct.

**Q It next says approximately every week or two weeks you approached Mr. Bhalla or Mr. Ramanan to request work; is that right?**

A From what I can recall, it was about that time. I don't remember exactly how frequently, but it was approximately every week or so that I would actually sit down and ask.

**Q And you did that orally?**

A From what I can remember, yeah. There may have been an e-mail. I don't remember. But generally, it was walking over in person.

**Q Now here, it says, on the other hand, you observed that the south Asian colleagues were regularly assigned substantive work.**

**Who was that?**

A From what I can recall, I don't -- I don't remember any of their names. There were many other people that worked in our group, and in other groups, that worked on this portal, kind of portal project, that were very busy every day working on the different areas of the project.

**Q Were they at a different level than**

Page 202

**you, though?**

A I don't know.

**Q Do you know if they were trainees from the college program?**

A That, I don't know.

**Q And you know that they are south Asian colleagues?**

A From the best of my knowledge, quite a few of them were, and they had actually been in India and had come over to work in our office.

**Q So existing TCS employees?**

A Correct. There was a few, from what I can recall. I don't know the exact count, but I do remember there being several members of the team that were from India, that were working there that may have been -- already been working there when I started.

And then there was at least -- from my memory, at least one person that did come over during the time I was there.

**Q But you don't know what their background is, what their qualifications were?**

A That, I don't know.

**Q What their job duties were?**

A Correct.

Page 203

**Q So it's not like...**

A I don't know.

**Q You just knew that they -- they were busy?**

A Correct.

**Q And Stanley was busy, wasn't he?**

A From what I can remember, he -- he was.

**Q And Jamison was busy, wasn't he?**

A From what I can recall, towards the end.

**Q And Ravi as well.**

A Correct.

**Q Same question for Paragraph 65, and we'll go -- we'll go through it because I do think it relates to you. I just want to make sure we're on the same page here.**

**So 65, it says, after six months of substantive work, you were removed from the client project and placed on the bench.**

**Is it really more March 27th?**

A I'm not sure of the exact date. It would be in one of these e-mails. I don't recall the exact date. It would be in the e-mail.

**Q Well, we talked about it earlier.**

Page 204

A We talked about it earlier, yeah. I don't remember the exact date.
**Q Okay. So it could be that that date's off a couple of days, but --**
A I don't -- I don't know.
**Q All right. And then it says you reached out to Tata's internal recruiters. That's RMG and Ambika, correct?**
A From what I can recall, yes, RMG and possibly Kimith and that whole chain that started.
**Q And we talked about that?**
A Correct.
**Q On April 17th, you interviewed with several local Tata mangers servicing the Bank of America in Pennington, New Jersey, and we talked about this?**
A Correct.
**Q Okay. And you believe that each of these managers were south Asian; is that right?**
A From what I can recall, I believe so. It was a one-day interview. I believe they were.
**Q Okay. And you base that on?**
A I don't really remember. It just seemed similar to who I worked with in the previous office and people I worked with in India.



**Q Like your -- your cohorts in India, the people that you came over with?**
A No, I wouldn't say that.
**Q Okay.**
A People who were out of the India office that were there when I went.
**Q Okay. So people that were employed in the India office, you just -- you just believed that these people at Bank of America were also there because of your perception of the people in India; is that right?**
A Not necessarily that. I mean, it just -- between that, it just -- I don't know. Same thing like with Alok and Vignesh, just kind of the perception I got.
**Q Okay. "And he believes here that he performed well during these interviews."**
A To the best of my knowledge, I felt I performed well.
**Q And you weren't selected for that position, correct?**
A I was not.
**Q Okay. Moving on to Paragraph 66.**
A Uh-huh.
**Q I think we both agree you were**



**terminated on April 19th?**
A Yeah.
**Q And that -- it says, throughout your entire employment with Tata, you were never assigned any substantive work.**
A To the best of my knowledge, that was my -- my perception of my employment there.
**Q But -- well, I'll just leave it at that.**
**All right. Moving on now to, it looks like, Paragraph 80 and 81, highly exciting here, I know.**
**Do you have any knowledge of any of the statements that are contained -- to support the accuracy of the statements contained in Paragraph 80?**
A To the best of my knowledge, I do not.
**Q And same thing, same question, for Paragraph 81.**
A To the best of my knowledge, I do not.
**Q How about Paragraph 85, do you have any factual knowledge to support the accuracy of the statements contained in Paragraph 85?**
**MR. KLEMPERER: Objection; calls for a** legal conclusion.



BY MS. La MAR:
**Q You can answer.**
A To the best of my knowledge, I do not.
**Q 86?**
**MR. KLEMPERER: Same objection.**
**THE WITNESS: To the best of my** knowledge, I do not.
BY MS. La MAR:
**Q Let me just refer you back so I can take care of this all at once. Can we look at Paragraph 20 through 25, and can you let me know if you have any factual basis to support the allegations contained in Paragraph 20?**
A To the best of my knowledge, it would be on the -- on their company website.
**Q Okay.**
A It would mention that, would be like a mission statement or something on the website. I haven't personally been on the website in many years, but I would imagine that would be a place one can find it.
**Q Okay. And then what about Paragraph 21, same thing?**
A To the best of my knowledge, I don't have anything to factually back that up. It may