Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
E-mail: dlow@kotchen.com;
E-mail: dkotchen@kotchen.com;
E-mail: mvk@kotchen.com

Attorneys for Buchanan, Slaight, Webber, Masoudi, and Mandili

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Complaint Filed: April 14, 2015 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Having considered Plaintiffs' Motion for Class Certification, the Court finds that class certification is appropriate under Federal Rule of Civil Procedure 23. Accordingly, it is hereby ORDERED that:

1. Plaintiffs' Motion for Class Certification is GRANTED as to the Hiring and Termination Classes;
2. Plaintiffs Buchanan, Slaight, Webber, Masoudi, and Mandili are appointed as representatives of the certified classes; and
3. Kotchen & Low LLP is hereby appointed Lead Class Counsel, and DVG Law Partner LLC and The Tidrick Law Firm are appointed Class Counsel on behalf of the certified classes.

IT IS SO ORDERED

DATED:

____________________________________

UNITED STATES DISTRICT JUDGE