UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE EXTEND BRIEFING ON CLASS CERTIFICATION MOTION PENDING THIRD-PARTY DISCOVERY** |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

[PROPOSED] ORDER CASE NO.
4:15-cv-01696-YGR

1   After considering defendant Tata Consultancy Services, Ltd.'s ("TCS") administrative motion to continue briefing on the class certification motion to permit third-party discovery, the Court rules as follows:

TCS must file its opposition to the motion for class certification by _____;

Plaintiffs must file their reply in support of class certification by _____;

A hearing on plaintiffs' motion for class certification is set for _____.

IT IS SO ORDERED.

Dated: _____, 2017

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

1                       [PROPOSED] ORDER L
                        CASE NO. 4:15-cv-01696-YGR