UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT,<br><br>           Plaintiffs,<br><br>      v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>           Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO EXTEND BRIEFING ON CLASS CERTIFICATION MOTION PENDING THIRD-PARTY DISCOVERY**<br><br>Dkt No. 116 |

Upon consideration of defendant Tata Consultancy Services, Ltd.'s ("TCS") administrative motion to continue briefing on the class certification motion, the opposition thereto, and the parties' communications with the Court concerning defense counsel Michelle Lamar's family emergency, the Court **GRANTS IN PART** the request to extend the briefing schedule as follows:

TCS must file its opposition to the motion for class certification by **March 20, 2017**;

Plaintiffs must file their reply in support of class certification by **April 10, 2017**.

The Court **RESETS** to **May 16, 2017**, at 2:00 p.m. in Courtroom 1, 1301 Clay Street, Oakland the hearings on all of the following pending motions:

(1) plaintiffs' motion for class certification (Dkt. No. 115);

(2) plaintiffs' motion for leave to file a fourth amended complaint (Dkt. No. 104);

(3) defendant's motion for summary judgment (Dkt. No. 106).

**IT IS SO ORDERED.**

This terminates Docket No. 116.

Dated: February 27, 2017

_____
**YVONNE GONZALEZ ROGERS**
United States District Court Judge