Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
E-mail: dlow@kotchen.com;
E-mail: dkotchen@kotchen.com;
E-mail: mvk@kotchen.com

Attorneys for Buchanan, Slaight, Webber, Masoudi, and Mandili

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT

Plaintiffs,

v.

TATA CONSULTANCY SERVICES, LTD.,

Defendant.

Case No.: 4:15-cv-01696-YGR

**CLASS ACTION**

**PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Complaint Filed: April 14, 2015

Pursuant to Local Rules 7-11 and 79-5 of the Northern District of California, Plaintiffs hereby move this Court to issue an administrative order authorizing the public filing of redacted versions of 30 exhibits accompanying Plaintiffs' Responsive Separate Statement in Opposition to Defendant Tata Consultancy Services, Ltd.'s

("Tata's") Motion for Summary Judgment, the filing of unredacted versions of these exhibits under seal, and the filing of 11 additional exhibits under seal in their entirety. Plaintiffs also hereby move this Court for permission to file a redacted version of its opposition brief publicly, redacting portions that directly quote these exhibits, and permission to file its Responsive Separate Statement under seal. In the alternative, Plaintiffs request permission from the Court to file these materials publicly. This motion is unopposed.

Documents may be filed under seal for "good cause." *Kamakana v. City of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (holding that "[a] 'good cause' showing under Rule 26(c) will suffice to keep sealed records attached to non-dispositive motions"); *Dugan v. Lloyds TSB Bank*, PCL, No. 12-cv-02549, 2013 WL 1435223, at *1 (N.D. Cal. Apr. 9, 2013) (citing *In re Midland Nat. Life Ins. Co. Annuity Sales Practices Litig.*, 686 F.3d 1115, 1119 (9th Cir. 2012) (noting that "[o]n non-dispositive motions, a party seeking to file under seal a document produced … in discovery must establish there is 'good cause' for sealing the record."). The aforementioned exhibits contain information that has been designated confidential by Tata pursuant to the Parties' Stipulated Protective Order (Dkt. #74, Dkt. #76). As reflected in the attached Declaration, Tata requests that Plaintiffs redact, *inter alia*, the names of its clients and vendors, the names and contact information of its applicants and employees, and portions of its Resource Management Group Manual

in its public filing of 30 exhibits, and file unredacted versions of these documents under seal. Tata also requests that Plaintiffs seal 11 exhibits in their entirety relating to Tata's applicants, employees, business associates, vendors, and hiring practices.

Plaintiffs take no position at this time as to whether good cause exists to seal Tata's materials.

Dated: March 6, 2017

Respectfully submitted,

By: /s/Daniel Kotchen
Daniel Kotchen (*pro hac vice*)
Daniel Low, SBN 218387
Michael von Klemperer (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
Email: dkotchen@kotchen.com;
dlow@kotchen.com;
mvk@kotchen.com

Michael F. Brown (*pro hac vice* forthcoming)
**DVG LAW PARTNER LLC**
P.O. Box 645
Neenah, WI 54957
920-238-6781
920-273-6177 (fax)
mbrown@dvglawpartner.com

Steven Tidrick, SBN 224760
Joel Young, SBN 236662
**The Tidrick Law Firm**
2039 Shattuck Avenue #308
Berkeley, CA 94704
Telephone: (510) 788-5100
Facsimile: (510) 291-3226
E-mail: sgt@tidricklaw.com
E-mail: jby@tidricklaw.com

Attorneys for Buchanan, Slaight, Webber, Masoudi, and Mandili

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system on March 6, 2017.

Dated: March 6, 2017

/s/Daniel Kotchen
Daniel Kotchen