Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
E-mail: dlow@kotchen.com;
E-mail: dkotchen@kotchen.com;
E-mail: mvk@kotchen.com

Attorneys for Buchanan, Slaight,
Webber, Masoudi, and Mandili

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT

Plaintiffs,

v.

TATA CONSULTANCY SERVICES, LTD.,

Defendant.

Case No.: 4:15-cv-01696-YGR

**CLASS ACTION**

**DECLARATION OF DANIEL KOTCHEN IN SUPPORT OF PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Complaint Filed: April 14, 2015

**DECLARATION OF DANIEL KOTCHEN IN SUPPORT OF PLAINTIFFS' UNOPPOSED ADMINISTRATION MOTION TO FILE UNDER SEAL**

I, Daniel Kotchen, hereby declare as follows, based on personal knowledge:

1. Plaintiffs seek to file portions of 30 exhibits accompanying Plaintiffs' Responsive Separate Statement in Opposition to Defendant Tata Consultancy Services, Ltd.'s ("Tata's") Motion for Summary Judgment. Tata has designated information contained in Exhibits 2-4, 6-11, 16, 19, 21-22, 25-26, 33-34, 40-41, 49-50, 53-57, 59-60, 65, and 69 as confidential pursuant to the Parties' Stipulated Protective Order (Dkt. #74, Dkt. #76), and has requested that the names of its clients and vendors, the names and contact information of its applicants and employees, and certain portions of its Resource Management Group Manual be redacted in Plaintiffs' public filing.
2. Plaintiffs seek to redact only those portions of Exhibits 2-4, 6-11, 16, 19, 21-22, 25-26, 33-34, 40-41, 49-50, 53-57, 59-60, 65, and 69 that contain this information in their public filing. Plaintiffs seek to file an unredacted version of these documents under seal.
3. Tata also requests that Plaintiffs file under seal Exhibits 13-15, 27-31, 39, 58, and 61 in their entirety. These exhibits also contain information Tata has designated confidential, including an unallocated employee list, fiscal year 2013 information, applicants' resumes, vendor information, and information relating to Tata's hiring goals.

4. Plaintiffs seek to redact only those portions of their opposition brief that directly quote from the aforementioned exhibits, and to file an unredacted version of their opposition under seal. Plaintiffs also seek to file their Responsive Separate Statement under seal in its entirety, as the sealed exhibits are frequently quoted throughout the document.

5. I declare under the penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2017

/s/Daniel Kotchen
Daniel Kotchen

## CERTIFICATE OF SERVICE

I hereby certify that this declaration and unredacted copies of all accompanying material was served on all counsel of record by email on the same day that it was filed.

Dated: March 6, 2017

/s/Daniel Kotchen
Daniel Kotchen