# Placeholder for Plaintiffs' Responsive Separate Statement and Statement of Additional Material Facts in Opposition to Defendant Tata Consultancy Services, Ltd.'s Motion for Summary Judgment

Filed Under Seal (*See* Dkt. #120-5)