# Exhibit 1



# SHAPING THE **FUTURE**

## Annual Report **2015-16**

TATA CONSULTANCY SERVICES

Experience certainty.

TATA

TATA

## PERFORMANCE HIGHLIGHTS

TCS has been a consistent value creator for all its stakeholders with industry leading performance in metrics such as revenue, profitability, market capitalisation, resource pool etc. Among global IT services companies, TCS is ranked second in market capitalisation and net income, third in headcount and fifth in revenues. (Source: Company reports, Gartner, Reuters). Also, TCS has maintained its track record of sharing the wealth created with its stakeholders.

### Revenue trend




### Growth in industry verticals




### Growth in geographic revenue




### Growth in service lines




### Earnings trends




### Earnings per share



(Amount in ₹)

| | Fiscal 2016 | | | Fiscal 2015 | % change in average rates |
|---|---|---|---|---|---|
| | High | Low | Average | Average | |
| USD | **68.79** | **62.10** | **65.45** | 61.26 | 6.85 |
| GBP | **105.28** | **90.89** | **98.62** | 98.34 | 0.28 |
| EUR | **77.49** | **65.75** | **72.29** | 76.86 | (5.94) |
| CAD | **53.62** | **46.38** | **49.96** | 53.68 | (6.94) |
| AUD | **52.01** | **45.86** | **48.17** | 53.15 | (9.36) |

Net impact of such movement in exchange rates on revenue of the Company has been a positive variance of 2.93% vis-a-vis Rupee in fiscal 2016 (negative variance of 1.32% in fiscal 2015).

## Revenue by industry

Major industries contributing to revenue of the Company are (1) banking, financial services and insurance (BFSI), (2) manufacturing, (3) retail and consumer packaged goods (CPG), (4) telecom, media and entertainment and (5) others. 'Others' include (a) hi-tech, (b) life sciences and healthcare, (c) travel, transportation and hospitality and (d) energy, resources and utilities.

During fiscal 2016, revenue from all industries other than telecom, media and entertainment showed double digit growth rates. Industry wise performances are discussed in segment performance section.

## Revenue by geography

| | Fiscal 2016 | | | Fiscal 2015 | |
|---|---|---|---|---|---|
| | ₹ crores | % of revenue | % growth | ₹ crores | % of revenue |
| North America | **57,891.63** | **53.28** | **17.94** | 49,085.94 | 51.86 |
| UK | **17,171.43** | **15.80** | **8.79** | 15,783.29 | 16.68 |
| Europe | **11,920.64** | **10.97** | **8.90** | 10,946.34 | 11.57 |
| Asia Pacific | **10,325.42** | **9.50** | **16.87** | 8,834.63 | 9.33 |
| India | **6,728.81** | **6.19** | **10.17** | 6,107.55 | 6.45 |
| Middle East & Africa | **2,489.03** | **2.31** | **29.43** | 1,923.14 | 2.03 |
| Latin America | **2,119.25** | **1.95** | **7.71** | 1,967.52 | 2.08 |
| **Total** | **108,646.21** | **100.00** | **14.79** | 94,648.41 | 100.00 |

**Revenue by geography**




Among emerging markets, Middle East & Africa and Asia Pacific recorded significant growth due to TCS' sustained investment in market development and increasing customer acceptance of global delivery model. Among major markets, North America grew significantly better than the Company average. India, Europe, UK and Latin America registered good growth but below the Company average.