# Exhibit 2

**From:** Vidya Ramaswamy <vidya.ramaswamy@tcs.com>
**Sent:** September 19, 2014 2:12 PM
**To:** Suresh Nadam
**Cc:** Kschandra Sekar;C Jadav;Chinmay Tripathi
**Subject:** Re: Emp No. 234949 has raised a travel request from 30-Sep-2014

Sure Suresh...will discuss with the associate accordingly pls.

Regards
Vidya Ramaswamy
Human Resources - North America
Follow me on KNOME: https://knome.ultimatix.net/u/vidya.ramaswamy
Tata Consultancy Services
379 Thornall Street - 4th Floor,
Edison
New Jersey,New Jersey - 08837
United States
Ph:- +1 732 4910082
Buzz:- 4910082
Cell:- 7329837167
Fax:- 7326032409
Mailto: vidya.ramaswamy@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

Suresh Nadam---09/19/2014 10:11:01 AM---This can be extended for another term. Can't approve the travel. Please release him to RMG pool. Dea

From: Suresh Nadam/AMER/TCS
To: Kschandra Sekar/AMER/TCS@TCS
Cc: C Jadav/BLR/TCS@TCS, Chinmay Tripathi/AMER/TCS@TCS, Vidya Ramaswamy/BLR/TCS@TCS
Date: 09/19/2014 10:11 AM
Subject: Re: Emp No. 234949 has raised a travel request from 30-Sep-2014

This can be extended for another term. Can't approve the travel. Please release him to RMG pool.

Dear Vidya,
Please discuss with the associate and approve his leaves as required but he need to file for his L1 B extension before leaves to India. If required let us get FDFU team's opinion.

Thanks & Regards
Suresh Nadam
Operations - BFS NA
Tata Consultancy Services
Ph:- +1 732 590 2602
Cell:- +1 732 331 4963
Mailto: suresh.nadam@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

Kschandra Sekar---09/19/2014 10:04:58 AM---Dear Suresh, Please find below details for Bala Kalluru:

From: Kschandra Sekar/AMER/TCS
To: Suresh Nadam/AMER/TCS@TCS
Cc: C Jadav/BLR/TCS@TCS, Chinmay Tripathi/AMER/TCS@TCS, Vidya Ramaswamy/BLR/TCS@TCS
Date: 09/19/2014 10:04 AM
Subject: Re: Emp No. 234949 has raised a travel request from 30-Sep-2014

Dear Suresh,

Please find below details for [redacted]

**Visa Type:** L1B Blanket
**Date of 1st entry into US:** Feb 5, 2012
**Duration of stay in US:** 2 yrs and 8 months
**I-94 expiry date:** Feb 2, 2015

Thanks,

Chandra

---

Suresh Nadam---09/19/2014 07:29:36 AM---Request Details

From: Suresh Nadam/AMER/TCS
To: Kschandra Sekar/AMER/TCS@tcs
Cc: C Jadav/BLR/TCS@tcs, Chinmay Tripathi/AMER/TCS@tcs, Vidya Ramaswamy/BLR/TCS@tcs
Date: 09/19/2014 07:29 AM
Subject: Re: Emp No. 234949 has raised a travel request from 30-Sep-2014

Chandra
We need the details I asked. Let's discuss.

Thanks & Regards
Suresh Nadam
Operations - BFS NA
Tata America Intl. Corp.
Ph:- +1 732 590 2602
Cell:- +1 732 331 4963
Mailto: suresh.nadam@tcs.com

On Sep 19, 2014, at 12:20 AM, Kschandra Sekar < kschandra.sekar@tcs.com > wrote:

Dear Suresh,

[redacted] is on extended I-94 and hence cannot return to US.

Thanks,

Chandra
Suresh Nadam---09/19/2014 12:17:00 AM---Dear Chandra, Please share his visa category, his first entry into USA? Onsite tenure? Leadership di

From: Suresh Nadam/AMER/TCS
To: Kschandra Sekar/AMER/TCS@TCS
Cc: C Jadav/BLR/TCS@TCS, Chinmay Tripathi/AMER/TCS@TCS, Vidya Ramaswamy/BLR/TCS@TCS
Date: 09/19/2014 12:17 AM
Subject: Re: Emp No. 234949 has raised a travel request from 30-Sep-2014

Dear Chandra,
Please share his visa category, his first entry into USA? Onsite tenure? Leadership directive is to utilize every visa to the maximum extent - L1 B: 5 Yrs, H1 B: 6 Yrs & L1 A: 7 Yrs. Associate can take vacation for marriage. You can release him from BOA once he comes back from vacation RMG can map him for other accounts.

Thanks & Regards
Suresh Nadam
Operations - BFS NA
Tata Consultancy Services
Ph:- +1 732 590 2602
Cell:- +1 732 331 4963
Mailto: suresh.nadam@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

Kschandra Sekar---09/19/2014 12:06:27 AM---Dear Chinmay, [redacted] is returning to India for his marriage.

From: Kschandra Sekar/AMER/TCS
To: C Jadav/BLR/TCS@TCS
Cc: Chinmay Tripathi/AMER/TCS@TCS, B Kalluru/CHN/TCS@TCS, Suresh Nadam/AMER/TCS@TCS, Vidya Ramaswamy/BLR/TCS@TCS
Date: 09/19/2014 12:06 AM
Subject: Re: Emp No. 234949 has raised a travel request from 30-Sep-2014

Dear Chinmay,

[redacted] is returning to India for his marriage.

PS: He is currently on extended I-94 and his I-94 is valid only till Jan 15..

Thanks

Chandra

C Jadav---09/18/2014 03:44:59 PM---++ Chandra and Vidya.

From: C Jadav/BLR/TCS
To: Chinmay Tripathi/AMER/TCS@TCS
Cc: B Kalluru/CHN/TCS@TCS, Suresh Nadam/AMER/TCS@TCS, Kschandra Sekar/AMER/TCS@TCS, Vidya Ramaswamy/BLR/TCS@TCS
Date: 09/18/2014 03:44 PM
Subject: Re: Emp No. 234949 has raised a travel request from 30-Sep-2014

++ Chandra and Vidya.

Chinmay Tripathi---09/18/2014 03:40:48 PM---Dear [redacted] What is the reason for your travelling back to off shore.

From: Chinmay Tripathi/AMER/TCS
To: [redacted] CHN/TCS@TCS
Cc: c.jadav@tcs.com , Suresh Nadam/AMER/TCS@TCS
Date: 09/18/2014 03:40 PM

Subject: Re: Emp No. 234949 has raised a travel request from 30-Sep-2014

Dear [redacted]

What is the reason for your travelling back to off shore.

Regards
Chinmay Tripathi
RMG Lead,BFS NA
Follow me on KNOME: https://knome.ultimatix.net/u/chinmay.tripathi
Tata Consultancy Services
379 Thornall Street - 4th Floor
Edison,New Jersey - 08837
United States
Cell:- 732 429 6208
Mailto: chinmay.tripathi@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

From: ultimatix.gess@tcs.com
To: chinmay.tripathi@tcs.com , c.jadav@tcs.com
Date: 09/18/2014 03:18 PM
Subject: Emp No. 234949 has raised a travel request from 30-Sep-2014

Dear Chinmay Tripathi,

Travel Request No.2040136 for International Return On Release has been submitted successfully and is pending your approval.

Application Name : GESS-Travel

| S/WON | Associate No. | Associate Name | Travel Type | Submit Date |
|---|---|---|---|---|
| 2144520 | 234949 | [redacted] | International Return On Release | 19-Sep-2014 |

**Request Details**

| From(Location) | To(Location) | Travel Date | Staying Duration |
|---|---|---|---|
| Pennington, NJ (8534)-United States | Chennai-India | 30-Sep-2014 | 0 |

**Itinerary Details**

To view the entire request, log on to log on to 'https://www.ultimatix.net' . Click on the 'Employee Self Service' link and then click 'Global ESS' link and then go to 'My WorkList -->View FYA'

In case of any travel related assistance please contact our 24*7 TCS Travel Help Desk @ +91 22 25188155 or 1-800-CALL-TCS / 1 800 225 5827 (Toll Free India).
(Applicable for all Travel requests where the ticketing location is India, UK,Australia, New Zealand , Singapore, Europe (Both Domestic & Internationa l Travels ) and USA Return to base requests ). For all other Ticket process ing countries, please contact your local travel desks.

Regards :
Ultimatix -> Global - Employee Self Service

Note: This is a system-generated e-mail. Please do NOT reply to it.