# Exhibit 3

**From:** Chinmay Tripathi <chinmay.tripathi@tcs.com>
**Sent:** October 18, 2014 7:08 PM
**Cc:** Suresh Nadam
**Subject:** Travel Request

Your travel request has come to my work list for approval.

Leadership Team has advised to utilize visa ready Associates at on site unless (1) There is no way the person can continue in the US because of one or more challenges related to visa validity / work authorization. (2) HR confirms that the personal / medical issues the Associate is facing are so grave that he must travel back.

Please confirm you're in which category. Kindly share accurate information as the same is reported to the Leadership Team / ISU Head's office.

Global ESS - Windows Internet Explorer

https://gess.ultimatix.net/gess/pages/commonWorkListHome.jsf

Favorites | Suggested Sites (2) | Suggested Sites | Web Slice Gallery

Global ESS

Leave | Travel | Advance | Claims | Miscellaneous | Benefits | My Profile | My Settings | My

## My WorkList - FYA

Select | Filter

Approve | Reassign | Reject | Refresh | Export To Excel

| | Request Number | Requestor | Previous Owner | Application Name | Subtype | Notification Subject | Re |
|---|---|---|---|---|---|---|---|
| | 2085519 | [redacted] | | GESS-Travel | International Return On Release | Emp No.318766 [redacted] has raised a travel request from 06th Nov 2014 | C |
| | 2081820 | | | GESS-Travel | International Return On Release | Emp No.139732 [redacted] has raised a travel request from 05th Dec 2014 | C |
| | 2081507 | | | GESS-Travel | International Return On Release | Emp No.310931( [redacted] has raised a travel request from 19th Oct 2014 | C |
| | 2080052 | | | GESS-Travel | International Return On Release | Emp No.158437( [redacted] has raised a travel request from 19th Dec 2014 | C |
| | 2079924 | | | GESS-Travel | International Return On Release | Emp No.222660 [redacted] has raised a travel request from 02nd Nov 2014 | C |
| | 2078067 | | | GESS-Travel | International Return On Release | Emp No.380998( [redacted] has raised a travel request from 15th Nov 2014 | C |
| | 2078026 | | | GESS-Travel | International Return On Release | Emp No.356893( [redacted] has raised a travel request from 01st Nov 2014 | C |
| | Lerf_121848 | | | GESS - LERF | LERF | [redacted] (164773) has Submitted Leave End Reporting Form (Lerf_121848), which is pending for your approval. | S |
| | 1229280 | | | GESS-Travel | Domestic Travel - Relocation/Deputation | Emp No.385593 [redacted] has raised a travel request from 24th Apr 2012 | A |
| | Lerf_104314 | | | GESS - LERF | LERF | [redacted] 153397) has Submitted Leave End Reporting Form (Lerf_104314), which is pending for your approval. | F |

Approve | Reassign | Reject | Refresh | Export To Excel

Error on page.

68°

Regards
Chinmay Tripathi

RMG Lead,BFS NA
Follow me on KNOME: https://knome.ultimatix.net/u/chinmay.tripathi
Tata Consultancy Services
379 Thornall Street - 4th Floor
Edison,New Jersey - 08837
United States
Cell:- 732 429 6208
Mailto: chinmay.tripathi@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---