# Exhibit 4

**From:** Chinmay Tripathi <chinmay.tripathi@tcs.com>
**Sent:** September 11, 2014 8:57 PM
**To:** Vidya Ramaswamy;Raveendran Vk
**Cc:** Shantharam Pendurthi;Suresh Nadam;Sandipkumar Dutta;Arun Thomas
**Subject:** Re: Fw: Project Release and Allocation in Onshore.

**Dear Vidya,**

Many Thanks.,

We discussed. Leadership Team has advised to not to send any visa ready associate back unnecessarily and utilize him / her here.

**Dear Ravee,**

Please reach him a[redacted]for internal evaluation for your MF requirement.

[redacted]

Regards
Chinmay Tripathi
RMG Lead,BFS NA
Follow me on KNOME: https://knome.ultimatix.net/u/chinmay.tripathi
Tata Consultancy Services
379 Thornall Street - 4th Floor
Edison,New Jersey - 08837
United States
Cell:- 732 429 6208
Mailto: chinmay.tripathi@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

Vidya Ramaswamy---09/11/2014 04:47:48 PM---Dear Chinmay We spoke. Can you please check if there are any suitable opportunities for the associa

From: Vidya Ramaswamy/BLR/TCS
To: Chinmay Tripathi/AMER/TCS@TCS
Date: 09/11/2014 04:47 PM
Subject: Fw: Project Release and Allocation in Onshore.

Dear Chinmay

We spoke. Can you please check if there are any suitable opportunities for the associate at onshore. He is in the US for around a year and has been asked to travel back.
He has a valid visa but am not sure if [redacted] will be ok to release him pls.

Regards
Vidya Ramaswamy
Human Resources - North America
Follow me on KNOME: https://knome.ultimatix.net/u/vidya.ramaswamy
Tata Consultancy Services
379 Thornall Street - 4th Floor,
Edison
New Jersey,New Jersey - 08837
United States
Ph:- +1 732 4910082
Buzz:- 4910082
Cell:- 7329837167
Fax:- 7326032409
Mailto: vidya.ramaswamy@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

----- Forwarded by Vidya Ramaswamy/BLR/TCS on 09/11/2014 04:44 PM -----

From: [redacted]CHN/TCS
To: Vidya Ramaswamy/BLR/TCS@TCS
Date: 09/11/2014 04:12 PM
Subject: Fw: Project Release and Allocation in Onshore.

Hi Vidya,

Do you any updates after conversation with Ramnath / Rajini.

Thanks
[redacted]
Tata Consultancy Services
Mailto:[redacted]@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

***Proud title sponsor of the TCS New York City Marathon***

TCS NEW YORK CITY MARATHON

TATA CONSULTANCY SERVICES

-----Forwarded by Venkat Kumar/CHN/TCS on 09/12/2014 01:41AM -----
To: Vidya Ramaswamy/BLR/TCS@TCS
From [redacted]CHN/TCS
Date: 09/04/2014 05:50PM
Subject: Fw: Project Release and Allocation in Onshore.

Hi Vidya,

Do we have any updates ?

Thanks,
[redacted]
Tata Consultancy Services
Mailto [redacted]@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

-----Forwarded by [redacted]CHN/TCS on 09/04/2014 05:48PM -----
To: Vidya Ramaswamy/BLR/TCS@TCS
From: [redacted]CHN/TCS
Date: 09/03/2014 02:47AM
Subject: Project Release and Allocation in Onshore.

Hi Vidya,

Please let me know if you have any updates from my supervisor about my allocation plans at onshore.
Thanks for taking care of my concerns at a greater interest.

Please reach me at [redacted] for any communication.

[redacted]
Tata Consultancy Services
Mailto: [redacted]@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---