# Exhibit 5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

----------------------------------------

STEVEN HELDT, BRIAN BUCHANAN, and
CHRISTOPHER SLAIGHT,

Plaintiffs,

-against-

Case No. 4:15-cv-01696-YGR

TATA CONSULTANCY SERVICES, LTD.,

Defendant.

----------------------------------------

January 25, 2017

30(b)(6) Deposition of Defendant by
UMESH KUMAR

Reported by:
Joseph R. Danyo

Job No. 118519

Page 14

associate be reflected in the unallocation report?
A. That will be the person hired from the third party?
Q. Or a contractor. I understand business associates being a contractor.
A. Yes.
Q. Would that be reflected?
A. Yes.
Q. Why is the type of employee, whether an employee is an expat, local or a business associate, I'll refer to it as a BA, why is that reflected in the unallocation report?
MS. WYTSMA: Objection to the extent it calls for speculation.
You can answer if you know.
A. The third-party consultants are not our employees. So we have taken them for a specific task, for a specific role. If they are unallocated, that means they are not earning any revenues for the company. So they should be released. So that is the first reason why we want the BA to be reflected in the unallocation.
For the expat, if he is unallocated, if he doesn't have any active role here,

Page 15

assignment here in the U.S., he should be sent back to India or his base branch from wherever he has come from. And for the local, if he is not in any active assignment, so we have to find an assignment for him or take him to HR for the next action.
Q. And the next action would be, if an assignment can't be found for a local, would that be to terminate the local?
A. It can be to counsel him from the HR side to take an assignment, and eventually, yes, if we are not able to find an assignment for him or he is not able to find an assignment for himself or she is not able to find an assignment for herself, yes.
Q. And an expat, how do you define an expat?
A. Any person who is not hired in the U.S. and has been recruited in the U.S. for an assignment is an expat.
Q. Is an expat here on a visa?
A. Yes, they are on visa.
Q. With respect to individuals who are unallocated, is priority given to expats to find them new positions here in the U.S.?

Page 16

A. No.
Q. Are you sure?
A. Yes.
MS. WYTSMA: Objection. Argumentative.
Q. Okay. Is priority given to finding visa-ready individuals positions here in the U.S.?
A. I don't understand your question.
Q. Are visa-ready individuals prioritized with respect to finding positions here in the U.S.?
A. Visa-ready means?
Q. Excuse me?
A. What do you mean by visa-ready?
Q. Are you familiar with that term?
A. I know.
Q. What does that mean to you?
A. A person who already has a visa to work in the U.S.
Q. Are those individuals prioritized in terms of finding positions in the U.S.?
A. No.
Q. With respect to individuals who are reflected on unallocation reports, might there be

Page 17

individuals who are located in India who are reflected on those reports?
A. Can you repeat your question again.
Q. Might there be individuals who are located in India who are reflected on unallocated reports?
A. The unallocated report which I mentioned is only for the people who are deputed to the U.S.
Q. How often are the unallocated reports generated?
A. They are generated on a daily basis.
Q. Are there summaries that are generated less frequently than that, so, for example, quarterly?
A. Can you repeat your question again.
Q. Are there summaries, unallocated reports or summaries, generated on a quarterly basis?
A. They are generated daily.
Q. Are there other reports that are generated that are less than daily?
A. The question is very hard.
Q. Other than daily unallocated reports, are there other unallocated reports that are

A. So you want a report? I just want clarification from you.
Q. Could you generate a report about employees in the business unit during 2015?
MS. WYTSMA: Objection.
Q. For example?
MS. WYTSMA: Objection, vague and ambiguous.
A. Yes, it can be done.
Q. Can you generate a report concerning an employee's work history, visa status, salaries, designations and so forth?
MS. WYTSMA: Same objection.
A. Yes, you can.
Q. Prior to a person -- well, let me ask it like this. Does a resource management group keep track of when individuals' positions are coming to an end, so, for example, knowing when someone may not be on allocation at some point in the future?
A. Can you be more clear in your question, please.
Q. When an individual is unallocated, a position ends, is that right?
A. Yes.



Q. Prior to that person's position ending, does someone review when a position is going to end and try to help that individual find new positions within TCS?
A. Okay. So before a person is released to the resource management, the unit which is holding the associate, we ask for 14 days' notice from that unit about the person's allocation ending.
Q. And why is that notice asked for?
A. It helps us to find the next assignment for the person on a proactive basis.
Q. What is the process by which a person who is coming off allocation finds a new position within TCS?
MS. WYTSMA: Objection, vague and ambiguous.
A. The supervisor of the associate will inform the associate normally and the RMG that the person is being released from the assignment on this date, and he will be asked if they are not able to, if they don't intend to utilize his services for the unit or their project, the RMG for that unit is informed that this person is going to report to you for his next assignment.



At that point in time the RMG will connect with associate or associate can connect with the RMG, and then they can discuss what role and assignment he is looking for, what skills he possess. Normally, the RMG will ask the person to upgrade his CV and send to them so that the RMG can forward it for the open available positions for him or herself.
Q. Will that person have to interview for new positions within TCS?
MS. WYTSMA: Objection. Vague and ambiguous.
A. Yes, he might.
Q. What will determine if someone has to interview for a new position or not within TCS?
A. Can you clear up?
Q. You said someone may interview.
A. Most of the time.
Q. Most of the time they interview for new positions?
A. Yes.
Q. And who will they interview with, other business units within TCS, for example?
A. The interview will be with the hiring manager who has asked for the new position to be



fulfilled.
Q. And hiring managers, are they within business units or are they within resource management?
A. Business unit.
Q. You talked about two weeks' notice is given prior to someone coming off allocation, correct?
A. Yes.
Q. Is that two weeks only given for expats?
A. No.
Q. Is it given for locals as well?
A. Yes.
Q. What about business associates?
A. No.
Q. It is not given for BAs?
A. No.
Q. Are expats required to request -- let me start over. If an expat is coming off allocation and is going to be unallocated, is that person required to request vacation time?
A. Can you repeat your question.
Q. If an expat is coming off allocation, so that person will be unallocated, is that

you talked about doing that categorization?
A. Yes, broadly they will know.
Q. And who retains that information?
MS. WYTSMA: Objection, vague.
Q. For example, do you have in your possession the annual summaries and quarterly information?
A. No.
Q. Where is that information kept?
A. They are with the business team.
Q. Okay, but what about what you receive from corporate, do you retain that?
A. I retain a summary of the projections.
Q. A summary of the projections?
A. A summary of projections how much each business may grow.
Q. With respect to unallocated employees, how do they factor into this workforce planning, if at all?
MS. WYTSMA: Objection, vague.
A. They are part of redeployment associates.
Q. They are part of the individuals?
A. Redeployment.



Q. When it says "A categorization is done based on the current deployable pool with TCS" --
A. So unallocated people are also deployable people.
Q. Will they be reflected in the summaries that you receive?
A. No.
Q. Are they reflected in what the business units are given or have?
A. No.
Q. If you can turn to page 21 of Exhibit 3.
(Recess taken from 10:19 a.m. to 10:22 a.m.)
BY MR. KOTCHEN:
Q. Mr. Kumar, we talked before about individuals in India, they can be unallocated and show up on unallocation reports in India. Is that right?
A. Right.
Q. What is the process for those individuals who are unallocated in India to secure a position in the U.S.? Do they also have to go through a similar process of interviewing



with individuals here in the U.S., for example?
A. There is no process as such. You see, to work in the U.S., you need a visa, right, work authorization.
Q. Yes.
A. So the people outside the country, they're not allocated. They do not have the work authorization to work in the U.S.
Q. Well, do they apply for positions in the U.S. as well?
MS. WYTSMA: Objection, vague.
A. They can apply.
Q. They can?
A. They can apply.
Q. You talked before about individuals in the U.S. updating their CVs, interviewing with hiring managers. Do you remember that?
A. Can you repeat.
Q. You talked before about individuals who are unallocated in the U.S. --
A. Um-hum.
Q. -- updating their CVs?
A. Right.
Q. Interviewing with hiring managers. Do you remember that?



A. Right.
Q. Do individuals who are visa-ready in India go through a similar process to secure a position in the U.S.?
A. Yes, they do.
Q. If you can turn to page 21, there is a list of 15 what is referred to as common reasons for unallocation. Do you see that?
A. Yes.
Q. Could you briefly just explain what these are.
A. Okay. I will go one by one.
Q. Sure.
A. So, first of all, I want to clarify, as I said earlier, unallocated and allocated is a placeholder, right? So the first one, new addition, is anyone we have hired in U.S. recently and were not able to allocate him to a WON or SWON. Right? That is the first one.
Q. Why would an individual be hired in the U.S. who cannot be allocated?
A. It can be a technical thing. The person joins yesterday. The WON or SWON is not ready, doesn't have enough cost budget for him to get allocated. So he is a recent hire. He is a

work in coordination, because they are from the same business units and they can discuss. They often discuss.
Q. Are there any reports generated that would reflect someone who is unallocated in India with a valid visa who then secures a new position in the U.S.?
A. There will be reports where the valid visa information of the people who are there outside the U.S. is generated.
Q. There are reports of that?
A. Yes.
Q. What reports? Which are they?
A. There will be reports of their visa status reports like a person who has valid work authorization to work.
Q. And does valid visa reports, are they generated -- how often are they generated?
A. They can be weekly reports.
Q. Is that information pulled from the Ultimatix system as well?
A. Yes.
Q. If you can turn now to business associates.
A. Which page?



Q. Page 25. "Hiring BAs for offshore positions may be exercised as an alternate option when resources within TCS cannot be identified."
Do you know what that refers to?
A. This is referring to the base country India.
Q. So BAs are hired in the base country?
A. Actually, no. I will repeat that. It is to the base branch. They can look at the options of hiring third-party consultant, if they don't find any TCS available associates as an alternative to fulfill that position.
Q. So I am assuming if BAs are hired then, does that mean that there is no one that is unallocated?
A. Not necessarily.
Q. Why would BAs be hired when there is individuals that show up who are unallocated?
A. Can you repeat the question. I just want to clarify what you ask.
Q. Sure. You want me to repeat it?
A. Yes.
Q. Why would BAs be hired when individuals are unallocated?
A. There are many reasons why BAs are



hired. These are who are available in the pool. They may not have the requisite skills to match. They are not at the right place where we need the requirement. They are not at the right location or they don't want to go to that location.
Q. But assuming individuals have appropriate skills and are willing to work in a specific location and who are unallocated, would BAs still be hired?
A. Not necessarily. No.
Q. They would not be?
A. No. The preference is given to put the TCS associate on the project.
Q. What if there are potential local hires with the skill set who are willing to work in a specific location, would a BA still be hired for that location?
A. What I meant TCS associate, I mean TCS people that have been there. That includes anybody who is there. It includes local also.
Q. Okay. What about a potential local hire, not someone who is currently employed by TCS, would BAs be hired over them?
A. It depends.
Q. On what?



A. It depends on if we see the requirement is not -- it is a short-term requirement. It doesn't make sense to hire from the market. This is the truth.
Q. How would you define a short-term requirement?
A. It would depend on the duration of the requirements. What are the nature of the requirement.
Q. A short term, could it be more than a year?
A. It can.
Q. In terms of unallocation reports, do BAs ever -- are they ever reflected on unallocation reports?
A. Yes, they will.
Q. Why would BAs be reflected on an unallocation report? I thought you said that if a BA is not allocated, that person is terminated?
A. How would I know that he's not allocated until I see that report? How will RMG know if the BA is not reflected on an unallocated report? How would the RMG know the BA is allocated or not allocated?
Q. So once you see a BA reflected on an

unallocated for less than a week compared to 19 on-site employees. Is that right?
A. Yes.
Q. Would on-site employees be locals?
A. Can you repeat?
Q. Would the on-site employees be locals? Do you know?
A. It looks like they are mentioning on-site local employees.
Q. That is what on-site employees would consist of?
A. Yes.
Q. And for longer than three weeks, there are 13 expats unallocated and 102 on-site employees. Do you see that?
A. Can you repeat your question.
Q. Folks who have been unallocated for greater than three weeks, there are 13 expats unallocated and 102 on-site employees.
A. Right.
Q. Do you know why there is such a disparity in numbers?
A. No, I don't know.
Q. Is it typical for expats to receive positions quicker than on-site employees?



A. No.
Q. If you wanted to assess how difficult it would be for expats to receive positions relative to the speed with which locals receive positions, would you look at the data from the Ultimatix system to assess that?
A. No.
Q. You would not do that?
A. No.
Q. Why not?
A. I treat my -- all employees the same. Why would I give a preference to one set of individuals?
Q. Understanding, if you wanted to assess how quickly expats are placed in positions relative to locals, you wouldn't look at the time in which these individuals were unallocated reflected in the Ultimatix data?
A. You see, if you want to get any data from Ultimatix, you can get it. If you want to do the analysis based upon the person type, you can do it, but I haven't done it.
Q. You haven't done it?
A. I haven't done it.
Q. But you could assess the speed with



which expats are placed in positions relative to local hires using the Ultimatix data, correct?
A. Yes, you can.
(Exhibit 9, Document bearing Bates numbers TCS 057813 through 818, was so marked for identification, as of this date.)
Q. Mr. Kumar, I have introduced as Exhibit 9 a document with Bates numbers TCS 057813 through 818. Have you seen Exhibit 9 before?
MS. WYTSMA: Any particular portion or the entirety?
MR. KOTCHEN: Actually my focus is going to be on the page Bates number 815. The third page.
MS. WYTSMA: That is a long e-mail string, so I would like the witness to take a moment to review the entire document before he answers any questions.
MR. KOTCHEN: Sure.
A. Yes.
Q. On page 815, there is a sentence at the bottom e-mail that says "Leadership directive is to utilize every visa to the maximum extent.



L1B five years, H1B six years, and L1A seven years."
Are you familiar with that directive?
A. I am familiar that we should use a person's visa to the maximum approval limit.
Q. What does that mean to use it for the maximum approval limit?
A. If the person has authorizations to work until two years, right, so the intent was to use him for that, because we have applied for this visa for two years, so if anybody wants to go back to his base branch because of any personal reasons, we question them why you are going back. Why can't you stay? That is what the intent is. It is not a binding. The person can go back. In this case the person want to go back because of marriage.
Q. But if the leadership directive is to use the visas to the maximum extent, how does that affect the allocation of employees to new positions?
MS. WYTSMA: Assumes facts.
You can answer.
A. You see, there are a lot of positions which are open, and we have a limited number of

people who have a valid visa to work with, so there are a lot of positions open that people are put in.
Q. Well, if a leadership directive is to use visas to the maximum extent, how does that affect allocation of employees to positions?
A. Can you be more clear on what you are asking me?
Q. Are there positions that where individuals with visas are preferred?
A. No, I will not say. The positions are not filled by the visa status.
Q. Are they not determined by the visa status?
A. No. It's on the skills that the person possess. What the account has asked.
Q. What percentage of TCS's U.S. workforce is comprised of individuals with visas? Do you know?
MS. WYTSMA: Objection. Vague. Are you referring to just here in the United States?
MR. KOTCHEN: Um-hum.
A. Close to 70 percent.
Q. And are those individuals from India?



A. They come in from India and any country also.
Q. Most are from India, I take it?
A. Most of them.
Q. So there's a leadership directive to maximize those individuals' eligibility to work in the U.S.? Is that right?
A. Yes, because getting a visa is not easy. It takes a lot of time and effort.
Q. Why not just hire locally?
A. We do.
Q. Why not hire more individuals locally?
A. We are doing it.
Q. Well, 70 percent of your U.S. workforce is comprised of individuals with visas. Why do you go through the time and effort to file visas for that 70 percent instead of hiring more folks locally?
MS. WYTSMA: Counsel, I think we are far outside the field of category number 7, which is policies and practices concerning managed employees. He is not here to talk about TCS's visa policies.
Q. You can answer.



MS. WYTSMA: You can answer if you can, but he is not speaking on behalf of the company, he is only speaking on behalf of the companies with respect to the policies and practices with respect to managed employees.
A. Can you repeat.
Q. If 70 percent of the U.S. -- TCS's U.S. workforce is comprised of individuals with visas, why not just hire more folks locally?
A. You see, TCS, when they win any projects from the customer, the customer has given the project to TCS to execute based on its capability of delivering the projects with their methodology, their experience, what they are getting with the people who are involved in TCS, so primarily they are looking for people who are involved in TCS who have TCS experience in their projects. To go out in market to get a fresh person who doesn't know about TCS or its methodology to execute the project doesn't work for us.
(Exhibit 10, Document entitled "Human Resources North America FY 13 Snapshot", was so marked for identification, as of



this date.)
Q. Mr. Kumar, I have introduced as Exhibit 10 a document entitled "Human Resources North America FY 13 Snapshot." Have you seen this document before?
A. Yes, I have.
Q. How often is a document like this generated and circulated within TCS?
A. I haven't seen it since a while back. A long time.
Q. If you can turn to the second page at the bottom, "Focus on H1B visa-ready from offshore and relocation at on site," do you know what that means?
A. It means that the people who have very good authorizations to work in the U.S. to utilize their visa. And it also means the location of the on site is the people who are available in the U.S. to put them in active assignment.
Q. Does it mean focus on individuals in India who have H1B visas?
A. The first part, yes.
Q. To prioritize those for positions in the U.S.?

Page 86

A. The statement mentioned both. These are people who have visa, ready visa who work in the U.S. and the people who are there in this geography unallocated or on the bench or with the unit, both of them to put them in active projects.
Q. So folks who are offshore to come to the U.S. for a position? Is that what it is saying?
A. The folks who are outside the country and if they have a ready work visa, yes.
Q. Just above that, there is a reference to on-site utilization at 92 percent. Do you know what that refers to?
A. The bullet points?
Q. Yes. What does on-site utilization mean?
A. Utilization means like the persons or people who are on active assignment.
Q. And so this says unallocated at 2.4 percent.
A. Yes.
Q. That means folks who are obviously not allocated?
A. Yes.

Page 87

Q. How come it is 2.4 percent instead of 8 percent if on-site utilization is 92 percent? Do you know how the difference?
A. There might be people who are not -- we did not count that they are allocated on SWON but not on WON.
Q. Who provided the data to this individual to tell him what percentage of folks were unallocated? Do you know?
MS. WYTSMA: Objection, calls for speculation.
A. Can you repeat your question.
Q. Who provided the data to this individual to say that the unallocated percentage is 2.4 percent?
A. I mentioned earlier the head count report. So that is allocated on the WON, who are allocated on the SWONs and who doesn't have either of those.
Q. So can you generate that report just through the Ultimatix system?
A. Yes. You can do that on Ultimatix.
Q. You say offshore leverage is 78 percent. What do you mean? What is offshore leverage?

Page 88

A. Okay. Off-site.
THE WITNESS: Can I answer?
MS. WYTSMA: Are you saying that you are referring to off-site here?
THE WITNESS: Yes, offshore.
A. You see, when you get a project, right, the project will have an on-site component and the offshore component. On site means the people who are there physically in U.S. and the people who are supporting that project outside the country. So I will give you an example like if there are 100 people in that account and 70 people are outside U.S., 30 people are U.S., the offshore leverage is 70 percent.
Q. Okay. So when you are saying in the last bullet, "Focus on H1B visa-ready from offshore and relocation at on site," do you have a report or do you have information about who is available offshore that has an H1B visa that can be placed in a position on site?
A. As I mentioned, we will have a report where people who had a ready visa are outside the country.
Q. And you prioritize those individuals for filling positions?

Page 89

A. Not necessarily, no.
Q. Not necessarily?
A. No.
Q. Well, you say "Focus on H1B visa-ready." What do you mean by focus?
A. You see, already there are many people whose visas are applied to them, and after a lot of difficulty, we invested money in those visas, and we have on-site projects where the account is looking for people who have TCS experience of executing project or executing TCS methodologies.
So it is easy -- and the account is also asking give us people who are TCS-experienced. So we are using both. Both at on site we are relocating people, assigning people who have TCS experience, and if the folks are available, outside the country. We are using that also.
Q. When you are saying "Focus on H1B visa-ready," who are you speaking to?
MS. WYTSMA: I just want to clarify. He didn't testify that he created this document when you keep saying you say.
MR. KOTCHEN: No speaking objections.