# Exhibit 9

**From:** Chinmay Tripathi <chinmay.tripathi@tcs.com>
**Sent:** September 22, 2014 2:22 PM
**To:** Raghavendra Reddy Mamudur;Aishwarya Komalla
**Cc:** Malleshwar Karri;Murali.Mandlem@tcs.com;Sarat.Pinapati@tcs.com;Srinivas.Punnamaraju@tc.com;Suresh Nadam
**Subject:** RE:[redacted]- Adobe CQ5 Solution Architect at San Francisco, CA[redacted]

Dear Aishwarya,

Do we've have Expats for this skill.

Regards
Chinmay Tripathi
RMG Lead,BFS NA
Follow me on KNOME: https://knome.ultimatix.net/u/chinmay.tripathi
Tata Consultancy Services
379 Thornall Street - 4th Floor
Edison,New Jersey - 08837
United States
Cell:- 732 429 6208
Mailto: chinmay.tripathi@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

From: Raghavendra Reddy Mamudur <RaghavendraReddy.Mamudur@westernunion.com>
To: "Chinmay Tripathi" <chinmay.tripathi@tcs.com>, "Murali.Mandlem@tcs.com" <Murali.Mandlem@tcs.com>
Cc: "Malleshwar Karri" <malleshwar.karri@tcs.com>, "Srinivas.Punnamaraju@tc.com" <Srinivas.Punnamaraju@tc.com>, "Sarat.Pinapati@tcs.com" <Sarat.Pinapati@tcs.com>
Date: 09/19/2014 07:16 PM
Subject: RE[redacted]- Adobe CQ5 Solution Architect at San Francisco, C[redacted]

---

Hi Chinmay,
For this position, we are looking for Expats only. Hence, released the profile back.

Thanks
Raghav

**From:** Praveen [mailto:praveen@idctechnologies.com]
**Sent:** Friday, September 19, 2014 2:40 PM
**To:** 'Chinmay Tripathi'; Murali.Mandlem@tcs.com
**Cc:** Raghavendra Reddy Mamudur; 'Malleshwar Karri'; Srinivas.Punnamaraju@tc.com; Sarat.Pinapati@tcs.com; 'Prateek

Gattani'
**Subject:** [redacted] - Adobe CQ5 Solution Architect at San Francisco,CA [redacted]

Hi Chinmay/Murali,

Find the attached resume for Adobe CQ5 Solution Architect position.

Full Name: [redacted]
Contact [redacted]
Email [redacted]@live.com
Visa Status: H1B
Location: Irving, TX
Availability: One Week
Interview Availability: One hour prior notice
Skype ID: Live [redacted]
Relocation: Yes
Rate: $145/hr

Thanks & Regards

Praveen Geedi
Sr. Account Manager
IDC Technologies Inc
1851 McCarthy Boulevard, Suite 116, Milpitas, CA - 95035
Direct: 408-903-4154|| Email:- praveen@idctechnologies.com

Website:- www.idctechnologies.com

---

The information transmitted, including any content in this communication is confidential, is intended only for the use of the intended recipient and is the property of The Western Union Company or its affiliates and subsidiaries. If you are not the intended recipient, you are hereby notified that any use of the information contained in or transmitted with the communication or dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the Western Union sender immediately by replying to this message and delete the original message