# Exhibit 11

---

**From:** Vaishali Pundir <vaishali@diverselynx.com>
**Sent:** September 30, 2014 6:59 PM
**To:** Chandrachur Ghosh
**Cc:** Chinmay Tripathi (chinmay.tripathi@tcs.com)
**Subject:** Client Lifecycle Pega Sr Developer NYC_Kumaran Kannan
**Attachments:** [redacted].doc

Dear Chandra,

Good Afternoon! Please review. He is in India, but if he gets a project, I can deliver him, just like Naga. I have a guy from them working at Barclays for us.

**First Name:** [redacted]
**Last name:** [redacted]
Date of Birth (mm/dd/yyyy): [redacted]
Gender: Male
Nationality: Indian
Available for interview: 09/23/2014
Available to start project: (mm/dd/yyyy): 10/13/2014
Contact Number: [redacted]
Current Location: NJ
Time zone:EST
Email ID: kumaran.acct@gmail.com
Total IT Experience (Years): 10 years 5 months
Experience in Required Skills (Years): 4 years
Full Name of Degree: Master of Computer Applications (MCA)
College name, City : Bharathiar University, Coimbatore, Tamil Nadu, India
Specialization: Computer Applications
Duration Start Date (mm/dd/yyyy): 08/01/2000
Duration End Date (mm/dd/yyyy): 03/30/2003
% Marks/Grade: 68%
Type (Full time / Part time): Full Time Course
Rate: 85/hr

**Vaishali Pundir**
Senior Business Development Manager
Diverse Lynx LLC
Direct : 609-356-1596
Work : 732-452-1006 *124
Cell : 732-208-6072
Fax : 732-452-0684
vaishali@diverselynx.com
300 Alexander Park, Suite # 200
Princeton, NJ 08540