# Exhibit 13

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED