# Exhibit 14

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED