# Exhibit 15

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED