# Exhibit 19

**From:** Suresh Nadam <suresh.nadam@tcs.com>
**Sent:** September 22, 2014 9:42 PM
**To:** BFS NA CPs Grp;Chinmay Tripathi;Padmanabhareddy I;Raj1 Kumar;Raveendran Vk;Sandipkumar Dutta;Sasikumar B;Sayan Ghosh
**Subject:** VISA ready list - 19 Sep 2014
**Attachments:** VISA ready list - 19 September 2014.xlsx

Dear All,
Please review below VISA ready list for your respective accounts and talk to each of these individuals and convince them to travel onsite. We will review the progress in weekly calls with offshore RMG leads.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| [redacted] | 42 | 26 | 13 | 7 | 8 | 10 | 1 | 107 |
| [redacted] | 4 | 3 | | 3 | | | | 10 |
| | | | | | | 1 | | 1 |
| | | | | | 2 | | 1 | 3 |
| [redacted] | 1 | | | | | | | 1 |
| | 2 | | 2 | | | | | 4 |
| | 1 | | 1 | | 1 | | | 3 |
| [redacted] | 26 | 3 | 5 | | 3 | | | 37 |
| | | | 1 | | | | | 1 |
| | | 1 | | | | | | 1 |
| [redacted] | 11 | | 1 | | 1 | | | 13 |
| | | 1 | 1 | | | | | 2 |
| | 2 | | 2 | | | | 1 | 5 |
| | | | 1 | | | | | 1 |
| | 2 | | 1 | | | | | 3 |
| [redacted] | | 1 | 1 | | | | | 2 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| [redacted] | 52 | 6 | 2 | 10 | 5 | 3 | | 78 |
| | 1 | | | | | | | 1 |
| | 1 | | | | | | | 1 |
| | | | 1 | 1 | | | | 2 |
| | | | 1 | | | | | 1 |
| | 15 | | 2 | 8 | 1 | | | 26 |
| **Grand Total** | **160** | **41** | **35** | **29** | **21** | **14** | **3** | **303** |

Thanks & Regards
Suresh Nadam
Operations - BFS NA
Tata Consultancy Services
Ph:- +1 732 590 2602
Cell:- +1 732 331 4963
Mailto: suresh.nadam@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

| Count of EMP_NAME | | Category | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| BFS Unit | Account | Personal Constraints | Travelling in Q3 | Travelling in Q2 | Past Travel Date | Released | Release planned | No Travel Plan | Grand Total |
| NA1.1 | [redacted] | 42 | 26 | 13 | 7 | 8 | 10 | 1 | 107 |
| **NA1.1 Total** | | **42** | **26** | **13** | **7** | **8** | **10** | **1** | **107** |
| NA1.2 | [redacted] | 4 | 3 | | 3 | | | | 10 |
| | [redacted] | | | | | | 1 | | 1 |
| | [redacted] | | | | | 2 | | 1 | 3 |
| **NA1.2 Total** | | **4** | **3** | | **3** | **2** | **1** | **1** | **14** |
| NA2 | [redacted] | 1 | | | | | | | 1 |
| | [redacted] | 2 | | 2 | | | | | 4 |
| | [redacted] | 1 | | 1 | | 1 | | | 3 |
| **NA2 Total** | | **4** | | **3** | | **1** | | | **8** |
| NA3.1 | [redacted] | 26 | 3 | 5 | | 3 | | | 37 |
| | [redacted] | | | 1 | | | | | 1 |
| | [redacted] | | 1 | | | | | | 1 |
| **NA3.1 Total** | | **26** | **4** | **6** | | **3** | | | **39** |
| NA3.2 | [redacted] | 11 | | 1 | | 1 | | | 13 |
| | [redacted] | | 1 | 1 | | | | | 2 |
| | [redacted] | 2 | | 2 | | | | 1 | 5 |
| | [redacted] | | | 1 | | | | | 1 |
| | [redacted] | 2 | | 1 | | | | | 3 |
| **NA3.2 Total** | | **15** | **1** | **6** | | **1** | | **1** | **24** |
| NA3.3 | [redacted] | | 1 | 1 | | | | | 2 |
| **NA3.3 Total** | | | **1** | **1** | | | | | **2** |
| NA4 | [redacted] | 52 | 6 | 2 | 10 | 5 | 3 | | 78 |
| **NA4 Total** | | **52** | **6** | **2** | **10** | **5** | **3** | | **78** |
| NA5 | [redacted] | 1 | | | | | | | 1 |
| | [redacted] | 1 | | | | | | | 1 |
| | [redacted] | | | 1 | 1 | | | | 2 |
| | [redacted] | | | 1 | | | | | 1 |
| **NA5 Total** | | **2** | | **2** | **1** | | | | **5** |
| NA6 | [redacted] | 15 | | 2 | 8 | 1 | | | 26 |
| **NA6 Total** | | **15** | | **2** | **8** | **1** | | | **26** |
| **Grand Total** | | **160** | **41** | **35** | **29** | **21** | **14** | **3** | **303** |

| BFS Unit | Account | EMP_NO | EMP_NAME | Skill Set | Contact Number | Category | New Travel date | Travel Requ | Travel Date Old | Visa Type | Petition Validity Date | Visa Expiry | LCA Locatio |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NA1.1 | [redacted] | 154023 | [redacted] | Foundation - C - E0, JAVA - | [redacted] | Personal Constraints | | | | L1-B | #N/A | #N/A | #N/A |
| NA1.1 | [redacted] | 164434 | [redacted] | Documentum - E0, Mainfra | [redacted] | Personal Constraints | | | | H1-B | 30/Sep/15 | 30/Sep/15 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 180235 | [redacted] | IBM WebSphere Applicatio | [redacted] | Personal Constraints | | | | H1-B | 1/Feb/13 | 1/Feb/16 | NEW YORK, NY |
| NA1.1 | [redacted] | 181296 | [redacted] | Teradata/Mainframe | [redacted] | Personal Constraints | | | | H1-B | 15/Mar/13 | 15/Mar/16 | JACKSONVILLE, FL |
| NA1.1 | [redacted] | 223446 | [redacted] | Coaching - L1, Mainframe | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1-B | 30/Sep/14 | 30/Sep/14 | JACKSONVILLE, FL |
| NA1.1 | [redacted] | 226407 | [redacted] | Testing | [redacted] | Travelling in Q3 | Oct-14 | | | H1-B | 10/Aug/16 | 10/Aug/16 | AGOURA HILLS, CA |
| NA1.1 | [redacted] | 226807 | [redacted] | Knowledge of iQMS and Qu | [redacted] | Personal Constraints | | | | L1-A | #N/A | #N/A | #N/A |
| NA1.1 | [redacted] | 240422 | [redacted] | Genesys | [redacted] | Personal Constraints | | | | H1-B | 6/Nov/14 | 6/Nov/14 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 248258 | [redacted] | Testing | [redacted] | Personal Constraints | Ready to travel for long term. | | | H1-B | 30/Sep/15 | 30/Sep/15 | AGOURA HILLS, CA. |
| NA1.1 | [redacted] | 316748 | [redacted] | Mainframe | [redacted] | Personal Constraints | | | | H1 B - Petit | 31/May/16 | 0/Jan/00 | DALLAS, TX |
| NA1.1 | [redacted] | 316790 | [redacted] | Mainframe | [redacted] | Personal Constraints | | | | H1 B - Petit | 30/Sep/15 | 0/Jan/00 | JACKSONVILLE, FL |
| NA1.1 | [redacted] | 324797 | [redacted] | Testing | [redacted] | Travelling in Q3 | Nov 1, 2014 | | | H1-B | 13/Jul/16 | 13/Jul/16 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 333034 | [redacted] | Testing | [redacted] | Travelling in Q3 | Dec | | | H1-B | 13/Jul/16 | 13/Jul/16 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 346287 | [redacted] | Foundation - J2EE EJB 1.x/2 | [redacted] | Personal Constraints | | | | H1-B | 30/Sep/15 | 30/Sep/15 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 350453 | [redacted] | Oracle 10g - E1, Data Mi | [redacted] | No Travel Plan | | | | L1-B | #N/A | #N/A | #N/A |
| NA1.1 | [redacted] | 352761 | [redacted] | Mainframe | [redacted] | Personal Constraints | | | | H1-B | #N/A | #N/A | #N/A |
| NA1.1 | [redacted] | 368493 | [redacted] | Mainframe | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1 B - Petit | 30/Sep/14 | 0/Jan/00 | ADDISON, TX |
| NA1.1 | [redacted] | 371570 | [redacted] | Mainframe | [redacted] | Personal Constraints | | | | H1-B | #N/A | #N/A | #N/A |
| NA1.1 | [redacted] | 376402 | [redacted] | Foundation - Unix Administ | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1-B | 30/Sep/14 | 30/Sep/14 | SAN ANTONIO, TX |
| NA1.1 | [redacted] | 389303 | [redacted] | Testing | [redacted] | Travelling in Q3 | Oct | | | H1 B - Petit | 13/Jul/16 | 0/Jan/00 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 398261 | [redacted] | Testing | [redacted] | Travelling in Q3 | Oct | | | H1 B - Petit | 13/Jul/16 | 0/Jan/00 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 399868 | [redacted] | Testing | [redacted] | Travelling in Q3 | Dec | | | H1 B - Petit | 13/Jul/16 | 0/Jan/00 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 456928 | [redacted] | Testing | [redacted] | Travelling in Q3 | Nov-14 | | | H1-B | 13/Jul/16 | 13/Jul/16 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 456938 | [redacted] | Mainframe | [redacted] | Travelling in Q3 | Nov | | | H1 B - Petit | 31/May/16 | 0/Jan/00 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 460610 | [redacted] | Testing | [redacted] | Travelling in Q3 | Dec | | | H1-B | 13/Jul/16 | 13/Jul/16 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 466414 | [redacted] | Mainframe | [redacted] | Personal Constraints | | | | H1-B | #N/A | #N/A | #N/A |
| NA1.1 | [redacted] | 488505 | [redacted] | Mainframe | [redacted] | Travelling in Q3 | Oct-14 | | | H1 B - Petit | 31/May/16 | 0/Jan/00 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 571251 | [redacted] | Datastage | [redacted] | Personal Constraints | Travelling through Flagstar | | | H1 B - Petit | 31/May/16 | 0/Jan/00 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 119871 | [redacted] | [redacted] ordiant - E2, Foundati | [redacted] | Released | | | | L1-A | #N/A | #N/A | #N/A |
| NA1.1 | [redacted] | 178545 | [redacted] | Network Security (Process) | [redacted] | Personal Constraints | | | | H1 B - Petit | 31/May/16 | 0/Jan/00 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 184307 | [redacted] | Testing | [redacted] | Release planned | Sep | Proposed to Citi | | H1-B | 13/Jul/16 | 13/Jul/16 | AGOURA HILLS, CA |
| NA1.1 | [redacted] | 194879 | [redacted] | Java | [redacted] | Past Travel Date | Sep-14 | | | H1 B - Petit | 31/May/16 | 0/Jan/00 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 197080 | [redacted] | Mainframe DB2 - Applica | [redacted] | Personal Constraints | | | | L1-B | #N/A | #N/A | #N/A |
| NA1.1 | [redacted] | 202260 | [redacted] | Mainframe | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1-B | 30/Sep/14 | 30/Sep/14 | NEW YORK, NY |
| NA1.1 | [redacted] | 202520 | [redacted] | Mainframe | [redacted] | Released | | | | H1 B - Petit | 30/Sep/15 | 0/Jan/00 | JACKSONVILLE, FL |
| NA1.1 | [redacted] | 207936 | [redacted] | PL/SQL - E0, Foundation - | [redacted] | Travelling in Q3 | Nov-14 | | | H1-B | 13/Aug/16 | 13/Aug/16 | NEVARK, DE |
| NA1.1 | [redacted] | 208201 | [redacted] | IBM WebSphere Applica | [redacted] | Travelling in Q2 | Key PM for a Transformation Program | | | L1-B | #N/A | #N/A | #N/A |
| NA1.1 | [redacted] | 211684 | [redacted] | COBOL | [redacted] | Personal Constraints | | | | H1-B | 30/Sep/15 | 0/Jan/00 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 224542 | [redacted] | Mainframe/SOA/TIBCO | [redacted] | Travelling in Q2 | Sep 27, 2014 | | | H1-B | 27/Aug/16 | 0/Jan/00 | PENNINGTON, NJ |
| NA1.1 | [redacted] | 229728 | [redacted] | SQL Server | [redacted] | Personal Constraints | | | | H1 B - Petit | 30/Sep/15 | 30/Sep/15 | NEWARK, DE |
| NA1.1 | [redacted] | 233181 | [redacted] | .Net, C# | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1-B | 30/Sep/14 | 30/Sep/14 | PENNINGTON, NJ |
| NA1.1 | [redacted] | 233725 | [redacted] | Mainframe , Core JAVA, | [redacted] | Travelling in Q2 | Sep | | | H1-B | 29/Aug/16 | 0/Jan/00 | JACKSONVILLE, FL |
| NA1.1 | [redacted] | 243215 | [redacted] | SQ2,SSIS, SSRS | [redacted] | Release planned | Mapped to Russ | Confirmed v | Jun 22, 2014 | H1-B | 30/Sep/15 | 30/Sep/15 | PENNINGTON, NJ |
| NA1.1 | [redacted] | 245240 | [redacted] | Mainframe DB2 - Application | [redacted] | Personal Constraints | | | | H1-B | 30/Sep/15 | 30/Sep/15 | NEWARK, DE |
| NA1.1 | [redacted] | 246129 | [redacted] | Mainframe | [redacted] | Release planned | | | | H1 B - Petit | 27/Aug/16 | 0/Jan/00 | JACKSONVILLE, FL |
| NA1.1 | [redacted] | 247172 | [redacted] | Webmethod | [redacted] | Travelling in Q3 | Oct-14 | | | H1 B - Petit | 31/May/16 | 0/Jan/00 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 247389 | [redacted] | c# | [redacted] | Personal Constraints | | | | H1-B | 31/May/16 | 0/Jan/00 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 259233 | [redacted] | PL/SQL - E0, JAVA - E0, Fo | [redacted] | Past Travel Date | Sep 10, 2014 | | | H1 B - Petit | 13/Aug/16 | 13/Aug/16 | NEWARK, DE |
| NA1.1 | [redacted] | 259931 | [redacted] | IVR Technology,Java,Uni | [redacted] | Travelling in Q3 | Nov | | | H1-B | 31/May/16 | 0/Jan/00 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 312846 | [redacted] | Java | [redacted] | Past Travel Date | End of August | | Jun 22, 2014 | H1 B - Petit | 30/Sep/15 | 0/Jan/00 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 312986 | [redacted] | Testing | [redacted] | Travelling in Q2 | Sep-14 | | | H1-B | 31/May/16 | 31/May/16 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 313213 | [redacted] | PL/SQL | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1-B | 30/Sep/14 | 30/Sep/14 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 313294 | [redacted] | Mainframe | [redacted] | Travelling in Q3 | Oct | | | H1 B - Petit | 29/Aug/16 | 0/Jan/00 | JACKSONVILLE, FL |
| NA1.1 | [redacted] | 313306 | [redacted] | Testing | [redacted] | Travelling in Q3 | Nov-14 | | | H1-B | 13/Jul/16 | 13/Jul/16 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 318905 | [redacted] | Mainframe DB2 | [redacted] | Released | on ML | | | H1-B | 30/Sep/15 | 30/Sep/15 | WILSON, NC |
| NA1.1 | [redacted] | 323508 | [redacted] | Core Java, Struts | [redacted] | Personal Constraints | | | | H1 B - Petit | 30/Sep/15 | 0/Jan/00 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 326041 | [redacted] | Mainframe | [redacted] | Personal Constraints | | | | H1 B - Petit | 31/May/16 | 0/Jan/00 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 326270 | [redacted] | Mainframe | [redacted] | Personal Constraints | | | | H1-B | 31/May/16 | 0/Jan/00 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 333096 | [redacted] | Mainframe DB2 - Applicati | [redacted] | Past Travel Date | 2nd Sep | | | H1-B | 3/Sep/16 | 0/Jan/00 | LOS ANGELES, CA |
| NA1.1 | [redacted] | 333310 | [redacted] | Testing | [redacted] | Travelling in Q2 | Sep-14 | | | H1-B | 31/May/16 | 31/May/16 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 333341 | [redacted] | Testing | [redacted] | Travelling in Q2 | Sep-14 | | | H1-B | 31/May/16 | 31/May/16 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 333659 | [redacted] | Mainframe | [redacted] | Travelling in Q2 | Sep | | | H1-B | 13/Jul/16 | 0/Jan/00 | PENNINGTON, NJ |
| NA1.1 | [redacted] | 336076 | [redacted] | Testing | [redacted] | Past Travel Date | Aug-14 | | | H1-B | 31/May/16 | 31/May/16 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 338921 | [redacted] | Mainframe | [redacted] | Past Travel Date | Sep 13, 2014 | | | H1 B - Petit | 19/Aug/16 | 19/Aug/16 | DALLAS, TX |
| NA1.1 | [redacted] | 340019 | [redacted] | Mainframe | [redacted] | Travelling in Q3 | Oct | | | H1 B - Petit | 27/Aug/16 | 0/Jan/00 | JACKSONVILLE, FL |
| NA1.1 | [redacted] | 340322 | [redacted] | .Net | [redacted] | Personal Constraints | | | | H1-B | 30/Sep/15 | 0/Jan/00 | PENNINGTON, NJ |
| NA1.1 | [redacted] | 342775 | [redacted] | Mainframe | [redacted] | Release planned | | | | H1 B - Petit | 10/Aug/16 | 0/Jan/00 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 344098 | [redacted] | Mainframe | [redacted] | Personal Constraints | | | | H1-B | 27/Aug/16 | 0/Jan/00 | PENNINGTON, NJ |
| NA1.1 | [redacted] | 344578 | [redacted] | WebMethods | [redacted] | Personal Constraints | | | | H1 B - Petit | #N/A | #N/A | #N/A |
| NA1.1 | [redacted] | 350229 | [redacted] | Pl/SQL | [redacted] | Travelling in Q2 | Sep | | | H1-B | 31/May/16 | 0/Jan/00 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 353388 | [redacted] | Testing | [redacted] | Past Travel Date | 29th August | | | H1-B | 13/Jul/16 | 13/Jul/16 | PENNINGTON, NJ |
| NA1.1 | [redacted] | 354488 | [redacted] | ASP.NET | [redacted] | Release planned | | Proposed to | Jun 15, 2014 | H1-B | 16/Jul/16 | 16/Jul/16 | NEW YORK, NY |
| NA1.1 | [redacted] | 355193 | [redacted] | Testing | [redacted] | Travelling in Q3 | Nov-14 | | | H1-B | 29/May/13 | 29/May/16 | JACKSONVILLE, FL |
| NA1.1 | [redacted] | 356350 | [redacted] | Risk Management - E1, ASP.N | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1-B | 30/Sep/14 | 30/Sep/14 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 357505 | [redacted] | BEA Weblogic Application | [redacted] | Release planned | | | | H1 B - Petit | 30/Sep/15 | 30/Sep/15 | NEWJERSEY |
| NA1.1 | [redacted] | 363388 | [redacted] | VB | [redacted] | Travelling in Q2 | Sep 27, 2014 | | | H1-B | 5/Sep/16 | 5/Sep/16 | PENNINGTON, NJ |
| NA1.1 | [redacted] | 370109 | [redacted] | Mainframe | [redacted] | Released | | Confiremd for Capital market | | H1 B - Petit | 31/May/16 | 31/May/16 | CHARLOTTE, NC |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NA1.1 | [redacted] | 373875 | [redacted] | Mobile Computing | [redacted] | Personal Constraints | | | | H1 B - Petit | 30/Sep/15 | 0/Jan/00 | PENNINGTON, NJ |
| NA1.1 | [redacted] | 378020 | [redacted] | Mainframe | [redacted] | Release planned | | | | H1 B - Petit | 31/May/16 | 0/Jan/00 | JACKSONVILLE, FL |
| NA1.1 | [redacted] | 378231 | [redacted] | Mainframe | [redacted] | Travelling in Q3 | Oct | | | H1 B - Petit | 27/Aug/16 | 0/Jan/00 | JACKSONVILLE, FL |
| NA1.1 | [redacted] | 382045 | [redacted] | Java | [redacted] | Travelling in Q3 | Oct | | | H1 B - Petit | 27/Aug/16 | 0/Jan/00 | JACKSONVILLE, FL |
| NA1.1 | [redacted] | 385450 | [redacted] | JSP | [redacted] | Travelling in Q2 | Sep | | | H1-B | 13/Aug/16 | 13/Aug/16 | NEWARK, DE |
| NA1.1 | [redacted] | 386586 | [redacted] | ASP.net | [redacted] | Personal Constraints | | | | H1-B | 27/Aug/16 | 0/Jan/00 | PENNINGTON, NJ |
| NA1.1 | [redacted] | 387007 | [redacted] | Mainframe DB2 - Applica | [redacted] | Travelling in Q3 | Nov 1, 2014 | | | H1 B - Petit | 31/Jan/16 | 31/Jan/16 | NEWARK, DE |
| NA1.1 | [redacted] | 388491 | [redacted] | Java | [redacted] | Personal Constraints | | | | H1-B | 18/Sep/16 | 0/Jan/00 | NEWARK, DE |
| NA1.1 | [redacted] | 388654 | [redacted] | JCL | [redacted] | Personal Constraints | | | | H1-B | 27/Aug/16 | 0/Jan/00 | PENNINGTON, NJ |
| NA1.1 | [redacted] | 390638 | [redacted] | JSP, Java/J2EE, struts, w | [redacted] | Released | Proposed to WU. LCA under process. Travelling by | | | H1 B - Petit | 13/Aug/16 | 0/Jan/00 | NEWARK, DE |
| NA1.1 | [redacted] | 390657 | [redacted] | Testing | [redacted] | Release planned | | | | H1-B | 24/Oct/14 | 0/Jan/00 | PLEASANTON, CA |
| NA1.1 | [redacted] | 394214 | [redacted] | Mainframe | [redacted] | Travelling in Q3 | | | Jun 22, 2014 | H1 B - Petit | 31/May/16 | 0/Jan/00 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 395107 | [redacted] | Mainframe DB2 | [redacted] | Travelling in Q3 | Dec | | | H1-B | 30/Sep/15 | 0/Jan/00 | SAN ANTONIO, TX |
| NA1.1 | [redacted] | 398345 | [redacted] | Mainframe | [redacted] | Personal Constraints | | | Jul 10, 2014 | H1 B - Petit | 31/May/16 | 0/Jan/00 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 456809 | [redacted] | Java | [redacted] | Released | | | | H1 B - Petit | #N/A | #N/A | #N/A |
| NA1.1 | [redacted] | 460451 | [redacted] | Automation/QTP | [redacted] | Release planned | | Proposed to Citi | | H1 B - Petit | 31/May/16 | 0/Jan/00 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 462724 | [redacted] | ASP.net | [redacted] | Personal Constraints | | | | H1 B - Petit | 13/Jul/16 | 0/Jan/00 | PENNINGTON, NJ |
| NA1.1 | [redacted] | 469507 | [redacted] | RPG ILE | [redacted] | Personal Constraints | | | | H1-B | 3/Sep/16 | 3/Sep/16 | CHICAGO, IL |
| NA1.1 | [redacted] | 476270 | [redacted] | Mainframe | [redacted] | Released | | | | H1 B - Petit | 29/Aug/16 | 0/Jan/00 | JACKSONVILLE, FL |
| NA1.1 | [redacted] | 483045 | [redacted] | Mainframe | [redacted] | Travelling in Q3 | Nov | | | H1-B | 4/Sep/16 | 0/Jan/00 | AGOURA HILLS, CA. |
| NA1.1 | [redacted] | 512045 | [redacted] | Mainframe | [redacted] | Travelling in Q2 | 29th Sep | | | H1-B | 27/Aug/16 | 0/Jan/00 | PENNINGTON, NJ |
| NA1.1 | [redacted] | 514787 | [redacted] | Software Estimation - E0, O | [redacted] | Personal Constraints | | | | H1 B - Petit | 30/Sep/15 | 30/Sep/15 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 526244 | [redacted] | Business Intelligence | [redacted] | Travelling in Q2 | Sep | | | H1 B - Petit | 31/May/16 | 31/May/16 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 528157 | [redacted] | Unix | [redacted] | Personal Constraints | | | | H1-B | 31/May/16 | 0/Jan/00 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 528634 | [redacted] | JSP | [redacted] | Travelling in Q3 | Dec | | | H1 B - Petit | 13/Aug/16 | 0/Jan/00 | NEWARK, DE |
| NA1.1 | [redacted] | 529139 | [redacted] | JSP | [redacted] | Released | | | | H1-B | 13/Aug/16 | 0/Jan/00 | NEWARK, DE |
| NA1.1 | [redacted] | 534456 | [redacted] | PL/SQL | [redacted] | Travelling in Q2 | | | | H1-B | 13/Jul/16 | 13/Jul/16 | CHARLOTTE, NC |
| NA1.1 | [redacted] | 560626 | [redacted] | Web services | [redacted] | Travelling in Q3 | Oct | | | H1 B - Petit | 13/Jul/16 | 0/Jan/00 | NEWARK, DE |
| NA1.1 | [redacted] | 563150 | [redacted] | Mainframe | [redacted] | Travelling in Q3 | Oct | | | H1-B | 31/May/16 | 0/Jan/00 | ADDISON, TX |
| NA1.1 | [redacted] | 571647 | [redacted] | AS400 | [redacted] | Release planned | October | | Jun 22, 2014 | H1 B - Petit | 10/Aug/16 | 10/Aug/16 | AGOURA HILLS, CA. |
| NA1.2 | [redacted] | 399057 | [redacted] | Mobility | [redacted] | Release planned | | | | H1 B - Petit | 20/Aug/16 | 0/Jan/00 | TEMPE, AZ |
| NA1.2 | [redacted] | 168638 | [redacted] | Oracle 8i, 9i - E0, PL/SQL | [redacted] | Released | | | | H1-B | 30/Sep/14 | 30/Sep/14 | WOODBURY,MN |
| NA1.2 | [redacted] | 330485 | [redacted] | Testing(Manual),Oracle S | [redacted] | Released | | | | H1 B - Petit | 31/Dec/14 | 0/Jan/00 | SAN ANTONIO, TX |
| NA1.2 | [redacted] | 475191 | [redacted] | Mainframe | [redacted] | No Travel Plan | | | | H1 B - Petit | 31/May/16 | 0/Jan/00 | BLOOMINGTON, IL |
| NA2 | [redacted] | 255497 | [redacted] | c# | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1-B | 30/Sep/14 | 30/Sep/14 | MINNEAPOLIS, MN |
| NA2 | [redacted] | 249915 | [redacted] | c# | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1 B - Petit | 30/Sep/14 | 0/Jan/00 | WASHINGTON, DC |
| NA2 | [redacted] | 331559 | [redacted] | .Net | [redacted] | Travelling in Q2 | | | | H1 B - Petit | 6/Sep/16 | 6/Sep/16 | WASHINGTON, DC |
| NA2 | [redacted] | 471235 | [redacted] | Datastage | [redacted] | Travelling in Q2 | | | | H1-B | 31/May/16 | 31/May/16 | WASHINGTON, DC |
| NA2 | [redacted] | 527403 | [redacted] | ASP.net,c# | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1 B - Petit | 30/Sep/14 | 0/Jan/00 | WASHINGTON, DC |
| NA1.2 | [redacted] | 171387 | [redacted] | Informatica - E0, Micros | [redacted] | Personal Constraints | | | | L1-A | #N/A | #N/A | #N/A |
| NA1.2 | [redacted] | 306392 | [redacted] | Informatica - E0, PL/SQL | [redacted] | Personal Constraints | | | | H1-B | 30/Jan/13 | 13/Jan/16 | CLEVELAND, OH |
| NA1.2 | [redacted] | 313155 | [redacted] | Informatica - E0, PL/SQL | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1 B - Petit | 17/Oct/14 | 0/Jan/00 | CLEVELAND, OH |
| NA1.2 | [redacted] | 334080 | [redacted] | Informatica - E0, PL/SQL | [redacted] | Travelling in Q3 | 10th October | | | H1 B - Petit | 31/May/16 | 0/Jan/00 | STRONGSVILLE, OH |
| NA1.2 | [redacted] | 382313 | [redacted] | Informatica - E1, Ab Initi | [redacted] | Travelling in Q3 | Oct | | | H1 B - Petit | 31/Jul/16 | 0/Jan/00 | PITTSBURGH, PA |
| NA1.2 | [redacted] | 391763 | [redacted] | ASP.NET 2.0 - E1, Softwa | [redacted] | Past Travel Date | 25th August | Travelling by 1st week of Oct. LC | | H1 B | 31/May/16 | 0/Jan/00 | PITTSBURGH, PA |
| NA1.2 | [redacted] | 468650 | [redacted] | PL/SQL | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1-B | 30/Sep/14 | 30/Sep/14 | PITTSBURGH, PA |
| NA1.2 | [redacted] | 495675 | [redacted] | ASP.net | [redacted] | Travelling in Q3 | November | | | H1-B | 31/May/16 | 0/Jan/00 | PITTSBURGH, PA |
| NA1.2 | [redacted] | 512311 | [redacted] | ASP.NET 2.0 - E0, C# 3.0 | [redacted] | Past Travel Date | 15th August | | | H1-B | 26/Aug/16 | 0/Jan/00 | STRONGSVILLE, OH |
| NA1.2 | [redacted] | 763839 | [redacted] | 0 | [redacted] | Past Travel Date | | | | H1 B | 25/Jul/16 | 25/Jul/16 | PITTSBURGH, PA |
| NA3.1 | [redacted] | 722629 | [redacted] | System Z - CICS System A | [redacted] | Travelling in Q3 | Oct | | | H1-B | 20/Apr/15 | 0/Jan/00 | SANDIEGO, CA |
| NA2 | [redacted] | 220528 | [redacted] | Java | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1-B | 30/Sep/14 | 30/Sep/14 | MINNEAPOLIS, MN |
| NA2 | [redacted] | 225271 | [redacted] | Java Developer | [redacted] | Released | | Proposed and Confirmed with U | | H1 B - Petit | 3/Dec/14 | 0/Jan/00 | WASHINGTON, DC |
| NA2 | [redacted] | 871061 | [redacted] | Sharepoint | [redacted] | Travelling in Q2 | September | | | H1-B | #N/A | #N/A | #N/A |
| NA3.1 | [redacted] | 156716 | [redacted] | MS Technology | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1-B | 30/Sep/14 | 0/Jan/00 | WESTON, FL |
| NA3.1 | [redacted] | 173046 | [redacted] | Java | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1-B | 30/Sep/14 | 30/Sep/14 | WESTON, FL |
| NA3.1 | [redacted] | 190802 | [redacted] | Teradata | [redacted] | Personal Constraints | | | | H1 B - Petit | 30/Sep/15 | 0/Jan/00 | KANSAS CITY, MO |
| NA3.1 | [redacted] | 191274 | [redacted] | NA | [redacted] | Personal Constraints | | | | H1 B - Petit | 30/Sep/15 | 30/Sep/15 | WESTON, FL |
| NA3.1 | [redacted] | 198643 | [redacted] | Oracle 8i, 9i - E1, JAVA - | [redacted] | Personal Constraints | | | | H1 B - Petit | 31/Dec/14 | 0/Jan/00 | PHEONIX, AZ |
| NA3.1 | [redacted] | 255673 | [redacted] | SQL Server | [redacted] | Personal Constraints | | | | H1-B | 30/Sep/15 | 0/Jan/00 | WESTON, FL |
| NA3.1 | [redacted] | 258971 | [redacted] | ASP.ner | [redacted] | Personal Constraints | | | | H1-B | 18/May/12 | 18/May/15 | PHOENIX, AZ |
| NA3.1 | [redacted] | 260067 | [redacted] | PL/SQL - E0, JAVA - E0, C | [redacted] | Personal Constraints | | | | H1-B | 30/Sep/15 | 30/Sep/15 | MIRAMAR, FL |
| NA3.1 | [redacted] | 307294 | [redacted] | PL/SQL | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1 B - Petit | 30/Sep/14 | 30/Sep/14 | MIRAMAR, FL |
| NA3.1 | [redacted] | 308046 | [redacted] | Informatica - E0, PL/SQL | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1 B - Petit | 30/Sep/14 | 30/Sep/14 | ATLANTA, GA |
| NA3.1 | [redacted] | 311113 | [redacted] | Network Security (ISM) - | [redacted] | Personal Constraints | | | | H1-B | 30/Sep/15 | 30/Sep/15 | WESTON, FL |
| NA3.1 | [redacted] | 313688 | [redacted] | ASP.net, VB.net | [redacted] | Personal Constraints | | | | H1 B - Petit | 30/Sep/15 | 30/Sep/15 | WESTON, FL |
| NA3.1 | [redacted] | 323744 | [redacted] | .Net | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1-B | 30/Sep/14 | 0/Jan/00 | WESTON, FL |
| NA3.1 | [redacted] | 326282 | [redacted] | ASP.NET | [redacted] | Travelling in Q2 | 1st-15th Sep | | | H1 B - Petit | 31/May/16 | 0/Jan/00 | WESTON, FL |
| NA3.1 | [redacted] | 330518 | [redacted] | PL/SQL - E0, Foundation | [redacted] | Personal Constraints | | | | H1 B - Petit | 6/Dec/14 | 0/Jan/00 | WESTON, FL |
| NA3.1 | [redacted] | 332983 | [redacted] | Mainframe DB2 - Applica | [redacted] | Personal Constraints | | | | H1 B - Petit | 31/May/16 | 31/May/16 | IRVING, TX |
| NA3.1 | [redacted] | 335498 | [redacted] | AS400 | [redacted] | Released | | | No Travel Initiated | H1 B - Petit | 20/Aug/16 | 20/Aug/16 | PHOENIX, AZ |
| NA3.1 | [redacted] | 340844 | [redacted] | Foundation - JSP / Servle | [redacted] | Personal Constraints | | | | H1 B - Petit | 16/Oct/14 | 0/Jan/00 | WESTON, FL |
| NA3.1 | [redacted] | 341556 | [redacted] | PL/SQL - E0, Foundation | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1-B | 30/Sep/14 | 30/Sep/14 | PHOENIX, AZ |
| NA3.1 | [redacted] | 341661 | [redacted] | Software Security - E0 | [redacted] | Personal Constraints | | | | H1-B | 17/Jun/12 | 17/Jun/15 | WESTON, FL |
| NA3.1 | [redacted] | 346395 | [redacted] | Foundation - Core Java (. | [redacted] | Personal Constraints | | | | L1-B | #N/A | #N/A | #N/A |
| NA3.1 | [redacted] | 349052 | [redacted] | Sql Server/DB2 DBA | [redacted] | Personal Constraints | Ready to travel in Jan-15 | | | H1-B | 30/Sep/15 | 30/Sep/15 | MIRAMAR, FL |
| NA3.1 | [redacted] | 349064 | [redacted] | Sql Server DBA | [redacted] | Travelling in Q3 | October | | | H1-B | 30/Sep/15 | 30/Sep/15 | MIRAMAR, FL |
| NA3.1 | [redacted] | 350012 | [redacted] | Java | [redacted] | Released | | | | H1-B | 10/Aug/16 | 10/Aug/16 | PHOENIX, AZ |
| NA3.1 | [redacted] | 350591 | [redacted] | PL/SQL - E0, Foundation | [redacted] | Personal Constraints | | | | H1 B - Petit | 31/Dec/14 | 0/Jan/00 | SAN ANTONIO, TX |
| NA3.1 | [redacted] | 351394 | [redacted] | ASP.NET | [redacted] | Travelling in Q2 | 15-30th Sep | | | H1 B - Petit | 25/Dec/15 | 0/Jan/00 | WESTON, FL |
| NA3.1 | [redacted] | 361540 | [redacted] | SAP Database | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1 B - Petit | 30/Sep/14 | 0/Jan/00 | MIRAMAR, FL |
| NA3.1 | [redacted] | 363487 | [redacted] | Foundation - Java EE Per | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1-B | 30/Sep/14 | 30/Sep/14 | JERSEY CITY, NJ |
| NA3.1 | [redacted] | 389309 | [redacted] | Java | [redacted] | Travelling in Q2 | 15th-30th Sep | | | H1-B | 24/Aug/16 | 0/Jan/00 | PHOENIX, AZ |
| NA3.1 | [redacted] | 389327 | [redacted] | Foundation - JSP / Servle | [redacted] | Personal Constraints | | | | H1 B - Petit | 30/Sep/15 | 30/Sep/15 | MIRAMAR, FL |
| **NA3.1** | [redacted] | **399550** | [redacted] | **Mainframe** | [redacted] | Travelling in Q2 | **Travelling through BB&T** | | | **H1-B** | **31/May/16** | **31/May/16** | **BLOOMINGTON, IL** |
| NA3.1 | [redacted] | 460474 | [redacted] | Mainframe | [redacted] | Released | | | | H1-B | 13/Jul/16 | 13/Jul/16 | PHOENIX, AZ |
| NA3.1 | [redacted] | 464482 | [redacted] | Core Java | [redacted] | Personal Constraints | On ML. Reporting back in Oct. Ready to travel afte | | | H1-B | 31/May/16 | 31/May/16 | WESTON, FL |
| NA3.1 | [redacted] | 519667 | [redacted] | SQ2,SSIS, SSRS | [redacted] | Travelling in Q3 | Travelling through Key | | | H1-B | 8/Dec/14 | 8/Dec/14 | MIRAMAR, FL |
| NA3.1 | [redacted] | 534546 | [redacted] | PL/SQL | [redacted] | Travelling in Q2 | 15th-30th Sep | | | H1 B - Petit | 30/Sep/15 | 0/Jan/00 | PHOENIX, AZ |
| NA3.1 | [redacted] | 538284 | [redacted] | Foundation - Java Solutic | [redacted] | Personal Constraints | | | | H1 B - Petit | 22/Oct/14 | 0/Jan/00 | WESTON, FL |
| NA3.1 | [redacted] | 775629 | [redacted] | N/A | [redacted] | Travelling in Q3 | Visa transfer from other co. is in process | | | H1-B | #N/A | #N/A | #N/A |
| NA3.2 | [redacted] | 142060 | [redacted] | Mainframe DB2 - Applica | [redacted] | Personal Constraints | | | | L1-A | #N/A | #N/A | #N/A |
| NA3.2 | [redacted] | 154550 | [redacted] | Java, J2EE | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1 B - Petit | 30/Sep/14 | 0/Jan/00 | MINNEAPOLIS, MN |
| NA3.2 | [redacted] | 164262 | [redacted] | JSP | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1 B - Petit | 30/Sep/14 | 30/Sep/14 | MINNEAPOLIS, MN |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NA3.2 | [redacted] | 174481 | [redacted] | System Z - SAS (IBM HW) | [redacted] | Personal Constraints | | | | H1-B | 30/Sep/15 | 30/Sep/15 | MINNEAPOLIS, MN |
| NA3.2 | [redacted] | 205434 | [redacted] | Foundation - C - E2, JAVA | [redacted] | Travelling in Q2 | Associates joined accont in Q1 | | | L1-B | #N/A | #N/A | #N/A |
| NA3.2 | [redacted] | 221539 | [redacted] | Mainframe | [redacted] | Personal Constraints | | | | H1 B - Petit | 30/Sep/15 | 0/Jan/00 | MINNEAPOLIS, MN |
| NA3.2 | [redacted] | 244552 | [redacted] | Mainframe DB2 - Applica | [redacted] | Personal Constraints | | | | H1-B | 23/Oct/12 | 23/Oct/15 | MINNEAPOLIS, MN |
| NA3.2 | [redacted] | 308302 | [redacted] | Email Security & Unix Ser | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1 B - Petit | 30/Sep/14 | 30/Sep/14 | MINNEAPOLIS, MN |
| NA3.2 | [redacted] | 314084 | [redacted] | JCL | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1-B | 30/Sep/14 | 30/Sep/14 | MINNEAPOLIS, MN |
| NA3.2 | [redacted] | 314697 | [redacted] | PL/SQL - E0, JAVA - E0, J2 | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1-B | 9/Oct/14 | 0/Jan/00 | MINNEAPOLIS, MN |
| NA3.2 | [redacted] | 315288 | [redacted] | PL/SQL - E0, IBM WebSp | [redacted] | Personal Constraints | | | | H1 B - Petit | 2/Sep/16 | 0/Jan/00 | MINNEAPOLIS, MN |
| NA3.2 | [redacted] | 329033 | [redacted] | Oracle DBA | [redacted] | Released | | | Jul 31, 2014 | H1-B | 31/Oct/12 | 31/Oct/15 | MINNEAPOLIS, MN |
| NA3.2 | [redacted] | 513306 | [redacted] | Testing | [redacted] | Personal Constraints | | | | H1-B | 26/Nov/14 | 0/Jan/00 | MINNEAPOLIS, MN |
| NA3.3 | [redacted] | 204043 | [redacted] | PL/SQL - E2, C# - E0, ASP | [redacted] | Travelling in Q3 | | | | H1 B - Petit | 31/Jul/16 | 31/Jul/16 | SAN ANTONIO, TX |
| NA3.3 | [redacted] | 342421 | [redacted] | Informatica - E0, Ab Initi | [redacted] | Travelling in Q2 | | | | H1-B | 24/Jul/16 | 24/Jul/16 | SAN ANTONIO, TX |
| NA3.2 | [redacted] | 326806 | [redacted] | Mainframe DB2 - Applica | [redacted] | Travelling in Q2 | | | | H1-B | 30/Sep/14 | 30/Sep/14 | NEW YORK, NY |
| NA3.2 | [redacted] | 516585 | [redacted] | Datastage | [redacted] | Travelling in Q3 | | Published to all accounts | | H1 B - Petit | 30/Sep/15 | 30/Sep/15 | TROY, MI |
| NA3.2 | [redacted] | 242225 | [redacted] | Oracle 8i, 9i - E0, PL/SQL | [redacted] | Personal Constraints | | | | H1 B - Petit | 31/May/16 | 0/Jan/00 | COLUMBUS, OH |
| NA3.2 | [redacted] | 318510 | [redacted] | Foundation - C - E1, SS7 ( | [redacted] | No Travel Plan | | | | H1-B | 31/May/16 | 31/May/16 | COLUMBUS, OH |
| NA3.2 | [redacted] | 331161 | [redacted] | Java | [redacted] | Personal Constraints | Ready to travel after August due to personal const | | | H1-B | 30/Sep/15 | 30/Sep/15 | CHARLOTTE, NC |
| NA3.2 | [redacted] | 343853 | [redacted] | PL/SQL - E0, Foundation | [redacted] | Travelling in Q2 | | | | H1-B | 11/Sep/16 | 0/Jan/00 | COLUMBUS, OH |
| NA3.2 | [redacted] | 468121 | [redacted] | Foundation - Core Java (J | [redacted] | Travelling in Q2 | | | | H1-B | 31/May/16 | 0/Jan/00 | COLUMBUS, OH |
| NA3.2 | [redacted] | 351077 | [redacted] | Pl/SQL | [redacted] | Travelling in Q2 | Sep | | Jun 28, 2014 | H1-B | 31/May/16 | 31/May/16 | MINNEAPOLIS, MN |
| NA3.1 | [redacted] | 454149 | [redacted] | Functional Tester | [redacted] | Travelling in Q2 | | | | H1-B | 27/Oct/14 | 27/Oct/14 | TORRANCE, CA |
| NA3.2 | [redacted] | 190064 | [redacted] | Foundation - C++ - E0, C( | [redacted] | Travelling in Q2 | | | | L1-B | #N/A | #N/A | #N/A |
| NA3.2 | [redacted] | 258409 | [redacted] | C# - E0, Knowledge of iQ | [redacted] | Personal Constraints | | | | H1 B - Petit | 30/Sep/15 | 0/Jan/00 | MINNEAPOLIS, MN |
| NA3.2 | [redacted] | 326057 | [redacted] | Mainframe DB2 - Applica | [redacted] | Personal Constraints | | | | H1 B - Petit | 31/May/16 | 31/May/16 | IRVING, TX |
| NA4 | [redacted] | 130044 | [redacted] | Oracle 8i, 9i - E2, PL/SQL | [redacted] | Personal Constraints | | | | L1-A | #N/A | #N/A | #N/A |
| NA4 | [redacted] | 154941 | [redacted] | BEA Weblogic Applicatio | [redacted] | Personal Constraints | | | | H1 B - Petit | 30/Sep/15 | 30/Sep/15 | JACKSONVILLE, FL |
| NA4 | [redacted] | 159508 | [redacted] | Mainframe DB2 - Applica | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1-B | 30/Sep/14 | 30/Sep/14 | CINCINNATI, OH |
| NA4 | [redacted] | 161493 | [redacted] | Ab Initio - E2, Foundation | [redacted] | Personal Constraints | | | | H1-B | 30/Sep/15 | 30/Sep/15 | BALTIMORE, MD |
| NA4 | [redacted] | 180059 | [redacted] | BEA Weblogic Applicatio | [redacted] | Personal Constraints | | | | L1-B | #N/A | #N/A | #N/A |
| NA4 | [redacted] | 193009 | [redacted] | Java,c | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1-B | 30/Sep/14 | 30/Sep/14 | JACKSONVILLE, FL |
| NA4 | [redacted] | 196155 | [redacted] | **Ab Initio** | [redacted] | Personal Constraints | | | | H1 B - Petit | 11/Nov/14 | 11/Nov/14 | WARREN, MI |
| NA4 | [redacted] | 197662 | [redacted] | Mainframe | [redacted] | Personal Constraints | Ready to travel | | | H1-B | 27/Feb/12 | 27/Feb/15 | O'FALLON, MI |
| NA4 | [redacted] | 201028 | [redacted] | Network Security (ISM) - | [redacted] | Personal Constraints | | | | L1-B | #N/A | #N/A | #N/A |
| NA4 | [redacted] | 201529 | [redacted] | Testing | [redacted] | Travelling in Q3 | 30th November | | | H1-B | 20/Feb/12 | 20/Feb/15 | O'FALLON, MI |
| NA4 | [redacted] | 202867 | [redacted] | Java, Testing | [redacted] | Personal Constraints | | | | H1-B | 30/Sep/15 | 0/Jan/00 | JACKSONVILLE, FL |
| NA4 | [redacted] | 202962 | [redacted] | Vignette | [redacted] | Personal Constraints | | | | H1 B - Petit | 30/Mar/12 | 30/Mar/15 | O'FALLON, MI |
| NA4 | [redacted] | 205162 | [redacted] | Cognos | [redacted] | Past Travel Date | 31st August | Mapped to SVB | | H1 B - Petit | 31/May/16 | 0/Jan/00 | IRVING, TX |
| NA4 | [redacted] | 205461 | [redacted] | Mainframe | [redacted] | Release planned | | Published to all accounts | | H1-B | 31/Oct/14 | 31/Oct/14 | MINNEAPOLIS, MN |
| NA4 | [redacted] | 208327 | [redacted] | Testing | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1-B | 30/Sep/14 | 0/Jan/00 | JACKSONVILLE, FL |
| NA4 | [redacted] | 211248 | [redacted] | BA | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1-B | 30/Sep/14 | 30/Sep/14 | CLEVELAND, OH |
| NA4 | [redacted] | 212797 | [redacted] | QC,QTP,VBScripts,SQL | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1 B - Petit | 30/Sep/14 | 30/Sep/14 | O FALLON, MO |
| NA4 | [redacted] | 221155 | [redacted] | System Z - VSAM (IBM H | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1 B - Petit | 30/Sep/14 | 30/Sep/14 | BLUE ASH, OH |
| NA4 | [redacted] | 231611 | [redacted] | Java | [redacted] | Past Travel Date | Sep 1, 2014 | | | H1 B - Petit | 30/Sep/15 | 30/Sep/15 | HAGERSTOWN, MD |
| NA4 | [redacted] | 236858 | [redacted] | Unix shell scripting | [redacted] | Personal Constraints | Ready to travel in Oct. | | | H1-B | #N/A | #N/A | #N/A |
| NA4 | [redacted] | 239794 | [redacted] | BA | [redacted] | Release planned | | Proposed to WU/TD | | H1-B | 23/Oct/14 | 0/Jan/00 | BLUE ASH, OH |
| NA4 | [redacted] | 239967 | [redacted] | Oracle 8i, 9i - E0, PL/SQL | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1 B - Petit | 30/Sep/14 | 30/Sep/14 | JACKSONVILLE, FL |
| NA4 | [redacted] | 245989 | [redacted] | Mainframe DB3 | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1-B | 30/Sep/14 | 30/Sep/14 | SIOUX FALLS, SD |
| NA4 | [redacted] | 249428 | [redacted] | Foundation - TCS Testify | [redacted] | Personal Constraints | | | | H1-B | 30/Sep/15 | 30/Sep/15 | WARREN, NJ |
| NA4 | [redacted] | 251315 | [redacted] | Mainframe | [redacted] | Past Travel Date | 31st August | | 31st August | H1-B | 13/Jul/16 | 13/Jul/16 | LONG ISLAND CITY, NY |
| NA4 | [redacted] | 254441 | [redacted] | Mainframe DB2 - Applica | [redacted] | Personal Constraints | | | | H1 B - Petit | 25/Nov/14 | 25/Nov/14 | SIOUX FALLS, SD |
| NA4 | [redacted] | 255905 | [redacted] | Java | [redacted] | Personal Constraints | | | | H1 B - Petit | 30/Sep/15 | 0/Jan/00 | O FALLON, MO |
| NA4 | [redacted] | 258749 | [redacted] | Microsoft IIS server - E1, | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1 B - Petit | 30/Sep/14 | 30/Sep/14 | ELK GROVE VILLAGE, IL |
| NA4 | [redacted] | 310792 | [redacted] | Visual C++ - E2, C# - E0, I | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1-B | 30/Sep/14 | 30/Sep/14 | CINCINNATI, OH |
| NA4 | [redacted] | 311689 | [redacted] | oracle | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1-B | 30/Sep/14 | 30/Sep/14 | WARREN, NJ |
| NA4 | [redacted] | 313409 | [redacted] | Pro*C - E1, Network Sec | [redacted] | Personal Constraints | | | | H1 B - Petit | 13/Jul/16 | 13/Jul/16 | IRVING, TX |
| NA4 | [redacted] | 314524 | [redacted] | Ab Initio - E1, Teradata - | [redacted] | Personal Constraints | | | | H1 B - Petit | 13/Jul/16 | 0/Jan/00 | LONG ISLAND CITY, NY |
| NA4 | [redacted] | 324868 | [redacted] | Mainframe/SAS | [redacted] | Past Travel Date | 31st August | | | H1 B | 15/Dec/14 | 0/Jan/00 | LONG ISLAND CITY, NY |
| NA4 | [redacted] | 325265 | [redacted] | Mainframe | [redacted] | Personal Constraints | | | | H1-B | 13/Jul/16 | 0/Jan/00 | JACKSONVILLE, FL |
| NA4 | [redacted] | 325403 | [redacted] | Testing | [redacted] | Past Travel Date | 9th August | | | H1-B | 13/Jul/16 | 13/Jul/16 | LONG ISLAND CITY, NY |
| NA4 | [redacted] | 325971 | [redacted] | Mainframe DB2 - Applica | [redacted] | Past Travel Date | 31st August | | | H1-B | 31/May/16 | 31/May/16 | IRVING, TX |
| NA4 | [redacted] | 325976 | [redacted] | Mainframe | [redacted] | Personal Constraints | | | | H1-B | 13/Jul/16 | 13/Jul/16 | JERSEY CITY, NJ |
| NA4 | [redacted] | 325997 | [redacted] | Ab initio | [redacted] | Past Travel Date | 31st August | | | H1-B | 31/May/16 | 31/May/16 | IRVING, TX |
| NA4 | [redacted] | 326046 | [redacted] | Mainframe DB2 - Applica | [redacted] | Personal Constraints | Marriage | | | H1 B - Petit | 31/May/16 | 31/May/16 | ELK GROVE VILLAGE, IL |
| NA4 | [redacted] | 332277 | [redacted] | Unix Shell Scripting | [redacted] | Personal Constraints | | | 18-Jul-14 | H1 B - Petit | 31/May/15 | 0/Jan/00 | BLOOMINGTON, IL |
| NA4 | [redacted] | 332698 | [redacted] | Java | [redacted] | Released | | Confirmed with Boa | | H1 B - Petit | 13/Jul/16 | 13/Jul/16 | WARREN, NJ |
| NA4 | [redacted] | 332865 | [redacted] | Mainframe DB2 - Applica | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1 B - Petit | 30/Sep/14 | 30/Sep/14 | SIOUX FALLS, SD |
| NA4 | [redacted] | 334260 | [redacted] | TIBCO | [redacted] | Personal Constraints | Ready to Travel immediately. There is a tenative p | | | H1-B | 13/Jul/16 | 13/Jul/16 | IRVING, TX |
| NA4 | [redacted] | 334868 | [redacted] | Mainframe | [redacted] | Travelling in Q3 | 31st October | | | H1 B - Petit | 31/May/16 | 31/May/16 | SIOUX FALLS, SD |
| NA4 | [redacted] | 337004 | [redacted] | Mainframe DB2 - Applica | [redacted] | Travelling in Q3 | | | | H1-B | 31/May/16 | 31/May/16 | SIOUX FALLS, SD |
| NA4 | [redacted] | 337195 | [redacted] | Mainframe | [redacted] | Travelling in Q3 | 31st October | | Jun 29, 2014 | H1-B | 31/Jan/16 | 31/Jan/16 | IRVING, TX |
| NA4 | [redacted] | 340077 | [redacted] | Unix shell scripting | [redacted] | Personal Constraints | | | | H1 B - Petit | 31/May/16 | 0/Jan/00 | JACKSONVILLE, FL |
| NA4 | [redacted] | 340415 | [redacted] | Performance Testing | [redacted] | Personal Constraints | Ready to travel now | | | H1 B - | 31/May/16 | 31/May/16 | IRVING, TX |
| NA4 | [redacted] | 340808 | [redacted] | .Net | [redacted] | Personal Constraints | Associate not re | Associate n | | H1 B | 31/May/16 | 31/May/16 | IRVING, TX |
| NA4 | [redacted] | 341082 | [redacted] | Automation Testing (Lisa | [redacted] | Personal Constraints | Ready to travel after Feb-15. | | | H1-B | 30/Sep/15 | 30/Sep/15 | JACKSONVILLE, FL |
| NA4 | [redacted] | 342600 | [redacted] | PL/SQL | [redacted] | Personal Constraints | | | | H1-B | 30/Sep/15 | 30/Sep/15 | BALTIMORE, MD |
| NA4 | [redacted] | 346162 | [redacted] | PerformanceTesting | [redacted] | Release planned | | Proposed to TFS | | H1 B - Petit | 31/May/16 | 31/May/16 | IRVING, TX |
| NA4 | [redacted] | 347196 | [redacted] | PerformanceTesting | [redacted] | Past Travel Date | 31st August | | | H1-B | 31/May/16 | 31/May/16 | IRVING, TX |
| NA4 | [redacted] | 347260 | [redacted] | Testing | [redacted] | Travelling in Q3 | | | | H1 B - Petit | 31/May/16 | 31/May/16 | IRVING, TX |
| NA4 | [redacted] | 347260 | [redacted] | PL/SQL - E0, Foundation | [redacted] | Travelling in Q3 | | | | H1 B - Petit | 31/May/16 | 31/May/16 | IRVING, TX |
| NA4 | [redacted] | 347827 | [redacted] | Mainframe | [redacted] | Past Travel Date | 29th August | | | H1-B | 31/Jan/16 | 31/Jan/16 | SIOUX FALLS, SD |
| NA4 | [redacted] | 348567 | [redacted] | Test Lead | [redacted] | Released | Personal constra | Visa expiring in Oct-14 | | H1 B - Petit | 28/Oct/14 | 28/Oct/14 | LONG ISLAND CITY, NY |
| NA4 | [redacted] | 352378 | [redacted] | TIBCO | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1 B - Petit | 30/Sep/14 | 30/Sep/14 | JACKSONVILLE, FL |
| NA4 | [redacted] | 359923 | [redacted] | PL/SQL | [redacted] | Travelling in Q2 | 30th Sep | | | H1-B | 13/Jul/16 | 13/Jul/16 | WARREN, NJ |
| NA4 | [redacted] | 360730 | [redacted] | Mainframe DB2 - Applica | [redacted] | Personal Constraints | | | | H1 B - Petit | 14/Oct/14 | 14/Oct/14 | ELK GROVE VILLAGE, IL |
| NA4 | [redacted] | 366420 | [redacted] | ASP.NET | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1 B - Petit | 30/Sep/14 | 0/Jan/00 | LONG ISLAND CITY, NY |
| NA4 | [redacted] | 367760 | [redacted] | Loans and Mortgages - E | [redacted] | Personal Constraints | | | | H1 B - Petit | 10/Nov/14 | 10/Nov/14 | O FALLON, MO |
| NA4 | [redacted] | 367760 | [redacted] | Loans and Mortgages - E | [redacted] | Personal Constraints | | | | H1 B - Petit | 10/Nov/14 | 10/Nov/14 | O FALLON, MO |
| NA4 | [redacted] | 371501 | [redacted] | Foundation - JSP / Servle | [redacted] | Personal Constraints | Ready to travel after october | | | H1 B - Petit | 31/May/16 | 31/May/16 | HAGERSTOWN, MD |
| NA4 | [redacted] | **383761** | [redacted] | **Java** | [redacted] | Personal Constraints | Ready to travel after october | | | H1-B | 31/May/16 | 31/May/16 | IRVING, TX |
| NA4 | [redacted] | 385672 | [redacted] | Java | [redacted] | Personal Constraints | | | 31-Jul-14 | H1-B | 31/Jan/16 | 31/Jan/16 | HAGERSTOWN, MD |
| NA4 | [redacted] | 387297 | [redacted] | TLM/Unix/Oracle | [redacted] | Released | | Proposed to FNB | | H1-B | 5/Nov/14 | 5/Nov/14 | WARREN, NJ |
| NA4 | [redacted] | 392436 | [redacted] | JSP | [redacted] | Personal Constraints | | | | H1-B | 13/Jul/16 | 13/Jul/16 | JERSEY CITY, NJ |
| NA4 | [redacted] | 394370 | [redacted] | Mainframe DB2 - Applica | [redacted] | Past Travel Date | 1st week of Augu | | | H1-B | 30/Sep/14 | 30/Sep/14 | ELK GROVE VILLAGE, IL |
| NA4 | [redacted] | 453462 | [redacted] | Clearcase | [redacted] | Personal Constraints | | | | H1-B | 30/Sep/15 | 30/Sep/15 | HAGERSTOWN, MD |
| NA4 | [redacted] | 461364 | [redacted] | Mainframe | [redacted] | Personal Constraints | on ML. Ready to travel in Feb | | | H1 B - Petit | 31/May/16 | 31/May/16 | ELK GROVE VILLAGE, IL |
| NA4 | [redacted] | **466154** | [redacted] | **Java** | [redacted] | Travelling in Q2 | | | | H1-B | 31/Dec/14 | 31/Dec/14 | SAN ANTONIO, TX |
| NA4 | [redacted] | 467777 | [redacted] | PL/SQL - E1, Foundation | [redacted] | Personal Constraints | | | | H1-B | 30/Sep/15 | 30/Sep/15 | NEWARK, DE |
| NA4 | [redacted] | 475026 | [redacted] | Testing | [redacted] | Released | August | | | H1-B | 30/Sep/14 | 30/Sep/14 | NEW YORK, NY |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NA4 | [redacted] | 480746 | [redacted] | JSP | [redacted] | Personal Constraints | Ready to travel. Citi is considering him. | | | H1 B - Petit | 31/May/16 | 0/Jan/00 | IRVING, TX |
| NA4 | [redacted] | 483043 | [redacted] | CICS | [redacted] | Released | | | | H1 B - Petit | 30/Sep/15 | 30/Sep/15 | BALTIMORE, MD |
| NA4 | [redacted] | 499775 | [redacted] | Foundation - C - E1, ASP | [redacted] | Personal Constraints | | | | H1 B - Petit | 30/Sep/15 | 30/Sep/15 | JACKSONVILLE, FL |
| NA4 | [redacted] | 528105 | [redacted] | TIBCO | [redacted] | Personal Constraints | Ready to travel in Dec. | | | H1 B - Petit | 31/Jan/16 | 31/Jan/16 | IRVING, TX |
| NA5 | [redacted] | 258168 | [redacted] | C# - E0, ASP.NET - E0, S | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1 B - Petit | 30/Sep/14 | 0/Jan/00 | JERSEY CITY, NJ |
| NA5 | [redacted] | 260566 | [redacted] | Mainframe DB2 - Applic | [redacted] | Personal Constraints | Visa expiring in Sep-14 | | | H1 B - Petit | 30/Sep/14 | 0/Jan/00 | NEW YORK, NY |
| NA5 | [redacted] | 326172 | [redacted] | PL/SQL - E0, Foundatio | [redacted] | Past Travel Date | 31st August | | | H1 B - Petit | 31/May/16 | 31/May/16 | DALLAS, TX |
| NA5 | [redacted] | 468154 | [redacted] | ASP.NET 2.0 - E1, Found | [redacted] | Travelling in Q2 | 2oth Sep-14 | | | H1 B - Petit | 30/Sep/15 | 30/Sep/15 | PENNINGTON, NJ |
| NA5 | [redacted] | 461152 | [redacted] | Webservices | [redacted] | Travelling in Q2 | | | | H1-B | 12/Sep/16 | 12/Sep/16 | SAN DIEGO, CA |
| NA6 | [redacted] | 108608 | [redacted] | Java,C++ | [redacted] | Personal Constraints | | | | L1-A | #N/A | #N/A | #N/A |
| NA6 | [redacted] | 127796 | [redacted] | Oracle 8i, 9i - E0, PL/SQL - | [redacted] | Personal Constraints | | | | L1-A | #N/A | #N/A | #N/A |
| NA6 | [redacted] | 159751 | [redacted] | Java | [redacted] | Personal Constraints | Ready to travel after Nov-14 | | | H1-B | 31/Dec/12 | 31/Dec/15 | WILMINGTON, DE |
| NA6 | [redacted] | 166285 | [redacted] | Mainframe DB2 - Applicat | [redacted] | Personal Constraints | | | | H1 B - Petit | 7/Oct/14 | 0/Jan/00 | COLUMBUS, OH |
| NA6 | [redacted] | 185815 | [redacted] | Foundation - JSP / Servlet | [redacted] | Personal Constraints | | | | L1-A | #N/A | #N/A | #N/A |
| NA6 | [redacted] | 186125 | [redacted] | Informatica - E0, Ab Initio | [redacted] | Personal Constraints | | | | L1-A | 22-Jan-16 | 22-Jan-16 | #N/A |
| NA6 | [redacted] | 190359 | [redacted] | PL/SQL - E0, Foundation - | [redacted] | Personal Constraints | | | | L1-B | #N/A | #N/A | #N/A |
| NA6 | [redacted] | 191745 | [redacted] | QTP Testing | [redacted] | Personal Constraints | | | | H1 B - Petit | 30/Sep/15 | 0/Jan/00 | NEW YORK, NY |
| NA6 | [redacted] | 207040 | [redacted] | Mainframe DB2 - Applicat | [redacted] | Personal Constraints | | | | H1-B | 27/Aug/16 | 27/Aug/16 | CHICAGO, IL |
| NA6 | [redacted] | 230573 | [redacted] | ASP.net, VB.net.,sql serve | [redacted] | Personal Constraints | | | | H1 B - Petit | 31/May/16 | 31/May/16 | COLUMBUS, OH |
| NA6 | [redacted] | 230661 | [redacted] | System Z - CICS (IBM HW) | [redacted] | Personal Constraints | | | | L1-B | #N/A | #N/A | #N/A |
| NA6 | [redacted] | 245196 | [redacted] | Pl/SQL | [redacted] | Past Travel Date | | | | H1 B - Petit | 31/Aug/16 | 31/Aug/16 | NEWARK, DE |
| NA6 | [redacted] | 305485 | [redacted] | Mainframe DB2 | [redacted] | Personal Constraints | Was on ML. Ready to travel to NY/NJ. | | | H1 B - Petit | 30/Sep/15 | 30/Sep/15 | COLUMBUS, OH |
| NA6 | [redacted] | 311308 | [redacted] | Testing/QA | [redacted] | Past Travel Date | 15th August | | | H1-B | 13/Aug/16 | 13/Aug/16 | CHICAGO, IL |
| NA6 | [redacted] | 312303 | [redacted] | Mainframe | [redacted] | Personal Constraints | | | | H1 B - Petit | 13/Jul/16 | 0/Jan/00 | NEW YORK, NY |
| NA6 | [redacted] | 315494 | [redacted] | Mainframe DB2 | [redacted] | Personal Constraints | | | | H1 B - Petit | 30/Sep/15 | 0/Jan/00 | COLUMBUS, OH |
| NA6 | [redacted] | 349834 | [redacted] | Manual Testing | [redacted] | Personal Constraints | Ready to travel in Dec. | | | H1-B | 13/Jul/16 | 13/Jul/16 | NEW YORK, NY |
| NA6 | [redacted] | 355154 | [redacted] | Call Recording (Nice), D | [redacted] | Past Travel Date | Sep 12, 2104 | | | H1 B - Petit | 30/Sep/15 | 0/Jan/00 | WILMINGTON, DE |
| NA6 | [redacted] | 388729 | [redacted] | Mainframe DB2 - Applic | [redacted] | Past Travel Date | Sep 6, 2014 | | | H1 B - Petit | 27/Aug/16 | 0/Jan/00 | CHICAGO, IL |
| NA6 | [redacted] | 388958 | [redacted] | Mainframe DB2 - Applic | [redacted] | Past Travel Date | Sep 12, 2104 | | | H1-B | 27/Aug/16 | 0/Jan/00 | CHICAGO, IL |
| NA6 | [redacted] | 463216 | [redacted] | C++/VC++ | [redacted] | Past Travel Date | Sep 12, 2104 | | | H1-B | 13/Jul/16 | 0/Jan/00 | WILMINGTON, DE |
| NA6 | [redacted] | 474754 | [redacted] | Java | [redacted] | Travelling in Q2 | Marriage leave till 29th Aug. Travel in Sep | | | H1 B - Petit | 19/Aug/16 | 0/Jan/00 | JERSEY CITY, NJ |
| NA6 | [redacted] | 477337 | [redacted] | Hadoop/Informatica | [redacted] | Travelling in Q2 | 19th Sep | | | H1 B - Petit | 27/Aug/16 | 0/Jan/00 | KING OF PRUSSIA, PA |
| NA6 | [redacted] | 477470 | [redacted] | Mainframe DB2 - Applic | [redacted] | Past Travel Date | 30th August | | | H1 B - Petit | 27/Aug/16 | 27/Aug/16 | CHICAGO, IL |
| NA6 | [redacted] | 512820 | [redacted] | JSP | [redacted] | Past Travel Date | Sep 6, 2014 | | | H1 B - Petit | 27/Aug/16 | 27/Aug/16 | CHICAGO, IL |
| NA6 | [redacted] | 516399 | [redacted] | Cognos Reporting - E1, | [redacted] | Released | | Confirmed with Citi | | H1-B | 30/Sep/15 | 30/Sep/15 | WARREN, NJ |