# Exhibit 21

---

**From:** Chinmay Tripathi <chinmay.tripathi@tcs.com>
**Sent:** October 30, 2014 3:41 PM
**To:** [redacted] Govindan Anita
**Cc:** Nagaraja Rao (nagaraja.rao@tcs.com);raj1.kumar@tcs.com;[redacted]
**Subject:** Re: TCS Expats Visa ready M/F profiles

Dear Anita,

Request your help.

Regards
Chinmay Tripathi
RMG Lead,BFS NA
Follow me on KNOME: https://knome.ultimatix.net/u/chinmay.tripathi
Tata Consultancy Services
379 Thornall Street - 4th Floor
Edison,New Jersey - 08837
United States
Cell:- 732 429 6208
Mailto: chinmay.tripathi@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

From: [redacted]
To: "Chinmay Tripathi (chinmay.tripathi@tcs.com) (chinmay.tripathi@tcs.com) (chinmay.tripathi@tcs.com)" <chinmay.tripathi@tcs.com>, "raj1.kumar@tcs.com" <raj1.kumar@tcs.com>
Cc: [redacted] "Nagaraja Rao (nagaraja.rao@tcs.com)" <nagaraja.rao@tcs.com>
Date: 10/30/2014 11:37 AM
Subject: TCS Expats Visa ready M/F profiles

---

Hi Chinmay/Raj,

We have got couple of Mainframe requirements based out of [redacted] Wilson, NC. Could you please share if any visa ready TCS expats available?

Requirement ID: 4022121 & 4022122 -> Request Id: 3483832 for 2 mainframe candidates with Customer Information or Commercial lending background.

**Thanks & Regards,**

[redacted]
**IT ADS Analyst| Deposit Systems**
Office: [redacted]
Cell:

*The information in this transmission may contain proprietary and non-publicinformation of BB&T or its affiliates and may be subject to protection under the law. The message is intended for the sole use of the individualor entity to which it is addressed. If you are not the intended recipient, you are notified that any use, distribution or copying of the message is strictly prohibited. If you received this message in error, please deletethe material from your system without reading the content and notify the sender immediately of the inadvertent transmission.*