# Exhibit 22

**From:** Pankaj Parate <pankaj.parate@tcs.com>
**Sent:** October 07, 2014 7:48 AM
**To:** Govindan Anita
**Cc:** Sandipkumar Dutta;Meena3 M;Rajagopalreddy Chamala;Suchitra N;Gana L;Vaibhav Pandya;rajeshkumar.ashok@tcsexch.com;Chinmay Tripathi
**Subject:** Re: Visa Ready profiles for [redacted]

Dear Anita,

Pls update on H1B Visa ready profiles,these requirements are very critical and needs to be fulfilled ASAP.

Pls update and share the profiles .

Thanks,
Pankaj Yadorao Parate
Tata Consultancy Services
Mailto: pankaj.parate@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

-----Pankaj Parate/MUM/TCS wrote: -----
To: Govindan Anita/MUM/TCS@TCS
From: Pankaj Parate/MUM/TCS
Date: 10/06/2014 09:19PM
Cc: Chinmay Tripathi/AMER/TCS@TCS, Sandipkumar Dutta/AMER/TCS@TCS, Meena3 M/BLR/TCS@TCS, Rajagopalreddy Chamala/AMER/TCS@TCS, Suchitra N/MUM/TCS@TCS, Vaibhav Pandya/PNE/TCS@TCS, rajeshkumar.ashok@tcsexch.com, Gana L/CHN/TCS@TCS
Subject: Re: Visa Ready profiles for [redacted]

Hi Anita,

Do we have H1B visa ready profiles ,out of 13 open positions ,8 positions are at Cincinati,VA were H1B visa profiles are required.

Request you to share H1B visa ready profiles ASAP.

Thanks,
Pankaj Yadorao Parate
Tata Consultancy Services
Mailto: pankaj.parate@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions

Consulting

---

-----Govindan Anita/MUM/TCS wrote: -----
To: Pankaj Parate/MUM/TCS@TCS, Chinmay Tripathi/AMER/TCS@TCS, Sandipkumar Dutta/AMER/TCS@TCS
From: Govindan Anita/MUM/TCS
Date: 10/06/2014 02:54PM
Cc: Meena3 M/BLR/TCS@TCS, Rajagopalreddy Chamala/AMER/TCS@TCS, Suchitra N/MUM/TCS@TCS, Vaibhav Pandya/PNE/TCS@TCS, rajeshkumar.ashok@tcsexch.com
Subject: Re: Visa Ready profiles for [redacted]

Dear Pankaj,

We do not have L1As (Utilized) in our available visa ready pool for the skillset mentioned.

Dear Chinmay/Sandip : Request your support if there are any onsite profiles available.

Thanks & regards,
Govindan Anita
Tata Consultancy Services
Mailto: govindan.anita@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

Pankaj Parate---06-10-2014 13:55:02--- Hi Suchitra/Anita,

From: Pankaj Parate/MUM/TCS
To: Suchitra N/MUM/TCS@TCS, Govindan Anita/MUM/TCS@TCS
Cc: Vaibhav Pandya/PNE/TCS@TCS, Meena3 M/BLR/TCS@TCS, Rajagopalreddy Chamala/AMER/TCS@TCS
Date: 06-10-2014 13:55
Subject: Visa Ready profiles for [redacted]

---

Hi Suchitra/Anita,

For [redacted] we have 13 open positions @ onsite i.e. 5 at Mclean VA and 8 at Cincinati, VA for which we need VISA ready profiles with following JD.Request you to share the profiles ASAP

| Sr.No | Role | # of requirements | yrs. Of exp | Skillset | Location | Visa Type | Required by | RGS ID | Req ID |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Test | 1 | 10 to 12 | - Good knowledge of | Mclean,VA | L1A /GC/US | 1-Nov-14 | 3468587 | 3993082 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Manager | | years | Testing process,<br>- Experience in IMS,DB2, JCL, Cobol, File Aid<br>- Knowldge of Mortgage industry is preferred<br>- Good knowledge in HP ALM<br>- Ability to understand Automation framework and execute Automation scripts<br>- Excellent Communication skills<br>- Good knowldge of setting up Test Data - Understanding of Architecture<br>- Understanding of Webservices<br>- Project Management experiance<br>- Client handling experiance and interact effectively in meeting<br>- Ability to write Test Stratgy | | citizen | | | |
| 2 | ETL Test Lead | 1 | 6 to 8 years | - Good knowledge of Testing process,<br>- Experience in testing DB2 and Unix scripting<br>- Experiance in understanding the Data Modelling and Data mapping<br>- Experiance in | Mclean, VA | L1A /GC/US citizen | 1-Nov-14 | 3468588 | 3468587 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Autosys<br>- Experiance in ETL Testing (informatica)<br>- Knowldge of SOA Architechure is preferred<br>- Good knowldge of setting up test data<br>- Knowldge of Mortgage industry is preferred<br>- Good knowledge in HP ALM<br>- Ability to understand Automation framework and execute Automation scripts<br>- Excellent Communication skills<br>- Ability to write Test Strategy/ Test Plan | | | | | |
| 3 | Webservices Test Lead | 1 | 6 to 8 years | - Good knowledge of Testing process<br>- Experience in SOAP UI<br>- Good knowledge in Web services, Messages and SOA Architecture<br>- Experience in database queries<br>- Good knowledge in HP ALM<br>- Ability to understand | Cincinati, VA | H1B | 15-Nov-14 | 3468588 | 3993083 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Automation framework and execute Automation scripts<br>- Ability to write test cases | | | | | |
| 4 | Mainframe Test Analyst | 2 | 4 to 6 years | - Good knowledge of Testing process,<br>- 4 years of experience in testing the systems - IMS,DB2, JCL, Cobol, File Aid<br>- Knowldge of Mortgage industry is preferred<br>- 1 year of experience in database queries<br>- Good knowledge in HP ALM<br>- Ability to understand Automation framework and execute Automation scripts<br>- Ability to write test cases | Cincinati, VA | H1B | 1-Dec-14 | | 3993084 |
| 5 | ETL Test Analyst | 3 | 4 to 6 years | - Good knowledge of Testing process,<br>- 2 years of experience in DB2, Unix scripting<br>- Understading of Data modelling and Data mapping<br>- Experience in Autosys<br>- Experiance in | Cincinati, VA | H1B | 1-Dec-14 | 3468588 | 3993085 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | writing complex SQL queries<br>- Experiance in setting up Test Data creation<br>- Knowldge of Mortgage industry is preferred<br>- Good knowledge In HP ALM and SOAP UI<br>- Ability to understand Automation framework and execute Automation scripts<br>- Good knowldge of Test cases | | | | | |
| 6 | Webservice Test analyst | 2 | | 4 to 6 years | - Good knowledge of Testing process<br>- 2 years of experience in SOAP UI<br>- Good knowledge in Web services, Messages and SOA Architecture<br>- Manual testing experiance. Should be willing to test GUI<br>- 1 year of experience in database queries<br>- Good knowledge in HP ALM<br>- Ability to understand Automation framework and | Cincinati, VA | H1B | 15-Dec-14 | 3468588 | 3993086 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | execute Automation scripts | | | | | |
| 7 | Test Manager | 2 | 8 to 10 years | - Good knowledge of Testing process<br>- 4 years of test management experiance<br>- Experiance in Infrastrcture Testing project<br>- Experience in handling multipl project<br>- Excellent stakeholder management and ability to deal with multiple teams<br>- Good knowledge in HP ALM<br>- Experiance of Infrastrcture technologies and tools | Mclean, VA | L1A /GC/US citizen | Asap | 3468587 | 3993088 |
| 8 | Test Lead | 1 | 6 to 8 years | - Good knowledge of Testing process<br>- 4 years of test lead experiance<br>- Experiance in Infrastrcture Testing project<br>- Experience in handling multipl project<br>- Excellent stakeholder management and ability to deal with multiple teams<br>- Good knowledge in HP ALM<br>- Experiance of Infrastrcture | Mclean, VA | L1A /GC/US citizen | Asap | | 3993089 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | technologies and tools | | | | | |
| | **Total** | **13** | | | | | | | |

Thanks
Pankaj Yadorao Parate
Tata Consultancy Services
Mailto: pankaj.parate@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

[attachment [redacted]sx"
deleted by Govindan Anita/MUM/TCS] [attachment [redacted] deleted by
Govindan Anita/MUM/TCS]