# Exhibit 23

STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION
----------------------------
STEVEN HELDT,
BRIAN BUCHANAN, and
CHRISTOPHER SLAIGHT,
Plaintiffs,
Case No.
4:15-cv-01696-YGR
vs.
TATA CONSULTANCY SERVICES,
LTD.,

Defendant.
-----------------------------

***C O N F I D E N T I A L***
***ATTORNEYS' EYES ONLY***
DEPOSITION OF UMESH KUMAR
New York, New York
Wednesday, January 27, 2016

Reported by: ELIZABETH F. TOBIN, RPR

JOB NO. 102791

Page 38

for them and they have the skills with them.
Q. Okay.
A. If those match, they can give the profile and then talk to the associate and give the profile to the RA managers who has requested.
Q. Do the RMG leads only look to the individuals who are currently employed within TCS to potentially fill the resource needs of the business units?
A. No.
Q. Where else do they look for individuals?
A. They get a lot of requirements when they get in new projects. First thing is the people who are available within that location which matches their skills and who are already with TCS. They look at the prospective releases which are going to happen.
Q. Prospective?
A. Like people rolling out of the project. They have that information. They give it to the business. This person is coming out, why don't you interview them. They already look at the people who are outside that

Page 39

location, maybe they broaden the search. Not in a particular location, they broaden the search within the U.S., the people who are interested in going there and doing the job. Beyond that also they have list of the people who are outside U.S. but are visa ready.
Q. They are visa ready?
A. Visa ready. They can propose them. If not, we give the requirement to the talent acquisition team. We call it TAG. To look out in market and recruit at hiring a person from the market in the U.S. If that also doesn't suffice, we look to our third-party contracting vendors to give us a resource.
Q. Do you know how many contract vendors that TCS looks to and who the vendors are?
MS. LA MAR: You mean the talent acquisition group?
MR. KOTCHEN: The talent acquisition group.
MS. LA MAR: That's somebody else who's designated.
MR. KOTCHEN: Okay, fair enough.
Q. You referenced that the resource

Page 40

management leads identify individuals who are visa ready. How are you able to identify individuals who are visa ready?
A. I didn't get the question.
Q. What does visa ready mean? You used the term visa ready. What does that mean?
A. The people who already have visa and are outside the United States.
Q. Outside the United States?
A. Or maybe -- yeah, outside the United States.
Q. Are there instances where individuals are not visa ready, a visa needs to be secured for them outside the United States but they are identified to fulfill roles here in the United States?
MS. LA MAR: I'm sorry. I didn't get your question. Can you try that again?
Q. Are there times when folks are not visa ready who are maybe in India but visas are applied to for them to fulfill the roles in the United States?
MS. LA MAR: Still vague and ambiguous, but you can answer.
A. Yeah, they can be.

Page 41

Q. How frequent an occurrence does that arise?
A. It will be not very frequent, but it happens.
Q. Are most of the positions that are filled by the resource management group here in the United States filled by individuals who currently work at TCS, so they transition from one position to another with TCS?
MS. LA MAR: In the U.S.?
Q. Positions in the U.S. But if they're fulfilled by individuals anywhere within TCS.
A. I didn't get you.
Q. Are most of the positions that are filled here in the United States filled by individuals who were already employed by TCS so they transition from one position within TCS to the position here in the United States?
A. You're talking about only the people who are in United States?
Q. Only the people who end up working in the United States. Do most of them end up in the United States being transitioned from one position in TCS to the role in the United

rate they are proposing the candidates. They can have negotiation on the rates. They can have negotiation on the start date. This person will start on this date. My team will say, not on this date, can they start on this. All this they can do.
Q. Are those e-mails back and forth between the resource management group and the vendors or phone conversations?
A. Both.
Q. E-mails?
A. Yes, both.
Q. We talked about a third-party contractor before. A third-party contractor I understand is an individual that's fulfilling resources for TCS but comes through a vendor; is that right?
A. Yes.
Q. Is it typical for TCS to replace third-party contractors with other TCS employees ultimately?
A. They can be, yeah.
Q. How often does that occur?
A. You see, if we have a TCS resource, right, who can fill that requirement which we



fill for the third-party, because third-party is not our employee, so we want our employee to go in the project and gain experience and build a career, right. That way we can -- preferred.
Q. You said you preferred?
A. Preferred.
Q. Is it typical then that the third-party contractors will be replaced by TCS employees?
A. Yeah.
Q. The South California Edison needs, how many third-party contractors were used to work on the South California Edison account?
A. I have to look at the list.
Q. Was it a substantial number; 50, 100?
MS. LA MAR: Don't guess. But if you know, tell him.
A. It was not that number initially. I don't know what is the correct number. It started in 2014, Southern California. At that time there were very few contractors being hired.
MS. LA MAR: He's talking about business associates.



A. Yes, business associates.
Q. Have more third-party contractors been hired since?
A. I don't know that.
Q. At any given time in the United States working on TCS accounts, how many third party contractors would there be, if you can estimate?
A. We would have around -- right now we would have around 4,000 or so.
Q. 4,000 or so?
A. Yes.
Q. Are those ultimately replaced, those third-party contractors, with TCS employees?
A. Not all of them. Cannot be replaced. Sometimes third-party contractors carry so much skills they cannot be replaced. They are there for us. Sometimes that happens.
Q. Does a vendor present to the resource management group resumes that the resource management group then can select as third-party contractors to fulfill resource needs?
A. No. Once the resource management group has pushed the requirement to the GBAMS



system so that GBAMS system is only for the vendors to employ the third-party contractor, the resource management team will go to that portal, they'll select the resume.
Q. Will select the resume?
A. And then give it to the business team for evaluation.
Q. The resource management group will select a number of resumes to present to the business team or does the resource management group typically select one?
A. It will depend on them. If they can do it on the system, sometimes whatever happens, happens. The vendor would have given those resume in an e-mail to the resource management team.
Q. So the vendor sends the resumes by e-mail?
A. Might be.
MS. LA MAR: What his question is, are they presenting one resume, are they presenting all the resumes?
A. They're presenting more than one.
Q. Then the resource management group decides which resumes to pass on to the