# Exhibit 24

## Lindsey Tremaine

**From:** Michelle La Mar <mlamar@loeb.com>
**Sent:** Wednesday, March 16, 2016 9:20 AM
**To:** Daniel Kotchen (dkotchen@kotchen.com); Mike von Klemperer (mvonklemperer@kotchen.com); Lindsey Tremaine (ltremaine@kotchen.com)
**Cc:** Patrick Downes
**Subject:** Heldt v TCS

Dan, Attached is the full business associate third party vendor list used by RMG since 2011. Some of the venders appear twice due to name changes etc. Thanks

| Vendor Name |
|---|
| 7Hills Global Consulting Inc |
| ACSI Corp |
| Adrol IT Software and Consulting Inc |
| AIM Consulting Group, LLC |
| Akraya, Inc. |
| Ascendant Technology LLC |
| Ascii Group LLC |
| Auritas LLC |
| BayForce Technology Solutions, Inc |
| BC Forward |
| Blackwell Consulting Services, LLC |
| Brooksource |
| Charter Global Inc. |
| Claddagh Resources |
| Clairvoyant Technosolutions, Inc |
| CMC Americas, Inc. |
| Compusoft Integrated Solutions, Inc. |
| Core Education & Technologies, Ltd. |
| Dataformaix Technologies Inc |
| Diverse Lynx LLC |
| Enterprise Solutions, Inc. |
| eTeam, Inc., |
| Fountain Group. LLC |
| Helios & Matheson Information Technology Inc |
| IDC Technologies, Inc. |
| iDEA Solutions, Inc |
| Info Tech Spectrum |
| Innova Solutions INC |
| Insight Global, Inc. |
| Insigma Inc |
| IT Business Management Solutions Inc |

| |
|---|
| IT Trailbrazers LLC |
| Itech US, Inc. |
| Kaizen Technologies Inc |
| Logic Information Systems Inc |
| Nityo Infotech Corporation |
| Q One Technologis |
| Regal International Inc |
| Rulesware, LLC |
| S3 Group Inc. |
| Samved Corporation |
| SRS Consulting Inc |
| SVAM International |
| SysMind LLC |
| TADEX CONSULTING INC |
| Tata Elxsi Limited |
| Tata Technologies Limited |
| Technisource, Inc |
| TEK Systems, Inc. |
| Teklead Corp |
| Trinity Consulting Inc |
| UNITED SOFTWARE GROUP |
| Urpan Technologies Inc. |
| US interactive |
| ValleySoft, Inc |
| Vigilant Technologies, LLC |
| Xavient Information Systems, Inc |
| xoriant corporation |

**Michelle La Mar**
*Partner and Chair, Employment and Labor*
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200 | Los Angeles, CA 90067
**Direct Dial:** 310.282.2133 | **Fax:** 310.919.3853 | **E-mail:** mlamar@loeb.com

**Los Angeles | New York | Chicago | Nashville | Washington, DC | Beijing | Hong Kong |** www.loeb.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.