# Exhibit 25

**From:** [redacted]
**Sent:** October 13, 2014 7:52 PM
**To:** [redacted]
**Cc:**
**Subject:** RE: 899701 [redacted]

[redacted] is on H1. Called you to clarify but got your vm.

Thanks,

[redacted]

To unsubscribe from this mailing, please reply to this email with the word **UNSUBSCRIBE** in the subject line, or click here UNSUBSCRIBE

**From:** [redacted]
**Sent:** Monday, October 13, 2014 12:01 AM
**To:** [redacted]
**Cc:**
**Subject:** Re: 899701 [redacted]

Hi [redacted] pls. confirm the NOC for the below case. Also as per our understanding the BA has a GC.

Regards
[redacted]
Tata Consultancy Services
[redacted]
Website: http://www.tcs.com
____________________________________________
Experience certainty. IT Services

Business Solutions
Consulting

---

From: [redacted]
To:
Date:
Subject: 899701 [redacted]

---

Hi [redacted] request NOC from [redacted] and principal employer for FTE hiring of the above BA.
This is urgent pls.

Regards
[redacted]
Tata Consultancy Services
[redacted]
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

=====-----=====-----=====
Notice: The information contained in this e-mail message and/or attachments to it may contain confidential or privileged information. If you are not the intended recipient, any dissemination, use, review, distribution, printing or copying of the information contained in this e-mail message and/or attachments to it are strictly prohibited. If you have received this communication in error, please notify us by reply e-mail or telephone and immediately and permanently delete the message and any attachments. Thank you