# Exhibit 26

**From:** [redacted]
**Sent:** November 10, 2014 6:32 PM
**To:** [redacted]
**Cc:**
**Subject:** RE: NOC : 740666 [redacted]

[redacted]

Sure let me check with this company

Also I was trying to reach you.

[redacted]

A MBE Certified Company

**From:** [redacted]
**Sent:** Monday, November 10, 2014 11:08 AM
**To:** [redacted]
**Cc:**
**Subject:** NOC : 740666 [redacted]

Dear [redacted] pls. confirm NOC for the FTE hiring of the BA.

| Employee Number | Employee Name |
|---|---|
| 740666 | [redacted] |

Regards
[redacted]
Tata Consultancy Services
[redacted]
Website: http://www.tcs.com
___________________________________________
Experience certainty. IT Services
Business Solutions

Consulting

---

=====-----=====-----=====

Notice: The information contained in this e-mail message and/or attachments to it may contain confidential or privileged information. If you are not the intended recipient, any dissemination, use, review, distribution, printing or copying of the information contained in this e-mail message and/or attachments to it are strictly prohibited. If you have received this communication in error, please notify us by reply e-mail or telephone and immediately and permanently delete the message and any attachments. Thank you