# Exhibit 27

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED