# Exhibit 28

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED