# Exhibit 29

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED