# Exhibit 31

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED