# Exhibit 35

**From:** suresh kovvuri <suresh.kovvuri@tcs.com>
**Sent:** Thu Aug 07 2014 15:35:59 PDT
**To:** brian.buchanan@sce.com;
**Subject:** Invitation: (Aug 12 03:00 PM GMT in IOC - 23 Parker Street Irvine, CA 92618 - Meeting Room - ICC#1)

Dear All,

As you are aware, SCE has recently entered into a managed services partnership with TCS; and is transitioning to a new IT operating model. As part of this engagement TCS has identified several open positions in LA, California region; that are exclusively earmarked for SCE IT employees. We understand this is an important step for you, and invite you to explore these career opportunities by attending one of our town hall meetings next week.

The TCS town halls will provide you with details about our company, open positions, the application and selection process.
In addition to the exclusive opportunities within the engagement; TCS also has several open positions in the California region, and across the United States. You can choose to attend a TCS town hall from the schedule below, at a location most convenient to you.

TCS is recognized as a technology leader, with a focus on innovation, IT consulting, services, delivery excellence and talent management. Our global revenues exceed $13.4 billion, with operations in 44 countries, a highly diverse employee pool of over 305,000 from 119 nationalities. We have core values that are very similar to what you have experienced with Southern California Edison; integrity, respect for the individual, excellence and learning and sharing. In fact, Edison International and the Tata Group share a unique legacy, both having been founded in the late 1800s.

At TCS, you will have plenty of support in building your career, from access to training and professional development, growth opportunities, to mentorship from others who have been in your shoes. We wish you all the very best with your professional pursuits, and look forward to seeing you at a TCS town hall next week.

The TCS town hall schedule is as follows:

{CWInlineImage0.gif}

TCS Town Hall Schedule

| TCS - Town Hall Date | | Venue Address | Meeting Room | Time Zone PD |
|---|---|---|---|---|
| Session 1 | 12th Aug Tuesday | IOC 23 Parker Street Irvine, CA 92618 | ICC# 1 | 8:00 AM 10:00 A |
| Session 2 | 12th Aug Tuesday | Rancho 9500 Cleveland Ave Rancho Cucamonga, CA 91730 | 3rd Floor, Rancho Room | 1:00 PM – 3:00 PM |
| Session 3 | 13th Aug Wednesday | IBC 4777 Irwindale Ave Irwindale, CA 91706 | 1st Floor, Assembly Room. | 10:30 AM – 12:30 |
| Session 4 | 13th Aug - Wednesday - | [illegible] Irwindale Ave Irwindale, CA [illegible] | Irwindale Conference Center | [illegible] PM [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

(See attached file: TCS - Town Hall Invite.pdf)

Kind Regards,

Suresh Kovvuri
TCS Human Resources

- TCS - Town Hall Invite.pdf

Δ π EXHIBIT 3
Deponent Buchanan
Date 9-21 Rptr. JS
WWW.DEPOBOOK.COM

## *TCS Town Hall - Schedule*

| TCS - Town Hall Date | | Venue Address | Meeting Room | Time Zone PDT |
|---|---|---|---|---|
| Session 1 | 12th Aug - Tuesday - | IOC - 23 Parker Street Irvine, CA 92618 | ICC# 1 | 8:00 AM - 10:00 AM |
| Session 2 | 12th Aug - Tuesday - | Rancho - 9500 Cleveland Ave Rancho Cucamonga, CA 91730 | 3rd Floor, Rancho Room | 1:00 PM – 3:00 PM |
| | | | | |
| Session 3 | 13th Aug - Wednesday - | IBC - 4777 Irwindale Ave Irwindale, CA 91706 | 1st Floor, Assembly Room. | 10:30 AM – 12:30 PM |
| Session 4 | 13th Aug - Wednesday - | CTAC - 6090 Irwindale Ave Irwindale, CA 91706 | Irwindale Conference Center | 3:30 PM – 5:30 PM |
| | | | | |
| Session 5 | 14th Aug - Thursday - | Rivergrade- 4910 Rivergrade Road Irwindale, CA 91706 | Bldg. 3, 1st Floor Training Room 3&4 | 8:00 AM – 10:00 AM |
| Session 6 | 14th Aug - Thursday - | Rivergrade- 4910 Rivergrade Road Irwindale, CA 91706 | Bldg. 3, 1st Floor Training Room 3&4 | 1:00 PM – 3:00 PM |
| | | | | |
| Session 7 | 15th Aug - Friday - | 8631 Rush St. Rosemead, CA. 91770 | GO 4, 1st Floor, Conf. Rm-A | 8:00 AM – 10:00 AM |

SCE000274

TATA CONSULTANCY SERVICES
Experience certainty.

TATA

# Careers @TCS for SCE IT Employees

Dear All,

As you are aware, SCE has recently entered into a managed services partnership with TCS; and is transitioning to a new IT operating model. As part of this engagement TCS has identified several open positions in LA, California region; that are exclusively earmarked for SCE IT employees.

We understand this is an important step for you, and invite you to explore these career opportunities by attending one of our town hall meetings next week.

- The TCS town halls will provide you with details about our company, open positions, the application and selection process.
- In addition to the exclusive opportunities within the engagement; TCS also has several open positions in the California region, and across the United States.
- You can choose to attend a TCS town hall from the schedule below, at a location most convenient to you.




TCS is recognized as a technology leader, with a focus on innovation, IT consulting, services, delivery excellence and talent management. Our global revenues exceed $13.4 billion, with operations in 44 countries, and a highly diverse employee pool of over 305,000 from 119 nationalities. We have core values that are very similar to what you have experienced with Southern California Edison; integrity, respect for the individual, excellence and learning and sharing. In fact, Edison International and the Tata Group share a unique legacy, both having been founded in the late 1800s.

At TCS, you will have plenty of support in building your career, from access to training and professional development, growth opportunities, to mentorship from others who have been in your shoes. We wish you all the very best with your professional pursuits, and look forward to seeing you at a TCS town hall next week.

Kind Regards,

Suresh Kovvuri
TCS Human Resources
Suresh.Kovvuri@tcs.com

TATA CONSULTANCY SERVICES
Experience certainty.

TATA

## TCS Town Hall Schedule

| TCS Town Hall | Date | Time | Venue | Meeting Room |
|---|---|---|---|---|
| Session 1 | August 12, 2014 | 08:00 am – 10:00 am | IOC - 23 Parker Street Irvine, CA 92618 | Room - ICC#1 |
| Session 2 | August 12, 2014 | 1:00 pm – 3:00 pm | Rancho - 9500 Cleveland Ave Rancho Cucamonga, CA 91730 | 3rd Floor, Rancho Room |
| Session 3 | August 13, 2014 | 10:30 am – 12:30 pm | IBC - 4777 Irwindale Ave Irwindale, CA 91706 | 1st Floor, Assembly Room. |
| Session 4 | August 13, 2014 | 3:30pm – 5:30 pm | CTAC - 6090 Irwindale Ave Irwindale, CA 91706 | Irwindale Conference Center |
| Session 5 | August 14, 2014 | 08:00 am – 10:00 am | Rivergrade- 4910 Rivergrade Road Irwindale, CA 91706 | Bldg. 3, 1st Floor Training Room 3&4 |
| Session 6 | August 14, 2014 | 1:00 pm – 3:00 pm | Rivergrade- 4910 Rivergrade Road Irwindale, CA 91706 | Bldg. 3, 1st Floor Training Room 3&4 |
| Session 7 | August 15, 2014 | 8:00 am – 10:00 am | 8631 Rush St. Rosemead, CA. 91770 | GO 4, 1st Floor, Conf. Rm-A |

Contact

For more information, contact suresh.kovvuri@tcs.com

**About Tata Consultancy Services (TCS)**

Tata Consultancy Services is an IT services, consulting and business solutions organization that delivers real results to global business, ensuring a level of certainty no other firm can match. TCS offers a consulting-led, integrated portfolio of IT and IT-enabled infrastructure, engineering and assurance services. This is delivered through its unique Global Network Delivery Model™, recognized as the benchmark of excellence in software development. A part of the Tata Group, India's largest industrial conglomerate, TCS has a global footprint and is listed on the National Stock Exchange and Bombay Stock Exchange in India.

For more information, visit us at www.tcs.com.

IT Services
Business Solutions
Consulting

All content / information present here is the exclusive property of Tata Consultancy Services Limited (TCS). The content / information contained here is correct at the time of publishing. No material from here may be copied, modified, reproduced, republished, uploaded, transmitted, posted or distributed in any form without prior written permission from TCS. Unauthorized use of the content / information appearing here may violate copyright, trademark and other applicable laws, and could result in criminal or civil penalties. **Copyright © 2014 Tata Consultancy Services Limited**