# Exhibit 36

REDACTED

Δ π EXHIBIT 4
Deponent Buchanan
Date 9-21 Rptr. JS
WWW.DEPOBOOK.COM

| Sender | Recipient | Date | Subject |
|---|---|---|---|
| Brian Buchanan/SCE/EIX | suresh.kovvuri@tcs.com, Brian Buchanan/SCE/EIX | 8/7/2014 7:11:39 PM(EST) | Declined: Invitation: (Aug 12 03:00 PM GMT in IOC - 23 Parker Street Irvine, CA 92618 - Meeting Room - ICC#1) |
| Brian Buchanan | Kotya Dheeravath, jagabandhu.padhy@tcs.com | 2/4/2015 12:37:29 AM(IST) | RE: FW: FYI - HR EIC Ticket # INC 43299 - service Manage is down need the application bounced on server lewvphrh01 |
| cygwin-owner@cygwin.com, Brian Buchanan | cygwin@cygwin.com | 6/16/2015 6:55:46 PM(IST) | Re: Group Permissions on root folders problem (Windows 10 TP build 10061) |
| cygwin-owner@cygwin.com, Brian Buchanan | cygwin@cygwin.com | 4/29/2015 8:16:21 PM(IST) | Group Permissions on root folders problem (Windows 10 TP build 10061) |

4