# Exhibit 37

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STEVEN HELDT,<br>BRIAN BUCHANAN, and<br>CHRISTOPHER SLAIGHT<br>Plaintiffs,<br>v.<br>TATA CONSULTANCY SERVICES, LTD.,<br>Defendant. | Case No.: 4:15-cv-01696-YGR<br>**CLASS ACTION**<br>**DECLARATION OF BRIAN BUCHANAN**<br>Complaint Filed: April 14, 2015 |

## DECLARATION OF BRIAN BUCHANAN

Brian Buchanan deposes and states as follows:

1. I was born in the United States, and resided in California at all times discussed below. I am over the age of eighteen and am competent to testify about the matters stated herein.

2. I worked for Southern California Edison ("SCE") as an IT Analyst for over 28 years. In 2013, SCE announced that it planned to outsource its IT functions to Tata Consultancy Services, Ltd. ("Tata"). I applied for a job with Tata at a job fair in October 2014, but was not hired by Tata, and my employment with SCE was terminated on February 6, 2015.

3. At the time of my application, I was not aware that Tata had a corporate policy favoring visa holding Indian nationals in staffing U.S. positions – *e.g.*, "Leadership directive is to utilize every visa to the maximum extent;" "Leadership Team has advised to utilize visa ready Associates at on site;" "Visa ready will be a preference." I was also not aware that Tata achieves its predominantly South Asian workforce, in part, through its use of recruiters who forward a substantially disproportionate number of South Asian candidates to Tata. I believe that Tata's rejection of my employment application was discriminatory, and that the reason that I was not hired for a position with Tata due to its preference for South Asian visa workers.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this _2nd day of March, 2017.

Brian Buchanan
Brian Buchanan