# Exhibit 39

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED