# Exhibit 41

**From:** Chinmay Tripathi <chinmay.tripathi@tcs.com>
**Sent:** October 28, 2014 2:45 PM
**To:** [redacted]/FWD/TCS;Syedmohamedali Ka
**Cc:** [redacted]suresh.nadam@tcs.com
**Subject:** Re: Travel Req

Dear Syed,

Please approve

Regards
Chinmay Tripathi
RMG Lead,BFS NA
Follow me on KNOME: https://knome.ultimatix.net/u/chinmay.tripathi
Tata Consultancy Services
379 Thornall Street - 4th Floor
Edison,New Jersey - 08837
United States
Cell:- 732 429 6208
Mailto: chinmay.tripathi@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

From: [redacted]FWD/TCS[redacted]i@tcs.com>
To: chinmay tripathi <chinmay.tripathi@tcs.com>
Cc: suresh.nadam@tcs.com[redacted]@tcsin.com>
Date: 10/28/2014 12:24 AM
Subject: Re: Travel Req

---

Hello Chinmay,

Following case is applicable to me:

1) There is no way the person can continue in the US because of one or more challenges related to visa validity / work authorization.

My 240 days period is getting over on coming Nov 3rd, 2014.

Regards,
[redacted]

----- Original Message -----

From: chinmay tripathi <chinmay.tripathi@tcs.com>
[redacted]
Cc: suresh nadam <suresh.nadam@tcs.com>
Sent: Mon, 27 Oct 2014 21:18:01 +0530 (IST)
Subject: Travel Req

Your travel request has come to my work list for approval.

Leadership Team has advised to utilize visa ready Associates at on site unless (1) There is no way the person can continue in the US because of one or more challenges related to visa validity / work authorization. (2) HR confirms that the personal / medical issues the Associate is facing are so grave that he must travel back.

Please confirm you're in which category. Kindly share accurate information as the same is reported to the Leadership Team / ISU Head's office.

Regards

Chinmay Tripathi

RMG Lead,BFS NA

Follow me on KNOME: https://knome.ultimatix.net/u/chinmay.tripathi

Tata Consultancy Services

379 Thornall Street - 4th Floor

Edison,New Jersey - 08837

United States

Cell:- 732 429 6208

Mailto: chinmay.tripathi@tcs.com

Website: http://www.tcs.com

Experience certainty. IT Services

Business Solutions

Consulting