# Exhibit 42

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

STEVEN HELDT,
BRIAN BUCHANAN, and
CHRISTOPHER SLAIGHT

Plaintiffs,

v.

TATA CONSULTANCY SERVICES, LTD.,

Defendant.

Case No.: 4:15-cv-01696-YGR

**CLASS ACTION**

**DECLARATION OF DWIGHT GIOVANNI**

Complaint Filed: April 14, 2015

## DECLARATION OF DWIGHT GIOVANNI

Dwight Giovanni deposes and states as follows:

1. I was born in the United States, and resided in New York, North Carolina, and Washington, D.C. at all times discussed below. I am over the age of eighteen and have personal knowledge of the matters stated herein.

2. I began work with Tata Consultancy Services ("Tata") in February 2015 as a Consultant. From February to October 2015, I worked as a development manager for Tata client Marsh McGlennan in New York. In this role, I was responsible for interviewing and hiring current Tata employees for various client projects. Tata prioritized Indian workers for open positions, including prioritizing visa ready Indian employees for U.S. positions. Thus, Tata leadership would provide me with a number of resumes to consider for the open positions. Virtually all of the resumes forwarded by Tata belonged to individuals of South Asian race and Indian national origin, and a number of the workers were H-1B visa holders in India.

3. After serving as a development manager for Marsh McGlennan, I spent six months working for Tata client Bank of America in Charlotte, North Carolina before being assigned to positions in Washington, D.C. servicing Tata clients Pentagon Federal Credit Union and World Bank. While at World Bank, I reported to Project Manager Dhanya Joseph and was the only non-Indian on my team. Ms. Joseph is of South Asian race and Indian national origin. Ms. Joseph would often take credit for my work and claimed (falsely) that I was not performing well on the project. She called me a "typical American" and would speak Hindi when talking about me with other Indian colleagues. At one point, I was taken to the hospital by ambulance, as I thought I was having a heart attack from the stress caused by Ms. Joseph's conduct.

4. In September 2016, I was terminated from my position serving World Bank and placed on the bench. At that time, I had just returned from vacation on September 25 and was informed that I had been terminated 7 days prior. Tata failed to provide me with the standard 30-days notice before removing me from my position servicing World Bank. While on the bench, I actively looked for open positions and repeatedly contacted the Resource Management Group ("RMG") to discuss new opportunities within Tata. While I underwent a number of telephone interviews during my first two weeks on the bench, I was not hired for a single position. And RMG subsequently stopped returning my telephone calls and provided me with no further assistance in locating a new position.

5. In December 2016, my computer access was discontinued by Tata without warning, and I stopped receiving a paycheck. While I contacted Tata on numerous occasions to inquire as to the status of my employment, my telephone calls went unanswered. Eventually, on 6 December 2016, I received a telephone call from a Human Resources, informing me that I had been terminated by Tata due to my prolonged period on the bench.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 20 day of February 2017

*Dwight Giovanni*

Dwight Giovanni