# Exhibit 45

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

STEVEN HELDT,
BRIAN BUCHANAN, and
CHRISTOPHER SLAIGHT

Plaintiffs,

v.

TATA CONSULTANCY SERVICES, LTD.,

Defendant.

Case No.: 4:15-cv-01696-YGR

**CLASS ACTION**

**DECLARATION OF NOBEL MANDILI**

Complaint Filed: April 14, 2015

## DECLARATION OF NOBEL MANDILI

Nobel Mandili deposes and states as follows:

1. I was born in Syria and am a United States Citizen. I resided in Washington State at all times discussed below. I am over the age of eighteen and have personal knowledge of the matters stated herein.

2. I started work with Tata Consultancy Services ("Tata") in March 2012 as a Senior Project Manager servicing Microsoft. I performed well in this role, received praise for my work, and received no written or verbal criticism regarding my performance.

3. In or around March 2014, Tata transferred an H-1B employee into an adjacent group on the Microsoft client project. Tata asked for me to train this individual, and I complied. Two months later, I was removed from my position servicing Microsoft, placed on the bench, and the H-1B visa worker assumed my role as Project Manager.

4. While on the bench, I actively searched for and applied to open positions within Tata. For instance, I applied to numerous open positions on Tata's internal portal, reached out to colleagues within the company, and forwarded my resume to the Resource Management Group ("RMG") lead in Edison, New Jersey for consideration. I also visited Tata's Bellevue, Washington office on a weekly basis to speak with Human Resources and RMG. Despite repeatedly following-up with Tata in-person and via email, I received little feedback regarding open positions and remained on the bench. My Indian colleagues servicing Microsoft on H-1B visas, however, were readily transferred into new positions when their current role ended, and were not placed on the bench.

5. I participated in approximately six telephone interviews for various positions within Tata, but was not selected for a single role. On one occasion, I was told that I had been selected for a position with Southern California Edison in Los Angeles, however, Tata reneged on its offer two days before my start date.

6. After remaining on the bench for almost 8 months, Tata terminated my employment on February 2, 2015.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 18 day of January, 2017.

nobel mandili

Nobel Mandili