# Exhibit 46

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STEVEN HELDT,<br>BRIAN BUCHANAN, and<br>CHRISTOPHER SLAIGHT<br>Plaintiffs,<br>v.<br>TATA CONSULTANCY SERVICES, LTD.,<br>Defendant. | Case No.: 4:15-cv-01696-YGR<br>**CLASS ACTION**<br>**DECLARATION OF JESSICA WILSON**<br>Complaint Filed: April 14, 2015 |

# DECLARATION OF JESSICA WILSON

Jessica Wilson deposes and states as follows:

1. I was born in the United States, and resided in North Carolina at all times discussed below. I am over the age of eighteen and have personal knowledge of the matters stated herein.

2. I was hired by Tata Consultancy Services ("Tata") as a Consultant in September 2014, as part of the company's Initial Learning Program ("ILP") for recent graduates. Following training, I was not placed in a position servicing a Tata client was instead placed on the bench. I remained on the bench for 1.5 years. While I was eventually placed in two short-term positions servicing Bank of America in 2016, I have remained on the bench for the vast majority of my employment with Tata.

3. When working in the positions servicing Bank of America, Tata assigned me little to no substantive work while my Indian colleagues were assigned tasks commensurate with their experience. Tata also failed to provide me with a laptop during my first two months at Bank of America, and I was therefore unable to complete any work. When I was released from my position servicing Bank of America, I was instructed to give my laptop to Deepika, an Indian H-1B visa worker. It is my understanding that Deepika previously resided in Dallas, Texas, and that she assumed my position with Bank of America in Charlotte, North Carolina once her visa transfer was approved.

4. While on the bench, I am required to report daily to a Tata laboratory in Charlotte, North Carolina. Tata has not assigned me any substantive projects to complete while on the bench.

5. I have actively applied to and sought new positions within Tata while on the bench. For example, I forwarded my resume to Resource Management Group ("RMG") Lead/Engagement Manager, Bijay Pandey, and asked to be considered for open positions matching my skillset. I also interviewed for a number of open roles, both over the telephone and in person, but was only selected for two short-term positions and received no feedback regarding my interviews. All of my interviewers at Tata were Indian.

6. It is my belief that Tata has a bench policy that favors Indian employees, as these individuals are placed in new positions within Tata after just a short time on the bench. For instance, in May 2016, I was placed on the bench with three other individuals after completing the 8-week Bank of America position. While the sole Indian worker in the laboratory was quickly placed in a new position, I was not selected for a new role for over four months.

7. I was recently informed by Tata that I will likely be terminated due to my prolonged period on the bench.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 19 day of January, 2017.

Jessica Wilson

Jessica Wilson