# Exhibit 47

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

STEVEN HELDT,
BRIAN BUCHANAN, and
CHRISTOPHER SLAIGHT
Plaintiffs,

v.

TATA CONSULTANCY SERVICES, LTD.,
Defendant.

Case No.: 4:15-cv-01696-YGR

**CLASS ACTION**

**DECLARATION OF NASSER NAHSHAL**

Complaint Filed: April 14, 2015

---

## DECLARATION OF NASSER NAHSHAL

---

Nasser Nahshal deposes and states as follows:

1. I was born in Yemen and am a citizen of the United States of America. I resided in Tennessee at all times discussed below. I am over the age of eighteen and am competent to testify about the matters stated herein.

2. I started work with Tata Consultancy Services ("Tata") in September 2014, as part of the company's Initial Learning Program ("ILP") in Milford, Ohio. Following training, I was selected for a position servicing Tata client DaVita as a performance tester in October 2014. While this position did not match my experience and skill set in program management, I remained in the role for approximately one year. On September 29, 2016, I was selected for a Systems Analyst position with Tata client Correct Care Solutions ("CCS") in Nashville, Tennessee. When I arrived at CCS, however, I learned that CCS believed that I was a developer, which again did not match my background. In March 2016, I asked to be released from the role so that I could secure a position with Tata that matched my experience and skill set. Tata agreed to release me from the position and stated that Resource Management Group ("RMG") Lead Raviraj Jain would help me secure a new position servicing a Tata client on the East Coast. Mr. Jain is of South Asian race and Indian national origin.

3. I applied to multiple open positions on Tata's internal portal, yet received no response from Tata regarding these positions. I also remained in weekly contact with Mr. Jain and sent him a copy of my updated resume to forward to hiring managers in the healthcare vertical for consideration. While I interviewed for a number of positions within Tata, only 25% of the positions I was contacted and interviewed for matched my experience. I also asked to be placed in a new

position servicing DaVita in Nashville, Tennessee, but was informed by Tata employee Ajay Krisnanway that there were no open positions with the account.

4. On August 5, 2016, I was terminated by Tata after remaining on the bench for five months.

5. By contrast, two of my Indian colleagues who also held positions servicing DaVita were both reassigned to new positions within 1-2 weeks of being placed on the bench. Both of these individuals are H-1B visa holders. In fact, one individual was placed in a different role servicing Tata client DaVita, just as I had previously requested.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 18th day of January, 2017.

Nasser Nahshal