# Exhibit 48

# Exhibit 48

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STEVEN HELDT,<br>BRIAN BUCHANAN, and<br>CHRISTOPHER SLAIGHT<br>Plaintiffs,<br>v.<br>TATA CONSULTANCY SERVICES, LTD.,<br>Defendant. | Case No.: 4:15-cv-01696-YGR<br>**CLASS ACTION**<br>**DECLARATION OF STEPHEN BRADLEY**<br>Complaint Filed: April 14, 2015 |

## DECLARATION OF STEPHEN BRADLEY

Stephen Bradley deposes and states as follows:

1. I was born in the United States and resided in California at all times discussed below. I am over the age of eighteen and am competent to testify about the matters stated herein.

2. I started work with Southern California Edison ("SCE") in December 1998 as an Information Technologies ("IT") specialist. During my sixteen-year tenure with the company, I worked in a group of approximately ten to twelve employees and was responsible for software development for SCE's internal helpdesk.

3. In May 2014, SCE announced that it had entered into a contract with Tata Consultancy Services, Ltd. ("Tata"), and that Tata would soon take over SCE's IT needs. I also learned that I would be terminated in November 2014, and that I would be replaced by a Tata employee.

4. In or around October 2014, I attended a job fair hosted by SCE for soon-to-be terminated employees. At the job fair, I submitted my resume to a Tata representative and stated that I would like to apply, and be considered for, open positions with Tata at SCE. The representative informed me that Tata would contact me if I was a fit for any of the open positions. But, I was never contacted by Tata.

5. My entire team was replaced by Indian employees from Tata, many of whom were on H-1B visas. Because I was required to train my replacements, SCE extended my contract by two months to allow for additional training time. From November 2014 through January 2015, I provided 1 on

I training to an Indian employee who eventually assumed my position, and I was also required to provide online training to the offshore team in India.

6. I was terminated on January 9, 2015.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 17TH day of January, 2017.

Stephen Bradley