# Exhibit 49

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

STEVEN HELDT, BRIAN BUCHANAN AND CHRISTOPHER SLAIGHT,

PLAINTIFFS,

VS.

TATA CONSULTANCY SERVICES, LTD..

CASE No. 4:15-cv-01696-YGR

DEPOSITION OF
CHRISTOPHER J. SLAIGHT
New York, New York
Saturday, September 17, 2016

Reported By:
Jamie I. Moskowitz

NDS Job No. 180573

**may be material to your case.**
**Do you understand that?**
A Okay.
**Q All right. Now, because the court reporter is taking down everything we have to say, I don't want you to talk over me. I don't want you to talk over your counsel. Let me ask the question. Let me finish the question. Let your counsel pose whatever objections he has, and then you're free to answer the question. Okay?**
A Okay.
**Q You're doing a very good job of this today, but if you nod your head yes and no, although the videographer may be able to look at it, the court reporter can't take that down. So you need to do verbal responses.**
A Okay.
**Q Okay? Again, if you go "uh-huh," it doesn't work. You have to say yes or no.**
A I have a habit of just nodding my head yeah.
**Q Everybody does, but I need -- here today, you need to give us verbal responses.**
A Okay.
**Q Okay. I'm going to be asking you**



**about things that happened a while ago. Nobody expects you to remember everything that happened several years ago. However, I'm entitled to your best estimate of numbers, events, dates.**
**Do you understand?**
A Yes.
**Q Do you understand what the difference is between a guess and an estimate?**
A Yes.
**Q Just so we're clear and we have a complete understanding, if I asked you how long this conference table was, you could tell me 20 feet because you have seen it, you have experienced it, right?**
A Yes.
**Q Okay. If I asked you the shape of the desk in my office, you would be guessing because you have never seen it, right?**
A Correct.
**Q Okay. So we're clear on the difference between an estimate and a guess?**
A Yes.
**Q Okay, very good.**
**Is there any reason your deposition can't go forward here today?**



A No.
**Q Have you taken any drugs or alcohol that would impair your ability to testify?**
A No.
**Q Okay. And you understand you're going to give me your best testimony here today?**
A Yes.
**Q Okay, very good.**
**Can you state your educational background for me, please.**
A Sure. I attended DeVry University in North Brunswick, New Jersey. I started there in January of 2009, graduated in February of 2012 with a bachelor's degree of science in computer information systems.
**Q Okay. And what does "computer information systems" mean? What was your coursework on?**
A The coursework was generally on computer application securities, some high-level courses on theory. There was a few programming classes we had on Java programming. There were some C# programming classes, couple of light web design programming courses and a couple of database management courses as well, which was actually



the -- the track I was on.
So the way DeVry does it is the CIS degree, and then there's different tracks. So the track I took was database management, which I had a couple of core classes focused in database, database management using Oracle Database.
**Q When you graduated, did you consider yourself to have expertise in any of these areas?**
A I did not.
**Q Did you -- did you consider yourself to have just experience in these areas?**
A I would consider myself to have entry level experience to be able to sort of hit the ground running in any -- any number of -- of areas, such as Java programming, database management, related to the courses that I took.
**Q Okay. And at DeVry, you graduated sort of in the middle of your class; is that right?**
A So DeVry, it's hard to say in terms of my class. They have three graduation ceremonies a year. A lot of folks come in and leave at different times. They don't really do a full semester like most colleges. So they actually follow a trimester period.
**Q Were the classes remote, or did you**

**that right?**
A I actually didn't do full time. And again, this is something I don't remember the length of time. But there was a period of time where I couldn't commit to full-time work still being in school, so I worked part time three days a week at Celerant.
If I had to take an estimate, I would say until about February of 2012. At that point I only had -- I had finished my classes at DeVry, and I was able to commit to the full 40-hour week, five days.
**Q Did you also have any professional training outside of DeVry with respect to technology?**
A At that time I did not.
MS. La MAR: I'm going to go ahead and mark as Exhibit 1 your Notice of Deposition.
(Whereupon, Exhibit 1 was marked for Identification.)
BY MS. La MAR:
**Q I'm just going to ask if you have seen that deposition notice before?**
A I believe this was sent --
THE WITNESS: Was this sent?



BY MS. La MAR:
**Q Just -- so as part of ground rules, I'm asking you questions. You're giving testimony under oath.**
A Okay.
**Q So if you want to speak with your counsel, you're free to go outside and do so. But while you're answering questions --**
A Okay.
**Q -- you need to -- you need to just deal with that.**
A Okay. I don't a hundred percent remember.
**Q Okay, all right. It's a formality anyway. You can put it to the side.**
**All right. What is your race?**
A I would say my -- my background where my parents come from or --
**Q Your race.**
A White.
**Q And what is your national origin?**
A European.
**Q What do you mean by European?**
A It's a -- it's a pretty big mixture: Italian, Irish, Scottish, English.



**Q So it sounds like it's hard to say what your national origin is; is that right?**
A Well, it's white of European decent.
**Q All right. Have you ever been accused of being culturally insensitive?**
A Not to my knowledge.
**Q Have you ever been accused of being a racist?**
A Not to my knowledge.
**Q Okay. I'm going to go ahead and show you an exhibit, and we will mark it 2.**
**(Whereupon, Exhibit 2 was marked for** Identification.)
BY MS. La MAR:
**Q I will ask you if you have ever seen this before.**
A I don't recall exactly seeing this. It's dated a couple of years ago, and I get a lot of e-mail filtered through that I read, sometimes I don't, or I will click it and...
**Q This is from your dad,** [redacted] **correct?**
A Uh-huh, yes.
**Q Yes?**
**And if you look at the depiction down**



**below, would you consider that to be culturally insensitive?**
**MR. KLEMPERER: Objection; calls for** speculation.
BY MS. La MAR:
**Q I'm asking, would you consider it to be culturally insensitive?**
A I wouldn't be able to answer that.
**Q Why not?**
A I don't have any opinion on that.
**Q You don't have any opinion as to whether this is culturally insensitive or not?**
A I don't.
**Q Okay. Do you think this was -- would -- this depiction would be demeaning to African-Americans?**
A I don't have any answer for that.
**Q You don't have any position on that. Is that what you're saying?**
A I don't have any position on that.
**Q Right. You don't have an opinion on it.**
A Correct.
**Q Would you agree that the distribution of this e-mail would be a violation of Tata's**

A -- thought into it.
**Q Sorry. Talking over you.**
**Did you -- did you believe she was Indian?**
A No.
**Q All right. So you contacted the outside recruiter, and this was outside campus hiring; is that correct?**
A I believe she worked for TCS, but it wasn't through DeVry.
**Q Right. So DeVry has on-campus fairs, correct?**
A Yes.
**Q Okay. And this was not through the on-campus fair.**
A I believe, if I remember correctly, she worked with DeVry. But it wasn't through a career fair, from what I remember. Again, it's a couple of years ago, so my details are a little fuzzy.
But I believe I reached out to her via e-mail after [redacted] ad talked to me. And then we had a phone -- a couple of phone exchanges that led to the interview.
**Q Okay. Do you know if [redacted] as hired**

Page 25

**through a career fair?**
A I don't know.
**Q Do you know anybody else who was hired through a DeVry career fair by TCS?**
A Through a career fair, I don't know.
**Q All right. So you had a phone interview with [redacted] is that right?**
A I did.
**Q Okay. And how did that phone interview go?**
A I don't recall the details of that phone interview, but I do recall that it went well in the sense of we were able to proceed to the next step.
**Q Okay. Did you feel you were treated fairly in the phone interview?**
A Yes.
**Q Did you feel you were discriminated against in any way?**
A Not in the phone interview, no.
**Q And how about -- how about, did you feel the phone interview, for some reason, favored Indians?**
A I did not.
**Q All right. And so after the phone**

Page 26

**interview, then you went to a technical interview; is that right?**
A Over the phone.
**Q You had a technical interview over the phone?**
A Yes.
**Q Do you remember who you spoke with?**
A I do not.
**Q And how do you think that went?**
A I think it went well. They asked me a couple of questions about Java programming that I was able to answer, and I think it did went -- it did go pretty well.
**Q Were there questions that they asked that you weren't able to answer that you didn't have the skill set to answer?**
A Again, I don't remember the full details of it. There may have been. I don't remember exactly. It was about four years ago, so...
**Q Sure. Do you feel you were treated fairly in the technological interview?**
A I do.
**Q Do you feel you were discriminated against based on your race in the technological**

Page 27

**interview?**
A No, I didn't.
**Q Did you feel you were discriminated against on -- based on your national origin in the technological interview?**
A I did not.
**Q I'm going to go ahead and mark the exhibit next in line.**
**(Whereupon, Exhibit 3 was marked for** Identification.)
BY MS. La MAR:
**Q And I'll ask you to take a look at the second page which is Bates labeled TCS 811.**
**MR. KLEMPERER: Take your time to** review it.
BY MS. La MAR:
**Q Are you finished?**
A Yes.
**Q Would it surprise you to learn, then, that since you thought the interview went well that for computer skill set 1, it looks like you got 1 out of 5?**
A It would surprise me.
**Q Okay. And why is that?**
A My judgment at the time of the phone

Page 28

**Q You don't know.**
**Did you participate on on-campus interviews for TCS at DeVry?**
A I did.
**Q Did you not fill out this form?**
A I don't recall.
MR. KLEMPERER: "This form," you're referring to Exhibit 4?
MS. La MAR: Yeah. A form such as TCS 812.
THE WITNESS: I don't recall filling out this form.
BY MS. La MAR:
**Q All right. So this whole process, your whole application process, I believe you said you thought it was fair; is that correct?**
A Yes.
**Q Okay. And you didn't feel that it favored Indians in any way, correct?**
A Yes.
**Q Are you aware that they use this process -- or are you aware if this same process is used at other campuses across the U.S.?**
A I'm not aware of anything about which process they use in different campuses.

Page 33

**Q And -- okay.**
**Can you describe for me the position you interviewed for?**
A From the best of my knowledge, it was a software engineering position. It seemed a bit vague in terms of the exact technologies that we'd be working with in terms of the technology stack, whether it may be the Java language, the C# language.
My understanding was this type of company has multiple clients. Each client has projects that used a different stack and that going into that with some knowledge of any particular stack, they would be -- the ability to place somebody at a customer site.
**Q Okay. So if I understand you correctly, your understanding was, although you were -- the initial description was somewhat vague, your understanding was you were going to move from customer site to customer site while employed by TCS?**
A My understanding from the hiring process would be that I'd be working in the New York/New Jersey area.
**Q Okay. Did you feel that you would be working at a specific client site in the New York/New Jersey area?**
A I was informed that upon hire.
**Q Okay. And that was the job for the entirety; you weren't going to be moving from client to client?**
A That's what I was told when I was hired.
**Q Okay. So your -- it was just one location, one client location, that you were going to be assigned to?**
A To the best --
MR. KLEMPERER: Objection, asked and answered.
BY MS. La MAR:
**Q Go ahead and answer.**
A To the best of my knowledge, it would be at that first initial site. I wasn't given any direction as to what would happen if that were to terminate or anything else were to happen.
**Q Okay. So at the hiring process, did you ask what client site you would be assigned to?**
A I did.
**Q And what were you told?**
A It would be a site in either Berkeley

Page 34

Page 35

Heights, New Jersey; Jersey City, New Jersey; and one other city, I don't exactly recall where, a suburban location. And they had just asked if it was okay, any one of those three locations, and I said it was.
**Q Okay. Did they tell you what the client name was?**
A They did.
**Q And what was it?**
A [redacted]
**Q Okay. So three locations in the -- I will just call it the greater New York area because I'm from California, and they were all going to be for [redacted] correct?**
A Correct.
**Q Did you have an idea if you were going to be assigned to a vertical?**
A I believe there was some mentioning of that being the insurance vertical. The group I was with, many of the folks were working with other insurance companies as well.
**Q Okay. What do you mean by "the group you were with"?**
A The initial group that I was hired with.

Page 36

**Q Your initial hiring group?**
A Correct.
**Q Okay. We will get to that in a second. You're not talking about initial group from DeVry, correct?**
A No.
**Q Okay. All right.**
**Did you understand that the position was entry level position, a trainee position?**
A That was my understanding.
**Q So you weren't -- you didn't believe that you needed any special skill or expertise other than what -- the basic level that you had gotten at DeVry; is that right?**
A Yes.
**Q All right. Do you have any understanding of TCS's campus recruiting program, what the purpose of it is?**
A I'm not aware of any major details around it other than it's just to hire, hire people to work for the company from that high level.
**Q You'd -- you'd agree with me that -- that TCS had trained you for many months before you were actually placed at a client site. And we will get to the details of it. But it was many months of**



**training, correct?**
A There was an initial learning program that we did attend.
**Q Okay. And that was in Ohio, and then the next one was in India, correct?**
A Correct.
**Q Okay. So your hire date was July 9th, correct?**
A Correct.
**Q And when did you actually end up at your first site of actual employment?**
A I do not remember the exact date. It was -- to give an estimate, it was sometime, I believe, September, around September, October time frame.
**Q So two months of training, correct?**
A Approximately two months, yeah.
**Q Two to three months, let's say.**
A Two to three months, yeah.
**Q And both relocating you to Ohio and then reliving -- relocating you to India, correct?**
A Correct.
**Q And you didn't pay for any of that, did you?**
A Correct.



**Q So are you aware of any deficiencies in the U.S. labor market with respect to, stem skills?**
**(Whereupon, the reporter requested** clarification.)
THE WITNESS: Can you rephrase that?
BY MS. La MAR:
**Q Sure. Are -- are you familiar with the term "stem"?**
A Yes.
**Q And what's your understanding of the term "stem"?**
A Science, technology, engineering and mathematics.
**Q Were you aware of any lack of candidates in the U.S. market possessing those skills?**
A No, I'm not aware of that.
**Q You haven't read any studies?**
A No, I have not.
**Q Okay. You haven't talked to anybody other than your counsel about it?**
A No, not that I can recall.
**Q So your view is TCS just did on-campus recruiting and there was no basis for what they did?**



**MR. KLEMPERER: Objection; misstates** his testimony.
MS. La MAR: How -- how is my testimony wrong?
THE WITNESS: I'm not really sure I fully understand.
BY MS. La MAR:
**Q You don't understand the question?**
A Uh-huh.
**Q So do you know why -- or do you have any understanding of why TCS engages in on-campus recruiting?**
**MR. KLEMPERER: Objection; asked and** answered?
THE WITNESS: May we take a break?
BY MS. La MAR:
**Q No. You have to answer the question first before you leave.**
A I don't have an answer for that.
**Q You have no answer?**
A I have no answer.
MS. La MAR: Can you read back the question one more time?
(Whereupon, the testimony was read back as requested.)

THE WITNESS: To the best of my knowledge, other than hiring new candidates, I'm not really sure.
MS. La MAR: Okay, thank you. Please, let's take a break as you have requested.
THE WITNESS: Thank you.
THE VIDEOGRAPHER: We are going off the record. The time is 11:03 a.m.
(Whereupon, a short break was taken.)
THE VIDEOGRAPHER: We are back on the record. The time is 11:09 a.m.
BY MS. La MAR:
**Q Okay. Now, we touched on this briefly before, but you recruited for TCS in the first part of 2013, correct?**
A I did, for one day.
**Q And -- and tell me, why did you do that?**
**(Whereupon, the reporter requested** clarification.)
THE WITNESS: I was asked to by -- I believe it was Kimith. And I thought it would be an interesting opportunity.
BY MS. La MAR:
**Q Why did you think it would be an**



**interesting opportunity?**
A To be back on my own campus, meet anybody I may have known, see if they were interested in a new career.
**Q New career at TCS, correct?**
A Correct.
**Q All right. And did you get any training for the on-campus interview?**
A Not to my knowledge.
**Q You didn't receive an e-mail from [redacted] with training materials?**
A Not that I remember.
**Q Okay. Let me go through the questions. Then we will go through those e-mails. Okay?**
**Did you receive any training with respect to the promotion of diversity through the campus recruiting process?**
A Not that I remember.
**Q Okay. Do you -- did anyone tell you in the process to only select Asians?**
A Not that I recall.
**Q Did you feel any pressure that you were supposed to only select Asians from the campus recruiting process at DeVry?**



A Not that I recall.
**Q Did anyone tell you to only select Visa holders from your campus recruiting at DeVry?**
A Not that I recall.
**Q In fact, do you recall being told that TCS would only accept applicants that were not Visa holders?**
A Not that I recall.
**Q Do you recall receiving talking points about the position, the positions that you were offering to the students?**
A I don't remember.
**Q Do you know if the -- or do you have any -- strike that.**
**The positions you were recruiting for, were they similar to the ones that you received?**
A That was my understanding.
**Q Okay. So again, trainee positions?**
A Correct.
**Q All right. Now, you thought the -- what did you think of the process, the interview process?**
A My interview process?
**Q The whole entire campus recruiting process that you participated in, what did you think**



**of it?**
**MR. KLEMPERER: Objection; vague.**
**THE WITNESS: I'm not really sure how** to answer that.
BY MS. La MAR:
**Q Okay. Did you think the process was fair?**
A I don't really have an opinion on that.
**Q You don't have an opinion if it was fair or not?**
A No.
**Q Do you have an opinion as to whether or not the process was discriminatory?**
A No, I don't.
**Q You don't have an opinion?**
A I don't have an opinion on that.
**Q So is it fair to say, then, that you don't have an opinion on whether or not you engaged in discriminatory conduct in the interview process?**
A I don't have an opinion on that.
**Q You don't have an opinion?**
**Do you have any facts that would support that the process that you engaged in was discriminatory?**

A I don't.
**Q Do you have any facts that would support a contention that TCS's campus recruiting favored Indians?**
A Not to my knowledge.
**Q It's fair to say you didn't discriminate in any way in your conducting of interviews at DeVry, correct?**
A Correct.
**Q Do you know if anybody you interviewed was actually hired?**
A I don't.
**Q Do you have any facts that would indicate the process that you engaged in on behalf of TCS favored Indians?**
A I don't.
**Q Let's go ahead, and I'm just going to show you some of the talking points which you may or may not have received.**
**MS. La MAR: I'm going to go ahead and** mark this next in line.
(Whereupon, Exhibit 5 was marked for Identification.)
BY MS. La MAR:
**Q Let me know when you have finished**



**reviewing it.**
**Are you finished?**
A Yes.
**Q All right. Does this refresh your recollection as to whether or not you received any Campus Recruiting Talking Points?**
A It does not. I still don't recall --
**Q Okay.**
A -- whether or not.
**Q You've had a chance to review this.**
**THE VIDEOGRAPHER: We are going off** the record. The time is 11:15 a.m.
(Whereupon, a short break was taken.)
THE VIDEOGRAPHER: The time is 11:21 a.m. We're back on the record.
BY MS. La MAR:
**Q Did you have a chance to review Exhibit 5?**
A I did.
**Q Okay, great.**
**And in reviewing Exhibit 5, does this confirm your understanding that the positions you were recruiting for was the position that you were actually recruited for at TCS?**
A Yes.



**Q And it says down here that there's a 6-week ILP. That would be the initial learning program, correct?**
A Correct.
**Q And that's what you attended for six weeks, correct?**
A Correct.
**Q All right. And then six to eight weeks more of training in India; is that correct?**
A Correct.
**Q And that's the same program you attended, correct?**
A Correct.
**Q Very good.**
**MS. La MAR: All right. I'm going to** show you what I will mark next in line, Exhibit 6, and hopefully this will refresh your recollection as to whether or not you received any training for the interview process.
(Whereupon, Exhibit 6 was marked for Identification.)
BY MS. La MAR:
**Q Do you recall receiving this e-mail?**
A I think my memory is a little better now. I didn't remember exactly and it's dated a



couple of years ago, so...
**Q Sure, yeah.**
**So you did receive this material, correct?**
A Yes.
**Q Okay. And do you remember whether or not this material included appropriate questions to ask during the recruiting process?**
A I don't recall exactly. I know there's some attachments here.
**Q Did you open the attachments? Do you have any recollection of whether you opened the attachments?**
A I believe I did. I'm not a hundred percent.
**Q Do you recall any training on behavioral questioning in an interview process?**
A I don't remember if I had that or not.
**Q You don't remember reviewing it, correct?**
A I don't remember receiving -- if I received any training or not on behavioral.
**Q Do you have a recollection of whether you opened these attachments?**
A I don't have the full recollection of

**Q Is it possible that [redacted] made you the offer over the telephone?**
A It may have been a combination of telephone call and e-mails.
**Q Okay. So remember when we started about the ground rules?**
A Right.
**Q Right? I'm entitled to your best estimate.**
A Right.
**Q I don't want you to guess, right?**
A Okay.
**Q If you don't know something or you just can't remember, say "I can't remember" or "I don't know."**
A Okay.
**Q All right?**
**But if you make statements and you're speculating, we're going to consider those to be true.**
A Okay.
**Q All right? Okay?**
A I don't -- I don't remember them.
**Q Do you remember what your compensation was?**

Page 53

A If I had to estimate, I believe it was
[redacted]
**Q Did you ask for a signing bonus?**
A I don't remember.
**Q Did you get a signing bonus?**
A I believe I did.
**Q Do you remember the amount of the signing bonus?**
A I don't remember the amount.
MS. La MAR: Let's go ahead and mark next in line.
(Whereupon, Exhibit 8 was marked for Identification.)
BY MS. La MAR:
**Q Do you recognize this document?**
A I do.
**Q Is that your signature on the last page which is 807, Bates labeled 807?**
A Yes.
**Q Let me know when you're ready for me to ask you additional questions.**
A Okay.
**Q By the way, did you review any documents in preparation for this deposition here today?**

Page 54

A I believe I went over the -- a couple of documents.
**Q Which ones?**
A I don't recall exactly the name of the documents.
**Q Did you -- and I don't want to know what you discussed with Counsel, but did you review them with your counsel?**
A I reviewed them on the bus on the way in by myself.
**Q Did you have the documents with you?**
A I don't have any documents with me.
**Q Did you review them on the bus on the way in?**
A It was on my phone.
**Q On your phone?**
**Do you have the documents still on your phone?**
A They're not stored on my phone. It's my e-mail account.
**Q Okay. So are the attachments to e-mails on your e-mail account?**
A Yes.
MS. La MAR: Okay. Counsel, you need to produce those to us. He reviewed them in

Page 55

preparation for the deposition. So whatever they are, I need to see them. Get them from him. I don't want your correspondence between the two, but I do want the documents he reviewed in preparation for the deposition.
MR. KLEMPERER: I believe those are privileged.
MS. La MAR: I don't think they are. He reviewed them in preparation for the deposition. It's not -- unless it's an attorney-client document. Okay? We can discuss it later, but we need those.
BY MS. La MAR:
**Q All right. Going back to your offer letter, please.**
A Uh-huh.
**Q Does this confirm your understanding that you were hired at [redacted]**
A Yes.
**Q And if you look at the -- the second sentence, did you understand that your compensation would be reviewed annually and that you would receive a standard, sort of, cost of living increase to your salary?**
A That's the second paragraph here?

Page 56

**July 9th; is that right?**
A If I had to provide an estimate, I think it was July 9th.
**Q Okay. And on your first day of employment, you were again given TCS's policies and -- and handbook, correct?**
A I don't remember the exact documents I received that day.
**Q Do you remember reviewing the code of conduct again?**
A I don't remember.
**Q Okay. Do you remember receiving and signing off on a harassment and discrimination policy then?**
A I don't remember.
MS. La MAR: Let me go ahead and just have you focus on the first page.
(Whereupon, Exhibit 9 was marked for Identification.)
BY MS. La MAR:
**Q I'm just going to be asking you about the first page and a very simple question.**
**Is that your signature?**
A That is my signature, yes.
**Q Thank you.**



**Does this refresh your recollection as to whether or not you received the company's discrimination and harassment policy on 7-9?**
A Yes.
**Q And again, it says here that you read and you would follow the policy guidelines, correct?**
A Correct.
**Q And do you recall ever being asked to participate in training and passing a test with respect to discrimination and harassment?**
A I don't remember that.
**Q You don't remember any online training or a test on discrimination or harassment?**
A I don't remember if I took any test.
**Q No recollection one way or the other?**
A No recollection.
**Q All right. What was your understanding of the program at -- or in Ohio?**
A My understanding of the program was that it would be information on the company itself, the history of the company, what the company does and that there would be some tech training as well.
**Q And did you get that training?**
A We did have technical courses while we were -- I was there.



**Q Did you get information on the company itself?**
A We did.
**Q And what -- what kind of information did you get on the company itself?**
A It was about the history of the company. I don't remember any details about the history.
**Q Did they talk with you about TCS's business model and how, basically, TCS works?**
A I don't remember exactly what they talked about.
**Q What's your understanding of TCS's business model?**
A I don't fully understand the entire business model.
**Q What -- what is it about it that you do understand?**
A It's IT consulting.
**Q Do they work on client sites?**
A Yes.
**Q Okay. How did they -- do you have any knowledge of how TCS procures its projects?**
A I do not.
**Q You don't know if it's a bid process?**



A I don't know anything about that process. I don't recall anything.
**Q Do you recall how long the projects are at for client sites or does it vary?**
A I don't recall ever receiving any information about that or knowing anything about that.
**Q So you had training in Ohio for six to eight weeks and you were trained on the company in itself, but you didn't have a -- sitting here today, you don't have an understanding of how TCS operates or its business model; is that right?**
A That's correct.
MR. KLEMPERER: Objection; misstates his testimony; argumentative.
BY MS. La MAR:
**Q Did I misstate your testimony?**
A I don't recall what I was trained on there. It was several years ago, and I don't remember everything.
**Q Do you remember anything?**
A No.
**Q Can you describe the facility for me that you were at for six to eight weeks?**
A Other than that it was an office

complex, I can't really describe it any more.
**Q Was it set up like classrooms?**
A I don't remember the exact layout.
**Q Do you remember if -- did you have co-students, so to speak, co-trainees, so to speak, at the Ohio location?**
A We had another group -- we had -- our group that we had is the initial learning program group for that. That was in the training sessions. And then the technology training as well.
**Q And -- and who was in that group, how many people?**
A If I had to take an estimate, I'd say about 40 people, but I don't know the exact number.
**Q And do you know if all 40 of those people -- we'll just use that an estimate -- all 40 of those people were in the insurance vertical?**
A I don't recall.
**Q Do you recall if all 40 of those people were college recruits?**
A I don't recall.
**Q Was there anything in the ILP training program that you felt was discriminatory?**
A Not that I remember.
**Q Do you -- was there anything in the**

Page 65

**ILP program that you attended that you perceived to favor Indians in any way?**
A Not that I recall.
**Q Of those 40 people, a certain number were slated to go to India; is that correct?**
A To the best of my knowledge, I believe so.
**Q Okay. Do you know how many?**
A I'm not sure. I don't know.
**Q Did you -- was your group referred to as the "July cohorts" by [redacted]**
A I don't recall.
**Q You don't recall?**
A I'm not really sure.
**Q Do you know who [redacted] ?**
A Yes.
**Q Was he slated to go to India?**
A I believe he was.
**Q Did he in fact go to India with you?**
A I believe he was there.
**Q And do you recall what race he was?**
A I'm not sure what race he is.
**Q What about [redacted] I'm sorry. Do you know who that is?**

Page 66

A I vaguely remember the name.
**Q And did he go to India with you?**
A I believe he did.
**Q And do you know what his race is?**
A I don't remember.
**Q Do you know whether or not he's still employed by TCS?**
A I don't know.
**Q Do you know if [redacted] still employed by TCS?**
A I don't know.
**Q How about [redacted] do you remember him?**
A The name sounds familiar.
**Q Do you know if he went to India with you?**
A I believe he did.
**Q Okay. Do you know what his race is?**
A I do not.
**Q [redacted] do you know who that is.**
A I remember the name.
**Q Do you know if he went to India with you?**
A I believe he did.

Page 67

**Q Do you remember what his race was?**
A I do not remember.
**Q How about [redacted]**
A Name sounds familiar.
**Q Go to India with you?**
A I believe he did.
**Q Do you know what his race was?**
A I do not recall.
**Q [redacted], did he go to India with you?**
A Sounds familiar.
**Q Do you know what his race was?**
A I don't remember.
**Q [redacted] do you remember him?**
A The name sounds familiar.
**Q Did he go to India with you?**
A I believe he did.
**Q Do you remember what his race was?**
A I do not remember.
**Q [redacted] do you remember [redacted]**
A The name sounds familiar.
**Q Do you remember if he went to India with you or not?**

Page 68

A I believe he did.
**Q Do you remember what his race was?**
A I do not recall.
**Q [redacted] o you know who he was?**
A The name sounds familiar.
**Q Did he go to India with you?**
A I believe he was present.
**Q Is that yes?**
A Yes, I believe so.
**Q Do you remember what his race was?**
A I do not recall.
**Q [redacted]**
**(Whereupon, the reporter requested** clarification.)
THE WITNESS: The name sounds familiar.
BY MS. La MAR:
**Q Do you know if she went to India with you?**
A I believe, to the best of my knowledge, she did.
**Q And do you remember what her race is?**
A To the best of my knowledge, I don't.
**Q Okay. [redacted]**



A Sounds familiar.
**Q Go to India with you?**
A I believe he did.
**Q Do you know what his race was?**
A To the best of my knowledge, I don't.
**Q [redacted] , go to India with you?**
A That name doesn't sound familiar.
**Q So if a name doesn't sound familiar, you don't know whether he went to India with you or not?**
A I don't remember.
**Q You -- then you would not remember what his race was?**
A I wouldn't remember, no.
**Q How about [redacted]**
A The name sounds familiar.
**Q And do you know if that person went to India with you?**
A I believe so.
**Q Do you remember what her race was?**
A I don't remember.
**Q How about [redacted]**
A Name sounds familiar.
**Q Go to India with you?**



A I believe he did.
**Q Do you remember what his race was?**
A I don't remember.
**Q [redacted] last name [redacted] do you remember that person?**
A I believe I do.
**Q Did they go to India with you?**
A I believe he did.
**Q Do you recall what his race was?**
A I don't remember.
**Q [redacted] do you recall who that person was?**
A I believe so.
**Q And do you recall if that person went to India with you?**
A I believe he did.
**Q Do you recall what his race was?**
A I don't remember.
**Q [redacted] do you recall that person?**
A I recall the name.
**Q Do you recall if he went to India with you?**
A I believe he did.
**Q And do you recall what his race is?**



A I don't remember.
**Q [redacted] do you recall that person?**
A I recall the name.
**Q Do you recall if that person went to India with you?**
A I believe he did.
**Q Do you recall the race?**
A I do not remember.
**Q [redacted]**
A It sounds familiar.
**Q Go to India with you?**
A I believe he did.
**Q Remember the race?**
A I do not remember.
**Q [redacted] , did that person go to India with you?**
A I believe she may have.
**Q And do you recall what her race was?**
A I do not remember.
**Q [redacted]s, do you remember this person?**
A I do.
**Q This is in -- did he go to India with you?**

A I don't remember which documents.
**Q You don't remember providing any [redacted] documents is my question.**
A I don't remember which documents I provided.
**Q So the answer to my question is no, then. You're not answering my question.**
A I don't remember which documents I provided.
**Q Did you provide any [redacted] documents?**
A I don't remember providing [redacted] documents.
**Q Okay.**
A I wouldn't know either way.
**Q All right. What was your understanding of why you were going to India?**
A My best understanding at the time was that I would be meeting with the team that worked in India on projects in the U.S.
**Q And when you say "the team in India that worked on projects in the U.S.," do you mean in the [redacted] vertical -- or, I'm sorry, the insurance vertical?**
A I believe at the time it was for [redacted]

Page 81

**Q Okay.**
A The account that I was assigned when I was hired.
**Q And, in fact, did that happen? Did you meet with the management and technological folks that are assigned to the [redacted] account?**
A I did in India.
**Q Okay. And who were those people?**
A I don't remember their names.
**Q Do you remember their races?**
A I don't remember.
**Q How was your training in India?**
A I don't remember every detail of the training. We had some conference room type PowerPoints. I don't exactly remember what the PowerPoints were about.
And we had some time where we would be in the office with the actual team itself. But I don't recall what I actually worked on, and I don't remember the exact content of any of the presentations we did.
**Q How was your interaction with the team?**
A In terms of what?
**Q In terms of getting along with them.**

Page 82

A I felt that I got along very well.
**Q And did -- did you feel that the team liked you?**
A I felt that the team did.
**Q And do you feel you successfully completed the training in India?**
A I don't recall completing the training in India.
**Q You don't recall completing it?**
A No.
**Q What happened?**
A I believe the [redacted] position had been reorganized, and I was no longer going to be on that project upon returning to the States.
**Q Okay. And how far into your training in India did that take place?**
A I don't remember the exact time. I believe it was towards the end of my time in India.
**Q Within a week or so from when you were supposed to go back, correct?**
A I believe so.
**Q And so tell me about that. Your [redacted] position is no longer there. Did you think you were going to be fired?**
A My understanding was that I'd be

Page 83

placed on what they call the bench, just kind of an in-between area while a project is being looked for for you to work on. So I really wasn't -- I don't remember being sure exactly what was happening at that point.
**Q But you knew you didn't have to reapply to TCS for a different position, correct?**
A I didn't feel at the time that I had to reapply.
**Q And, in fact, that -- do you have an understanding that that's the typical process at TCS, that you move from client site to client site?**
A I believe so.
**Q So tell me about -- first of all, you don't believe the [redacted] project went away because you were white, do you?**
A I don't believe so.
**Q It didn't have anything to do with Indian favoritism or discrimination, correct?**
**MR. KLEMPERER: Objection; calls for** speculation.
BY MS. La MAR:
**Q Do you believe it had anything to do with Indian favoritism?**
A I don't recall anything as to why the

Page 84

[redacted] account was changed in the way it was. I wasn't told anything, to my knowledge. I don't know why any of that happened.
**Q Okay. But you don't -- sitting here today, you don't have a belief that it was discriminatory, do you?**
A I would have no belief as to what it is at all. I don't remember --
**Q Okay.**
A -- why they did it.
**Q Fair enough.**
**Were there other people that were also slated for the [redacted] project who had -- who were part of your cohort group that also had to find new positions?**
A I believe, to the best of my knowledge, there may have been a few others.
**Q Okay. Would [redacted] be one of them?**
A To the best of my knowledge, I believe he was.
**Q And how did you go about looking for a new position once you learned that [redacted] position had gone?**
A I don't exactly remember the entire details of that -- of when that happened. But I



believe I reached out via e-mail to either [redacted] or somebody from human resources. I don't recall the exact details of that.
**Q And, I'm sorry. Who told you that the AIG position was no longer available?**
A I don't remember exactly who told me.
**Q Do you remember being proposed for -- let me -- strike that. Let me ask it a different way.**
**Did you feel you received assistance from TCS personnel in India to help you find a new position?**
A I don't remember.
**Q Do you believe -- do you know somebody named [redacted]**
A It sounds familiar.
**Q Okay. And do you know if [redacted] told you that she was going to recommend you and your cohorts for a banking position?**
A I don't remember with a hundred percent certainty, but I believe there was some discussions around that.
**Q Did you appreciate that?**
A I did.
**Q Let me see if I can refresh your**



**recollection on some things.**
A Okay.
MS. La MAR: Mark this next in line.
(Whereupon, Exhibit 10 was marked for Identification.)
BY MS. La MAR:
**Q Let me know when you finished it.**
A Okay.
**Q Does this refresh your recollection about the name [redacted]? Do you know who she is?**
A It does bring back a little bit of memory on that.
**Q Okay. And who was [redacted]**
A I mean, aside from what it says here, I don't really remember much about her role and what she did, other than, I mean, her title is here, operations manager.
**Q That's all you remember?**
A I don't really remember what she did. I -- I -- she was involved with our group.
**Q All right. So this e-mail looks like she is proposing or trying to get banking account teams to -- to connect with you. Is that -- does this refresh your recollection on that?**



A It does somewhat.
**Q Okay. And the banking account teams, they weren't inside the insurance vertical, were they; they were a different vertical?**
A I don't remember exactly.
**Q You don't remember if there was a banking vertical versus an insurance vertical?**
A I would imagine there would be a different one. But, again, like I said, I don't remember the exact details.
**Q Okay. All right.**
**Did anything come of this, this request that the banking team contact you?**
A I'm not really sure. I don't remember.
**Q Do you remember making sure that they had your cell phone number?**
A I believe so.
**Q Okay. So there was some contact; you just don't remember what the contact was?**
A I don't remember the exact details of the contact. I do remember she had asked about if I didn't hear from them, and I remember not hearing from anybody. And I made sure to tell her, you know, "Does she have the correct cell phone number?"

I didn't want them to contact my United States cell phone --
Q Sure.
A -- and be charged overage.
I don't remember the exact dates of the e-mails, the wording of them. Yeah.
Q Okay.
A But I know there was some discussion about that, and I believe I didn't hear from anybody regarding a banking position from the best of my knowledge.
Q So is it fair to say from this e-mail tha[redacted], that he also was slotted for [redacted] and now had to look for a new position?
A I believe that's -- that's what it says here.
Q And [redacted]e, the same thing?
A I believe that's what it says here.
Q And how about [redacted]s? Am I pronouncing that wrong? I know he's your friend. [redacted]s?
A [redacted]
A I believe so.
Q Okay.

Page 89

A They're included on this e-mail as well.
Q All right. Did TCS also -- do you recall being contacted by -- by anyone for the [redacted] ccount?
A I don't remember exactly.
MS. La MAR: Okay. Let's go ahead and mark this next in line.
(Whereupon, Exhibit 11 was marked for Identification.)
BY MS. La MAR:
Q Do you recall this e-mail?
A It looks somewhat familiar. I believe I remember it.
Q Okay. And this was -- this was, in fact, contact for the banking vertical, correct, because it's [redacted] right?
A I believe so, yes.
Q Okay. And in this e-mail, you -- they ask if you would be willing to locate anywhere other than the New York and New Jersey area, and your response was no, correct?
A My response was that I had a preference to remain in the New York area.
Q A strong preference?

Page 90

A Yes.
Q "I must choose to remain in the New York/New Jersey region with a strong preference, if possible, for Northern New Jersey."
A Yes.
Q So you're basically saying you need to stay in the New Jersey/New York area, correct?
A Yes.
Q I must remain?
A Yes.
Q At some point someone approached you about a position a[redacted] is that correct?
A I believe they did.
Q And do you know if that was [redacted] I'm sorry.
A I don't remember exactly who reached out.
Q Okay. And what were you told about that position?
A I don't remember the exact details other than I believe there was something about Java. I don't remember the rest of the details on that.
Q Was it anything about a portal developer?
A That sounds somewhat familiar, but

Page 91

again, I don't remember the full details.
Q Do you have understanding of what vertical the [redacted] position was in?
A Not that I can remember.
Q What does [redacted] do, as far as you know?
A I believe they were insurance.
Q Okay. Did you interview with anyone with respect to the [redacted] position?
A I don't remember the exact details of that. I may have. I don't remember the exact details of that. That was when I was in India. I may have had a phone call interview with somebody from that site. I just don't remember the exact nature of the -- of the time or anything like that.
Q Okay. [redacted] we've talked about him a lot today. He also was offered a position at [redacted] correct?
A I believe he was.
Q Did you have an understanding of what the [redacted] position was with respect to where it would be located and what you actually would be doing?
A I had an understanding of where it would be located. To the best of my knowledge, I did not have a full understanding of what I would be doing.

Page 92

**Q Did anyone accuse you, while you worked at [redacted] of being culturally insensitive?**
A I don't remember that.
**Q You don't remember a conversation?**
A I don't exactly remember details around anything like that.
**Q Did anyone criticize your job performance at all, while you were at [redacted] that you can remember sitting here today?**
A I don't exactly remember every discussion I had with my manager regarding any of these things. I don't remember all these details. This is several years ago now. I just don't remember.
**Q You don't have any recollection of the client speaking with you?**
A Not to my knowledge, I do not.
**Q Do you have a recollection of [redacted] -- or [redacted] speaking with you?**
A I don't remember the conversations we had.
**Q You were never counseled about being culturally insensitive? Is that your testimony?**
**MR. KLEMPERER: Objection; misstates** his testimony.



THE WITNESS: I'm saying I don't remember.
BY MS. La MAR:
**Q You don't remember?**
A I don't remember.
**Q Do you feel that you were discriminated against while you were employed at [redacted] I'm sorry, while you worked at [redacted]**
**MR. KLEMPERER: Objection; calls for a** legal conclusion.
BY MS. La MAR:
**Q Okay. Do you feel you were treated unfairly in any way while you worked at [redacted]**
A I feel that I wasn't assigned any substantial work while I was there.
**Q And who was in charge of assigning the substantial work?**
A This is where it became sort of vague. I wasn't exactly sure, and I still don't remember exactly, but I believe it was between [redacted]
**Q A[redacted] wasn't a part of it, as far as you know, correct?**
A As far as I know, she wasn't, from what I can remember. I think it was -- because [redacted]



and [redacted] were the TCS managers, so I would report to them.
**Q But [redacted] didn't have anything to do with the workflow. Is that what you're saying?**
A I don't know what she had to do with exactly. I'm not a hundred percent sure.
**Q And you're sure she didn't complain about you working remotely?**
A I don't remember.
**Q All right. Did anyone complain to you that you were disruptive to the TCS [redacted] project?**
A I don't exactly remember.
**Q Let me get this straight. You don't remember any client complaints, correct?**
**MR. KLEMPERER: Objection; asked and** answered.
THE WITNESS: I don't.
BY MS. La MAR:
**Q You don't remember any TCS manager complaints to you, correct?**
**MR. KLEMPERER: Objection; asked and** answered.
BY MS. La MAR:
**Q You can answer.**
A I don't remember.



**Q And you don't remember anybody speaking to you about you being culturally insensitive?**
**MR. KLEMPERER: Objection; asked and** answered.
BY MS. La MAR:
**Q Is that correct?**
A I don't remember.
**Q So if [redacted] stifies that he did counsel you with respect to you being culturally insensitive, would he be correct?**
A I don't remember.
**Q Okay. All right.**
**Are you aware that your co-workers complained about you?**
A I don't exactly remember.
**Q Nobody came up to you and said that you told jokes inappropriately?**
A I don't remember.
**Q Nobody came up to you and said that you cursed and were unprofessional?**
A I don't remember.
**Q You'd agree that if you behaved in a culturally insensitive manner, that that would violate TS's -- TCS's policy against discrimination**

A I don't remember.
**Q Did you receive any work?**
A I don't believe I did.
**Q When did you start asking questions or making inquiries about getting work at the [redacted] site?**
A I don't remember the exact time frame. I believe it was around the beginning of the year.
**Q Beginning of 2013?**
A Around -- yeah.
**Q So you'd -- you'd already been on the project for a couple of months at that point, correct?**
A Yes.
**Q And what -- before you started asking for work, what were you doing during those first couple of months?**
A I don't exactly remember every day what I was doing. I do remember at some point, and I don't remember the exact details, there was some documentation regarding the web sphere portal that I was given access to.
And I would generally read through a lot of those documents. But they were just kind of help documents and installation guides, not really tutorials or actual type of training, just kind of

Page 117

documentation to read.
**Q Do you have any impression of whether [redacted] was fully engaged from the beginning?**
**MR. KLEMPERER: Objection; calls for** speculation.
BY MS. La MAR:
**Q Do you have any impression of whether [redacted] was fully engaged in the beginning?**
A I don't remember exactly.
**Q Would it surprise you to learn that he was?**
A I'm not really sure.
**Q You're not sure if it would surprise you or not?**
A I'm not really sure.
**Q Where did [redacted] it in relation to you?**
A I believe we sat in a similar area.
**Q Okay. And so did you observe [redacted] just sitting around doing nothing?**
A I don't remember exactly. I don't remember exactly what he was doing.
**Q At some point in time you thought that [redacted] old you to report to RGS.**
**Do you recall that?**

Page 118

A To what?
**Q To report to RGS. Are you familiar with what RGS is?**
A I'm not, and I don't remember him -- I don't remember that.
**Q You don't remember that?**
A No.
**Q I have just been corrected, RMG.**
**Do you have an understanding of what RMG is?**
A I remember hearing the term "RMG." I don't exactly remember exactly what it was.
**Q Do you have any recollection of [redacted] telling you to report to RMG?**
A I don't exactly remember that.
**Q So let me go ahead and give you this series of -- give me just one second.**
A Is it possible that we can take an extended break coming up soon, like extended to go out and get some fresh air? Is that possible?
**Q Sure. Are you unable to continue with the testimony?**
A Well, I would like to get some fresh air at some point.
**Q Okay. Let me ask these questions, and**

Page 119

**then we will take a break.**
A Okay.
**Q Okay?**
A Yeah.
MS. La MAR: I'm going to go ahead and mark this next in line.
(Whereupon, Exhibit 13 was marked for Identification.)
BY MS. La MAR:
**Q I would ask you to review it.**
**Have you finished?**
A Yes.
MR. KLEMPERER: There's a second page, too.
THE WITNESS: Oh, I went over that.
BY MS. La MAR:
**Q Yes?**
A Yeah.
**Q All right. So on the second page, which is TCS 1785, it appears there's an e-mail from you to [redacted] telling her that, [redacted] nformed me that I no longer was required to be at the [redacted] office and I was awaiting a call from HR regarding my next client/project, and in the meantime, I should report to the Edison office. Do you know**

Page 120

**counseled?**
A I don't remember what the conversation was.
**Q At all?**
A No.
MS. La MAR: All right. Let's go ahead and take a break. How long do you need for your fresh air?
THE WITNESS: Twenty minutes.
THE VIDEOGRAPHER: We're going off the record. The time is 12:47 p.m. This is the end of Tape 2.
(Whereupon, a short break was taken.)
THE VIDEOGRAPHER: We are back on the record. The time is 1:27 p.m. This is the start of Tape 3.
BY MS. La MAR:
**Q Mr. Slaight, you understand that you're still under oath, correct?**
A Correct.
**Q All right. And did you review any documents during the break?**
A I did not.
**Q Did you speak with anyone other than your counsel?**



A I did not.
**Q All right. When you were receiving your training in India, were -- did TCS offer any type of social events for you while you were there?**
A Any type of what?
**Q Social events. Trips? Dinners?**
A In India, yes, there were -- there was a dinner. I don't remember exactly what they were, but there was a dinner. We did go out one night, at least one night. I think we went to a shopping mall.
**Q Did they also give you a dinner, a Dear Mary dinner, something like that? Do you recall that?**
A Yes, I remember that somewhat. I believe we went out for pizza.
**Q And did they also take you on a trip to a different location in India so you could experience that culture?**
A Yes.
**Q Now, I'm curious, you participated in all those events, correct?**
A Correct.
**Q Why didn't you participate in any of the events that -- that were offered for [redacted]**



**employees -- or AXA/TCS personnel?**
A I don't know. I just didn't.
**Q Did you not want to?**
A I don't really remember why. I just didn't.
**Q Do you know if [redacted] participated in the events?**
A I don't know.
**Q [redacted], tell me how you worked with [redacted] I'm abbreviating it as [redacted] ecause --**
A Yeah.
**Q You know who I'm speaking about?**
A Yes.
**Q [redacted] or --**
A Yeah. I don't really recall much about working with him. He wasn't really much of a talker, from what I remember. We didn't really -- you know, he would kind of show me what he did. I don't exactly remember what it was he did. But I don't remember too much about our communication.
**Q Did you feel that he was getting substantive work? Or I think you call it substantial work. I'm trying to figure out what you mean by that.**
A Well, just, you know, work that --



that means something. You know, not busywork, just actually doing something for the customer.
I'm not a hundred percent sure what his task was, what his role was as to what he was doing. He seemed busy.
**Q What about [redacted] he seemed busy?**
A From what I can recall, towards the end of my time there, he seemed to start picking up more things.
**Q At the beginning, was he not busy?**
A From what I remember, he didn't seem to be too busy.
**Q How about [redacted] did he seem busy?**
A From what I can remember, he seemed about the same as [redacted] They were both kind of about same level.
**Q And so your impression is they had substantial work, correct?**
A From what I can remember, it seemed that way.
**Q And the same thing for [redacted] at least toward the end, substantial work?**
A From what I can remember, it -- it did seem that way.

college.
And that's kind of what I was -- what I was pushing for.
**Q At the end of March you were asked to no longer report to [redacted] orrect?**
A I believe so.
**Q How did that happen? Tell me what happened.**
A I don't remember the exact sequence of events that led to that, unfortunately.
**Q Do you remember who spoke to you?**
A It may have been [redacted] but I'm not a hundred percent sure. I don't remember exactly who came up to me and let me know.
**Q Do you remember receiving an e-mail from [redacted]**
A I believe I did. I'm not a hundred percent sure of the content. I think I remember getting something. It's -- it's a lot to go back.
**Q No, no, that's okay. Let's go ahead and -- let's go ahead and mark this next in line.**
**(Whereupon, Exhibit 15 was marked for** Identification.)
BY MS. La MAR:
**Q Do you recall seeing this e-mail?**



A I vaguely remember it.
**Q So now, this e-mail starts out that you had had a previous conversation with -- a counseling session, basically, with [redacted] he month before, and that's the one you can't remember; is that right?**
A Yeah, I think that was -- again, like I said, it's not exactly fresh in my mind, but I believe we did have a discussion.
**Q Does it refresh your recollection that you may have had a discussion with him at that time, about your professional behavior during your meetings with customers?**
A It's possible. I'm not a hundred percent sure.
**Q Do you recall any of the substance of that conversation?**
A I don't.
**Q Same question for attending the office on a regular basis and coming to the office on time. Do you have any recollection of your conversation with [redacted] n, it appears, the end of February about that?**
A I don't have any recollection of what we discussed.



**Q How about participation in the project, do you have any recollection of that?**
A I do not.
**Q And then the learning of technology, any recollection of that?**
A I do not.
**Q Communication with customers, any recollection?**
A No, I don't.
**Q Formal dressing in the office, how about that?**
A I do remember there was an e-mail sent about allowing a lighter dress code from [redacted] from the [redacted] management, and I believe that may be something to do with that where they were allowing a polo instead of, say, a button-down shirt.
**Q Do you remember being counseled that you weren't dressing appropriately for the office?**
A I don't remember the exact words or discussion that was used. It may have been brought up.
**Q And how about understanding the company's culture and respect for the customer, do you remember any of that?**
A That, I don't really recall discussing



specifically.
**Q Now, here he says he sees some minor improvements. Do you remember him talking with you about minor improvements you had?**
A Really hard to remember any of the discussion I had with him at this point.
**Q Okay. In reading this e-mail, do you think the criticisms of you are fair?**
A I think I feel, from what I remember of being there, all of this didn't feel in line with how I felt I was moving in the direction at the site. I thought I was putting, you know, my best foot forward and finding a place where I would fit in this team.
And, you know, it's possible I just -- my perception of that was different from the management. I don't remember exactly. But, you know, it's possible that my perception was -- was just, you know, maybe not in line with how they felt, what they were expecting.
**Q From this e-mail, and I know that your recollection is a little fuzzy, it appears that you were counseled about all of these things and that you didn't really take strong steps to improve these things.**

exactly sure of what the content was. I just remember reaching out to a couple of people in TCS.
**Q And do you know i[redacted] do you recall if[redacted] took an active role in trying to find you a new position?**
A I don't know.
MS. La MAR: Let me go ahead and -- you know what, let me go ahead and do this. Can you give me two minutes, let me get these documents straight, and we'll come right back on the record.
THE WITNESS: Okay.
MS. La MAR: Okay? Two minutes.
THE WITNESS: Sure.
MS. La MAR: You don't have to go anywhere, but --
THE VIDEOGRAPHER: We're going off the record. The time is 1:46 p.m.
(Whereupon, a short break was taken.)
VIDEO TECHNICIAN: We're back on the record. The time is 1:49 p.m.
BY MS. La MAR:
**Q Thank you for your patience.**
A Uh-huh.
**Q I'm going to go ahead and show you an**



**e-mail marked next in line and ask you to review it.**
**(Whereupon, Exhibit 16 was marked for** Identification.)
BY MS. La MAR:
**Q It appears to be an e-mail from the client, contact[redacted]**
A Uh-huh.
**Q Have you ever seen this e-mail before?**
A I have not.
**Q And again, I think I asked this question, and I apologize if I did, but you were unaware that the client had asked you to be removed?**
A To the best of my knowledge, I wasn't aware of this.
**Q Did you feel your relationship with her was bad enough that she would ask for you to be removed?**
A To the best of my knowledge from this time, I -- I'm a little surprised. I didn't feel that way. I actually felt -- I do remember having a discussion with her, as I mentioned before, where I discussed my database background and that I was looking to move in that direction if they had something available.
And that meeting seemed like it did



leave off on a positive note from what I can remember of it. I don't remember everything that was said, but it didn't seem like it was a negative tone to that meeting, from what I recall.
**Q So maybe just a misperception of the meeting?**
A It's possible.
**Q All right. I'm going to go ahead and mark next in line for you, it's -- it's two e-mails. One, the top e-mail, appears to be the e-mail from [redacted] that we have looked at previously, just a different copy, and the second is an e-mail from [redacted]**
**Have you take a look at these.**
**(Whereupon, Exhibit 17 was marked for** Identification.)
BY MS. La MAR:
**Q I will be asking you about the second e-mail. I think you have reviewed the first.**
**MR. KLEMPERER: These aren't part of a** chain, are they?
THE WITNESS: I don't think so.
MS. La MAR: No, these are attached to the termination report.



BY MS. La MAR:
**Q There are several e-mails that are in the termination report, so you may see them.**
A Okay.
**Q Were you -- have you had a chance to finish reading the e-mail?**
A The bottom, yes.
**Q That's correct, just the bottom one. The top one we have already looked at.**
**So the bottom e-mail, are you surprised by the content?**
A I am.
**Q And why?**
A I would say that I am.
From what I remember, I didn't gather this perception from those two individuals. We seemed like we had friendly interaction on a daily basis. That's the way I perceived it at the time.
**Q Do you see anything in this e-mail from[redacted] that would lead to believe they didn't -- or they set forth these statements because you're white?**
A To the best of my knowledge, I -- I wouldn't say it is, no.
**Q All right. Hopefully now we're going**

**to move to the e-mail trail about you getting -- looking for another job. And we are.**

A This is within the TCS organization.

**Q That's correct.**

**This is a series of several e-mails. I will go ahead and mark them.**

A In one booklet.

**Q What happens is when you send one e-mail and then you respond to a second different e-mail, we get part of the trail, but then we get one comment, and then it goes back to --**

A Okay.

MS. La MAR: So let's start with this one, if we could.

(Whereupon, Exhibit 18 was marked for Identification.)

THE WITNESS: Start from the back, I believe.

BY MS. La MAR:

**Q It should. I think --**

A Yeah.

**Q -- that starts with the e-mail that we talked about that you sent to [redacted]**

A Okay.

**Q Now, this chain, if you -- if you go**

Page 145

**back to the first page of the chain, your e-mail to [redacted] TCS 244 -- 2444, I'm sorry, it looks like you had already been unallocated for about five days; is that right?**

A It a would appear that way.

**Q Maybe six days, something like that?**

A Approximately, yeah.

**Q Okay. And at this time it does look like you're reaching out to her and [redacted] oti to see if you can get any positions both in the New Jersey area and you're willing to relocate to Ohio; is that correct?**

A From what I recall at the time, yes, I was interested in hearing what kind of opportunities they had in Ohio.

**Q And do -- do you perceive that [redacted] and the Resource Management Group moved on that request?**

A From what I can recall, it looks like they did send a couple of e-mails around with my resume.

**Q Okay. And, in fact, your resume -- you took a little while to get them your resume, didn't you, your updated resume?**

A Well, I believe I -- from what I

Page 146

remember, I attached it on my e-mail to [redacted] I'm not a hundred percent on that. I believe I did. I'm not sure, though. I may not have. That, I don't exactly remember. So I may have had to send it then afterwards.

**Q Well, let me go ahead and mark this one next in line.**

A Okay.

**Q Maybe it will help refresh your recollection.**

A Okay.

(Whereupon, Exhibit 19 was marked for Identification.)

MR. KLEMPERER: And the resume is at the back of 18.

MS. La MAR: Right. This predates that. If you look, this is the March 28th e-mail series.

MR. KLEMPERER: Okay.

BY MS. La MAR:

**Q So let me know when you're done looking at this.**

**Are you finished reviewing it?**

A Not just yet. Okay.

**Q Okay. So I think if we look at**

Page 147

**Number 19, you see that on the -- on the 27th, you basically were told to report to Edison office tomorrow and you e-mailed [redacted] about that; is that correct?**

**Does that refresh your recollection?**

A I believe so, yeah.

**Q And the -- and the date of that is 3-27, correct?**

A Yes.

**Q And then you're told you don't need to come in, just send your resume to [redacted]**

A Yes.

**Q Okay. And then it looks like by the next day at noon, they still don't have your resume.**

**Do you recall any problem with sending your updated resume?**

A I don't exactly recall at the time what any reason would have been for a delay. I don't exactly remember.

**Q Do you remember anything about telling them that the power was out so you were unable to do that?**

A I don't recall that off the top of my head, no.

**Q Do you know of any reason that you**

Page 148

**would delay in sending your resume to look for another job with -- to the RMG group?**
A In all honesty, I don't remember. I may have just been being forgetful. I don't exactly remember.
MS. La MAR: Now, why don't we go ahead and mark this one next in line. Maybe it will help you.
(Whereupon, Exhibit 20 was marked for Identification.)
THE WITNESS: Okay.
BY MS. La MAR:
**Q And so it appears, just to refresh your recollection, that you were unable to send your resume because your internet and power were out earlier in the day?**
A From what I can see here, I sent that e-mail. I have no recollection as to -- if the power was out, I don't remember. It may have been.
**Q All right. So -- So I'm --**
A I don't remember a power outage from three years ago. I was -- you know.
**Q Were you concerned at this point that you were not going to find another position?**
A If I can remember correctly, I was

Page 149

starting to feel a little worried that they would not be able to find me something.
**Q Okay. So that's when you reached out to** [redacted]
A It was around that time. Yeah.
**Q We will go back to that e-mail.**
A Right, right, right.
**Q Okay. So that --**
A I don't know the exact date. It's on here, though.
**Q Okay. And so did you get any response from your request for an Ohio location?**
A I don't recall. I don't remember if I did.
**Q Did you get any inquiries -- or do you remember inquiring with** [redacted] **bout a North Carolina position?**
A I don't exactly recall it. It's possible.
**Q Are you aware whether** [redacted] **hared your CV with open requirements in North Carolina?**
A I'm not exactly sure. From what I can remember, we discussed Ohio. North Carolina may have been brought up. I'm not a hundred percent sure.

Page 150

**Q Did you perceive that the process that was undertaken by** [redacted] **in conjunction with trying to find you a position, did you believe that that was discriminatory in any way?**
**MR. KLEMPERER: Objection; calls for a** legal opinion.
BY MS. La MAR:
**Q Did you believe it was unfair in any way?**
A From what I remember, it didn't seem to be unfair.
**Q Do you believe that their reaching out to these other positions was colored by your race in any way?**
A From what I can recall, I don't believe so.
**Q How about your national origin?**
A I don't believe so.
**Q Did you also start to look for a position on your own?**
A That's a possibility. I don't exactly remember. At some point I did begin to look outside of TCS. I don't recall when it was. From the best of my knowledge, I don't believe it was around this time.

Page 151

**Q Did you try to look within TCS on your own outside of RMG?**
A I don't believe so, from what I remember.
**Q Did you go on the exciting opportunities portal?**
A From what I remember, I don't believe I did.
**Q Career portal?**
A From what I remember, I don't believe I did.
**Q Why not?**
A I don't remember. I was just working with them and, you know, I kind of confided in [redacted] that she would be able to help me get something, preferably in this area, or potentially Ohio, if there was something that was a -- a good fit.
**Q Do you have an understanding of what** [redacted] **role was?**
A From what I remember, she was more of the initial recruiter.
**Q So when people -- do you have an understanding of what happens when people are benched?**

Page 152

A I don't remember the full process behind it. I remember the vague idea of just this is a time when you're not working on a project.

**Q And -- and that's applicable to the entire TCS existing workforce, right? They get benched?**

A From what I understand. I'm not a hundred percent sure. It's possible.

**Q Do you have any information that would show that that benching wasn't something that happened to other TCS employees?**

A From my understanding, I don't believe I do.

**Q All right. Do you recall reaching out to anyone at** [redacted]

A What I remember, I recall having an interview with [redacted] but I do not remember the exact chain of event that led to that phone call and e-mails. I don't remember exactly, but I do remember having an interview.

**Q Do you recall -- do you recall at some point in time telling Ambika and her group to stop looking outside of the New Jersey and New York area for you?**

A From what I can remember -- it's not



all coming back to me. But from what I remember, I believe I had asked to see if there were any opportunities in Ohio, that I didn't necessarily say I was a hundred percent, I just wanted to know are there any openings in Ohio.

**Q Well, did you -- did you make any phone calls or is it what's contained in the e-mails?**

A I don't remember any phone calls.

**Q Okay. So it's what's contained in the e-mails?**

A I believe so.

**Q All right. And you did the same thing with North Carolina, correct? You said you're interested in positions in North Carolina, correct?**

A It's possible. I don't remember a hundred percent.

**Q Well, let's just look at this one.**

**MS. La MAR: Next in line.**

**(Whereupon, Exhibit 21 was marked for** Identification.)

THE WITNESS: Okay.

BY MS. La MAR:

**Q Finished?**

A Yes.



**Q Great. So this is -- appears to be 4-2. You basically say, "I'm willing to relocate to North Carolina as well."**

**Do you see that?**

A Yes.

**Q So is it possible that you gave them the perception that you were willing to relocate and not that you were just looking for the possibility of positions?**

A I don't a hundred percent recall everything. From what I gather, it's possible that it crossed my mind. And, you know, obviously I sent this e-mail.

**Q And you'd agree with me this e-mail says, "I'm willing to relocate there as well."**

A Right. Right, yes.

**Q Okay. All right.**

**And then about seven days later, you told them that you no longer wished to relocate anywhere outside the New Jersey/New York area; is that right?**

A I don't recall that e-mail.

**Q You don't?**

A I don't. I don't remember if I sent that.



**Q Do you have any reason to believe you didn't?**

A No. I just -- I don't remember if I sent anything. I don't have copies of these. It's many years ago, like I said. So I don't remember.

**Q Do you have any recollection of whether or not you made a decision that you didn't want to relocate out of the New Jersey/New York area?**

A From what I can recall, I did have a feeling of not wanting to relocate. I had reconsidered my initial thoughts on that. I just -- like I said, I don't remember. Whether or not I sent any of those e-mails, I don't remember the exact correspondence.

But I know that at some point I felt that I would rather stay local to this region.

**Q Did you believe that there were jobs that you weren't being applied to in the New Jersey/New York area?**

A From the best of my knowledge at the time, I did start to feel like that. I guess my basis is just the -- I guess the enormity of this region, it being New York/New Jersey, similar to say Southern California, right?

It's a major job market in the IT realm, so I had felt, you know, it would be -- the right opportunity would come up in this region.
**Q Okay.**
**MS. La MAR: I'm going to go ahead and** mark next in line, and I will have you focus on the bottom e-mail and see if that refreshes your recollection.
(Whereupon, Exhibit 22 was marked for Identification.)
BY MS. La MAR:
**Q Okay? So is that -- does that refresh your recollection? You said you know they had been looking for you but now you don't -- you don't want to go.**
A It does somewhat, yes.
**Q Okay. Do you know if they had sent your application for thi[redacted]a position? And by "they," I mean[redacted] nd her group.**
A I don't remember a hundred percent. It's possible. Otherwise, I'm not sure how they would have known. And it's certainly possible. I don't remember exactly if -- if they did that or who in that group did that.
**Q Do you recall somebody evaluating your**



**technology skills with respect to the position at [redacted]a?**
A Some sort of an interview.
**Q Either that or off what you placed in your resume?**
A From what I can remember, I believe there was an initial phone call. That's the one that was noted here by[redacted] I'm not exactly sure what we discussed. I think it was just brief about the position. There may have been some technical questions. I don't remember.
I think I was -- I don't remember where I was, but I just remember it was brief. And I ended up going on a on-site interview with them.
**Q Did anyone ever tell you that they determined that you were unqualified for that position because it was a four-year project manager position?**
A Did anybody ever tell me that?
**Q Uh-huh.**
A I don't recall anybody saying that to me.
**Q Did you learn about it after you were separated from employment?**
A I don't recall learning any of that



information.
MS. La MAR: So I'm going to go ahead and mark next in line and see if you recognize this.
(Whereupon, Exhibit 23 was marked for Identification.)
BY MS. La MAR:
**Q Finished?**
A Yes.
**Q Do you -- it appears to me that both of these individuals seem to indicate that you didn't have the skill set for the position.**
A Okay.
**Q Okay? Do you have any facts that would establish that you did have the skill set for the position?**
A To the best of my knowledge, I don't.
**Q And you see here that it was four years of experience in those technologies, correct? And you don't have that, right?**
A Correct.
**Q Correct, you don't have that?**
A I -- at the time I didn't have four years of experience.
**Q All right. Do you believe -- do you**



**have any information that would show this assessment of your skill set was discriminatory or unfair?**
**MR. KLEMPERER: Objection; calls for a** legal conclusion.
BY MS. La MAR:
**Q Unfair.**
A Was it unfair? From what I can recall, at this time I wasn't given any notice as to whether or not I had this position. I wasn't given any of this information, from what I remember.
Would I constitute that as unfair? I would like to be told this isn't a good fit for you, but I don't recall getting an e-mail regarding that.
**Q Do you believe that the assessment of your technological aptitude at this time by these individuals was based on the fact that you were white?**
A I don't believe that.
**Q Was it based on the fact that you were nonIndian?**
A I don't believe that.
**Q Or that you are of white European national origin?**
A I don't believe that.
**Q Were you aware that on April 10th the**

**process was started for your termination?**
A I am not aware of that.
**Q Did anybody talk to you about it?**
A To the best of my knowledge, I don't recall being talked about that until I was given the phone call a couple of days after that. From what I remember, that's when I was given that information.
**Q Did you ever receive or see an involuntary termination form?**
A From what I remember, I don't recall seeing that.
**Q Do you know what the procedures are for terminating an employee from TCS?**
A I'm not aware of that.
**Q Do you have any facts that would establish that your termination was based on the fact that you are white?**
A From what I recall, I don't.
**Q Based on the fact that you were nonIndian.**
A From what I recall, I don't.
MR. KLEMPERER: Can we go off the record for a moment?
MS. La MAR: Sure.
VIDEO TECHNICIAN: We're going off the



record. The time is 2:15 p.m.
(Whereupon, a short break was taken.)
THE VIDEOGRAPHER: The time is 2:22 p.m. We're back on the record. This is the start of Tape 4.
BY MS. La MAR:
**Q Okay. We were talking about your post employment -- I'm sorry, your post [redacted] employment efforts to seek new positions within TCS.**
**Now, at some point in time you got a call from [redacted] s that correct?**
A I believe so.
**Q Okay. And what -- what did he say to you, do you recall?**
A From what I remember, I believe I had more than one phone call with him. I'm not really sure on the timeline we're talking about.
**Q Did he call you and tell you you were terminated?**
A Yes, that I -- okay.
**Q And do you know when that phone call took place?**
A I don't remember the exact date. To estimate, I would say it was mid to late April.
**Q So would April 19th seem fair?**



A I believe so.
**Q Okay. And what -- what did he tell you?**
A I don't remember the exact content of it, just that I was let go from the company.
**Q And what was your impression at that point?**
A From what I remember, I was a little confused. My understanding was that I had done well in the [redacted] nterview. I wasn't aware that I wasn't qualified, apparently, in their point of view.
And at the time I was still awaiting a response from that interview. So that was -- it was a little bit of a surprise to me.
**Q So what -- what did you do?**
A What did I do when?
**Q What did you do after you learned you were terminated? Did you start to seek employment elsewhere? What did you do?**
A I don't remember exactly. I know within the coming days and weeks after that, I began looking. I don't remember the exact time that I started.
**Q Did you try to speak with anyone about**



**your termination at TCS?**
A I don't remember. I may have reached out to [redacted] regarding that. I don't remember exactly if I did or when, but I believe I may have sent her an e-mail. I'm little fuzzy about that time. I'm trying to think about it.
**Q Did you speak -- did you speak with your dad about your termination?**
A I believe it's possible. He's my father.
**Q Did you send him a draft of the e-mail that you were going to send to [redacted]**
A I believe I may have.
**Q Do you recall any comments that he made?**
A Not at this time, no.
MS. La MAR: I'm going to go ahead and show you the e-mail I believe is the one you're discussing with regard to [redacted] have you take a look at it.
(Whereupon, Exhibit 24 was marked for Identification.)
MS. La MAR: I'm sorry. Mark it next in line, please. Thank you.
THE WITNESS: This is different than

**Q Moving on to Paragraph 62, do you have any factual basis to support the statements in paragraph -- the accuracy of the statements in Paragraph 62?**
**MR. KLEMPERER: Objection; vague.**
**BY MS. La MAR:**
**Q Do you understand my question?**
A I don't for this.
**Q So Paragraph 62, I'm asking you if you have any factual basis to support the statement that Mr. Slaight graduated in June 2012 from DeVry University with a bachelor of science degree?**
A I have a college diploma, so yes.
**Q Very good. So you do understand the question.**
**The next sentence says, "Mr. Slaight interviewed with a Tata manager of college recruiting and relations in April 2012."**
**Was that** [redacted]
A I believe so.
**Q And we talked about that today, did we not?**
A Yes.
**Q "And was hired as a software engineer shortly thereafter."**



**And we talked about that today, did we not?**
A Yes.
**Q Okay. Next sentence says, "Mr. Slaight attended orientation in May 2012 and started full time on July 9th 2012."**
**Did you attend an orientation in May 2012?**
A From what I can recall, there was an on-line orientation about the upcoming trips to Cincinnati and India.
**Q Okay. So it was just --**
A It was like a WebEx online.
**Q So just general information?**
A Yeah.
**Q Okay. All right.**
**And we talked about you starting full time in July 9th, 2012, correct?**
A Yes.
**Q And over the following two months, you went under training in Cincinnati, Ohio and Chennai, India. And we talked about that, have we not?**
A Correct.
**Q Okay. So you do have a factual basis for the accuracy of Paragraph 62; is that correct?**



A Now, by these, to clarify, you're just asking that I state that these are facts that I don't have something to -- a piece of paper to say I started on this date, a piece of paper to say I did this WebEx, just me stating it as a matter of fact.
**Q I'm just asking if the statements contained in the Complaint are accurate, and if you have any facts that support these statements. So what you have just told me is that you have a paper that supports you graduated, and we talked about these other things.**
**So there's nothing inaccurate in this paragraph as far as you're concerned, correct?**
A Right.
**Q All right. And Paragraph 63, it says, "Upon returning from India, Mr. Slaight was assigned to a client project in Jersey City, New Jersey servicing client** [redacted]
**And we have talked about that today, correct?**
A Correct.
**Q And so you would -- so let me ask you, do you believe that you have facts supporting the accuracy of Paragraph 63?**
A I did start that position when I came



back from India, yes.
**Q So now moving to Paragraph 64, it says that your assignment at** [redacted] **started October 1st, 2012.**
**Is that the correct date?**
A To the best of my knowledge, it is.
**Q And you reported to work and were assigned to the deployment team; is that correct?**
A To the best of my recollection at the time, I believe that was the team.
**Q And you believe that team was responsible for deployment and maintenance of applications on the** [redacted]**erver?**
A From what I can recall, I believe that's what it was, the global portal.
**Q And who told you that?**
A That's with the -- the GIPs, global information portal, when they explained what the position was.
**Q And so the team was responsible for this; is that correct?**
A Correct. I don't -- I don't recall any particular individual mentioning it. It was just when I got there, I had spoken to several people.

**Q And that's -- you just kind of --**
A Yeah.
**Q -- figured that out; is that right?**
A Yes.
**Q And then [redacted] I'm sure I butchered the pronunciation -- a south Asian of Indian national origin, do you know if that is correct?**
A To the best of my knowledge, it's correct.
**Q How do you know he's of Indian national origin?**
A I said to the best of my knowledge. I don't know his exact origin as a fact. To the best of my knowledge, I would say.
**Q So are you guessing?**
A I don't know his exact -- I never asked him before.
**Q Tata's -- Tata's local business relationship manager, do you believe that [redacted] was Tata's local business relationship manager?**
A From what I recall at the time, I believe that was his -- his title.
**Q [redacted], again, it says a south Asian of Indian national origin.**

Page 197

**Do you believe that to be accurate?**
A From the best of my knowledge, I believe that to be accurate.
**Q How do you know his national origin?**
A I don't recall exactly how I knew. Just to the best of my knowledge, I believe he was of Indian decent.
**Q Are you guessing again?**
**MR. KLEMPERER: Objection; misstates** his testimony.
BY MS. La MAR:
**Q Well, you said to the best of your knowledge, so what knowledge do you have of it?**
A It would be the same as -- as [redacted]
**Q All right. And you believe his title was Tata's senior engagement manager?**
A Correct.
**Q And you believe, at least according to this, that he was your direct supervisor; is that right?**
A To the best of my understanding on the site, that was the -- the way the structure was set up. He would -- I would report to him.
**Q And [redacted] right?**
A Well, [redacted] would be the -- in charge

Page 198

of the entire client relation with TCS.
**Q And you reported to [redacted], didn't you?**
A I'm not a hundred percent sure if I can remember how that exact structure went. I believe [redacted] was more responsible for day-to-day actual tasks, and [redacted] more higher level management.
**Q "You were eager to begin work as a software engineer and looked forward to gaining real world experience."**
**Is that accurate?**
A Correct.
**Q "However, the next six months, they failed to assign you any substantive work."**
**And we've talked about that, right?**
A Correct.
**Q Okay. "Nor did we provide -- nor did Tata provide him with any training."**
**You did get training, did you not?**
A From the best of my knowledge, I wasn't trained on anything pertaining to a day-to-day set of responsibilities and tasks I would be working on.
As we discussed before, they were

Page 199

general -- general Java training, general kind of PowerPoints, from what I can recall about the company, and kind of more on-boarding. And then the last part was just those help documents that they sent me.
**Q And you did nothing on your own to gather additional training, correct?**
A From what I recall at the time, I reached out to many people on the team to kind of get a direction. I was unsure as to what I should reach out on my own and start learning, as I wasn't really sure what they had needed me for on that team.
And I didn't want to start going off picking up some skill and then it's not necessarily in line with what they needed. So I was looking for guidance from them, more specific guidance from them to make that determination.
**Q And again, I just -- I know we talked about this earlier and I don't -- I don't want to go over things that we already talked about, but you -- but you didn't utilize any of the training materials or courses or programs that are available to all Tata employees; is that correct?**
A From what I recall, I did not, as I

Page 200

wasn't given any direction as to what I should be picking up and studying, from what I can remember.
**Q So you were waiting, basically, for them to tell you?**
A I wouldn't necessarily say that. From my recollection of that time, I was continually reaching out to [redacted] as well as [redacted]
**Q But you were -- you were waiting for them to tell you?**
A I was waiting for a response to my inquiries, my repeated inquiries to the three of them.
**Q It says here that each day you would report to work only to sit at your desk waiting for an assignment. Is that accurate?**
A That was accurate, to the best of my knowledge --
**Q Really?**
A -- while I was waiting for --
**Q Each day you came in and just sat at your desk waiting for an assignment.**
A Well, I was asking them also. I wasn't sitting the entire day. I would go over to [redacted] go over to the other team members and discuss, you know, what can I work on today.



**Q And you attended the meetings, correct?**
A Correct.
**Q It next says approximately every week or two weeks you approached [redacted] r [redacted] o request work; is that right?**
A From what I can recall, it was about that time. I don't remember exactly how frequently, but it was approximately every week or so that I would actually sit down and ask.
**Q And you did that orally?**
A From what I can remember, yeah. There may have been an e-mail. I don't remember. But generally, it was walking over in person.
**Q Now here, it says, on the other hand, you observed that the south Asian colleagues were regularly assigned substantive work.**
**Who was that?**
A From what I can recall, I don't -- I don't remember any of their names. There were many other people that worked in our group, and in other groups, that worked on this portal, kind of portal project, that were very busy every day working on the different areas of the project.
**Q Were they at a different level than**



**you, though?**
A I don't know.
**Q Do you know if they were trainees from the college program?**
A That, I don't know.
**Q And you know that they are south Asian colleagues?**
A From the best of my knowledge, quite a few of them were, and they had actually been in India and had come over to work in our office.
**Q So existing TCS employees?**
A Correct. There was a few, from what I can recall. I don't know the exact count, but I do remember there being several members of the team that were from India, that were working there that may have been -- already been working there when I started.
And then there was at least -- from my memory, at least one person that did come over during the time I was there.
**Q But you don't know what their background is, what their qualifications were?**
A That, I don't know.
**Q What their job duties were?**
A Correct.



**Q So it's not like...**
A I don't know.
**Q You just knew that they -- they were busy?**
A Correct.
**Q And [redacted] was busy, wasn't he?**
A From what I can remember, he -- he was.
**Q And [redacted] was busy, wasn't he?**
A From what I can recall, towards the end.
**Q And [redacted] well.**
A Correct.
**Q Same question for Paragraph 65, and we'll go -- we'll go through it because I do think it relates to you. I just want to make sure we're on the same page here.**
**So 65, it says, after six months of substantive work, you were removed from the client project and placed on the bench.**
**Is it really more March 27th?**
A I'm not sure of the exact date. It would be in one of these e-mails. I don't recall the exact date. It would be in the e-mail.
**Q Well, we talked about it earlier.**

A We talked about it earlier, yeah. I don't remember the exact date.
**Q Okay. So it could be that that date's off a couple of days, but --**
A I don't -- I don't know.
**Q All right. And then it says you reached out to Tata's internal recruiters. That's RMG and [redacted] correct?**
A From what I can recall, yes, RMG and possibly [redacted] and that whole chain that started.
**Q And we talked about that?**
A Correct.
**Q On April 17th, you interviewed with several local Tata mangers servicing the [redacted] n Pennington, New Jersey, and we talked about this?**
A Correct.
**Q Okay. And you believe that each of these managers were south Asian; is that right?**
A From what I can recall, I believe so. It was a one-day interview. I believe they were.
**Q Okay. And you base that on?**
A I don't really remember. It just seemed similar to who I worked with in the previous office and people I worked with in India.

Page 205

**Q Like your -- your cohorts in India, the people that you came over with?**
A No, I wouldn't say that.
**Q Okay.**
A People who were out of the India office that were there when I went.
**Q Okay. So people that were employed in the India office, you just -- you just believed that these people at [redacted] were also there because of your perception of the people in India; is that right?**
A Not necessarily that. I mean, it just -- between that, it just -- I don't know. Same thing like with [redacted] just kind of the perception I got.
**Q Okay. "And he believes here that he performed well during these interviews."**
A To the best of my knowledge, I felt I performed well.
**Q And you weren't selected for that position, correct?**
A I was not.
**Q Okay. Moving on to Paragraph 66.**
A Uh-huh.
**Q I think we both agree you were terminated on April 19th?**
A Yeah.
**Q And that -- it says, throughout your entire employment with Tata, you were never assigned any substantive work.**
A To the best of my knowledge, that was my -- my perception of my employment there.
**Q But -- well, I'll just leave it at that.**
**All right. Moving on now to, it looks like, Paragraph 80 and 81, highly exciting here, I know.**
**Do you have any knowledge of any of the statements that are contained -- to support the accuracy of the statements contained in Paragraph 80?**
A To the best of my knowledge, I do not.
**Q And same thing, same question, for Paragraph 81.**
A To the best of my knowledge, I do not.
**Q How about Paragraph 85, do you have any factual knowledge to support the accuracy of the statements contained in Paragraph 85?**
**MR. KLEMPERER: Objection; calls for a** legal conclusion.

Page 207

BY MS. La MAR:
**Q You can answer.**
A To the best of my knowledge, I do not.
**Q 86?**
**MR. KLEMPERER: Same objection.**
**THE WITNESS: To the best of my** knowledge, I do not.
BY MS. La MAR:
**Q Let me just refer you back so I can take care of this all at once. Can we look at Paragraph 20 through 25, and can you let me know if you have any factual basis to support the allegations contained in Paragraph 20?**
A To the best of my knowledge, it would be on the -- on their company website.
**Q Okay.**
A It would mention that, would be like a mission statement or something on the website. I haven't personally been on the website in many years, but I would imagine that would be a place one can find it.
**Q Okay. And then what about Paragraph 21, same thing?**
A To the best of my knowledge, I don't have anything to factually back that up. It may

Page 208

May presentation.
A lot of stuff that was just e-mailed to me anyway, that I was just saving locally.

**Q What about the hard -- the hard copy documents that you cleaned up and got rid of and then moved -- when did you move, by the way?**

A I moved in April of this year.

**Q At the beginning of this litigation were you told to preserve all documents relevant to TCS?**

A From what I recall, I was. The cleaning that I mentioned of the documents was prior to that. It was --

**Q Before you filed your lawsuit?**

A Yes, way before that. It was probably around 2013 around the time that this happened, shortly after that.

**Q But then, I thought you just said that when you moved, you lost a lot of documents?**

A I should have clarified. It wasn't documents. It was just other stuff I had. It wasn't any documents. I went through everything and looked to see if I had anything remaining, but I didn't.

**Q Is there any documents that you think**



**you should have, that is relevant to this litigation, that you no longer have?**

A Not to my knowledge.

**Q All right. And it's fair to say that you looked through each and every one of these requests and looked for documents responsive to these requests, and you have provided your counsel with all such documents; is that right?**

A To the best of my ability.

**Q And did you make any inquiries of your father with respect to the request for documents, maybe he might have some e-mails?**

A To the best of my knowledge, I have not reached out to him.

**Q By the way, when you were at [redacted] did you use the [redacted] mail account or did you use your TCS account?**

A From what I can recall, I had both. The [redacted] was more day-to-day communication with some of the team members there and the [redacted]mployees. Whereas, the TCS e-mail was a web mail. You had to log in separately, and it would be company information. But I did not interact with that e-mail as often.

**Q The TCS or the [redacted]**



A The TCS, which is -- which may have -- may have led to why I can remember not seeing as many e-mails. Because my day to day was kind of through the Outlook e-mail application on the desktop of the computer I had.

**Q Okay. All right.**
**Let's go ahead and look at your Interrogatory Responses.**

**MS. La MAR: I will mark these next in**
line.

(Whereupon, Exhibit 29 was marked for Identification.)

BY MS. La MAR:

**Q Are you ready?**

A Uh-huh.

**Q Okay. Do you recognize this document?**

A I do.

**Q All right. And is that your signature verifying under oath as to the accuracy of these responses on the last page?**

A Yes.

**Q And it's dated May 20th of this year, correct?**

A Correct.

**Q Okay. Focusing your attention on your**



**Interrogatory Response Number 8, the request asks for you to state, "All facts which support your allegation that TCS discriminates against individuals who are not of south Asian race, or who are not of Indian national origin."**
**Do you have anything to add to that response, sitting here today?**

A To the best of my knowledge, I do not.

**Q Moving on to Interrogatory Number 9, it says, "State all facts which support your allegation that TCS discriminated against you, including, one, the discriminatory act or acts, two, the date or dates of such acts, what's committed, and three, the employer agent at TCS who committed the discriminatory acts."**
**Now, you give a list here of events, and I am asking you if you have anything to add to this list.**

A From what I can recall, I do not.

**Q Moving on to question 11, "Describe in detail any policies of TCS that discriminate against individuals who are not of south Asian race or who are not of Indian national origin."**
**And again, I ask you, do you have anything to add to this response sitting here today?**

A To the best of my knowledge, I do not.
**Q So you have no other facts to support that Interrogatory Response; is that right?**
A To the best of my knowledge, I do not.
**Q Taking a look at Interrogatory Number 12 -- by the way, you spent time reviewing these questions and responding to them before they were given to us, correct?**
A Right.
**Q And you reviewed each and every response?**
A Right.
**Q Yes?**
A Yes.
**Q Interrogatory Number 12, it says, "Describe in detail any practices of TCS that discriminate against individuals who are not of south Asian race and who are not Indian national origin."**
**And I ask you, again, if you have any other factual basis to add to your response to that Interrogatory?**
A To the best of my knowledge, I do not have anything to add.
**Q I'm sorry, could you say it one more**

Page 217

**time?**
A Sorry. To the best of my knowledge, I do not have anything to add.
**Q Looking now at Interrogatory Number 15, "State all facts which support your allegation that TCS discriminated against its existing employees based on race or national origin."**
**And you have listed down here several bullet points. I will ask you to review those and tell me if, sitting here today, you have any other facts to add to your Interrogatory Response?**
A To the best of my knowledge, I do not.
**Q Do you have any facts that would support the statements that you make here in your Interrogatory Response?**
A Where is this?
**Q First bullet point, for example.**
A On 15?
**Q Yes.**
A What was the question? I'm sorry.
**Q Do you have any facts which support the statement you made in the first bullet point in response to Interrogatory Number 15?**
A To the best of my knowledge, I do not.

Page 218

**Q Okay. How about the second bullet point?**
A To the best of my knowledge, I do not.
**Q The third bullet point?**
A To the best of my knowledge, I do not.
**Q Looking at Number 16, "State all facts which support your allegation that TCS discriminated against applicants for positions in the United States based on race or national origin."**
**Do you have any facts to add to this response?**
A To the best of my knowledge, I do not.
**Q Do you have any facts which support the first bullet point of your Interrogatory Response Number 16?**
A To the best of my knowledge, I do not.
**Q Do you have any facts which support your second bullet point in response to Interrogatory Number 16?**
A To the best of my knowledge, I do not.
**Q Do you have any facts to support your third bullet point in response to Interrogatory Number 13?**
A To the best of my knowledge, I do not.
**Q Do you have any facts to support the**

Page 219

**fourth bullet point in your Interrogatory Response Number 14 -- I'm sorry, 16, isn't it?**
A 16.
**Q 16, sorry.**
A To the best of my knowledge, I do not.
**Q Same question for the fifth bullet point?**
A To the best of my knowledge, I do not.
**Q Same question for the sixth bullet point?**
A To the best of my knowledge, I do not.
**Q Same question for the seventh bullet point?**
A To the best of my knowledge, I do not.
**Q And the last bullet point in response to Interrogatory Number 16?**
A To the best of my knowledge, I do not.
**Q Looking at Interrogatory Number 17, it seems to indicate that you were told by TCS that only one resource was needed to work on the project, and a south Asian employee was selected to work on the project.**
**Can you explain that to me?**
A I don't exactly remember the full details regarding that at this time.

Page 220