# Exhibit 50

**Race/Ethnicity Codes:**

H = Hispanic or Latino
W = White (Not Hispanic or Latino)
B = Black or African American (Not Hispanic or Latino)
PI = Native Hawaiian or Other Pacific Islander (Not Hispanic or Latino)
A = Asian (Not Hispanic or Latino)
AI = American Indian or Alaska Native (Not Hispanic or Latino)
TR =Two or More Races (Not Hispanic or Latino)

Major Codes:
Computer Science= CS
Computer Engineering= CE
Electrical Engineering= EE

Gender Codes: F or M

# ON-CAMPUS INTERVIEW SUMMARY

*(To Be Completed by Campus Leader and emailed to [redacted] by the next business day.*
*Should also be included in mailed envelope with Interview Evaluations, student resumes & unofficial transcripts)*

**University:**

**Date:**

**Interviewers:**

| STUDENT NAME | MAJOR | GENDER | RACE/ETHNICITY | OFFER | REJECT |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |

| STUDENT NAME | MAJOR | GENDER | RACE/ETHNICITY | OFFER | REJECT |
|---|---|---|---|---|---|
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |