# Exhibit 51

EXHIBIT 9
Wit: Slaight
Date: 9-17-16
J. MOSKOWITZ

TATA CONSULTANCY SERVICES TATA

## ACKNOWLEDGEMENT OF RECEIPT OF COMPANY DISCRIMINATION AND HARASSMENT POLICY

I HAVE RECEIVED COPIES OF THE COMPANY'S "SEXUAL HARASSMENT POLICY GUIDELINES" AND INSTRUCTIONS TO PARTICIPATE IN THE ON-LINE TRAINING "TITLE VII PLUS: HARASSMENT AND DISCRIMINATION PREVENTION TRAINING PROGRAM".

I UNDERSTAND THAT I MUST READ AND FOLLOW THE POLICY GUIDELINES, PARTICIPATE IN THE TRAINING AND THAT I WILL BE REQUIRED TO TAKE AND PASS A COMPREHENSIVE EXAMINATION ON ITS CONTENTS.

Christopher Slaight
NAME (PRINT)

[signature]
SIGNATURE

7/9/2012
DATE

NA HR REV.01/09

[redacted]

have, in addition to any and all remedies of law, the right to an injunction, specific performance or other equitable relief to prevent or redress the violation of my obligations hereunder.

12. Separability. If any provision hereof shall be declared unenforceable for any reason, such unenforceability shall not affect the enforceability of the remaining provisions of this Agreement. Further, such provision shall be reformed and construed to the extent permitted by law so that it would be valid, legal and enforceable to the maximum extent possible.

13. Effective Date. This Agreement shall be effective as of the first day of my employment by the Company, namely: July (Month) 9 (Day) 2012 (Year)

14. Assignability. This Agreement shall be binding upon me, my heirs, executors, assigns, and administrators, shall inure to the benefit of the Company, its successors, and assigns, and shall survive the termination of my employment by the Company, regardless of the manner of such termination.

15. Applicable Law. This Agreement shall in all respects be governed by, construed and enforced in accordance with the internal laws of the State of New York, without regard to principles of conflicts of law.

16. Attorney Fees. If I shall default in any of my obligations under this Agreement, the Company may proceed to protect and enforce its rights by suit in equity or action at law, whether for specific performance of any term contained herein or for an injunction against the breach of any term of this Agreement, or to enforce any other legal or equitable right of the Company or to take any one or more of such actions. In the event the Company brings such an action against me, the prevailing party in such dispute shall be entitled to recover from the losing party all fees, costs and expenses of enforcing any right of such prevailing party under or with respect to this Agreement, including without limitation such reasonable fees and expenses of attorney's, which shall include without limitation all fees, costs and expenses of appeals.

Today's Date: May 2, 2012

Christopher Slaight
(Please Print or Type Your Name)

(Your Signature)