# Exhibit 52

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STEVEN HELDT,<br>BRIAN BUCHANAN, and<br>CHRISTOPHER SLAIGHT<br>Plaintiffs,<br>v.<br>TATA CONSULTANCY SERVICES, LTD.,<br>Defendant. | Case No.: 4:15-cv-01696-YGR<br>**CLASS ACTION**<br>**DECLARATION OF CHRISTOPHER SLAIGHT**<br>Complaint Filed: April 14, 2015 |

## DECLARATION OF CHRISTOPHER SLAIGHT

Christopher Slaight deposes and states as follows:

1. I was born in the United States, and resided in New York at all times discussed below. I am over the age of eighteen and am competent to testify about the matters stated herein.

2. I worked for Tata Consultancy Services ("Tata") as a Software Engineer from June 2012 to April 19, 2013. On or around March 27, 2013, I was removed from my position servicing Tata client AXA Equitable and placed on the bench. I remained on the bench for the next three weeks. During this time, I actively sought employment within Tata and contacted the Resource Management Group ("RMG") on multiple occasions to discuss open positions. On April 17, I interviewed for a position servicing Tata client Bank of America in Pennington, New Jersey, but was not selected for the position. Tata terminated my employment on April 19.

3. At the time of my termination, I was not aware that Tata had a corporate policy favoring visa holding Indian nationals in staffing U.S. positions – *e.g.*, "Leadership directive is to utilize every visa to the maximum extent;" "Leadership Team has advised to utilize visa ready Associates at on site;" "Visa ready will be a preference." I was also not aware of the disproportionately high rate of non-South Asian terminations from the bench, as compared to South Asian terminations from the bench. I believe Tata's corporate policy and practices to be discriminatory, and that my termination by Tata from the bench was the result of Tata's preference for South Asian visa workers.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 5th day of March, 2017.

Christopher Slaight