# Exhibit 53

EXHIBIT 19
Wit: Slaight
Date: 9-17-16
J. MOSKOWITZ

**From:** [redacted]
**Sent:** March 28, 2013 11:28 AM
**To:** Chris Slaight
**Cc:** [redacted]
**Subject:** Re: Reporting to Edison Office Tomorrow
**Importance:** High

Chris,

We are yet to receive your updated resume. Please send it across asap.

Thanks

[redacted]
Tata Consultancy Services
[redacted]
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Outsourcing

---

[redacted]--03/27/2013 03:15:58 PM---Chris, You need not report to Edison office tomorrow. Please share your updated resume with Ambika.

From: [redacted]
To: Chris Slaight/AMER/TCS@TCS
Cc: [redacted]
Date: 03/27/2013 03:15 PM
Subject: Re: Reporting to Edison Office Tomorrow

Chris,

You need not report to Edison office tomorrow. Please share your updated resume with [redacted].

Thanks

[redacted]
Tata Consultancy Services
[redacted]
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Outsourcing

---

Chris Slaight---03/27/2013 03:13:00 PM--[redacted] I've been told to report to the Edison office tomorrow, is 9:00am a good time or is there

From: Chris Slaight/AMER/TCS
To: [redacted]
Cc:
Date: 03/27/2013 03:13 PM
Subject: Reporting to Edison Office Tomorrow

[redacted]

I've been told to report to the Edison office tomorrow, is 9:00am a good time or is there another time which works best for you?

Thank you.

Christopher Slaight
Tata Consultancy Services
Mailto: chris.slaight@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Outsourcing

---