# Exhibit 54

EXHIBIT 20
Wit: Slaight
Date: 9-17-16
J. MOSKOWITZ

---

**From:** [redacted]
**Sent:** March 28, 2013 5:08 PM
**To:** Chris Slaight
**Subject:** Re: Updated Resume/CV Re: (Re: Reporting to Edison Office Tomorrow)
**Attachments:** Chris_Slaight_resume_2013.doc

Chris

Are you open to any location is USA?

Thanks&Regards
[redacted]
Tata Consultancy Services
[redacted]

---

Experience certainty. IT Services
Business Solutions
Outsourcing

---

Chris Slaight---03/28/2013 05:05:47 PM---[redacted]

From: Chris Slaight/AMER/TCS
To: [redacted]
Cc:
Date: 03/28/2013 05:05 PM
Subject: Updated Resume/CV Re: (Re: Reporting to Edison Office Tomorrow)

[redacted]

Attached to this email is my updated resume. Apologies for the delay, I was without internet and power earlier today.

Thank you.

Christopher Slaight
Tata Consultancy Services

Mailto: chris.slaight@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Outsourcing

---

[redacted]

*Personal Objective*

I am a motivated individual, seeking a career opportunity in an organization where I can apply my diversified background, knowledge and skills, both general and IT-related. An optimal work environment would be one where I could perform using the skills, techniques, creativity and problem solving abilities that I have acquired over the course of my lifetime, as well as constantly improve, learn new skills and apply myself to the fullest for the benefit of the organization.

***Proficiencies, Projects and Education***

***Proficiencies/Currently studying:***

| | | |
|---|---|---|
| Java/ JDBC/SQL | Relational Database Concepts | Oracle/SQL Server/MySQL |
| Microsoft Windows 98 through 7 | Application Design | Systems Analysis and Design |
| Microsoft Office 97 through 2010 | Basic Hardware/Networking | Critical Thinking and Research |

***Senior Project "Project Stormy Dog" – February 2012*** [redacted] ***North Brunswick C.I.S. Project Award Winner***

- ✓ Designed and created a database-driven application for a dental laboratory client.
- ✓ The project included a Java-written application for accounts receivable and invoice generation tasks for client's business. Information stored within a SQL Server relational database.
- ✓ Business information website and social network presence were implemented as well.

**Bachelor of Science in Computer Information Systems: Database Management – *Completed***

- ✓ [redacted] *- North Brunswick, NJ* January 2009 – February 2012

***Employment History***

**Tata Consultancy Services** *Software Engineer* *July* 2012 – Present

- ✓ Develop and support portions of a client's IBM WebSphere-based global intranet portal
- ✓ Maintain an sustainable pattern of both personal growth as well as continued knowledge to deliver innovative solutions for the company and it's clients
- ✓ Continually strive to foster a cooperative team environment which is beneficial to both the company and it's clients

[redacted] *Software Support Technician* October 2011 – June 2012

- ✓ Handle various client inquiries and issues with company's retail software system
- ✓ Provide quality solutions for client requests through a variety of technological methods
- ✓ Research and learn new methods and techniques daily while working on assignments

[redacted] *Valet Attendant/Manager* October 2008 – November 2010

- ✓ Dealt with timely delivery of vehicles in a challenging environment
- ✓ Responsible for the safe, efficient and timely operation of customer vehicles
- ✓ Received a promotion to manager after demonstrating exceptional leadership skills

[redacted] *Technician's Assistant* July 2003 – December 2008

- ✓ Fabricated removable dental appliances
- ✓ Provided superior customer service to both dental professionals and customers
- ✓ Displayed excellent multitasking skills