# Exhibit 55

Δ Π EXHIBIT 21
Wit: Slaight
Date: 9-17-16
J. MOSKOWITZ

---

**From:** [redacted]
**Sent:** April 02, 2013 9:33 PM
**To:** Chris Slaight
**Cc:** [redacted]
**Subject:** Re: North CarolinaRe: Project Opportunities and Ohio Relocation

Chris

I shall check if there are any open needs in North Carolina.

Thanks&Regards
[redacted]
Tata Consultancy Services
[redacted]

---

Experience certainty. IT Services
Business Solutions
Outsourcing

---

Chris Slaight---04/02/2013 07:14:19 PM--[redacted] At this time, I would also like to know if it's possible that there is any work in North Car

From: Chris Slaight/AMER/TCS
To: [redacted]
Cc: [redacted]
Date: 04/02/2013 07:14 PM
Subject: North CarolinaRe: Project Opportunities and Ohio Relocation

[redacted]

At this time, I would also like to know if it's possible that there is any work in North Carolina, as I am willing to relocate there as well. I've heard of great opportunities in the Raleigh-Durham-Chapel Hill-Cary region.

Thanks.

Christopher Slaight
Tata Consultancy Services
Mailto: chris.slaight@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Outsourcing

---

[redacted]
To: [redacted]
Fron[redacted]
Date: 04/02/2013 05:10PM
cc: Chris Slaight/AMER/TCS, [redacted]
Subject: Re: Project Opportunities and Ohio Relocation

Thanks, [redacted]

[redacted], can you please keep us in the loop on this one? Thanks.

[redacted]
Tata Consultancy Services Limited
[redacted]
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Outsourcing

---

[redacted]--04/02/2013 05:05:53 PM---Chris I have forwarded your cv to the concerned RMG person there and asked her to check for some nee

From: [redacted]
To: Chris Slaight/AMER/TCS@TCS
Cc: [redacted]
Date: [redacted]

04/02/2013 05:05 PM

Subject:

Re: Project Opportunities and Ohio Relocation

Chris
I have forwarded your cv to the concerned RMG person there and asked her to check for some needs at Milford.

[redacted]
Tata Consultancy Services
[redacted]

Experience certainty. IT Services
Business Solutions
Outsourcing

Chris Slaight---04/02/2013 05:01:37 PM--[redacted]

From:

Chris Slaight/AMER/TCS

To:

Cc:

[redacted]

Date:

04/02/2013 05:01 PM

Subject:

Project Opportunities and Ohio Relocation

[redacted]

I am currently experiencing difficulties with obtaining a position in the New York/New Jersey area, as I have recently been [redacted] account. I am aware that it may be possible for a relocation to Milford, Ohio to work out of the [redacted] to which I am certainly interested in at this time. Please let me know if this is something that we can discuss over the phone or in person, as I'd like to get back to being a productive asset for the TCS team as quickly as possible.

Additionally, I have also included [redacted] as well as [redacted] on this email, since I had spoken to them while on my ILP last summer abou[redacted] as well, and [redacted] if they could help as well.

Thank you.

Regards,
Christopher Slaight
Tata Consultancy Services
Mailto: chris.slaight@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Outsourcing

---