# Exhibit 56

EXHIBIT 22
Wit: Slaight
Date: 9-17-16
J. MOSKOWITZ

Fw: Updated Resume/CV Re: (Re: Reporting to Edison Office Tomorrow)
[redacted]

04/10/2013 03:02 PM
Show Details

[redacted]

Sent: Tuesday, April 02, 2013 10:43 PM
[redacted]
Subject: FW: Fw: Updated Resume/CV Re: (Re: Reporting to Edison Office Tomorrow)

Please consider for internal evaluation & check with me before taking this profile to customer.

Proficiencies/Currently studying:
Java/ JDBC/SQL — Relational Database Concepts — Oracle/SQL Server/MySQL
Microsoft Windows 98 through 7 — Application Design — Systems Analysis and Design
Microsoft Office 97 through 2010 — Basic Hardware/Networking — Critical Thinking and Research

[redacted]

From: [redacted]
Sen[redacted] 2013 10:37 PM
To:[redacted]

---

Fw: Relocation from NYC
[redacted]

04/10/2013 11:17 AM
Show Details

Business Solutions
Outsourcing

----- Forwarded by [redacted] 04/10/2013 11:16 AM -----

From: Chris Slaight/AMER/TCS
To: [redacted]
Cc:
Date:
Subject: Relocation from NYC

[redacted]

Unfortunately at this time, due to family obligations, I am not able to relocate from the New York/New Jersey metropolitan area. While I know you had been considering a position for me elsewhere, I had figured that it was still possible that I'd be able to find a position locally, given the phone call I received prior to hearing back about any positions elsewhere. This phonecall was from a[redacted]ating on behalf of the [redacted]ient with a Java developer position (phone number [redacted] with whom I've spoke to several times since last Wednesday (4/3/13).

Thank you.

Christopher Slaight
Tata Consultancy Services
Mailto: chris.slaight@tcs.com
Website: http://www.tcs.com