# Exhibit 57

Δ Π EXHIBIT 24
Wit: Slaight
Date: 9-17-16
J. MOSKOWITZ

---

**From:** Chris Slaight [redacted]
**Sent:** April 23, 2013 2:54 PM
**To:** [redacted]
**Subject:** Employment with TCS

Dear [redacted]

It has been brought to my attention last Friday (April 19th 2013) that my employment with Tata Consultancy Services has been terminated, by the [redacted]. One day prior to this event, on Thursday the 18th, I was informed via company email (which I no longer have access to) that I was to receive a raise in pay. One day prior to this, on Wednesday the 17th, I traveled to Pennington, New Jersey for an interview for a position with the [redacted] client, doing software testing, an interview for a position to which I felt that I could meet the requirements and was eager to begin.

Currently, I am at a loss for what has transpired outside of my knowledge that could have left me at this position of unemployment, when I have been committed and devoted to "giving it my all" with TCS since we first spoke approximately one year ago. Both the company and I have put in an exceptional amount of time, effort and devotion to between both the Ohio and India training for ten weeks, and I feel that something has fallen short here, to which I do not truly understand.

While I was in India I was informed that I would no longer be able to work with the [redacted] due to their relocation from New Jersey, and that I would instead have the opportunity to grow with the [redacted] which was much appreciated. However, I do not feel as if I had the proper environment and guidance at [redacted] to "exceed expectations", so to speak. After a while, it had almost felt like I was being ignored and did not receive any kind of work assignments, let alone system access or even slight training. Upon approaching TCS management at the account, I was simply told to speak to the [redacted] employees who were in charge of certain aspects of the project, to which I did. Unfortunately, an [redacted] project manager had directly spoken to me and informed me that they had not been expecting to receive two resources, and that they did not exactly know how to place us at that time. The other resource had enough prior knowledge of the specific type of work that two other TCS resources had been working on, andthus was able to find a niche in the meantime. In the end, I did try and speak with [redacted] managers to find a suitable portion of the project which I could be of help with; however I was told that this was a distraction to [redacted] managers even though I was essentially told to do this by TCS management. I was released from [redacted] and told that I would be "benched" until another local position could be found.

In the end, however I spoke with [redacted] and while it wasn't his exact words, the essence of what I got from him was that if I didn't relocate, I would have been let go from TCS. It was at this time, in a panic of losing my job, that I had briefly considered the possibility of relocation. I do sincerely apologize for this, as at the time I wasn't fully able to make the decision on the spot if I would be able to move, and as I realized the personal situation which I am in at home which has led to my need to remain in NY/NJfrom the beginning of employment, I was ultimately unable to relocate. It was at this point that I feel I was only given one small opportunity to remain with the company after only having been "on the bench" for about three weeks, when the [redacted] opportunity arose. As I had mentioned, I traveled there and gave it all that I had, feeling that I would make an excellent candidate for that position. I've been committed to TCS for nearly a year now, and instead of being given any kind

of meaningful feedback on my interview and given any opportunity for another position, I was abruptly told over the phone that my employment was being terminated, no explanation given, and that I'd receive more information about my pay and such from the "benefits team". I have no other information, as my TCS email and [redacted] account have also been locked out as well.

I feel as if I've committed myself to TCS for the past ninemonths, and that had I not spoken up about trying to find meaningful, productive work with the company, I'd have simply languished on "the bench" for months staying "under the radar", which is exactly why I brought up the issue with my lack of work at [redacted]o begin with. If there is any way that we can further discuss this and find out what any kind of options for re-employment or positions are available, or if you can at the very least, help fill in the void given the lack of feedback and information I've been given, I would greatly appreciate it. We've met on numerous occasions, and even worked together not too long ago to help hire new employees for the company. I hope that you can truly see my devotion and commitment to TCS, and that we can move forward on a positive note from here. Thank you.

Regards,

Chris Slaight