# Exhibit 58

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED