# Exhibit 59

**From:** [redacted]
**Sent:** November 18, 2014 5:52 PM
**To:** Sasikumar B;Chinmay Tripathi (chinmay.tripathi@tcs.com);Syedmohamedali Ka (syedmohamedali.ka@tcs.com)
**Subject:** RE: US Onsite unallocated associates [Due in 30 minutes]
**Attachments:** RE: Deallocation notification

Sasi,

For [redacted] we have released him from the account, he should not be tagged under [redacted] account. For the other three resources based out of Canada, there is a problem in allocating cost budget to their won which is being worked on by the TCS helpdesk with a resolution date for tomorrow (18th Nov)

Regards
[redacted]

**From:** Sasikumar B [mailto:sasikumar.b@tcs.com]
**Sent:** Tuesday, November 18, 2014 11:57 AM
**To:** [redacted] S.Karthik@tcs.com; Rajesh Panda; R Rajesh; [redacted]
**Cc:** [redacted]
**Subject:** Fw: US Onsite unallocated associates [Due in 30 minutes]

Hi All

Please find the direction from the senior management on the allocation issue cases. Please have them fixed in another half an hour. I will be reaching out to the individual managers.

| Emp # | Employee Name | Expats/Local | Work Location | Person Type | Last Project Number | Last Project Name |
|---|---|---|---|---|---|---|
| 147645 | [redacted] | Expats | Onsite | Employee | 2560706 | [redacted] |
| 125017 | | Expats | Onsite | Employee | 2560706 | |
| 110792 | | Expats | Onsite | Employee | 2560706 | |
| 132752 | | Onsite Employee | Onsite | Employee | 2560706 | |
| 357622 | | Expats | Onsite | Employee | 2564915 | |
| 202761 | | Expats | Onsite | Employee | 2577973 | |
| 706666 | | Onsite Employee | Onsite | Employee | 2577973 | |
| 127277 | | Expats | Onsite | Employee | 2564792 | |
| 795737 | | Onsite Employee | Onsite | Employee | 2564789 | |
| 826404 | | Onsite Employee | Onsite | Employee | 2236461 | |
| 828518 | | Onsite Employee | Onsite | Employee | 2588628 | |
| 912758 | | Onsite Employee | Onsite | Employee | 2585858 | |
| 924785 | | Onsite Employee | Onsite | Employee | 2577011 | |
| 823807 | | Expats | Onsite | Employee | 2564674 | |
| 461192 | | Onsite Employee | Onsite | Employee | 2532949 | |
| 786913 | | Onsite Employee | Onsite | Employee | 2532950 | |
| 188516 | | Expats | Onsite | Employee | 2579616 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 313330 | [redacted] | Expats | Onsite | Employee | 2579616 | [redacted] |
| 825147 | | Onsite Employee | Onsite | Employee | 2565195 | |
| 389256 | | Onsite Employee | Onsite | Employee | 2565177 | |

With Regards
Sasikumar Bala Subramanian
Tata Consultancy Services
Mailto: sasikumar.b@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

----- Forwarded by Sasikumar B/AMER/TCS on 11/18/2014 11:49 AM -----

From: Suresh Nadam/AMER/TCS
To: BFS NA CPs Grp@TCS, Chinmay Tripathi/AMER/TCS@TCS, Nishant1 Arora/BLR/TCS@TCS, Padmanabhareddy I/BLR/TCS@TCS, Raveendran Vk/AMER/TCS@TCS, Ravikumar Sethuraman/CHN/TCS@TCS, S Kavitha/CHN/TCS@TCS, Sandipkumar Dutta/AMER/TCS@TCS, Sasikumar B/AMER/TCS@TCS, Saumava Roychowdhury/AMER/TCS@TCS, [redacted]
Cc: BFS NA PLO Grp@TCS
Date: 11/18/2014 09:48 AM
Subject: Fw: US Onsite unallocated associates

---

Dear All,
Please review below email from Krithi. I will be calling you account by account to take updates. We will be strictly following the guidelines from BFS leadership on every unallocated associate.

Thanks & Regards
Suresh Nadam
Operations - BFS NA
Tata America Intl. Corp.
Ph:- +1 732 590 2602
Cell:- +1 732 331 4963
Mailto: suresh.nadam@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

----- Forwarded by Suresh Nadam/AMER/TCS on 11/18/2014 09:44 AM -----

From: K Krithivasan/CHN/TCS
To: Suresh Nadam/AMER/TCS@TCS
Cc: Shashidhara Vellal/BLR/TCS@TCS, Sindhu John/MUM/TCS@TCS, Ramanamurthy Magapu/AMER/TCS@TCS
Date: 11/18/2014 03:45 AM
Subject: Fw: US Onsite unallocated associates

---

Dear Suresh:

Need your help.

a) All unallocated expats (beyond 2 weeks) should return by this week end. Please discuss with travel and take necessary action. Exceptions to be granted only by Murthy.

b) Unallocated BAs should be off our system by EoD. We cannot be paying them if they are not in WON. This will be a big audit issue as well.

c) Onsite Employees: If we have not been able to place them after sufficient number of attempts, they have to be de-tagged. But every account has to explain the steps they took to allocate them. Why can't we send more expats back to India and allocate locals?

Regards

K Krithivasan
Tata Consultancy Services
Mailto: k.krithi@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

----- Forwarded by K Krithivasan/CHN/TCS on 11/18/2014 02:10 PM -----

From: Suresh Pillai/CHN/TCS
To: K Krithivasan/CHN/TCS@TCS
Cc: Shashidhara Vellal/BLR/TCS@TCS, Sindhu John/MUM/TCS@TCS
Date: 11/18/2014 01:05 PM
Subject: US Onsite unallocated associates

---

Dear Krithi

Had reviewed US unallocated associates yesterday. There are 136 Local Hires currently unallocated. Out of that 100+ associates are more than one month unallocated. Request your help to take necessary action from HR to place these associates into project or release them. Similarly there are 20 Business associates currently unallocated. Had informed US RMG team to get their WON to allocate them immediately or else they need to be terminated.

| DB name | Expats/Local | <1 Week | 1-2 Weeks | 2-3 Weeks | >3 Weeks | Grand Total |
|---|---|---|---|---|---|---|
| ⊟United States | Expats | 42 | 1 | 6 | 13 | 62 |
| | Onsite BA | 15 | 3 | 2 | | 20 |
| | Onsite Employee | 19 | 8 | 7 | 102 | 136 |
| United States Total | | 76 | 12 | 15 | 115 | 218 |
| Grand Total | | 76 | 12 | 15 | 115 | 218 |

Regards

Suresh

[attachment "Us Onsite Unallocated - 17th Nov '14 excluding Won issue cases.xls" deleted by Sasikumar B/AMER/TCS]
Regards

Suresh

=====-----=====-----=====
Notice: The information contained in this e-mail message and/or attachments to it may contain confidential or privileged information. If you are not the intended recipient, any dissemination, use, review, distribution, printing or copying of the information contained in this e-mail message and/or attachments to it are strictly prohibited. If you have received this communication in error, please notify us by reply e-mail or telephone and immediately and permanently delete the message and any attachments. Thank you