# Exhibit 60

**From:** Suresh Nadam <suresh.nadam@tcs.com>
**Sent:** November 10, 2014 12:53 AM
**To:** Shantharam Konanur;Kishor Desai;Chinmay Tripathi
**Cc:** Ramanamurthy Magapu;Suresh Pillai;Shashidhara Vellal;Ajith Pai;Saumava Roychowdhury
**Subject:** Onsite releases - NA 2.1

Dear Shan & Kishor,
Below is list of onsite releases that account teams shared and may not expect any replacements. Please let RMG know if there are any changes to the list. Request accounts to follow below process that was discussed with Murthy & Narsi last Thursday.

1. Account team discusses about their release with all identified associates and have all expats raise requests for India travel. Travel date should be 15 days from the date they were informed.

2. Account team provides travel request#, associate's contact#, skill & CV to RMG.

3. RMG will review the release list, deallocate and map each associate to two accounts and marks the priority 1 & 2.

4. Prioritized accounts will quickly evaluate and absorb associates into immediate billable roles.

Dear RMG Lead,
Please map two accounts for each identified associate. Accept changes from accounts until Tuesday EOD and list be frozen there after.

| Group | Account Name | Emp # | Name | Grade | Country | DoR | Current Allocation | Status |
|---|---|---|---|---|---|---|---|---|
| NA 2 | [redacted] | 119855 | [redacted] | C4 | US-Expats | 07-Nov-2014 | [redacted] | Pending |
| NA 2 | [redacted] | 126161 | [redacted] | C3B | US-Expats | 04-Oct-2014 | Unallocated-Not in [redacted] | Completed |
| NA 2 | [redacted] | 218152 | [redacted] | C3A | US-Expats | 01-Oct-2014 | [redacted] | Completed |
| NA 2 | [redacted] | 156925 | [redacted] | C3A | US-Expats | 14-Nov-2014 | [redacted] | Pending |
| NA 2 | [redacted] | 155627 | [redacted] | C3A | UK-Expats | 01-Oct-2014 | [redacted] | Completed |
| NA 2 | [redacted] | 194243 | [redacted] | C3A | US-Expats | 30-Nov-2014 | [redacted] | Completed |
| NA 2 | [redacted] | 195849 | [redacted] | C3A | US-Expats | 15-Nov-2014 | Unallocated-C/O [redacted] | Completed |
| NA 2 | [redacted] | 236452 | [redacted] | C3B | Mexico-Expats | 30-Nov-2014 | [redacted] | Pending |
| NA 2 | [redacted] | 249571 | [redacted] | C3A | US-Expats | 03-Oct-2014 | Separated | Completed |
| NA 2 | [redacted] | 362697 | [redacted] | C3A | US-Expats | 03-Oct-2014 | Separated | Completed |
| NA 2 | [redacted] | 227863 | [redacted] | C3A | US-Expats | 12-Oct-2014 | [redacted] | Completed |
| NA 2 | [redacted] | 256995 | [redacted] | C2 | US-Expats | 31-Oct-2014 | Unallocated -Not in [redacted] | Completed |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NA 2[redacted] | 255150[redacted] | [redacted] | C3B | US-Expats | 07-Nov-2014 | [redacted] | Pending |
| NA 2[redacted] | 316462[redacted] | [redacted] | C3A | US-Expats | 07-No[redacted] 2014 | [redacted] | Pending |
| NA 2[redacted] | 219741[redacted] | [redacted] | C2 | US-Expats | 10-Oct-2014 | Unallocated -C/O [redacted] | Completed |
| NA 2[redacted] | 220296[redacted] | [redacted] | C2 | US-Expats | 07-Nov[redacted] 2014 | [redacted] | Pending |

Thanks & Regards

Suresh Nadam
Operations - BFS NA
Tata Consultancy Services
Ph:- +1 732 590 2602
Cell:- +1 732 331 4963
Mailto: suresh.nadam@tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---