# Exhibit 61

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED