# Exhibit 62

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

---------------------------------------

STEVEN HELDT, BRIAN BUCHANAN, and
CHRISTOPHER SLAIGHT,

Plaintiffs,

-against-

Case No. 4:15-cv-01696-YGR

TATA CONSULTANCY SERVICES, LTD.,

Defendant.

---------------------------------------

January 25, 2017

30(b)(6) Deposition of Defendant by
BALAJI GANAPATHY

Reported by:
Joseph R. Danyo

Job No. 118519

MS. WYTSMA: Objection, vague.
Q. The placement goals?
A. I don't know. It is not a question of reasonable or not. It shows us the difference between the employee pool that we have and people that we have hired and/or terminated during that base year against availability of talent in that local market.
Q. But didn't you testify earlier that TCS is trying to take steps to achieve the placement goals that is reflected in the affirmative action plan, correct?
A. Yes.
Q. So the placement goals have to have meaning. They have to be a valid measure of the relative diversity of TCS's workforce relative to a local workforce, correct?
A. These placement targets or goals inform us on what steps we need to take, but as I said, hiring the right person for the job is what is best for any company, and while hiring individuals, we do not discriminate or choose based on race, ethnicity or any other protected classes.
Q. As the head of diversity at TCS,



would you be concerned if there was a leadership directive for positions to be filled with visa-ready individuals?
A. Yes.
Q. Why would you be concerned about that?
A. Because as I said, citizenship or nationality should not be the basis for determining a person is fit against a particular position.
MS. LA MAR: Can we take a quick break?
MR. KOTCHEN: Sure.
(Recess taken from 1:32 p.m. to 1:34 p.m.)
BY MR. KOTCHEN:
Q. I would like to transition to EEO reports. Are you responsible for the EEO reports as well?
A. The compliance officer is responsible for the EEO reports.
Q. The EEO reports, where does the data for the EEO reports come from? Do you know?
A. Yes.
Q. Where does that come from?



A. The starting point is the manpower report, which has information on the employee, the employee number, which is a unique identifier within the company, and then information regarding their title, their grade level, their position, their gender. And then we also use reports relating to termination and promotion as is allowed by EEO to create the reports every year. It is created and submitted in September of each year.
Q. The manpower report, is that a report that is created every year?
A. It is created on demand.
Q. Who demands that?
A. The compliance officer.
Q. Is that an annual process that he or she demands that?
A. Yes.
Q. The EEO reports I notice also only have local hires. They exclude expats. Is that correct?
A. Yes.
Q. Why is that?
A. The EEO reports relate to the composition of the workforce that you are hiring



in the United States.
Q. Do you know why TCS decided to exclude expats from its U.S. workforce numbers?
A. Similar to my answer to your query on AAP, it is based on the same legal opinion.
Q. Do you know if TCS received any sort of statement from the EEOC or any government agency that would allow it to exclude expats from its EEO calculations?
A. Yes. We received a statement from the OFCCP, as I answered to your question earlier.
Q. It was the same statement from 2010?
A. Yes.
Q. The EEO reports reflect the race of employees, correct?
A. Yes.
Q. Is that when individuals self-identify their own race? Is that what the basis is?
A. That's correct.
Q. In the EEO reports, are expats included in the reports once they receive their green card?
A. Yes.