# Exhibit 63

# Christopher Slaight

## Contact

11 Ray Street
Staten Island, New York, 10312

(718) 877-2818
chrisjslaight@gmail.com

## Projects

*Senior Project "Project Stormy Dog" – February 2012 DeVry North Brunswick C.I.S. Project Award Winner*

- ☐ Designed and created a database-driven application for a dental laboratory client.
- ☐ The project included a Java-written application for accounts receivable and invoice generation tasks for client's business. Information stored within a SQL Server relational database.
- ☐ Main portions of the project which I've worked on included Java front end, business logic as well as database connectivity and integration to Java code
- ☐ Business information website and social network presence were implemented as well.

## Skills

Java/ JDBC/SQL
Relational Database Concepts
Oracle/SQL Server/MySQL
Crystal Reports
Apache Tomcat
Microsoft Windows OS
Application Systems Analysis and Design
Critical Thinking and Research
Understanding of Business Concepts

## Objective

Highly motivated and ambitious individual seeking a career opportunity in an organization where I can apply my diversified background, knowledge and skills, both general and IT-related. An optimal work environment would be one where I could perform using the skills, techniques, creativity and problem solving abilities that I have acquired over the course of my lifetime, as well as constantly improve, learn new skills and apply myself to the fullest for the benefit of the organization.

## Experience

Sparta Systems *Customer Support Engineer* *July* 2013 – Present

- ☐ Receive, investigate and resolve customer inquiries and software issues through a variety of research channels and internal resources
- ☐ Collaborate departmentally as a team to determine innovative methodologies for issue resolution, best practices for customer satisfaction and fostering a fundamental shared knowledge base
- ☐ Responsible for creation and processing of final delivery of all software purchases and upgrades to customers in a timely fashion based on new sales and existing customer requests

Tata Consultancy Services *Software Engineer* *July* 2012 – April 2013

- ☐ Maintain an sustainable pattern of both personal growth as well as continued knowledge to deliver innovative solutions for the company and its clients
- ☐ Continually strived to foster a cooperative team environment which is beneficial to both the company and its clients
- ☐ Traveled to Cincinnati, Ohio and Chennai, India for a ten-week technology training and onboarding program

Celerant Technology *Software Support Technician* October 2011 – June 2012

- ☐ Handled various client inquiries with company's retail software system
- ☐ Provided quality solutions for clients through a variety of technological methods
- ☐ Took notice of trends among related issues to formulate a reasoning and possibly develop a greater, higher-level for maximum customer satisfaction

## Education

Bachelor of Science in Computer Information Systems: Database Management

- ☐ DeVry University – North Brunswick, NJ January 2009 – February 2012

Δ Π EXHIBIT 25
Wit: Slaight
Date: 9-17-16
J. MOSKOWITZ

Plaintiffs 0001577