# Exhibit 64

# DECLARATION OF DAVID NEUMARK

I, David Neumark, have personal knowledge regarding the facts contained in this declaration. If called as a witness, I would testify as follows:

1. Attached hereto as Exhibit 1 is a true and correct copy of Table 1 ACS Benchmarks for Asians and South Asians 2014-2015. The methods used to create Table 1 are set forth in the accompanying Note.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: March 6, 2017

/s/David Neumark
David Neumark

## Exhibit 1

### Table 1. ACS Benchmarks for Asians and South Asians 2014-2015

| | National | | California | | Los Angeles City | | Los Angeles Metro Area | |
|---|---|---|---|---|---|---|---|---|
| | N | Percent | N | Percent | N | Mean | N | Mean |
| Non-South Asian | 35,719 | 86.34 | 5,348 | 79.77 | 334 | 85.21 | 1,273 | 86.41 |
| South Asian | 5,653 | **13.66** | 1,356 | **20.23** | 58 | **14.79** | 200 | **13.59** |
| Total | 41,372 | 100 | 6,704 | 100 | 392 | 100 | 1,473 | 100 |
| | | | | | | | | |
| Non Asian | 32,577 | 78.74 | 4,032 | 60.14 | 281 | 71.61 | 955 | 64.86 |
| Asian | 8,795 | **21.26** | 2,672 | **39.86** | 111 | **28.39** | 518 | **35.14** |
| Total | 41,372 | 100 | 6,704 | 100 | 392 | 100 | 1,473 | 100 |

Note: Means presented are from the American Community Survey covering 2014-2015 and include only working age (18-65) individuals who were currently employed by a company with industry code 7380, "Computer Systems Design and Related Services Industry." South Asians are identified in the ACS using the detailed race variable, *raced.* Individuals are coded as South Asian if they take on values "Asian Indian (hindu 1920_1940)", "Butanese," "Bangladeshi," "Pakistani," "Sri Laken," or "Napelse." There are no values for Afghans or Maldivians. Asians are identified using the *race* variable for values "Chinese," "Japanese," "Other Asian or Pacific Islander." California is identified using the *statefip* variable, Los Angeles City is identified using the *City* variable and Los Angeles Metro Area is identified using the *met2013* variable. All means are weighted by the *perwt* variable.