# Exhibit 65

**From:** [redacted]@tcs.com>
**Sent:** November 26, 2014 1:34 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Summary of our discusion on your leave request & release from NT

Hi [redacted]

Thank for sending the information regarding Leave of Absense and Release from T[redacted]project.
My prefered location for next project are in the following order
(1) Chicago
(2) California
(3) Toronto/Canada

I will give you update on leave of absense request but I think I prefer finding the project immediately for now.
My cell phone is [redacted]if you need to reach me.
I hope [redacted] could help me my [redacted]project extension.

Thanks & Regards
[redacted]
Software Engineer
Tata Consultancy Services
Chicago,Illinois
United States
[redacted]@tcs.com
Website: http://www.tcs.com
____________________________________________
Experience certainty. IT Services
Business Solutions
Consulting
____________________________________________

---[redacted]K/PNE/TCS wrote: -----
To: [redacted]/AMER/TCS@TCS
From: [redacted]PNE/TCS
Date: 11/23/2014 01:07PM
Cc: [redacted]/AMER/TCS@TCS
Subject: Summary of our discusion on your leave request & release from NT

Hi L[redacted]

We discussed on your leave request and also your release from [redacted]Below is a summary of the discussion we had:

**Your leave request**
1. Please go through the attached FMLA document to check your eligibility for FMLA leave.

2. If you plan to take leave, pls let me know the start and end date of your leave plan. You will need to apply for available vacation and sick days first and then apply for FMLA if you're eligible.
3. Pls cancel any leave that you have applied currently in GESS so that the leaves can be re-applied correctly.

*(See attached file: FMLA - Employee Rights and Responsibilities.pdf)*

**Your release from NT**

1. As per the information I got, you will be released from [redacted] wef Nov 24th.
2. Please let me know if there is any update / change in this plan
3. I explained the bench policy to you wherein you will be unallocated once you're released from [redacted] and you will need to work actively with RMG ( [redacted] ) to find your next assignment and you cannot remain unallocated for more than 30 days.
4. Pls share your updated CV and location preferences with [redacted]@tcs.com.

I am travelling out of the US and I will not be reachable on my phone. Pls mail me with the information I have requested or if you have any questions.

**Hi [redacted] - This is FYI & A**

Regards
[redacted]
Human Resources
Tata Consultancy Services
Cell:- [redacted]
[redacted]tcs.com
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

[redacted] 11/17/2014 04:23:39 PM---Hi [redacted] I have submitted my leave of absense from TCS from the period Dec 1,2014 to Jan 12

From: [redacted]m/AMER/TCS
To: [redacted]/AMER/TCS@TCS, [redacted]PNE/TCS@TCS
Cc: [redacted]/AMER/TCS@TCS, [redacted].com>
Date: 11/17/2014 04:23 PM
Subject: Lev_106978843 Status

---

Hi [redacted]

I have submitted my leave of absense from TCS from the period Dec 1,2014 to Jan 12, 2015 (Lev_106978843).
According to [redacted] detail under GESS I see your name as HR Detailed Contact.
I would like to know if you have any suggestion on who would be the approver for this request.
Please let me know at your earliest convienient since My leave date is on Nov 24, 2014.
My employee detailed info is [redacted] (913024).

Thanks & Regards
[redacted]
Software Engineer
Tata Consultancy Services
Chicago,Illinois
United States
[redacted]@tcs.com
Website: http://www.tcs.com
____________________________________________
Experience certainty. IT Services
Business Solutions
Consulting
____________________________________________

[attachment "FMLA - Employee Rights and Responsibilities.pdf" removed by [redacted]R/TCS]