# Exhibit 66

**Tata Document Production Log**

| Date of Production | Production Size | Bates Range |
|---|---|---|
| 10/30/15 | 1.43 MB<br>2 pages | N/A |
| 11/5/15 | 732 MB<br>838 pages | TCS000001-838 |
| 3/31/16 | 1.43 MB<br>2 pages | N/A |
| 4/5/16 | 544 MB<br>2,691 pages | TCS000839-3530 |
| 4/11/16 | 1.15 GB<br>3,622 pages | TCS003531-7153 |
| 4/13/16 | 7.56 MB<br>152 pages | TCS007154-7307 |
| 5/6/16 | 22.6 MB<br>75 pages | TCS007308-7382 |
| 5/7/16 | 1.4 MB<br>3 pages | TCS007338, TCS007385-86 |
| 5/9/16 | 2.95 MB<br>3 pages | TCS007383-7386 |
| 6/3/16 | 1.91 MB<br>1 page | TCS007387 |
| 6/13/16 | 94.4 MB<br>155 pages | TCS007388-543 |
| 6/15/16 | 881 MB<br>906 pages | TCS007544-8450 |
| 6/16/16 | 3.0 GB<br>3,113 pages | TCS008451-11564 |
| 6/17/16 | 161 MB<br>441 pages | TCS011565-2006 |
| 6/20/16 | 95.2 MB<br>100 pages | TCS012007-106 |
| 6/24/16 | 1.68 MB<br>2 pages | TCS012107-08 |
| 7/1/16 | 133 MB<br>1 page | TCS012109 |
| 7/7/16 | 865 MB<br>790 pages | TCS012110-900 |
| 7/12/16 | 138 MB<br>5 pages | TCS021901-906 |
| 9/7/16 | 1.13 MB<br>5 pages | TCS021907-912 |

| | | |
|---|---|---|
| 9/12/16 | 17.3 MB<br>3 pages | TCS021913-915 |
| 9/15/16 | 741 MB<br>7,732 pages | TCS021916-29648 |
| 9/15/16 | 4.40 MB<br>8 pages | TCS029649-657 |
| 9/20/16 | 2.22 MB<br>6 pages | TCS029658-64 |
| 9/21/16 | 1.76 MB<br>1 page | TCS029665 |
| 9/27/16 | 2.50 MB<br>1 page | TCS029666 |
| 11/28/16 | 54.6 GB<br>149,675 pages | TCS029667-179342 |
| 12/9/16 | 9.05 MB<br>2 pages | N/A |
| 12/21/16 | 8.44 GB<br>24,449 pages | TCSLTD000179343-203792 |
| 12/22/16 | 2.43 MB<br>1 pages | N/A |
| 12/23/16 | 145 GB<br>414,149 pages | TCSLTD000203793-617942 |
| 12/23/16 | 33.8 GB<br>7,773 pages | TCSLTD000617943-625716 |
| 12/30/16 | 273 GB<br>771,114 pages | TCSLTD000625717-1396831 |
| 1/5/17 | 24 GB<br>65,867 pages | TCSLTD001396832-1462689 |
| 1/5/17 | 32.2 MB<br>30 pages | TCSLTD001462690-1462720 |
| 1/17/17 | 2.14 MB<br>2 pages | TCSLTD003463394-395 |
| 1/19/17 | 5.17MB<br>2 pages | TCSLTD003463399-400 |
| 1/19/17 | 800 GB<br>2,000,672 pages | TCSLTD001462721-3463393 |
| 2/1/17 | 1.55 GB<br>145 pages | TCSLTD003463396-3463538 |
| 2/2/17 | 12.4 GB<br>459 pages | TCSLTD003463539-3463998 |
| 2/2/17 | 515 MB<br>3,379 pages | TCSLTD003463999-3467378 |
| 2/3/17 | 5.0 GB | TCSLTD003467379-34468232 |

| | | |
|---|---|---|
| | 853 pages | |
| 2/3/17 | 164 GB<br>6,938 pages | TCSLTD003718949-3725887 |
| 2/7/17 | 600 GB<br>1,721,701 pages | TCSLTD003725888-5447589 |
| 2/7/17 | 2.71 GB<br>1,028 pages | TCSLTD005447590-5448618 |
| 2/8/17 | 181 MB<br>269 pages | TCSLTD005448619-5448888 |
| 2/8/17 | 64 GB<br>176,832 pages | TCSLTD005448889-5625721 |
| 2/9/17 | 131 GB<br>21,267 pages | TCSLTD005625722-5646989 |
| 2/9/17 | 3.47 GB<br>160 pages | TCSPROD000000001-160 |
| 2/10/17 | 142 MB<br>896 page | TCSPROD000000161-1057 |
| 2/11/17 | 75.6 MB<br>912 pages | TCSPROD000001058-1969 |
| 2/16/17 | 0.5 MB<br>1 page | TCSPROD000001970 |