# Exhibit 68

## Lindsey Tremaine

**From:** Lindsey Tremaine <ltremaine@kotchen.com>
**Sent:** Thursday, March 02, 2017 8:08 PM
**To:** Laura A. Wytsma; Lauren Williams; Erin Smith; Patrick Downes; Daniel Friedman; Michelle La Mar
**Cc:** Daniel Kotchen; Mike von Klemperer
**Subject:** Heldt, et al. v. Tata - Data Questions

Counsel,

On February 9, Tata produced allocation data bates stamped TCSPROD000000143-145, 148, 153-154, 156, and 158. Please explain the difference between the fields labeled "start_date" and "end_date" and "Allocation Start date" and "Allocation End date." Also, please confirm that this data includes allocations to projects both in the United States and abroad. Further, please explain why some dates end in "/9999." *See, e.g.*, TCSPROD000000158 at Employee Number 1335788. Finally, please explain why some employees have overlapping allocation dates. For example, in TCSPROD000000154, Employee Number 112312 has a start date of 6/19/2013 and an end date of 12/31/9999 for two different locations (JNR Center- Chennai and Siruseri-EB4).

Thanks,

Lindsey

*Lindsey M. Tremaine, Esq.*

Kotchen & Low LLP

1745 Kalorama Road NW, Suite 101

Washington, DC 20009

(860) 460-4124

(202) 280-1128 (Fax)

ltremaine@kotchen.com

www.kotchen.com