# Exhibit 69

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

----------------------------

STEVEN HELDT,
BRIAN BUCHANAN, and
CHRISTOPHER SLAIGHT,

Plaintiffs,

Case No.
4:15-cv-01696-YGR

vs.

TATA CONSULTANCY SERVICES,
LTD.,

Defendant.

-----------------------------

*** C O N F I D E N T I A L ***
***ATTORNEYS' EYES ONLY***

DEPOSITION OF SHYAM SUNDAR CHINNARI
New York, New York
Thursday, January 28, 2016

Reported by: ELIZABETH F. TOBIN, RPR
JOB NO. 102792

different types of positions for which they're recruiting?
A. There is a combination of both. Few of them are assigned to business unit. Few of them are assigned to the technology team.
Q. The technical group, what is the technical group?
A. The technical group would be E-N-T-S-O-L, Enterprise Solution Group. One of them would be infrastructure group. Rest would be for business units.
Q. Which one is with the Enterprise Solution Group?
A. [redacted]
Q. What is the Enterprise Solution Group?
A. Enterprise Solution Group will have different technologies within it that would relate to SAP, Oracle and other related technologies.
Q. Is it Enterprise Solution Group that interfaces with clients of TCS? For example, they may handle SAP issues for a client with TCS? Am I getting that right?
MS. LA MAR: Vague and ambiguous.



Exceeds the scope. Go ahead and answer, if you can.
A. For me is SAP requirements. If there are any SAP requirements or Oracle requirements, will come to this group.
Q. And the infrastructure group, what is that group?
MS. LA MAR: Same objections.
A. Infrastructure group is a similar group. No specific recruiters from this list are from infrastructure group. Only S[redacted] will be -- S[redacted] would be for infrastructure. Rest are for business units.
Q. Just to mark down quickly, [redacted] what business unit is she --
A. She's part of high tech.
Q. H[redacted]?
A. Business insurance.
Q. M[redacted]
A. Manufacturing.
Q. [redacted]
A. [redacted] banking.
Q. S[redacted]a is with the Enterprise Solution Group?
A. Yes.



Q. [redacted]
A. Retail.
Q. And then [redacted]
A. Sorry?
Q. B[redacted]
A. Is with health care.
Q. In your role with talent acquisition group, you manage this team; is that correct?
A. Yes.
Q. What exactly do you do? What types of responsibilities do you have in terms of managing the term?
A. Ensuring that these requirements are addressed to and these requirements are fully filled on time.
Q. Do you have any responsibilities for actually recruiting potential employees?
A. This -- I manage the technical recruitment team.
Q. Why don't we go through the active individuals that report to you? What types of things do they do to recruit or to help fill resource needs for the business units?
A. Recruiters will get the job descriptions from the hiring manager and then



they will supply the resumes to the hiring manager and based on evaluation, the hiring manager confirms.
Q. The hiring manager?
A. Once the hiring manager confirms the employment, then the recruiter will make an offer.
Q. When the hiring manager submits a job description to someone within the talent acquisition group, is that done by e-mail or portal or database?
A. It's done through e-mail.
Q. Only through e-mail?
A. Yes.
Q. The resumes that the talent acquisition group then has, how do they get the resumes?
A. The resumes -- requirements -- I'm sorry. The requirements, that is a job description, is shared with the external vendors and the vendors are sourced and shared with the hiring manager.
Q. So the external vendors give the resumes to members of the talent acquisition group and then the talent acquisition group

submits resumes to the hiring manager?
A. Yes.
Q. Are there any other ways that folks within the talent acquisition group could receive resumes?
A. Usually it is through the vendors and I would say very few options would be for job -- usually it is from the vendors. For very few requirements the recruiter may look at the job sites.
Q. What would it be at a job site that the recruiter might look at?
A. [redacted]
Q. Are there other potential job sites?
A. Yeah, [redacted]. These would be the job sites.
Q. But that is an infrequent occurrence?
A. Not infrequent occurrence.
Q. It's not, not, a frequent occurrence?
A. Yes.
MS. LA MAR: I think that was triple negatives.
MR. KOTCHEN: It's my fault for



using the word infrequent which I shouldn't have done.
Q. You were referring to the outside vendors?
A. Yes.
Q. Which outside vendors supply resumes to the talent acquisition group?
A. There is a list of vendors who have a signed contract with TCS.
Q. Do you know approximately how many vendors there are?
A. I would not know the exact number but estimate would be around 50 to 55.
Q. Are there certain outside vendors who more frequently supply resumes to the talent acquisition group than others?
MS. LA MAR: Vague and ambiguous. You can answer.
Q. A group that folks would turn to more often than others?
MS. LA MAR: Same objection. If you understand the question, you can answer.
A. We share the requirements with all the vendors for them to source resumes.
Q. Do you know the names of vendors?



A. I would know the names, but I will not remember all 50 names.
Q. Can you give me some of the names that you actually remember?
A. It would be [redacted] These would be a few.
Q. Are the communications between the members of the talent acquisition group and the vendors, are those done through e-mail?
A. Yes.
Q. Are there communications other than e-mail typically done with the vendors?
MS. LA MAR: Vague and ambiguous. Go ahead if you understand the question.
A. I'm not clear with the question.
Q. Would the vendors communicate with the talent acquisition group through any sort of portal or any sort of database when they're submitting resumes to the talent acquisition group?
A. The requirements are shared with vendors through an e-mail, via e-mail, and the vendors submit resumes via e-mail and they can also upload the resumes on TCS career site.



Q. What is the TCS career site? That's just an intranet site?
A. Yes.
Q. For 2015 roughly how many local hires did the talent acquisition group assist in hiring?
MS. LA MAR: I'm sorry. Could you just say your question one more time?
Q. For 2015 how many local hires did the talent acquisition group assist in hiring?
A. Assist in hiring? I couldn't get your question.
Q. How many local hires were hired in 2015?
MS. LA MAR: Just vague and ambiguous. You mean just for the tech group? He's designated for the tech group.
MR. KOTCHEN: Fair enough.
A. This would be an estimate. I won't have the exact numbers. I don't remember the exact numbers. Give me a second. I would say roughly -- estimate --
MS. LA MAR: Okay. It's outside the scope. I'll let him go ahead and answer, but I can't have a 30(b)(6) --