# Exhibit 70

Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
E-mail: dlow@kotchen.com;
E-mail: dkotchen@kotchen.com;
E-mail: mvk@kotchen.com

Attorneys for Plaintiffs Buchanan, Slaight, Webber, Masoudi, and Mandili

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT

Plaintiffs,

v.

TATA CONSULTANCY SERVICES, LTD.,

Defendant.

Case No.: 4:15-cv-01696-YGR

**CLASS ACTION**

**DECLARATION OF DANIEL KOTCHEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT TATA CONSULTANCY SERVICES, LTD.'S MOTION FOR SUMMARY JUDGMENT**

Complaint Filed: April 14, 2015

**DECLARATION OF DANIEL KOTCHEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO TATA'S MOTION FOR SUMMARY JUDGMENT**

I, Daniel Kotchen, hereby declare as follows, based on personal knowledge:

1. I am a Partner with the law firm Kotchen & Low LLP, which represents Plaintiffs Brian Buchanan and Christopher Slaight ("Plaintiffs") in the above-referenced matter. I submit this declaration in support of Plaintiffs' Opposition to Defendant Tata Consultancy Services, Ltd.'s ("Tata's") Motion for Summary Judgment. I am fully knowledgeable of the facts stated herein and am competent to testify regarding these matters.
2. Plaintiffs issued discovery requests to Tata on August 28, 2015. Tata waited over 1.5 years to produce the vast majority of its documents, and produced over 4 million pages of documents in 2017 (including 2 million pages of documents in February alone). *See* Tata Document Production Log, attached hereto as Exhibit A. Almost all of Tata's recently produced documents are designated "Highly Confidential – Attorneys' Eyes Only," preventing the named Plaintiffs from viewing the documents under the Protective Order.
3. Discovery in this case is incomplete, and Plaintiffs are in the process of reviewing the millions of pages of documents recently produced by Tata.

Executed on March 6, 2017

/s/Daniel Kotchen
Daniel Kotchen

# Exhibit A

**Tata Document Production Log**

| Date of Production | Production Size | Bates Range |
|---|---|---|
| 10/30/15 | 1.43 MB<br>2 pages | N/A |
| 11/5/15 | 732 MB<br>838 pages | TCS000001-838 |
| 3/31/16 | 1.43 MB<br>2 pages | N/A |
| 4/5/16 | 544 MB<br>2,691 pages | TCS000839-3530 |
| 4/11/16 | 1.15 GB<br>3,622 pages | TCS003531-7153 |
| 4/13/16 | 7.56 MB<br>152 pages | TCS007154-7307 |
| 5/6/16 | 22.6 MB<br>75 pages | TCS007308-7382 |
| 5/7/16 | 1.4 MB<br>3 pages | TCS007338, TCS007385-86 |
| 5/9/16 | 2.95 MB<br>3 pages | TCS007383-7386 |
| 6/3/16 | 1.91 MB<br>1 page | TCS007387 |
| 6/13/16 | 94.4 MB<br>155 pages | TCS007388-543 |
| 6/15/16 | 881 MB<br>906 pages | TCS007544-8450 |
| 6/16/16 | 3.0 GB<br>3,113 pages | TCS008451-11564 |
| 6/17/16 | 161 MB<br>441 pages | TCS011565-2006 |
| 6/20/16 | 95.2 MB<br>100 pages | TCS012007-106 |
| 6/24/16 | 1.68 MB<br>2 pages | TCS012107-08 |
| 7/1/16 | 133 MB<br>1 page | TCS012109 |
| 7/7/16 | 865 MB<br>790 pages | TCS012110-900 |
| 7/12/16 | 138 MB<br>5 pages | TCS021901-906 |
| 9/7/16 | 1.13 MB<br>5 pages | TCS021907-912 |

| | | |
|---|---|---|
| 9/12/16 | 17.3 MB<br>3 pages | TCS021913-915 |
| 9/15/16 | 741 MB<br>7,732 pages | TCS021916-29648 |
| 9/15/16 | 4.40 MB<br>8 pages | TCS029649-657 |
| 9/20/16 | 2.22 MB<br>6 pages | TCS029658-64 |
| 9/21/16 | 1.76 MB<br>1 page | TCS029665 |
| 9/27/16 | 2.50 MB<br>1 page | TCS029666 |
| 11/28/16 | 54.6 GB<br>149,675 pages | TCS029667-179342 |
| 12/9/16 | 9.05 MB<br>2 pages | N/A |
| 12/21/16 | 8.44 GB<br>24,449 pages | TCSLTD000179343-203792 |
| 12/22/16 | 2.43 MB<br>1 pages | N/A |
| 12/23/16 | 145 GB<br>414,149 pages | TCSLTD000203793-617942 |
| 12/23/16 | 33.8 GB<br>7,773 pages | TCSLTD000617943-625716 |
| 12/30/16 | 273 GB<br>771,114 pages | TCSLTD000625717-1396831 |
| 1/5/17 | 24 GB<br>65,867 pages | TCSLTD001396832-1462689 |
| 1/5/17 | 32.2 MB<br>30 pages | TCSLTD001462690-1462720 |
| 1/17/17 | 2.14 MB<br>2 pages | TCSLTD003463394-395 |
| 1/19/17 | 5.17MB<br>2 pages | TCSLTD003463399-400 |
| 1/19/17 | 800 GB<br>2,000,672 pages | TCSLTD001462721-3463393 |
| 2/1/17 | 1.55 GB<br>145 pages | TCSLTD003463396-3463538 |
| 2/2/17 | 12.4 GB<br>459 pages | TCSLTD003463539-3463998 |
| 2/2/17 | 515 MB<br>3,379 pages | TCSLTD003463999-3467378 |
| 2/3/17 | 5.0 GB | TCSLTD003467379-34468232 |

| | | |
|---|---|---|
| | 853 pages | |
| 2/3/17 | 164 GB<br>6,938 pages | TCSLTD003718949-3725887 |
| 2/7/17 | 600 GB<br>1,721,701 pages | TCSLTD003725888-5447589 |
| 2/7/17 | 2.71 GB<br>1,028 pages | TCSLTD005447590-5448618 |
| 2/8/17 | 181 MB<br>269 pages | TCSLTD005448619-5448888 |
| 2/8/17 | 64 GB<br>176,832 pages | TCSLTD005448889-5625721 |
| 2/9/17 | 131 GB<br>21,267 pages | TCSLTD005625722-5646989 |
| 2/9/17 | 3.47 GB<br>160 pages | TCSPROD000000001-160 |
| 2/10/17 | 142 MB<br>896 page | TCSPROD000000161-1057 |
| 2/11/17 | 75.6 MB<br>912 pages | TCSPROD000001058-1969 |
| 2/16/17 | 0.5 MB<br>1 page | TCSPROD000001970 |