MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
LAURA A. WYTSMA (SBN 189527)
lwytsma@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>Assigned to Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF AMIT JINDAL IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Date:     May 16, 2017<br>Time:     2:00 p.m.<br>Location: Courtroom 1, 4th Flr., Oakland<br><br>Complaint Filed:   April 14, 2015 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

DECLARATION OF AMIT JINDAL
CASE NO.: 4:15-CV-01696-YGR

## DECLARATION OF AMIT JINDAL

I, AMIT JINDAL, declare as follows:

1.  I am employed by defendant Tata Consultancy Services, Ltd. ("TCS") in Rockville, Maryland, as the Head of Immigration. I give this declaration in support of TCS' Opposition to the Motion for Class Certification that has been filed in the above-referenced matter. The following facts are of my own personal knowledge, and if called upon to do so, I could and would testify competently to such facts under oath.

2.  I am a lawful permanent resident of the United States. I have a Master's in Business Administration with specialization in Human Resources and Personnel Management. I joined TCS in 1995. From 1995 to 1999, I was a personnel officer in India. From 1999 to 2002, I was a Human Resources manager in California. From 2002 to 2003, I was the head of Human Resources in North India. From 2004 to 2007, I was the head of Human Resources for Canada. I am currently the Head of Immigration for TCS, supervising a staff of 17 people in the United States and 10 people in India.

3.  As Head of Immigration for TCS, I am responsible for overseeing the processing and procurement of nonimmigrant work visas for employees entering into the United States from India and other countries. I am also responsible for ensuring TCS' compliance with the Employment Eligibility Verification process (I-9 compliance) required by the United States Citizenship and Immigration Services ("USCIS").

### TCS' Lawful Use of the United States Visa Program

4.  TCS receives authorization from the United States government to bring employees to the United States every year pursuant to visas. There are three primary types of United States visas that TCS obtains on behalf of its employees: B-1 visas, L visas and H-1B visas, and TN Visas under NAFTA (North American Free Trade Agreement) for Nationals of Canada and Mexico.

5.  B-1 visas allow employees to attend business meetings and other events in the United States. Such visas do not authorize employment in the United States, and are

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

1

DECLARATION OF AMIT JINDAL
CASE NO. 4:15-CV-01696-YGR

only valid for the duration of the event for which the visa is sought. TCS does not staff any project in the United States with anyone who is in the United States pursuant to a B-1 visa.

6. L visas and H-1B visas allow TCS to staff its employees who are based in other countries on projects in the United States. L visas are for intercompany transferees. An unlimited number of L visa holders may be transferred to the United States each year in order to work on projects for TCS in an executive or managerial capacity, or in a role requiring specialized knowledge. H-1B visas are available to graduate or higher degree individuals in specialty occupations. The United States issues a total of 65,000 H-1B visas per year for workers with a bachelor's degree or higher, plus another 20,000 for workers with a masters' degree or higher from a United States institution.

7. "Visa Ready" employees are existing employees who are located outside the United States and who either hold a valid petition and stamped unexpired visa (*i.e.,* those that have had an assignment in the United States, have returned to their base country and remain eligible to work in the United States) or have an unused petition and visa (*i.e.,* those that have a visa but have not yet entered the United States). TCS does not hire employees outside of the United States for specific positions in the United States, and does not make employees "visa ready" for this purpose. Indeed, employees are employed at least one to two years before TCS obtains an H-1B visa on their behalf, meaning that "visa ready" employees are, by definition, skilled and experienced professionals who are existing employees of TCS. "Expats" are those existing employees who are working in the United States under an active visa.

8. TCS has never been charged by a United States government agency for a violation of United States immigration laws. As recently as 2015, the United States Department of Labor ("DOL") investigated and cleared TCS with regard to its visa practices. TCS is regularly subject to Fraud Detection and National Security ("FDNS") inspections by the USCIS. Such inspections are conducted at random by field officers who

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

2

DECLARATION OF AMIT JINDAL
CASE NO. 4:15-CV-01696-YGR

periodically visit visa holders and the work sites to which they are assigned for inspection and verification. TCS practice is that any such inspections are reported to me. I receive approximately three or four reports per week of inspections which have been conducted at random. As long as I have been the Head of Immigration, to my knowledge, no violations of immigration laws have been found to exist following a random USCIS inspection.

### The Visa Procurement Process

9. B-1 visas are obtained from the United States Consulate after the employee receives a written invitation from a TCS-client or from within TCS to attend an event in the United States. Details have to be entered on a DS-160 form and the applicant needs to carry necessary evidence or proof (like the invitation letter) when he appears for the interview at the consulate. The Consular Officer may or may not request the invitation letter for review. A B-1 visa is granted for one (1) year to ten (10) years, allowed for either one or multiple entries into the United States, and elicits a period of stay (maximum six (6) months) recorded by the Customs and Border Protection officer at the port of entry on the individual's form I-94.

10. L visas are issued to intercompany transferees who, as noted above, work in executive or managerial roles, or who work in roles requiring specialized knowledge. To receive an L visa, the employee must have been employed by the same employer abroad continuously for at least one year within the three preceding years. However, as a matter of TCS practice, TCS generally obtains L visas for employees who have worked at TCS abroad for at least one to two years. L petitions are approved for three years but can be extended upon extension application filing. L-1A visa holders can stay for a maximum of seven (7) years and L-1B visa holders can stay for a maximum of five (5) years.

11. H-1B visas are for persons in specialty occupations who have a bachelor's degree or higher in a specialty occupation. As with L visas, an employee usually works for TCS for at least one to two years before TCS applies for an H-1B visa on his or her behalf. The rare exceptions to the TCS requirement of one to two years of employment occur

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

3

DECLARATION OF AMIT JINDAL
CASE NO. 4:15-CV-01696-YGR

when an individual who is already in the United States has an H-1B visa for another employer which will be transferred to TCS once that person becomes a TCS employee. H-1B petitions also expire after three years unless an extension is approved by the USCIS. The maximum stay allowed on an H-1B visa is six (6) years.

12. TCS applies for H-1B visas in April of each year. The process is very lengthy and involves many different agencies. Initially, the DOL screens the H-1B applicants through the Labor Condition Application process to ensure that the worker and his or her role meet the H-1B prevailing wage requirements. Then, the United States Department of Homeland Security takes over through two of its agencies: USCIS and the United States Customs and Border Protection ("CBP"). The USCIS is primarily responsible for adjudicating the petitions filed by employers for H-1B applicants, while CBP is responsible for conducting interviews and vetting anyone seeking entry into the United States.

13. The cost of obtaining an H-1B visa is a filing fee of $460, plus up to an additional $6,190 for a Fraud Prevention and Detection Fee ($500), Border Security Fee ($4,000), Training Fee ($1,500), and Consular Fee ($190) per application. After the submission of the petition and payment of the fees, the applicants must await the results of a lottery system whereby only a fraction of the petitions are actually selected. Once a selected petition is adjudicated and approved by USCIS, TCS must submit a detailed visa application along with the USCIS approved petition on behalf of the individual, and the individual must be scheduled for an in-person interview where his background and position will be scrutinized by the interviewing Consular Officer. Once the visa is issued by the United States Consulate, the individual is ready to travel. Obtaining visas for India-based workers is a time consuming and expensive process involving multiple United States government agencies. TCS cannot quickly obtain a visa for an Indian employee to fill an immediate employment need that exists in the United States.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

4

DECLARATION OF AMIT JINDAL
CASE NO. 4:15-CV-01696-YGR

14. Once employed in the United States, visa holders are subject to rigorous compliance requirements. For L-1 visa holders, they should be performing the role as per the visa classification. They should be working at the designated location as per the L-1 petition document and should be paid as stated in the petition. For H-1B visa holders, there are Labor Condition Application and prevailing wage requirements. The visa holder should perform the role as per the Labor Condition Application and petition, and should be paid as per prevailing wage requirements of the DOL. Because of these restrictions, a visa holder who is unallocated will be sent back to the country of his or her base if no projects are available in the United States.

15. TCS maintains a database known as the Visa Information System, which is used to track, capture and manage the petition process for TCS employees. It is a database which captures information relevant for the visa process for employees who are applying, or have applied, for a nonimmigrant/immigrant petition. The database captures information such as, names of the employees for whom TCS has applied for a petition and/or a visa, the employee's visa type and status, and the employee's project assignment, petition and I-94 validity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of March, 2017 at Rockville, Maryland.

_____
AMIT JINDAL

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

5

DECLARATION OF AMIT JINDAL
CASE NO. 4:15-CV-01696-YGR

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system on March 20, 2017.

Dated: March 20, 2017            /s/Michelle M. La Mar
                                 Michelle M. La Mar

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

ADMINISTRATIVE MOTION RE CLASS CERTIFICATION
CASE NO. 4:15-cv-01696-YGR