MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
LAURA A. WYTSMA (SBN 189527)
lwytsma@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>Assigned to Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF JAN FRIBERG IN SUPPORT OF TATA CONSULTANCY SERVICES, LTD.'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Date: May 16, 2017<br>Time: 2:00 p.m.<br>Location: Courtroom 1, 4th Flr., Oakland<br><br>Complaint Filed: April 14, 2015 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

DECLARATION OF JAN FRIBERG
CASE NO.: 4:15-CV-01696-YGR

## DECLARATION OF JAN FRIBERG

I, Jan Friberg, declare as follows:

1. I am a Managing Director of Altus Meus, LLC ("Altus"). I have fifteen years of experience in recruiting. Altus was founded in December 2013. Altus is located at 549 Market St, San Francisco, CA 94104. Altus is a niche Information Technology ("IT") talent scouting and acquisition provider servicing the needs of companies in the areas of information management, big data, cloud computing, digital enterprise, mobile computing and next generation infrastructure skills. The following facts are of my own personal knowledge, and if called upon to do so, I could and would competently testify to the following facts under oath.

2. I have been employed by Altus since its founding. As a Managing Director, my duties and responsibilities include locating suitably skilled job candidates to fill permanent job openings in the IT industry on behalf of my firm's clients. I also perform business development. Altus has approximately forty employees. My firm regularly assists at least a dozen different companies at any given time in locating candidates to fill positions in the IT area, but this varies considerably. We have no affiliation with TCS or any other client except as a service provider.

3. Altus locates candidates for open job positions in several ways. First, we have our own recruiters and team leaders that review the pool of candidates from our proprietary database. Any suitable candidates are contacted to explore their interest. Second, we will leverage job boards such as Monster.com and Linkedin.com. Third, we will network with our pool of candidates to locate other potential candidates. Once we identify a candidate, we will conduct a phone interview focused on the candidate's skills. Our recruiters have a strong technical background and can determine whether a candidate has skills appropriate for the position. If so, we will present the candidate to the client and typically remove ourselves from most of the additional discussions between our client and

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

1

DECLARATION OF JAN FRIBERG
CASE NO.: 4:15-CV-01696-YGR

the candidate. Most of our clients are very particular about the skills they are seeking in a candidate.

4. Tata Consultancy Services, Ltd. ("TCS") is a client with whom we have worked from December 2013 to the present. We have assisted TCS in filling approximately 37 full-time positions over that period of time. All of these were IT positions. TCS uses Altus only for full-time positions. The candidates we offer to TCS are recruited in the same manner that we recruit for other firm customers (described above). In my experience, TCS does not sponsor visa holders for their full-time positions.

5. Our services for TCS are nationwide, and we do not work for TCS in other countries. We do not recruit individuals outside the United States for work at TCS. When TCS needs assistance filling an open position, my firm will be contacted by a representative from TCS' Talent Acquisition Group, who will initiate a request for candidates via email to a group of recruiters, including Altus. The request is generally accompanied by a list of the job description and job requirements, such as technical skills, locations, responsibilities and previous experience required, and, at times, the salary range. This interaction with TCS occasionally also occurs by telephone, usually if the position is difficult to fill. Altus does not ask an applicant for his or her race or national origin. We usually do not have a photograph of the applicant; only the applicant's resume and telephone interview. Pursuant to TCS, Altus provides TCS only with applicants who are eligible to work in the U.S.

6. If a successful placement is made, my firm receives a placement fee that is a percentage of the annual salary of the employee who was placed.

7. Our search methods yield candidates of all different racial backgrounds and national origins. We do not and would not propose candidates based on a specific race or national origin. Rather, the candidates we propose are obtained through our neutral search efforts. TCS does not direct our search efforts or instruct us to limit our recruiting efforts to certain pools or sources. In fact, our contract with TCS requires that we abide by TCS'

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

2

DECLARATION OF JAN FRIBERG
CASE NO.: 4:15-CV-01696-YGR

nondiscrimination policy and Code of Conduct. I understand that these documents require the company to use neutral selection practices in recruiting for TCS. This is also standard procedure for all of our recruiting efforts.

8. Altus' contract with TCS requires us to report certain information to TCS, including the gender and race of the candidates we refer. Our determination of candidate's race for these reports is not exact and is only our best estimate based on the limited information on the resumes we receive. In addition, TCS' contract with us asks us to comply with applicable Federal contracting guidelines, including voluntary reporting by applicants on EEO-1 forms.

9. Throughout the entire time that I have worked with TCS, no employee or agent of TCS has ever indicated a preference – whether express or implied – for candidates of South-Asian race or national origin/descent. Nor would we honor such a request. Further, I have observed no trends or practices by TCS with respect to the candidates referred by my firm which suggest that TCS has a preference for employees of South-Asian race or national origin. In my observation, TCS does not seek to interview or hire South Asian candidates at higher rates than non-South Asian candidates. TCS has never made such a request to our firm.

10. As with all our clients, before referring candidates to TCS, we perform an initial screen of the candidate resumes and conduct a thorough interview but do not perform any background check of the candidate. For any candidate whose resume appears to match the TCS job requirements, with the candidate's consent, we forward the candidate's resume to TCS for consideration. Sometimes consent is withheld by candidates who are not interested in the job in question, usually because of pay or job location. There are also candidates who tell us they do not want to work for TCS. On average, I estimate that my company forwards approximately two to ten resumes per position requested by TCS to the Talent Acquisition Group. However, ultimately it is then up to TCS' hiring manager and/or TCS' customer to accept or reject the candidate upon

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

3

DECLARATION OF JAN FRIBERG
CASE NO.: 4:15-CV-01696-YGR

further screening. To be clear, communications as to open positions, and offers and negotiations as to salary are done with TCS' Talent Acquisition Group. The actual interview and selection process is generally made by TCS hiring managers or clients typically at the location where the job duties will be performed.

11. Based upon my experience, candidates reject TCS' offers due to the applicant's individual salary requirements or the fact that they would like to be permanently employed at a single site (rather than move from site to site—which is a common requirement at TCS).

12. Candidates who are rejected for one position at TCS are often resubmitted for other positions at TCS at a later date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of March, 2017, at Vienna, Virginia.

_____
Jan Friberg

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

4

DECLARATION OF JAN FRIBERG
CASE NO.: 4:15-CV-01696-YGR

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system on March 20, 2017.

Dated: March 20, 2017            /s/Michelle M. La Mar
                                 Michelle M. La Mar

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

5

DECLARATION OF JAN FRIBERG
CASE NO.: 4:15-CV-01696-YGR