MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
LAURA A. WYTSMA (SBN 189527)
lwytsma@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>Assigned to Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF JENNIFER ALKIEWICZ IN SUPPORT OF TATA CONSULTANCY SERVICES, LTD.'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Complaint Filed:   April 14, 2015 |

# DECLARATION OF JENNIFER ALKIEWICZ

I, JENNIFER ALKIEWICZ, declare as follows:

1. I am currently employed by Tata Consultancy Services, Ltd. ("TCS") in Edison, New Jersey. I give this declaration in support of TCS' Opposition to the Motion for Class Certification that has been filed in the above-referenced matter. The following facts are of my own personal knowledge, and if called upon to do so, I could and would testify competently to such facts under oath.

2. I have worked at TCS since October 2014. I was hired by TCS to lead its business school recruiting program. As of August 2015, I transitioned into the role of head of all of TCS' campus recruitment in the United States ("Campus Recruitment"). Campus Recruitment is a sub-unit of TCS' Talent Acquisition Group.

3. Campus Recruitment oversees two programs through which TCS endeavors to hire recent college graduates. One program is catered to business school candidates, and is known as the "TALP (TCS Accelerated Leadership) Program." The TALP program recruits students who have just earned masters of business administration degrees. The second program is catered to the recruitment of undergraduate students who, based on their course of study, are suitable for trainee-level software engineer, engineer, quality analyst and/or business analyst positions. Once an offer of employment is made, these students enter into the Initial Learning Program, referred to as "ILP." The ILP program focuses on hiring applicants who are no more than eighteen months past their graduation date. The ILP program involves several weeks or months of training which is fully compensated by TCS. The program is essentially a lengthy onboarding process during which the new hire receives orientation with respect to TCS' processes and instruction in TCS' proprietary methods. There is no customer or programmatic experience during this initial training period. Once the initial training is complete, the employee is sent out for assignment to a TCS project. The training period is fully compensated.

4. Campus Recruitment only recruits from schools in the United States, and only recruits for positions that are located in the United States. TCS' campus recruiting

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

2

DECLARATION OF J. ALKIEWICZ:
CASE NO.: 4:15-CV-01696-YGR

1  efforts are carried out in partnership with schools.  In rare circumstances and usually in
2  conjunction with our TALP program, TCS will accept a candidate who is already on a
3  visa.  However, this is a rare circumstance.  Applicants must have permanent and ongoing
4  authorization to work in the United States.

5       5.     The Campus Recruitment process generally begins in the summer of each
6  year.  Campus Recruitment will reach out to the heads of each vertical (i.e. each industry
7  focus area within TCS) to determine the staffing needs that exist in the United States.  The
8  number of positions that Campus Recruitment recruits for varies from year to year.  For
9  example, in 2016, Campus Recruitment sought to fill approximately 400 positions.
10 Usually, between August and December of each year, the projected staffing needs are
11 subject to a validation process to ensure that the position still needs to be filled.

12      6.     In the fall and again in the springtime, the Campus Recruitment team
13 registers and participates in recruiting activities on different campuses throughout the
14 United States.  Schools are targeted based on multiple factors, including the degree
15 programs offered by the school, the success TCS has had with candidates from the school,
16 the student population, the school location, and the level of student interest.  Based upon
17 these factors, TCS is more involved with some universities than others.  By way of
18 example, in 2015 and 2016, Campus Recruitment performed substantial work with Ohio
19 State University, University of Cincinnati, the New Jersey Institute of Technology and
20 Rutgers University.  Approximately seventy schools in total are part of Campus
21 Recruitment each year, with approximately 1,000 students being interviewed.

22      7.     Students applying to the ILP program are first interviewed by a member of
23 Human Resources.  The initial interview is to assess the applicant's interest in TCS,
24 including a passion for TCS' business and a willingness to work in different locations.  If
25 that interview is satisfactory, the applicant then participates in one or more technical
26 interviews.  I am informed and believe that TCS submits an EEO-1 Survey to the Equal
27 Employment Opportunity Commission each year.  Due to TCS' reporting requirements,
28 ILP applicants are asked to voluntarily complete a survey self-identifying their race before

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

3

DECLARATION OF J. ALKIEWICZ:
CASE NO.: 4:15-CV-01696-YGR

they are interviewed, but it is not mandatory that they report the information requested on the form. National origin of ILP applicants is not recorded. The status of each applicant is recorded as they progress through the interview processes. Campus Recruiting keeps track of these statistics in its Applicant Flow Logs which are updated on a daily basis.

8. If an applicant performs well in all interviews, a TCS recruiter will then engage in a conversation with the applicant to discuss open positions and determine where the applicant is willing to work. The decision of which candidates receive offers is made by the internal TCS recruiters in consultation with the employees who conduct the technical interviews—approximately 235 people in total. The local hiring managers to whom the person may be assigned also contribute to the decision. If for any reason a college recruit is removed from a project, for instance, if the project ends, the recruit is referred to the Resource Management Group for a new assignment. As with all hires, this cycle repeats itself at the end of each project. While the college recruit is unallocated, he or she continues to receive their usual pay and benefits from TCS. If someone is unallocated for a prolonged time due to a skillset that does not match current needs, or due to the person's unwillingness to relocate, employment with TCS may be terminated.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

4

DECLARATION OF J. ALKIEWICZ:
CASE NO.: 4:15-CV-01696-YGR

9. There is no express or implied directive that Campus Recruiting should focus on attracting applicants of South Asian race or national origin. To the contrary, as long as I have been employed by TCS, Campus Recruitment has sought to ensure that our recruiting efforts target, and are accessible to, the entire population of applicants available to us. I consistently direct those who report to me to ensure they are engaging with *all* students when on campus. TCS is sometimes challenged in that we do not have the brand recognition of many employers who are based in the United States. Students often do not understand the size and scope of our organization and the breadth of hiring TCS does in their chosen field. To enhance TCS' profile, we invite TCS employees who graduated from the school in question to participate in on-campus recruitment activities. I have also directed Campus Recruitment staff to investigate all campus organizations and engagement opportunities to maximize diversity within our applicant pool. For those schools we are unable to visit personally, TCS uses "virtual career fairs" which invite students to go online at a designated date and time and interact directly with TCS recruiters through typed questions and answers. TCS also utilizes campus job boards and public job boards (such as Monster.com and Indeed.com) to attract a diverse pool of candidates.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20 day of March, 2017 at Edison, New Jersey.

_____
JENNIFER ALKIEWICZ

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

5

DECLARATION OF J. ALKIEWICZ:
CASE NO.: 4:15-CV-01696-YGR

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system on March 20, 2017.

Dated: March 20, 2017          /s/Michelle M. La Mar
                               Michelle M. La Mar