MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
LAURA A. WYTSMA (SBN 189527)
lwytsma@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>Assigned to Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF SHYAM SUNDAR CHINNARI IN SUPPORT OF TATA CONSULTANCY SERVICES, LTD.'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Date:     May 16, 2017<br>Time:    2:00 p.m.<br>Location: Courtroom 1, 4th Flr., Oakland<br><br>Complaint Filed:   April 14, 2015 |

## DECLARATION OF SHYAM SUNDAR CHINNARI

I, SHYAM SUNDAR CHINNARI, declare as follows:

1. I am currently employed by Tata Consultancy Services, Ltd. ("TCS") in Edison, New Jersey, as the Manager of Technical Recruitment—Talent Acquisition Group ("Talent Acquisition Group"). I give this declaration in support of TCS' Opposition to the Motion for Class Certification that has been filed in the above-referenced matter. The following facts are of my own personal knowledge, and if called upon to do so, I could and would testify competently to such facts under oath.

2. I have been employed by TCS since 2005. My career with TCS began in India. I worked for TCS' recruitment team in India from 2005 to 2010, at which time I accepted a role with TCS' human resources department in India. In December 2011, I relocated to the United States and accepted the role of Manager of the Talent Acquisition Group for TCS' United States operations.

### Function of the Talent Acquisition Group

3. The Talent Acquisition Group is divided into three subgroups for recruiting new permanent hires: Technical Recruitment, On-Campus Recruitment and Professional Recruitment. I supervise the Talent Acquisition Group as a whole, with particular focus on Technical Recruitment. Technical Recruitment is responsible for locating new hires for technology-related positions in the United States, such as engineers, programmers and network analysts. On-Campus recruitment is the branch of the Talent Acquisition Group that conducts TCS' college recruitment programs. Professional Recruitment is the branch of the Talent Acquisition Group that hires for non-technical positions such as administration, human resources, sales, high-end technical staff, business consultants, finance and legal.

4. The Talent Acquisition Group includes eight full-time TCS employees, and approximately nine independent contractors who assist in the location of job candidates. The Talent Acquisition Group is not responsible for the placement of existing TCS employees into open assignments. That is done by the Resource Management Group. The

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

2

DECLARATION OF SHYAM CHINNARI:
CASE NO.: 4:15-CV-01696-YGR

Talent Acquisition Group is informed of open positions (or "Requirements") for which no existing employee is available after the Resource Management Group has exhausted the search for an existing employee. The Hiring Manager who is seeking to fill the vacancy will report the criteria for the open position to a member of the Talent Acquisition Group. The United States Talent Acquisition Group only recruits candidates who are already located in the United States.

### Sources of Applicants

5. Once the Talent Acquisition Group is informed of an open Requirement, we will usually work with a third-party vendor (*i.e.*, a headhunter) to locate suitable resumes from the internet and other sources for the position. The vendor may prepare a public advertisement for the job and may use other resources to assist in the location of applicants, including online job boards such as Monster.com, LinkedIn.com, or Dice.com. They also may use their own internal databases and resources. Job listings that are posted by vendors will direct the applicants to contact the vendor rather than TCS in order to learn more. TCS does not participate in this process.

6. TCS has had contracts with approximately 60 different headhunting firms in the United States between April 2011 and the present who are not affiliated with TCS. Those contracts require our vendors to comply with TCS policies prohibiting discrimination in employment. TCS does not direct its vendors to locate candidates of specific races or national origins. To the contrary, TCS requires and expects vendors to be completely neutral with respect to those characteristics, and to forward all suitable applicants regardless of such characteristics.

7. Whenever vendors are used, they exercise their own discretion in determining which resumes are forwarded to TCS for consideration. When vendors are involved in the recruitment process, TCS usually receives approximately 10 resumes per position. The Talent Acquisition Group does not provide an approved resume form to vendors. Similarly, the Talent Acquisition Group does not require or expect vendors to use any specific template when submitting resumes, nor does it require, expect or solicit

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

3

DECLARATION OF SHYAM CHINNARI:
CASE NO.: 4:15-CV-01696-YGR

applicant photographs. Many times, resumes are submitted to TCS by email. Vendors submit profiles using their own different forms. If an applicant chooses to feature his or her photograph on their resume, that is the applicant's exclusive choice. Because TCS generally does not wish to sponsor the visa for local hires, the Talent Acquisition Group has directed vendors to focus on candidates who are legally present and authorized to work in the United States without the need for such sponsorship. References to "nationality" and "work authorization status" on vendor submissions refer to citizenship for work authorization purposes, not a candidate's national origin. TCS has never asked its vendors to pre-screen applicants for race or national origin. Candidates who are located outside of the United States are regularly rejected.

8.  TCS did not maintain a general applicant tracker database during the class period. However, in order to track our success with the various means of recruitment that are available, TCS maintains "Offer Extended Report" which contains, among other things, a record of how we learned of each applicant who receives an offer of employment. The Offer Extended Report helps TCS to keep track of which candidates accept offers and how we learned of them. The Offer Extended Report is maintained on a daily basis. A master Offer Extended Report covering the period of April 2011 through August 2016, was produced in this action. The master Report shows that the vast majority of new hires placed by the Talent Acquisition Group were introduced to TCS by headhunters. The master Offer Extended Report also shows that the other primary sources of applicants from 2011 to the present have been (in descending order): (1) direct social networking by TCS; (2) employee referrals; (3) campus recruitment; (4) TCS' online career portal; (5) rehiring of prior employees who resigned or were terminated due to being unallocated; (6) the conversion of "Business Associates" (or temporary independent contractors) to full-time employees; and (7) the "offshore" Talent Acquisition Group located in India. There are other, smaller sources of applicants in addition to those in the preceding sentence.

9.  In addition to the Offer Extended Report, I maintain a list of potential candidates referred to TCS by vendors. I refer to this as a "Vendor Report." A copy of the

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

4

DECLARATION OF SHYAM CHINNARI:
CASE NO.: 4:15-CV-01696-YGR

Vendor Report was produced in this action. When compared with the Offer Extended Report, TCS is able to determine which candidate was hired from which vendor so as to ensure payment to the vendor for its headhunter fees. It is clear from reviewing the Vendor Report and Offer Extended Report that over half of TCS' local workforce is sourced from outside vendors. From my review of the Offer Extended Report, I estimate that there were approximately 2,518 TCS managers who made hiring decisions for full time new hires from April 2011 through August 2016. Further, the Offer Extended Report shows that these managers made a total of 16,968 offers for technical positions. These offers covered services at hundreds of client sites. Ultimately, more than 12,500 of the offers extended in this time period were accepted.

### TCS' Hiring Managers Exercise Significant Discretion in Hiring Decisions

10.     It is a general practice of the Talent Acquisition Group as a whole to forward all resumes that are received from vendors and other sources to the Hiring Manager for consideration unless a candidate's resume plainly does not match the skills and experience required for the position. The Hiring Manager will then, in consultation with the customer, select which candidates to interview. After the candidate is interviewed by the Hiring Manager, the customer almost always interviews the candidate, and all hiring decisions are subject to customer approval. The Hiring Manager, and in some instances the client, may be influenced by the quality of someone's resume, or how the individual performs in an interview. Hiring Managers are also free to recruit and hire candidates that they locate on their own, again in consultation with, and subject to approval from, the customer, without assistance from the Talent Acquisition Group. After getting customer approval, if a Hiring Manager decides to move forward with a candidate, the Talent Acquisition Group will work directly with the vendor who referred the candidate (if applicable) and/or with TCS' Human Resources Department to negotiate salary and other employment conditions for the candidate before any offer is extended.

11.     Aside from TCS' nondiscrimination policies, including the TATA Code of Conduct, the Talent Acquisition Group and the Hiring Managers are not governed by any

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

5

DECLARATION OF SHYAM CHINNARI:
CASE NO.: 4:15-CV-01696-YGR

policies in conjunction with recruiting and hiring new employees. These selections are at the discretion of the persons who are involved in the process, including the customer, with the focus being on the applicant's skillset, salary requirements, resume quality, interview performance, and ability to join TCS in the required geographic region and in the required timeframe. All hiring decisions are made by the Hiring Manager in consultation with, and subject to the approval of, the customer.

12. Upon hire, employees have the opportunity to voluntarily fill out an EEO-1 survey identifying their race. Those surveys are maintained by TCS in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of March, 2017 at Edison, New Jersey.

_____
SHYAM SUNDAR CHINNARI

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

6

DECLARATION OF SHYAM CHINNARI:
CASE NO.: 4:15-CV-01696-YGR

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system on March 20, 2017.

Dated:  March 20, 2017                /s/Michelle M. La Mar
                                                              Michelle M. La Mar

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

ADMINISTRATIVE MOTION RE CLASS CERTIFICATION
CASE NO. 4:15-cv-01696-YGR