1 MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
2 LAURA A. WYTSMA (SBN 189527)
lwytsma@loeb.com
3 PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
4 ERIN M. SMITH (SBN 235039)
esmith@loeb.com
5 LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
6 Los Angeles, CA 90067
Telephone: 310.282.2000
7 Facsimile: 310.282.2200

8 Attorneys for Defendant
TATA CONSULTANCY SERVICES,
9 LTD.

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                         OAKLAND DIVISION

14 STEVEN HELDT, BRIAN BUCHANAN,          Case No.: 4:15-cv-01696-YGR
   and CHRISTOPHER SLAIGHT,
15                                         Assigned to Hon. Yvonne Gonzalez
              Plaintiffs,                  Rogers
16
       v.
17                                         **DECLARATION OF SHUBHENDRA
   TATA CONSULTANCY SERVICES,              VARMA IN SUPPORT OF TATA
18 LTD.,                                   CONSULTANCY SERVICES, LTD.'S
                                           OPPOSITION TO MOTION FOR
19            Defendant.                   CLASS CERTIFICATION**

20                                         Date: May 16, 2017
                                           Time: 2:00 p.m.
21                                         Location: Courtroom 1, 4th Flr., Oakland

22                                         Complaint Filed:   April 14, 2015

23

24

25

26

27

28

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

DECLARATION OF SHUBHENDRA VARMA
CASE NO.: 4:15-CV-01696-YGR

## DECLARATION OF SHUBHENDRA VARMA

I, Shubhendra Varma, declare as follows:

1.      I am a co-founder and President of Diverse Lynx LLC ("Diverse Lynx").  I have over 28 years of experience in Sales & Marketing and IT Consulting and Management.  Diverse Lynx serves clients primarily in the IT consulting and outsourcing arenas.  Diverse Lynx is located at 300 Alexander Park, Suite 200, Princeton, New Jersey 08540.  Diverse Lynx is a full-service talent agency, which includes locating and placing job candidates in the information technology ("IT") industry.  The following facts are of my own personal knowledge, and if called upon to do so, I could and would competently testify to such facts under oath.

2.      I have been employed by Diverse Lynx since 2004.  Diverse Lynx is dedicated to fulfilling positions in the IT consulting industry throughout the United States.  As President, my duties and responsibilities include locating suitably skilled job candidates to fill job openings in the IT industry on behalf of my firm's clients.  I am responsible for all aspects of Diverse Lynx's business.  I supervise approximately fifteen full time employees at Diverse Lynx.  My firm regularly assists approximately twenty different companies at any given time with locating candidates to fill positions in the IT area.  Among the companies we assist are Cognizant, Wyndham Worldwide, ADP and Tata Consultancy Services, Ltd. ("TCS").  We have no affiliation with TCS or any other client except as a service provider.

3.      Diverse Lynx will locate candidates for open job positions in several ways.  We start by reviewing the skills and specifications for the job position provided from the client.  We then primarily look in three places to find a person with these job specifications.  First, we have our internal proprietary database of applicants.  This is our preferred source for finding applicants.  Second, we look at external channels, such as Ladders.com, Monster.com, Dice, Linkedin.com and CareerBuilder.com.  On these websites, we will not disclose the client's name.  Third, we engage in "headhunting" where post jobs on our website and other job portals and see if any candidate is interested in the

DECLARATION OF SHUBHENDRA VARMA
CASE NO.: 4:15-CV-01696-YGR

position. "Headhunting" is our least preferred method because it is the most time consuming. Our search methodology is further described in **Exhibit "A"** attached hereto. Generally, we first assess the information we have for a candidate to see if it matches the client's requirements. Then, we evaluate the candidate as per the client's job description. If we determine that the candidate is suitable, we will share our assessment with the client.

4.     Tata Consultancy Services, Ltd. ("TCS") is a client with whom I have worked since 2012. Diverse Lynx has submitted approximately 3,000 resumes to TCS for full-time positions, and has placed approximately 125 candidates at TCS for full-time positions. Diverse Lynx recruits for candidates for TCS in the same manner as for other firm clients. TCS does not sponsor visa holders for their full-time positions. In my experience, visa holder submissions by our firm have been summarily rejected by TCS due to sponsorship issues.

5.     Diverse Lynx's services for TCS are nationwide. We do not recruit individuals outside the United States for full-time work at TCS. Sometimes, but rarely, Diverse Lynx will look outside the United States for contract positions if a special skill is required. In addition, if TCS accepts a contract hire, either Diverse Lynx or a third party will be the person's employer, not TCS.

6.     When TCS needs assistance filling a full-time open position, my firm will be contacted by a representative from TCS' Talent Acquisition Group, who will initiate a request for candidates for my firm. The request also comes through GRS which is their online job portal. The request is generally accompanied by a list of the job description and job requirements (such as technical skills, locations, and salary band). Any interaction with TCS usually takes place by email, but may also occur by telephone to obtain more clarity regarding the specifications. Diverse Lynx does not request from the applicant information regarding race or national origin. Pursuant to TCS, Diverse Lynx only provides TCS with applicants who are eligible to work in the United States.

2                    DECLARATION OF SHUBHENDRA VARMA
CASE NO.: 4:15-CV-01696-YGR

7.    If a successful placement of a full-time position is made, my firm receives a fixed placement fee amount.  For placement of a contract position, Diverse Lynx receives a fee expressed as an hourly rate.

8.    Upon receipt of a request for candidates, my firm initiates a search for persons whose qualifications and experience match the requirements specified by TCS.  In searching for candidates, we utilize the three methods described in paragraph 3 above.  Based on my experience, I estimate that most of our submissions of candidates to TCS and other companies come from our internal database and recruiters utilizing job boards.  In addition, if we have had prior contact with the applicant, he or she may know someone interested in the position.

9.    Our search methods yield candidates of different racial backgrounds and national origins.  We do not and would not propose candidates based on a specific race or national origin.  Rather, the candidates we propose are those obtained through our neutral search efforts.  TCS does not direct our search efforts or instruct us to limit our recruiting efforts to certain pools or sources.  In fact, our contract with TCS requires that we abide by TCS' nondiscrimination policy and Code of Conduct, and asks us to comply with applicable Federal contracting guidelines.  I understand that these documents require Diverse Lynx to use neutral selection practices in recruiting for TCS.  This is also standard procedure for all of our recruiting efforts.

10.    Throughout the entire time that I have worked with TCS, no employee or agent of TCS has ever indicated a preference – whether express or implied – for candidates of South-Asian race or national origin/descent.  Nor would we honor such a request.  Further, I have observed no trends or practices by TCS with respect to the candidates referred by my firm which suggest that TCS has a preference for employees of South-Asian race or national origin.  TCS does not, in my observation, seek to interview or hire South Asian candidates at higher rates than non-South Asian candidates.  TCS has never made such a request to our firm.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

3

DECLARATION OF SHUBHENDRA VARMA
CASE NO.: 4:15-CV-01696-YGR

11.     As noted above, before referring candidates to TCS we do not conduct a background check of the candidate.  For any candidate whose resume appears to match the TCS job requirements, we forward the candidate's resume to TCS for consideration (with their consent).  On average, I estimate that my company forwards approximately 2-3 resumes per position requested by TCS to its Talent Acquisition Group.  I understand TCS utilizes other competitors of Diverse Lynx to fill its open positions.  However, ultimately it is up to TCS' hiring manager to accept or reject the candidate.  To be clear, communications as to open positions and offers and negotiations as to salary are with TCS' Talent Acquisition Group.  The actual interview and selection process is conducted by TCS hiring managers.

12.     Candidates sometimes decline to interview at TCS or reject TCS' offers.  Based on my experience, candidates reject TCS' offers primarily due to the applicant's individual salary requirements, offer from some other companies, relocation constraint, or any other personal reason.

13.     Candidates who are rejected for one position at TCS are sometimes resubmitted for other positions at TCS at a later date.  If the candidate has been rejected at an early stage due to a problem matching job experience, then the candidate is more likely to be submitted later than a candidate that has had multiple interviews with TCS.

14.     Attached hereto as **Exhibit "B"** is a true and correct copy of a September 30, 2014 e-mail chain between Diverse Lynx's Senior Business Development Manager Vaishali Pundir and Chandrachur Ghosh of TCS.  These e-mails concern a candidate which Diverse Lynx found for TCS through a third party called System Edge concerning a

///

///

///

///

///

///

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

4

DECLARATION OF SHUBHENDRA VARMA
CASE NO.: 4:15-CV-01696-YGR

1  contract position.  This was not for full-time employment with TCS.  This individual was

2  employed by System Edge and if placed at TCS, he would have been servicing TCS as an

3  independent contractor.  As shown in Exhibit "B," TCS did not contract with this

4  individual.

5

6      I declare under penalty of perjury under the laws of the United States of America

7  that the foregoing is true and correct.

8      Executed this 20th day of March, 2017, at Princeton, New Jersey.

9

10  Shubhendra Varma

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

DECLARATION OF SHUBHENDRA VARMA
CASE NO.: 4:15-CV-01696-YGR



EXHIBIT A

Diverse Lynx Recruitment Methodology

## Source-I  (Recruitment)



Our nationwide recruiting network comprising pre-qualified professionals, many of whom are certified in their respective field, allows us to fulfill our staffing requests. As part of our stringent recruiting and screening process, prospective candidates with relevant work experience including degrees in Engineering, Computer Science or Management are short-listed. These short-listed candidates are then thoroughly interviewed, and screened before they are submitted to the client. Testing and screening process compromises of communication checks and technical evaluations.

By maintaining a large talent-pool that reflects industry trends, we are able to meet even the most stringent demand of our clients. This also gives us the ability to fulfill requirements without long lead times. We constantly monitor industry trends to predict client demand for consultants with specific technical capabilities. Understanding project details including internal milestones, business impact, mission-criticality, and project dependents and precedents, greatly enhances our ability to

- ➤ Provide services at the Right Time, Every Time, thereby reducing costly overruns
- ➤ Offer Right Prices for our services, thereby controlling high project costs
- ➤ Being globally mobile, assure our clients of our presence at the Right Place
- ➤ Guarantee Right Results

Our three-part placement protocol is designed to suit any short-term, long-term or permanent requirement from our client. Our model is designed to bring the best IT talent on the table with the option to the client to choose the services best suited for their IT project needs.

## Contract Staffing

For a short-term project need, when it involves completing a particular assignment and delivering specific project functions, and where one decides not to increase the payroll cost by adding a permanent new employee, Diverse Lynx Contract Services could be the best, most cost-effective solution. It gives our client the option to get the specific consultant on a pre-determined time bound contract, hourly/daily/monthly rates, during which period he/she can complete the said application. For an affordable investment, our Contract Services provides the right person at the right time. It allows our client to avoid various long-term hidden costs related to permanent employment. It is a perfect solution for clients who want to keep their project's fixed operative cost under control.

## Permanent Placement

For long term project needs, Diverse Lynx provide its clients with experienced technical candidates on a permanent basis at very competitive referral rates. We understand the fact that locating and hiring the right candidate for any project assignment can be very complex and time-consuming for our clients. The best IT professionals are always on project assignments. To find and recruit them at short notices can become extremely difficult at times. To shorten this recruiting and hiring cycle we maintain a network of IT professionals and provide them at short notices to our clients on full time permanent basis. We invest in time upfront to learn and understand our client's business environment, products, services and staffing needs. Our knowledge of the Information Technology marketplace and access to a large number of professionals, provide our clients with the staffing support they need.



# EXHIBIT B

| | |
|---|---|
| From: | Chandrachur Ghosh <chandrachur.ghosh@tcs.com> |
| Sent: | September 30, 2014 8:13 PM |
| To: | Vaishali Pundir |
| Cc: | Chinmay Tripathi (chinmay.tripathi@tcs.com) |
| Subject: | Re: Client Lifecycle Pega Sr Developer NYC_Kumaran Kannan |

For Barclays we need folks who are physically in NY/NJ

Best Regards
Chandrachur Ghosh
Tata Consultancy Services
Cell:- +1 347 901 2983
Mailto: chandrachur.ghosh@tcs.com
Website: http://www.tcs.com

Experience certainty.    IT Services
                Business Solutions
                Consulting

| | |
|---|---|
| From: | Vaishali Pundir <vaishali@diverselync.com> |
| To: | Chandrachur Ghosh <chandrachur.ghosh@tcs.com> |
| Cc: | "Chinmay Tripathi (chinmay.tripathi@tcs.com)" <chinmay.tripathi@tcs.com> |
| Date: | 09/30/2014 03:00 PM |
| Subject: | Client Lifecycle Pega Sr Developer NYC_Kumaran Kannan |

Dear Chandra,

Good Afternoon! Please review. He is in India, but if he gets a project, I can deliver him, just like Naga. I have a guy from them working at Barclays for us.

**First Name: Kumaran**
**Last name: Kannan**
Date of Birth (mm/dd/yyyy): 05/29/1979
Gender: Male
Nationality: Indian
Available for interview: 09/23/2014
Available to start project: (mm/dd/yyyy): 10/13/2014
Contact Number: 609-606-2912
Current Location: NJ
Time zone:EST
Email ID: kumaran.acct@gmail.com

Attorneys' Eyes Only

TCS066307

Total IT Experience (Years): 10 years 5 months
Experience in Required Skills (Years): 4 years
Full Name of Degree: Master of Computer Applications (MCA)
College name, City : Bharathiar University, Coimbatore, Tamil Nadu, India
Specialization: Computer Applications
Duration Start Date (mm/dd/yyyy): 08/01/2000
Duration End Date (mm/dd/yyyy): 03/30/2003
% Marks/Grade: 68%
Type (Full time / Part time): Full Time Course
Rate: 85/hr

Vaishali Pundir
Senior Business Development Manager
Diverse Lynx LLC
Direct : 609-356-1596
Work  : 732-452-1006 *124
Cell    : 732-208-6072
Fax    : 732-452-0684
vaishali@diverselynx.com
300 Alexander Park, Suite # 200
Princeton, NJ 08540

[attachment "KUMARANKANNAN.doc" deleted by Chandrachur Ghosh/AMER/TCS]

Attorneys' Eyes Only

TCS066308

1

## CERTIFICATE OF SERVICE

2          I certify that a true and correct copy of the foregoing was served on all counsel of

3   record by electronic service through the Clerk of the Court's CM/ECF filing system on

4   March 20, 2017.

5   Dated:  March 20, 2017                    /s/Michelle M. La Mar
                                              Michelle M. La Mar
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

6          DECLARATION OF SHUBHENDRA VARMA
CASE NO.: 4:15-CV-01696-YGR