MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
LAURA A. WYTSMA (SBN 189527)
lwytsma@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>Assigned to Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF HRYDYESH R. GARG IN SUPPORT OF TATA CONSULTANCY SERVICES, LTD.'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Date:  May 16, 2017<br>Time:  2:00 p.m.<br>Location: Courtroom 1, 4th Flr., Oakland<br><br>Complaint Filed:  April 14, 2015 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

DECLARATION OF HRYDYESH R. GARG
CASE NO.: 4:15-CV-01696-YGR

# DECLARATION OF HRYDYESH R. GARG

I, HrydYesh R. Garg, declare as follows:

1.  I am a Managing Director of Hexagon Talent Capital ("Hexagon"). I have over twenty years of experience in Sales, Executive Search & Selection, and HR Consulting and Management. Hexagon serves clients primarily in the consulting, advisory and outsourcing areas. Hexagon is located at 13800 Coopermine Road, 4th Floor, Herndon, VA 20171. Hexagon is a full-service talent agency, which includes locating and placing job candidates in the information technology ("IT") industry. The following facts are of my own personal knowledge, and if called upon to do so, I could and would competently testify to such facts under oath.

2.  I have been employed by Hexagon since 2015. Hexagon is dedicated to fulfilling positions in the IT consulting industry throughout the United States, and primarily leadership, sales and marketing positions. These positions are always full time, and not contract staffing. As Hexagon's Managing Director, my duties and responsibilities include locating suitably skilled job candidates to fill permanent job openings in the IT industry on behalf of my firm's clients. I am responsible for all aspects of Hexagon's recruiting business. I supervise approximately seven full-time employees at Hexagon. Presently, my firm is assisting a few companies in locating candidates to fill positions in the IT area. We have no affiliation with TCS or any other client except as a service provider.

3.  Hexagon will locate candidates for open job positions in several ways. We start by reviewing the skills and specifications for the job position provided by the client. We primarily look in three places to find these job specifications. First, we have our internal proprietary database of applicants. This is our preferred source for finding applicants. Second, we look at external channels, such as Ladders.com, Monster.com and Linkedin.com. On these websites, we will not disclose the client's name. Third, we engage in "headhunting" where we actively market for candidates and see if any candidate is interested in the position. "Headhunting" is our least preferred method because it is the

most time consuming. Once we locate a candidate, we explain the position in more detail. We will then screen the candidate and send our assessment to the client.

4. Tata Consultancy Services, Ltd. ("TCS") is a client with whom I have worked since 2015. My work with TCS has averaged about fifteen candidates per month. Since the start of 2015, Hexagon has placed approximately twelve full-time positions at TCS. The candidates we recruit for TCS are recruited in the same manner as for other firm customers. TCS does not sponsor visa holders for the full-time positions submitted to it by Hexagon. In fact, Hexagon has never submitted a visa holder to TCS for a full-time position.

5. Hexagon's services for TCS are nationwide. We do not recruit individuals outside the United States for work at TCS. When TCS needs assistance filling an open position, my firm will be contacted by a representative from TCS' Talent Acquisition Group, who will initiate a request for candidates from my firm. The request is generally accompanied by a list of the job description and the job requirements (such as technical skills, locations, and salary band). This interaction with TCS usually takes place by email, but may also occur by telephone once the time comes to schedule an interview with the applicant. Hexagon does not ask an applicant for his or her race or national origin. We do not have a photograph of the applicant; only the applicant's resume and telephone interview. Hexagon only provides TCS with applicants who are eligible to work in the United States.

6. If a successful placement is made, my firm receives compensation in the form of a flat fee. Formerly, the placement fee was calculated as a percentage of the salary of the employee who was placed.

7. Upon receipt of a request for candidates, my firm initiates a search for persons whose qualifications and experience match the requirements specified by TCS. In searching for candidates, we utilize the three methods described in paragraph 3 above. Based on my experience, I estimate that most of our submissions of candidates to TCS and other companies come from our recruiters utilizing job boards. Our database is also useful

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

2

DECLARATION OF HRYDYESH R. GARG
CASE NO.: 4:15-CV-01696-YGR

if the applicant has recently submitted a resume. In addition, if we have had prior contact with the applicant, he or she may know someone interested in the position.

8. Our search methods yield candidates of all different racial backgrounds and national origins. We do not and would not propose candidates based on a specific race or national origin. Rather the candidates we propose are obtained through our neutral search efforts. TCS does not direct our search efforts or instruct us to limit our recruiting efforts to certain pools or sources. In fact, our contract with TCS requires that we abide by TCS' nondiscrimination policy and Code of Conduct, and asks us to comply with applicable Federal contracting guidelines, including voluntary reporting by applicants on EEO-1 forms. I understand that these documents require Hexagon to use neutral selection practices in recruiting for TCS. This is also the standard procedure for all of our recruiting efforts.

9. Our contract with TCS requires us to report certain demographic information to TCS regarding the candidates that we refer. We provide the best information we have available to fulfill this requirement, although sometimes we are simply providing our opinion based upon the candidate's name.

10. Throughout the entire time that I have worked with TCS, no employee or agent of TCS has ever indicated a preference – whether express or implied – for candidates of South-Asian race or national origin/descent. Nor would we honor such a request. Further, I have observed no trends or practices by TCS with respect to the candidates referred by my firm which suggest that TCS has a preference for employees of South-Asian race or national origin. In my observation, TCS does not seek to interview or hire South Asian candidates at higher rates than non-South Asian candidates. TCS has never made such a request to our firm.

11. Before referring candidates to TCS, we perform an initial screening of the candidate's resume and conduct an interview, but do not run a background check. For any candidate whose resume appears to match the TCS job requirements, we forward the candidate's resume (with their consent) to TCS for consideration. Sometimes consent is

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

3

DECLARATION OF HRYDYESH R. GARG
CASE NO.: 4:15-CV-01696-YGR

withheld by candidates who are not interested in the job in question, usually because of pay or job location. There are also candidates who tell us they do not want to work for TCS. On average, I estimate that my company forwards 1-2 resumes per position requested by TCS to its Talent Acquisition Group. I understand TCS utilizes other competitors of Hexagon and interviews no more than fifteen applicants for any position. However, ultimately it is up to TCS' hiring manager to accept or reject the candidate upon further screening. To be clear, communications as to open positions and offers and negotiations as to salary are with TCS' Talent Acquisition Group. The actual interview and selection process is conducted by TCS hiring managers.

12. Candidates sometimes decline to interview at TCS or reject TCS' offers because TCS is not well known outside of India. Based on my experience, the main reasons that candidates sometimes reject TCS' offers are the job location, the nature of the position, and the applicant's salary requirements.

13. Candidates who are rejected for one position at TCS are sometimes resubmitted for other positions at TCS at a later date. If the candidate has been rejected at an early stage due to a problem matching job experience, then the candidate is more likely to be submitted later than a candidate that has had multiple interviews with TCS.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of March, 2017, at Dallas, Texas.

*Hrydesh Garg*
Hrydesh R. Garg

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system on March 20, 2017.

Dated: March 20, 2017          /s/Michelle M. La Mar
                               Michelle M. La Mar

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

5

DECLARATION OF HRYDYESH R. GARG
CASE NO.: 4:15-CV-01696-YGR

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system on March 20, 2017.

Dated: March 20, 2017           /s/Michelle M. La Mar
                                Michelle M. La Mar

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

5

DECLARATION OF HRYDESH R. GARG
CASE NO.: 4:15-CV-01696-YGR