MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
LAURA A. WYTSMA (SBN 189527)
lwytsma@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>Assigned to Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF SUNIL GANDHI IN SUPPORT OF TATA CONSULTANCY SERVICES, LTD.'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Date:     May 16, 2017<br>Time:     2:00 p.m.<br>Location: Courtroom 1, 4th Flr., Oakland<br><br>Complaint Filed:  April 14, 2015 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

DECLARATION OF SUNIL GANDHI
CASE NO.: 4:15-CV-01696-YGR

# DECLARATION OF SUNIL GANDHI

I, Sunil Gandhi, declare as follows:

1. I am the co-founder and Managing Partner of Dextpro, LLC ("Dextpro"). I have over two decades of experience in Sales, Executive Search & Selection, and HR Consulting and Management. Dextpro serves clients primarily in the consulting, advisory and outsourcing arenas. Dextpro is located at 14 Oak Hill Dr., Monroe, NJ 08831. Dextpro is a full-service talent agency, which includes locating and placing job candidates in the information technology ("IT") industry. The following facts are of my own personal knowledge, and if called upon to do so, I could and would competently testify to such facts under oath.

2. I have been employed by Dextpro since founding it in 2011. Dextpro is dedicated to fulfilling positions in the IT consulting industry throughout the United States, and primarily leadership, sales and marketing positions. These positions are always full time, and not contract staffing. As Managing Partner, my duties and responsibilities include locating suitably skilled job candidates to fill permanent job openings in the IT industry on behalf of my firm's clients. I am responsible for all aspects of Dextpro's business. I supervise two full time employees at Dextpro. My firm regularly assists approximately seven to ten different companies at any given time with locating candidates to fill positions in the IT area. Some of the companies we assist are competitors of Tata Consultancy Services, Ltd. ("TCS"). We have no affiliation with TCS or any other client except as a service provider.

3. Dextpro will locate candidates for open job positions in several ways. We start by reviewing the skills and specifications for the job position provided from the client. We primarily look in three places to find these job specifications. First, we have our internal proprietary database of applicants. This is our preferred source for finding applicants. Second, we look at external channels, such as Ladders.com, Monster.com and Linkedin.com. We will not disclose the client's name on these websites. Third, we engage in "headhunting" where we actively market for candidates and see if any candidate

is interested in the position. "Headhunting" is our least preferred method because it is the most time consuming. Our general search methodology is attached as **Exhibit "A"** to this declaration. Once we locate a candidate, we explain the position in more detail. We will then validate the candidate's resume and send our assessment to the client.

4. TCS is a client with whom I have worked since 2006. My work with TCS has averaged about eight to ten candidates per year. Since the start of 2015, Dextpro has placed approximately seventeen positions at TCS. We recruit candidates for TCS in the same manner as for other firm clients. TCS does not sponsor visa holders for their full-time positions. In my experience, visa holder submissions by our firm have been summarily rejected by TCS due to sponsorship issues.

5. Dextpro's services for TCS are nationwide. We do not recruit individuals outside the United States for work at TCS. When TCS needs assistance filling an open position, my firm will be contacted by a representative from TCS' Talent Acquisition Group, who will initiate a request for candidates from my firm. The request is generally accompanied by a list of the job description and job requirements, such as technical skills, locations, and salary band. This interaction with TCS usually takes place by email, but may also occur by telephone once the time comes to schedule an interview with the applicant. Dextpro does not ask an applicant for his or her race or national origin. We do not have a photograph of the applicant; only the applicant's resume and telephone interview. Pursuant to TCS, Dextpro only provides TCS with applicants who are eligible to work in the United States.

6. If a successful placement is made, my firm receives a placement fee that is a percentage of the annual salary of the employee who was placed.

7. Upon receipt of a request for candidates, my firm initiates a search for persons whose qualifications and experience match the requirements specified by TCS. In searching for candidates, we utilize the three methods described in paragraph 3 above. Based on my experience, I estimate that most of our submissions of candidates to TCS and other companies come from our recruiters utilizing job boards. Our database is also useful

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

2

DECLARATION OF SUNIL GANDHI
CASE NO.: 4:15-CV-01696-YGR

1  if the applicant has recently submitted a resume to us. In addition, if we have had prior
2  contact with the applicant, he or she may know someone interested in the position.

3      8.    Our search methods yield candidates of all different racial backgrounds and
4  national origins. We do not and would not propose candidates based on a specific race or
5  national origin. Rather, the candidates we propose are obtained through our neutral search
6  efforts. TCS does not direct our search efforts or instruct us to limit our recruiting efforts
7  to certain pools or sources. In fact, our contract with TCS requires that we abide by TCS'
8  nondiscrimination policy and Code of Conduct. I understand that these documents require
9  Dextpro to use neutral selection practices in recruiting for TCS. This is also standard
10 procedure for all of our recruiting efforts.

11     9.    Our contract with TCS requires us to report certain demographic information
12 to TCS regarding the candidates that we submit to it, and asks us to comply with
13 applicable Federal contracting guidelines, including voluntary reporting by applicants on
14 EEO-1 forms. We provided this information to TCS around the end of March. The
15 indication of the candidate's "race" on the reports we provide is our best estimate based on
16 the candidate's name. In addition, our designation of "Asian" as the candidate's "race" on
17 these reports includes not just Indian, but also other Asian nationalities such as Chinese,
18 Japanese and Korean.

19     10.    Throughout the entire time that I have worked with TCS, no employee or
20 agent of TCS has ever indicated a preference, whether express or implied, for candidates of
21 South-Asian race or national origin/descent. Nor would we honor such a request. Further,
22 I have observed no trends or practices by TCS with respect to the candidates referred by
23 my firm which suggest that TCS has a preference for employees of South-Asian race or
24 national origin. In my observation, TCS does not seek to interview or hire South Asian
25 candidates at higher rates than non-South Asian candidates. TCS has never made such a
26 request to our firm.

27     11.    Before referring candidates to TCS, we perform an initial screening of the
28 candidate's resume and conduct an interview but do not run a background check. For any

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

3

DECLARATION OF SUNIL GANDHI
CASE NO.: 4:15-CV-01696-YGR

candidate whose resume appears to match the TCS job requirements, we forward the candidate's resume (with their consent) to TCS for consideration. Sometimes consent is withheld by candidates who are not interested in the job in question, usually because of pay or job location. There are also candidates who tell us they do not want to work for TCS. On average, I estimate that my company forwards approximately four or five resumes per position requested by TCS to its Talent Acquisition Group. I understand TCS utilizes other competitors of Dextpro and interviews many applicants for any open position. However, ultimately it is up to TCS' hiring manager to accept or reject the candidate upon further screening. To be clear, communications as to open positions and offers and negotiations as to salary are with TCS' Talent Acquisition Group. The actual interview and selection process is conducted by TCS hiring managers.

12. Candidates sometimes decline to interview at TCS or reject TCS' offers because TCS is not well known outside of India. Based on my experience, candidates reject TCS' offers primarily due to the applicant's individual salary requirements.

13. Candidates who are rejected for one position at TCS are sometimes resubmitted for other positions at TCS at a later date. If the candidate has been rejected at an early stage due to a problem matching job experience, then the candidate is more likely to be submitted later than a candidate that has had multiple interviews with TCS.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20 day of March, 2017, at Monroe, New Jersey.

Sunil Gandhi



# EXHIBIT A



| Home | About Us | Our Services | Our Process | Our Practices Areas | Our Clients | Gateway to Asia | Contact Us |

**Quick links**

- Home
- About Us
  - Guiding Principles
  - Leadership
- Our Services
  - Executive Search
  - Permanent Placements
  - Interim Management
- Our Process
  - Our Value Proposition
- Our Practices Areas
  - Functional Expertise
- Our Clients
- Gateway to Asia
- Contact Us

## Our Search Methodology

Each client is different and every assignment is unique. However what remains constant in every engagement is our passion and professional rigor. Our goal is to create a pleasant hiring experience for candidates and client to get "the strategic fit" for the role. We love finding the best people for the best jobs and we don't give up until we deliver results.

Our search process would typically flow in the following manner:



Some of the key aspects of our process are:

1. We work closely with you to define each engagement in detail. We would understand the profile that you are looking for both in terms of role as well as soft skills, your environment, culture, challenges and opportunities.
2. Our reputation is build by the candidates we qualify and present for your jobs. In order to do so our process is detail oriented, methodical, comprehensive, and targeted, resulting in less resumes, but ones that are of higher quality and better fit to the position.
3. We fully understands the management time that goes into hiring and will always go an extra mile to ensure that we are delivering value through our process.
4. Candidates are strategic resources and enablers of corporate competitiveness. Dextpro applies passive sourcing techniques to identify "best-fit" candidates. Our targeted headhunting approach results in lower attrition, higher productivity, and enhanced adaptability.
5. We value the trust placed by our clients and candidates and it's our responsibility to treat their needs with the utmost level of discretion and confidentiality.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system on March 20, 2017.

Dated: March 20, 2017          /s/Michelle M. La Mar
                                Michelle M. La Mar

5

DECLARATION OF SUNIL GANDHI
CASE NO.: 4:15-CV-01696-YGR

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations