MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
LAURA A. WYTSMA (SBN 189527)
lwytsma@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
TATA CONSULTANCY SERVICES,
LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>Assigned to Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF MADHU ONTEERU IN SUPPORT OF TATA CONSULTANCY SERVICES, LTD.'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Date: May 16, 2017<br>Time: 2:00 p.m.<br>Location: Courtroom 1, 4th Flr., Oakland<br><br>Complaint Filed: April 14, 2015 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

## DECLARATION OF MADHU ONTEERU

I, Madhu Onteeru, declare as follows:

1.      I am the Chief Operating Officer of CMC Americas, Inc. ("CMCA"). I have over two decades of experience in Sales, Executive Search & Selection, and HR Consulting and Management. CMCA serves clients primarily in the consulting, advisory and outsourcing arenas. CMCA is located at 379 Thornall, Edison, New Jersey 08837. CMCA is a full-service talent agency, which includes locating and placing job candidates in the information technology ("IT") industry. The following facts are of my own personal knowledge, and if called upon to do so, I could and would competently testify to such facts under oath.

2.      I have been employed by CMCA since 1999. One of CMCA's lines of business is fulfilling positions in the IT consulting industry throughout the United States. These positions are full time and contract staffing. As CMCA's Chief Operating Officer, my duties and responsibilities include oversight of employees who locate suitably skilled job candidates to fill job openings in the IT industry on behalf of the firm's clients. I am responsible for all aspects of CMCA's business. I supervise approximately 120 full-time employees at CMCA. My firm regularly assists approximately forty different companies at any given time with locating candidates to fill positions in the IT area. Among the companies we assist are TRW, the Port Authority of New York and New Jersey, and Western Union.

3.      Tata Consultancy Services, Ltd. ("TCS") is a client with whom I have worked since 2002. CMCA is a subsidiary of TCS. CMCA does not place full-time or permanent employees with TCS (except in the rare case where TCS decides it wishes to hire on a permanent basis a contract employee placed by CMCA). When CMCA places a contract position at TCS, the person will be employed either by CMCA, or by another company from whom the person was sourced. TCS does not become the employer when it hires a contract worker.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

DECLARATION OF MADHU ONTEERU
CASE NO.: 4:15-CV-01696-YGR

4.      I have reviewed the pages bates-stamped TCS 70759-70768.  These pages consist of a 2014 e-mail chain with communications between CMCA's Yudhueer Chauhan and TCS's Pankaj Kumar concerning a candidate named Prasanna Navalchand Soni.  I have determined that this candidate was located by one of CMCA's sub-vendors, not by CMCA, and I have seen no indication that this candidate was ever placed at TCS, even for a contract position.  As set forth above, even if this person had been placed at TCS as a contract worker, he would have remained employed by the sub-vendor.  TCS would not have been his employer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of March, 2017, at Sterling, Virginia.

Madhu Onteeru

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

2

DECLARATION OF MADHU ONTEERU
CASE NO.: 4:15-CV-01696-YGR

1

## CERTIFICATE OF SERVICE

2    I certify that a true and correct copy of the foregoing was served on all counsel of

3 record by electronic service through the Clerk of the Court's CM/ECF filing system on

4 March 20, 2017.

5 Dated:  March 20, 2017          /s/Michelle M. La Mar
                                  Michelle M. La Mar
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

3                    DECLARATION OF MADHU ONTEERU
                     CASE NO.: 4:15-CV-01696-YGR