MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
LAURA A. WYTSMA (SBN 189527)
lwytsma@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT, <br><br> Plaintiffs, <br><br> v. <br><br> TATA CONSULTANCY SERVICES, LTD., <br><br> Defendant. | Case No.: 4:15-cv-01696-YGR <br><br> Assigned to Hon. Yvonne Gonzalez Rogers <br><br> **DECLARATION OF UMA VAJJALA IN SUPPORT OF TATA CONSULTANCY SERVICES, LTD.'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION** <br><br> Date: May 16, 2017 <br> Time: 2:00 p.m. <br> Location: Courtroom 1, 4th Flr., Oakland <br><br> Complaint Filed: April 14, 2015 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

DECLARATION OF UMA VAJJALA
CASE NO.: 4:15-CV-01696-YGR

# DECLARATION OF UMA VAJJALA

I, Uma Vajjala, declare as follows:

1. I am a Vice President of United Software Group, Inc. ("USG"). I have worked in human resources at USG for over ten years. USG serves clients primarily in the consulting arenas. USG's headquarters are located at 565 Metro Place South, Suite 110, Dublin, OH 43017. USG is a Minority Owned Enterprise (MBE) offering customized information technology ("IT") services to clients across the United States. USG is also a full-service talent agency in the IT field, which includes locating and placing job candidates. The following facts are of my own personal knowledge, and if called upon to do so, I could and would competently testify to such facts under oath.

2. USG is dedicated to fulfilling positions in the IT industry throughout the United States. USG serves both the full-time and sub-contracting needs of our clients. For full-time needs, we assist clients in locating qualified candidates who, if accepted by the client, hire them as their own employees. For sub-contracting needs, we place candidates on a contract basis with clients, or operate as a subcontractor for candidates placed by another vendor. When a contract position is filled with a client, either USG or the third party source of the candidate remains his or her employer. Our clients include Hexaware, Xavient and Collabera. USG employs approximately 150-175 persons as W-2 employees and assists more than 35 clients in locating candidates to fill positions in the IT area. We have no affiliation with TCS or any other client except as a service provider.

3. USG locates candidates for open job positions in several ways. We start by reviewing the skills and specifications for the job position provided by the client. We then review information on our internal database of applicants. We also provide the specifications to our recruiters. Those recruiters look at external channels, such as Career Builder.com, Dice.com, Monster.com, Linkedin.com and other job boards. We then look for local candidates at the location for the open position. In our experience, technical skills, salary and location (in that order) are the most important criteria in determining whether the candidate obtains an open position. Once the client interviews and selects the

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

1

DECLARATION OF UMA VAJJALA
CASE NO.: 4:15-CV-01696-YGR

applicant, we conduct a background check for sub-contract applicants. We generally do not do background checks for full-time candidates.

4. Tata Consultancy Services, Ltd. ("TCS") is a client with whom USG has worked from 2007 to the present. From 2011 to 2013, USG placed full-time candidates with TCS. During that time, USG placed approximately forty-four full-time candidates with TCS. We now place sub-contracting positions with TCS, in which case the person remains employed by USG or by the other source of the candidate, not by TCS. Except where noted otherwise, the statements in this declaration concerning our practices apply both to the present, and also to the period 2011-2013 when we placed full-time hires for TCS.

5. USG's services for TCS are nationwide. We do not recruit individuals outside the United States for work at TCS.

6. When TCS needed assistance filling an open full-time position from 2011-2013, TCS' Talent Acquisition Group ("TAG") would send us an email with the job description, the location, salary, and some additional details. Then and now, when we receive an open position, we first look to our internal database to see if we have any candidates. If necessary, we will look at the job boards described in paragraph 3. USG does not take race or national origin into account in selecting candidates. We do not have a photograph of the applicant; we only have the applicant's resume and conduct a telephone interview. USG provides TCS only with applicants who are eligible to work in the United States.

7. Our searches yield candidates of all different racial backgrounds and national origins. We do not and would not propose candidates based on a specific race or national origin. Rather, the candidates we propose are obtained through our neutral search efforts. TCS does not direct our search efforts or instruct us to limit our recruiting efforts to certain pools or sources of candidates. In fact, our contract with TCS requires that we abide by TCS' nondiscrimination policy and Code of Conduct, and asks us to comply with applicable Federal contracting guidelines. I also understand that these documents require

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

2

DECLARATION OF UMA VAJJALA
CASE NO.: 4:15-CV-01696-YGR

USG to use neutral selection practices in recruiting for TCS. This is also the standard procedure for all of our recruiting efforts.

8. Throughout the entire period that we have served TCS requirements, to the best of my knowledge no employee or agent of TCS has indicated a preference – whether express or implied – for candidates of South-Asian race or national origin/descent. Nor would we honor such a request. Further, I have observed no trends or practices by TCS with respect to the candidates referred by my firm which suggest that TCS has a preference for employees of South-Asian race or national origin. In my observation, TCS does not seek to interview or hire South Asian candidates at higher rates than non-South Asian candidates. TCS has never made such a request to our firm.

9. For any candidate whose resume appears to match the TCS job requirements, we forward the candidate's resume (with their consent) to TCS for consideration. Sometimes consent is withheld by candidates who are not interested in the job in question, usually because of pay or job location. There are also candidates who tell us they do not want to work for TCS. On average, I estimate that my company forwards approximately 2-5 resumes per position requested by TCS. I understand that TCS utilizes other competitors of USG to find suitable candidates. However, ultimately it is up to TCS' hiring manager to accept or reject the candidate upon further screening. To be clear, communications as to open positions, as well as offers and negotiations with respect to salary are with TCS and (for full-time positions) its TAG. The actual interview and selection process is conducted by TCS hiring managers.

10. In our experience, TCS is not as popular with candidates as certain other companies, such as some of the well-known banks or financial institutions. Candidates sometimes decline to interview at TCS or reject TCS' offers because TCS is not well known in the United States.

11. Candidates who are rejected for one position at TCS may sometimes be resubmitted for other positions at TCS at a later date, usually in a different vertical, and with a different interviewer. In other words, if the technical experience is acceptable, but

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

3

DECLARATION OF UMA VAJJALA
CASE NO.: 4:15-CV-01696-YGR

the desired experience was not present for one position, the candidate will be presented again but for a position where the candidate has experience in that vertical or industry. Sometimes a candidate is presented again if the location is a better match. If the technical skills were not sufficient, it is harder to present a candidate a second time.

12. Attached hereto as **Exhibit "A"** is a true and correct copy of an e-mail dated October 5, 2014 from Aakash Aggarwal of USG to Raj Kumar of TCS with information concerning a sub-contract position. The records of USG indicate that this candidate was located by a sub-vendor and that he was never accepted by TCS, not even for a sub-contract position.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of March, 2017, at Dublin, Ohio.

_____
Uma Vajjala

# EXHIBIT A

| | |
|---|---|
| From: | AakashAggarwal <aakash.ag@usgrpinc.com> |
| Sent: | October 05, 2014 2:20 AM |
| To: | raj1.kumar@tcs.com |
| Cc: | chinmay.tripathi@tcs.com;anju@usgrpinc.com;viveka@usgrpinc.com;Shital |
| Subject: | ALM / Loadrunner / Performance Engineer at Florida |
| Importance: | High |

Hi **Raj Sir**,

Hope you are doing great.

Please find the attached resume of **Rahul** for evaluation.

Please keep me posted.

| | |
|---|---|
| Title (Mr/Mrs./Miss): | Mr. |
| Name of the consultant as in a govt. issued document such as a passport or birth certificate: | Rahul Chavaam |
| First Name: | Rahul |
| Middle Name (if applicable): | |
| Last Name: | Chavaam |
| Date of Birth: | May 22 1985 |
| Gender: | Male |
| Nationality: | Indian |
| Available from: | 1 Week |
| SSN (Last 4 Digits) | 4014 |
| Contact Number: | 937-754-5352 |
| Email ID: | Rahulchavaan07@gmail.com |
| Total IT Experience (Years): | 8+ yrs |
| Experience in Required Skills (Years): | 8+ yrs |
| Key skills | HP Performance Center11.x, HP Load runner 9.5X, ALM |
| Location | Mettawa, IL |
| visa status: | H1B |
| Educational details: | |
| Name of Degree: | Bachelors |
| Specialization: | Electrical |
| Duration Start Date (mm/dd /yyyy): | 2002 |
| Duration End Date (mm/dd/yyyy): | 2006 |
| University: | JNTU |
| Type (Full time / Part time): | Full Time |
| Hourly Rate: | $60 to TCS |

Attorneys' Eyes Only

TCS038607

Thanks

Aakash
United Software Group Inc..
565 Metro Place South. Suite # 110
Dublin, OH 43017
Phone: 614-588-8588
Fax: 1-866-764-1148
aakash.ag@usgrpinc.com
www.usgrpinc.com

To unsubscribe from this mailing, please reply to this email with the word UNSUBSCRIBE in the subject line, or click here.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system on March 20, 2017.

Dated: March 20, 2017     /s/Michelle M. La Mar
                          Michelle M. La Mar

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

5

DECLARATION OF UMA VAJJALA
CASE NO.: 4:15-CV-01696-YGR