MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
LAURA A. WYTSMA (SBN 189527)
lwytsma@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>Assigned to Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF BRIAN ANDRILLO IN SUPPORT OF TATA CONSULTANCY SERVICES, LTD.'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Date: May 16, 2017<br>Time: 2:00 p.m.<br>Location: Courtroom 1, 4th Flr., Oakland<br><br>Complaint Filed: April 14, 2015 |

# DECLARATION OF BRIAN ANDRILLO

I, BRIAN ANDRILLO, declare as follows:

1. I am currently employed by Tata Consultancy Services, Ltd. ("TCS") in Edison, New Jersey, as the Manager of Professional Recruitment. I give this declaration in support of TCS' Opposition to the Motion for Class Certification that has been filed in the above-referenced matter. The following facts are of my own personal knowledge, and if called upon to do so, I could and would testify competently to such facts under oath.

2. I have been employed by TCS in various capacities related to human resources and professional recruitment since June 2010. I have performed in my current role as Manager of Professional Recruitment since July 2014. My job duties primarily involve recruitment for sales, consulting and support positions such as administrative, human resources, finance and legal positions. Professional Recruitment does not recruit candidates outside of the United States.

3. Professional Recruitment is a division of the Talent Acquisition Group. Along with myself, Professional Recruitment includes a team of five Recruiters and one Coordinator. The Professional Recruitment Group is informed of hiring needs by business unit managers, of which I would estimate there have been approximately 230 from 2014 to the present. Once Professional Recruitment learns of a vacancy, we work with TCS' human resources and benefits groups to develop the compensation and benefits structure for the position. Then, Professional Recruitment will post the vacancy to a minimum of 2 different online job boards such as LinkedIn.com, Careerbuilder.com, or Monster.com. Professional Recruitment may also use a vendor to assist with identifying applicants for vacancies. Typically, this is done concurrently with recruiting efforts by my group, but not always. Sometimes we do not use vendors at all. Vendors are expected to comply with our EEO policies and the TATA Code of Conduct. Otherwise, it is up to the vendors' discretion in choosing which resumes to present to TCS. From 2014 to the present, there have been approximately 30 different vendors (or headhunters) under contract with TCS to

assist the Professional Recruitment Group with locating applicants for professional level positions.

4. A member of the Professional Recruitment Group will collect and pre-screen resumes submitted through vendors and job boards, and may conduct a preliminary interview of the candidate before forwarding the candidate's resume to the hiring manager. The Professional Recruitment Group does not require headhunters or applicants to use a standardized form or template to submit resumes. Although some candidates voluntarily elect to attach a photograph to their resume, that is not required or expected, and most applicants do not attach their photograph to their resume. Sometimes a candidate will list their country of origin. TCS does not require this and we don't use it for any purpose.

5. Although the Professional Recruitment Group assists in the location of applicants, hiring decisions are always within the discretion of the hiring manager. The only limitation is that all recruitment and hiring must comply with the TATA Code of Conduct and Equal Employment Opportunity Policy. Aside from those policies, there are no manuals, rules, or other instructions to which vendors, hiring managers or the Professional Recruitment Group are required to adhere to in connection with the location and selection of applicants.

6. During the time that I have been involved with Professional Recruitment, there have been between approximately 920 new hires brought in through this group. Upon hire, employees have the opportunity to voluntarily fill out an EEO-1 survey identifying their race. Those surveys are voluntary; we do not require employees to complete them.

7. I understand that in the pending Motion for Class Certification, plaintiffs allege that three resumes were received by TCS from its vendors, which included pictures and/or identified the race and national origin of the applicants. Those resumes are attached to plaintiffs' motion as Exhibits 33, 34, and 35. I have reviewed these resumes, and I can affirmatively state that TCS did not solicit these resumes from a vendor.

8. The resume of Ramya Ramesh was sent to me by her husband, Avinash Hiriyanna, a TCS employee. **Exhibit 1**, which was produced by TCS as TCSLTD0006178034, is a true and correct copy of the cover e-mail that I received from Mr. Avinash Hiriyanna, Ms. Ramesh's husband, on August 8, 2012, which attached Ms. Ramesh's resume for my review.

9. The resume of Jassim Mohammed Kutty was submitted directly by Mr. Kutty to me via Linkedin. **Exhibit 2**, which was produced by TCS as TCSLTD000414254, is a true and correct copy of the e-mail that I received from "LinkedIn Jobs <jobs-apps@linked.com>" on February 26, 2013, which included Jassim Mohammed Kutty's cover letter and resume for an MBA Campus Recruiter & Advisor position.

10. The resume of Srikant Jha was submitted directly by Mr. Jha to me via Linkedin. **Exhibit 3**, which was produced by TCS as TCSLTD000400980, is a true and correct copy of the e-mail that I received from "LinkedIn <jobs-apps@linked.com>" on May 19, 2015, which included Srikant Jha's resume for a Business Relationship Manager, Hi-Tech, IT Services position.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20 day of March, 2017 at Edison, New Jersey.

BRIAN ANDRILLO

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system on March 20, 2017.

Dated: March 20, 2017

/s/Michelle M. La Mar
Michelle M. La Mar