MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
LAURA A. WYTSMA (SBN 189527)
lwytsma@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT,

Plaintiffs,

v.

TATA CONSULTANCY SERVICES, LTD.,

Defendant.

Case No.: 4:15-cv-01696-YGR

Assigned to Hon. Yvonne Gonzalez Rogers

**DECLARATION OF UMESH KUMAR IN SUPPORT OF TATA CONSULTANCY SERVICES, LTD.'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION**

Date: May 16, 2017
Time: 2:00 p.m.
Location: Courtroom 1, 4th Flr., Oakland

Complaint Filed: April 14, 2015

## DECLARATION OF UMESH KUMAR

I, UMESH KUMAR, declare as follows:

1. I am currently employed by Tata Consultancy Services, Ltd. ("TCS") in Edison, New Jersey, as the head of TCS' United States Resource Management Group ("RMG"). I give this declaration in support of TCS' Opposition to the Motion for Class Certification that has been filed in the above-referenced matter. The following facts are of my own personal knowledge, and if called upon to do so, I could and would testify competently to such facts under oath.

2. I have been employed by TCS in various capacities since 1996. I have performed in my current role as Head of RMG since February 2012. My job duties primarily involve overseeing the group that facilitates the placement of existing full-time employees into available positions in the United States. I directly supervise between eight and nine RMG personnel at any one time. Although this declaration focuses on the placement of employees, RMG also works with third party agencies to locate third-party consultants (known as "business associates") for short term assignments on a project basis, or projects requiring an extremely niche skill for which a business associate is the only resource available.

### Corporate Background of TCS

3. TCS provides information technology ("IT") services to customers worldwide. TCS is hired by customers to build or transform their IT systems. Most of this work is performed at the customer's place of business or other customer-designated sites. Sometimes the work is performed offshore in different countries. Whether a customer chooses to retain all of its own staff, to reduce its staff, or to eliminate its staff entirely in connection with a project is the customer's exclusive choice. TCS' involvement with the customer is generally temporary, although the duration of each project varies from months to years. In addition, multiple projects can occur for the same client, thus extending TCS' relationship with the client.

4. TCS provides services to customers throughout the United States at hundreds of different sites. Each site is staffed by TCS personnel, although the level of staffing varies depending upon the particular project. Some sites have very few TCS employees; others have hundreds.

5. Each customer is assigned one or more TCS "Business Managers" who oversee the customer relationship on a day-to-day basis and on a project level. The Business Managers are responsible for determining the staffing needs for the project, and with input from the client, the Business Managers decide which existing employees should be staffed on the customer's project. If it is necessary to hire a new employee, the Business Managers decide who should be hired from the local market. Business Managers are often referred to as Hiring Managers or Program Managers.

6. TCS is authorized under the United States visa program to transfer employees who are based in foreign countries to the United States to work on customer projects. The employees for whom TCS applies for visas possess unique skills, including experience carrying out IT projects in a multi-location, multi-time zone operation in what is called a Globally Networked Delivery Model ("GNDM"). Such methodology of execution ensures availability of high skills at all times and takes advantage of time zone differences between countries such that the work is carried out around the clock.

## The Resource Management Group

7. The Resource Management Group generally manages the placement of existing employees within specified "Verticals" and "Horizontals." "Verticals" are industries or business sectors such as Banking and Financial, Insurance, Healthcare, Manufacturing, Energy and Resources, Life Sciences, Retail, etc. "Horizontals" are Horizontal Solution Units such as IT Infrastructure, Business Process Services, Assurance Services and Enterprise Services. "Horizontals" cut across the "Verticals."

8. To be clear, the RMG team does not hire any new employees into positions at TCS. That function is handled by the Talent Acquisition Group. Existing employees include "locals," "expats" and "visa ready" individuals. "Locals" are those employees

who were originally hired in the United States and do not require a visa to work for clients in the United States. "Locals" infrequently (*i.e.* less than 200 times per calendar year) include existing employees who were hired in the United States but who already possessed an active United States visa. Typically, this situation arises where specific technical and/or domain niche skills are needed such as PEGA, Hadoop or Cognos, by way of example. "Visa ready" employees are existing employees who are located outside the United States and who either hold a valid stamped unexpired visa (*i.e.,* those that have had an assignment in the United States, have returned to their base country and remain eligible to work in the United States) or have an unexercised visa (*i.e.,* those that have a visa but have not yet entered the United States). For avoidance of doubt, TCS generally does not hire any persons who hold United States H-1B or L visas from the market outside of the United States. "Expats" are those existing employees who are working in the United States under an active visa. Generally, "expat" or "visa ready" employees who travel to the United States on an H-1B visa have already worked for TCS for at least two years.

9. "Expats" are nonimmigrants who return to their base country once their assignment or deputation has ended. For example, from April 2011 to the present approximately 39,721 employees from India, and 346 employees from other countries, traveled to the United States under work visas for TCS projects. During the same period, 29,344 employees returned to India, and 209 were returned to other countries.

10. As discussed in my first 30(b)(6) deposition taken on January 27, 2016, the process for placement of TCS' existing employees in assignments in the United States starts with a request from the Business Manager of a particular project for a "Resource." The request for a "Resource" is placed in the Requirement Gathering System ("RGS") by the project's Business Manager or an individual assisting that Business Manager. The requesting Business Manager/requestor must enter the skills required, the experience needed, which may include "core" TCS experience (experience with the TCS GNDM) the role, the location, the start date and responsibilities for each "Requirement" or open assignment entered into the RGS database.

11. The Requirements generated by the Business Manager/requestor in the RGS system are then received by the applicable RMG lead (*e.g.*, the RMG staff member assigned to the customer's Vertical and/or Horizontal), of which there have been approximately 23 between 2011 and the present. The RMG lead then searches for existing employees who match the skillset sought for the "Requirement" at issue. The search is done a variety of ways. As RMG personnel are organized by "Verticals" and "Horizontals," each is charged with having a general understanding of which United States based employees (and their skillsets) are unallocated (*i.e.,* unassigned) within their respective Verticals/Horizontals. RMG personnel also are charged with knowing which existing United States employees (and their skillsets) will become unassigned or unallocated in the near future. Unallocated employee information is also available in the daily "Unallocated Report" for the United States. Essentially, RMG personnel utilize emails, direct contact with unallocated employees, and their general knowledge of which employees are to become available, as well as "Unallocated Reports" to group together available existing employees with the appropriate skill sets for the Business Manager/requestor's review and assignment. RMG personnel also have TCS' "Best Fit" analysis in the RGS system which matches employees' skillsets and competencies to those required for the particular assignment. The more skills, experience and ability to relocate an employee possesses, the easier it is for RMG to reallocate the employee.

12. In assisting with staffing for an assignment, RMG first considers existing employees who meet the skillsets and experience necessary, and who already work for the client or who are already at the specific location. Both unallocated individuals and individuals nearing the conclusion of their existing allocation are considered in this initial process. It is common for one "allocation" or assignment with a client to end and another allocation to become available at the same location or with the same client.

13. If RMG does not find a match with qualified employees in the location at issue, RMG then broadens the search to qualified existing employees within the United States who have the required skills and experience, as well as a willingness to work at the

location in question. Again, the focus remains on locally hired employees at this phase. The RGS entries, emails and job descriptions that are circulated may even reiterate that the requirement is for a "local hire." True and correct emails illustrating this point are attached hereto as **Exhibits 1 and 2**. If RMG is unable to locate a suitable candidate, RMG may then look to "visa ready" employees, who have the required skillset and are able to mobilize to the United States within the timeframe required by the project. "Visa Utilization Reports" are generated every two weeks for the purpose of informing RMG personnel of the availability of "visa ready" individuals. All "visa ready" employees and "expats" have specialized training and knowledge with respect to carrying out IT projects in a multi-location, multi-time zone operation. This is TCS' Global Networked Delivery Model. Such methodology of execution ensures availability of high skills at all times and takes advantage of time zone differences between countries such that the work is carried out around the clock. The applicable qualifications and skills associated with this model have been reviewed by governmental authorities as being in short supply in the United States, and as such, visas have been issued to those existing employees holding such skill sets. If no existing employees match the required skillset, experience, location and timeframe, then RMG, in consultation with the business team, can provide the Requirement to the Talent Acquisition Group for local recruitment of a new hire or third-party contractor/consultant in the United States.

14. The use of existing employees pursuant to visas is also preferred where it may be too costly or impractical to locate, recruit, hire and train new employees. Hiring experienced professionals locally often requires payments to headhunters and other recruitment expenses, and such persons would still require training from TCS. Hiring from campuses requires a significant investment in the training of the new employee, including travel, room and board for extensive training programs in Ohio and India. For these reasons, among others, in many cases it is more efficient and economical to mobilize existing employees rather than hire new ones when the RMG determines that local employees are unavailable for assignment. To be clear, RMG personnel simply gather

existing employees' profiles who possess the needed skill set, are willing to work at the identified location and are available in a timely fashion for the project in question. Each of these factors is dictated by the specific Requirement or assignment at issue as identified by each Business Manager/requestor for each project. The actual decision to place an employee in a Requirement is made by the Business Managers/requestors of each project and (in many cases) with the client's input.

15. I have reviewed the number of Requirements issued through the RGS System between 2011 and 2016, along with the number of Business Managers. In 2011, there were 23,508 requests and 1,576 requestors/managers in 327 locations. In 2012, there were 32,750 requests and 1,751 requestors/managers in 724 locations. In 2013, there were 29, 477 requests and 2,052 requestors/managers in 811 locations. In 2014, there were 38,454 requests and 2,409 requestors/managers in 925 locations. In 2015, there were 43,194 requests and 2,643 requestors/managers in 963 locations. In 2016, there were 40,873 requests 2,694 requestors/managers in 1,062 locations.

16. The Business Manager is free to choose among the existing employees offered by RMG for consideration or to suggest their own selections to RMG. The Business Manager's selection process is governed by the Business Manager's own assessment of the skills needed for the project and the employee's ability to meet those technical skills. A Business Manager may also be influenced by an employee's resume, performance in the interview, and word of mouth regarding the employee's past performance at TCS, as well as the customer's overall impressions of the employee. There are no corporate policies as to which existing employee ultimately is selected for the Requirement. That decision is left to the discretion of the Business Manager and in many instances the client, who may conduct its own interview and screening of TCS employees being considered for the position.

17. RMG maintains a strong policy of non-discrimination in the placement of its existing employees. RMG is governed by the TATA Code of Conduct which requires equal opportunities to be provided to all employees in their placement. TCS' non-

discrimination policy is enforced in conjunction with RMG's activities. Attached hereto as **Exhibit 3** is a true and correct copy of an e-mail incident I believe was in potential violation of the TATA Code of Conduct and RMG's policies. The individual at issue was disciplined as a result.

18. As discussed in my second 30(b)(6) deposition on January 25, 2017, RMG for TCS Global created an RMG Induction Manual for use by RMG personnel worldwide, including my RMG group. The Manual includes basic information about RMG's processes as to the placement of existing employees, as well as pictures and definitions of various reports such as the "Unallocated Report" and "Visa Utilization Report." Section 9 of the Manual explains that the Corporate (*e.g.* companywide) RMG should monitor and assist in placing their existing employees who are of "visa ready" status into the country for which the visa was obtained. For example, if a TCS India based employee is holding a work visa for the United Kingdom, TCS' Indian RMG group (the employee's base branch RMG) should assist in attempting to place that "visa ready" employee in a position in the United Kingdom. Section 9 does not dictate that a "visa ready" employee be placed ahead of an existing United States employee who has equivalent skill sets and competencies, nor is that TCS policy. Rather, the policy simply states that if an existing employee holds a visa to work outside their base country, that employee should be utilized where skills and competencies match the Requirement prior to hiring new individuals.

19. In instances where an existing employee's project ends or they are removed from a project for lack of skill sets, problems with the funding, client issues or even at an employee's request, the employee will become "unallocated." In some instances, an employee will be reallocated immediately. This usually occurs when the funding for an employee's position (as dictated in the statement of work between TCS and the client) is changed, or when an employee's role for the same client is changed. In other situations, an employee may need a longer period of time between the conclusion of the prior allocation and reassignment or "reallocation" to a new project. Where possible, Business Managers

try to release expats/visa holders before local hires. True and correct email exchanges reflecting this are attached hereto as **Exhibit 4 through 8**.

20. When employees become unallocated and are not reassigned immediately, RMG works with the employee to get them reallocated to another position. The process followed by RMG is the same as noted above in paragraphs 10 through 13. Commonly, unallocated employees are referred to as being "benched." Restrictions on location, lower technical skills, and experience dictate how quickly someone will be reallocated or removed from the bench. Unallocated employees are paid their regular salaries and retain all benefits while unallocated. "Unallocated Reports" are circulated daily showing who is unallocated, and for how long.

21. Existing employees who are in the United States on visas and who are not allocated in a reasonable time based on their skillset and experience are asked to return to the country of their home base, typically India. Once at their home base, the RMG group for that country will take over with the reallocation process outside the United States. Such employees are not noted as "separated" in TCS' records because they have simply returned to their home base. Locals who remain on the bench, and whose individual skills, experience and/or location preferences prevent them from being reallocated in a reasonable time, will be proposed for termination by RMG via standard termination templates. These forms highlight the attempts at reallocation for the employee by RMG. Human Resources conducts an independent thorough review of the overall situation, the allocation attempts and then determines if termination is appropriate. Local hires who are terminated based on being "unallocated" are shown as "separated" in TCS' records. "Locals" who are terminated due to unallocation are eligible for rehire and in fact have been rehired when Requirements become available for their skillset.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of March, 2017 at Edison, New Jersey.

UMESH KUMAR

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system on March 20, 2017.

Dated: March 20, 2017

/s/Michelle M. La Mar
Michelle M. La Mar