MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
LAURA A. WYTSMA (SBN 189527)
lwytsma@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>Assigned to Hon. Yvonne Gonzalez Rogers<br><br>**ADMINISTRATIVE MOTION OF DEFENDANT TATA CONSULTANCY SERVICES, LTD. TO FILE UNDER SEAL CERTAIN DOCUMENTS IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>[Declaration of Erin M. Smith attached hereto.]<br><br>Date: May 16, 2017<br>Time: 2:00 p.m.<br>Location: Courtroom 1, 4th Flr., Oakland<br><br>Complaint Filed: April 14, 2015 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

13299559.1
205625-10015

ADMINISTRATIVE MOTION OF TCS TO
FILE DOCUMENTS UNDER SEAL
CASE NO.: 4:15-CV-01696-YGR

## INTRODUCTION

Defendant Tata Consultancy Services, Ltd. ("TCS") respectfully requests an order sealing certain unredacted documents (the "Confidential Documents") which it is filing in connection with its opposition to plaintiffs' motion for class certification. The Confidential Documents contain confidential, proprietary and personal information which is not relevant to, and will not affect the determination of, the motion for class certification.

This motion is made pursuant to Civil Local Rules 7-11 and 79-5. The redacted versions of the Confidential Documents are attached to the declaration of Erin Smith attached hereto ("Smith Decl."). These redactions are also identified in the accompanying proposed order.

## ARGUMENT

A party must assert a "compelling reason" to seal judicial records attached to a motion. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). Invasion of a third party privacy interest demonstrates a compelling reason to seal narrowly redacted information. *See Icon-IP Pty Ltd. v. Specialized Bicycle Components, Inc.*, 2015 U.S. Dist. LEXIS 26519 at *3 (N.D. Cal. Mar. 4, 2015) (noting that "invasion of [a] third party's privacy" constitutes a compelling reason to file an exhibit under seal). Moreover, courts may restrict access to sensitive business information. *Zenith Radio Corp. v. Matsushita Elec. Indus. Corp.*, 529 F.Supp. 866, 890 (E.D. Pa. 1981).

Here, the information in the Confidential Document includes:

- The names of TCS employees;
- The names of TCS clients;[1]
- Email addresses of TCS employees; and
- Personal telephone numbers of TCS employees.

---

[1] Consistent with its prior practice, TCS has not redacted the name of one client, Southern California Edison, as its name appears throughout plaintiffs' complaint.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

13299559.1
205625-10015

1

ADMINISTRATIVE MOTION OF TCS TO
FILE DOCUMENTS UNDER SEAL
CASE NO.: 4:15-CV-01696-YGR

No purpose would be served by disclosing such information to the public, and none of the redacted information is relevant to the determination of plaintiffs' motion for class certification. [*See* Smith Decl., ¶¶ 2-3.] Third parties whose identities have unwittingly become relevant to the pending motions should be afforded the right to remain anonymous. In addition, sensitive business information should not be disclosed to the public, particularly when no purpose would be served by such disclosure. [*Id.*]

## CONCLUSION

For the foregoing reasons, TCS respectfully requests that the Court permit TCS to file certain documents under seal as specified in the proposed order submitted concurrently.

Dated: March 20, 2017

LOEB & LOEB LLP
MICHELLE M. LA MAR
LAURA A. WYTSMA
PATRICK N. DOWNES
ERIN M. SMITH

By: /s/ Erin M. Smith
Erin M. Smith
Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

13299559.1
205625-10015

2

ADMINISTRATIVE MOTION OF TCS TO
FILE DOCUMENTS UNDER SEAL
CASE NO.: 4:15-CV-01696-YGR

# DECLARATION OF ERIN M. SMITH

I, Erin M. Smith, declare as follows:

1. I am a partner with the law firm of Loeb & Loeb, LLP, counsel for defendant Tata Consultancy Services, Ltd. ("TCS"). I have personal knowledge of the following facts and if called as a witness, I would testify to them under oath.

2. On March 20, 2017, TCS is filing certain unredacted documents (the "Confidential Documents") in opposition to plaintiffs' motion for class certification. The Confidential Documents contains, among other information, the name of dozens of TCS employees, and the names of TCS clients. The Confidential Documents also include:

- The names of TCS employees;
- The names of TCS clients;
- Email addresses of TCS employees; and
- Personal telephone numbers of TCS employees.

3. TCS is in a highly competitive business and seeks to protect the names of its clients from unnecessary disclosure, especially when, as here, the information is not relevant to the controversy. This information could cause harm to TCS's business if it were publicly available. Moreover, TCS seeks to protect the confidentiality of the identities of its employees, and contact information related to them, especially when that information is not relevant to a pending controversy.

4. Attached hereto as **Exhibit 1** is a true and correct copy of Exhibit 7 to the Declaration of Jeevak Sharma as redacted by TCS to protect its confidential and proprietary information described above.

5. Attached hereto as **Exhibit 2** is a true and correct copy of Exhibit 8 to the Declaration of Jeevak Sharma as redacted by TCS to protect its confidential and proprietary information described above.

6. Attached hereto as **Exhibit 3** is a true and correct copy of Exhibit 9 to the Declaration of Jeevak Sharma as redacted by TCS to protect its confidential and proprietary information described above.

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

13299559.1
205625-10015

3

ADMINISTRATIVE MOTION OF TCS TO
FILE DOCUMENTS UNDER SEAL
CASE NO.: 4:15-CV-01696-YGR

7. Attached hereto as **Exhibit 4** is a true and correct copy of Exhibit 10 to the Declaration of Jeevak Sharma as redacted by TCS to protect its confidential and proprietary information described above.

8. Attached hereto as **Exhibit 5** is a true and correct copy of Exhibit 11 to the Declaration of Jeevak Sharma as redacted by TCS to protect its confidential and proprietary information described above.

9. Attached hereto as **Exhibit 6** is a true and correct copy of Exhibit 12 to the Declaration of Jeevak Sharma as redacted by TCS to protect its confidential and proprietary information described above.

10. Attached hereto as **Exhibit 7** is a true and correct copy of Exhibit 13 to the Declaration of Jeevak Sharma as redacted by TCS to protect its confidential and proprietary information described above.

11. Attached hereto as **Exhibit 8** is a true and correct copy of Exhibit 14 to the Declaration of Jeevak Sharma as redacted by TCS to protect its confidential and proprietary information described above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 20, 2017, at Los Angeles, California.

                                             /s/ Erin M. Smith
                                             ERIN M. SMITH

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

13299559.1
205625-10015

4

ADMINISTRATIVE MOTION OF TCS TO
FILE DOCUMENTS UNDER SEAL
CASE NO.: 4:15-CV-01696-YGR