# Exhibit 1

**TATA CONSULTANCY SERVICES** 

# PRE OFFER VOLUNTARY INVITATION TO SELF-IDENTIFY

TCS is a government contractor, and is subject to the reporting requirements found in the Vietnam Era Readjustment Assistance Act of 1974, as amended by the Jobs for Veterans Act of 2002, 38 U.S.C. 4212. In connection with TCS' reporting and/or other obligations under its Affirmative Action Plan and/or applicable laws, TCS provides you with this voluntary opportunity to disclose information relating to your ethnicity, gender, and veteran status. Providing this information is voluntary and your refusal to provide it will not subject you to any adverse treatment. The Information you provid will be maintained separate and confidential from your application for employment and will not be used in any manner inconsistent with applicable law.

*Qualified applicants are considered for employment and employees are treated during employment without regard to race, color, religion, sex, national origin, age, marital status, sexual orientation, veteran status, disability or any other classification protected by Federal, State, or Local law.*

| **Last Name:** | **First Name:** | **M.I:** |
|---|---|---|
| | | |

**Gender:**

| ☐ Male | ☐ Female | ☐ I choose not to disclose |
|---|---|---|

**RACE/ETHNIC GROUPS:**

| | |
|---|---|
| ☐ | **Hispanic or Latino** – A person of Cuban, Mexican, Puerto Rican, Central or South American or other Spanish culture or origin, regardless of race. |
| ☐ | **White (Not of Hispanic origin)** – A person having origins in any of the original peoples of Europe, North Africa or the Middle East. |
| ☐ | **Black or African American (Not of Hispanic origin)** – All persons having origins in any of the Black racial groups of Africa. |
| ☐ | **Native Hawaiian or Other Pacific Islander (Not of Hispanic origin)** – A person having origins in any of the peoples of Hawaii, Guam, Samoa, or other Pacific Islands |
| ☐ | **Asian (Not of Hispanic origin)** – A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian Subcontinent, including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam. |
| ☐ | **American Indian or Alaskan Native** – A person having origins in any of the original peoples of North and South America (including Central America) and who maintain cultural identification through tribal affiliation or community recognition. |
| ☐ | **Two or More Races (Not of Hispanic origin)** – All persons who identify with more than one of the above five races |
| ☐ | **I choose not to disclose** |

**VETERAN STATUS:** Please complete if you served in any branch of the U.S. military

| | |
|---|---|
| ☐ | **I am a Protected Veteran** |
| ☐ | **I am NOT a Protected Veteran** |

Form EEO Revised March 5, 2014

Attorneys' Eyes Only                                                                                                                                           TCSLTD000181174