# Exhibit 3

## Equal Opportunity Employment

TCS is an Equal Opportunity Employer and Affirmative Action Employer. All employment decisions including hiring, promotions, wages, selection for training, benefits, and any other terms and conditions of employment are made on a non-discriminatory basis without reference to race, color, gender, age, religion, national origin, sexual orientation, marital or veteran status, ancestry, citizenship, disability, familial status, arrest record or any other characteristic protected by applicable federal, state or local laws. Our management team is dedicated to insuring the fulfilment of this policy with respect to recruitment, hiring, placement, promotion, transfer, training, compensation, benefits, employee activities and general treatment during employment.

TCS will endeavour to make a reasonable accommodation to the known physical or mental limitations of qualified employees with disabilities unless the accommodation would impose an undue hardship on the operation of our business. Any employee with questions or concerns about equal employment opportunities in the workplace is encouraged to bring these issues to the attention of Human Resources.

TCS will not allow any form of retaliation against individuals who raise issues of equal employment opportunity. To ensure our workplace is free of artificial barriers, violation of these policies will lead to discipline, up to and including termination,

The Equal Opportunity policy is available in the Employee Handbook and the EEO report is filed every year. At TCS, we have a workforce which is diverse, with a breadth and depth of capabilities. Acknowledging differences and working towards a common objective is what Diversity and Inclusion is all about. By virtue of being a part of the Tata group, TCS has imbibed the attributes of an equal opportunity provider with a focus on diversity at the workplace. TCS provides equal opportunity to all its employees and all qualified applicants for employment, irrespective of their race, caste, religion, colour, ancestry, marital status, sex, age, nationality, disability and veteran status.

Attorneys' Eyes Only
TCSLTD003476528