# Exhibit 4



# TCS Employee Handbook - USA

April 1, 2013

TCS Confidential  1

CONFIDENTIAL                                    TCS000108



**TATA CONSULTANCY SERVICES**

Experience certainty.   IT Services
Business Solutions
Outsourcing

**IMPORTANT NOTICE CONCERNING THIS EMPLOYEE HANDBOOK**

Company / the Company, as used in this Handbook mean Tata Consultancy Services Limited ("TCS") or an affiliate of TCS employing a covered employee, as applicable. This Employee Handbook (or "Handbook") has been prepared to help you learn more about the Company. The purpose is to provide you with a summary of the policies, procedures and benefit plans that apply, and are currently available, to covered employees, as specified herein. Nothing contained in this Handbook or any other writing, with the exception of a written agreement signed by the President of TCS North America, Europe & UK (or his or her designee) or the Vice President of Human Resources TCS North America, shall constitute a contract of employment or a contract in any other respect.

We suggest that you familiarize yourself with the contents of this handbook and keep it available for reference. The full text of the handbook is also available on the Human Resources Department's page on the Ultimatix – the Company's Intranet. The Company reserves the right to revise, delete or adopt new policies, procedures and/or benefit plans at its sole discretion. If we revise any provisions specified in this Handbook, you may receive notice of such revision through the postings on Ultimatix or otherwise, and this Handbook will be updated. However, we retain the right to revise or modify the policies, procedures or benefits plans described in this handbook without advance notice and at our sole discretion.

Please review the Handbook in its entirety, as one topic may be addressed in more than one section of the Handbook. In addition, where this Handbook refers to specific policies posted in the MyHR Section, or other sections, on Ultimatix, you must refer to Ultimatix for a complete version of the applicable policy. If you have any questions, you should contact your Talent Engagement Partner for more information.

**EMPLOYEE CONTACT INFORMATION**

It is essential that all employees update their contact information in Ultimatix, whenever there is a change in such information. In cases of emergencies, this is the first place HR will look for contacting you. You can update your information by going into Ultimatix ☐ Employee Self Service ☐ HR Management ☐ TCS Employee Self Service ☐ My Profile.

This Employee Handbook, effective from June 18, 2012, supersedes and replaces any and all prior versions of Employee Handbooks.

**CONFIDENTIAL**   **TCS000113**

**TATA CONSULTANCY SERVICES**

Experience certainty.  IT Services
Business Solutions
Outsourcing



on personal matters must be limited and can't disrupt normal business operation or otherwise interfere with Company or client business. Company business must take priority over personal matters. Excessive use of Company time and resources for personal matters may result in disciplinary action up to and including discharge.

### 6.07  Company Policies

#### 6.07.1  Americans with Disabilities Act

Company is committed to comply with all provisions of the Americans with Disabilities Act ("ADA"). We do not discriminate against any qualified applicant or employee with respect to any terms, privileges, or conditions of employment because of a person's physical or mental disability. We make reasonable accommodation wherever possible for employees and applicants with disabilities, provided the individual is otherwise qualified to safely perform the essential duties and assignments connected with the job and provided the accommodation does not constitute undue hardship for Company.

As employees of the Company, through your own comments and actions, you are responsible for ensuring that our equal opportunity policies are effective and apply to everyone. Any employee, including Managers, directors, and officers, involved in discriminatory practices will be reprimanded accordingly, up to and including termination.

#### 6.07.2  Anti-Harassment Policy

Company prohibits any behavior that constitutes harassment based on a person's sex, race, color, sexual orientation, religion, national origin, age, disability, creed, citizenship, genetic information, marital status, veteran status or any other characteristic protected by applicable federal, state or local law. This policy applies to all Company employees, contractors, visitors, or other persons on Company property, or conducting business with Company. For Company employees, violations of the policy may result in disciplinary action, up to and including discharge.

a. Definitions

i. **Harassment:** For purposes of this policy, harassment means any unwelcome verbal, visual or physical conduct, comments, communications or treatment as well as derogatory, abusive, threatening or intimidating behavior of a discriminatory nature about, relating to or because of a person's gender, sexual orientation, race, color, religion, national origin, age, disability, creed, citizenship, genetic information, marital status, veteran status or any other characteristic protected by applicable federal, state or local law that:

- Has the purpose or effect of unduly interfering with an individual's work performance;

TCS Confidential                              39

**CONFIDENTIAL**                                                          **TCS000146**



- Creates an intimidating, hostile, or offensive work environment; or
- Otherwise adversely affects an individual's employment opportunities.

Examples of harassment include, but are not limited to:

- Inappropriate or offensive jokes, humor, or slurs relating to gender, sexual orientation, race, color, religion, genetic information, national origin, age or disability.
- Use of e-mail or other methods of communication to disseminate such jokes or remarks.
- Accessing such offensive material using Company equipment.
- Distribution of such jokes or remarks received from outside the office.

ii. **Sexual Harassment:** The term "sexual harassment" refers to any unwelcome sexual attention, sexual advances, requests for sexual favors, verbal, visual or physical conduct of a sexual nature, or other offensive behavior when:

- Submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment;
- Submission to, or rejection of, such conduct by an individual is used as the basis for employment decisions such as pay, promotion, training, job or assignment;
- The conduct has the purpose or effect of unduly interfering with an individual's work performance;
- The conduct creates an intimidating, hostile or offensive environment; or
- The conduct otherwise adversely affects an individual's employment opportunities.
- Men as well as women may be subjected to sexual harassment.
- Examples of sexual harassment include, but are not limited to:

- Unwelcome comments about a person's appearance.
- Obscene or sexually-suggestive humor or behavior; including ogling or staring.
- Unwanted and unnecessary physical contact.
- Inappropriate use of offensive, sexually-explicit or sexually-suggestive gestures.

CONFIDENTIAL                                            TCS000147



**TATA CONSULTANCY SERVICES**
Experience certainty.   IT Services
Business Solutions
Outsourcing

- Display of sexually-suggestive objects or pictures.
- Unwelcome flirtations or sexual advances.
- Threats of adverse employment actions if sexual favors are not granted.
- Promises of preferential treatment in return for sexual favors.

### b. Complaint Procedure

Company is committed to prompt, diligent and impartial enforcement of this policy. Any person who feels that he or she has been subject to harassment or who has witnessed harassment or is aware of any occurrence, must promptly bring such conduct to the attention of their HR Talent Engagement Partner or any other Manager with whom they feel comfortable. In the event the complainant is uncomfortable discussing such matter with their Talent Engagement Partner or any Manager, or believes that the complaint has not been satisfactorily resolved after it has been brought to the attention of Human Resources or a Manager, the complainant should promptly report the matter to the Vice President or Deputy Head of Human Resources TCS North America, or the President of TCS North America, Europe and UK, or any other senior Executive.

Failure to promptly report incidents of harassment will hinder Company's ability to investigate a complaint of harassment, and will limit Company's ability to stop and/or prevent further harassment. Cooperation in reporting acts of harassment is essential to an effective anti-harassment policy.

### c. Investigative Procedure

Company will investigate all allegations of harassment promptly and thoroughly. Individuals submitting a complaint are asked to provide as much information about the harassment as possible. While complete confidentiality cannot be promised, the investigation will be conducted with due regard for the personal dignity and privacy of all parties involved consistent with a complete, appropriate and thorough investigation.

In all cases, the person who made the complaint will be advised of the outcome of the investigation.

### d. Disciplinary Procedure

If it is determined, after thorough investigation, that the person charged has violated this policy, such person will be subject to appropriate disciplinary action and/or corrective measures, up to and including termination of employment, commensurate with the seriousness of the particular offense or other relevant circumstances.

TCS Confidential                   41

**TATA CONSULTANCY SERVICES** 

Experience certainty.   IT Services
Business Solutions
Outsourcing

If the employee who reported the harassment to Company is dissatisfied with the investigation results, he/she may write a formal letter to the President of TCS North America, Europe and UK. In addition, each state has an organization which enforces federal, state and local human rights laws where formal complaints may be filed against the Company.

For California Employees: Please be advised Sexual harassment is prohibited both by Company policy and state and federal law. An employee who alleges sexual harassment and who is dissatisfied with the Company's response to the complaint may file a complaint of discrimination with the California Department of Fair Employment and Housing (DFEH), which can be reached in Los Angeles at (213) 897-1997. Legal remedies through the DFEH may include monetary damages.

e. Retaliation

Retaliation in any form against someone because they make a complaint under this policy or against any individual because they provide information related to such complaints is strictly prohibited, and will in itself constitute cause for appropriate disciplinary action, up to and including termination of employment.

Persons accused of harassment, as well as Supervisors and management employees will be warned that any form of retaliation taken against an individual because they submitted a complaint or because they participated in the investigation of a complaint will be grounds for disciplinary action, up to and including termination of employment.

*Note:* *For the global policy on Anti-Harassment please refer to current Anti-Harassment policy in MyHR Section in Ultimatix (Ultimatix ☐ Knowmax ☐ MyHR). Also see Tata Code of Conduct.*

6.08   Business Ethics

It is expected that all employees will maintain the highest ethical standards in the conduct of Company's affairs. The intent of this policy is to ensure that each employee approaches every business interaction with integrity, and in a manner that excludes considerations of personal advantage or gain, while in compliance with all applicable laws and the TATA Code of Conduct.

All employees are responsible for following this policy and conducting business in accordance with this policy. Managers are responsible for enforcing this policy with their respective employees.

A strict standard is expected with respect to gifts, services, discounts, entertainment or considerations or any kind. This policy is divided into the following four categories:

- Gifts, favors, entertainment and payments given by employees

**CONFIDENTIAL**                                    **TCS000149**