# Exhibit 5

<u>Original Grievance Management Portal Search Terms</u>
May 2016

- Discrim!
- Rac!
- "National origin"
- India!
- Asia!
- Country
- Foreign
- Abroad
- Onshore
- Offshore
- Visa
- Citizen!
- White
- Cultur!
- Prefer!
- Diversity
- "Affirmative action"
- Replace!
- America!
- Hindi

## Additional Grievance Management Portal Search Terms

- Onboard or "on board"
- Candidate
- Applicant
- Resource
- Unfair!
- Release!
- Retaliat!
- Whistleblow!
- Bias!
- Favor!
- Retaliat!
- Exclud!
- Bench
- Train!
- Assign!
- H-1B
- H1

"!" is a root expander and terms in quotes should be searched as a phrase.