# Exhibit 6

**From:**     Ambika G <ambika.g@tcs.com>
**Sent:**     December 12, 2012 2:39 AM
**To:**       Jeevak Sharma
**Subject:**  Re: Local hire releases

For now he is proposed to one account but not sure if he will get confirmed,
We can look at it next week.

-----Jeevak Sharma/DEL/TCS wrote: -----

======================
To: Ambika G/AMER/TCS@TCS
From: Jeevak Sharma/DEL/TCS
Date: 12/11/2012 08:23PM
cc: Umesh Kumar/AMER/TCS@TCS
Subject: Re: Local hire releases
======================

Hi Ambika

As per my last conversation with you , RMG was to still look for an opportunity. Not sure what's the current position.

RMG Lead Employee Number Employee Name HR name Remarks Number Of Days Unallocated Person Type Parent IOU Name Opportunities pursued (Y/N) Last Customer Explore New Oppourtunity
Ambika 711164 Heldt, Mr. Steven (Steven) Jeevak Sharma Termination Initiated from RMG side 58 Employee IS-Healthcare1-Parent Y KAISER FOUNDATION HOSPITALS N

Regards
Jeevak Sharma
Human Resources
Tata Consultancy Services
5201 Great America Parkway, Suite 522
Santa Clara - 95054,California
United States
Ph:- +14084547165
Cell:- +17324917019
Mailto: jeevak.sharma@tcs.com
Website: http://www.tcs.com
_____
Experience certainty. IT Services
   Business Solutions
   Outsourcing
_____


From: Umesh Kumar/AMER/TCS
To: Wilson A/AMER/TCS@TCS
Cc: S Narasimhan/VP/CHN/TCS@TCS, Ambika G/AMER/TCS@TCS, Aparna Ramprasad/MUM/TCS@TCS, Hannah Shobitha/CHN/TCS@TCS, Rasagjna P/AMER/TCS@TCS, Samarjeet Kumar/AMER/TCS@TCS, Sandipkumar Dutta/KOL/TCS@TCS, NA HR TALENT ENGAGEMENT Grp
Date: 12/01/2012 01:45 PM

Attorneys' Eyes Only

Subject: Local hire releases

Dear Wilson,

Post discussion along with the Regional HR Managers last week currently there are ~ 88 local hire which are been released from the project/ unallocated for long with various reason e.g released from account, location constraint, attitude issues, not reachable etc.

This list was reviewed in detail with in RMG group,  while RMG has started to find new opportunity for the below 37 of the associates,

suggest that the HR Manager should

1/ Issue a warning letter to all the performance and behavior cases
2/ Request an immediate attention/action to close all the 51 cases


the detailed summary of all the 88 cases is attached for reference.

[attachment "Local Releases Nov 2012.xlsx" deleted by Jeevak Sharma/DEL/TCS]
Thanks & Regards,
Umesh Kumar
Tata Consultancy Services
379 Thornall Street - 4th Floor
Edison - 08837,New Jersey
United States
Cell:- 732 491 7100
Mailto: umesh.kumar@tcs.com
Website: http://www.tcs.com
_____
Experience certainty. IT Services
    Business Solutions
    Outsourcing
_____

Attorneys' Eyes Only
TCSLTD003412077