# Exhibit 7 - REDACTED
Versions of Document Sought to be Sealed

## TCS Involuntary Termination Form

Today's Date: April 10, 2013

Employee Name: Christopher J Slaight

Employee#: 708444

Job Title: Systems Engineer                                             Location: New Jersey

Department/Project: CC                                                  Salary: $

Date of Hire: July 9, 2012

Targeted Termination Date: April 18, 2013

Reason for Termination:

☐ INVOLUNTARY – Poor Performance                ☐ VOLUNTARY Resignation
☐ INVOLUNTARY – Position Moved Offshore & No Other Suitable Position Found
☐ **INVOLUNTARY – Position Eliminated Altogether & No Other Suitable Position Found**
☐ INVOLUNTARY – Policy Violation, "For Cause"

Termination Summary[1]:

- Christopher was released from ▉▉▉▉▉▉ account, on account of non-performance and behavioral issues.

- RMG tried proposing Christopher for the following accounts:

  ▉▉▉▉▉▉ – Not found suitable
  ▉▉▉ - Refused to relocate.

- All possible options at this point in time have been explored, and since nothing had materialized so far, recommending for termination with immediate effect.

- Christopher has been unallocated for 10 days.

---

[1] The Termination Summary should be a chronological detailed statement of the facts leading to the decision to terminate. If there are emails or other correspondence evidencing these facts, they should accompany this document as exhibits.

PLEASE SEND THIS COMPLETED FORM TO: Ashok Seetharaman (Ashok.seetharaman@tcs.com) and Gregory Bennett (Gregory.bennett@tcs.com) with a copy to: Mary Forest (mary.forest@tcs.com). Once this is reviewed and approved by Ashok Seetharaman and Gregory Bennett, the final approval needs to be sought from S Narasimhan.

TCS. NAHR V. 2013 1.9.13                                                1

Attorneys' Eyes Only                                                     TCS029653

## TCS Involuntary Termination Form

Current Supervisor: Ambika G

Previous Supervisor: ▓▓▓▓▓

Last Performance Review Date: 31 March 2012        Current Rating (FY12): D

Performance Ratings (Previous 2 years):  Rating (FY11): NA  Rating (FY10): NA

Last Disciplinary Action (Reason): [2]

Type of Action: ☐Verbal, ☐Letter, ☐PIP    Date of Action: (From) _____ (To) _____

---

Last Leave (Reason): None

Type: ☐STD  ☐LTD  ☐WkCmp  ☐FMLA  ☐Unpaid  ☐Other _____

Leave Dates: (From)

---

Name of person(s) having the Termination discussion with the employee:

---

**Current Mailing Address:**
Street: _____
State: _____   Zip: _____

---

[2]

PLEASE SEND THIS COMPLETED FORM  TO: Ashok Seetharaman (Ashok.seetharaman@tcs.com) and Gregory Bennett (Gregory.bennett@tcs.com) with a copy to: Mary Forest (mary.forest@tcs.com) . Once this is reviewed and approved by Ashok Seetharaman and Gregory Bennett, the final approval needs to be sought from S Narasimhan.
TCS. NAHR V. 2013 1.9.13                                                                                                                2

Attorneys' Eyes Only                                                                                                        TCS029654

## TCS Involuntary Termination Form

| What Business Equipment does the Employee have? No |
|---|
| Laptop + power cord |
| Wireless Card |
| Cellular Telephone |
| Blackberry |
| **Additional corporate assets - No** |
| American Express Corporate Card |
| Corporate Calling Card |
|  |
|  |
| **Miscellaneous assets:** No |
| Software: _____, _____, _____, _____ |
| Teleconference bridge number |
| **Date Terminated: (To be completed by WEG)** |

PLEASE SEND THIS COMPLETED FORM TO: Ashok Seetharaman (Ashok.seetharaman@tcs.com) and Gregory Bennett (Gregory.bennett@tcs.com) with a copy to: Mary Forest (mary.forest@tcs.com). Once this is reviewed and approved by Ashok Seetharaman and Gregory Bennett, the final approval needs to be sought from S Narasimhan.

TCS. NAHR V. 2013 1.9.13                                                                                                                   3

Attorneys' Eyes Only                                                                                                           TCS029655



TCS029656



Attorneys' Eyes Only

TCS029657