# Exhibit 11 - REDACTED
Versions of Document Sought to be Sealed

# TCS Termination Form

All of the below must be completed, in full, prior to submission of this termination request.

---

Today's Date: **06/15/2016**

Employee Name: **Amir Masoudi**                              Employee#: **923819**

Job Title: **Developer**                                              Location: **Sunnyvale, CA**

Department/Project: ▓▓▓                                           Salary: **66940 USD**

Date of Hire: **9/2/2014**                                        Targeted Termination Date: **Immediate**

                                                                              Effective Termination Date: **Immediate**

Reason for Termination:

❑ INVOLUNTARY – Poor Performance                     ❑ VOLUNTARY Resignation because of
❑ INVOLUNTARY – Unallocated                                    Job Abandonment
❑ INVOLUNTARY – Policy/Cause Violation

---

I.   **Type of Termination.**  Complete the following sections, as applicable.

*Poor Performance*

- Explain the areas of deficient performance (e.g., lack of adequate technical skills, errors that resulted in customer escalation, etc.).
- Customer escalated on employee due to lack of professionalism shown by him. In midst of critical project he was out-of-office without informing. He was not involved in his work as expected by the client, not keen in taking additional responsibilities and was also not a team player.

- Customer requested for release on 03/03/2016. Refer attached "client email on release" (▓▓▓▓ ▓▓▓ in the email is the client).

- Was the employee counseled regarding the deficiencies? If so, provide details (e.g., date when first occurred, face-to-face, email, etc.).
- Yes employee was counselled about his deficiencies by his manager. His performance issue was first raised on 02/17/2016 and his manager provided him feedback the same day over a call and email. He had a face-to-face meeting with him on 02/19/2016 wherein he was counselled on each issues raised by the customer.

- Are there emails or other documents that demonstrate or refer to the deficiencies? If so, attach all such documents and ensure they are archived.

---

PLEASE SEND THIS COMPLETED FORM TO: Ashok Seetharaman and Rebecca Hirschklau with a copy to: Jeevak Sharma and Dana Dagosta and your HR Talent Engagement Manager.

TCS. NAHR V. 2013 12.19.13                                                                                                                 1

# TCS Termination Form

- Refer attached document "feedback sessions with TCS manager" which has details on his deficiencies.

- Have other employees on the same project exhibited similar deficiencies? If so, how are those employees distinguishable?

- No, other employees on the same project have not exhibited similar deficiencies.

- Provide copies of all performance evaluations, rankings and band disagreements (if any).

| Employee Number | Employee Name | FY 16 Band | FY 15 Band | FY 14 Bands |
|---|---|---|---|---|
| 923819 | Amir Masoudi | C | NA | Not eligible |

No band disagreement raised.

*Policy/Cause Violation*

- Is it a TCS or customer policy?

- Identify the policy and whether it is written or oral.

- Did the employee receive notice of the policy? If so, how and when?

- What was the consequence of the policy violation (e.g., a security breach, disclosure of confidential customer data, etc.)?

- Has the employee violated any TCS or customer policies previously?

- How have violations of this policy been treated in the past (e.g., written warning, termination, etc.)? If not termination, explain rationale for departure.

- Is there any question that the violation occurred? Is it documented or did the employee acknowledge or contest it?

*Unallocated*

- Please describe the reason the employee was de-allocated and the effective date for same. If due to removal from a project for performance reasons, complete the above section.
- Employee was released due to performance issue on 31th March 2016.
- He is in bench since 70+ days.

- If the project ended or the customer reduced on-site resources, was this employee the only one de-allocated? If there is an email, SOW or Change Request evidencing the reason for the de-allocation, please provide the email or the details regarding the SOW/Change Request.

- Not Applicable

PLEASE SEND THIS COMPLETED FORM TO: Ashok Seetharaman and Rebecca Hirschklau with a copy to: Jeevak Sharma and Dana Dagosta and your HR Talent Engagement Manager.

# TCS Termination Form

- Was the employee notified of TCS' "bench" policy when released to RMG?

- Yes employee was notified of TCS' "bench" policy when released to RMG in a face to face meeting. Refer attached document "HR discussion on release".

- Has RMG made efforts to locate a new project for the employee? If not, why?

- Yes, RMG had made efforts to locate a new project for the employee and proposed him to 6 projects. Refer attached -RMG term memo and RMG reference doc.

- Is there a location constraint, and if so, does an email exist confirming it (where applicable, attach the email)?

- Yes, he has location constraints and wants project only in Northern California due to medical reasons and family situation. Refer attached -RMG reference doc.

*Job Abandonment*

- Was this employee actively on a project or unallocated?

- If the employee gave HR or a supervisor a reason for not being at work, please explain.

- List all efforts to communicate with the employee, including dates and method of communication (and attach any applicable emails).

II. **Miscellaneous.** To be completed for all types of terminations.

- According to the employee's manager/supervisor, has the employee sought any information regarding a reasonable accommodation under the ADA? If they have received an accommodation, has the employee complained that it is not effective?
- No, employee did mention medical issues while discussing location constraint with HR but never asked for any accommodation and explicitly told that he would not like to discuss on his medical /family issues any further.

- Has the employee complained, verbally or in writing, of any discrimination, harassment or wage issues, or filed any other grievances? If so, indicate the date.

- Employee did mention discrimination to his manager when he was informed about his performance issue.
- However when HR reached out to him for face-to-face meeting to discuss this, he stated that he would not like to discuss anything with HR and walked off the meeting stating that he is not in a mood to talk.
- Later he agreed to meet HR and stated that he would not like to call any of the issues as discrimination. He agreed to share few issues as a feedback to the project leadership team and clarified once again to not take this as a complaint against anyone. He stated that his team was made of employees from different companies (different vendors for the Client) and he felt that due to this there was an unhealthy competition between them. He also stated that he felt that his team lacked to work in a diverse environment and all these led to his performance issue.

PLEASE SEND THIS COMPLETED FORM TO: Ashok Seetharaman and Rebecca Hirschklau with a copy to: Jeevak Sharma and Dana Dagosta and your HR Talent Engagement Manager.

# TCS Termination Form

- Amir highlighted that employees of other companies who are also vendors like us to ▮▮▮▮ asked him few questions which were personal and he felt that as they are not aware of the US culture and how to work in a diverse team. Keeping this in mind, I spoke to the project team if a cultural training educating teams on do's and dont's (acceptable and non-acceptable) to different culture especially to expats can be conducted along with team bonding activities. As the employees were not from TCS and Amir's team was made of different companies working together , this was suggested to ▮▮▮▮ Client  which can help team to bond better and also remove such cultural barriers.
- Refer attached emails on release approval and HR discussion during release.

  - To your or the supervisor's knowledge, is the employee closely connected with anyone who has complained of discrimination (e.g., spouse, brother, etc.)?
  - No

---

Current Supervisor: ▮▮▮▮▮▮▮▮▮▮▮▮▮ / 166831 (April 2016 till date)         Previous Supervisor: ▮▮▮▮▮▮▮▮▮▮ / (Nov 2015 to March 2016)

Last Performance Review Date: FY16    Most Recent Rank:  C

Performance Rank (Previous 2 years):  Rank: FY15 N/A   Rank: FY14 Not Eligible

Last Disciplinary Action (Reason):  Briefly explain the circumstances.  Not Applicable

Type of Action: ❑Verbal, ❑Letter, ❑PIP     Date of Action: (From) _____ (To) _____

---

# TCS Termination Form

**Last Leave (Reason):** Sick Leave



Type: ☐STD   ☐LTD   ☐WkCmp   ☐FMLA   ☐Unpaid   ☐Other _____

Leave Dates: (From) _____ (To): _____

| Name of person(s) having the Termination discussion with the employee: ▓▓▓▓▓▓▓▓▓▓ ( HR), ▓▓▓▓▓▓▓▓▓▓ (RMG) and ▓▓▓▓▓▓▓▓▓▓ (RMG) |
|---|

**Remember: Collect all TCS and/or client assets from the employee at termination.**

On Mar 21, 2016, at 3:00 PM, [Redacted] wrote:

Hello [Redacted]

We have got an email from Amir, asking about his extension and update on last working day.

We were hoping that it has been communicated to him from your end.

Could you please make sure that he is updated and aware that FY16 Q2 end ( 03/25/2016) is his last day at SAP Performance Team.

Thanks and Regards,
[Redacted]

---

From: [Redacted]
Subject: Regarding Amir
Date: March 3, 2016 at 1:28 PM
To: [Redacted]
Cc:

Hi [Redacted]

As discussed with you, we do not want to continue with Amir as a part of SAP Performance Team.

Please communicate to him, so he could lookout for other opportunities.

FY16 Q2 end ( March 25 2016) will be the last day for him.

Do let me know if you have any questions.

Thanks and Regards,
[Redacted]

From:     Redacted
To:     Sharma Pankhuri/TMP/TCS@TCS
Cc:     Redacted
Date:     03/23/2016 04:43 PM
Subject:     Re: Mail communication with Amir

Hi Pankhuri,

I joined this account in last week of Nov.

Amirs performance issue was brought to notice only on Feb 17th.
I had a counselling session with Amir on 02/19 and met him again a week later to check his progress.

He mentioned he was putting his best efforts and staying late to complete his project.

However within next week client let us know they are letting him off.


Thanks & Regards
Redacted
Program Manager
Tata Consultancy Services Limited
Cell:- Redacted
Mailto: Redacted
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____


-----Sharma Pankhuri/TMP/TCS wrote: -----
To: Redacted
From: Sharma Pankhuri/TMP/TCS
Date: 03/23/2016 04:20PM
Cc: Redacted
Subject: Re: Mail communication with Amir

Hi Subodh,

What is the timeline between which you guided him on the below. Dates/months and how many time did you have such counselling session with him?
- Best Practices
- Professionalism
- Involvement in work
- Additional Responsibility
- Updating skills & Knowledge regularly .
- Team work

Case 4:15-cv-01696-YGR   Document 143-12   Filed 03/21/17   Page 9 of 18

Warmly,
Pankhuri Sharma
------------------------------------------------------------------------------
HR Talent Engagement Partner
5201 Great America Parkway, Suite 522, Santa Clara 95054, United States
Call: [Redacted] | Mailto: sharma.pankhuri@tcs.com
------------------------------------------------------------------------------

| | |
|---|---|
| From: | [Redacted] |
| To: | Sharma Pankhuri/TMP/TCS@TCS |
| Cc: | [Redacted] |
| Date: | 03/23/2016 12:50 PM |
| Subject: | Mail communication with Amir |

Hi Pankhuri,
Please find mail communication below. Amir promised to try and work hard after this meeting However client did not extend his contract beyond 26th March.

Also find attached mail communication from Client on Amir's Release.

Thanks & Regards
[Redacted]
Program Manager
Tata Consultancy Services Limited
Cell:- [Redacted]
Mailto: [Redacted]
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____

-----Forwarded by [Redacted] on 03/23/2016 12:44PM -----
To: "Amir" <amasoudi@ [Redacted]
From: [Redacted]
Date: 02/19/2016 11:54AM
Cc: Amir Masoudi/AMER/TCS@TCS, [Redacted]
Subject: Re: Customer Escalation

Hi Amir,
We discussed on
- Customer escalation on lack of prfessionalism
- Expectation going ahead in terms of protocol
- Expectation from client in case of meeting and Knowledge Transfer.
- Client mentioned clearly we have invested on Amir typically we take experienced resources hence it is more important for you to step up.

I also guided you on
- Best Practices
- Professionalism
- Involvement in work
- Additional Responsibility
- Updating skills & Knowledge regularly.

- Team work

Next few months would be critical and you promised me to give your best.

Please ensure that this behaviour or any other customer escalation is not repeated in future.

Thanks & Regards
**Redacted**
Tata Consultancy Services Limited
Cell:- **Redacted**
Mailto: **Redacted**
Website: http://www.tcs.com

_____
Experience certainty. IT Services
Business Solutions
Consulting
_____

----- **Redacted** wrote: -----
To: "Amir" <amasoudi@ **Redacted** Amir Masoudi/AMER/TCS@TCS
From: **Redacted**
Date: 02/17/2016 08:32AM
Cc: **Redacted**
Subject: Customer Escalation

Hi Amir,
We have a Customer escalation towards lack of professionalism shown by you .
In midst of Critical project you were Out of Office without informing and following the right protocol.

Please make yourself available would like to discuss with you in detail today .

Thanks & Regards
**Redacted**
Tata Consultancy Services Limited
Cell:- **Redacted**
Mailto: **Redacted**
Website: http://www.tcs.com

_____
Experience certainty. IT Services
Business Solutions
Consulting

----- Forwarded by Sharma Pankhuri/TMP/TCS on 06/10/2016 01:09 PM -----

| | |
|---|---|
| From: | Sharma Pankhuri/TMP/TCS |
| To: | [Redacted] Hannah Shobitha/CHN/TCS@TCS |
| Date: | 03/28/2016 07:38 PM |
| Subject: | Fw: [Redacted] Releases(CRM & SAP Perf Testing) |

Hi [Redacted]

I had a detailed chat with Amir about his issues.

He said that he would not like to call any of his issues as discrimination but requested if a diversity training can be provided to all the TCS expats associates. He also mentioned about the unhealthy competition between various vendors ( like TCS, Wipro etc) which was an hindrance for him to perform at [Redacted]

Also for the vendor issue, I will give you a call to understand your perspective and If anything can be done from our side to make our employee not feel the same.

Hi Hannah,

I have reviewed this case and approve the release. Please take it forward.

Thanks,
Pankhuri

Sharma Pankhuri---03/23/2016 04:26:05 PM---Hi [Redacted] I have some follow up questions on your other email. Please revert on that

From: Sharma Pankhuri/TMP/TCS
To: [Redacted]
Cc: Hannah Shobitha/CHN/TCS@TCS, [Redacted]
Date: 03/23/2016 04:26 PM
Subject: Re: Fw: Re: Fw: Re: [Redacted] Releases(CRM & SAP Perf Testing)

Hi [Redacted]

I have some follow up questions on your other email. Please revert on that

Also I will like to conduct an investigation before the release as Amir had raised discrimination issue before.

I will be at [Redacted] on Friday 10am to 4pm. I would like to meet Amir and you separately and if anyone else is required for the same (based on what Amir has to say).

Post this I will review and approve release accordingly.

Warmly,
Pankhuri Sharma
------------------------------------------------------------------------------------------------------
HR Talent Engagement Partner
5201 Great America Parkway, Suite 522, Santa Clara 95054, United States
Call: 408-387-7801 | Mailto: sharma.pankhuri@tcs.com

---

**Redacted** ---03/23/2016 04:14:33 PM---Hi Pankhuri, PFA local project Release form reviewed by Redacted

From: **Redacted**
To: Sharma Pankhuri/TMP/TCS@TCS, Hannah Shobitha/CHN/TCS@TCS
Cc: **Redacted**
Date: 03/23/2016 04:14 PM
Subject: Fw: Re: Fw: Re: Redacted Releases(CRM & SAP Perf Testing)


Hi Pankhuri,
PFA local project Release form reviewed by Redacted

I have sent a separate mail which includes Point 2,3,4 earlier.

5. Associate did mention that he felt he was being discriminated but i had to explain him calmly that is not the case.

6. We have informed him the Reason for Release.

7. Amir's contact:
**Redacted**


Thanks & Regards
**Redacted**
Program Manager
Tata Consultancy Services Limited
Cell:- **Redacted**
Mailto: **Redacted**
Website: http://www.tcs.com
Thanks & Regards
**Redacted**
Program Manager
Tata Consultancy Services Limited
Cell:- **Redacted**
Mailto: **Redacted**
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____


-----Forwarded by **Redacted** on 03/23/2016 04:10PM -----
To: **Redacted**
From: **Redacted**
Date: 03/22/2016 11:33AM
Subject: Re: Fw: Re: Redacted Releases(CRM & SAP Perf Testing)

*(See attached file: local project release (1).xlsx)*

Hi [Redacted]

Please review Local project Release & fill in your comments.

Also do you want to mention it as Performance or Budget cut?

Thanks & Regards
[Redacted]
Program Manager
Tata Consultancy Services Limited
Cell:- [Redacted]
Mailto: [Redacted]
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____


-----Sharma Pankhuri/TMP/TCS wrote: -----
To: [Redacted] Hannah Shobitha/CHN/TCS@TCS
From: Sharma Pankhuri/TMP/TCS
Date: 03/21/2016 04:42PM
Cc: [Redacted]
Subject: Re: Fw: Re: [Redacted] Releases(CRM & SAP Perf Testing)

Hi [Redacted]

[Redacted] release will not need my approval as she is a BA.

(See attached file: local project release.xlsx)

For Amir's release


1. Complete the Project Feedback Form attached.
2. Share the client email/ SOW/ Change Request supporting this associate
3. If performance, please share all related emails supporting dialogue with associate about his performance.
4. Share dates and feedback given by TCS Management to the associate.
5. Has there been any mentioned by the associate of discrimination of origin, race, gender, age, or disability?
6. TCS Manager is expected to inform the associate the reason of his/her release. Please confirm.
7. Please share the associate's recent contact number.

+ Hannah

Warmly,
Pankhuri Sharma
------------------------------------------------------------------------------------------
HR Talent Engagement Partner
5201 Great America Parkway, Suite 522, Santa Clara 95054, United States
Call: 408-387-7801 | Mailto: sharma.pankhuri@tcs.com
------------------------------------------------------------------------------------------

[Redacted] ---03/21/2016 03:44:06 PM---Hi Pankhuri, We would be Releasing following Resources from [Redacted] project .

From: [Redacted]
To: Sharma Pankhuri/TMP/TCS@TCS
Cc: [Redacted]
Date: 03/21/2016 03:44 PM
Subject: Fw: Re: [Redacted] Releases(CRM & SAP Perf Testing)

Hi Pankhuri,
We would be Releasing following Resources from [Redacted] project .

[Redacted] (BA)
Amir M : EMP ID:923819(Local Hire)

Their last day would be March 25 2016.

Thanks & Regards
[Redacted]
Program Manager
Tata Consultancy Services Limited
Cell:- [Redacted]
Mailto: [Redacted]
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____

-----Forwarded by [Redacted] on 03/21/2016 03:40PM -----

[Redacted] ---03/10/2016 05:01:43 PM---Hi Sunetra, Please find Emp id/BA id

From: [Redacted]
To: Sunetra Dasgupta/MUM/TCS@TCS
Cc: Sivakumar Sg/CHN/TCS@TCS, B Ganesan/CHN/TCS@TCS, [Redacted]
Date: 03/10/2016 05:01 PM
Subject: Re: [Redacted] Releases(CRM & SAP Perf Testing)

Hi Sunetra,

Please find Emp id/BA id
[Redacted] :1047428

Amir M : EMP ID:923819

Thanks & Regards
Redacted
Tata Consultancy Services Limited
Cell:- Redacted
Mailto: Redacted
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____

-----Sunetra Dasgupta/MUM/TCS wrote: -----
To: Sivakumar Sg/CHN/TCS@TCS
From: Sunetra Dasgupta/MUM/TCS
Date: 03/09/2016 07:12PM
Cc: Redacted   B Ganesan/CHN/TCS@TCS, Redacted
Redacted
Subject: Re: Redacted Releases(CRM & SAP Perf Testing)

Can i get their Emp ID / BA id pls?

Thanks & Regards
Sunetra Dasgupta
RMG EntSol
Tata Consultancy Services
379 Thornall Street - 4th Floor,
Edison, New Jersey - 08837
United States
Ph:- 7326 493700
Cell: Redacted
Mailto: sunetra.dasgupta@tcs.com
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____

Sivakumar Sg---03/09/2016 10:01:37 PM---Hi Redacted Copying Sunetra Entsol RMG at onsite...

From: Sivakumar Sg/CHN/TCS
To: Redacted
Cc: B Ganesan/CHN/TCS@TCS, Prachi Verma/AMER/TCS@TCS

Date: 03/09/2016 10:01 PM
Subject: Re: [Redacted] Releases(CRM & SAP Perf Testing)

Hi [Redacted],

Copying Sunetra Entsol RMG at onsite...

@ Sunetra,

Please see if we can deploy these ( one BA + one local TCS employee) associates in other projects at onsite.

Thanks & Regards
Siva


[Redacted] ---03/09/2016 09:04:12 PM---Hi Ganesan, Due to budget cuts we have two more Release in CRM & SAP Perf Testing.

From: [Redacted]
To: B Ganesan/CHN/TCS@TCS
Cc: Sivakumar Sg/CHN/TCS@TCS, [Redacted]
Date: 03/09/2016 09:04 PM
Subject: [Redacted] Releases(CRM & SAP Perf Testing)


Hi Ganesan,
Due to budget cuts we have two more Release in CRM & SAP Perf Testing.
    1. [Redacted] CRM consultant is very good she was well appreciated by customer and was the last contractor to be Released .Client has informed if there are any new projects she will be the first choice among vendors.Please let us know if there is requirement within TCS at Onsite.
    2. Amir M:Amir is a Local hire from College.He has 2 years of experience out of which 1 year has been in [Redacted].
Please let us know if there is requirement within TCS at Onsite.Last date at [Redacted] would be 26th March.

Note: [Redacted] is a BA and we were in process of hiring her in TCS
Thanks & Regards
[Redacted]
Tata Consultancy Services Limited
Cell:- [Redacted]
Mailto: [Redacted]
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____

[attachment "local project release.xlsx" removed by **Redacted**] *(See attached file: local project release (1).xlsx)*

[attachment "local project release (1).xlsx" removed by **Redacted**]

**RMG RELEASE TEMPLATE TO HR FOR TERMINATION**

| Details of the Associate being released | | | |
|---|---|---|---|
| Name | Amir Masoudi | Emp# | 923819 |
| Current Role | SAP Perf Testing | Job Title | Developer |
| Date of Joining the Project | 1-Mar-15 | Location | Sunnyvle |
| Account Name | Apple | IOU | Entsol 1.1 |
| Supervisor ( Name/ Emp No.) | ▇▇▇▇▇▇ 124064 | Contact No. | ▇▇▇▇▇▇ |
| Was the Associate recruited for the account | No was recruited as ILP and worked in | Skill Set | SAP ABAP,Java Web applications |
| Date of Request to HR | 21-Mar-16 | Tentative date of release | 31-Mar-16 |
| HP SPOC | Pankhuri Sharma | RMG SPOC | Sunethra Dasgupta |

| | |
|---|---|
| Date of receiving the intimation for finding a next assignment for the associate ( along with the details). | 30-Apr-16 |
| Location preferance as requested by the employee | West Coast |

| Projects Proposed ( Name/ IOU) | Location | Reason for Rejection | Date Of Rejection |
|---|---|---|---|
| ▇▇▇▇ | As Preferred | Not found suitable | 31-Mar-16 |
| ▇▇▇▇ | As Preferred | Not found suitable | 7-Apr-16 |
| ▇▇▇▇ | As Preferred | Not found suitable | 25-Apr-16 |
| ▇▇▇▇ | As Preferred | Not found suitable | 2-May-16 |
| ▇▇▇▇ | As Preferred | Not found suitable | 8-Apr-16 |
| ASU | As Preferred | No requirement | 29-Mar-16 |
| BFS | As Preferred | No requirement | 22-Jun-16 |
| INS/HC/ASU | As Preferred | No requirement | 22-Jun-16 |
| IT IS | As Preferred | No requirement | 22-Jun-16 |
| EIS & GE | As Preferred | No requirement | 22-Jun-16 |
| Retail & TTH | As Preferred | No requirement | 21-Jun-16 |
| DESS - Technology BU - Hi-Tech - CMI - Utilities | As Preferred | No requirement | 22-Jun-16 |

| | | |
|---|---|---|
| Can the associate be reskills and deployed for existing open requirements? | No - Please specify the reason | No suitable requirements for training |
| Last date of allocation in the system | 31-Mar-16 | |
| Number of Days the associate has been Unallocated | 72 days | |
| Summary by RMG if there is a request for Terminate of the associate | No suitable positions available | |
| Comments if Any | NA | |