MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
LAURA A. WYTSMA (SBN 189527)
lwytsma@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>Assigned to Hon. Yvonne Gonzalez Rogers<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: May 16, 2017<br>Time: 2:00 p.m.<br>Loc.: Courtroom 1, 4th Flr., Oakland<br><br>Complaint Filed: April 14, 2015 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

PROOF OF SERVICE
Case No. 4:15-cv-01696-YGR

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing:

1. TATA CONSULTANCY SERVICES, LTD.'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION;

2. DECLARATION OF MICHELLE M. LAM AR IN SUPPORT OF TATA CONSULTANCY SERVICES, LTD.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION;

3. OBJECTIONS OF DEFENDANT TATA CONSULTANCY SERVICES, LTD. TO DECLARATIONS FILED BY PLAINTIFFS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION;

4. [PROPOSED] ORDERS ON OBJECTIONS OF DEFENDANT TATA CONSULTANCY SERVICES, LTD. TO DECLARATIONS FILED BY PLAINTIFFS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION;

5. TATA CONSULTANCY SERVICES, LTD.'S NOTICE OF MOTION AND MOTION TO EXCLUDE EXPERT OPINION TESTIMONY OF DAVID NEUMARK; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;

6. DECLARATION OF PATRICK DOWNES IN SUPPORT OF TATA CONSULTANCY SERVICES, LTD.'S MOTION TO EXCLUDE EXPERT OPINION TESTIMONY OF DAVID NEUMARK;

7. [PROPOSED] ORDER EXCLUDING EXPERT OPINION TESTIMONY OF DAVID NEUMARK PHD.

was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system on March 21, 2017.

Dated: March 21, 2017                /s/Michelle M. La Mar
                                     Michelle M. La Mar

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

2

CERTIFICATE OF SERVICE
CASE NO. 4:15-cv-01696-YGR