Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Heldt, Buchanan and Slaight<br><br>Plaintiff(s),<br><br>v.<br><br>Tata Consultancy Services, Ltd.<br><br>Defendant(s). | Case No: 4:15-cv-1696-YGR<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** AND ORDER<br>(CIVIL LOCAL RULE 11-3) |

I, Michael Brown, an active member in good standing of the bar of Wisconsin, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs Buchanan and Slaight in the above-entitled action. My local co-counsel in this case is Steven Tidrick, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| P.O. Box 645<br>Neenah, WI 54957 | 2039 Shattuck Avenue #308<br>Berkeley, CA 94704 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (920) 858-2265 | (510) 788-5100 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mbrown@dvglawpartner.com | sgt@tidricklaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1041753.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/24/17                                                                 /s/ Michael Brown
                                                                                              APPLICANT

===

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Michael Brown is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 27, 2017

*[signature]*
UNITED STATES DISTRICT/MAGISTRATE JUDGE
YVONNE GONZALEZ ROGERS

PRO HAC VICE APPLICATION & ORDER                                              October 2012

## WISCONSIN SUPREME COURT
### OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Diane M. Fremgen
Clerk

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

I, Diane M. Fremgen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

### MICHAEL F. BROWN

was admitted to practice as an attorney within this state on June 24, 2002 and is presently in good standing in this court.

Dated: October 24, 2016

*[signature]*

DIANE M. FREMGEN
Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing