# Exhibit 8 - REDACTED
Versions of Document Sought to be Sealed

# TCS Termination Form

All of the below must be completed, in full, prior to submission of this termination request.

---

Today's Date: June 29, 2016

Employee Name: Mr. Salah Bedeiwi          Employee#: 923902

Job Title: Java & PHP/MySQL Developer     Location: NJ

Department/Project:  Unallocated          Salary:

Date of Hire: 9/2/2014                    Targeted Termination Date: July 1, 2016
                                          Effective Termination Date: July 1, 2016

Reason for Termination:

❏ INVOLUNTARY – Poor Performance          ❏ VOLUNTARY Resignation because of
❏ INVOLUNTARY – Unallocated                   Job Abandonment
❏ INVOLUNTARY – Policy/Cause Violation

---

I.   **Type of Termination.**  Complete the following sections, as applicable.

*Poor Performance*

- Explain the areas of deficient performance (e.g., lack of adequate technical skills, errors that resulted in customer escalation, etc.). –

- Was the employee counseled regarding the deficiencies?  If so, provide details (e.g., date when first occurred, face-to-face, email, etc.). –

- Are there emails or other documents that demonstrate or refer to the deficiencies?  If so, attach all such documents and ensure they are archived. —

- Have other employees on the same project exhibited similar deficiencies?  If so, how are those employees distinguishable? –

- Provide copies of all performance evaluations, rankings and band disagreements (if any). –

*Policy/Cause Violation*

- Is it a TCS or customer policy?

- Identify the policy and whether it is written or oral.

- Did the employee receive notice of the policy?  If so, how and when?

PLEASE SEND THIS COMPLETED FORM TO: Ashok Seetharaman and Rebecca Hirschklau with a copy to: Jeevak Sharma and Dana Dagosta and your HR Talent Engagement Manager.

TCS. NAHR V. 2013 12.19.13                                                    1

# TCS Termination Form

- What was the consequence of the policy violation (e.g., a security breach, disclosure of confidential customer data, etc.)?

- Has the employee violated any TCS or customer policies previously?

- How have violations of this policy been treated in the past (e.g., written warning, termination, etc.)? If not termination, explain rationale for departure.

- Is there any question that the violation occurred? Is it documented or did the employee acknowledge or contest it?

*Unallocated*

- Please describe the reason the employee was de-allocated and the effective date for same. If due to removal from a project for performance reasons, complete the above section. – **Salah was de-allocated from ▮▮▮▮▮▮▮▮▮▮ effective 04/30/2016 due to being unable to be deployed for any open positions within account. Due to budget issues, client requested release of both Salah and one other intern in October 2015, Salah has not been able to be placed within the account.**

- If the project ended or the customer reduced on-site resources, was this employee the only one de-allocated? If there is an email, SOW or Change Request evidencing the reason for the de-allocation, please provide the email or the details regarding the SOW/Change Request. – **Salah was the only resource released.**

- Was the employee notified of TCS' "bench" policy when released to RMG? – **Associate was informed of the bench policy by RMG verbally.**

- Has RMG made efforts to locate a new project for the employee? If not, why? – **Yes RMG SPOC ▮▮▮▮▮▮▮ P M has made efforts to locate a new project for Salah. There were no open requirements matching Salah's skill set in his desired location. Please see below for the proposed projects.**

| Projects Proposed (Name/ IOU) | Location | Reason for Rejection | Date Of Rejection |
|---|---|---|---|
| EIS & GE | Associate's preferred location | There is no matching requirement for associate's skillset | 8-Jun-16 & 19-Jun-16 |
| Ins & HC and ASU | Associate's preferred location | There is no matching requirement for associate's skillset | 7-Jun-16 & 13-Jun-16 & 17-Jun-16 |
| Ent Sol & GCP | Associate's preferred location | There is no matching requirement for associate's skillset | 17-Jun-16 |
| Retail, Govt & TTH | Associate's preferred location | There is no matching requirement for associate's skillset | 8-Jun-16 |
| Mfg, LS, ER | Associate's preferred location | There is no matching requirement for associate's skillset | 17-Jun-16 |
| DESS - Technology BU | Associate's preferred | There is no matching | 7-Jun-16 & 15-Jun-16 |

PLEASE SEND THIS COMPLETED FORM TO: Ashok Seetharaman and Rebecca Hirschklau with a copy to: Jeevak Sharma and Dana Dagosta and your HR Talent Engagement Manager.

TCS. NAHR V. 2013 12.19.13                                                                                                                  2

# TCS Termination Form

| - Hi-Tech - Telecom - MIS - Utilities | location | requirement for associate's skillset | & 17-Jun-16 |
|---|---|---|---|
| IT IS | Associate's preferred location | There is no matching requirement for associate's skillset | 7-Jun-16 & 13-Jun-16 & 19-Jun-16 |
| BFS NA ( ████ ) | Associate's preferred location | Associate not open to relocate & there is no matching requirement for associate's skillset | 14-Jun-16 & 17-Jun-16 |
| BFS EUC & FS | Associate's preferred location | There is no matching requirement for associate's skillset | 13-Jun-16 & 17-Jun-16 |

- Is there a location constraint, and if so, does an email exist confirming it (where applicable, attach the email)?  **- Salah has verbally communicated to RMG that location preference is in MN.**
- 

*Job Abandonment*

- Was this employee actively on a project or unallocated?

- If the employee gave HR or a supervisor a reason for not being at work, please explain.

- List all efforts to communicate with the employee, including dates and method of communication (and attach any applicable emails).

II.     **Miscellaneous.**  To be completed for all types of terminations.

- According to the employee's manager/supervisor, has the employee sought any information regarding a reasonable accommodation under the ADA?  If they have received an accommodation, has the employee complained that it is not effective? – **No such information has been sought by associate**

- Has the employee complained, verbally or in writing, of any discrimination, harassment or wage issues, or filed any other grievances?  If so, indicate the date. – **No such grievance has been brought to the notice of HR**

- To your or the supervisor's knowledge, is the employee closely connected with anyone who has complained of discrimination (e.g., spouse, brother, etc.)? - **HR is not aware of any such connection.**

| Current Supervisor: Unallocated        Previous Supervisor: ████ |
|---|
| Last Performance Review Date: April 2016    Most Recent Rank:  C |
| Performance Rank (Previous 2 years):  Rank: n/a   Rank: n/a |

PLEASE SEND THIS COMPLETED FORM TO: Ashok Seetharaman and Rebecca Hirschklau with a copy to: Jeevak Sharma and Dana Dagosta and your HR Talent Engagement Manager.
TCS. NAHR V. 2013 12.19.13                                                                                                           3

# TCS Termination Form

| |
|---|
| Last Disciplinary Action (Reason):  Briefly explain the circumstances. NA <br><br> Type of Action: ❏Verbal, ❏Letter, ❏PIP     Date of Action: (From) _____ (To) _____ |

| |
|---|
| Last Leave (Reason): Sick <br><br> Type: ❏STD   ❏LTD   ❏WkCmp   ❏FMLA   ❏Unpaid   ◆Other  - Paid <br><br> Leave Dates: (From) (To): June 22nd, 2016 to June 26th, 2016 |

| |
|---|
| Name of person(s) having the Termination discussion with the employee: ▓▓▓▓▓▓▓▓ |

**Remember: Collect all TCS and/or client assets from the employee at termination.**