# Exhibit 10 - REDACTED
Version of Documents Sought to be Sealed

# TCS Termination Form

All of the below must be completed, in full, prior to submission of this termination request.

Today's Date: Jan 29, 2015

Employee Name:  Nobel Mandili                     Employee#: 577503

Job Title:  Program Manager                        Location:  Redmond, WA

Department/Project:  TCS-                          Salary:

Date of Hire:  May 05, 2012                        Targeted Termination Date:  Feb 02, 2015
                                                   Effective Termination Date:

Reason for Termination:  Unallocated

❏ INVOLUNTARY – Poor Performance              ❏ VOLUNTARY Resignation because of
**X INVOLUNTARY – Unallocated**                        Job Abandonment
❏ INVOLUNTARY – Policy/Cause Violation

I. **Type of Termination.**  Complete the following sections, as applicable.

*Poor Performance*

- Explain the areas of deficient performance (e.g., lack of adequate technical skills, errors that resulted in customer escalation, etc.).

- Was the employee counseled regarding the deficiencies?  If so, provide details (e.g., date when first occurred, face-to-face, email, etc.).

- Are there emails or other documents that demonstrate or refer to the deficiencies?  If so, attach all such documents and ensure they are archived.

- Have other employees on the same project exhibited similar deficiencies?  If so, how are those employees distinguishable?

- Provide copies of all performance evaluations, rankings and band disagreements (if any).

*Policy/Cause Violation*

- Is it a TCS or customer policy?

- Identify the policy and whether it is written or oral.

- Did the employee receive notice of the policy?  If so, how and when?

# TCS Termination Form

- What was the consequence of the policy violation (e.g., a security breach, disclosure of confidential customer data, etc.)?

- Has the employee violated any TCS or customer policies previously?

- How have violations of this policy been treated in the past (e.g., written warning, termination, etc.)? If not termination, explain rationale for departure.

- Is there any question that the violation occurred? Is it documented or did the employee acknowledge or contest it?

*Unallocated*

- Please describe the reason the employee was de-allocated and the effective date for same. If due to removal from a project for performance reasons, complete the above section.
    **Since, it's a Staff Rug role Hence, ▮▮▮▮▮▮ account is not willing to continue the role and hence, they closed the position, was communicated on 05th May, 2014 stating that they want to end the contract with the associate e-mail document was attached ( Customer support e-mail ) based on which he released by end of June , 2014 .**
- If the project ended or the customer reduced on-site resources, was this employee the only one de-allocated? If there is an email, SOW or Change Request evidencing the reason for the de-allocation, please provide the email or the details regarding the SOW/Change Request.
    **Yes, we have an e-mail related to his release from the project lead. (E-mail attached for reference).**

    Was the employee notified of TCS' "bench" policy when released to RMG?
    **Yes**
- Has RMG made efforts to locate a new project for the employee? If not, why?
    **Yes, RMG made efforts to locate a new project for the employee in the following accounts.** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ **RMG was not able to place him. Hence, proposed for Termination.**
- Is there a location constraint, and if so, does an email exist confirming it (where applicable, attach the email?
    **Nobel is open for across US based projects.**

*Job Abandonment*

- Was this employee actively on a project or unallocated?

- If the employee gave HR or a supervisor a reason for not being at work, please explain.

- List all efforts to communicate with the employee, including dates and method of communication (and attach any applicable emails).


II.     **Miscellaneous.**  To be completed for all types of terminations.

# TCS Termination Form

- According to the employee's manager/supervisor, has the employee sought any information regarding a reasonable accommodation under the ADA?  If they have received an accommodation, has the employee complained that it is not effective?     **No**

- Has the employee complained, verbally or in writing, of any discrimination, harassment or wage issues, or filed any other grievances?  If so, indicate the date.  **No**

    o To your or the supervisor's knowledge, is the employee closely connected with anyone who has complained of discrimination (e.g., spouse, brother, etc.)? **No**

---

Current Supervisor: ▇▇▇▇▇▇▇         Previous Supervisor: ▇▇▇▇▇▇

Last Performance Review Date: N/A    Most Recent Rank: "D"

Performance Rank (Previous 2 years):  Rank: ___     Rank: _" C" – FY 2013___

Last Disciplinary Action (Reason):  Briefly explain the circumstances.

Type of Action: ❑Verbal, ❑Letter, ❑PIP    Date of Action: (From) _____ (To) _____

---

Last Leave (Reason): _____**Leave Data Attached**_____

Type: ❑STD   ❑LTD   ❑WkCmp   ❑FMLA   ❑Unpaid   ❑Other _____

Leave Dates: (From) _____ (To): _____

---

Name of person(s) having the Termination discussion with the employee: ▇▇▇▇▇▇▇▇▇
**(Talent Engagement Partner)**

---

**Remember: Collect all TCS and/or client assets from the employee at termination.**

From: **Redacted**
To:
Cc:
Date: 05/05/2014 04:43 PM
Subject: Release of Nobel Mandili from ▮

Hi **Redacted**

Nobel Mandili has been in [Redacted] since April 2012. He was hired as a Network PM in a staff aug position. The customer wants to discontinue with this requirement and I don't have any other role to fit Nobel in the project.
I want to release him by 6/4/2014. Attached is the project feedback and latest profile.

*Best Regards*

**Redacted**

Diamond is just a stone that performed well under pressure….!