# Exhibit 12 - REDACTED
Versions of Document Sought to be Sealed

# TCS Termination Form

All of the below must be completed, in full, prior to submission of this termination request.

Today's Date: __7/22/16____

Employee Name: Nasser Nahshal         Employee#: 923895
Job Title: Trainee                    Location: Hired for TN, Moved to NY to be close to family.

Department/Project: Unallocated        Salary: $62,140

Date of Hire: Sept. 2, 2014            Targeted Termination Date: 7/25/16
                                       Effective Termination Date: TBD

Reason for Termination: unallocated, RMG has exhausted sourcing options

❏ INVOLUNTARY – Poor Performance           ❏ VOLUNTARY Resignation because of
❏ **INVOLUNTARY – Unallocated**                Job Abandonment
❏ INVOLUNTARY – Policy/Cause Violation

I. **Type of Termination.** Complete the following sections, as applicable.

*Poor Performance*

- Explain the areas of deficient performance (e.g., lack of adequate technical skills, errors that resulted in customer escalation, etc.). N/A

- Was the employee counseled regarding the deficiencies? If so, provide details (e.g., date when first occurred, face-to-face, email, etc.). N/A

- Are there emails or other documents that demonstrate or refer to the deficiencies? If so, attach all such documents and ensure they are archived. No

- Have other employees on the same project exhibited similar deficiencies? If so, how are those employees distinguishable? N/A

- Provide copies of all performance evaluations, rankings and band disagreements (if any). N/A

*Policy/Cause Violation*

- Is it a TCS or customer policy? N/A

- Identify the policy and whether it is written or oral. N/A

- Did the employee receive notice of the policy? If so, how and when? N/A

PLEASE SEND THIS COMPLETED FORM TO: Ashok Seetharaman and Rebecca Hirschklau with a copy to: Jeevak Sharma and Dana Dagosta and your HR Talent Engagement Manager.

# TCS Termination Form

- What was the consequence of the policy violation (e.g., a security breach, disclosure of confidential customer data, etc.)? N/A

- Has the employee violated any TCS or customer policies previously? N/A

- How have violations of this policy been treated in the past (e.g., written warning, termination, etc.)? If not termination, explain rationale for departure. N/A

- Is there any question that the violation occurred? Is it documented or did the employee acknowledge or contest it? N/A

*Unallocated*

- Please describe the reason the employee was de-allocated and the effective date for same. If due to removal from a project for performance reasons, complete the above section. Employee went through ILP and was hired for the ▮▮▮▮▮▮ account in Brentwood TN and later moved to ▮▮▮▮▮▮▮▮▮▮ under the same Client Partner in the same area. Employee ended his own project to move to NY to be closer to family. The RMG group has sourced however does not have any openings for his skillset / years of experience. Has been unallocated since March 2016.

- If the project ended or the customer reduced on-site resources, was this employee the only one de-allocated? If there is an email, SOW or Change Request evidencing the reason for the de-allocation, please provide the email or the details regarding the SOW/Change Request. He was the only one unallocated as he requested to be released it was not a request from the project.

- Was the employee notified of TCS' "bench" policy when released to RMG? Yes, I met with the employee when I visited the account in March 2016.

- Has RMG made efforts to locate a new project for the employee? If not, why? yes

- Is there a location constraint, and if so, does an email exist confirming it (where applicable, attach the email)? Employee wants NY however RMG did a source across all to give options in case another location would be acceptable.

*Job Abandonment*

- Was this employee actively on a project or unallocated? N/A

- If the employee gave HR or a supervisor a reason for not being at work, please explain. N/A

- List all efforts to communicate with the employee, including dates and method of communication (and attach any applicable emails). N/A

- II. **Miscellaneous.** To be completed for all types of terminations.

# TCS Termination Form

- According to the employee's manager/supervisor, has the employee sought any information regarding a reasonable accommodation under the ADA? If they have received an accommodation, has the employee complained that it is not effective? No

- Has the employee complained, verbally or in writing, of any discrimination, harassment or wage issues, or filed any other grievances? If so, indicate the date. No

- To your or the supervisor's knowledge, is the employee closely connected with anyone who has complained of discrimination (e.g., spouse, brother, etc.)? No

---

Current Supervisor: _Unallocated – March 2016-present _____ (Include dates)
Previous Supervisor: ███████████████ _Sept 2015-March 2016___
Last Performance Review Date: _March 2016_____   Most Recent Rank: __C_____

Performance Rank (Previous 2 years):  Rank: __N/A___   Rank: __N/A____

Last Disciplinary Action (Reason):  Briefly explain the circumstances. N/A

Type of Action: ❑Verbal, ❑Letter, ❑PIP     Date of Action: (From) _____ (To) _____

---

Last Leave (Reason): ___Vacation_____

Type: ❑STD   ❑LTD   ❑WkCmp   ❑FMLA   ❑Unpaid   ❑Other _____

Leave Dates: (From) _11/2/15_____ (To): __11/2/15_____

---

Name of person(s) having the Termination discussion with the employee:

**Remember: Collect all TCS and/or client assets from the employee at termination.**