# Exhibit 13 - REDACTED
Versions of Document Sought to be Sealed

# TCS Involuntary Termination Form

Employee Name: ___Loran Peck_____     Employee#: __820272____

Job Title: ____Manager_____ Location: North Carolina

Department/Project: __GCP_____ Salary: ___$126,250_____

Date of Hire: ___7/20/2010_____ Effective Termination Date: As early as possible
Reason for Termination:

XINVOLUNTARY – Job Elimination                  ❑VOLUNTARY Resignation
❑INVOLUNTARY – Misconduct[1]
❑INVOLUNTARY – Performance-Related
❑INVOLUNTARY – Unallocated (please indicate # of days: 365+ days )

Termination Summary[2]: Loran was hired in July 2010 for a niche industry (Supply Chain Management). He worked on a couple of assignments however as of April 1, 2011, a Supply Chain Center of Excellence was established within TCS under the leadership of ▮▮▮▮▮. At such time, ▮▮▮▮▮ interviewed and met with the members of the existing Supply Chain Management Practice that was part of GCP for the FY 2011. A number of people were moved over to the SCM COE, as selected by ▮▮▮▮▮. Mr. Loran Peck was not selected to be part of the SCM COE and as such his job has been eliminated. His skills are in the SCM area and since GCP is no longer providing SCM capabilities to clients within TCS, this role has been eliminated. ▮▮▮▮▮ group addresses requirement in larger TCS, for which he was not selected.

We have been attempting to place Loran Peck into numerous engagements in a variety of roles, from being a Program/Project Manager at the ▮▮▮ to other Business Analysts roles and have not been successful in getting him deployed. He has 0% utilization in the last 12 months not been utilized since September 2011.

I am thereby requesting the termination of Loran Peck since his role within the firm has been eliminated that meets his skills and his overall lack of utilization.

_____

---

[1] For all Misconduct related terminations a separate investigative report and speaking order from the competent hiring/firing authority must be attached.

[2] The Termination Summary should be a chronological detailed statement of the facts leading to the decision to terminate. If there are emails or other correspondence evidencing these facts, they should accompany this document as exhibits.

TCS.NAHR v. 2010 10.29.10                                                                                                         1 - 3

**PLEASE SEND THIS COMPLETED FORM TO: Sarajane Mackenzie, Wilson Anthony, and Greg Bennett with a copy to: Naomi Auman and your HR Deployment Manager.**

# TCS Involuntary Termination Form

Current Supervisor: _____  Previous Supervisor: _____

Last Performance Review Date: ___April 2012_____  Current Rating#: ___D_____

Performance Ratings (Previous 2 years):  Rating#: _April 2011 D_  Rating#: _____

Last Disciplinary Action (Reason): _____

Type of Action: ❑Verbal, ❑Letter, ❑PIP     Date of Action: (From) _____ (To) _____

---

Last Leave (Reason): _____

Type: ❑STD   ❑LTD   ❑WkCmp   ❑FMLA   ❑Unpaid   ❑Other _____

Leave Dates: (From) _____ (To): _____

| What Business Equipment does the Employee have? | |
|---|---|
| | Laptop + power cord |
| | Wireless Card |
| | Cellular Telephone |
| | Blackberry |
| **Additional corporate assets** | |
| | American Express Corporate Card |
| | Corporate Calling Card |
| | |
| | |
| **Miscellaneous assets**: | |
| | Software: _____, _____, _____, _____ |
| | Teleconference bridge number |
| Name of person(s) having the Termination discussion with the employee: Thomas Hoblitzell, | |

**PLEASE SEND THIS COMPLETED FORM TO:  Sarajany Mackenzie, Wilson Anthony, and Greg Bennettwith  a  copy  to:  Naomi  Auman and your HR Deployment Manager.**

# TCS Involuntary Termination Form

|   |   |
|---|---|
|   |   |
|   |   |

**Current Mailing Address**:
**Street**:_____

**City**:_____**State**:_____**Zip**:_____

***PLEASE SEND THIS COMPLETED FORM TO: Sarajane Mackenzie, Wilson Anthony, And Greg Bennettwith a copy to: Naomi Auman and your HR Deployment Manager.***