Exhibit 14 - REDACTED
Version of Documents Sought to be Sealed

# TCS Termination Form

All of the below must be completed, in full, prior to submission of this termination request.

---

Today's Date:   7/19/16

Employee Name: Steven Webber                    Employee#: 1249674

Job Title: Video Architect                      Location: Dallas Texas

Department/Project: ███                         Salary:  $120,000

Date of Hire: 1/20/2016                         Targeted Termination Date:   TBD
                                                Effective Termination Date:   TBD

Reason for Termination:

☒ INVOLUNTARY – Poor Performance          ☐ VOLUNTARY Resignation because of
☒ INVOLUNTARY – Unallocated                    Job Abandonment
☐ INVOLUNTARY – Policy/Cause Violation

---

**I. Type of Termination.** Complete the following sections, as applicable.

*Poor Performance-*

- Explain the areas of deficient performance (e.g., lack of adequate technical skills, errors that resulted in customer escalation, etc.) Steven Webber was released from the ███ account due to unprofessional communication to ███ the ███ manager, which consisted of Steven asserting that his ███ Project manager ███ was an ineffective leader, and "may have a condition causing some type of fit or very mild palsy".

- Was the employee counseled regarding the deficiencies? If so, provide details (e.g., date when first occurred, face-to-face, email, etc.). After Steven's release the issue was discussed with Steven over a call when informing him shy he could not return to ███

- Are there emails or other documents that demonstrate or refer to the deficiencies? If so, attach all such documents and ensure they are archived. Yes, email evidence from ███ attached.

- Have other employees on the same project exhibited similar deficiencies? If so, how are those employees distinguishable? No, only Steven.

- Provide copies of all performance evaluations, rankings and band disagreements (if any).
  No banding in system. January 2016 hire, ineligible.

*Policy/Cause Violation*

PLEASE SEND THIS COMPLETED FORM TO: Ashok Seetharaman and Rebecca Hirschklau with a copy to: Jeevak Sharma and Dana Dagosta and your HR Talent Engagement Manager.

# TCS Termination Form

- Is it a TCS or customer policy?

- Identify the policy and whether it is written or oral.

- Did the employee receive notice of the policy? If so, how and when?

- What was the consequence of the policy violation (e.g., a security breach, disclosure of confidential customer data, etc.)?

- Has the employee violated any TCS or customer policies previously?

- How have violations of this policy been treated in the past (e.g., written warning, termination, etc.)? If not termination, explain rationale for departure.

- Is there any question that the violation occurred? Is it documented or did the employee acknowledge or contest it?

*Unallocated – Since 5/31/16*

- Please describe the reason the employee was de-allocated and the effective date for same. If due to removal from a project for performance reasons, complete the above section. Steven Webber was released from ▇▇▇▇▇ on May 31st, 2016, due to unprofessional communication detailed in performance section.

- If the project ended or the customer reduced on-site resources, was this employee the only one de-allocated? If there is an email, SOW or Change Request evidencing the reason for the de-allocation, please provide the email or the details regarding the SOW/Change Request. Customer release due to performance. Steven was the only one released at this time. Customer email attached.

- Was the employee notified of TCS' "bench" policy when released to RMG? Yes this was covered with Steven after his release.

- Has RMG made efforts to locate a new project for the employee? If not, why? Yes, no suitable open positions found. RMG template attached.

- Is there a location constraint, and if so, does an email exist confirming it (where applicable, attach the email)? No location constraint, open to relocation. Niche skill of Broadcast Architect difficult to place.

*Job Abandonment*

- Was this employee actively on a project or unallocated?

- If the employee gave HR or a supervisor a reason for not being at work, please explain.

- List all efforts to communicate with the employee, including dates and method of communication (and attach any applicable emails).

PLEASE SEND THIS COMPLETED FORM TO: Ashok Seetharaman and Rebecca Hirschklau with a copy to: Jeevak Sharma and Dana Dagosta and your HR Talent Engagement Manager.

# TCS Termination Form

    **II. Miscellaneous.** To be completed for all types of terminations.

- According to the employee's manager/supervisor, has the employee sought any information regarding a reasonable accommodation under the ADA? If they have received an accommodation, has the employee complained that it is not effective? No, none.

- Has the employee complained, verbally or in writing, of any discrimination, harassment or wage issues, or filed any other grievances? If so, indicate the date. 10 separate Grievances raised since Feb. 2016. All have been addressed and closed. Screen shot below.

- To your or the supervisor's knowledge, is the employee closely connected with anyone who has complained of discrimination (e.g., spouse, brother, etc.)? Not to my knowledge.

---

Current Supervisor: ▓▓▓▓▓▓▓▓ (5/31/16 – current)
Previous Supervisor: ▓▓▓▓▓▓▓▓ (1/20/16 – 5/31/16)

Last Performance Review Date: __NA__    Most Recent Rank: __Jan. 2016 DOJ__

Performance Rank (Previous 2 years): Rank: __NA__    Rank: __NA__

Last Disciplinary Action (Reason): Briefly explain the circumstances.

Type of Action: ❏Verbal, ❏Letter, ❏PIP    Date of Action: (From) _____ (To) _____

---

Last Leave (Reason): _____None_____

Type: ❏STD  ❏LTD  ❏WkCmp  ❏FMLA  ❏Unpaid  ❏Other _____

Leave Dates: (From) __NA__ (To): __NA__

---

Name of person(s) having the Termination discussion with the employee: Ethan Harralson

**Remember: Collect all TCS and/or client assets from the employee at termination.**

**Track Request Workflow - Request List**

| | Request No | Employee No | Employee Name | Application Name | Subtype | Request Type | Request Status | Additonal Info | Submit Date |
|---|---|---|---|---|---|---|---|---|---|

No Records Found. ▼ Go    Back    Export To Excel    Sort

＋ Workflow Status

PLEASE SEND THIS COMPLETED FORM TO: Ashok Seetharaman and Rebecca Hirschklau with a copy to: Jeevak Sharma and Dana Dagosta and your HR Talent Engagement Manager.
TCS. NAHR V. 2013 12.19.13                                                                                                          3

# TCS Termination Form

| Grievance Details | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Ref. No | Category | Department(IT/BPS) | Subject | Raised Date | Re-log Date | Closed Date | Status | Sub Status |
| 613614 | Communication | IT | Verbal berating | 20-Feb-2016 | | 09-Mar-2016 | Closed | Auto Closed |
| 613613 | Policy | IT | Private Information release | 20-Feb-2016 | | 09-Mar-2016 | Closed | Auto Closed |
| 613612 | Compensation | IT | Travel | 20-Feb-2016 | | 09-Mar-2016 | Closed | Auto Closed |
| 613611 | Compensation | IT | Salary | 20-Feb-2016 | | 09-Mar-2016 | Closed | Auto Closed |
| 613610 | Compensation | IT | Salary | 20-Feb-2016 | | 09-Mar-2016 | Closed | Auto Closed |
| 613609 | Administration | IT | Salary | 20-Feb-2016 | | 09-Mar-2016 | Closed | Auto Closed |
| 613608 | Administration | IT | Hiring | 20-Feb-2016 | | 09-Mar-2016 | Closed | Auto Closed |
| 613607 | Policy | IT | Hiring | 20-Feb-2016 | | 09-Mar-2016 | Closed | Auto Closed |
| 613606 | Policy | IT | Hiring | 20-Feb-2016 | | 09-Mar-2016 | Closed | Auto Closed |
| 613577 | Compensation | IT | STERP | 16-Feb-2016 | | 05-Mar-2016 | Closed | Auto Closed |



**{In Archive} Re: Fw: Webber, Steven (TCS contractor)**

Bridget Reeves   to: Guruvikram R        04/27/2016 07:29 PM
Cc:   Rajkumar V, R Harralson
Classified as  Internal

Archive:     This message is being viewed in an archive.

Hello,

Please inform Steven that he has been released from ▉▉▉▉▉ account and return any assets to a designated TCS employee. Ethan Harralson left him a message to return his call tomorrow.


Thanks & Regards
Bridget Reeves
Regional Talent Engagement Manager: U.S. Western Region Head
Tata Consultancy Services
Tata America International Corporation.
2550 W. Union Hills Drive,
Suite 300,
Phoenix, Arizona - 85027
United States
Ph:- 602-682-3506
Mailto: bridget.reeves@tcs.com
Website: http://www.tcs.com

_____
Experience certainty.    IT Services
                         Business Solutions
                         Consulting
_____


| R Harralson | Hi Guru, Just wanted to give you a heads up im... | 04/27/2016 02:42:17 PM |

From:    R Harralson/AMER/TCS
To:      Guruvikram R/AMER/TCS@TCS
Cc:      Bridget Reeves/AMER/TCS@TCS, Rajkumar V/AMER/TCS@TCS
Date:    04/27/2016 02:42 PM
Subject: Re: Fw: Webber, Steven (TCS contractor)

Hi Guru,

Just wanted to give you a heads up im about to give Steven a call and will call you after to update.

Best Regards
Richard Ethan Harralson
HR - Talent Engagement
Dallas / Oklahoma / Colorado
TCS Dallas Office:
3010 LBJ FRWY, #400
Dallas TX, 75234
Associate HR Helpline
1-866-502-2494  -  usa.helpline@tcs.com

Tata Consultancy Services
Ph:- 1 214 3791631
Mailto: r.harralson@tcs.com
Website: http://www.tcs.com
_____

| Experience certainty. | IT Services |
| | Business Solutions |
| | Consulting |

_____

**Guruvikram R**     Dear Ethan/Bridget, Please see the mail from █...     04/27/2016 02:29:26 PM

From: Guruvikram R/AMER/TCS
To: R Harralson/AMER/TCS@TCS, Bridget Reeves/AMER/TCS@TCS
Cc: Rajkumar V/AMER/TCS@TCS
Date: 04/27/2016 02:29 PM
Subject: Fw: Webber, Steven (TCS contractor)

Dear Ethan/Bridget,
Please see the mail from ██████ below. They have terminated Steven's access to ██████ mail and systems as there has been some chaos developed because of the emails sent. Steven will not be working for ██████ starting today and this needs to be communicated to Steven.

I request your guidance on the next steps as he is a local hire.

Thanks & Regards
Guruvikram Ramamoorthy
Client Partner
Tata Consultancy Services
Ph:- 571-830-0074
Mailto: guruvikram.r@tcs.com
Website: http://www.tcs.com
_____

| Experience certainty. | IT Services |
| | Business Solutions |
| | Consulting |

_____

----- Forwarded by Guruvikram R/AMER/TCS on 04/27/2016 02:23 PM -----

From: ████████████████████████████
To: Guruvikram R <guruvikram.r@tcs.com>
Date: 04/27/2016 02:09 PM
Subject: Re: Webber, Steven (TCS contractor)

Guru,
We released Steve yesterday. I don't appreciate Steve's attacks on ████. I spoke to ████ yesterday and today and he was very calm, but clear on the need to release Steve. The decision to release Steve was in agreement with both me and other managers who worked with Steve.

████████████████████████████

From: "Webber, Steven" <steven.webber@███████████>
Date: Tuesday, April 26, 2016 at 10:13 PM
To: Guru Vikram <guruvikram.r@tcs.com>, ████████████████████████████████>

**Cc:** Bridget Reeves <bridget.reeves@tcs.com>
**Subject:** Re: Webber, Steven (TCS contractor)

Hello Guru,

I have thought to write these details you should know, & will hold in the strictest confidence.

I believe ▇▇▇ may have some type of medical situation. He became almost incoherent during a call today. ▇▇▇ may have a condition causing some type of fit or very mild palsy. He seemed to go almost completely blank & unable to reason.

He started taking gibberish repeating himself, to himself. He said he could not understand the call which just took place & could not remember what was just said. He asked multiple times over for the same thing in just a few sentences. He said he could not understand what I was saying. I reminded him we just had 3 duplicate conversation just 15, 5, 1 minutes before.

He started softly yelling about an ▇▇▇▇▇▇▇▇▇▇▇▇ document. I reminded him this was already done last week & we talked about this Friday, and this was not the issue he had just been talking about one minute previously. He could not comprehend details at all. He again said he could not remember the conversation just one minute previously and started asking again. He cancelled a team meeting immediately and could not discuss anything with our internal ▇ team and dropped almost complete ability to speak. I said I could not understand him, & I would call him back after a while.

He was not able to come back to the phone. He did not return my call. He said he would contact ▇▇▇ at TCS via email.

I immediately contacted Guru (TCS), ▇▇▇ & TCS HR, and notified ▇▇▇ I was unable to continue work during this episode.

Respectfully,

Steven Webber
TCS Contract Employee

**From:** Steven Webber <steven.webber@▇▇▇▇▇▇▇▇▇▇>
**Date:** Tuesday, April 26, 2016 at 3:46 PM
**To:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Subject:** Webber, Steven (TCS contractor)

Hello ▇▇▇▇▇▇▇▇,

I'm sorry to bother you about such, at these critical times in ▇▇▇▇▇. It's come to a head & I'm very sad to let you know I'm not able to continue working for ▇▇▇▇▇▇.

I believe there are a number of issues with ▇▇▇ personally, that block him from being an effective leader. There have been multiple other persons within ▇▇▇▇▇▇▇▇▇▇ peers, that have complained to me about this ▇▇▇▇ in the same fashion.

I respect his status & technical ability but professionally he cannot lead in some areas. His actions lead to the discredit of his own team members, & directly affects my peers in ▇▇ who discount important architecture & compromises work I was hired to complete. Subsequently there seems no future working under ▇▇▇, for the benefit of ▇▇▇▇.

With Respect,

Steven Webber
TCS contract employee

System Architecture
Irving TX

| | RMG RELEASE TEMPLATE TO HR FOR TERMINATION | | | |
|---|---|---|---|---|
| | **Details of the Associate being released** | | | |
| **Name** | Mr. Steven Webber | | **Emp#** | 1249674 |
| **Current Role** | Architect | | **Job Title** | Video Architect |
| **Date of Joining the Project** | 20-Jan-16 | | **Location** | Dallas,Tx |
| **Account Name** | ▇ | | **IOU** | CMI NA |
| **Supervisor ( Name/ Emp No.)** | ▇ | | **Contact No.** | ▇ |
| **Was the Associate recruited for the account** | Yes | | **Skill Set** | Video Architect |
| **Date of Request to HR** | 7/8/2016 | | **Tentative date of release** | TBD |
| **HP SPOC** | Richard Ethan Harralson | | **RMG SPOC** | Samarjeet Kumar |
| **Date of receiving the intimation for finding a next assignment for the associate ( along with the details).** | 16-May-16 | | | |
| **Location preference as requested by the employee** | Open | | | |
| **Projects Proposed ( Name/ IOU)** | **Location** | | **Reason for Rejection** | **Date Of Rejection** |
| Enginering Services ▇ | Open | | No suitable open positions | 27-Jun-16 |
| Enginering Services ▇ | Open | | No suitable open positions | 20-Jun-16 |
| Enginering Services ▇ | Open | | No suitable open positions | 16-Jun-16 |
| Insurance & Healthcare & ASU | Open | | No suitable open positions | 27-Jun-16 |
| Insurance & Healthcare & ASU | Open | | No suitable open positions | 20-Jun-16 |
| Insurance & Healthcare & ASU | Open | | No suitable open positions | 16-Jun-16 |
| Manufacturing / LS / ER | Open | | No suitable open positions | 21-Jun-16 |
| Manufacturing / LS / ER | Open | | No suitable open positions | 17-Jun-16 |
| Enterprise Solutions | Open | | No suitable open positions | 27-Jun-16 |
| Enterprise Solutions | Open | | No suitable open positions | 20-Jun-16 |
| Enterprise Solutions | Open | | No suitable open positions | 16-Jun-16 |
| Retail & TTH | Open | | No suitable open positions | 20-Jun-16 |
| Retail & TTH | Open | | No suitable open positions | 16-Jun-16 |
| BFS NA & EUC / FS | Open | | No suitable open positions | 27-Jun-16 |
| BFS NA & EUC / FS | Open | | No suitable open positions | 20-Jun-16 |
| BFS NA & EUC / FS | Open | | No suitable open positions | 16-Jun-16 |
| IT IS | Open | | No suitable open positions | 27-Jun-16 |
| IT IS | Open | | No suitable open positions | 20-Jun-16 |
| IT IS | Open | | No suitable open positions | 17-Jun-16 |
| ▇ - Technology BU - Hi-Tech - CMI - Utilities | Open | | No suitable open positions | 7-Jul-16 |
| ▇ | LA | | Not suitable | 20-Jun-16 |
| **Can the associate be reskills and deployed for existing open requirements?** | No - Please specify the reason | | No, as client expectation is experienced and not mere trained associates | |
| **Last date of allocation in the system** | 31-May-16 | | | |
| **Number of Days the associate has been Unallocated** | 37 Days | | | |
| **Summary by RMG if there is a request for Terminate of the associate** | Currently we don't have any suitable requirements open for Steve | | | |
| **Comments if Any** | NA | | | |