# Exhibit 15

# MUTUAL AGREEMENT TO ARBITRATE DISPUTES

TCS (referred to below as "the Company"), encourages open communication, but we recognize that disputes or disagreements may arise in any employment relationship that may not be capable of informal resolution.  Accordingly, both the Company and you voluntarily agree that any claim, dispute, or controversy arising out of or relating to your employment with the Company or the separation of that employment shall be submitted to final and binding arbitration in accordance with the terms of this Mutual Agreement to Arbitrate Disputes.

Examples of claims, disputes or controversies that must be resolved through the process set forth in this agreement rather than in court, include, but are not limited to, claims for alleged embezzlement, conversion, disclosure of trade secrets, or breach of confidentiality agreement; wage and benefit claims; contract claims; personal injury claims; claims for equitable relief; tort claims, such as claims for wrongful termination and defamation; discrimination and harassment claims, including, without limitation, those brought under Title VII of the Civil Rights Act, the Age Discrimination in Employment Act, the American with Disabilities Act, the California Family Rights Act, the Fair Labor Standards Act, the California Labor Code, the California Fair Employment and Housing Act, the Family Medical Leave Act; and any other employment-related claims of any type unless otherwise specifically excluded below.  This agreement applies to all claims that the Company may have against you, as well as all claims that you may have against the Company, including any of the Company's parents, subsidiaires, affiliates, successors, assigns, owners, directors, officers, shareholders, employees, managers, members, and agents.

You and the Company agree that this agreement to arbitrate and any arbitration under this agreement shall be governed by the Federal Arbitration Act ("FAA") and California Code of Civil Procedure sections 1280, et seq. (including without limitation section 1283.05 and its mandatory and permissive rights to discovery).  The arbitration process shall be administered by JAMS pursuant to its Employment Arbitration Rules & Procedures in effect at the time the dispute is submitted.  The JAMS Rules are available from _____ and may also be obtained online free of charge at http://www.jamsadr.com/rules-employment-arbitration/.  The arbitration proceedings will be held before a single, neutral arbitrator in the State of California, County of Los Angeles.  The fees of the arbitrator and all other costs that are unique to the arbitration process shall be paid by the Company to the extent required by law.  Otherwise, each party shall be solely responsible for paying his/her/its own costs for the arbitration, including but not limited to attorneys' fees.  However, if either party prevails on a claim which affords the prevailing party attorneys' fees pursuant to law, statute, or contract, the arbitrator may award reasonable attorneys' fees to the prevailing party.

The arbitrator shall have the authority to award any individual damages or relief authorized by law.  The arbitrator shall apply the laws of the jurisdiction in which the arbitration is conducted.  The award of the arbitrator shall be in writing and shall contain the arbitrator's factual findings, legal conclusions and reasons for the award.  The award may be entered as a judgment in any court with jurisdiction over either you or the Company.  The arbitrator's award is final and binding.

Claims must be submitted to JAMS for arbitration in accordance with the JAMS Rules for commencing an arbitration, and within the applicable statute of limitations. Except as may be required by law, no party or arbitrator may disclose the existence, content or result of any arbitration hereunder without the prior written consent of both parties.

The following actions shall not be subject to mandatory arbitration pursuant to this Mutual Agreement to Arbitrate Disputes: (i) claims for workers' compensation benefits; (ii) claims for unemployment insurance compensation benefits; and (iii) to the extent required by law, administrative claims or charges before applicable federal and state administrative agencies (such as the Equal Employment Opportunity Commission or comparable state agency, and any unfair labor charge which is to be brought under the National Labor Relations Act). You and the Company further agree that claims must be brought in each party's individual capacity, and that the arbitrator may not consolidate more than one person's/entity's claims, and may not otherwise preside over any form of a representative or class proceeding.

Should any provision of this Mutual Agreement to Arbitrate Disputes be deemed unenforceable or invalid, such provision shall be severed and the remainder of this agreement shall be enforceable to the fullest extent of the law.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I have read the foregoing Mutual Agreement to Arbitrate Disputes, understand it and agree to abide by its terms.

Date: _____   Date: _____

Employee Signature   Company Representative

Title: _____

Print Employee Name

# MUTUAL AGREEMENT TO ARBITRATE CLAIMS

I recognize that disputes may arise between Tata Consultancy Service Ltd. ("the Company") and me during or following my employment with the Company, and that those differences may or may not be related to my employment. I understand and agree that by entering into this Mutual Agreement to Arbitrate Claims ("Agreement"), I anticipate gaining the benefits of a speedy, impartial, final and binding dispute-resolution procedure.

Except as provided in this Agreement, the Federal Arbitration Act shall govern the interpretation, enforcement and all proceedings pursuant to this Agreement. To the extent that the Federal Arbitration Act is inapplicable, or held not to require arbitration of a particular claim or claims, the arbitration law of the state in which I work or last worked for the Company shall apply. I understand and agree that the Company is engaged in transactions involving interstate commerce. The arbitration shall take place in the County in which I am or was last employed by the Company.

<u>Claims Covered by the Agreement</u>: The Company and I mutually consent to the resolution by arbitration of all claims or controversies ("claims"), past, present or future, whether or not arising out of my employment (or its termination), that the Company may have against me or that I may have against any of the following (1) the Company, (2) its officers, directors, employees or agents in their capacity as such or otherwise, (3) the Company's parent, subsidiary and affiliated entities, (4) the Company's benefit plans or the plans' sponsors, fiduciaries, administrators, affiliates and agents, and/or (5) all successors and assigns of any of them.

The only claims that are arbitrable are those disputes that may be resolved under applicable federal, state or local law. Arbitrable claims include, but are not limited to: claims for wages or other compensation due; claims for breach of any contract or covenant (express or implied); tort claims; claims for discrimination (including, but not limited to, race, sex, sexual orientation, religion, national origin, age, marital status, physical or mental disability or handicap, or medical condition); claims for benefits (except claims under an employee benefit or pension plan that either (1) specifies that its claims procedure shall culminate in an arbitration procedure different from this one, or (2) is underwritten by a commercial insurer which decides claims); and claims for violation of any federal, state, or other governmental law, statute, regulation, or ordinance, except claims excluded in the section of this Agreement entitled "Claims Not Covered By The Agreement." Employees may learn more about their legal rights by visiting websites hosted by federal and state governmental agencies. Current links to some of these federal websites are listed below, although they are subject to change by the hosting agencies: www.dol.gov; www.dol.gov/compliance/laws/comp-flsa.htm; www.dol.gov/dol/topic/wages/index.htm; and www.eeoc.gov/.

The Company and I agree that neither of us shall initiate or prosecute any lawsuit or administrative action in any way related to any claim covered by this Agreement, except that this Agreement does not prohibit the filing of the following: (1) a court action for temporary equitable relief in aid of arbitration, (2) an administrative charge to any state or local fair employment practices agency, (3) an administrative charge to the National Labor Relations Board, (4) an agency charge or complaint to exhaust an administrative remedy, or (5) any other charge filed with or communication to a federal, state or local government office, official or agency.

<u>Claims Not Covered by the Agreement</u>: Claims for workers' compensation or unemployment

compensation benefits are not covered by this Agreement.  To the maximum extent permitted by law, I hereby waive any right to bring on behalf of persons other than myself, or to otherwise participate with other persons in, any purported class, collective, or representative action **(including but not limited to any representative action under the California Private Attorneys General Act ("PAGA"), or other federal, state or local statute or ordinance of similar effect)**.  I understand, however, that to the maximum extent permitted by law, I retain the right to bring claims in arbitration, **including PAGA claims**, for myself as an individual.  This Agreement does not cover any dispute in which both (i) I am represented by legal counsel, and (ii) counsel has asserted a claim on my behalf at the time this Agreement is made.

Arbitration Procedures:  The arbitration will be conducted under the Employment Arbitration Rules & Procedures of the American Arbitration Association ("AAA Rules") then in effect.  The AAA Rules are currently available at http://www.adr.org.  I understand that the Company will supply me with a copy of those rules upon my request.  The single neutral Arbitrator shall be either a retired judge, or an attorney who is experienced in employment law and licensed to practice law in the state in which the arbitration is convened (the "Arbitrator"), selected pursuant to AAA rules or by mutual agreement of the parties.

The Arbitrator shall have the authority to order such discovery by way of deposition, interrogatory, document production, or otherwise, as the arbitrator considers necessary to a full and fair exploration of the issues in dispute, consistent with the expedited nature of arbitration.  The Arbitrator shall have jurisdiction to hear and rule on pre-hearing disputes and is authorized to hold pre-hearing conferences by telephone or in person, as the Arbitrator deems advisable.  The Arbitrator shall have the authority to entertain a motion to dismiss and/or a motion for summary judgment by any party and shall apply the standards governing such motions under the Federal Rules of Civil Procedure.  The Arbitrator shall apply the substantive law (and the law of remedies, if applicable) of the state in which the claim arose, or federal law, or both, as applicable to the claim(s) asserted.  The Arbitrator is without jurisdiction to apply any different substantive law or law of remedies.  The Federal Rules of Evidence shall apply.  The arbitration shall be final and binding upon the parties, except as provided in this Agreement.  Either party upon its request shall be given leave to file a post-hearing brief.  The time for filing such a brief shall be set by the Arbitrator.  The Arbitrator shall render an award and written opinion in the form typically rendered in labor arbitrations no later than thirty (30) days from the date the arbitration hearing concludes or the post-hearing briefs (if requested) are received, whichever is later.  The opinion shall include the factual and legal basis for the award.  Should any party refuse or neglect to appear for, or participate in, the arbitration hearing, the Arbitrator shall have the authority to decide the dispute based upon whatever evidence is presented.

Arbitration Fees and Costs:  The Company will be responsible for paying any filing fee and the fees and costs of the Arbitrator; provided, however, that if I am the party initiating the claim, I will contribute an amount equal to the filing fee to initiate a claim in the court of general jurisdiction in the state in which I am (or was last) employed by the Company.  Each party shall pay in the first instance its own litigation costs and attorneys' fees, if any.  However, if any party prevails on a statutory claim which affords the prevailing party attorneys' fees and litigation costs, or if there is a written agreement providing for attorneys' fees and/or litigation costs, the Arbitrator shall rule upon a motion for attorneys' fees and/or litigation costs under the same standards a court would apply under the law applicable to the claim(s) at issue.

Reconsideration and Review:  The Arbitrator shall issue his decision in writing.  Either party shall have

the right, within twenty (20) days of issuance of the Arbitrator's decision, to file with the Arbitrator (and the Arbitrator shall have jurisdiction to consider and rule upon) a motion to reconsider (accompanied by a supporting brief), and the other party shall have twenty (20) days from the date of the motion to respond. The Arbitrator thereupon shall reconsider the issues raised by the motion and, promptly, either confirm or change the decision, which (except as provided by law) shall then be final and conclusive upon the parties. Either party may bring an action in any court of competent jurisdiction to compel arbitration under this Agreement and to enforce an arbitration award.

<u>Sole and Entire Agreement, Construction and Severability</u>: This is the complete agreement of the parties on the subject of arbitration of disputes (except for any arbitration agreement in connection with any pension or benefit plan). This Agreement supersedes any prior or contemporaneous oral or written understandings on the subject. If any provision of this Agreement is adjudged to be void or otherwise unenforceable, in whole or in part, such adjudication shall not affect the validity of the remainder of the Agreement. All other provisions shall remain in full force and effect

This Agreement to arbitrate shall survive the termination of my employment and the expiration of any benefit plan. It can only be revoked by a writing signed by both the Company's Chief Executive Officer and me, specifically stating an intent to revoke this Agreement.

**I UNDERSTAND THAT PROMISES BY THE COMPANY AND BY ME TO ARBITRATE DIFFERENCES, RATHER THAN LITIGATE THEM BEFORE COURTS OR OTHER BODIES, PROVIDE CONSIDERATION FOR EACH OTHER. I UNDERSTAND THAT BY SIGNING THIS AGREEMENT I AM GIVING UP MY RIGHT TO A JURY TRIAL.**

**I ACKNOWLEDGE THAT I HAVE CAREFULLY READ THIS AGREEMENT, THAT I UNDERSTAND ITS TERMS, THAT ALL UNDERSTANDINGS AND AGREEMENTS BETWEEN THE COMPANY AND ME RELATING TO THE SUBJECTS COVERED IN THE AGREEMENT ARE CONTAINED IN IT, AND THAT I HAVE ENTERED INTO THE AGREEMENT VOLUNTARILY AND NOT IN RELIANCE ON ANY PROMISES OR REPRESENTATIONS BY THE COMPANY OTHER THAN THOSE CONTAINED IN THIS AGREEMENT ITSELF.**

**BY SIGNING THIS AGREEMENT, THE PARTIES AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN THEIR INDIVIDUAL CAPACITIES AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS, REPRESENTATIVE OR COLLECTIVE PROCEEDING.**

| | | |
|---|---|---|
| Signature of Employee | Print Name of Employee | Date |