MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
LAURA A. WYTSMA (SBN 189527)
lwytsma@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone: 310.282.2000

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT<br><br>            Plaintiffs,<br><br>        v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>            Defendant. | Case No.:  4:15-cv-01696-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION**<br><br>Complaint Filed:    April 14, 2015 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

13319210.1
205625-10015

1

OPPOSITION TO ADMINISTRATIVE MOTION
Case No.: 4:15-cv-01696-YGR

Plaintiffs want additional time to "redo" their expert report.  As set forth in TCS' Daubert motion (ECF No. 125), that report was flawed from the start based on the limited scope of work given to plaintiffs' expert.   Plaintiffs also seek information never sought in any proper discovery request.  Questions about discovery productions are properly posed through interrogatories or depositions—not demands that trial counsel answer them in deposition.

Plaintiffs' Administrative Motion should be denied on procedural and substantive grounds. Procedurally, plaintiffs have failed to comply with this Court's standing order regarding discovery disputes.  Standing Order No. 8b requires the parties to file a joint letter brief of no more than four pages to seek relief regarding discovery matters.  Plaintiffs have consistently ignored this requirement, and their current administrative motion is the latest example.   For this reason alone, the Administrative Motion should be denied.

TCS has reminded plaintiffs of this requirement.   Because plaintiffs served a deposition notice for TCS' lead counsel (a fact omitted from plaintiffs' Administrative Motion), on March 26, 2016, TCS notified plaintiffs of its intention to bring a motion to quash and provided plaintiffs with its portion of a joint discovery letter.   Following a March 27, 2017, telephonic conference plaintiffs have now indicated that they are responding to TCS' letter, and will include the discovery issues raised in their Administrative Motion in that letter.  Accordingly, the matters raised in plaintiffs' Administrative Motion will soon be addressed in a joint letter in conformity with Standing Order No. 8b.  The Court should therefore deny plaintiffs' Administrative Motion as procedurally improper and moot.

Substantively, plaintiffs are wrong on the merits and misstate several facts, which, had they followed Standing Order No. 8b, TCS would have corrected.  First, plaintiffs state that Loeb & Loeb LLP represented Tata in *Epic Sys. Corp. v. Tata Consultancy Services* and ask the Court to make wholly unwarranted assumptions about the character of TCS and the Loeb attorneys working on this case based on discovery issues in *Epic*.  In point of fact, Loeb & Loeb LLP was not counsel for TCS in the *Epic* case (Loeb was involved in a TCS workplace investigation before the *Epic* lawsuit was filed).  Attached is the docket from the *Epic* matter showing that Kelley Drye and Warren LLP and Stafford Rosenbaum LLP were TCS' counsel of record.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

13319210.1
205625-10015

1

OPPOSITION TO ADMINISTRATIVE MOTION
CASE NO. 4:15-cv-01696-YGR

Second, plaintiffs claim that TCS waited to produce its active and separated employee list until January 17 and 19, 2017.   But earlier versions of the active and separated employee list were produced in response to plaintiffs' interrogatories, on or about October 30, 2015.   Clearly plaintiffs knew that the number of separated employees during the class period would grow over time, and the composition of the active employees would also change.

Third, plaintiffs argue that their declarant Dwight Giovanni "testified [in his deposition by TCS] to the existence of a data field entry made when employees are placed in unproductive status, referred to as being 'benched.'   This was the first plaintiffs had heard of any benching code. . . ."   (Admin Mot. at 3:6-8.)  It is perplexing why plaintiffs would wait until now to raise Mr. Giovanni's belief regarding the existence of a benching code.   Plaintiffs should not complain that TCS' depositions were more informative than plaintiffs interviews of their own witnesses (or clients).  Of course, TCS previously provided a database to plaintiffs indicating which employees were benched, and when.  The relevance of Mr. Giovanni's testimony is unclear at best, and TCS is working to determine what he meant.

Finally, plaintiffs complain about not receiving responses to certain email inquiries.  TCS does not believe it should be forced to answer substantive email questions about how data should be interpreted with shorter notice than would be permitted under the Federal Rules of Civil Procedure.  In addition to interrogatories, plaintiffs also could have served additional Fed.R.Civ.P. 30(b)6 deposition notices to seek answers from TCS witnesses, and not TCS counsel.

TCS believes the Court should wait until the parties have submitted their joint letter before resolving any discovery dispute.   As of the filing of this response, TCS has not received a written draft from plaintiffs in response to TCS' portion of the letter brief.

Dated:    March 27, 2017                  Respectfully submitted,

LOEB & LOEB LLP


By: /s/ Patrick N. Downes
      Patrick N. Downes
      Attorneys for Defendant
      Tata Consultancy Services, Ltd.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

13319210.1
205625-10015

2

OPPOSITION TO ADMINISTRATIVE MOTION
CASE NO. 4:15-cv-01696-YGR

1

**CERTIFICATE OF SERVICE**

2        I certify that a true and correct copy of the foregoing was served on all counsel of

3 record by electronic service through the Clerk of the Court's CM/ECF filing system on

4 March 27, 2017.

5 Dated:  March 27, 2017          */s/ Michelle M. La Mar*_____

6                        Michelle M. La Mar

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ATTACHMENT

PROTECTIVE_ORDER,UA

# U.S. District Court
## Western District of Wisconsin (Madison)
## CIVIL DOCKET FOR CASE #: 3:14-cv-00748-wmc

| | |
|---|---|
| Epic Systems Corporation v. Tata Consultancy Services Limited et al | Date Filed: 10/31/2014 |
| Assigned to: District Judge William M. Conley | Jury Demand: Both |
| Referred to: Magistrate Judge Stephen L. Crocker | Nature of Suit: 890 Other Statutory Actions |
| Cause: 18:1030 Computer Fraud and Abuse Act | Jurisdiction: Federal Question |

**<u>Plaintiff</u>**

**Epic Systems Corporation**              represented by  **Anthony A. Tomaselli**
Quarles & Brady LLP
33 East Main Street, Suite 900
Madison, WI 53701
(608) 283-2491
Fax: (608) 251-9166
Email: aat@quarles.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brent L. Caslin**
Jenner & Block
633 W. 5th Street
Suite 3600
Los Angeles, CA 90071
213-239-5100
Email: bcaslin@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie Shepard**
Jenner & Block LLP
633 West 5th Street
Suite 3600
Los Angeles, CA 90071
213-239-2207
Email: jshepard@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kate T. Spelman**
Jenner & Block
633 W. 5th Street
Suite 3600
Los Angeles, CA 90071
213-239-5100
Email: Kspelman@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristin Graham Noel**
Quarles & Brady LLP
33 East Main Street, Suite 900
Madison, WI 53701
608-251-5000
Fax: 608-294-4919
Email: kgn@quarles.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martha Jahn Snyder**
Quarles & Brady
P.O. Box 2113
33 East Main St, Ste 900
Madison, WI 53701
608-283-2429
Fax: 608-251-5000
Email: mjahn@quarles.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nick G. Saros**
Jenner & Block
633 W. 5th Street
Suite 3600
Los Angeles, CA 90071
213-239-5100
Email: nsaros@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stacy Ann Alexejun**
Quarles & Brady
P.O. Box 2113
33 East Main St, Ste 900
Madison, WI 53701
608-251-5000
Fax: 608-294-4942
Email: stacy.alexejun@quarles.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anita Marie Boor**
Quarles & Brady
P.O. Box 2113
33 East Main St, Ste 900
Madison, WI 53701
608-251-5000
Email: anita.boor@quarles.com
*ATTORNEY TO BE NOTICED*

**AnnaMarie A. Van Hoesen**
Jenner & Block LLP

633 West 5th Street
Suite 3600
Los Angeles, CA 90071
213-239-5100 x5176
Fax: 213-239-5186
Email: avanhoesen@jenner.com
*ATTORNEY TO BE NOTICED*

**Kelly M. Morrison**
Jenner & Block, LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
202 639-6000
Fax: 202 639-6066
Email: kmorrison@jenner.com
*ATTORNEY TO BE NOTICED*

**Rick L. Richmond**
Jenner & Block
633 W. 5th Street
Suite 3600
Los Angeles, CA 90071
213-239-5100
Email: rrichmond@jenner.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Tata Consultancy Services Limited**     represented by  **Barbara A. Neider**
Stafford Rosenbaum LLP
222 West Washington Ave, Ste. 900
P.O. Box 1784
Madison, WI 53701
608-259-2615
Fax: 608-259-2600
Email: bneider@staffordlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David W. Long**
Kelley Drye & Warren LLP
3050 K St NW
Suite 400
Washington, DC 20007
202-342-8580
Fax: 202-342-8451
Email: dlong@kelleydrye.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alina Cristina Mejer**

Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10178
212-808-7800 x5121
Fax: 212-808-7897
Email: amejer@kelleydrye.com
*TERMINATED: 12/21/2016*

**Alison Leigh MacGregor**
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
212-808-7891
Fax: 212-808-7897
Email: amacgregor@kelleydrye.com
*TERMINATED: 01/06/2017*

**August Theodore Horvath**
Kelley Drye & Warren
101 Park Avenue
New York, NY 10178
212-808-7528
Fax: 212-808-7897
Email: ahorvath@kelleydrye.com
*ATTORNEY TO BE NOTICED*

**Kristina M Allen**
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
212-808-7528
Fax: 212-808-7897
Email: kallen@kelleydrye.com
*ATTORNEY TO BE NOTICED*

**Meg Vergeront**
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison, WI 53703-1784
(608) 259-2663
Fax: (608) 259-2600
Email: mvergeront@staffordlaw.com
*ATTORNEY TO BE NOTICED*

**Melissa Errine Byroade**
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10178
212-808-7772
Fax: 212-808-7897
Email: mbyroade@kelleydrye.com
*ATTORNEY TO BE NOTICED*

**Paul F Doyle**
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10178
212-808-7786
Fax: 212-808-7897
Email: pdoyle@kelleydrye.com
*ATTORNEY TO BE NOTICED*

**Philip David Robben**
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10178
212-808-7800
Fax: 212-808-7897
Email: probben@kelleydrye.com
*ATTORNEY TO BE NOTICED*

**Talat Ansari**
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10178
212-808-7605
Fax: 212-808-7897
Email: tansari@kelleydrye.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tata America International Corporation**        represented by   **Barbara A. Neider**
*d/b/a TCA America*                                               (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **David W. Long**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Alina Cristina Mejer**
                                                                 (See above for address)
                                                                 *TERMINATED: 12/21/2016*

                                                                 **Alison Leigh MacGregor**
                                                                 (See above for address)
                                                                 *TERMINATED: 01/06/2017*

                                                                 **August Theodore Horvath**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Kristina M Allen**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Meg Vergeront**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa Errine Byroade**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul F Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip David Robben**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Talat Ansari**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Stroz Friedberg, LLC**              represented by **John S. Skilton**
Perkins Coie LLP
One East Main Street, Suite 201
Madison, WI 53703-5118
608-663-7460x7474
Fax: 608-663-7499
Email: JSkilton@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Tata Consultancy Services Limited**   represented by **Barbara A. Neider**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David W. Long**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alina Cristina Mejer**
(See above for address)
*TERMINATED: 12/21/2016*

**Alison Leigh MacGregor**
(See above for address)
*TERMINATED: 01/06/2017*

**August Theodore Horvath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristina M Allen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Meg Vergeront**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa Errine Byroade**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul F Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip David Robben**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Counter Claimant**</u>

**Tata America International Corporation**
*d/b/a TCA America*

represented by **Barbara A. Neider**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David W. Long**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alina Cristina Mejer**
(See above for address)
*TERMINATED: 12/21/2016*

**Alison Leigh MacGregor**
(See above for address)
*TERMINATED: 01/06/2017*

**Kristina M Allen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Meg Vergeront**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa Errine Byroade**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul F Doyle**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Philip David Robben**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Epic Systems Corporation**                    represented by   **Anthony A. Tomaselli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brent L. Caslin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kate T. Spelman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristin Graham Noel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martha Jahn Snyder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nick G. Saros**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stacy Ann Alexejun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly M. Morrison**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rick L. Richmond**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/31/2014 | 1 | COMPLAINT against Tata America International Corporation, Tata Consultancy Services Limited. (Filing fee $400, receipt number 0758-1438584) filed by Epic Systems Corporation. (Attachments:<br># 1 JS-44 Civil Cover Sheet,<br># 2 Summons - Tata Consultancy Services Ltd. - New York,<br># 3 Summons - Tata Consultancy Services Ltd. - California,<br># 4 Summons - Tata America International Corp.) (Tomaselli, Anthony) (Entered: 10/31/2014) |
| 10/31/2014 | 2 | Corporate Disclosure Statement by Plaintiff Epic Systems Corporation. (Tomaselli, Anthony) (Entered: 10/31/2014) |
| 11/03/2014 | | Case randomly assigned to Magistrate Judge Stephen L. Crocker. (arw) (Entered: 11/03/2014) |
| 11/03/2014 | | Standard attachments for Magistrate Judge Stephen L. Crocker required to be served on all parties with summons or waiver of service: Corporate Disclosure Statement, Order Regarding Assignment of Civil Cases, Notice of Assignment to Magistrate Judge and Consent/Request for Reassignment, Order on Dispositive Motions. (arw) (Entered: 11/03/2014) |
| 11/03/2014 | 3 | Summons Issued as to Tata America International Corporation, Tata Consultancy Services Limited. (Attachments:<br># 1 Summons - Tata Consultancy Services Ltd. - California,<br># 2 Summons - Tata America International Corp.) (arw) (Entered: 11/03/2014) |
| 11/06/2014 | 4 | Disregard. See 5 - 10 . Modified on 11/7/2014. (lak) (Entered: 11/06/2014) |
| 11/07/2014 | 5 | Motion to Expedite *Discovery* by Plaintiff Epic Systems Corporation. Response due 11/14/2014. (Saros, Nick) (Entered: 11/07/2014) |
| 11/07/2014 | 6 | Brief in Support of 5 Motion to Expedite *Discovery* by Plaintiff Epic Systems Corporation. (Saros, Nick) (Entered: 11/07/2014) |
| 11/07/2014 | 7 | Declaration of Nick G. Saros filed by Plaintiff Epic Systems Corporation re: 5 Motion to Expedite (Attachments:<br># 1 Exhibit A - Epic webpage,<br># 2 Exhibit B - Fast Facts about Kaiser Permanente,<br># 3 Exhibit C - Tata Consultancy Services webpage,<br># 4 Exhibit D - TCS Subsidiaries webpage,<br># 5 Exhibit E - New York Department of State webpages,<br># 6 Exhibit F - TCS America webpage,<br># 7 Exhibit G - Med Mantra webpage,<br># 8 Exhibit H - 2005 Standard Consultant Agreement,<br># 9 Exhibit I - IPAdress.com webpage,<br># 10 Exhibit J - Phillipe Guionnet's LinkedIn webpage,<br># 11 Exhibit K - Proposed document requests to TCS,<br># 12 Exhibit L - Proposed subpoena to Phillipe Guionnet) (Saros, Nick) (Entered: 11/07/2014) |
| 11/07/2014 | 8 | Declaration of Stirling Martin filed by Plaintiff Epic Systems Corporation re: 5 Motion to Expedite. (Saros, Nick) (Entered: 11/07/2014) |
| 11/07/2014 | 9 | Declaration of David P. MacLeod filed by Plaintiff Epic Systems Corporation re: 5 Motion to Expedite. (Saros, Nick) (Entered: 11/07/2014) |