| | |
|---|---|
| 1 | MICHELLE M. LA MAR (SBN 163038) |
|   | mlamar@loeb.com |
| 2 | PATRICK N. DOWNES (SBN 186461) |
|   | pdownes@loeb.com |
| 3 | LAURA A. WYTSMA (SBN 189527) |
|   | lwytsma@loeb.com |
| 4 | ERIN M. SMITH (SBN 235039) |
|   | esmith@loeb.com |
| 5 | LOEB & LOEB LLP |
|   | 10100 Santa Monica Blvd., Suite 2200 |
| 6 | Los Angeles, CA  90067 |
|   | Telephone: 310.282.2000 |
| 7 | Facsimile: 310.282.2200 |

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT, | Case No.: 4:15-cv-01696-YGR |
| Plaintiffs, | Assigned to Hon. Yvonne Gonzalez Rogers |
| v. | **NOTICE OF SUBMISSION OF COURTESY COPY OF ELECTRONIC BRIEF WITH HYPERLINKS TO CHAMBERS** |
| TATA CONSULTANCY SERVICES, LTD., | Date:  May 16, 2017 |
| Defendant. | Time:  2:00 p.m. |
|   | Loc.:  Courtroom 1, 4th Flr., Oakland |
|   | Complaint Filed:   April 14, 2015 |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

NOTICE OF SUBMISSION OF E-BRIEF
CASE NO. 4:15-cv-01696-YGR

**PLEASE TAKE NOTICE** that pursuant to Judge Rogers' Standing Order in Civil Cases, updated February 24, 2017, Defendant intends to submit to Chambers its (i) Opposition to the Motion for Class Certification along with all evidence cited in support thereof [Docket No. 127.], and its (ii) Motion to Exclude Expert Testimony of David Neumark along with all evidence cited in support thereof [Docket No. 125.], in an electronic format with hyperlinks.

Dated:   March  28, 2017
                                   LOEB & LOEB LLP
                                   MICHELLE M. LA MAR
                                   LAURA A. WYTSMA
                                   PATRICK N. DOWNES
                                   ERIN M. SMITH

                                   By:  /s/ *Erin M. Smith*
                                         Erin M. Smith
                                         Attorneys for Defendant
                                         TATA CONSULTANCY SERVICES, LTD

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

2

NOTICE OF SUBMISSION OF E-BRIEF
CASE No. 4:15-cv-01696-YGR

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing: Notice of Submission was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system on March 28, 2017.

Dated: March 28, 2017          /s/ *Erin M. Smith*
                               Erin M. Smith

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

3

NOTICE OF SUBMISSION OF E-BRIEF
CASE NO. 4:15-cv-01696-YGR