United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **STEVEN HELDT, ET AL.,**<br>　　　　Plaintiffs,<br>　vs.<br>**TATA CONSULTANCY SERVICES, LTD,**<br>　　　　Defendant. | CASE NO. 15-cv-01696-YGR<br><br>**ORDER REFERRING DISCOVERY DISPUTE TO MAGISTRATE JUDGE SALLIE KIM**<br><br>Re: Dkt. Nos. 146, 157 |

The Court has received the parties' filings on plaintiffs' administrative motion raising several discovery disputes that may have bearing on plaintiffs' class certification reply brief due on April 10, 2017. (Dkt. Nos. 146, 156, and 157.) Given the urgency of plaintiffs' request and the Court's upcoming lack of availability, such discovery disputes are **REFERRED** to Magistrate Judge Sallie Kim for resolution. Magistrate Judge Kim shall also provide her recommendation to this Court as to whether any modifications to the briefing schedule on plaintiffs' motion for class certification will be necessary in light of her resolution of these disputes.

**IT IS SO ORDERED.**

Dated: March 29, 2017

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**

CC: MAGREF EMAIL; MAGISTRATE JUDGE SALLIE KIM