UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BUCHANAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD,<br><br>    Defendant. | Case No. 15-cv-01696-YGR   (SK)<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE**<br><br>Regarding Docket Nos. 146, 156 and 157 |

    This matter has been referred to this Court for adjudication. The parties are ordered to appear for a hearing before this Court on April 6, 2017 at 9:00 a.m.

    Plaintiffs, the moving parties, may submit a supplemental brief, not to exceed 5 pages, and supporting documents in the form of a declaration and exhibits, by March 31, 2017.

    Defendant may submit a supplemental brief, not to exceed 5 pages, and supporting documents in the form of a declaration and exhibits, by April 4, 2017.

    Parties are encouraged to submit brief declarations and exhibits.

    In particular, the Court wishes the parties to address the following questions:

(1) Authority that supports Plaintiffs' position that Defendant is required to answer questions, as discussed in their Administrative Motion for Telephonic Case Management Conference. (Dkt. 146 at 3.)

(2) The reason that Plaintiffs are seeking this discovery relief at this late date, given that the Court set the briefing schedule long ago and continued the briefing schedule several times.

(3) Authority that supports Plaintiffs' request for a third party to gather and secure data from Defendant.

(4) The sources of discovery requests that underlie Plaintiffs' motion, i.e., the actual request for production of documents, or interrogatory, or Rule 30(b)(6) deposition notice.

**IT IS SO ORDERED**.

Dated: March 29, 2017



_____
SALLIE KIM
United States Magistrate Judge

2