MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
LAURA A. WYTSMA (SBN 189527)
lwytsma@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>Assigned to Hon. Yvonne Gonzalez Rogers<br><br>**NOTICE OF SUBMISSION OF COURTESY COPY OF ELECTRONIC BRIEF WITH HYPERLINKS TO CHAMBERS**<br><br>Date:  May 16, 2017<br>Time:  2:00 p.m.<br>Loc.:  Courtroom 1, 4th Flr., Oakland<br><br>Complaint Filed:  April 14, 2015 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

NOTICE OF SUBMISSION OF E-BRIEF
CASE NO. 4:15-cv-01696-YGR

**PLEASE TAKE NOTICE** that pursuant to Judge Gonzalez Rogers' Standing Order in Civil Cases, updated February 24, 2017, Defendant intends to submit to Chambers its (i) Motion for Summary Judgment along with all evidence cited in support thereof [Docket Nos. 105-108.], and its (ii) Reply in Support of Motion for Summary Judgment along with all evidence cited in support thereof [Docket Nos. 150-155.], in an electronic format with hyperlinks.

Dated:   April 3, 2017

LOEB & LOEB LLP
MICHELLE M. LA MAR
LAURA A. WYTSMA
PATRICK N. DOWNES
ERIN M. SMITH

By: /s/ *Erin M. Smith*
Erin M. Smith
Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

2

NOTICE OF SUBMISSION OF E-BRIEF
Case No. 4:15-cv-01696-YGR

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing: Notice of Submission was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system on April 3, 2017.

Dated: April 3, 2017            /s/ *Erin M. Smith*
                                            Erin M. Smith

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

3

NOTICE OF SUBMISSION OF E-BRIEF
CASE NO. 4:15-cv-01696-YGR