Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
E-mail: dlow@kotchen.com;
E-mail: dkotchen@kotchen.com;
E-mail: mvk@kotchen.com

Attorneys for Buchanan, Slaight, Webber, Masoudi, and Mandili

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

STEVEN HELDT, BRIAN BUCHANAN, and
CHRISTOPHER SLAIGHT

Plaintiffs,

v.

TATA CONSULTANCY SERVICES, LTD.,

Defendant.

Case No.: 4:15-cv-01696-YGR

**CLASS ACTION**

**DECLARATION OF DANIEL KOTCHEN IN SUPPORT OF PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Complaint Filed: April 14, 2015

**DECLARATION OF DANIEL KOTCHEN IN SUPPORT OF PLAINTIFFS' UNOPPOSED ADMINISTRATION MOTION TO FILE UNDER SEAL**

I, Daniel Kotchen, hereby declare as follows, based on personal knowledge:

1. Plaintiffs seek to file portions of 12 exhibits accompanying Plaintiffs' Opposition to Defendant Tata Consultancy Services, Inc.'s ("Tata's") Motion to Exclude the Expert Testimony of David Neumark. Tata has designated information contained in Exhibits 4, 8, 13-16, 18-22, and 24 confidential pursuant to the Parties' Stipulated Protective Order (Dkt. #74, Dkt. #76), and has requested that the names and contact information of its clients, the names and contact information of its applicants and employees, salary information, dates of birth, and certain portions of its Resource Management Group Manual be redacted in Plaintiffs' public filing.
2. Plaintiffs seek to redact only those portions of the aforementioned exhibits that contain this information in their public filing. Plaintiffs seek to file an unredacted version of these documents under seal.
3. I declare under the penalty of perjury that the foregoing is true and correct.

Executed on April 3, 2017

/s/Daniel Kotchen
Daniel Kotchen

**CERTIFICATE OF SERVICE**

I hereby certify that this declaration and unredacted copies of all accompanying material was served on all counsel of record by email on the same day that it was filed.

Dated: April 3, 2017

/s/Daniel Kotchen
Daniel Kotchen