Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
E-mail: dlow@kotchen.com;
E-mail: dkotchen@kotchen.com;
E-mail: mvk@kotchen.com

Attorneys for Buchanan, Slaight,
Webber, Masoudi, and Mandili

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFFS' UNOPPSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Complaint Filed: April 14, 2015 |

# [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATION MOTION TO FILE UNDER SEAL

Having considered Plaintiffs' Unopposed Administrative Motion to File Under Seal a single exhibit accompanying Plaintiffs' Supplemental Discovery Brief, the Court finds that good cause exists to seal the information in question.

IT IS HEREBY ORDERED that Plaintiffs' Administration Motion to Seal is GRANTED. Accordingly, the following portions of Exhibit 10 may be redacted in Plaintiffs' public filing of the document, and Plaintiffs may file an unredacted version of the document under seal.

| Document | Portion(s) Filed Under Seal |
|---|---|
| Exhibit 10 | Page 3: Employee Names |
| | Page 4: Employee Names |
| | Page 6: Employee Names, Base Salaries, Bonuses |
| | Page 7: Employee Names |
| | Page 9: Candidate Names |
| | Page 12: Employee Names, Project Names, Customer Names |
| | Page 16: Employee Names |
| | Page 18: Employee Names, RMG Leads, Regional HR Managers, HR Partners, IOU Heads, Sub IOU Heads, Groups |
| | Page 19: Last Project Names, Last Project Customers, Last Project BRM/AM |
| | Page 20: Locations |
| | Page 22: Last Project RM/GLs, Last Deputy Owners, Last Owners, Last Supervisors, Last PLs |
| | Page 23: Future Project Names |
| | Page 24: Future Project Customers, Future Supervisors |
| | Page 25: Future PLs, Future Project Updated By |
| | Page 27: Phone Numbers |
| | Page 29: Employee Names, Regional HR Manager Names, HR Partner Names |
| | Page 30: Customer Names, Large Customer Names, RMs, BRMs, GLs, AMs |
| | Page 31: Project Owners, PLs, Project Names |
| | Page 32: Dates of Birth |
| | Page 33: Employee Supervisor Names, Email Addresses |

| | Page 38: Candidate Names, HR Group Customers, Hiring Manager's Email Addresses<br>Page 40: Employee Names, Basic, Bonus, and Expats (CS) Salary Information<br>Pages 42-50: Entire Document<br>Page 53-59: Entire Document |
|---|---|

IT IS SO ORDERED.

DATED: April 7, 2017

_____
UNITED STATES DISTRICT JUDGE