# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN BUCHANAN, ET AL.,**<br>Plaintiffs,<br>vs.<br>**TATA CONSULTANCY SERVICES, LTD,**<br>Defendant. | CASE NO. 15-cv-01696-YGR<br><br>**ORDER RESETTING HEARING AND BRIEFING DATES** |

The hearings on the motions for summary judgment, class certification, leave to file a Fourth Amended Complaint, and to exclude expert testimony of David Neumark, currently set for May 16, 2017, are **CONTINUED** to **July 25, 2017**, at 2:00 p.m. in Courtroom 1, Federal Courthouse, 1301 Clay Street, Oakland.

The briefing schedules are modified as follows:

Plaintiffs' reply to the class certification motion, currently due for April 10, 2017, is now due **June 15, 2017**;

Plaintiffs may submit a supplemental opposition to the motion for summary judgment no later than **June 15, 2017**; and

Defendant may submit a supplemental reply to the motion for summary judgment no later than **June 29, 2017**.

**IT IS SO ORDERED.**

Dated: April 7, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**