Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
E-mail:  dlow@kotchen.com;
E-mail:  dkotchen@kotchen.com;
E-mail:  mvk@kotchen.com
E-mail:  lgrunert@kotchen.com

Attorneys for Buchanan and Slaight

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING HEARING DATE OF MOTIONS SET TO BE HEARD ON JULY 25, 2017**<br><br>Complaint Filed: April 14, 2015 |

Pursuant to Local Rule 6-2, Plaintiffs Brian Buchanan and Christopher Slaight ("Plaintiffs") and Defendant Tata Consultancy Services, Ltd. ("Tata"), by and through their undersigned counsel, move to extend the existing July 25, 2017 hearing date on Plaintiffs' Motion for Class Certification and Leave to Amend Complaint and Tata's Motion for Summary Judgment and Motion to Exclude to August 22, 2017. This stipulation is based on the following facts and recitals:

1

1  WHEREAS, on April 7, 2017 Judge Gonzalez Rogers issued an Order continuing the hearing date on the motions for class certification, summary judgment, leave to file a Fourth Amended Complaint, and to exclude the expert testimony of David Neumark from May 16, 2017 to July 25, 2017. (Dkt. #175). The Order also extended Plaintiffs' deadline to file their class certification reply brief to June 15, 2017 and permitted Plaintiffs to file a supplemental opposition to Tata's Motion for Summary Judgment on or before June 15, with Tata's supplemental reply due no later than June 29. *Id.*

WHEREAS Daniel Kotchen, lead counsel for Plaintiffs, has a long-standing commitment on July 25 and will be out-of-the country on that date.

WHEREAS counsel for Plaintiffs immediately informed Tata of this conflict on April 10, 2017 and Tata's counsel agreed to an extension of the hearing date to accommodate Plaintiffs, provided that no changes were made to the current briefing schedule and provided the Court did not oppose Plaintiffs' request.

WHEREAS the Court has granted a number of time modifications in this case. On April 28, 2016, the Court granted in part the Parties' Renewed Joint Motion to Extend the Scheduling Order, resetting the class certification and summary judgment deadlines. (Dkt. #83). Further, on November 3, 2016, the Court extended by stipulation all pretrial deadlines by approximately two months to allow the Parties to pursue mediation. (Dkt. #92). The Court later extended by motion Tata's deadline to file its opposition to Plaintiffs' Motion for Class Certification and Plaintiffs' reply deadline in light of a family emergency. (Dkt. #119). Most recently, the Court extended Plaintiffs' class certification reply deadline to June 15, 2017, set additional summary judgment briefing deadlines, and continued the hearing date on all motions currently set for May 16, 2017 to July 25, 2017. (Dkt. #175).

WHEREAS the requested modification will not alter any future deadlines in this case, as discovery is ongoing and a hearing date has not yet been set by the Court.

2

STIPULATION AND [PROPOSED] ORDER EXTENDING HEARING DATE OF MOTIONS SET TO BE HEARD ON JULY 25, 2017 -  CASE NO. 4:15-CV-01696-YGR

WHEREAS Counsel has not submitted an accompanying declaration as the information contained in the declaration would be duplicative of the information contained in the stipulation.

For the foregoing reasons, the Parties respectfully request that the Court enter into the accompanying proposed order and extend the existing hearing date to August 22, 2017.

Dated: April 13, 2017

Respectfully submitted,

By: /s/Daniel Kotchen
Daniel Kotchen (*pro hac vice*)
Daniel Low, SBN 218387
Michael von Klemperer (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
KOTCHEN & LOW LLP

Attorneys for Buchanan and Slaight

Dated: April 13, 2017

By: /s/Michelle La Mar
Michelle M. La Mar
Laura A. Wytsma
Patrick N. Downes
Erin M. Smith
LOEB & LOEB

Attorneys for Defendant Tata Consultancy Services, Ltd.

3

STIPULATION AND [PROPOSED] ORDER EXTENDING HEARING DATE OF MOTIONS SET TO BE HEARD ON JULY 25, 2017 -  CASE NO. 4:15-CV-01696-YGR

**[PROPOSED] ORDER**

WHEREFORE, as stipulated and agreed to by the Parties, the hearing date on the Parties' motions, currently set for July 25, 2017, is hereby extended to August 22, 2017.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: _____    _____
                                                                  UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER EXTENDING HEARING DATE OF MOTIONS SET TO BE HEARD ON JULY 25, 2017 -  Case No. 4:15-cv-01696-YGR