UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, AND CHRISTOPHER SLAIGHT<br><br>Plaintiffs,<br><br>vs.<br><br>TATA CONSULTANCY SERVICES, LTD,<br><br>Defendant. | Case No.: 15-CV-1696 YGR<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

The Court has reviewed Magistrate Judge Kim's Report and Recommendation recommending plaintiffs' discovery requests. (Dkt. No. 174). No party has filed an objection to the Report. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect, including the changes to the briefing schedule.

This Order terminates Docket Number 174.

**IT IS SO ORDERED.**

Date: April 25, 2017

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE