Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
E-mail: dlow@kotchen.com;
E-mail: dkotchen@kotchen.com;
E-mail: mvk@kotchen.com

Attorneys for Buchanan and Slaight

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DANIEL KOTCHEN IN SUPPORT OF THE PARTIES' JOINT LETTER BRIEF**<br><br>Complaint Filed: April 14, 2015 |

**DECLARATION OF DANIEL KOTCHEN IN SUPPORT OF THE PARTIES' JOINT LETTER BRIEF**

I, Daniel Kotchen, hereby declare as follows, based on personal knowledge:

1. I am an attorney licensed to practice law in the District of Columbia and the state of Wisconsin. I am a partner with Kotchen & Low LLP and represent Plaintiffs Brian Buchanan and Christopher Slaight ("Plaintiffs") in the above-referenced action.
2. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiffs' Notice of Rule 30(b)(6) Deposition, served on April 12, 2017.
3. Attached hereto as Exhibit 2 is a true and correct copy a letter sent from Tata to Plaintiffs on April 14, 2017.
4. Attached hereto as Exhibit 3 are true and correct excerpts from the hearing transcript, which took place on April 6, 2017 before Magistrate Judge Sallie Kim.
5. Attached hereto as Exhibit 4 are true and correct excerpts from the Rule 30(b)(6) deposition transcript of Balaji Ganapathy, which took place on January 25, 2017.
6. Attached hereto as Exhibit 5 are true and correct excerpts from the deposition transcript of George Edward Anderson, which took place on March 31, 2017.
7. Attached hereto as Exhibit 6 is a true and correct copy of Judge Kim's April 7, 2017 Order Regarding Discovery and Report and Recommendation.
8. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on April 27, 2017

/s/Daniel Kotchen
Daniel Kotchen

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system.

Dated: April 27, 2017

/s/Daniel Kotchen
Daniel Kotchen