UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BUCHANAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TATA CONSULTANCY SERVICES, LTD,<br><br>　　　　　Defendant. | Case No.  15-cv-01696-YGR   (SK)<br><br>**ORDER REGARDING JOINT LETTER BRIEF**<br><br>Regarding Docket Nos. 185, 186, 187 |

Before the Court is the parties' joint letter brief regarding a notice of Rule 30(b)(6) deposition issued by Plaintiffs to Defendant. (Dkts. 186-2 and 187-1.)

The motion to quash the deposition is GRANTED. Plaintiffs may only take the Rule 30(b)(6) deposition of Defendant as ordered by this Court on April 7, 2017. (Dkt. 174.)

**IT IS SO ORDERED**.

Dated: May 2, 2017



SALLIE KIM
United States Magistrate Judge