Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
E-mail:  dlow@kotchen.com;
E-mail:  dkotchen@kotchen.com;
E-mail:  mvk@kotchen.com
E-mail:  lgrunert@kotchen.com

Attorneys for Plaintiffs Buchanan and Slaight

MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
LAURA A. WYTSMA (SBN 189527)
lwytsma@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
**LOEB & LOEB LLP**
1011 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorney for Defendant
TATA CONSULTANCY SERVICES, LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>**STIPULATION TO EXTEND DEPOSITION AND REPLY BRIEF DEADLINES; ORDER EXTENDING DEADLINES** |

**STIPULATION**

Pursuant to this Court's April 25, 2017 Order (Dkt. # 184), adopting the Magistrate's April 7, 2017, Report and Recommendation (Dkt. # 174) and Local Rule 6-2, Plaintiffs Brian Buchanan and Christopher Slaight ("Plaintiffs") and Defendant Tata Consultancy Services, Ltd. ("TCS") (collectively "Parties") respectfully stipulate to extend the May 8, 2017 Rule 30(b)(6) deadline to May 15, 2017.

The reason for this stipulation is that TCS' primary deponent must travel from Canada and therefore requires a United States visa, which is still being processed. As a result, that witness cannot appear in the United States for a deposition until May 15, 2017.

In light of this one week delay, the Parties also stipulate that their remaining briefing be continued one week. Accordingly, Plaintiffs' reply brief in support of their motion for class certification shall be due by June 22, 2017, instead of June 15, 2017. Plaintiffs' supplemental brief opposing TCS' summary judgment motion would also be due by June 22, 2017 instead of June 15, 2017. Lastly, TCS' supplemental brief in support of its motion for summary judgment would be due by July 6, 2017, instead of June 29, 2017.

These matters are set to be heard on August 22, 2017 (Dkt. # 182), and there is no request to change the hearing date. As such, the stipulated modifications would have no effect on this date, or otherwise impact the case schedule.

Dated: May 8, 2017

By: /s/ Daniel Kotchen
Daniel Low (SBN 218387)
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
KOTCHEN & LOW LLP

*Attorneys for Plaintiffs Buchanan and Slaight*

1
STIPULATION TO EXTEND DEPOSITION AND REPLY BRIEF DEADLINES
CASE NO. 4:15-CV-01696-YGR

13425993.1
205625-10015

Dated: May 8, 2017                    By: /s/ Erin M. Smith
                                          Michelle M. La Mar
                                          Patrick N. Downes
                                          Erin M. Smith
                                          LOEB & LOEB LLP

*Attorneys for Defendant*

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this documents has been obtained from the other signatories.

Dated: May 8, 2017                    By: /s/Daniel Kotchen
                                          Daniel Kotchen

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system.

Dated: May 8, 2017                    By: /s/Daniel Kotchen
                                          Daniel Kotchen

**[PROPOSED] ORDER**

WHEREFORE, as stipulated and agreed to by the Parties, the deposition date and briefing dates on the Parties' motions, currently set forth in the below table are hereby extended as follows.

| EVENT | CURRENT DATE | STIPULATED DATE |
|---|---|---|
| Rule 30(b)(6) deposition | May 8, 2017 | May 15, 2017 |
| Plaintiffs' reply brief in support of class certification | June 15, 2017 | June 22, 2017 |
| Plaintiffs' supplemental brief opposing TCS' summary judgment motion | June 15, 2017 | June 22, 2017 |
| TCS' supplemental brief in support of its motion for summary judgment | June 29, 2017 | July 6, 2017 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   May 10, 2017

Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE