Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
E-mail:  dlow@kotchen.com;
E-mail:  dkotchen@kotchen.com;
E-mail:  mvk@kotchen.com;
E-mail:  lgrunert@kotchen.com

Attorneys for Buchanan, Slaight,
Webber, Masoudi, and Mandili

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>[~~**PROPOSED**~~] **ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE OVERSIZED BRIEF**<br><br>Complaint Filed:  April 14, 2015 |

## [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE OVERSIZED BRIEF

Upon consideration of Plaintiffs' Unopposed Administrative Motion for Leave to File Oversized Brief, Plaintiffs' motion for leave is hereby GRANTED. Accordingly, Plaintiffs may file an oversized reply brief in support of their Motion for Class Certification of up to and including twenty-one (21) pages of text.

IT IS SO ORDERED

DATED: June 19, 2017

_____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE