Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
E-mail:  dlow@kotchen.com;
E-mail:  dkotchen@kotchen.com;
E-mail:  mvk@kotchen.com;
E-mail:  lgrunert@kotchen.com

Attorneys for Plaintiffs Buchanan, Slaight, Webber, Masoudi, and Mandili

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DANIEL KOTCHEN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL OR FOR LEAVE TO FILE PUBLICLY**<br><br>Complaint Filed:  April 14, 2015 |

1

DECLARATION OF DANIEL KOTCHEN - Case No. 4:15-cv-01696-YGR

## DECLARATION OF DANIEL KOTCHEN

I, Daniel Kotchen, hereby declare as follows, based on personal knowledge:

1. Pursuant to the Stipulated Protective Order ¶ 12.3 (Dkt. #76), Plaintiffs seek to file portions of 41 exhibits accompanying Plaintiffs' Reply in Support of their Motion for Class Certification and Surreply to Defendant Tata Consultancy Services, Ltd.'s ("Tata's") Motion for Summary Judgment under seal and to file 71 documents under seal in their entirety. In addition, Plaintiffs seek to file redacted versions of their briefs, with the portions that quote from these exhibits redacted. Tata has designated information contained in these exhibits confidential pursuant to the Parties' Stipulated Protective Order (Dkt. #76), and has requested that the names and contact information of its clients, the names and contact information of its applicants and employees, and salary information be redacted in Plaintiffs' public filing of 41 exhibits. Tata has also requested that Plaintiffs file 71 exhibits relating to corporate policies regarding South Asians visa workers, its instructions to third party vendors, various statements from applicants and employees regarding their experiences, and workforce demographics under seal in their entirety.

2. Because Plaintiffs do not believe good cause exists to seal these materials, Plaintiffs seek leave from the Court to file all of these materials publicly.

3. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on June 22, 2017         /s/Daniel Kotchen
                                  Daniel Kotchen