Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
E-mail:  dlow@kotchen.com;
E-mail:  dkotchen@kotchen.com;
E-mail:  mvk@kotchen.com;
E-mail:  lgrunert@kotchen.com

Attorneys for Buchanan, Slaight,
Webber, Masoudi, and Mandili

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT | Case No.: 4:15-cv-01696-YGR |
| Plaintiffs, | **CLASS ACTION** |
| v. | **COMPILATION EXHIBIT A** |
| TATA CONSULTANCY SERVICES, LTD., | Complaint Filed:  April 14, 2015 |
| Defendant. | |

Pursuant to Fed. R. Evid. 1006, Plaintiffs provide the following exemplary email excerpts summarizing Defendant Tata Consultancy Services, Ltd.'s ("Tata's") corporate policy to use visas to the "maximum extent."

| Bates Number & Exhibit Number | Excerpt |
|---|---|
| TCSLTD003496554-58 at 57 (Ex. A1) | ████████████████████████████ ████████████████████ |
| TCSLTD003968335-41 at 37 (Ex. A2) | "Also, the mapping is in line[] with leadership guidance about optimizing VISA utilisation [sic] of VISA ready folks[.]" |
| TCSLTD004016550-53 at 50 (Ex. A3) | ████████████████████████████ ██████████████ |
| TCSLTD004040304-06 at 304 (Ex. A4) | ██████████████████████████████ ████████████████████ |
| TCSLTD001959146-52 at 46, 49 (Ex. A5) | ██████████████████████ ███████████████████████████ ██████████████████████ ████████████████████ ███████████████████████████ ████████████████████ ████████████ |
| TCSLTD001449986 (Ex. A6) | ████████████████████████ █████████████████████████ ██████████████████████████ █████████████████████████ ████████████████████████ ███████████ |
| TCSLTD004064154-55 at 55 (Ex. A7) | ████████████████████████ ████████████████████ ████████████████████████ ████████████████████ |
| TCSLTD003236913- | "As per recent Management decision, we have been |

| 17 at 13 (Ex. A8) | advised to hold on to any offshore travel back and re-deploy [expats] at onsite if they are getting released." |
|---|---|
| TCSLTD001732122-37 at 25 (Ex. A9) | ██████████████████████████ |
| TCSLTD001742498-500 at 498 (Ex. A10) | ██████████████████████████ |

3

# Exhibit A1

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED

# Exhibit A2

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| **From:** | Manoj Shrivastava <> |
| **Sent:** | July 20, 2015 3:55 PM |
| **To:** | Umesh Kumar;Pankaj3 K |
| **Cc:** | Saurabh Kagrawal;Sachendra S;Aditya4 V;Amit Jauhari; ███████████████ ;Priya Goel;Ruby Dsouza;Vivek Ku |
| **Subject:** | Re: Offshore travel request |
| **Importance:** | High |

Dear Umesh,

Request your approval to my previous email. This is urgent and we are losing time.

Thanks & Regards
Manoj Shrivastava
Client Partner
Follow me on KNOME: https://knome.ultimatix.net/u/manoj.shrivastava
Tata Consultancy Services Limited
Cell: ████████████████
Mail: ████████████████
Website: http://www.tcs.com

Experience certainty.       IT Services
                        Business Solutions
                        Consulting

---

Pankaj3 K---07/20/2015 11:53:06 AM---As informed earlier, Kindly secure and share Umesh's approval on his offshore travel. I will discuss

From:     Pankaj3 K/KOL/TCS
To:       Saurabh Kagrawal/DEL/TCS@TCS
Cc:       Sachendra S/DEL/TCS@TCS, Aditya4 V/DEL/TCS@TCS, Amit Jauhari/DEL/TCS@TCS, Manoj Shrivastava/AMER/TCS@TCS, ████████████████ Priya Goel/MUM/TCS@TCS, Ruby Dsouza/MUM/TCS@TCS, Vivek Ku/PNE/TCS@TCS
Date:     07/20/2015 11:53 AM
Subject:  Re: Offshore travel request

As informed earlier, Kindly secure and share Umesh's approval on his offshore travel.

I will discuss with ████ folks.

With Best Regards
Pankaj Kumar
RMG Lead - EIS and Enterprise Solutions, North America
Tata Consultancy Services

Attorneys' Eyes Only

Experience certainty.      IT Services
                                        Business Solutions
                                        Consulting

---

Saurabh Kagrawal---07/20/2015 11:49:41 AM---Pankaj , He is not released from the account and you should have discussed with ▮▮▮▮▮▮▮

From:     Saurabh Kagrawal/DEL/TCS
To:        Pankaj3 K/KOL/TCS@TCS
Cc:        Sachendra S/DEL/TCS@TCS, Aditya4 V/DEL/TCS@TCS, Amit Jauhari/DEL/TCS@TCS, Manoj Shrivastava/AMER/TCS@TCS, ▮▮▮▮▮▮Priya Goel/MUM/TCS@TCS, Ruby Dsouza/MUM/TCS@TCS, Vivek Ku/PNE/TCS@TCS
Date:      07/20/2015 11:49 AM
Subject:  Re: Offshore travel request

Pankaj ,

He is not released from the account and you should have discussed with ▮▮▮▮▮▮▮▮▮▮ before sharing profile any other account.

**Please note he is not available for any other account**

Regards
Saurabh
Tata Consultancy Services Limited
▮▮▮▮▮▮▮▮▮▮

Website: http://www.tcs.com

Experience certainty.      IT Services
                                        Business Solutions
                                        Consulting

---

Pankaj3 K---07/20/2015 09:16:58 PM---Hi Saurabh, I had informed Sachendra already.

Attorneys' Eyes Only

From:     Pankaj3 K/KOL/TCS
To:       Saurabh Kagrawal/DEL/TCS@TCS
Cc:       Sachendra S/DEL/TCS@TCS, Aditya4 V/DEL/TCS@TCS, Amit Jauhari/DEL/TCS@TCS, Manoj Shrivastava/AMER/TCS@TCS, Priya Goel/MUM/TCS@TCS, Ruby Dsouza/MUM/TCS@TCS, Vivek Ku/PNE/TCS@TCS
Date:     07/20/2015 09:16 PM
Subject:  Re: Offshore travel request

Hi Saurabh,
I had informed Sachendra already.

Also, the mapping is in lines with leadership guidance about optimizing VISA utilisation of VISA ready folks

With Best Regards
Pankaj Kumar
RMG Lead - EIS and Enterprise Solutions, North America
Tata Consultancy Services

Website: http://www.tcs.com

Experience certainty.     IT Services
                          Business Solutions
                          Consulting

Saurabh Kagrawal---07/20/2015 11:43:48 AM---Hi Pankaj, This is really surprising .. how can          profile shared with other account withou

From:     Saurabh Kagrawal/DEL/TCS
To:       Pankaj3 K/KOL/TCS@TCS
Cc:       Sachendra          , Aditya4 V/DEL/TCS@TCS, Amit Jauhari/DEL/TCS@TCS, Manoj Shrivastava/AMER/TCS@TCS, Priya Goel/MUM/TCS@TCS, Ruby Dsouza/MUM/TCS@TCS, Vivek Ku/DEL/TCS@TCS
Date:     07/20/2015 11:43 AM
Subject:  Re: Offshore travel request

Hi Pankaj,

This is really surprising .. how can          profile shared with other account without taking project approval.

Please note          is not released. He is part of          account. We had planned 6-8 weeks offshore for him for project activities and he will be back to onsite in Mid Sep'15.

Hi Manoj / Adi,

Plz check and close this with RMG team ..

Attorneys' Eyes Only

TCSLTD003968337

Dear Priyanka,

FYI/Please.

Regards
Saurabh
Tata Consultancy Services Limited

██████████████████████████

Website: http://www.tcs.com

_____

Experience certainty.       IT Services
                            Business Solutions
                            Consulting

_____

_____

Pankaj3 K---07/20/2015 08:47:57 PM---Hi Sachendra, He is already selected at ██████

From:     Pankaj3 K/KOL/TCS
To:       Sachendra S/DEL/TCS@TCS
Cc:       Aditya4 V/DEL/TCS@TCS, Amit Jauhari/DEL/TCS@TCS, Manoj Shrivastava/AMER/TCS@TCS, Saurabh
          Kagrawal/DEL/TCS, ███████████████
Date:     07/20/2015 08:47 PM
Subject:  Re: Offshore travel request

Hi Sachendra,
He is already selected at ███████

We cannot approve offshore movement of VISA ready folks.

The offshore position shall be backfilled by associates available at offshore.

With Best Regards
Pankaj Kumar
RMG Lead - EIS and Enterprise Solutions, North America
Tata Consultancy Services
Ph:
Cel ████████████████
Mai ████████████████
Website: http://www.tcs.com

_____

Experience certainty.       IT Services
                            Business Solutions
                            Consulting

_____

Attorneys' Eyes Only

Sachendra S---07/20/2015 11:15:52 AM---Hi Pankaj, Virendra is not released from ████████ As I mentioned earlier ████████

From:      Sachendra S/DEL/TCS
To:        Pankaj3 K/KOL/TCS@TCS
Cc:        ████████████████        Aditya4 V/DEL/TCS@TCS, Saurabh Kagrawal/DEL/TCS@TCS, Manoj Shrivastava/AMER/TCS@TCS, Amit Jauhari/DEL/TCS@TCS
Date:      07/20/2015 11:15 AM
Subject:   Re: Offshore travel request


Hi Pankaj,

████ is not released from ████████. As I mentioned earlier ████████ is due in October and he is only Visa ready MM resource in team. We need him in ████████

Please don't assign him in any project. Manoj is trying to Get his travel request approvals from Umesh.

Thanks,
Sachendra Singh
Project Manager
Tata Consultancy Services
████████████████

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting


-----Pankaj3 K/KOL/TCS wrote: -----
To: ████████████████
From: Pankaj3 K/KOL/TCS
Date: 07/17/2015 11:44PM
Cc: ████████████
Subject: Re: Offshore travel request

Hi ████████
You are confirmed for ████ Newark...

There has been few changes in H1B documentation. The updated documents have been uploaded to KNOWMAX. Kindly ask the associates to use
the new documents with immediate effect.

Also, there is a revision in H1B eligibility criteria. The existing H1B eligibility tool in VTS is removed as it is being updated.

Attorneys' Eyes Only

Meanwhile, immigration team has published the new tool in KNOWMAX. Please use this tool to check the H1B eligibility until VTS tool is updated.

KNOWMAX Path: KNOWMAX ==> MY HR ==> North Americas ==> US ==> Visa & Immigration

**Associate can check the eligibility for all available roles but should process LCA only for the role he will perform in the project.** Please check and confirm.

With Best Regards
Pankaj Kumar
RMG Lead - EIS and Enterprise Solutions, North America
Tata Consultancy Services

███████████████████████

Website: http://www.tcs.com
_____

Experience certainty. IT Services
Business Solutions
Consulting
_____

███████████---07/16/2015 09:34:35 AM---Hi Pankaj, Please find below details.

From: ███████████DEL/TCS ███████████████████████
To: ███████████████████████████████
Cc: ███████████████████
Date: 07/16/2015 09:34 AM
Subject: Re: Offshore travel request

Hi Pankaj,
Please find below details.

Offshore travel Reason: Project Cost cutting .
Skillset: SAP MM with 8+ Exp
VISA type : H1B
VISA Validity date: 19 Sept-2017
I 94 validity date : 09/19/2017
Supervisor Emp ID : 359056
HR Name :Amit Jauhari
Please share Updated CV :Please find in attached mail.

----- Original Message -----
From: ███████████████████
To: ███████████████████████████████████████
Sent: Thu, 16 Jul 2015 17:40:35 +0530 (IST)
Subject: Offshore travel request

Hi ███████████

Attorneys' Eyes Only

Recieved an offshore travel request
from you. Kindly share below details to review your travel for approval.

Offshore travel Reason:
Skillset:
VISA type :
VISA Validity date:
I 94 validity date :
Supervisor Emp ID :
HR Name :
Please share Updated CV

With Best Regards

Pankaj Kumar

RMG Lead - EIS and Enterprise Solutions, North America

Tata Consultancy Services

Website: http://www.tcs.com

---

Experience certainty. IT Services

Business Solutions

Consulting

---

--
Thanks&Regards

http://www.tcs.com *(See attached file:* ▮▮▮▮*.doc)[attachment* ▮▮▮▮*.doc"*
*deleted by Saurabh Kagrawal/DEL/TCS]*

Attorneys' Eyes Only

# Exhibit A3

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED

# Exhibit A4

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED

# Exhibit A5

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED

# Exhibit A6

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED

# Exhibit A7

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED

# Exhibit A8

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| **From:** | Sandipkumar Dutta |
| **Sent:** | February 17, 2012 8:21 PM |
| **To:** | Kiran Susarla |
| **Cc:** | Ambika G;Rathnakumar B;Srikar Palivela;Srinivasab Rao |
| **Subject:** | RE: Need approval for Travel Request 1180595 |

Kiran,

Why is the person travelling back.

As per recent Management decision we have been advised to hold on to any offshore travel back and re-deploy them at onsite if they are getting released. This is in view of recent visa issues and critical needs at onsite. In case of any exception, we need Unit Head / Country Head's approval to proceed further.

Basis approval we will clear the workflow.

I have sent out a mail to all pending workflow.

Regards

Sandip Kumar Dutta
RMG
Tata Consultancy Services

Website: http://www.tcs.com

Experience certainty.     IT Services
                Business Solutions
                Outsourcing

Kiran Susarla---02/17/2012 03:12:23 PM---Dear Ambika, Sandip, Another travel request is also pending approval. This for US associate - from R

| | |
|---|---|
| From: | Kiran Susarla/HYD/TCS |
| To: | Srikar Palivela , Sandipkumar Dutta/KOL/TCS@TCS, Ambika G/AMER/TCS@TCS |
| Cc: | Rathnakumar B/CHN/TCS@TCS, Srinivasab Rao/HYD/TCS@TCS |
| Date: | 02/17/2012 03:12 PM |
| Subject: | RE: Need approval for Travel Request 1180595 |

Attorneys' Eyes Only

Dear Ambika, Sandip,

Another travel request is also pending approval. This for US associate - from ███ QA - returning to India (planned return). The request is pending approval for some time. Can you please do the needful. If there are any queries on the same, please do let us know so we can answer the same. Right now we are not sure why the approvals are not coming thru.

Also, when approvals are kicking in late, the travel team is asking questions as to why the request is coming in late as it costs more to get the tickets. I am sure you are all aware of the same. Please help. Thanks.

Dear Rathna,
Sorry to get you involved in operational aspects - your intervention is necessary though.

With best regards,
Kiran Kumar Susarla
QA Program Director ████████
Tata Consultancy Services
████████████████

Website: http://www.tcs.com

Experience certainty.      IT Services
                           Business Solutions
                           Outsourcing

Srikar Palivela ---02/17/2012 02:06:19 PM---Hi Kiran, For your information, We already sent a note to Ambika yesterday for approval but she did

From:      Srikar Palivela
To:        Kiran Susarla <████████████████
Date:      02/17/2012 02:06 PM
Subject:   RE: Need approval for Travel Request 1180595

Hi Kiran,

For your information, We already sent a note to Ambika yesterday for approval but she did not responded to the mail.

Thanks & Regards,
Srikar

Attorneys' Eyes Only

**From:** ████████████
**Sent:** Thursday, February 16, 2012 4:43 PM
**To:** ████████████
**Cc:** Srikar Palivela
**Subject:** Need approval for Travel Request 1180595

Dear Ambika,

Greetings !!

I am ████████████████████ working for ████ project from Alpharetta, USA. As per the business requirement, I will be relocating to offshore (Hyderabad, India). Accordingly I have raised the return travel request (Request number : **1180595** ) and got the approval from Project BRM. Currently Travel request is pending with you, can you please approve my request.

Thanks in advance J

Attorneys' Eyes Only

TCSLTD003236915



Welcome

**Global ESS**

S/WON: 2171146, RIM QA Services Onsite - USA **Supervisor:** Anantha Padmanabhan Gopalakrishnan **Current Location:** ALPHARETTA, GA Lo 03:01:50 AM [IST]

| Leave | Travel | Advance | Claims | Miscellaneous | Benefits | My Profile | | My Settings | My |

## My Request List Details Form

Request No: 1180595

Linked travel request No. 0 Initiated by

| Travel Request Details | Travel Processing Details |

| Finalized Travel Itinerary & Ticket Details | Exceptions | Reporting Details |

**Remarks**

As per business requirement, onsite and offshore rotation, moving to

Back    Cancel Req

**Workflow Status** for Request Number : 1180595

| Role | Employee No | Name | Action | Email | Contact No | Comm |
|------|-------------|------|--------|-------|------------|------|
| Applicant | | | Submitted | | | As per busines |
| Travelling Project Approver | | | Approved | | | ok |
| RMG Approver | | | Pending Approval | | | |

Note: In the Workflow Status, if multiple officers are tagged to a particular 'role', then only one of the officer is required to act on the req

Copyright © 2012 Tata Consultancy Services. All rights reserved. | Site best viewed in 1024x768 resolution.

Regards,

--------------------------------------------------------------------

This transmission (including any attachments) may contain confidential information, privileged material (including material protected by the solicitor-client or other applicable privileges), or constitute non-public information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmission in error, please immediately reply to the sender and delete this information from your

Attorneys' Eyes Only

system. Use, dissemination, distribution, or reproduction of this transmission by unintended recipients is not authorized and may be unlawful.

Attorneys' Eyes Only

TCSLTD003236917

# Exhibit A9

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED

# Exhibit A10

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED