Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
E-mail:  dlow@kotchen.com;
E-mail:  dkotchen@kotchen.com;
E-mail:  mvk@kotchen.com;
E-mail:  lgrunert@kotchen.com

Attorneys for Buchanan, Slaight,
Webber, Masoudi, and Mandili

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT<br><br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>**COMPILATION EXHIBIT B**<br><br><br>Complaint Filed:  April 14, 2015 |

Pursuant to Fed. R. Evid. 1006, Plaintiffs provide the following exemplary email excerpts summarizing Defendant Tata Consultancy Services, Ltd.'s ("Tata's") preference for hiring South Asian expat candidates for open U.S. positions.

| Preference for Expats | |
|---|---|
| **Bates Number & Exhibit Number** | **Excerpt** |
| TCSLTD004144713-721 at 21 (Ex. B1) | ██████████████████████ ████████████████ |
| TCSLTD005525640-648 at 46 (Ex. B2) | ███████████████████ ████████████████████████ █████████████████ ██████████████████████ █████████ |
| TCSLTD005426933-937 at 34, 37 (Ex. B3) | "My first preference is to go for expats. . . . I prefer expats, but if there are no candidates, please help to get local candidates." |
| TCS151441-43 at 42 (Ex. B4) | ███████████████████████ ██████████████ |
| TCSLTD005216732-37 at 36 (Ex. B5) | "We will prefer a TCS expat associate with a long term visa." |
| TCSLTD004860947-49 at 48 (Ex. B6) | █████████████████████████ ███████████████████████ █████████████████ |
| TCSLTD005123862-64 at 63 (Ex. B7) | "Remarks on Duration . . . ALL 2 [Long Term]. Expats more preferable." |
| TCSLTD004475668-69 at 68 (Ex. B8) | ████████████████████ █████████████████ |
| TCSLTD004399550- | ████████████████████ |

| 53 at 52 (Ex. B9) | ████████████████ |
| TCSLTD4155059-62 at 59 (Ex. B10) | ████████████████████████ / ██████████████████████ / ██ |
| TCSLTD004638316-19 at 18 (Ex. B11) | ██████████████████████ / ████████████████████████ |
| TCSLTD003812673-76 at 73 (Ex. B12) | ████████████████████████ / ████████████████████████ / ██████████████████████ |
| TCS148610-13 at 10 (Ex. B13) | ██████████████████████████ / ██████████████████ |
| TCSLTD003820533-35 at 33 (Ex. B14) | ██████████████████████████ / ████████████ |
| TCSLTD004582784-92 at 91 (Ex. B15) | ████████████████████████ / ██████████ |
| TCSLTD003122993-97 at 93 (Ex. B16) | "At present we are looking only [for] TCS expat and Visa Ready from offshore. We are in touch with offshore to get the visa ready candidate. Pls look only [for] TCS expat with package testing profile." |
| TCSLTD004872272-77 at 73 (Ex. B17) | ████████████████████████ / ████████████████████████ |
| TCSLTD003168385 (Ex. B18) | "We do have 2 immediate opening[s] in Main frame testing area, these are strategic positions and we are giving preference for any expat or visa ready candidate to fulfill these positions." |
| TCSLTD004030111-115 at 14 (Ex. B19) | ████████████████████████ / ██████████████████████████ / ██████████ |
| TCSLTD004149888 (Ex. B20) | "I have 3-4 positions open. Preferably visa ready, but can wait for visa processing if person is in India" |
| TCSLTD003150829-33 at 32 (Ex. B21) | "Pls note that visa ready associates are in demand and hence we cannot take more than 1 working day to |

3

| | |
|---|---|
| | revert with [interview] feedback. Also pls avoid rejecting any visa ready associate." |
| TCSLTD002929020-25 at 20, 23, 24 (Ex. B22) | "As discussed we immediately need a visa ready Test manager … for the position of Onsite Test manager[.]"<br><br>"Spoke to Rituparna. She is looking for visa ready candidate only"<br><br>"[I] have H1B via ready CVs in abundance" |
| TCSLTD004677422 (Ex. B23) | TCS job posting listing "Suitable VISA: L1B & H1B Preferred" |
| TCSLTD004737846-53 at 52 (Ex. B24) | "As discussed we are looking for H1B visa ready and ready to travel associates" |
| TCSLTD004901645-50 at 46 (Ex. B25) | "Please share SAP SD profiles who are visa ready and can work from Skillman (New Jersey – USA). It's a long term position for 1-2 years." … "We prefer internal visa ready resources." |
| TCSLTD002369693-94 at 94 (Ex. B26) | "Preferably need Visa ready TCS profiles." |
| TCSLTD004161251-52 at 51 (Ex. B27) | "Preference is a Visa ready for Seattle, USA." |
| TCSLTD004224025 (Ex. 28) | ███████████████████████<br>████████████████████████<br>██████████████████████████<br>███████████████████████████<br>████████████████████████<br>██████████████ |

The following is a sampling of excerpts from TCS021901[1], as there are extensive quotes that say similar things and it would be impractical to subject the Court or jury to reading all of them.

| Row Number | Excerpt |
|---|---|

---

[1] Given size of excel spreadsheet Plaintiffs are not filing it; however, it is available to the court upon request. *See* Fed. R. Evid. 1006.

4

| | |
|---|---|
| 407 | "Urgently need US working VISA Ready associate" |
| 428 | "Should have US working Visa ready" |
| 577 | "Need people with L1A VISA" |
| 949 | "Need visa ready profile" |
| 1100 | "Request you to identify Visa ready resources" |
| 1108 | "US VISA preferred" |
| 1206 | "Looking for Visa ready candidate" |
| 1461 | "VISA ready candidates are preferred for this." |
| 1496 | "H1B or L1A Must" |
| 1543 | "Need Visa ready resource to be identified immediately" |
| 1691 | "need L1 visa ready" |
| 1837 | "Visa ready resource is required." |
| 2016 | "Visa ready candidate will be preferred." |
| 2148 | "need a US Visa ready person." |
| 2196 | "Need associate with valid VISA" |
| 2236 | "US visa-ready required" |
| 2244 | "Only H1 B, L1 A" |
| 3675 | "Visa Ready (Prefer[r]ed)." |
| 4396 | "Plan for H1B" |
| 4747 | "Preferably should be US Visa ready. (L1/H1)" |
| 4766 | "VISA READY REQUIRED" |
| 5225 | "Need Visa Ready Candidate." |
| 5236 | "Visa ready Candidates will be preffered [sic]." |
| 5297 | "Visa ready people are preferred for onsite." |
| 5348 | "Need to have US Visa ready associate" |
| 5352 | "Visa Ready Preferred." |
| 5420 | "Visa ready people are preferred for onsite." |
| 5428 | "Need US visa ready associate for immediate requirement." |
| 5469 | "Need Visa Ready associate" |
| 5656 | "Need US visa ready associate for immediate requirement." |
| 5859 | "Requirement of Visa Eligible associates" |
| 5951 | "Visa Ready people are preferred." |
| 6004 | "Requirement of Visa Eligible associates" |
| 6139 | "US Visa ready only" |
| 6257 | "Preferably US VISA ready" |
| 6386 | "Candidates should have Valid US Visa" |
| 6388 | "Resource will need to have a valid US visa" |

| 6489 | "Requires Visa Ready[]associates" |
|---|---|
| 6522 | "preferabl;y [sic] VISA Ready associates" |
| 6586 | "The associate should be visa ready." |
| 6599 | "Only candidates having valid US VISA require." |
| 6654 | "Require a visa ready resource" |
| 6670 | "Visa Ready preferred" |
| 7056 | "We need a VISA ready candidate" |
| 7976 | "Ready US Visa is preferable" |
| 8517 | "US Visa ready candidates are preferred." |
| 8873 | "Associate need to be TCS H1B" |
| 9504 | "H1B or L1A Must" |
| 9548 | "need L1 visa ready" |
| 9623 | "Associate should have either H1B or L1A valid visa" |
| 9624 | "H1B Must" |
| 9686 | "Should be H1 or L1A US Visa ready preferred." |
| 9756 | "Visa ready associate required" |
| 9785 | "H1B or L1A Must" |
| 9842 | "Should have either L1A or H1B valid VISA" |
| 9876 | "Visa ready preferred." |
| 9880 | "H1B is MUST" |
| 10851 | "We need a Visa Ready resource" |
| 12062 | "Ready US Visa associate required" |
| 12382 | "Visa ready profiles will be preferred." |
| 12854 | "H1B/L1B Ready associates preferred." |
| 13309 | "Need visa ready candidates preferably" |
| 13496 | "Associate should have valid US visa" |
| 13680 | "Please get an associate with L1B visa." |
| 13788 | "Request for VISA ready Associates" |
| 13917 | "The associate MUST have Valid Visa" |
| 14035 | "Visa Ready will be given preference." |
| 14136 | "Require Associate with US VISA." |
| 14176 | "H1 ready candidates to be sourced." |
| 14242 | "Need VISA Ready for onsite." |
| 14660 | "H1 ready candidates to be sourced." |
| 14876 | "please send us VISA ready resources that is preferable" |
| 15740 | "Need visa ready resource" |
| 16169 | "Need VISA Ready for onsite." |
| 16228 | "Looking for visa ready candidate only" |

COMPILATION EXHIBIT B - Case No. 4:15-cv-01696-YGR

| 17271 | "Associate should have US Visa" |
|---|---|
| 17520 | "Need VISA Ready for onsite." |
| 18099 | "Visa ready associates are preferred." |
| 18331 | "Visa ready candidates preferred." |
| 18483 | "Should be a visa ready candidate." |
| 18570 | "Visa ready candidates required" |
| 20008 | "Valid visa required." |
| 20088 | "Preferably US VISA ready" |
| 20563 | "Prefer candidate in US with L1B visa and ready to move." |
| 20573 | "Prefer candidate with L1B utilized." |
| 20588 | "Prefer candidate with L1B visa utilized." |
| 21043 | "Please find the valid visa associates" |
| 22397 | "Visa ready candidate only" |
| 22488 | "Preference Visa ready candidate" |
| 22606 | "TCS Expats preferred" |
| 22639 | "VISA ready Associate needed" |
| 60790 | "Need to backfill immediately with an Expat" |
| 22639 | "VISA ready Associate needed" |
| 22663 | "VISA ready candidate pref[]er[r]ed" |
| 22678 | "Need a visa ready profile" |
| 22685 | "Need a visa ready SQL" |
| 22880 | "Request for 1 Visa ready Mainframe Resource" |
| 23043 | "Need visa ready candidate urgently" |
| 22678 | "Need a visa ready profile" |
| 22685 | "Need a visa ready SQL" |
| 22880 | "Request for 1 Visa ready Mainframe Resource" |
| 23043 | "Need visa ready candidate urgently" |
| 23191 | "Need VISA READY candidates" |
| 23194 | "Preference to Visa-Ready candidates." |
| 23330 | "Getting visa ready associates will be very helpful" |
| 23331 | "Visa ready is must" |
| 23333 | "Visa ready is must" |
| 23344 | "Associate must be VISA ready" |
| 23366 | "Candidate must have Visa ready status." |
| 23408 | "visa ready associate is required |
| 23415 | "Visa ready is must" |
| 23416 | "VISA Ready MUST" |
| 23432 | "Visa ready would be an added advantage" |

7

| 23435 | "must be Visa ready" |
|---|---|
| 23481 | "Need Visa Ready associate" |
| 23546 | "Visa ready will be preferred." |
| 23552 | "Visa ready candidate will be a definite advantage." |
| 24021 | "Need a TCS expatriate associate" |
| 24038 | "US VISA Candidates only preferred." |
| 24110 | "US VISA Candidates only preferred." |
| 24165 | "US VISA Candidates only preferred." |
| 24238 | "Need a TCS expatriate associate" |
| 24293 | "Prefer[r]ed – h1B Tester/L[1]B" |
| 24417 | "Visa Ready Resources are preferable" |
| 24522 | "Would be an added advantage if is Visa ready" |
| 24523 | "Need a Visa ready associate" |
| 24526 | "prefer a Visa ready associate" |
| 24942 | "Need a Visa ready associate" |
| 25435 | "Due to unavailability of Visa Ready Onsite Position for Data Architect considering BA for open position." |
| 27393 | "Need a visa ready associate." |
| 29111 | "This position is not filled for more than 4 months due to expats not available with visa" |
| 29261 | "Looking for a US VISA ready CRM resource" |
| 29338 | "Visa ready candidate would be more helpful for the account" |
| 30666 | "Preferably US Visa Ready associate" |
| 30829 | "Visa Ready Candidate required" |
| 30926 | "Need L1B visa ready associate or H1 B visa eligibility" |
| 31508 | "Need a associate with US visa" |
| 31862 | "Visa ready associates are required" |
| 32002 | "Need associate with valid US visa" |
| 32441 | "Preferably VISA ready persons" |
| 32558 | "Need associate with valid US visa" |
| 32570 | "Need US visa ready people." |
| 32573 | "Need Visa Ready associates only." |
| 32710 | "Good to have visa ready candidate" |
| 32828 | "Need VISA ready candidate." |
| 32836 | "Need Visa Ready associates only." |
| 34296 | "Looking for Visa Ready candidates only" |
| 34463 | "US VISA MUST (L1/H1)" |
| 34677 | "Preferred L1 Visa ready associates." |

| | |
|---|---|
| 35119 | "VISA Ready Candidate is mandatory" |
| 35134 | "Preferably active US Visa" |
| 35172 | "Preferably active US Visa" |
| 35174 | "Has to be US Visa Ready" |
| 35179 | "Visa ready candidate will be the perfect fit." |
| 35196 | "Candidates who are visa ready . . . are preferred" |
| 35506 | "prefer L1" |
| 35799 | "Need L1B/L1A Visa ready associate for Onsite." |
| 35832 | "Need L1B/L1A visa ready associate." |
| 36134 | "H1B visa holders will be preferred." |
| 36136 | "H1 B consultants are most needed." |
| 36448 | "RGS created for Visa holding associates." |
| 36649 | "VISA READY required" |
| 36942 | "For onsite positions, we need visa ready candidates" |
| 37113 | "Prefer US Visa ready candidate" |
| 37702 | "Preference is for a visa ready core TCSer" |
| 38219 | "For onsite positions, we need visa ready candidates" |
| 39929 | "Need visa ready resources" |
| 40462 | "Looking for visa ready associates" |
| 40783 | "VISA ready preferable" |
| 40789 | "US Visa Ready is preferred" |
| 40792 | "Looking for visa ready associates" |
| 40804 | "Looking for candidates with valid US VISA" |
| 40819 | "Looking for candidates holding valid VISA and ready to travel to USA" |
| 40826 | "We need a visa ready associate" |
| 40955 | "US VISA ready preferred" |
| 41003 | "Valid US VISA is Must" |
| 41034 | "Looking for candidates holding valid VISA and ready to travel to USA" |
| 41095 | "The resource should be having a valid VISA" |
| 41255 | "need L1 visa ready" |
| 42249 | "Visa ready persons needed for long time onsite" |
| 40462 | "Looking for visa ready associates" |
| 40783 | "VISA ready preferable" |
| 40789 | "US Visa Ready is preferred" |
| 40792 | "Looking for visa ready associates" |
| 40804 | "Looking for candidates with valid US VISA" |
| 40819 | "Looking for candidates holding valid VISA and ready to travel to USA" |

COMPILATION EXHIBIT B - Case No. 4:15-cv-01696-YGR

| 40826 | "We need a visa ready associate" |
|---|---|
| 40955 | "US VISA ready preferred" |
| 41003 | "Valid US VISA is Must" |
| 41034 | "Looking for candidates holding valid VISA and ready to travel to USA" |
| 41095 | "The resource should be having a valid VISA" |
| 41255 | "need L1 visa ready" |
| 42249 | "Visa ready persons needed for long time onsite" |
| 42817 | "We are looking for an associate with valid VISA who can travel ASAP." |
| 42856 | "Preferable if the associate is VISA ready (B1/L!/H1) [sic]" |
| 42890 | "Prefer USA visa ready resource." |
| 42958 | "Preferable if the associate is VISA ready (B1/L!/H1) [sic]" |
| 42984 | "We prefer a VISA ready associate" |
| 43028 | "US Visa ready would be an added advantage." |
| 43585 | "looking for L1A/L1B/H1B visa ready resources" |
| 44674 | "Preferably Visa ready." |
| 44772 | "Valid US Visa associates preferable." |
| 44906 | "Visa Ready Preferred" |
| 45117 | "valid visa only will be considered" |
| 45288 | "Visa ready associate preferred" |
| 45367 | "Must fulfill this with a US Visa Ready Resource" |
| 45763 | "Need a visa ready person" |
| 45841 | "Associate needs to have a valid US visa" |
| 45930 | "Holding VISA candidate will be preferred" |
| 46109 | "need L1 visa ready" |
| 47173 | "Visa ready candidate will be added advantage" |
| 47219 | "VISA ready candidates or associates @ onsite are preferred." |
| 47266 | "VISA ready candidates or associates @ onsite are preferred." |
| 47464 | "VISA ready candidates or associates @ onsite are preferred." |
| 47578 | "Required US Visa ready candidate." |
| 47875 | "We are looking for a visa-ready candidate with immediate allocation." |
| 48136 | "Need two visa ready associates" |

| 48320 | "We are looking for US Visa ready resource" |
|---|---|
| 48554 | "Need Visa ready for onsite" |
| 48564 | "Request Visa ready candidates" |
| 50475 | "Visa Ready Candidates required" |
| 50670 | "Need associates with L1 visa" |
| 50902 | "Only L1 Visa are eligible" |
| 51065 | "need only L1B" |
| 51336 | "Request for VISA ready Associates" |
| 51686 | "Need to have VISA ready associates." |
| 51827 | "US Visa Ready profiles required." |
| 51846 | "Need a visa ready associate." |
| 51959 | "Someone who is US visa ready will be of greatly appreciated." |
| 52312 | "Visa ready candidate is preferred." |
| 55334 | "Visa Ready profiles are preferred" |
| 55904 | "Need to identify a L1B Visa ready associate for replacing an existing candidate" |
| 56602 | "Visa Ready Resources are preferable" |
| 57192 | "Visa Ready Resources are preferable" |
| 57270 | "Need Visa Ready Associate" |
| 58782 | "Need Visa ready for onsite, branch immaterial" |
| 59092 | "Pls share US visa ready profiles" |
| 59302 | "Need Visa ready for onsite, branch immaterial" |
| 59444 | "Visa Ready candidate is preferred." |
| 59752 | "Looking for Visa Ready resource" |
| 59792 | "Immediate VISA ready candidates required" |
| 60110 | "The associate need to valid US VISA." |
| 60584 | "Need L1B visa ready" |
| 60764 | "Visa ready profiles would be required." |
| 60790 | "Need to backfill immediately with an Expat" |

COMPILATION EXHIBIT B - CASE NO. 4:15-CV-01696-YGR

# Exhibit  B1

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| **From:** | Umesh Kumar |
| **Sent:** | July 03, 2013 1:32 PM |
| **To:** | Samarjeet Kumar |
| **Cc:** | Ajaykumar Reddy |
| **Subject:** | Fw: Details from TCS : |

Samar,

Please take care of this.

Ajay : please keep Samar in loop.

Thanks & Regards,
Umesh Kumar
Tata Consultancy Services Limited

Website: http://www.tcs.com

_____

Experience certainty.      IT Services
                           Business Solutions
                           Consulting

----- Forwarded by Umesh Kumar/AMER/TCS on 07/03/2013 09:30 AM -----

| | |
|---|---|
| **From:** | "Kumar NVS (Contractor)" |
| **To:** | , Ajaykumar Reddy |
| **Cc:** | Harminder Arora                , Manmeet Mehresh |
| **Date:** | 07/03/2013 02:27 AM |
| **Subject:** | RE: Details from TCS : |

Dear Umesh,

Today we have learned that                    (BA), who was selected by the customer and expected to join        account from 8 th July, is not joining TCS. This is the first IS opportunity given to TCS by        and we are almost at the verge of loosing it.

We have got some replacement BA profiles as a backup plan but, to contain the situation, we need to identify a strong Server Storage internal candidate who can join immediately at Foster City, CA.

Staffing this IS position is very critical for us to gain customer confidence. Request your support in this regard.

Regards,
Kumar NVS
TCS

Attorneys' Eyes Only

**From:** Kumar NVS (Contractor)
**Sent:** Thursday, June 27, 2013 10:50 AM
**To:** 'Ajaykumar Reddy'
**Subject:** RE: Details from TCS ██████████

Ajay, Pl find the details inline..

Regards
Kumar

**From:** Ajaykumar Reddy [ mailto:████████████
**Sent:** Thursday, June 27, 2013 8:05 AM
**To:** Kumar NVS (Contractor)
**Subject:** Fw: Details from TCS : ████████

Dear Kumar,

Please fill the below info and send back

Thanks
Ajay

----- Forwarded by Ajaykumar Reddy/AMER/TCS on 06/27/2013 10:55 AM -----

| | |
|---|---|
| From: | ████████████████████████ |
| To: | |
| Cc: | |

| | |
|---|---|
| Date: | 06/27/2013 10:59 AM |
| Subject: | Details from TCS : ████████ |

**Dear Ajay,**

Thanks for confirmation!

Kindly provide / confirm the following details to enable us to commence on-boarding formalities. **PLEASE ENSURE THAT THE CANDIDATE DOES NOT START BILLABLE WORK TILL ████████ ██ CONFIRMS THAT THE TCS BAID HAS BEEN GENERATED. ANY HOURS WORKED PRIOR TO CREATION OF THE TCS BAID ARE NOT PAYABLE.**

Name of the candidate: ████████████
Role for which the candidate has been selected candidate: Sever Storage Specialist
████████████████████

Attorneys' Eyes Only

TCSLTD004144714

TCS Project WON: 2242644
TCS Request (RGS) ID: **3275022**
TCS Unique Requirement ID:

█████████████████████████████████████████████████████

Start Date of candidate's assignment: 8 th July 2013
Duration of assignment: 12 months
█████████████████████████████████████

TCS ISU Name : LIFESCIENCES 1
Name of the US RMG Lead for the ISU: Samarjeet ( Pl update as necessary)
TCS Reporting manager's name / email id / contact number : KUMAR NRUSIMHADEVARA :
█████████████████████████████████████████████

Regards,



Systems Engineering | Integration | Solutions & Services

On 27-06-2013 10:43, Ajaykumar Reddy wrote:
Dear ███████

please start the onboarding process

Thanks
Ajay

From: ████████████████████████████████
To: Ajaykumar Reddy
Cc: ███████████████████████ . ██████████
Date: 06/27/2013 10:07 AM
Subject: Re: Resume █████: Storage Resource Requirement - BA Profiles for Evaluation : Praveen Kumar

Dear Ajay,

Hope all is well.

The Candidate ██████ was called and told by TCS account folks that he has been shortlisted for the Server and

Attorneys' Eyes Only

Storage Expert position – Foster City CA but we have not received any official confirmation from your side so far. Please let me know if you have any update on him so that we can block this candidate.

Your response will be highly appreciable.

--
Regards,

Systems Engineering | Integration | Solutions & Services

On 21-06-2013 11:21, ███████ wrote:
Dear Ajay,

Any update here, please share.

--
Regards,

Systems Engineering | Integration | Solutions & Services

On 20-06-2013 14:52, ███████ wrote:
Dear Ajay,

█████ has finished the client Interview on Skype Today, Please share the next step here.

--
Regards,



Systems Engineering | Integration | Solutions & Services

On 13-06-2013 20:17, Ajaykumar Reddy wrote:
Vijay,

Please block the associate ████ We are taking him to customer

Thanks
Ajay



----- Forwarded by Ajaykumar Reddy/AMER/TCS on 06/13/2013 08:07 PM -----

| | |
|---|---|
| From: | Manmeet Mehresh/AMER/TCS |
| To: | Ajaykumar Reddy/AMER/TCS@TCS, "Kumar NVS (Contractor)" ████ |
| Date: | 06/13/2013 07:59 PM |
| Subject: | Fw: Resume : Fw: ████ Storage Resource Requirement - BA Profiles for Evaluation : ████ |

Dear Ajay,

As discussed, pls find below the email thread. Per Kumar's confirmation, client likes ████ profile. An interview has been scheduled for tomorrow ( **Fri 06/14/2013** 1:30 PM - 2:30 PM EST).

Regards,
Manmeet Mehresh



----- Forwarded by Manmeet Mehresh/AMER/TCS on 06/13/2013 07:48 PM -----

| | |
|---|---|
| From: | ████ |
| To: | Ajaykumar Reddy ████ |
| Cc: | ████ Manmeet Mehresh ████ |
| Date: | ████ |
| Subject: | Resume : Fw: ████ Storage Resource Requirement - BA Profiles for Evaluation : ████ |

**Dear Ajay,**

Please evaluate the attached profiles and let us know the feedback. Thanks!

# Candidate

Attorneys' Eyes Only

## Information

| | |
|---|---|
| Full name |  |
| Contact Number | |
| Email Address | |
| Current Location | Danville CA |
| Availability | 1-2 weeks |
| Rate | █████ |

## Candidate Information

| | |
|---|---|
| Full name | ██████████ |
| Contact Number | |
| Email Address | |
| Current Location | Pittsburgh, PA |
| Availability | 1-2 weeks |
| Rate | ██████████ |

## Candidate Information

Attorneys' Eyes Only

Full name 
Contact
Number
Email
Address
Current          Foster City CA
Location
Availability     1-2 week
Rate

--
Regards,



Systems Engineering | Integration | Solutions & Services

On 07-06-2013 12:41, Ajaykumar Reddy wrote:
There are few from other vendors but not form TCS..Send me profiles on priority

From:
To:        Ajaykumar Reddy
Cc:        Manmeet Mehresh

Date:      06/07/2013 12:40 PM
Subject:   Re: Fw          Storage Resource Requirement - BA Profiles for Evaluation

Attorneys' Eyes Only

TCSLTD004144719

Dear Ajay,

Please confirm if this position is still open for submission as with this email trail seems that there is already some profile with customer.
--
Regards,



Systems Engineering | Integration | Solutions & Services

On 07-06-2013 11:23, Ajaykumar Reddy wrote:
Dear Manmeet, I see some vendor company ▓▓▓ below who are not part of TCS vendors. Please do not consider these profiles

Thanks
Ajay

From:       Manmeet Mehresh/AMER/TCS
To:         Ajaykumar Reddy/AMER/TCS@TCS
Date:       06/07/2013 10:43 AM
Subject:    Re: Fw: ▓▓▓ Storage Resource Requirement - BA Profiles for Evaluation

Hi Ajay,

The email I sent you contains profiles from Anant already. Please let me know, if you don't see them, will share again.

Regards,
Manmeet Mehresh

From:       Ajaykumar Reddy/AMER/TCS
To:         Manmeet Mehresh/AMER/TCS@TCS
Date:       06/07/2013 09:33 AM
Subject:    Re: Fw: ▓▓▓ Storage Resource Requirement - BA Profiles for Evaluation

Attorneys' Eyes Only

TCSLTD004144720

Dear Manmeet,

Please do not consider any BA profiles provided by else apart from RMG. I will have compliance issue

As I told you earlier, I am trying for expat..Also published to vendors. Kindly forward me any profiles sent by Anant.

Thanks
Ajay

-----Manmeet Mehresh/AMER/TCS wrote: -----

===================
To: Ajaykumar Reddy/AMER/TCS@TCS, Anant Trivedi/AMER/TCS@TCS
From: Manmeet Mehresh/AMER/TCS
Date: 06/07/2013 07:52AM
Subject: Fw: ▆▆▆ Storage Resource Requirement - BA Profiles for Evaluation
===================

FYI on RGS Id 3275022.

Ajay,

I had reached also reached out to Anant (who heads the delivery for ▆▆▆▆▆▆▆ ) requesting his support for the request as well. He has also made some progress on my request, but I wanted to keep you posted on him also helping us out as he has good connects with some of the BA companies from his experience.

Our preference is to have a TCS expat be positioned on this role, being a first request, but if that doesn't work out, BA option is also open.

Please let me know if either of you have any questions for me.

Regards,
Manmeet Mehresh
Cell ▆▆▆▆▆

----- Forwarded by Manmeet Mehresh/AMER/TCS on 06/06/2013 10:26 PM -----

From: Anant Trivedi/AMER/TCS
To: Manmeet Mehresh/AMER/TCS@TCS
Date: 06/06/2013 11:03 AM
Subject: Fw: Server Storage requirement

Pls get these profiles evaluated for ▆▆▆

Anant Trivedi
Tata Consultancy Services
Mailto: ▆▆▆▆▆▆▆▆

Attorneys' Eyes Only

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting

----- Forwarded by Anant Trivedi/AMER/TCS on 06/06/2013 11:00 AM -----

From:
To: "'Anant Trivedi'"
Date: 06/06/2013 10:38 AM
Subject: RE: Server Storage requirement


Hi Anant, PFA profiles for your Server Storage requirement.

████████ experience is limited on the Netapp and SAN areas, But he is confident to pick up these 2 areas quickly.
Thank you,
████████
Phone
Fax:
**********************************************************************************************************
********************************************************************
The information contained in this transmission, which may be confidential and proprietary, is only for the intended recipients.
Unauthorized use is strictly prohibited. If you receive this transmission in error, please notify me immediately by telephone or electronic
mail and confirm that you deleted this transmission and the reply from your electronic mail system.
Note: Under Bill s.1618 Title III passed by the 105th U.S. Congress this mail cannot be considered Spam as long as we include contact
information and a remove link for removal from our mailing list. To be removed from our mailing list please reply with "REMOVE" in
the subject line of your email. We apologize for the inconvenience if any caused.
**********************************************************************************************************
********************************************************************

From: Anant Trivedi [ mailto:
Sent: Wednesday, June 5, 2013 10:23 PM
To:
Subject: Server Storage requirement

Can ████████ fit this role ? If not then pls share some other profile. Its urgent

Job Posting Title: Server and Storage Expert
Country: United States
State: CA
Job Location: Foster City
Duration: 6 months


Specific Responsibilities: As a Server and Storage Expert, you will be responsible for working with Global IT teams to implement
systems as well as maintaining, proactively managing and supporting systems such as SAN, NAS, Backup, VMware, Databases,
Microsoft and Linux operating systems as well as other solutions that the business relies upon.

The Storage Expert will have experience with the majority of the NetApp tech stack and associated technologies, including:
NetApp
FAS 2000/3000/6000
OnTAP

Attorneys' Eyes Only

SnapManager
Data Fabric Manager
SAN and Ethernet Networking Vmware or Hyper-V
Data Domain/VTL
Databases (Oracle/SQL)
NetBackup
Linux/Unix/Windows
Essential Duties and Job Functions: Provides senior level support for the day-to-day support, upgrade path, monitoring and on-going maintenance of Enterprise Wide Infrastructure Servers & Storage. Working closely with management and colleagues to ensure that all phases of support, including installations, upgrades, software, hardware, operating systems and configuration issues are properly coordinated, monitored, tracked, resolved and managed under change management processes.
Maintains Security and Compliance of IT systems including implementation and execution of DR/BCP work program tasks.
Accountable for day-to-day progress against agreed deadlines, towards business objectives.
Works on specific projects under direction from management and in conjunction with Technology Strategy.
Provide guidance, mentoring, assistance and development to colleagues on cross training and technical development of staff.
May be required to travel to other sites domestically and internationally.
Must be quality orientated and ensure all work streams are aligned with company and IT compliance standards.
Work cross-functionally as a key contributor to the overall success of a global dynamic IT function to effectively guide projects from concept to deployment. Manage the planning, development, design, validation and implementation of assigned projects, including scope, work breakdown, schedules, budget and delivery.
Other duties as required. This list is not meant to be a comprehensive inventory of all duties and responsibilities assigned to this position.
Knowledge, Experience and Skills: Bachelor's Degree in Computer Science, Information Systems, Business Administration or other related field is preferred. NetApp qualifications and certification an advantage. Previously member on large IT implementations/migrations, at least 5 years of relevant IT experience.
Previous experience working in a regulated environment with knowledge of Current Good Manufacturing Practices (cGMP), 21 CFR Part 11, Annex 11, and other regulatory requirements.
Good verbal and written communication skills
Ability to define problems, collect data, establish facts, and draw valid conclusions.
The Server and Storage expert needs to be self-motivated and highly skilled in multiple technologies. They must be able to work independently and in a high performance team. . Must have a detailed working knowledge of the following technologies; SAN, NAS, Netbackup, Oracle and SQL databases, Data Domain, VTL and Virtualization.

Anant Trivedi
Tata Consultancy Services
Mailto: ███████████
Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting

Notice: The information contained in this e-mail message and/or attachments to it may contain confidential or privileged information. If you are not the intended recipient, any dissemination, use, review, distribution, printing or copying of the information contained in this e-mail message and/or attachments to it are strictly prohibited. If you have received this communication in error, please notify us by reply e-mail or telephone and immediately and permanently delete the message and any attachments. Thank you

Attorneys' Eyes Only

[attachment(s) ███████ .doc" ███████ .doc", ███████ "removed by Ajaykumar Reddy/AMER/TCS]

Attorneys' Eyes Only

# Exhibit B2

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED

# Exhibit B3

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**From:**        Brian Galicki ███████
**Sent:**        December 02, 2013 9:39 PM
**To:**          ████████████████████
**Cc:**
**Subject:**     Re: Request PM Profiles

How about the ones sent to Mohan? Can those be re-looked at?

With Regards,

Brian E Galicki
Sr. Talent Acquisition Specialist
Human Resources

███████████████

Tata Consultancy Services
███████████████

http://www.tcs.com
─────────────────────
Experience certainty. IT Services
Business Solutions
─────────────────────

From:
To:        ████████████████
Cc:
Date:      12/02/2013 03:26 PM
Subject:   Re: Request PM Profiles

Hi Brian - please go ahead publishing for these profiles.

Regards



Attorneys' Eyes Only                                    TCSLTD005426933

**NOTICE TO RECIPIENT:**  If you are not the intended recipient of this e-mail, you are prohibited from sharing, copying, or otherwise using or disclosing its contents. If you have received this e-mail in error, please notify the sender immediately by reply e-mail and permanently delete this e-mail and any attachments without reading, forwarding or saving them.  Thank you.

| | |
|---|---|
| From: | Brian Galicki |
| To: | Pradeep Philip |
| Cc: | |
| Date: | 11/26/2013 12:55 PM |
| Subject: | Re: Request PM Profiles |

Please let me know once you have decided which route you wish to proceed with, thanks.


With Regards,


Brian E Galicki
Sr. Talent Acquisition Specialist
Human Resources
P: 732-491-0058
F: 732-603-2409
Tata Consultancy Services
brian.galicki@tcs.com
http://www.tcs.com

Experience certainty. IT Services
Business Solutions

| | |
|---|---|
| From: | Pradeep Philip/AMER/TCS |
| To: | |
| Cc: | |
| Date: | 11/26/2013 03:44 PM |
| Subject: | Re: Request PM Profiles |


Hello

There are a lot of internal PM candidates available based on an email todaymorning. My first preference is to go for expats.

I will send you the email.

Thanks & Regards
Pradeep Philip

Attorneys' Eyes Only

TCSLTD005426934

Tata Consultancy Services Limited
Pasadena
United States
Ph:-
Mail
Website: http://www.tcs.com

Experience certainty.     IT Services
                Business Solutions
                Consulting

From:
To:
Cc:
Date:
Subject:       Re: Request PM Profiles

Hi Brian,

Please publish for 2 PM profiles for the below JDs. RGS mentioned in the respective JD.

Regards



**NOTICE TO RECIPIENT:** If you are not the intended recipient of this e-mail, you are prohibited from sharing, copying, or otherwise using or disclosing its contents. If you have received this e-mail in error, please notify the sender immediately by reply e-mail and permanently delete this e-mail and any attachments without reading, forwarding or saving them. Thank you.

From:      Pradeep Philip
To:
Date:      11/25/2013 10:51 AM
Subject:      Re: Request for update - Res 2960 & 2962 - PM Positions

Attorneys' Eyes Only

Hello ███████

Attached is the one I had shared earlier for the PM opening.


Thanks & Regards
Pradeep Philip
Tata Consultancy Services Limited
Pasadena
United States
Ph: ███████
Mailto ███████████
Website: http://www.tcs.com

Experience certainty.      IT Services
                 Business Solutions
                 Consulting

| | |
|---|---|
| From: | ████████████ |
| To: | |
| Date: | 11/25/2013 10:41 AM |
| Subject: | Re: Request for update - Res 2960 & 2962 - PM Positions |


Hi Pradeep,

Can you please share the JDs in Taleo format ?


Regards



**NOTICE TO RECIPIENT:** If you are not the intended recipient of this e-mail, you are prohibited from sharing, copying, or otherwise using or disclosing its contents.

Attorneys' Eyes Only

If you have received this e-mail in error, please notify the sender immediately by reply e-mail and permanently delete this e-mail and any attachments without reading, forwarding or saving them.  Thank you.

From:    Pradeep Philip ▮▮▮▮▮▮▮▮▮
To:      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Date:    11/24/2013 07:09 PM
Subject: Request for update - Res 2960 & 2962 - PM Positions

Hello ▮▮▮▮▮

Could you please give me an update on two PM positions that I have?

I prefer expats but if there are no candidates, please help to get local candidates.

Thanks & Regards
Pradeep Philip
Tata Consultancy Services Limited
Pasadena
United States
Ph:-▮▮▮▮▮▮▮▮▮▮▮▮
Mail▮
Website: http://www.tcs.com

Experience certainty.     IT Services
                          Business Solutions
                          Consulting

=====-----=====-----=====
Notice: The information contained in this e-mail message and/or attachments to it may contain confidential or privileged information. If you are not the intended recipient, any dissemination, use, review, distribution, printing or copying of the information contained in this e-mail message and/or attachments to it are strictly prohibited. If you have received this communication in error, please notify us by reply e-mail or telephone and immediately and permanently delete the message and any attachments. Thank you [attachment "Taleo Template.docx" deleted by Pradeep Philip/AMER/TCS] [attachment "Taleo Template-PM.docx" deleted by ▮▮▮▮▮▮▮/CA/KAIPERM] [attachment "Taleo Template-PM - Claims.docx" deleted by Pradeep Philip/AMER/TCS] [attachment "Taleo Template-PM - Sales.docx" deleted by Pradeep Philip/AMER/TCS]

Attorneys' Eyes Only

# Exhibit B4

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**From:**   Chinmay Tripathi ██████████
**Sent:**   September 16, 2014 10:33 PM
**To:**   ████████████████████
**Subject:**   RE: ████████ requirements

Dear Pramod,

Please help him...

Regards
Chinmay Tripathi
RMG Lead,BFS NA
Follow me on KNOME: https://knome.ultimatix.net/u/chinmay.tripathi
Tata Consultancy Services
██████████████████████

Website: http://www.tcs.com

Experience certainty.   IT Services
                        Business Solutions
                        Consulting

**From:** ████████████████████
**To:**   "Chinmay Tripathi ████████████
**Date:** 09/16/2014 06:09 PM
**Subject:**   RE: ████████ requirements

Hi Sir,
Please help to get the detailed job descriptions for below requirements.

*Thanks & Regards,*



Attorneys' Eyes Only                                                    TCS151441

(Please contact my

**From:** Chinmay Tripath
**Sent:** Monday, September 15, 2014 2:17 PM
**To:** Prateek Gattani
**Cc:** Kp Pramod; Pandiaraj S
**Subject:** Fw: requirements

Dear Prateek,

Please help in closing these. Work with Pramod and Pandiaraj closely please.

| # | Skillset | RGS Id | Service Line | Exp level | Location | Count | In-hand | Resumes Received | Rejected | Comments |
|---|----------|--------|--------------|-----------|----------|-------|---------|------------------|----------|----------|
| 1 | Application Architect (SOA/Design Patterns, J2EE, WebSphere) | 3444360 | ADM | 8+ yrs | Minneapolis | 1 | 3 | 6 | 3 | Received BA resumes, will impact margin. Resumes for rec is preferable |
| 2 | OLTP Data Modeler/Data Analyst | 3969854 | ADM | 6 to 8 yrs | Minneapolis | 2 | 1 | 1 | 0 | Customer interviews scheduled |
| 3 | Datawarehouse Modeler | 3969854 | ADM | 6 to 8 yrs | Minneapolis | 1 | 2 | 2 | 0 | Customer interviews scheduled |
| 4 | Project Coordinator | 3452158 | ADM | 4 to 6 yrs | Minneapolis | 1 | 2 | 2 | 0 | Good profiles in hand. Expecting to close this week |
| 5 | Business Analyst | 3453008 | ADM | 4 to 6 yrs | Dallas | 1 | 2 | 20 | 18 | Received BA resumes, will impact margin. Expat resumes is preferable |
| 6 | IIS Engineer with MW Experience | 3450872 | IT IS | 4 to 6 yrs | Minneapolis | 1 | 1 | 6 | 5 | Received BA resumes, will impact margin. Resumes for rec is preferable |
| 7 | Project Manager - Info Security | 3449626 | IT IS / GCP | 6 to 8 yrs | Minneapolis | 1 | 0 | 5 | 5 | Received BA resumes, will impact margin. Resumes for rec is preferable |
| 8 | Service Management Operations | 3450533 | IT IS | 6 to 8 yrs | Minneapolis | 1 | 0 | 0 | 0 | |
| 9 | Airwatch - Mobile Device Mgmt | TBD | IT IS | 6 to 8 yrs | Minneapolis | 1 | 0 | 0 | 0 | |
| 10 | Automation Tester (Selenium) | 3959089 | ASU | 4 to 6 yrs | Minneapolis | 1 | 0 | 5 | 5 | Received BA resumes, will impact margin. Resumes for rec is preferable |
| 11 | Performance Tester | 3441632 | ASU | 6 to 8 yrs | Minneapolis | 1 | 2 | 5 | 3 | Prefer expat / recruitment resumes |
| 12 | Seeburger + Axway Engineer | 3968724 | DESS | 6 to 8 yrs | Minneapolis | 1 | 0 | 0 | 0 | Recruitment candidates preferable |

==========================================

Notice: The information contained in this e-mail
message and/or attachments to it may contain
confidential or privileged information. If you are
not the intended recipient, any dissemination, use,
review, distribution, printing or copying of the

Attorneys' Eyes Only

information contained in this e-mail message
and/or attachments to it are strictly prohibited. If
you have received this communication in error,
please notify us by reply e-mail or telephone and
immediately and permanently delete the message
and any attachments. Thank you

Attorneys' Eyes Only

# Exhibit B5

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**From:**        S Sathish7 <>
**Sent:**        December 30, 2015 1:26 PM
**To:**          Brian Galicki
**Cc:**          Shyamsundar Chinnari
**Subject:**     Re: Fw███  C#.NET developer requirement | Rockville

Thanks for the update Brian

Thanks & Regards
Sathish Shanmugam
Talent Acquisition Group
Ph████████████
Tata Consultancy Services
Mailto ███████████
Website: http://www.tcs.com

_____

Experience certainty.      IT Services
                           Business Solutions
                           Consulting
_____


_____
Brian Galicki---12/30/2015 04:16:23 AM---Satish please do not work this one any longer, thanks so much for the speedy response on this. With

From:      Brian Galicki/AMER/TCS
To:        S Sathish7/CHN/TCS@TCS
Cc:        Shyamsundar Chinnari/AMER/TCS@TCS
Date:      12/30/2015 04:16 AM
Subject:   Fw: ███ - C#.NET developer requirement | Rockville


Satish please do not work this one any longer, thanks so much for the speedy response on this.

With Regards,

Brian E. Galicki
Talent Acquisition Lead
Tata Consultancy Services
Office Direct ████████████
████████████
www.tcs.com

_____

Experience certainty.      IT Services
                           Business Solutions
                           Consulting
_____

----- Forwarded by Brian Galicki/AMER/TCS on 12/29/2015 05:45 PM -----

Attorneys' Eyes Only

From:       M Lele/AMER/TCS
To:         Brian Galicki/AMER/TCS@TCS
Cc:         Shyamsundar Chinnari/AMER/TCS@TCS
Date:       12/29/2015 05:30 PM
Subject:    Fw: ██ - C#.NET developer requirement | Rockville

FYI

Mohan Lele _

----- Forwarded by M Lele/AMER/TCS on 12/29/2015 05:31 PM -----

From:       Jitenderkumar Mahinderkar/AMER/TCS
To:         S Sathish7/CHN/TCS@TCS
Cc:         M Lele/AMER/TCS@TCS, Raviraj Jain/AMER/TCS@TCS
Date:       12/29/2015 05:21 PM
Subject:    Re: ██ - C#.NET developer requirement | Rockville

Hi Satish,

Can you please ignore this request; I am looking for a BA profile rather than a local hire for this immediate requirement at Rockville.

The RGS details corrected with right duration.

Thanks!!

regards,
Jitender Kumar
Tata Consultancy Services
Mailto ████████████████
Website: http://www.tcs.com
_____

Experience certainty. IT Services
Business Solutions
Consulting
_____

-----S Sathish7/CHN/TCS wrote: -----
To: M Lele/AMER/TCS@TCS
From: S Sathish7/CHN/TCS
Date: 12/29/2015 09:57AM
Cc: Jitenderkumar Mahinderkar/AMER/TCS@TCS
Subject: Re: ██ - C#.NET developer requirement | Rockville

Sure Mohan, I will share profiles

Thanks & Regards
Sathish Shanmugam

Attorneys' Eyes Only

Talent Acquisition Group - NA

Tata Consultancy Services

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting

M Lele---12/29/2015 08:22:56 PM---Sathish, Please publish and share resumes with Jitender Kumar

From: M Lele/AMER/TCS
To: S Sathish7/CHN/TCS@TCS
Cc: Jitenderkumar Mahinderkar/AMER/TCS@TCS
Date: 12/29/2015 08:22 PM
Subject: Re:        C#.NET developer requirement | Rockville

Sathish,

Please publish and share resumes with Jitender Kumar

Thanks,

Mohan Lele

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting

----- Forwarded by M Lele/AMER/TCS on 12/29/2015 09:50 AM -----

From: Raviraj Jain/AMER/TCS
To: M Lele/AMER/TCS@TCS, Jitenderkumar Mahinderkar/AMER/TCS@TCS
Cc: Bhaskar S/AMER/TCS@TCS, Saikat Mukherjee/KOL/TCS@TCS
Date: 12/28/2015 10:36 PM
Subject: Re:        C#.NET developer requirement | Rockville

Hi Mohan,

In absence of Brian, please help here.

[attachment "JD_Dot_Net_lead.docx" deleted by S Sathish7/CHN/TCS]

Thanks & Regards
Raviraj Jain
Resource Management Grp-INS HC

Attorneys' Eyes Only



Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting

Jitenderkumar Mahinderkar---12/28/2015 05:00:21 PM---Hi Ravi, Can you approve the RGS id for Rockville requirement to receive/tag suitable .NET profiles

From: Jitenderkumar Mahinderkar/AMER/TCS
To: Raviraj Jain/AMER/TCS@TCS, Bhaskar S/AMER/TCS@TCS
Cc: Saikat Mukherjee/KOL/TCS@TCS
Date: 12/28/2015 05:00 PM
Subject: Re: ▮▮▮▮ C#.NET developer requirement | Rockville

Hi Ravi,

Can you approve the RGS id for Rockville requirement to receive/tag suitable .NET profiles from vendor.

**REQ ID/RGS ID:** 4447682 / 3701389

Thanks!!
regards,
Jitender Kumar
Tata Consultancy Services
Mailto ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting

-----Raviraj Jain/AMER/TCS@TCS wrote: -----

========================
To: Brian Galicki/AMER/TCS@TCS, Jitenderkumar Mahinderkar/AMER/TCS@TCS
From: Raviraj Jain/AMER/TCS@TCS
Date: 12/13/2015 03:57PM
Cc: Bhaskar S/AMER/TCS@TCS
Subject: Re: ▮▮▮▮ C#.NET developer requirement
========================

Attorneys' Eyes Only

Hi Brian,

Please share Local market profiles.

Thanks & Regards
Raviraj Jain
Resource Management Grp-INS HC
Tata Consultancy Services

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting

From: Jitenderkumar Mahinderkar/AMER/TCS
To: Raviraj Jain/AMER/TCS@TCS
Cc: Bhaskar S/AMER/TCS@TCS
Date: 12/11/2015 11:53 AM
Subject: ████ C#.NET developer requirement

Hi Ravi,

Can you share suitable profiles for below ████ requirement at Rockville.

* Strong technical resource with 8yrs experience in C#, .NET and MS SQL. See the attached JD for more details.

We will prefer a TCS expat associate with a long term visa.

Thanks!!

regards,
Jitender Kumar
Tata Consultancy Services

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions

Attorneys' Eyes Only                                                    TCSLTD005216736

Consulting

---

[attachment(s) JD_Dot_Net_lead.docx removed by Brian Galicki/AMER/TCS]

Attorneys' Eyes Only

TCSLTD005216737

# Exhibit B6

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED

# Exhibit B7

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| **From:** | Ram Neti (Tata Consultancy Services) ███████████ |
| **Sent:** | June 27, 2012 8:56 PM |
| **To:** | Shyamsundar Chinnari |
| **Subject:** | RE: Weekly update on Open requests |

Shyam,
I just called and left a VM. I am available on my desk. Number ████████

Thanks!
Shantaram(Ram)

████████████████████████████

**From:** Shyamsundar Chinnari [mailto:████████████████]
**Sent:** Wednesday, June 27, 2012 1:45 PM
**To:** Ram Neti (Tata Consultancy Services)
**Cc:** Kavya Devadas Alva (Tata Consultancy Services)
**Subject:** Re: Weekly update on Open requests

Ram,

Can you call.

why are we not making any offers.can you give me aging data for confirmed cases.

when are walkin drive candidates joining .

Regards

Shyam Sundar Chinnari
Manager Technical Recruitment - NA
Tata Consultancy Services
379 Thornall Street - 4th Floor
Edison - 08837,New Jersey
United States
████████████████████

Website: http://www.tcs.com

Experience certainty.    IT Services
                Business Solutions
                Outsourcing

**From:**   "Ram Neti (Tata Consultancy Services)" ·████████████

Attorneys' Eyes Only

To:     "Shyamsundar Chinnari ███████████████████████████████████, "Kavya Devadas Alva (Tata
        Consultancy Services)" ████████████████████
Date:   06/27/2012 04:09 PM
Subject: Weekly update on Open requests

Team,
Please find update on the progress for the current TAG open requests on █ a/c. Feel free to call for questions if any.

| Role | Remarks on Duration | Industry | Total postions | Local Hiring | BA | Remarks | Update as on 06/26 |
|---|---|---|---|---|---|---|---|
| Major incident Manager | 2 ST positions | IS | 2 | 0 | 2 | 2 MR pending, 1 decision to be made post interview for 3rd open role | ██████ awaiting client schedule, ████████ ██ as stand by cases post tech interviews |
| Developer (.NET + SQL) | 2 St and 2 LT | Non-IS | 4 | 2 | 2 | 1 MR pending | ██████ awaiting client schedule, everding,████████ ████████ presented |
| Developer (Biztalk) | 2 ST positions | Non-IS | 2 | 0 | 2 | | No action for TAG |
| Network & Smarthands | 1 ST position | IS | 3 | 2 | 1 | 2 LT positions already offered | Sourcing in progress |
| DBA (SQL) | Already selected | IS | 1 | 1 | | NA, closed internally | |
| Network Implementation Engineer | All are LT | IS | 22 | 12 | 10 | | ███████ in interview process this week, sourcing for addl. Profiles |
| Abuse Grader | All 3 are LT positions | IS | 3 | 2 | 1 | | █ passed for cost reasons ██████████ resume reject, sourcing in progress |
| SCOM Admin | 1 LT postion | IS | 1 | 1 | | | Sourcing in progress |
| GNS Network PMs | 5 LT and 4 ST | IS | 9 | 5 | 4 | | ███████████ presented, work in progress |
| MLS Network PMs | All 6 are LT | IS | 6 | 3 | 3 | | ███████████ presented, work in progress |
| GFS MOC PM | ALL 2 LT. Expats more preferable | IS | 2 | 2 | | | ███████ being reconsidered,█ will revert by end of week |
| Marketing Operations | Already selected | Non-IS | 5 | 2 | 3 | NA, closed internally | |
| Operations Engineer | All 3 LT | IS | 3 | 2 | 1 | | ███████ not in budget, addl profiles to be sourced at ████████ |
| Test (SDET) | 1 LT and 2 ST | Non-IS | 3 | 1 | 2 | | ██████ client interview pending, |

Attorneys' Eyes Only

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Test Lead | 1 position ST | Non-IS | 1 | | 1 | | ██ scheduled for internal tech interview on Thursday |
| Cosmos Developer | All 10 positions are LT | Non-IS | 10 | 6 | 4 | JDs Awaited | Sourcing in progress |
| Tech Writer | 4 position LT and 1 ST | Non-IS | 5 | 1 | 4 | JDs Awaited | ██ confirmed no sourcing needed from TAG |
| BI SQL | All 5 positions LT | Non-IS | 5 | 3 | 2 | JDs Awaited | ██ presented, addl profiles needed after current queue is exhausted |
| Grand Total | | | 87 | 45 | 42 | | |

Thanks!
*Shantaram* (Ram)



=====----=====----=====

Notice: The information contained in this e-mail
message and/or attachments to it may contain
confidential or privileged information. If you are
not the intended recipient, any dissemination, use,
review, distribution, printing or copying of the
information contained in this e-mail message
and/or attachments to it are strictly prohibited. If
you have received this communication in error,
please notify us by reply e-mail or telephone and
immediately and permanently delete the message
and any attachments. Thank you

Attorneys' Eyes Only

# Exhibit B8

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED

# Exhibit B9

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED

# Exhibit B10

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED

# Exhibit B11

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED

# Exhibit B12

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED

# Exhibit B13

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED

# Exhibit B14

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED

# Exhibit B15

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED

# Exhibit B16

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**From:** Ambika G ███████████
**Sent:** May 02, 2014 2:19 AM
**To:** Koilraj.Jeyasingh
**Cc:** Mikky.Goel;Pradhyumna.Reddy
**Subject:** RE: Immediate position ██████ Testing coe (Pricing / Promo TL position)

I dont have anyone with me at Onsite,

Pls continue to check with offshore for ████

Thanks&Regards
Ambika G
RMG Lead - Insurance & Health Care,ASU

████████████
Tata Consultancy Services
379, Thornall Street, 4th Floor, Edison, New Jersey, United States
████████████
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions

**From:** Koilraj.Jeyasingh
**To:** Ambika G ███████████
**Cc:** Mikky.Goel ████████  Pradhyumna.Reddy ██████████████
**Date:** 05/01/2014 06:14 PM
**Subject:** RE: Immediate position: ████ - Testing coe (Pricing / Promo TL position)

At present we are looking only TCS expat and Visa Ready from offshore.
We are in touch with offshore to get the visa ready candidate. Pls look only TCS expat with package testing profile.

Regards,
koil

**From:** Ambika G ███████████████
**Sent:** Thursday, May 01, 2014 5:06 PM
**To:** Koilraj.Jeyasingh
**Cc:** Mikky.Goel; Pradhyumna.Reddy
**Subject:** Re: Immediate position: ████ - Testing coe (Pricing / Promo TL position)

Attorneys' Eyes Only

TCSLTD003122993

an we look at BA cvs

Thanks&Regards
Ambika G
RMG Lead - Insurance & Health Care,ASU

Tata Consultancy Services

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions

| From: | Koilraj.Jeyasingh |
|---|---|
| To: | "Ambika G |
| Cc: | Mikky.Goel ; Pradhyumna.Reddy |
| Date: | 05/01/2014 05:56 PM |
| Subject: | Immediate position: Testing coe (Pricing / Promo TL position) |

Hi Ambika,

We have an immediate opening in one of position in the below ▇▇▇ program.
Can you please share some profile with Foundational/Soft solution tool skill set.
If any strong profile in Package testing can serve purpose.

Find attached JD for your reference.

Thanks,
koil

**From:** Akash Gowda [▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇]
**Sent:** Wednesday, April 30, 2014 12:54 AM
**To:** Koilraj.Jeyasingh
**Cc:** Santosh Shanbhag; Pinto Ernest; Vamsi.Reddy; Venkatesh Gopal; Preethi2 P; Rajalakshmi Pandian
**Subject:** Re: FW: Pricing / Promo TL position

HI Koilraj,

Please find the RGS ids for below mentioned Requirement.

Attorneys' Eyes Only                                    TCSLTD003122994

| PROMO program/ projects | Role | Start Date | End date | % of allocation | Comments | RGS ID |
|---|---|---|---|---|---|---|
| Promotions EOS program | PTL | 06/01/14 | 04/01/16 | 100.00% | | 3874653 |
| Foundation Tool | TL | 05/05/14 | 04/01/15 | 100.00% | need to on board TL by Monday or the earliest | 3874627 |
| Implement E-COMM/TPA E-COMM Integration | TL | 07/01/14 | 07/01/15 | 100.00% | Role will confirm by June TSPR funding | 3874631 |

**\* For foundation tool the start couldnt be given as 05/05/2014 as Start Date should be atleast 14 days from the current date for onsite requirements.**

**i have given it as 05/14/2014.**

Thanks
Akash Gowda MS
Tata Consultancy Services
<span style="background:black">████████████</span>
Website: http://www.tcs.com



-----V Reddy2/BLR/TCS wrote: -----
To: Akash Gowda/BLR/TCS@TCS
From: V Reddy2/BLR/TCS
Date: 04/30/2014 09:37AM
Cc: Pinto Ernest ████████████████████████████, "Venkatesh Gopal
████████████████████████, Santosh Shanbhag/BLR/TCS@TCS
Subject: Re: FW: Pricing / Promo TL position

Hi Akash,

Please Create RGS ID's for the below position and share the Id's to Koilraj.

Thanks,
Vamsi Krishna Reddy
Tata Consultancy Services
<span style="background:black">████████████</span>
Website: http://www.tcs.com

Attorneys' Eyes Only

TCSLTD003122995

perience certainty. IT Services
Business Solutions
Consulting

Koilraj.Jeyasingh ---04/30/2014 04:28:16 AM---Hi Vamsi/Roshen, Can you please create RGS for below 3 new open position in MPLS and share to me.

From:

To:       Pinto Ernest                                                    , "V Reddy2

Cc:       "Venkatesh Gopal

Date:     04/30/2014 04:28 AM

Subject FW: Pricing / Promo TL position
:

Vamsi/Roshen,

Can you please create RGS for below 3 new open position in MPLS and share to me.

Thanks,
koil

**From:** Pradhyumna.Reddy
**Sent:** Tuesday, April 29, 2014 5:48 PM
**To:** All-TCS-Mikky-TCoE-DR's
**Cc:** Mikky.Goel
**Subject:** Pricing / Promo TL position

hi All

We are looking for the Test Lead resource for the Foundation Tool project  (Marked in yellow)as early as possible at onsite.
Is there any resource available please let us know.

Skill set we are looking as below :

Attorneys' Eyes Only                                                    TCSLTD003122996

Well versed Testing Methodology ( Agile Methodology preferable)
2) PROMO Domain knowledge
3) Soft Solution Package experience
4) Package Testing experience.

| PROMO  program/ projects | Role | Start Date | End date | % of allocation | Comments |
|---|---|---|---|---|---|
| Promotions EOS program | PTL | 6/1/2014 | 4/1/2016 | 100% | |
| Foundation Tool | TL | 5/5/2014 | 4/1/2015 | 100% | need to on board TL by Monday or the earliest |
| Implement E-COMM/TPA E-COMM Integration | TL | 07/01/2014 | 07/01/2015 | 100% | Role will confirm by June TSPR funding |

At least couple of them if resource meet then rest can be take care. if resource is new to all then its hard with the PM like Tiffany.

regards
-Prady

===---===----===

ice: The information contained in this e-mail ssage and/or attachments to it may contain confidential or privileged information. If you are not the intended recipient, any dissemination, use, review, distribution, printing or copying of the information contained in this e-mail message and/or attachments to it are strictly prohibited. If you have received this communication in error, please notify us by reply e-mail or telephone and immediately and permanently delete the message and any attachments. Thank you[attachment ████████_Softsolution o Fundation tool- Test Lead.xlsx" deleted by Ambika G/AMER/TCS]

Attorneys' Eyes Only

# Exhibit B17

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED

# Exhibit B18

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**m:**
**Sent:** March 14, 2012 11:13 PM
**To:**
**Cc:** Mahesh Chintakunta;Akshay Thakur;Rathika Thiruvengadam;Manikandan Kumarasamy
**Subject:** 2 immediate opening in Main frame testing area

Hi Ambika,
We do have 2 immediate opening in Main frame testing area, these are strategic positions and we are giving preference for any expat or visa ready candidate to fulfill these positions. Please help us out if you have any available profiles.

Thanks and regards,

Attorneys' Eyes Only

TCSLTD003168385

# Exhibit B19

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED

# Exhibit  B20

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| **From:** | Umesh Kumar ███████████████████ |
| **Sent:** | September 27, 2012 8:27 PM |
| **To:** | Taronish Irani |
| **Cc:** | Ajay Pandita;Ambika G |
| **Subject:** | Re: BRM/Enagagement Manager Pofiles |

Dear Taro,

Do you have a Visa or Non- Visa ready associate available looking for BRM/Engagement Manager roles.
██ would need 3-4 such associates

Thanks & Regards,
Umesh Kumar
Tata Consultancy Services
████████████████████████████
████████████████████████████
████████████████████████████
Website: http://www.tcs.com

Experience certainty.      IT Services
                 Business Solutions
                 Outsourcing

Ajay Pandita---09/27/2012 04:13:31 PM---Umesh, We discussed.

| | |
|---|---|
| From: | Ajay Pandita/AMER/TCS |
| To: | Umesh Kumar/AMER/TCS@TCS |
| Date: | 09/27/2012 04:13 PM |
| Subject: | BRM/Enagagement Manager Pofiles |

Umesh,

We discussed.

Could you please send me 3-4 profiles for BRM/Engagement Manager roles. I have 3-4 positions open. Preferably visa
ready, but I can wait for visa processing if person is in India.

Regards,
Ajay Pandita
Tata Consultancy Services
Cell: ██████
Mailto: ████████████████████

Attorneys' Eyes Only

Website: http://www.tcs.com

Experience certainty.     IT Services
                   Business Solutions
                   Outsourcing

Attorneys' Eyes Only

# Exhibit  B21

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**m:** Ranjani Seshadri <>
**Sent:** January 10, 2012 5:59 PM
**To:** Manikandan Kumarasamy
**Cc:** █████████;Ambika G;█████████;Rathika Thiruvengadam
**Subject:** RE: Internal Visa ready CVs mobilized from offshore

Have convinced her. She is ready now

Regards
Ranjani Seshadri
Tata Consultancy Services

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Outsourcing

---

Manikandan Kumarasamy---01/10/2012 11:22:41 PM---She did not accept to relocate to Bloomington. We tried already. Manikandan Kumarasamy

**m:** Manikandan Kumarasamy/AMER/TCS
**To:** Ranjani Seshadri/BLR/TCS@TCS
**Cc:** █████████, Ambika G/AMER/TCS@TCS, Anand Kumar █████████, "Rathika Thiruvengadam
**Date:** 01/10/2012 11:22 PM
**Subject:** RE: Internal Visa ready CVs mobilized from offshore

She did not accept to relocate to Bloomington. We tried already.

Manikandan Kumarasamy
Tata Consultancy Services

Website: http://www.tcs.com

Experience certainty.    IT Services
              Business Solutions
              Outsourcing

---

████eys' Eyes Only                          TCSLTD003150829

Ranjani Seshadri---01/10/2012 11:47:29 AM---Hi ███ Pls talk to the following associates. They are currently released from ███ and are in the

From:     Ranjani Seshadri/BLR/TCS
To:       ███████████████████████
Cc:       █████████████████████       "Rathika Thiruvengadam
          ███████████████████ Manikandan
          Kumarasamy/AMER/TCS@TCS, Ambika G/AMER/TCS@TCS
Date:     01/10/2012 11:47 AM
Subject:  RE: Internal Visa ready CVs mobilized from offshore

Hi ████████ ,

Pls talk to the following associates. They are currently released from ████ and are in the US now. Pls confirm asap.

███████████████████        QA/Test Analyst        ███████████████

███████████████████

Regards
Ranjani Seshadri
███a Consultancy Services
███████████████████
Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Outsourcing

███████████████---01/10/2012 10:31:45 PM---Hi Ranjani, Had spoken to ███████ and have confirmed her. So, can you pls go ahead and confirm her CV

From:     ███████████████████████
To:       Ranjani Seshadri
Cc:       ███████████████████       "Rathika Thiruvengadam
Date:     01/10/2012 10:31 PM
Subject:  RE: Internal Visa ready CVs mobilized from offshore

A████eys' Eyes Only        TCSLTD003150830

Hi Ranjani,

Had spoken to ▮▮▮▮ and have confirmed her. So, can you pls go ahead and confirm her CV for ▮▮▮▮▮

The phone number published for ▮▮▮▮▮ seems to be incorrect. We get an automated message that the number is incorrect / not in use..
▮▮▮▮ cell phone number appears to be switched off..

Can you pls get a new number in which we can get in touch with ▮▮▮▮▮

Rathika,

Can you pls get in touch with ▮▮▮ tomorrow morning IST and check out his availability.
Can you also establish connects with ▮▮▮▮ We might have to figure out her travel logistics as she is not based out of Chennai / Hyderabad.

Regards

▮▮▮▮▮▮

**From:** Ranjani Seshadri [▮▮▮▮▮▮▮▮▮▮▮▮]
**Sent:** Tuesday, January 10, 2012 10:24 AM
**To:** ▮▮▮▮▮▮
**Subject:** Fw: Internal Visa ready CVs mobilized from offshore

▮nand,

FYI pls.

Regards
Ranjani Seshadri
Tata Consultancy Services

▮▮▮▮▮▮▮▮

Website: http://www.tcs.com

_____

Experience certainty. IT Services
Business Solutions
Outsourcing
_____

----- Forwarded by Ranjani Seshadri/BLR/TCS on 01/10/2012 09:52 PM -----

From:    Ranjani Seshadri/BLR/TCS
To:      Mahesh Chintakunta <▮▮▮▮▮▮▮▮▮▮▮▮▮>, Manikandan Kumarasamy/AMER/TCS@TCS, Anand
         C/CHN/TCS@TCS
Cc:      Sethu Lakshmanan/AMER/TCS@TCS, Dharmarajan Chandrasekhar/CHN/TCS@TCS, R
         Madhushankar/AMER/TCS@TCS, Ajay Km/CHN/TCS@TCS, Ambika G/AMER/TCS@TCS
Date:    01/10/2012 08:18 PM
Subject: Internal Visa ready CVs mobilized from offshore

A▮▮▮eys' Eyes Only

TCSLTD003150831

**Dear Mahesh/Anand,**

The following internal CVs were proposed yesterday. Request for a feedback urgently.



| Emp No | Emp Name | Skill | Exp | Contact No | Visa | Proposed Date |
|---|---|---|---|---|---|---|
| | | MF | 7 | | No visa | 9th Jan |
| | | MF | 12 | | No visa | 9th Jan |
| | | Manual Testing | 6.5 | | H1B visa ready | 9th Jan |
| | | Manual Testing | 3 | | H1B petition ready | 9th Jan |

Pls note that visa ready associates are in demand and hence we cannot take more than 1 working day to revert with feedback. Also pls avoid rejecting any visa ready associate.
Kindly evaluate these CVs as well.



| | Skill | Exp | | Visa | Proposed Date |
|---|---|---|---|---|---|
| | Testing | 4.5 | | H1B visa ready | 10th Jan |
| | Test Lead | 6.11 | | L1B | 10th Jan |
| | Testing | 4.8 | | H1B visa ready | 10th Jan |

Regards
Ranjani Seshadri
Tata Consultancy Services

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Outsourcing

=====-----=====-----=====

Notice: The information contained in this e-mail message and/or attachments to it may contain confidential or privileged information. If you are

the intended recipient, any dissemination, use, view, distribution, printing or copying of the information contained in this e-mail message and/or attachments to it are strictly prohibited. If you have received this communication in error, please notify us by reply e-mail or telephone and immediately and permanently delete the message and any attachments. Thank you

Attorneys' Eyes Only

TCSLTD003150833

# Exhibit B22

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| m: | Anamika Sinha ████████████████ |
| Sent: | May 31, 2013 4:54 AM |
| To: | Pradip Chatterjee;Ambika G |
| Cc: | I Sengupta - KOL RMG Lead/PMO;Swagata - RMG KOL |
| Subject: | Re: Fw: ██ Test Manager Profile |

Dear Pradip Da

I am really short of L1 profiles, i have H1B visa ready CVs in abundance though

Ambika

can you please share ████████ profile for this requirement if he is still available

regards
Anamika Sinha
Resource Management Group-Assurance
Tata Consultancy Services
████████████████████

Website: http://www.tcs.com

Experience certainty.     IT Services
                Business Solutions
                Consulting

Pradip Chatterjee---05/31/2013 09:27:16 AM---Anamika: Do you have anyone VISA ready available for this rqmt?

| | |
|---|---|
| From: | Pradip Chatterjee/KOL/TCS |
| To: | "Anamika Sinha" <anamika.sinha@tcs.com> |
| Cc: | "I Sengupta - KOL RMG Lead/PMO" ████████████████, "Swagata - RMG KOL" |
| Date: | 05/31/2013 09:27 AM |
| Subject: | Fw: ██ Test Manager Profile |

Anamika: Do you have anyone VISA ready available for this rqmt?

A████eys' Eyes Only                                    TCSLTD002929020

st Regards,
dip

Rituparna Mullick

----- Original Message -----
**From:** Rituparna Mullick
**Sent:** 05/31/2013 08:03 AM ZE5B
**To:** I Sengupta
**Cc:** Pradip Chatterjee; P Giri; Salil Roychowdhury; Sangeeta Bose; Susweta Mukherjee;
Swagata B
**Subject:** Re: ███ Test Manager Profile
This is sad :(

ALso ████ is not available for me as she is not visa ready and plans to travel after 2-3 months once her visa is processed
And I need visa ready suitable candidates

Kindly pls send more CVs

Thanks
Rituparna



████site. http://www.tcs.com

Experience certainty.      IT Services
                          Business Solutions
                          Consulting

I Sengupta---05/31/2013 07:40:21 AM---Dear Rituparna, Please do not consider him any more. He was earlier proposed to another customer & n

From:      I Sengupta/KOL/TCS
To:        Rituparna Mullick/KOL/TCS@TCS
Cc:        Pradip Chatterjee/KOL/TCS@TCS, "Partha Giri - RMG KOL" ███████ Salil
           Roychowdhury/KOL/TCS@TCS, Sangeeta Bose/KOL/TCS, Susweta
           Mukherjee/KOL/TCS@TCS, "Swagata - RMG KOL" ████████
Date:      05/31/2013 07:40 AM
Subject:   Re ███ Test Manager Profile

A██████eys' Eyes Only                                    TCSLTD002929021

ar Rituparna,

Please do not consider him any more. He was earlier proposed to another customer & now customer has confirmed him for that requirement.

We shall look for another profile for you.

Thanks & Regards
Indranil Sengupta
Regional Lead Kolkata
Resource Management
Tata Consultancy Services

Website: http://www.tcs.com

Experience certainty.      IT Services
                  Business Solutions
                  Consulting

---

Rituparna Mullick---05/30/2013 09:15:46 PM---Thanks we are talking with him

From:       Rituparna Mullick/KOL/TCS
Cc:         I Sengupta/KOL/TCS@TCS
            Pradip Chatterjee/KOL/TCS@TCS, "Partha Giri - RMG KOL"          Salil
            Roychowdhury/KOL/TCS@TCS, Sangeeta Bose/KOL/TCS@TCS, Susweta
            Mukherjee/KOL/TCS@TCS, "Swagata - RMG KOL"
Date:       05/30/2013 09:15 PM
Subject:    Re:       Test Manager Profile

Thanks
we are talking with him
pls do not share his CV anywhere else

Rituparna

Website: http://www.tcs.com

Experience certainty.      IT Services
                  Business Solutions
                  Consulting

Attorneys' Eyes Only                                           TCSLTD002929022

I Sengupta---05/30/2013 01:46:56 PM---Dear Pradip da, Spoke to Rituparna. She is looking for visa ready candidate only as the associate is

| | |
|---|---|
| From: | I Sengupta/KOL/TCS |
| To: | Pradip Chatterjee/KOL/TCS |
| Cc: | "Partha Giri - RMG KOL" ▮▮▮▮▮▮, Rituparna Mullick/KOL/TCS@TCS, Salil Roychowdhury/KOL/TCS@TCS, Sangeeta Bose/KOL/TCS, Susweta Mukherjee/KOL/TCS@TCS, "Swagata - RMG KOL" ▮ |
| Date: | 05/30/2013 01:46 PM |
| Subject: | Re: ▮▮ Test Manager Profile |

**Dear Pradip da,**

Spoke to Rituparna. She is looking for visa ready candidate only as the associate is required to travel immediately.

**Dear Rituparna**

Please consider this profile. ▮▮▮▮▮ visa is valid & can travel immediately.

▮▮▮▮▮▮▮▮   13   DM/Test Manager   ▮▮▮▮▮▮   Visa valid till 2014 Jan

▮▮▮▮▮▮▮▮ deleted by Rituparna Mullick/KOL/TCS] [attachment "123196▮▮▮▮ ▮▮▮▮▮▮ deleted by Rituparna Mullick/KOL/TCS]

Thanks & Regards
Indranil Sengupta
Regional Lead Kolkata
Resource Management

Website: http://www.tcs.com

Experience certainty.     IT Services
                Business Solutions
                Consulting

Attorneys' Eyes Only

●dip Chatterjee---05/30/2013 09:12:30 AM---Indranil, Suggest to speak to Monica and Rakesh Roy and other ●table sr people to ensure the detai

| | |
|---|---|
| From: | Pradip Chatterjee/KOL/TCS |
| To: | Rituparna Mullick/KOL/TCS@TCS, I Sengupta/KOL/TCS@TCS |
| Cc: | Susweta Mukherjee/KOL/TCS@TCS, Sangeeta Bose/KOL/TCS@TCS, Salil Roychowdhury/KOL/TCS@TCS, "Swagata - RMG KOL" ███████████ "Partha Giri - RMG KOL" ███████████ |
| Date: | 05/30/2013 09:12 AM |
| Subject: | Re: REL Test Manager Profile |

Indranil,
Suggest to speak to Monica and Rakesh Roy and other suitable sr people to ensure the detail/condition sent by Rituparna are met


Best Regards,
Pradip



Rituparna Mullick---05/29/2013 07:58 PM ZE5B---Hi Pradip da As discussed we immediately need a visa ready Test manager (>=12+ experienced) for the

| | |
|---|---|
| ●n: | Rituparna Mullick |
| To: | Pradip Chatterjee; I Sengupta |
| Cc: | Susweta Mukherjee; Sangeeta Bose; Salil Roychowdhury |
| Date: | 05/29/2013 07:58 PM ZE5B |
| Subject: | ███ Test Manager Profile |


Hi Pradip da

**As discussed we immediately need a visa ready Test manager (>=12+ experienced) for the position of Onsite Test manager for** ███ **ASAP**
**Team size approx 300+**

| | |
|---|---|
| Location | : US - St. Louis, MO ( Visa Ready or Already present in US ready to relocate ) |
| Availability | : Immediate with US visa |
| Work Experience | : 12+ Years |
| Role | : Test Manager |
| Team Size | : 300 + |
| Team Location | : Onsite - USA ( Irving, TX | St. Louis, MO ), Near Shore - Mexico ( Guadalajara ), Offshore - India ( Kolkata, Chennai, Mumbai ) |
| Work Profile : | |

A●●eys' Eyes Only

ould be capable to handle critical customer director and managers
ould be able to build relation, negotiate etc
Should be good in communication, pro-active in addressing Customer's requirement in terms of staffing, value adds,
guidance for venturing in new areas/processes of testing
Should be aggressive / able to handle competition from competitor vendors
, Should have an idea of the spectrum of testing to cater to Customer's discussions / road-maps <-- This we can also groom

Thanks and Regards,
Rituparna Mullick Datta

Website: http://www.tcs.com

Experience certainty.     IT Services
              Business Solutions
              Consulting

eys' Eyes Only

# Exhibit B23

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**RGS Requirement ID:** 3920690
**Request ID:** 3431674
**Client Name:** ███████████████
**Support Location:** Fargo, ND – 58102 (US Central Region)
**Suitable VISA:** L1B & H1B Preferred
**Resource:** Internal TCS or Local Hiring
**Duration:** 18months
**Position fulfillment:** On or before 30th Aug'2014

**Job Description:**
- Should have good understanding of different demand and supply channels. With basic understanding of MDS, MRP, MPS and forecast set.
- Hands on and fair understanding on Oracle ATP (Available to Promise), VMI concepts
- Hands on with Oracle WIP, BOM, Purchasing and Inventory. Basic knowledge of Order management is important to handle ATP issues.
- Well versed with different ASCP plan options/Parameters and its effect on the planning output.
- Independently identify/ fix any ASCP incidence reported by planning user and if required take help of different Oracle functional streams.
- Manage weekend and daily planning run.   Answer the queries for any issues related to data collection/launch plan/Push Plan. Guide the team which runs the weekend plan.
- Able to relink test source and planning instances, once they are cloned.
- Basic knowledge of SQL, PL/SQL and Good technical understanding of ASCP architecture

Attorneys' Eyes Only

# Exhibit B24

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**Sent:** January 06, 2015 5:16 AM
**To:** Sharath Parasuraman
**Cc:** Arunvignes Radhakrishnan;Balasubramanian S;Raviraj Jain;Rishabh Jain;Sai Venkatesh;Suchitra N;Sudhakar Iddum
**Subject:** RE: Fw: URGENT - Big Data Testing Opening

Sai/Suchitra/Ravi,

Awaiting for your confirmation. Pls share US visa ready ▇ RFT profiles.

Can we explore the option of BA as well.

Regards,
Suresh Kumar Kandhagatla
Assurance Services Unit - MFG
Tata Consultancy Services Limited
Mailto: ▇
Website: http://www.tcs.com

Experience certainty.     IT Services
                        Business Solutions
                        Consulting

Suresh Kandhagatla---02-01-2015 12:31:11---▇, Not sure if ASU RMG has visa ready RFT profiles. Can we explore BA option?

**From:** Suresh Kandhagatla/HYD/TCS
**To:** ▇
**Cc:** Arunvignes Radhakrishnan ▇ Balasubramanian S ▇, Raviraj Jain ▇, Rishabh Jain ▇ Sai Venkatesh ▇ Suchitra N ▇, Sudhakar Iddum ▇
**Date:** 02-01-2015 12:31
**Subject:** RE: Fw: URGENT - Big Data Testing Opening - ▇

Sharath,

Not sure if ASU RMG has visa ready RFT profiles. Can we explore BA option?

Sai/Suchitra/Ravi: Pls confirm the availability of visa ready RFT profiles.

Regards,
Suresh Kumar Kandhagatla

Attorneys' Eyes Only

TCSLTD004737846

surance Services Unit - MFG
a Consultancy Services Limited
Mailto: █████████
Website: http://www.tcs.com

_____

Experience certainty. IT Services
Business Solutions
Consulting

_____

--01-01-2015 19:08:44---Suresh ███████ is using RFT .

From:      ██████████████████████████
To:        Suresh Kandhagatla <          Rishabh Jain
Cc:        Arunvignes Radhakrishnan          , Balasubramanian S
Rishabh Jain          , Sai Venkatesh          Suchitra N          , Sudhakar
Iddum          , Raviraj Jain
Date:      01-01-2015 19:08
Subject:   RE: Fw: URGENT - Big Data Testing Opening - ███████

Suresh ,

███████ is using RFT .

██habh ,

Please confirm if there are any other tools.

Regards

███████████████

**From:** Suresh Kandhagatla [ mailto: █████████████████
**Sent:** 31 December 2014 07:35
**To:** ████████
**Cc:** Arunvignes Radhakrishnan; Balasubramanian S; ███████; Sai Venkatesh; Suchitra N; Sudhakar Iddum; Raviraj Jain
**Subject:** RE: Fw: URGENT - Big Data Testing Opening - ███████

Hello Sharath,

Pls share the automation tool name. Also updated JD will help.

Regards

A█████eys' Eyes Only                                    TCSLTD004737847

████esh Kumar Kandhagatla
██ Consultancy Services
Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting

----
To: ████████████████████████████████"
Fro████████
Date: 12/30/2014 10:37PM
Cc: ████████████████████████████████████████
████████████████Sudhakar Iddum████████████████████"
Subject: RE: Fw: URGENT - Big Data Testing Opening - ██████████

Hi Suresh ,

As per the feedback received on the candidate , please help on the below.

Please share some more profiles who will be having Automated testing experience along with Strong Manual testing + functional testing experience.

Regards

████████████████████

**From:** ████████████████████████████████
**Sent:** 30 December 2014 22:20
**To:** ████████████████████
**Cc:** ████████████████████████████████████████; Sudhakar Iddum; ████████████████████
**Subject:** RE: Fw: URGENT - Big Data Testing Opening ████████████

Hello Sharath,

As per the JD shared by you Automation testing was not a mandatory skillset. Pls confirm.

Regards,
Suresh Kumar Kandhagatla
Assurance Services Unit - MFG
Tata Consultancy Services Limited
████████████████████████████
Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions

A████eys' Eyes Only

nsulting

From: Sharath Parasuraman
To:
Cc:                                           , Sudhakar Iddum
Date: 30-12-2014 20:56
Subject: RE: Fw: URGENT - Big Data Testing Opening

Hi Suresh,

We have evaluated the candidate and found that he is not suitable .          is in need of someone who is having Automated testing experience so he/she will help them to develop Automated testing framework .

Please share some more profiles who will be having Automated testing experience along with Strong Manual testing + functional testing experience.

Regards
Sharath Parasuraman

**From:**
**Sent:** 26 December 2014 18:09
**To:**
**Subject:** Re: Fw: URGENT - Big Data Testing Opening -                    ; Sharath Parasuraman;

Hello Sharath,

Pls evaluate and share feedback.

Regards,
Suresh Kumar Kandhagatla
Assurance Services Unit - MFG
Tata Consultancy Services Limited

Website: http://www.tcs.com

_____
Experience certainty. IT Services
Business Solutions
Consulting
_____

From: Sai Venkatesh/TVM/TCS
To: Suresh Kandhagatla/HYD/TCS@TCS
Cc: Arunvignes Radhakrishnan/CHN/TCS@TCS, Balasubramanian S/CHN/TCS@TCS, "Sharath Parasuraman" <                              > Suchitra N/MUM/TCS@TCS

eys' Eyes Only

TCSLTD004737849

: 26-12-2014 17:22
ect: Re: Fw: URGENT - Big Data Testing Opening ███████████

Hi Suresh,

The below Associate is an Onshore release, Please consider, I had a discussion with him.
Kindly check with me before Client Proposing.

| ████████████ | ████████ | Manual Testing | 5+ Insurance, Telecom (Quality Assurance) |

Thanks & Regards
Sai Venkatesh
ASU RMG Chennai
Tata Consultancy Services Limited

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting

From: Suresh Kandhagatla/HYD/TCS
To: Suchitra N/MUM/TCS, Sai Venkatesh/TVM/TCS
Cc: Arunvignes Radhakrishnan/CHN/TCS@TCS, Balasubramanian S/CHN/TCS@TCS, "Sharath Parasuraman" ███████████
Date: 12/24/2014 10:56 AM
Subject: Fw: URGENT - Big Data Testing Opening ███████████

Dear Suchitra and Sai,

We are in need of 2 **US Visa ready** profiles (ITA or below) for ███████ Below are the details. Pls share suitable profiles for evaluation.

| Account | Request ID | Requirement ID | Bill Start Date | Location | Role | Skillset | # Positions Open |
|---|---|---|---|---|---|---|---|
| ████████████ | | | 12- | US, | Manual ÷ | Experience – 3 to 5 years in Manual, | 2 |

A████eys' Eyes Only

TCSLTD004737850

| 4076280 | Jan-15 | Columbus, Indiana - 47201 | Performance | Performance testing; Automated testing will be added advantage for candidate |
|---------|--------|---------------------------|-------------|---------------------------------------------------------------------------------|

Essential Duties and Responsibilities:
· Maintain compliance with company's policies, procedures and methodologies for product quality and solution validation.
· Effectively write and execute test plans, test scripts, defects, and test reports on assigned projects and tasks.
· Perform manual testing and solution validation as required by the assigned project or task.
· Ability to run tests with XML inputs and read XML outputs.
· It would be added advantage to write and run automated tests cases/scripts
· Work closely with development, other testing/quality engineers, and customers where applicable.

Knowledge & Experience:
· BE/BTech/MCA/MS degree in Computer Science or a related field.
· 3-5 years of experience in software quality assurance software/product validation.
· 3-5 years of experience in Manual software testing.
· 1-2 years of experience in Performance software testing.
· Added advantage - Automation software testing, desired – not required.
· Basic understanding of Linux Operating System directory structure.
· Basic understanding of XML.
· Strong verbal, written, and communication skills.
· Flexible to work overtime when needed for mission critical customer projects and/or field issues.

Regards,
Suresh Kumar Kandhagatla

Attorneys' Eyes Only

surance Services Unit - MFG
a Consultancy Services Limited

Website: http://www.tcs.com
_____

Experience certainty. IT Services
Business Solutions
Consulting
_____

----- Forwarded by Suresh Kandhagatla/HYD/TCS on 24-12-2014 10:43 -----

From: Sharath Parasuraman
To:
Cc: ████████████ Sudhakar Iddum ████ ████ Vishwanath K Srinivas Rao ███████████
>,
D
Subject: URGENT - Big Data Testing Opening


Hi Suresh ,

In continuation with our conversation today on the Tester positions (Onsite) , kindly find below the JD . Can you please share some profile so that we can evaluate the candidates?

As discussed we are looking for H1B visa ready and ready to travel associates ( Preferably ITA or below and not seniors) . We will be creating the RGS IDs tomorrow .

The Quality Engineer (Tester) - 2 open positions:-
Location – Columbus (IN)
Start date - 12-Jan-2015
End Date – 31-Dec-2015
Experience – 3 to 5 years in Manual, Performance testing, Automated testing will be added advantage for candidate.

Summary:
· Responsible for writing test plans, test scripts, scrub reports, test reports, submitting defects, performing test execution and validation, and reporting on all assigned projects.
· The Quality Engineer (Tester) works within our defined Agile test and validation methodologies and best practices to ensure that all items produced solutions meet or exceed company quality standards.
· The Quality Engineer (Tester) may be assigned multiple tasks and/or projects, and will be expected to work in a fast-paced multi-dimensional work environment under general supervision, and must possess excellent inter-personal, written, and verbal communication skills.
· Individual should have a good understanding of the SDLC cycle, SIT, preUAT, UAT. Should be able to run/manage the UAT with Business customers.
· Basic knowledge of Linux Operating System directory structure, Working knowledge of XML.
· Automation knowledge desired, but not required.
· Should be having experience on Application Performance testing.


Essential Duties and Responsibilities:
· Maintain compliance with company's policies, procedures and methodologies for product quality and solution validation.
· Effectively write and execute test plans, test scripts, defects, and test reports on assigned projects and tasks.
· Perform manual testing and solution validation as required by the assigned project or task.
· Ability to run tests with XML inputs and read XML outputs.
· It would be added advantage to write and run automated tests cases/scripts

Attorneys' Eyes Only                                          TCSLTD004737852

Work closely with development, other testing/quality engineers, and customers where applicable.

Knowledge & Experience:
· BE/BTech/MCA/MS degree in Computer Science or a related field.
· 3-5 years of experience in software quality assurance software/product validation.
· 3-5 years of experience in Manual software testing.
· 1-2 years of experience in Performance software testing.
· Added advantage - Automation software testing, desired – not required.
· Basic understanding of Linux Operating System directory structure.
· Basic understanding of XML.
· Strong verbal, written, and communication skills.
· Flexible to work overtime when needed for mission critical customer projects and/or field issues.

Thanks & Regards ,

**Sharath Parasuraman**
TCS Project Manager
Common Services – **B2B - EDI & CFG** Support

Please create an incident on Remedy for any support questions or issues

EDI Support Group on Remedy - Common Services - B2B Technical Support - EDI
CFG Support Group on Remedy - Common Services - B2B Technical Support - ▮▮▮▮ Gateway (CFG) Support

Notice: The information contained in this e-mail message and/or attachments to it may contain confidential or privileged information. If you are not the intended recipient, any dissemination, use, review, distribution, printing or copying of the information contained in this e-mail message and/or attachments to it are strictly prohibited. If you have received this communication in error, please notify us by reply e-mail or telephone and immediately and permanently delete the message and any attachments. Thank you

This email has been scanned for Malware.

This email has been scanned for Malware.

This email has been scanned for Malware.

Attorneys' Eyes Only

# Exhibit B25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| m: | Suchitra N <> |
| Sent: | September 18, 2013 2:56 PM |
| To: | Khot, Jitendrakumar |
| Cc: | ;Samarjeet Kumar;Subhash Kinare |
| Subject: | RE: Urgent SAP SD resource |

Hi Avinash,

Pls help here


Regards
Suchitra Nair
NA RMG Lead - Enterprise Solutions
Tata Consultancy Services

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting


"Khot, Jitendrakumar                    " ---09/18/2013 09:55:50 AM---Dear Arvind, Suchitra, Any update on availability of SAP SD resource?

| | |
|---|---|
| From: | "Khot, Jitendrakumar |
| To: | |
| Cc: | Samarjeet Kumar                    Subhash Kinare                    Suchitra |
| Date: | 09/18/2013 09:55 AM |
| Subject: | RE: Urgent SAP SD resource |


Dear Arvind, Suchitra,

Any update on availability of SAP SD resource?

Attorneys' Eyes Only                    TCSLTD004901645



Best Regards,

**Jitendra Khot**
TATA CONSULTANCY SERVICES LIMITED Providing Services for: Application Services

**From:** Khot, Jitendrakumar
**Sent:** Monday, September 09, 2013 10:00 AM
**To:**
**Cc:** 'Samarjeet Kumar'; 'Subhash Kinare'; 'Suchitra N'
**Subject:** RE: Urgent SAP SD resource

Dear Avinash, Suchitra,

Requesting your urgent help to backfill onsite SAP SD position which is vacant due to resignation.

We prefer internal visa ready resources.

Below are the details of RGS requests.

Request ID: 3331567
Requirement ID: 3728581

Job description is attached.



Regards,

**Jitendra Khot**
TATA CONSULTANCY SERVICES LIMITED Providing Services for: Application Services

**From:** Khot, Jitendrakumar
**Sent:** Wednesday, September 04, 2013 3:33 PM
**To:**
**Cc:** Samarjeet Kumar; Subhash Kinare; 'Suchitra N'
**Subject:** RE: Urgent SAP SD resource

Hi Avinash,

I got your reference from Suchitra.

Onsite SAP SD (Sales & Distribution) lead has resigned from onsite; position need to be filled ASAP.

Need your help in backfilling the position. Please share SAP SD profiles who are visa ready & can work from Skillman (New Jersey - USA).

It is a long term position for 1-2 years.

 eys' Eyes Only

TCSLTD004901646



Best Regards,

**Jitendra Khot**
TATA CONSULTANCY SERVICES LIMITED Providing Services for: Application Services

**From:** Suchitra N [ mailto: ▮▮▮▮ ]
**Sent:** Tuesday, September 03, 2013 6:04 PM
**To:** Suchitra N
**Cc:** Khot, Jitendrakumar ▮▮▮▮▮ ; Samarjeet Kumar; Subhash Kinare
**Subject:** RE: Urgent SAP SD resource

Hi Jitender,

Pls dont consider. Got confirmed.
Will get back to you

Regards
Suchitra Nair
NA RMG Lead - Enterprise Solutions
Tata Consultancy Services

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting

| | |
|---|---|
| From: | Suchitra N/MUM/TCS |
| To: | "Khot, Jitendrakumar ▮▮▮▮▮ |
| Cc: | Samarjeet Kumar ▮▮▮▮▮ >, Subhash Kinare ▮▮▮▮▮ |
| Date: | 09/03/2013 04:40 PM |
| Subject: | RE: Urgent SAP SD resource |

SAP SD
+ MM

Attorneys' Eyes Only

TCSLTD004901647

 achment █████████████ SAP SD+MM.doc" deleted by Suchitra N/MUM/TCS]

Internal evaluation

Regards
Suchitra Nair
NA RMG Lead - Enterprise Solutions
Tata Consultancy Services

██████████████████

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting

| From: | "Khot, Jitendrakumar █████████████████ |
| To: | Samarjeet Kumar ████████████, Suchitra N ██████████ |
| Cc: | Subhash Kinare ██████████████ |
| Date: | 09/03/2013 03:54 PM |
| Subject: | RE: Urgent SAP SD resource |



Hi Suchitra,

As discussed, please provide SAP SD profile.

**Best Regards,**

**Jitendra Khot**
TATA CONSULTANCY SERVICES LIMITED Providing Services for: Application Services
████████████████████

**From:** Khot, Jitendrakumar ███████████
**Sent:** Thursday, August 29, 2013 10:08 PM
**To:** 'Samarjeet Kumar'; Suchitra N
**Cc:** Subhash Kinare
**Subject:** RE: Urgent SAP SD resource

Dear Suchitra,



Attorneys' Eyes Only

TCSLTD004901648

n you please update on availability of the resource you mentioned yesterday?

It is resignation case hence need to revert to client at the earliest.

**Best Regards,**

**Jitendra Khot**
TATA CONSULTANCY SERVICES LIMITED Providing Services for Application Services

**From:** Samarjeet Kumar
**Sent:** Tuesday, August 27
**To:** Suchitra N
**Cc:** Subhash Kinare; Khot, Jitendrakumar
**Subject:** Re: Urgent SAP SD resource

Suchitra,

Please help

Thanks & Regards,
Samarjeet Kumar
RMG Lead - NA - MFG/LS/ER
Tata Consultancy Services

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting

| | |
|---|---|
| From: | "Khot, Jitendrakumar |
| To: | Samarjeet Kumar |
| Cc: | Subhash Kinare |
| Date: | 08/26/2013 10:04 PM |
| Subject: | Urgent SAP SD resource |

Attorneys' Eyes Only



Dear Samarjeet,

Onsite SAP SD (Sales & Distribution) lead has resigned from onsite; position need to be filled ASAP.

Request your help in backfilling the position.

DO you have SAP SD resource who can join ██ account in Skillman immediately?

**Best Regards,**

**Jitendra Khot**
TATA CONSULTANCY SERVICES LIMITED Providing Services for: Application Services

████████████████████

Notice: The information contained in this e-mail message and/or attachments to it may contain confidential or privileged information. If you are not the intended recipient, any dissemination, use, review, distribution, printing or copying of the information contained in this e-mail message and/or attachments to it are strictly prohibited. If you have received this communication in error, please notify us by reply e-mail or telephone and immediately and permanently delete the message and any attachments. Thank you

Attorneys' Eyes Only

# Exhibit B26

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**m:**       Imran Kazi

**Sent:**    April 05, 2013 2:27 PM

**To:**      Anuja Vashist

**Cc:**

**Subject:**    Re:          onsite requirement status - 4 Apr 13

Hi Anuja

Lets close the 2 CEP requirements please. We can reopen them when required.

Regards
Imran

Imran Kazi
Client Partner - Transportation North America Business Unit

Website: http://www.tcs.com

---

Experience certainty.      IT Services
                Business Solutions
                Outsourcing

---

From:    Anuja Vashist/MUM/TCS
         Hannah.Shobitha@TCS.com
                                Himani Shah/MUM/TCS@TCS, Mathews Koshy/CHN/TCS@TCS,
                                       , Saravanan Palaniappan/CHN/TCS@TCS, Shraddha
         Maheshwari/MUM/TCS@TCS, Srabanti Ray/DEL/TCS@TCS,
                                       , Imran Kazi/AMER/TCS@TCS
Date:    04/05/2013 02:30 AM
Subject:       onsite requirement status - 4 Apr 13

---

Dear Hannah,

Pls find attached the          requirements status as of 4th Apr.

Key highlights for the **8 open requirements**

**New requirements (6)**:
- TIBCO (1) - 1 requirement open - **1 profile selected by client & is still with client for rate discussion closure.**

- CEP Rules Engine(2) - Requirement put on hold by client.

- Mobile Experience Designer (1): Rate details & JD shared as requested. Awaiting profiles. **Need profiles urgently for closing this open requirement.**

A      eys' Eyes Only                                    TCSLTD002369693

Mobile Application Architect (1): Rate details & JD shared as requested. Awaiting profiles. **Need profiles urgently for closing this open requirement.**

- Java/J2EE (1) - 1 profile shared but no fitment owing to associate aspirations. **Need profiles urgently for closing this open requirement.**

**Backfill requirements (2):**
- Mobility Developer (1) - Replacement required owing to Visa expiry issues. Preferably need Visa ready TCS profiles.

- Java/J2EE Developer (1) - Replacement required owing to Visa expiry issues. Preferably need Visa ready TCS profiles.


[attachment ▇▇▇▇▇▇▇▇▇▇.xlsx" deleted by Imran Kazi/AMER/TCS]

Additional details present in the attachment.

Thanks & Regards
Anuja Ravinder Vashist
Delivery Manager
Tata Consultancy Services

Website: http://www.tcs.com

---

Experience certainty.      IT Services
                           Business Solutions
                           Outsourcing

---

Attorneys' Eyes Only                                    TCSLTD002369694

# Exhibit B27

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**m:**        Umesh Kumar ███████████████
**Sent:**     April 24, 2015 7:48 PM
**To:**        Kumar Dhilip
**Cc:**        Gajanan Phadake
**Subject:**   Re: Business Relationship Managers (Redmond, WA)

Dear Dhilip,

Do we have any ███████████ Associate available for BRM role. Preference is a Visa ready for Seattle, USA.

Thanks & Regards,
Umesh Kumar
Tata Consultancy Services

Website: http://www.tcs.com

Experience certainty.    IT Services
                    Business Solutions
                    Consulting

ajanan Phadake---04/24/2015 02:40:58 PM---Dear Umesh, We are expanding our business relationship team rking with ███████

From:     Gajanan Phadake/PNE/TCS
To:       Umesh Kumar/AMER/TCS@TCS
Date:     04/24/2015 02:40 PM
Subject:  Business Relationship Managers (Redmond, WA)

Dear Umesh,

We are expanding our business relationship team working with ███████████

For this we are looking for two Business Relationship Managers (BRM) to be based in Redmond, WA. Our goal is to close this within next 4 weeks.

I was interested in understanding what options do we have to staff this from within TCS
-     Any BRMs who are currently performing similar role looking for a change
-     Anyone from ███████ looking for a change
-     ...

A███eys' Eyes Only                              TCSLTD004161251

quest your help and guidance to help address this requirement.

Feel free to reach out to me in case of questions.

Regards,
Gajanan

-----------------------------------
Gajanan Phadake
Client Partner :
Tata Consultancy Services

Website: http://www.tcs.com

-------------------------------------------------
Experience certainty.      IT Services
                          Business Solutions
                          Consulting
-------------------------------------------------

Attorneys' Eyes Only

TCSLTD004161252

# Exhibit B28

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED