Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
E-mail:  dlow@kotchen.com;
E-mail:  dkotchen@kotchen.com;
E-mail:  mvk@kotchen.com;
E-mail:  lgrunert@kotchen.com

Attorneys for Buchanan, Slaight, Webber, Masoudi, and Mandili

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>**COMPILATION EXHIBIT C**<br><br>Complaint Filed:  April 14, 2015 |

Pursuant to Fed. R. Evid. 1006, Plaintiffs provide the following exemplary excerpts summarizing commentary and survey results from Defendant Tata Consultancy Services, Ltd.'s ("Tata's") applicants and employees.

| Bates Number & Exhibit Number | Excerpt |
| --- | --- |
| TCSLTD001460584-614 at 585 (Ex. C1) | [redacted] |
| TCSLTD000443732-34 at 32 (Ex. C2) | [redacted] |
| TCSLTD003475043 (Ex. C3) <br> Tab: US Local Women Row 22 <br><br> Tab: US Local Men Row 11 <br><br><br><br><br><br> Tab: US Local Men Row 13 <br><br> Tab: US Local Men Row: 14 | [redacted] |

2

COMPILATION EXHIBIT C - CASE NO. 4:15-CV-01696-YGR

| | |
|---|---|
| Tab: US Local Men Row 15 | ██████████ |
| Tab: US Local Men Row 23 | ██████████ |
| Tab: US Local Men Row 32 | ██████████ |
| Tab: US Local Men Row 33 | ██████████ |
| TCSLTD003489160[1] at Row 30 | "TCS needs to decide if they want to continue being an India[n] Company with global reach or a true Global company. This years [sic] Blitz speakers were all men and all Indian. Where is the diversity?" |
| at Row 31 | "Very different environment for non indian employees." |
| at Row 95 | "Have noticed not being from India sometimes in TCS you are treated as a secondary importance. Perhaps by culture, but have noticed some coworkers [don't] like having a non indian PL/PM" |
| at Row 104 | "I have not experienced TCS showing a diverse culture. I see a lot of Indian culture celebrated, but |

---

[1] Given size of excel spreadsheet Plaintiffs are not filing it; however, it is available to the court upon request. *See* Fed. R. Evid. 1006.

| | |
|---|---|
| | not other cultures." |
| at Row 608 | "People of non-Indian heritage are sometime excluded from discussion when they conduct the discussion in[] Hindi, for example." |
| at Row 618 | "[T]here is a bias toward Indian culture and work style." |
| at Row 794 | "Here in the US I don't see a US Citizens vs Indian Citizens ratio being maintained." |
| at Row 799 | "Areas of Improvement … More Diverse Environment & more Opportunity for non Indian[s]" |
| at Row 830 | "[W]e have very few local hires, even fewer of them are not Indian. Almost 100% of the leadership team is Indian and/or located in India. GM drives everything so Indian resources are preferred by RMG, who works primarily with Indian search firms." |
| at Row 834 | "TCS is much too India centric in the United States. Virtually 100% of leadership positions in Admin, sales and delivery are Indian nationals. These resources often don[']t understand the subtle cultural differences that can differentiate between success and failure. They often expect the employees and clients to appreciate Indian culture while not appreciating the local flavor of any particular client." |
| at Row 1120 | "There are a few structural biases in the system. Mainly, Senior Management and policies are geared toward Indian Ex-Pats, and not to Americans living here in the country." |
| at Row 1136 | "Areas of Improvement … Bias against non-Indians" |
| at Row 1150 | "In the United States, TCS should recruit more U.S. Citizens and provide diversity training to deputed |

| | |
|---|---|
| | employees to help them understand how American Business behave[s] and buys services." |
| at Row 1153 | "It is clear to me that in the Unite[d] States, TCS favors bring associates in from India on Visa's instead of hiring local associates.  This strikes me as a clear case of 'Reverse Discrimination', and as a US Citizen, I am [appalled] at this practice." |
| at Row 1154 | "Lack of diversity in the senior leadership and account management roles - especially with female and non-Indian employees" |
| at Row 1772 | "Indians in TCS at the managerial level favor associates who can speak their mother tongue or are biased to such resources[.] [T]his needs to be changed" |
| at Row1816 | "TCS does not make people from different cultural backgrounds other than India feel welcome. Even when hiring locals they will hire people from Indian background.  People from other backgrounds/countries also have ways to make TCS a better place, but it seems it is not in the company's plans to increase the diversity of their employee pool." |
| at Row 2737 | "Have more local hires that are not Indian, I mean no offense. It just is a fact that there is a clear cultural difference and if you are claiming to be made of [] a diverse culture where are the other cultures?" |
| at Row 2817 | "[N]eed to bring more people from different background and country. Now it[']s all [I]ndians. How can we learn new things even after coming abroad we are surrounded by same people we work at offshore?" |
| at Row 2889 | "I've yet to see or encounter any non-Indian managers at TCS." |

| | |
|---|---|
| at Row 2963 | "Local Indian languages are often spoke[n] at work, in front of the client. This makes it difficult for American co-workers to know what is going on." |
| at Row 3366 | "The issue is more of organization bias against local hires, none of which the awareness question above addresses.  Local staff is systematically discriminated against in banding of appraisals." |
| at Row 4041 | "I feel as though non-Indians are treated differently in the company. The leadership is not diverse." |

# Exhibit C1

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED

# Exhibit C2

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED

# Exhibit C3

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED