# Exhibit 53

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| From: | Balasaraswathi Man▓ |
| Sent: | June 24, 2016 5:46 AM |
| To: | ▓Hannah Shobitha;M Muralikumar |
| Subject: | RE: FW: Available profiles - Set I |

**Dear Hannah,** Associate is allocated from 6-June but he has got his amendment completed only this week. Also he is applying LOP from 27-June for his 3 weeks marriage vacation.

Request your kind approval to <u>move his allocation from 20-June-16</u> plsssss.

**Dear Murali,** Pls move his allocation to 20-June after Hannah's approval.

regards
Balasaraswathi Mani
Tata Consultancy Services
Mailto:
Website:

Experience certainty.     IT Services
                Business Solutions
                Consulting

---

---23-06-2016 23:28:04---Bala, Associate took time to confirm with immigration team whether he can travel to India when his a

| | |
|---|---|
| From: | |
| To: | |
| Date: | 23-06-2016 23:28 |
| Subject: | RE: FW: Available profiles - Set I |

Bala,

Associate took time to confirm with immigration team whether he can travel to India when his amendment is filed and in progress.

Also, there was some problem with his courier and his documents reached late to our immigration team.

▓ doesn't have enough leaves to apply as he is already applying for leave without pay for this week.

Thanks,

Attorneys' Eyes Only

TCSLTD003599309

Subba Rao
Program Manager - TCS

**From:** Balasaraswathi Mani [
**Sent:** Thursday, June 23, 2016
**To:** Rao, Subba
**Subject:** Re: FW: Available profiles - Set I

**Dear Subba,** We already allocated him with 1 month buffer. Not sure where the delay is. Can you ask him to apply leave from 7-June till his End date so that it won't be a leakage.

Regards
Balasaraswathi Mani
Tata Consultancy Services
Mailto:
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

From:
To: <
Date: 22-06-2016 20:05
Subject: FW: Available profiles - Set I

Bala,

           amendment has been filed las week with    but his allocation to our WON is done from 6/6 itself.

Also,           has plan for his marriage vacation to India starting 6/27 (flight planned from Minneapolis) and can relocate to Atlanta only after 3 weeks of vacation.

Can you please help to get his allocation changed to our WON starting from 6/20.           has agreed to apply leaves for the week of 6/20 also.

Thanks,
Subbu

Subba Rao
Program Manager - TCS

Attorneys' Eyes Only

TCSLTD003599310

**From:** Balasaraswathi Mani
**Sent:** Friday, May 06, 2016 1:42 AM
**To:** Shyamnath B
**Cc:** Hannah Shobitha; Rao, Subba; Paul, Samanwita
**Subject:** RE: Available profiles - Set I

**Dear Shyam,**

Pls close RGS ID also.

3776005   4593102

Regards
Balasaraswathi Mani
Tata Consultancy Services
Mailto:
Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting

From: Shyamnath B/CHN/TCS
To: Hannah Shobitha/CHN/TCS@TCS
Cc:
Date: 06-05-2016 02:56
Subject: RE: Available profiles - Set I

Dear Hannah,

Allocation has been completed.

FYI

Attorneys' Eyes Only

TCSLTD003599311



Thanks & Regards
Shyamnath.B
US RMG TEAM

Attorneys' Eyes Only

TCSLTD003599312

Tata Consultancy Services

India.
Mailto
Website: http://www.tcs.com

From: Hannah Shobitha/CHN/TCS
To: ███████████████ Shyamnath B/CHN/TCS@TCS
Cc:
Date: 05/06/2016 02:05 AM
Subject: RE: Available profiles - Set I

Hi Shyam - Pl allocate from 6/6

Thank You & Regards,
Hannah Shobitha Y,
RMG Lead - Retail, CPG, TTH, Govt & Cincinnati DC,
Tata Consultancy Services



Experience certainty. IT Services
Business Solutions
Consulting

From:
To: <
Cc: <
Date: 05/05/2016 04:32 PM
Subject: RE: Available profiles - Set I

Attorneys' Eyes Only

TCSLTD003599313

Hi Hannah,

We would like to confirm ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ for our Merch requirement. Please allocate him to the WON 2623602 starting 6/13 (allowing 5 weeks of time to get his new LCA & amendment done).

Thanks,
Subbu

Subba Rao
Program Manager - TCS

---

**From:** Balasaraswathi Mani ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, May 05, 2016 1:04 AM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; Hannah Shobitha <▮▮▮▮▮
**Subject:** Fw: Available profiles - Set I

**Dear Team,** Pls consider all the profiles attached in below email trail and get back to Hannah imddly. Already many accounts responded.

**Dear Hannah,** Request your kind support to include ▮▮▮ group ID as well in your email communication pls. We have 13 Java/Ui positions came up yesterday and looking for profiles to close all of them ASAP.

As Manju got confirmed for 1 among these requirements and her aging is high we can give allocation from 1-May and make her billable imddly without any amendment etc. Pls help.

| Skill | Vendor | Location | Type | Date | Req1 | Req2 | Dept | Status1 | Status2 | Vendor2 | Project |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Java/WS | TCS | Onsite | ADM | 15-May-16 | 3776005 | 4593102 | Merch | New | Open | TCS | SBA Grouping |
| Java/WS | TCS | Onsite | ADM | 15-May-16 | 3776005 | 4593103 | Merch | New | Open | TCS | SBA Grouping |
| Java/WS | TCS | Onsite | ADM | 15-May-16 | 3776005 | 4593105 | Merch | New | Open | TCS | Enterprise MD APIs |
| Java/JavaScript | TCS | Onsite | ADM | 15-May-16 | 3776005 | 4593107 | Merch | New | Open | TCS | IDM |
| HTML/JQuery (Angular JS) | TCS | Onsite | ADM | 15-May-16 | 3776005 | 4593110 | Merch | New | Open | TCS | PacMan – UI |
| Java | TCS | Onsite | ADM | 15-May-16 | 3776005 | 4593106 | SCM | New | Open | TCS | COM DMS |
| Java | TCS | Onsite | ADM | 15-May-16 | 3776005 | 4593104 | SCM | New | Open | TCS | COM DMS |
| Java | TCS | Onsite | ADM | 15-May-16 | 3776005 | 4593108 | SCM | New | Open | TCS | COM DMS |
| Java | TCS | Onsite | ADM | 15-May-16 | 3776005 | 4593111 | SCM | New | Open | TCS | SCM |
| Java | TCS | Onsite | ADM | 15-May-16 | 3776005 | 4593109 | SCM | New | Open | TCS | SCM |
| Java | TCS | Onsite | ADM | 15-May-16 | 3770271 | 4582327 | SCM | New | Open | TCS | SCM |
| Java | TCS | Onsite | ADM | 15- | 3770271 | 4582330 | SCM | New | Open | TCS | SCM |

| | | | | May-16 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HTML/JQuery (Angular JS) | TCS | Onsite | ADM | 15-May-16 | 3770271 | 4582329 | SCM | New | Open | TCS | SCM |

Regards
Balasaraswathi Mani
Tata Consultancy Services
Mailto:
Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting

---- Forwarded by Balasaraswathi Mani/CHN/TCS on 05-05-2016 10:30 ----

From: Hannah Shobitha/CHN/TCS
To: Debraj Kundu/EMEA/TCS@TCS, Suresh Raman/CHN/TCS@TCS, Vv Kishore/CHN/TCS@TCS, Chirag Patel/AMER/TCS@TCS, Rajaganesh G/AMER/TCS@TCS, , Sivaramakrishna D/CHN/TCS@TCS, Deepanshu Garg/AMER/TCS@TCS, Rajesh Shunmugam/CHN/TCS@TCS, Sv Rao/AMER/TCS@TCS, Anand Pandey/AMER/TCS@TCS, S Swaminathan/CHN/TCS@TCS, Atish Dasgupta/CHN/TCS@TCS, G Prabakaran/CHN/TCS@TCS, Karthikeyan Ap/AMER/TCS@TCS, Rajni Sachan/AMER/TCS@TCS, Sanjay Srivastav/HYD/TCS@TCS, Swanand Gaikwad/MUM/TCS@TCS, Tharun Job/CHN/TCS@TCS, Ranjith Velu/CHN/TCS@TCS, Soumitra Dhavalikar/PNE/TCS@TCS, Praveen Padala/AMER/TCS@TCS, Padmapriya1 G/CHN/TCS@TCS, Anandan Chandran/CHN/TCS@TCS, Aloke Srivastava/MUM/TCS@TCS, Mohanam Geetha/AMER/TCS@TCS, Varsha Makharia/AMER/TCS@TCS, Niloy Jana/AMER/TCS@TCS, Rameshkumar Krishnan/CHN/TCS@TCS, Jatin Doshi/PNE/TCS@TCS, , Praveenkumar Rajan/AMER/TCS@TCS, Utsav S/DEL/TCS@TCS, Sriram Krishnan2/CHN/TCS@TCS, Mohana Rao/CHN/TCS@TCS, R Reddy/AMER/TCS@TCS, Balasaraswathi Mani/CHN/TCS@TCS, Sathish Prabhu/CHN/TCS@TCS, Sabariprasad Vijayanarayanan/CHN/TCS@TCS, Raja Marimuthu/CHN/TCS@TCS, Mukul Sharma/AMER/TCS@TCS
Cc: Selva Kp/CHN/TCS@TCS, Vinothselvam R/CHN/TCS@TCS
Date: 05-05-2016 01:16
Subject: Available profiles - Set I


Team,

Pl consider and revert ASAP

Confirmation only on WON basis after evaluation -

We need t look at BA replacements as well - **If you are considering , pl respond with a copy to me only**

Attorneys' Eyes Only

TCSLTD003599315

| Emp # | Name | Contact # | Skillset | Exp | Visa | Expat / Local / Sub contractors | Remarks |
|---|---|---|---|---|---|---|---|
| | | | ETL testing | 9 | H1B | Expat | Wants Atlanta only |
| | | | WMS Manhattan | 6 | H1B | Expat | Wants MN |
| | | | J2EE | 6.2 | H1B | Expat | |
| | | | Abinitio / Teradata | 4.5 | H1B | Expat | |
| | | | Java, J2EE, C, C++, V | 7.5 | H1B | Expat | |
| | | | J2EE | 9 | H1B | Expat | |
| | | | Technical Writer / E | 20 | Local | Local | Wants NJ / Manhattan |
| | | | Data power / WTX / | 6 | H1B | Expat | |
| | | | ASP.NET, VB, C#, WC | 7.5 | H1B | Expat | |
| | | | SSIS, SSRS, SSAS | 8.5 | H1B | Expat | |
| | | | Ab Initio, Unix | 7+ | H1B | Expat | |
| | | | Java/J2EE, Spring | 8 | H1B | Expat | |
| | | | Oracle PL / SQL / ET | 7.5 | H1B | Expat | |
| | | | Oracle PL / SQL | 4.4 | H1B | Expat | |
| | | | Datastage, SAP MIN | 8.6 | H1B | Expat | Wants MN only |
| | | | Java/J2EE, PL/SQL | 5.2 | H1B | Expat | |
| | | | PM | 13 | L1A | Expat | Prefers NY / NJ |
| | | | engagement Mana | 15 | GC | Local | |
| | | | Program Manager | 15 | GC | Local | |
| | | | Spanish tester | 10 | Local | Local | San Diego / Irvine / LA |
| | | | Oracle DBA | 9 | H1B | Expat | |
| | | | PM / Business Anal | 12 | Local | Local | Wants MN only |
| | | | Abinitio / Teradata | 5.5 | H1B | Expat | |
| | | | Unix / Oracle / Rele | 4.6 | H1B | Expat | |
| | | | Oracle / Production | 4.5 | H1B | Expat | |
| | | | Mainframes / Auto | 9.5 | H1B | Expat | Assurance |
| | | | Manual testing | 4.3 | H1B | Expat | Assurance |
| | | | AS400/ Synon | 5.6 | H1B | Expat | |
| | | | .NET, C#, SQL Server | 6 | H1B | Expat | |
| | | | Informatica | 8 | H1B | Expat | Wants KY |
| | | | Business Analyst | 7 | Local | Local | |
| | | | EDI /Unix / Sterling | 8 | H1B | Expat | |
| | | | Mainframes | 6 | H1B | Expat | Wants Pennsylvania only |
| | | | Program Manager | 14 | | Expat | Wants West Coast |

Attorneys' Eyes Only

TCSLTD003599316

Thank You & Regards,
Hannah Shobitha Y,
RMG Lead - Retail, CPG, TTH, Govt & Cincinnati DC,
Tata Consultancy Services

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting

=====-----=====-----=====

Notice: The information contained in this e-mail message and/or attachments to it may contain confidential or privileged information. If you are not the intended recipient, any dissemination, use, review, distribution, printing or copying of the information contained in this e-mail message and/or attachments to it are strictly prohibited. If you have received this communication in error, please notify us by reply e-mail or telephone and immediately and permanently delete the message and any attachments. Thank you



Attorneys' Eyes Only

TCSLTD003599317

███████████████████████████████████

Attorneys' Eyes Only

TCSLTD003599318