

# Exhibit 54

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**From:** Suchitra N <>
**Sent:** February 10, 2015 7:23 PM
**To:** Murali, Rajeev (Contractor)
**Cc:** Ajay Garg;Goel, Jatin (Contractor);Medooru, Narendra (Contractor);Premanandh Rc;Sridhar Kusampudi;Vishal J
**Subject:** RE: Fw: QA Requirements

Hi Rajeev,

Yes She has just gotten confirmed for another project.

Request you to please do quick evaluations pls.

Regards
Suchitra Nair
Resource Management Group
Tata Consultancy Services



Experience certainty. IT Services
Business Solutions
Consulting

---

"Murali, Rajeev (Contractor)" ---02/10/2015 02:10:55 PM---Suchitra has already been confirmed for some other project. Can you pleas

From: "Murali, Rajeev (Contractor)" <
To: "Goel, Jatin (Contractor)" , "Medooru, Narendra (Contractor)" , Premanandh Rc
Sridhar Kusampudi
Cc: Ajay Garg , Vishal J
Date: 02/10/2015 02:10 PM
Subject: RE: Fw: PBM QA Requirements

Suchitra

[REDACTED] has already been confirmed for some other project. Can you please clarify?
[REDACTED] – not considering

Regards,
-Rajeev

Rajeev Murali | TCS Delivery Manager | [REDACTED]

**From:** Goel, Jatin (Contractor) [ mailto: [REDACTED] ]
**Sent:** Tuesday, February 10, 2015 12:07 AM
**To:** Medooru, Narendra (Contractor); Premanandh Rc; [REDACTED]; Sridhar Kusampudi
**Cc:** Murali, Rajeev (Contractor); Ajay Garg; Vishal J [REDACTED]
**Subject:** RE: Fw: [REDACTED] PBM QA Requirements

Looping in RMG team.

| Emp # | Name | Contact | Skill | Type | Location Preference | Location Preference | TCS Lead | Status |
|---|---|---|---|---|---|---|---|---|
| [REDACTED] | [REDACTED] | [REDACTED] | Teradata and ETL developer in Informatica. Data analyst - QA | Local | | EDW | Rajeev | Evaluating for EDW |
| [REDACTED] | [REDACTED] | [REDACTED] | Manual Tester | Expat | | MedD Enrollments | Sridhar | Evaluating for MedD Enrollments |
| [REDACTED] | [REDACTED] | [REDACTED] | ETL Test Lead | Expat | | EDW | Rajeev | Evaluating for EDW |
| [REDACTED] | [REDACTED] | [REDACTED] | Database testing | Expat | | MedD Enrollments | Sridhar | Evaluating for MedD Enrollments |
| [REDACTED] | [REDACTED] | [REDACTED] | POS Testing, Agile Testing, Manual Testing | Expat | Wants Chicago | Web Services | Rajeev | Rejected – not experienced in SOAP UI |
| [REDACTED] | [REDACTED] | [REDACTED] | Manual testing Mobile testing | Expat | | Mobility | Jatin | Shared with client for evaluation |
| [REDACTED] | [REDACTED] | [REDACTED] | Software testing | Expat | | MedD Enrollments | Sridhar | Rejected – not strong in QA/communications |



| | | | | | | |
|---|---|---|---|---|---|---|
| | QA | Expat | Newyork downtown, Newjersey and philadelphia. | MedD Enrollments | Sridhar | Evaluating for MedD Enrollments |
| | QA Lead / Test Manager / Team member | Local | 1st Pref: Chicago and Minneapolis. 2nd pref: Georgia, Texas | MedD Enrollments | Sridhar | Evaluating for MedD Enrollments |
| 34 | Software testing | Expat | Wants Chicago only | Mobility | Jatin | Rejected – due to location constrains |

Thanks and Regards,
**Jatin S Goel**
Program Manager - I QA, Tata Consultancy Services



**From:** Premanandh Rc
**Sent:** Monday, February
**To:** Goel, Jatin (Contractor)
**Cc:** Medooru, Narendra (Contractor); Murali, Rajeev (Contractor); Sridhar Kusampudi
**Subject:** RE: Fw PBM QA Requirements

from Cedar Rapids, Iowa can be used for manual testing. Technically good SQL, Unix and exposed to Web-based testing. Can be pursued further for LCA and should be done soon, as the associate is in bench after his H1 extension approval that came last week.

Regards
Premanandh Chandrasekaran
Tata Consultancy Services

Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

**From:** Goel, Jatin (Contractor)
**Sent:** Monday, February 09, 2015 3:00 PM
**To:** 'Sridhar Kusampudi'; 'Premanandh Rc'; Murali, Rajeev (Contractor)
**Cc:** Medooru, Narendra (Contractor)
**Subject:** RE: Fw: [REDACTED] QA Requirements
**Importance:** High

As discussed, we can evaluate as per Area defined below.
In case they do not qualify for respective area, we need to identify & evaluate on their core skills, so that we can refer them to other open positions.

| Emp # | Name | Contact | Skill | Type | Location Preference | Location Preference | TCS Lead | Status |
|---|---|---|---|---|---|---|---|---|
| | | | Teradata and ETL developer in Informatica. Data analyst - QA | Local | | EDW | Rajeev | |
| | | | Manual Tester | Expat | | MedD Enrollments | Sridhar | |
| | | | ETL Test Lead | Expat | | EDW | Rajeev | |
| | | | Database testing | Expat | | MedD Enrollments | Sridhar | |
| | | | POS Testing, Agile Testing, Manual Testing | Expat | Wants Chicago | Web Services | Rajeev | Rejected – not experienced in SOAP UI |
| | | | Manual testing Mobile testing | Expat | | Mobility | Jatin | Shared with client for evaluation |
| | | | Software testing | Expat | | MedD Enrollments | Sridhar | Rejected – not strong in QA/communications |
| | | | QA | Expat | Newyork | MedD | Sridha | |



| | | | | | | |
|---|---|---|---|---|---|---|
| | | | downtown, Newjersey and philadelphia . | Enrollments r | | |
| | QA Lead / Test Manager / Team member | Local | 1st Pref: Chicago and Minneapolis . 2nd pref: Georgia, Texas | MedD Enrollments r | Sridha | |
| | Software testing | Expat | Wants Chicago only | Mobility | Jatin | Rejected – due to location constrains |

Thanks and Regards,
**Jatin S Goel**
Program Manager - [redacted], Tata Consultancy Services



**From:** Ajay Garg [redacted]
**Sent:** Monday, February 09, 2015 6:12 AM
**To:** Goel, Jatin (Contractor); Sridhar Kusampudi; Premanandh Rc
**Cc:** Medooru, Narendra (Contractor); Vishal J
**Subject:** Re: Fw: [redacted] QA Requirements

Dear All,

Let's close these today itself positively. Few of them are already with us for evaluation.

Jatin: [redacted] looks good for Mobility. Pls check.

Prem: If you are not comfortable with [REDACTED], pls see if [REDACTED] can fit in.

Pls note getting utilized VISA people is difficult so let's try to close as many as possib;e with these.

Regards,
Ajay Kumar
Tata Consultancy Services
Mailto [REDACTED]
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

From: Sai Venkatesh/TVM/TCS
To: Ajay Garg/EMEA/TCS@TCS
Date: 02/09/2015 12:32 PM
Subject: Fw: [REDACTED] QA Requirements

Dear Ajay,

FYI pls.

Thanks & Regards
Sai Venkatesh
ASU RMG Chennai
Tata Consultancy Services Limited
Mailto: [REDACTED]
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

----- Forwarded by Sai Venkatesh/TVM/TCS on 02/09/2015 12:30 PM -----

From: Suchitra N/MUM/TCS
To: Namasivayam Ramanathan/AMER/TCS@TCS
Cc: "Navuluri, Madhavi (Contractor)" <[REDACTED] Naren Medooru/CHN/TCS@TCS, Sridhar Kusampudi/CHN/TCS@TCS, Sai Venkatesh/TVM/TCS@TCS
Date: 02/09/2015 12:04 PM
Subject: Re: [REDACTED] QA Requirements

**Hi Naren/Sridhar,**

Please **internally evaluate** these profiles.

I have specified the location preferences as well. You might want to speak to them



| Emp # | Name | Contact | Skill | Type | Location Preference |
|---|---|---|---|---|---|
| | | | Teradata and ETL developer in Informatica. Data analyst - QA | Local | |
| | | | Manual Tester | Expat | |
| | | | ETL Test Lead | Expat | |
| | | | Database testing | Expat | |
| | | | POS Testing, Agile Testing, Manual Testing | Expat | Wants Chicago |
| | | | Manual testing Mobile testing | Expat | |
| | | | Software testing | Expat | |
| | | | QA | Expat | Newyork downtown, Newjersey and philadelphia. |
| | | | QA Lead / Test Manager / Team member | Local | 1st Pref: Chicago and Minneapolis. 2nd pref: Georgia, Texas |
| | | | Software testing | Expat | Wants Chicago only |

Regards
Suchitra Nair
Resource Management Group
Tata Consultancy Services



Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

From: Namasivayam Ramanathan/AMER/TCS
To: Suchitra N/MUM/TCS@tcs

Cc: "Navuluri, Madhavi (Contractor)" [redacted] >, Naren Medooru/CHN/TCS@tcs, Sridhar Kusampudi/CHN/TCS@tcs
Date: 02/07/2015 01:30 PM
Subject: Re: [redacted] QA Requirements

suchitra can you share the profiles to Sridhar and Naren?

Regards
Namasivayam Ramanathan | TATA Consultancy Services Ltd. | [redacted]

On Feb 6, 2015, at 2:29 PM, Suchitra N <[redacted]> wrote:

Hi Namasi,

I shall be sharing all available profiles for internal evaluation for EoD.

I will highlight the location specifications as well.

Would need a quick feedback after internal evaluation though.

Also, just wanted to check with you... I see 45 reqs raised by [redacted] against ASU.

The below list is for 20. How many are there totally?

Regards
Suchitra Nair
Resource Management Group
Tata Consultancy Services
[redacted]
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions

Consulting

---

Namasivayam Ramanathan---02/06/2015 01:29:54 PM---Suchitra, These are new QA requirements for [REDACTED] Do you have any

From: Namasivayam Ramanathan/AMER/TCS
To: [REDACTED]
Cc: "Navuluri, Madhavi (Contractor)" < [REDACTED], Naren Medooru/CHN/TCS@TCS, Jatin Goel/DEL/TCS@TCS
Date: 02/06/2015 01:29 PM
Subject: [REDACTED] Requirements

Suchitra,
These are new QA requirements for [REDACTED] Do you have any internal profiles available? Can you share the same to Naren and Jatin?

| REQ ID | RGS ID | Skill Set required | No.of Positions | Location | [REDACTED] |
|---|---|---|---|---|---|
| 4042924 | 3494669 | Strong QA, Communication and query skills - healtcare background preferred | 1 | Scottsdale | [REDACTED] |
| 4092799 | 3521154 | Strong QA, Communication and query skills - healtcare background preferred | 1 | Scottsdale | [REDACTED] |
| 4042927 | 3494669 | Strong QA, Communication and query skills - healtcare background preferred | 1 | Scottsdale | [REDACTED] |
| 4092800 | 3521155 | Strong QA, Communication and query skills - healtcare background preferred | 1 | Scottsdale | [REDACTED] |

| | | | | |
|---|---|---|---|---|
| 4098237 | 3524144 | Strong MainFrame & AS400 Manual Testing | 1 | Richardson |
| 4108726 | 3529708 | Mobility Regression, SeeTest, JUnit | 1 | Richardson |
| 4108727 | 3529708 | Mobility Regression, SeeTest, JUnit | 1 | Richardson |
| 4108728 | 3529708 | Mobility Regression, SeeTest, JUnit | 1 | Richardson |
| 4108752 | 3529719 | Strong QA, Communication and query skills - healtcare background preferred | 1 | Richardson |
| 4108756 | 3529719 | Strong QA, Communication and query skills - healtcare background preferred | 1 | Richardson |
| 4108757 | 3529719 | Strong QA, Communication and query skills - healtcare background preferred | 1 | Richardson |
| 4108759 | 3529720 | Tester with Oracle, Teradata, Unix, Secondary - Informatica | 1 | Richardson |
| 4108760 | 3529720 | Tester with Oracle, Teradata, Unix, Secondary - Informatica | 1 | Richardson |
| 4108761 | 3529720 | Tester with Oracle, Teradata, Unix, Secondary - Informatica | 1 | Richardson |
| 4108737 | 3529713 | QTP, Selenium | 1 | Richardson |
| 410874 | 352971 | Strong QA, | 1 | Richardso |

| | | | | |
|---|---|---|---|---|
| 4 | 6 | Communication and query skills - healtcare background preferred | | n |
| 4108745 | 3529717 | IBM BM, EDI | 1 | Chicago |
| 4108735 | 3529712 | Manual/Web Testing, PL-SQL | 1 | Scottsdale |
| 4108736 | 3529712 | Manual/Web Testing, PL-SQL | 1 | Scottsdale |

Thanks and Regards,
**Jatin S Goel**
Program Manager - QA, Tata Consultancy Services



-----Original Appointme
=====-----=====-----=====
Notice: The information contained in this e-mail message and/or attachments to it may contain confidential or privileged information. If you are not the intended recipient, any dissemination, use, review, distribution, printing or copying of the information contained in this e-mail message and/or attachments to it are strictly prohibited. If you have received this communication in error, please notify us by reply e-mail or telephone and immediately and permanently delete the message

and any attachments. Thank you

[attachment "image001.gif" removed by Premanandh Rc/AMER/TCS]