# Exhibit 56

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**From:**       Chinmay Tripathi ███████████████
**Sent:**       August 18, 2014 6:48 PM
**To:**         Hannah Shobitha;Aparna Ramprasad;Gunjan Hada;Raviraj Jain;Samarjeet Kumar;Sandipkumar Dutta;Suchitra N;Pankaj3 K
**Subject:**    Please evaluate internally for LA Only, Expat PM
**Attachments:** 170735 ██████████ Resume.docx



Regards
Chinmay Tripathi
RMG Lead,BFS NA
Follow me on KNOME: https://knome.ultimatix.net/u/chinmay.tripathi
Tata Consultancy Services

Experience certainty.     IT Services
                          Business Solutions
                          Consulting

Attorneys' Eyes Only