# Exhibit 72

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| **From:** | Hannah Shobitha |
| **Sent:** | September 06, 2013 3:22 PM |
| **To:** | Yatin P |
| **Cc:** | Kaushik Patel |
| **Subject:** | Re: Fw: Requirement for MSSQL Server DBA onsite for ▮ - Urgent !!! |

Bench pool is ZERO :-(

Thank You & Regards,
Hannah Shobitha.Y,
RMG Lead - Retail & CPG, TTH & Cincinnati DC,

TCS, Cincinnati.
Mailto:
Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting

---

Yatin P---09/06/2013 11:21:30 AM---Thanks Hannah. Do we have any expats on the bench or who are due to be released in next couple of d

| | |
|---|---|
| From: | Yatin P/MUM/TCS |
| To: | Hannah Shobitha/CHN/TCS@TCS |
| Cc: | Kaushik Patel/MUM/TCS@TCS |
| Date: | 09/06/2013 11:21 AM |
| Subject: | Re: Fw: Requirement for MSSQL Server DBA onsite for ▮ - Urgent !!! |

Thanks Hannah.

Do we have any expats on the bench or who are due to be released in next couple of days ?

Thanks
Yatin
Tata Consultancy Services
Mailto:
Website: http://www.tcs.com

Experience certainty.     IT Services
              Business Solutions
              Consulting

Attorneys' Eyes Only

TCSLTD002083133

Hannah Shobitha---09/06/2013 09:59:36 AM---Sure Yatin Spoke to vendors also on the criticality - Will share profiles

From: Hannah Shobitha/CHN/TCS
To: Yatin P/MUM/TCS@TCS
Cc: Kaushik Patel/MUM/TCS@TCS
Date: 09/06/2013 09:59 AM
Subject: Re: Fw: Requirement for MSSQL Server DBA onsite for ▓▓▓▓ - Urgent !!!

Sure Yatin

Spoke to vendors also on the criticality - Will share profiles

Thank You & Regards,
Hannah Shobitha.Y,
RMG Lead - Retail & CPG, TTH & Cincinnati DC,
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____

Yatin P---09/06/2013 10:54:53 AM---Hannah, Pls help on an urgent basis.

From: Yatin P/MUM/TCS
To: Hannah Shobitha/CHN/TCS@TCS
Cc: Kaushik Patel/MUM/TCS@TCS
Date: 09/06/2013 10:54 AM
Subject: Re: Fw: Requirement for MSSQL Server DBA onsite for ▓▓▓▓ - Urgent !!!

Hannah,

Pls help on an urgent basis.

Attorneys' Eyes Only

TCSLTD002083134

I need to fulfill this resource asap before Sept 15th since this is our managed service resource and it is TCS responsibility to fulfill. It would be better if we have an expat ready who has been released from other projects. If not then we have take the BA route. For BA , the rate can be max ▮▮▮ with a 5 year experience candidate.

With either of the options , we have to close this immediately ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Thanks
Yatin
Tata Consultancy Services
Mailto: ▮▮▮▮▮▮▮▮▮▮
Website: http://www.tcs.com

---

Experience certainty.      IT Services
                Business Solutions
                Consulting

---

Hannah Shobitha---09/05/2013 11:06:55 AM---Hi Kaushik - Pl confirm if this req was included in the JDs shared yesterday with me Thank You & Re

| | |
|---|---|
| From: | Hannah Shobitha/CHN/TCS |
| To: | Kaushik Patel/MUM/TCS@TCS |
| Cc: | Yatin P/MUM/TCS@TCS |
| Date: | 09/05/2013 11:06 AM |
| Subject: | Fw: Requirement for MSSQL Server DBA onsite for ▮▮▮▮▮ - Urgent !!! |

Hi Kaushik - Pl confirm if this req was included in the JDs shared yesterday with me

Thank You & Regards,
Hannah Shobitha.Y,
RMG Lead - Retail & CPG, TTH & Cincinnati DC,
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Experience certainty. IT Services
Business Solutions
Consulting

----- Forwarded by Hannah Shobitha/CHN/TCS on 09/05/2013 12:04 PM -----

| | | |
|---|---|---|
| From: | Yatin P/MUM/TCS | |
| To: | Hannah Shobitha/CHN/TCS@TCS | |
| Cc: | Kaushik Patel/MUM/TCS@TCS, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | Avadhoot Date/AMER/TCS@TCS, |

Attorneys' Eyes Only
TCSLTD002083135

Ajaykumar Reddy/AMER/TCS@TCS, Umer Hathab/CHN/TCS@TCS, Gunasekaran Rajabathar/CHN/TCS@TCS
Date:    09/03/2013 10:42 PM
Subject: Requirement for MSSQL Server DBA onsite for ▮▮▮▮ Urgent !!!

Hi Hannah,

I need one urgent help on priority .

Our onsite MSSQL Server DBA resource has resigned today and I need to fulfill the position preferably with an expat instead of a BA. This is a managed services requirement and this position is a confirmed position with us. The associate should have minimum 5 years of experience in MSSQL Server DBA tasks with strong communication skills . The other mandatory requirement is

1. Strong knowledge of MSSQL Server administration ( MSSQL 7 , 2000 , 2005 )
2. Hands on experience with MSSQL SSIS and management studio
3. MSSQL scripting , troubleshooting and query optimization
4. MSSQL Backup and recovery procedures
5. Usage of MSSQL Monitoring tools to monotor database capacity and availability
6. Strong experience in setting up HA and DR . Deployment of scripts , MSSQL DB software version upgrades and patching is a must.

We will consider BA only as last option. However I need someone immediate for this fulfillment within a week. .The outgoing resource last working day in ▮▮▮▮ is 17th Sept and I need to have atleast a week's transition to the new member.

Can you pls help to address this on priority pls ?

Thanks
Yatin
Tata Consultancy Services
▮▮▮▮

Website: http://www.tcs.com

---

Experience certainty.    IT Services
              Business Solutions
              Consulting

---

Attorneys' Eyes Only