# Exhibit 76

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| From: | |
|---|---|
| Sent: | November 12, 2014 6:27 PM |
| To: | Nikunj M1 |
| Cc: | Sasikumar B;Balasubramanian, Sasikumar;Morla, Lokeswara Rao;Boopathi, Venkataraman;Chakrabarti, Rupam;Radhakrishnan, Venkataraman;Karunakaran, Karthikeyan;Dash, Sambith |
| Subject: | Need coverage for the below requirements |
| Importance: | High |

Hi Chinmay, Nikunj

Below requirements are open for a while and does not have any coverage. I am copying the SPOCs as well in case you have more questions. Some of them are really critical and need your urgent attention, please help.

| Skill | Location | Type | Experience | Date 1 | Date 2 | Status | Description |
|---|---|---|---|---|---|---|---|
| Cognos | US - IRVING, TX | LOCAL HIRE/ BUSINESS ASSOCIATES/ EXPAT | 5-7 Years | 8/25/2014 | 9/8/2014 | OPEN | Cognos 10.2 Suites – Report Studio, Query Studio, Analysis Studio, Powerplay Studio, Event Studio, Framework Manager, Powerplay Transformer Oracle, Teradata, SQL Server, Unix Shell Scripting |
| Cognos | US - IRVING, TX | LOCAL HIRE/ BUSINESS ASSOCIATES/ EXPAT | 5-7 Years | 8/25/2014 | 9/8/2014 | OPEN | Cognos 10.2 Suites – Report Studio, Query Studio, Analysis Studio, Powerplay Studio, Event Studio, Framework Manager, Powerplay Transformer Oracle, Teradata, SQL Server, Unix Shell Scripting |
| TIBCO Designer | US - JACKSONVILLE, FL | LOCAL HIRE/ EXPAT | 6-8 years | 10/6/2014 | 10/15/2014 | OPEN | Senior TIBCO Developer/Designer with strong knowledge on TIBCO BW, TIBCO EMS, TIBCO AMX, Web services(usage of service palette/SOAP pallets), Schemas, XML and Database |
| Java J2EE | US - JERSEY CITY, NJ | LOCAL HIRE/ EXPAT | 7-May | 7/29/2014 | 8/4/2014 | OPEN | Sr Deveoper with Expertise in Java EXT-Js The candidate must possess a strong technology background with excellent hands-on, - expert level knowledge of ExtJs. - JavaScript and jQuery - Expertise in Core Java. -Develop enterprise software for our clients using Java and Ext JS. - Debug and maintain existing code modules - Design and develop new |

Attorneys' Eyes Only

| Role | Location | Hire Type | | | Rate | Exp | Date | | Status | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | code modules and functions |
| Business Analyst | Jersey City, NJ | LOCAL HIRE/ EXPAT | | | 45 | 5~7 yrs | 10/27/2014 | | OPEN | • Translate user requirements into specific BPM functionality. <br> • Set up and Drive Requirements meetings with Business Users. <br> • Work closely with senior Business executives for the product implementation and sign off. <br> • Design, develop, code and tests the requirements. <br> • Analyze and make enhancements to the existing functionality or to the existing modules that are available in the application. <br> • Support System Integration and User Acceptance Testing. <br> • Co-ordinate with various stake holders in getting the requirements, working with them in case of any issues and provides support in case of any assistance required. <br> • Should be able to deliver/deploy the application onto Production. the <br> • Leading the offshore team from onsite. <br> • Should be able to lead small team and provide best in class in delivering enhancements and solutions. <br> • Capital Market domain knowledge. <br> • Timely delivery of solutions and enhancements. |
| Ab Initio Developer | US - BALTIMORE, MD | LOCAL HIRE/ EXPAT | | | | | 9/25/2014 | | OPEN | Work on ETL development using Ab Initio <br> Interact with business and data modeler to prepare reports <br> Support production issues as required <br> Experience on Informatica is an added advantage |
| ETL Business Analyst | US - BALTIMORE, MD | LOCAL HIRE/ EXPAT | | | | | 9/25/2014 | | OPEN | Create use cases that reflect business requirements <br> Document business and functional requirements in the form of Business Requirement Document (BRD), Functional Requirement Document (FRD) <br> Ability to work cross functionally with multiple stake holders working on different applications <br> Familiarity with basic database design logic <br> Practical experience with end user-driven data collection |

Attorneys' Eyes Only

TCS121871

| Role | Location | Hire Type | | Exp | Date 1 | Date 2 | Status | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | systems, like customer relationship management or collaborative documentation Practical experience with optimizing user interaction with system interfaces, form layouts, click paths and navigation Excellent communication and interpersonal skills Should be proactive in engaging with business stake holders to critically examine business requirements, ask questions and propose alternatives in case needed |
| TIBCO Developer | US - BALTIMORE, MD | LOCAL HIRE/ EXPAT | | 5-8 Yrs | 10/16/2014 | 11/1/2014 | OPEN | • Logical and analytical, a lateral thinker with a systematic approach to problem solving<br>• A committed team player, able to motivate and inspire others and lead a cohesive team<br>• Experience in TIBCO development using Business works 5.x and Adapter configuration E.g TIBCO File Adapter, TIBCO Active Data Base Adapter (ADB) and MQ Series Adapter.<br>• Experience with deployments using Tibco Administrator, troubleshooting and service monitoring<br>• Experience in using messaging services in Tibco EMS and creating EMS objects such as queues, topics etc.<br>• Experience in implementing SOA concepts by designing and developing Web Services using WSDL, SOAP and Service<br>• Experience in using SOAP/HTTP and SOAP/JMS with TIBCO Ability to coordinate multiple tasks and bring projects through to successful conclusion |
| Java J2EE, HTML 5 | US - IRVING, TX | LOCAL HIRE/ EXPAT | | 6+ | 7/31/2014 | 8/10/2014 | OPEN | 6+ Year of experince. Proficient Java/J2EE technologies. Experience in designing and developing highly scalable web applications. Hands on working experience in Websphere 6 and above, Java 6.0, Struts 2.0, Eclipse-IDE, designing multi-threaded application. Trouble-shooting performance issues and |

Attorneys' Eyes Only

TCS121872

| Skills | Location | Hire Type | Exp | Start Date | End Date | Status | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | solutioning. Front end technologies like Java scipts, JQuery, HTML 5.0. Knowledge of RDBMS and using Oracle 10g or higher, MS SQL server. Building middleware components or interaction model with backends through ESB or similar. EAI. |
| Java J2EE, HTML 5 | US – IRVING, TX | LOCAL HIRE/ EXPAT | 6+ | 7/31/2014 | 8/10/2014 | OPEN | 6+ Year of experince. Proficient Java/J2EE technologies. Experience in designing and developing highly scalable web applications. Hands on working experience in Websphere 6 and above, Java 6.0, Struts 2.0, Eclipse-IDE, designing multi-threaded application. Trouble-shooting performance issues and solutioning. Front end technologies like Java scipts, JQuery, HTML 5.0. Knowledge of RDBMS and using Oracle 10g or higher, MS SQL server. Building middleware components or interaction model with backends through ESB or similar. EAI. |

Regards

[redacted]

Attorneys' Eyes Only

TCS121873