# Exhibit 77

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| **From:** | Ghosh, Santu ████████████████ |
|---|---|
| **Sent:** | May 14, 2015 4:08 AM |
| **To:** | Senniappan, Karthikeyan;Jayachandran, Sivasubramanian;Karunakaran, Karthikeyan;Murali, Manoj1;Shukla, Nitin;Nayak, Avinash Ganesh;Bilalpur, Umakanth;Roy, Sampad;Sharma, Pankaj5;Vishwakarma, Anoop;Shaw, Mahesh Prasad;Das, Prabal;Rajesh Panda████████████████Kumar, Rajiv |
| **Cc:** | Shyamsundar Chinnari███████████████████;Nikunj M1 ████████████████████;R Rajesh███████████████████████Rajeev8 S ████████████);Suresh Nadam ██████████████ |
| **Subject:** | Need your kind attention please!!! |
| **Importance:** | High |

Hi All:

Most important attribute (Salary package) is missing in tracker when you are posting requirements (applicable for Local Hire option). We are receiving profiles from Vendors that are beyond our expected range, effectively we are ending a day with wasting time. Please ensure the right data at the first place and getting filtered profiles.

| RGS ID | Requirement ID | LOB | Location | Resource Type | Local Hire Sal Package |
|---|---|---|---|---|---|
|  | Java J2EE | ███████ | US - IRVING, TX | LOCAL HIRE/ EXPAT |  |
|  | Java J2EE, HTML 5 | ███████ | US - IRVING, TX | LOCAL HIRE/ EXPAT |  |

Attorneys' Eyes Only

| | | | | |
|---|---|---|---|---|
| | Project Manager | ██████████ | US – LIC, NY | LOCAL HIRE/ EXPAT |
| 4164429 | IT Finance and Costing | ████████ | US – LIC, NY | LOCAL HIRE/ EXPAT |
| 4172300 | Information Security Management | ████████ | US – LIC, NY | LOCAL HIRE/ EXPAT |
| 3557326 | API Design and Governance Specialist | ████ | US – IRVING, TX | LOCAL HIRE/ EXPAT |
| ████ | Build Engineer | ████████ | US – IRVING, TX | LOCAL HIRE/ EXPAT |
| | Peformance Architect | ████████ | US – JACKSONVILLE, FL | LOCAL HIRE/ EXPAT |

Attorneys' Eyes Only

| | | | | |
|---|---|---|---|---|
| SAS Administrator | ██████████ | US - TAMPA, FL | LOCAL HIRE/ EXPAT | |
| Java J2EE | ██████████ | US - JACKSONVILLE, FL | LOCAL HIRE/ EXPAT | |
| Java J2EE | ██████████ | US - OFALLON, MO | LOCAL HIRE/ BUSINESS ASSOCIATES/ EXPAT | |
| Oracle RMB /CCB Developer | ██████████ | US - JERSEY CITY, NJ | LOCAL HIRE/ EXPAT | |
| SAP - Business Object | ██████████ | US - NEWYORK, NY | LOCAL HIRE/ BUSINESS ASSOCIATES/ EXPAT | |
| Microstrategy Architect | ██████████ | US - Charlotte | LOCAL HIRE/ BUSINESS ASSOCIATES/ EXPAT | |

Thanks & Best Regards,
Santu Ghosh

██████████████

Attorneys' Eyes Only