# Exhibit 82

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| **From:** | Mohamed Rafee |
| **Sent:** | February 14, 2013 6:42 PM |
| **To:** | Amit1 Jindal |
| **Cc:** | S David;Suresh Mohanraj;Anurag Chaubey |
| **Subject:** | Re: LCA Process - Advance H1-B FY14 - URGENT |

Dear Amit

Checked with my Team - I hear that they have already responded with posting confirmation on LCA received. Please let me know in case if there is something pending.

Warm Regards
Rafee

Mohamed Rafee
Client Partner
Mobile :
Tata Consultancy Services
Mailto:
Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Outsourcing

---

Amit1 Jindal---02/13/2013 04:08:01 PM---URGENT AND CRITICAL Dear Manager,

| | |
|---|---|
| From: | Amit1 Jindal/AMER/TCS |
| To: | Mohamed Rafee/CHN/TCS@TCS |
| Cc: | S David/AMER/TCS, Suresh Mohanraj/CHN/TCS |
| Date: | 02/13/2013 04:08 PM |
| Subject: | LCA Process - Advance H1-B FY14 - URGENT |

URGENT AND CRITICAL

Dear Manager,

As you are aware the H1-B cap season is on. We are working 24x7 to ensure that we are able to file maximum H1-B application for your respective accounts. However we have been experiencing tremendous delay in getting LCA (posting) process completed by your team (SPOC / BRM). Repeated reminders / follow ups are being done at various levels but still many accounts are not taking it seriously. I do understand the work pressure your teams have but this is a very important and time bound activity. If we delay we will loose the spot hence I need your immediate attention. The LCA certification process by DOL takes at least 10-12 business days hence we cannot afford to loose time. We are hardly left with 30 - 32 days before the final closing date hence need to expedite.

Attorneys' Eyes Only

I am attaching the list of accounts and respective managers below who need to close the LCA process immediately.

[attachment ▮▮▮▮▮ deleted by Mohamed Rafee/CHN/TCS]

**(The managers would have received mails from ▮▮▮▮▮ on the same hence request the managers to respond back to the same e-mail Id with the posting confirmation)**

If the respective managers are not closing this in the next 2 days we will have no other option than to cancel the H1-B processing.

Note : This posting is not specific to any employee as it is a multislot based on the number of requirements we received from the client partners. If you still have any doubts pls contact ▮▮▮▮▮ / Suresh ▮▮▮▮▮

Sincerely request your intervention in the same pls...

Regards,

Amit Jindal
Head Immigration & HR Compliance North America
Tata Consultancy Services
▮▮▮▮▮
Website: http://www.tcs.com

---

Experience certainty.    IT Services
                         Business Solutions
                         Outsourcing

---

Attorneys' Eyes Only

TCSLTD005527039