# Exhibit 86

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| **From:** | Kalpesh Paradia |
| **Sent:** | November 19, 2013 12:03 PM |
| **To:** | Gajendra Tripathi;Selva Kp;Suchitra Ayer;Hannah Shobitha;Kaustubh Pujari |
| **Cc:** | Gnanamurugan Sammandan;Rajesh2 Shah;Sudip Nagbiswas |
| **Subject:** | Re: (Visa Ready) |
| **Importance:** | High |

Dear RMG team - This is a critical onsite backfill case. Any -ve impact due to this will also wash out the Q4 pipeline and will allow competition an entry.

Any L1 visa ready with ETL background will do. We will cross train him/her.

Kindly, help with this staffing.

Kalpesh M Paradia
Tata Consultancy Services
Mailto:
Website: http://www.tcs.com

Experience certainty.    IT Services
                         Business Solutions
                         Consulting

---

Gajendra Tripathi---11/19/2013 05:29:01 PM---Dear Selva We need immediate help in staffing Datastage backfill position. The associate is not wil

| | |
|---|---|
| From: | Gajendra Tripathi/MUM/TCS |
| To: | Selva Kp/CHN/TCS@TCS, Suchitra Ayer/DEL/TCS@TCS, Kaustubh Pujari/PNE/TCS@TCS |
| Cc: | Kalpesh Paradia/MUM/TCS@TCS, Hannah Shobitha/CHN/TCS@TCS, Gnanamurugan Sammandan/AMER/TCS@TCS |
| Date: | 11/19/2013 05:29 PM |
| Subject: | (Visa Ready) |

Dear Selva

We need immediate help in staffing Datastage backfill position. The associate is not willing to stay beyond 30th Nov.

We may loose other opportunities in case we are not able to staff this in time. Also please note that H1B is not eligible for this location.

Kaustubh

Can you please provide a resource at offshore as a backup plan?

Attorneys' Eyes Only

Gajendra Mani Tripathi
Delivery Manager
Tata Consultancy Services
███████████████████

Website: http://www.tcs.com

---

Experience certainty.    IT Services
                         Business Solutions
                         Consulting

---

----- Forwarded by Gajendra Tripathi/MUM/TCS on 19-11-2013 17:26 -----

| | |
|---|---|
| From: | Gnanamurugan Sammandan/AMER/TCS |
| To: | Anupreet Chhina/TMP/TCS@TCS |
| Cc: | Gajendra Tripathi/MUM/TCS@TCS, Hannah Shobitha/CHN/TCS@TCS, Kalpesh Paradia/MUM/TCS@TCS |
| Date: | 19-11-2013 02:49 |
| Subject: | ██████████ (Visa Ready) |

Hi Anupreet,

Pls share some recruitment profiles, the associate who is resigning has set his last date as 30-Nov-2013.

Thanks and Best Regards

~Gnana
Tata Consultancy Services Limited
Mailto: ███████████████████
Website: http://www.tcs.com

---

Experience certainty.    IT Services
                         Business Solutions
                         Consulting

---

Gnanamurugan Sammandan---15-11-2013 11:30:04 AM---Hi Anupreet, Pls share profiles for ETL - Datastage Support lead.

| | |
|---|---|
| From: | Gnanamurugan Sammandan/AMER/TCS |
| To: | Anupreet Chhina/TMP/TCS@TCS |
| Cc: | Hannah Shobitha/CHN/TCS@TCS, Gajendra Tripathi/MUM/TCS@TCS, Kalpesh Paradia/MUM/TCS@TCS |
| Date: | 15-11-2013 11:30 AM |
| Subject: | ██████████ (Visa Ready) |

Attorneys' Eyes Only

TCSLTD002229433

Hi Anupreet,

Pls share profiles for ETL - Datastage Support lead.

This is a replacement position due to attrition at onsite.

[attachment "TaleoFT-II ETL - Datastage - Support Lead, ▓▓ - Kent, WA.doc" deleted by Gajendra Tripathi/MUM/TCS]

Br,

~Gnana
Tata Consultancy Services Limited
Mailto: ▓▓▓▓▓
Website: http://www.tcs.com

---

Experience certainty.    IT Services
              Business Solutions
              Consulting

---

Hannah Shobitha---15-11-2013 11:15:20 AM---Pl talk to Anu- Thank You & Regards,

| | |
|---|---|
| From: | Hannah Shobitha/CHN/TCS |
| To: | Gnanamurugan Sammandan/AMER/TCS@TCS |
| Cc: | Anupreet Chhina/TMP/TCS@TCS |
| Date: | 15-11-2013 11:15 AM |
| Subject: | ▓▓▓▓ (Visa Ready) |

Pl talk to Anu-

Thank You & Regards,
Hannah Shobitha.Y,
RMG Lead - Retail & CPG, TTH & Cincinnati DC,

Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

Attorneys' Eyes Only

Gnanamurugan Sammandan---11/15/2013 02:11:02 PM---Pls share any other ETL profile whenever available, In case of recruitment, can I share the Job des

From: Gnanamurugan Sammandan/AMER/TCS
To: Hannah Shobitha/CHN/TCS@TCS
Date: 11/15/2013 02:11 PM
Subject: ▮▮▮▮▮ (Visa Ready)

Pls share any other ETL profile whenever available,

In case of recruitment, can I share the Job description to Nikunj?

Gnanamurugan
Tata Consultancy Services Limited
Mailto: ▮▮▮▮▮
Website: http://www.tcs.com

Experience certainty.   IT Services
                        Business Solutions
                        Consulting

Hannah Shobitha---15-11-2013 10:44:11 AM---Not avaialble now Thank You & Regards,

From: Hannah Shobitha/CHN/TCS
To: Gnanamurugan Sammandan/AMER/TCS@TCS
Date: 15-11-2013 10:44 AM
Subject: ▮▮▮▮▮ (Visa Ready)

Not avaialble now

Thank You & Regards,
Hannah Shobitha.Y,
▮▮▮▮▮

TCS, Cincinnati.
▮▮▮▮▮

Attorneys' Eyes Only

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting

---

Gnanamurugan Sammandan---11/15/2013 01:41:45 PM---Hi Hannah, Pls let us know if we can check with the candidate.

From: Gnanamurugan Sammandan/AMER/TCS
To: Hannah Shobitha/CHN/TCS@TCS
Date: 11/15/2013 01:41 PM
Subject: Re: ▮▮▮▮▮ (Visa Ready)

Hi Hannah,

Pls let us know if we can check with the candidate.

Thanks

~Gnana
Tata Consultancy Services Limited
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Website: http://www.tcs.com

Experience certainty.    IT Services
           Business Solutions
           Consulting

---

Hannah Shobitha---13-11-2013 05:52:48 AM---Pl consider

From: Hannah Shobitha/CHN/TCS
To: Gajendra Tripathi/MUM/TCS@TCS
Cc: Gnanamurugan Sammandan/AMER/TCS@TCS, Kalpesh Paradia/MUM/TCS@TCS, Kaustubh Pujari/PNE/TCS@TCS, Selva Kp/CHN/TCS@TCS, Suchitra Ayer/DEL/TCS@TCS
Date: 13-11-2013 05:52 AM
Subject: ▮▮▮▮▮▮▮▮▮▮ (Visa Ready)

Attorneys' Eyes Only

Pl consider

████████████████████████████   Datastage   3   H1B

[attachment ████████ deleted by Gnanamurugan Sammandan/AMER/TCS]

Thank You & Regards,
Hannah Shobitha.Y,
RMG Lead - Retail & CPG, TTH & Cincinnati DC,
████████████████████
TCS, Cincinnati.
████████████████████
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

Gajendra Tripathi---11/13/2013 08:43:52 AM---Dear Selva We have an immediate onsite requirement of Datastage associate due to an attrition at ons

From:     Gajendra Tripathi/MUM/TCS
To:       Selva Kp/CHN/TCS@TCS, Suchitra Ayer/DEL/TCS@TCS, Hannah Shobitha/CHN/TCS@TCS, Kaustubh Pujari/PNE/TCS@TCS
Cc:       Gnanamurugan Sammandan/AMER/TCS@TCS, Kalpesh Paradia/MUM/TCS@TCS
Date:     11/13/2013 08:43 AM
Subject:  ████████ (Visa Ready)

Dear Selva

We have an immediate onsite requirement of Datastage associate due to an attrition at onsite.

Kindly request your immediate help as this is a holiday season and very critical for other opportunities that we are pursuing at ████.

The RGD Id is 3352958.

Regards
Gajendra Mani Tripathi

Attorneys' Eyes Only

TCSLTD002229437

Delivery Manager
Tata Consultancy Services

Website: http://www.tcs.com

Experience certainty.      IT Services
                Business Solutions
                Consulting

Attorneys' Eyes Only

TCSLTD002229438