# Exhibit 88

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| **From:** | Pradip Chatterjee |
| **Sent:** | February 05, 2013 7:35 AM |
| **To:** | Anamika Sinha |
| **Cc:** | Ambika G;Anamika Sinha;K Rameshkumar;Swagata B;Tapan Das;Vasanthapriya Mohankumar |
| **Subject:** | Re: Fw: ▮▮▮▮ - Weekly Status Report - week ending 1st Feb 2013 |

Anamika,

It won't be wise to have VISA ready people with this skills and we should take sr associate from ▮ & train them on SAP for the below requirement and process VISA in parallel

Best Regards,
Pradip Chatterjee
Tata Consultancy Services

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Outsourcing

---

Anamika Sinha---02/05/2013 11:36:15 AM---Pradip Da Can you please help. We dont ahve any resource with visa and this skillset

| | |
|---|---|
| From: | Anamika Sinha/LKN/TCS |
| To: | Swagata B/KOL/TCS@TCS |
| Cc: | Ambika G/AMER/TCS@TCS, K Rameshkumar/BBS/TCS@TCS, Pradip Chatterjee/KOL/TCS@TCS, Swagata B/KOL/TCS@TCS, Tapan Das/BBS/TCS@TCS, Vasanthapriya Mohankumar/PNE/TCS@TCS |
| Date: | 02/05/2013 11:36 AM |
| Subject: | Re: Fw: ▮▮▮▮ - Weekly Status Report - week ending 1st Feb 2013 |
| Sent by: | Anamika Sinha |

Pradip Da

Can you please help. We dont ahve any resource with visa and this skillset

regards

Anamika Sinha
Resource Management Group-Assurance

Attorneys' Eyes Only

Tata Consultancy Services

Website: http://www.tcs.com

Experience certainty.      IT Services
                          Business Solutions
                          Outsourcing

---

Swagata B---02/05/2013 11:30:07 AM---Dear Anamika, No SAP Visa ready profiles with me :(

From:      Swagata B/KOL/TCS
To:        Anamika Sinha/CHN/TCS@TCS
Cc:        Ambika G/AMER/TCS@TCS, K Rameshkumar/BBS/TCS@TCS, Pradip Chatterjee/KOL/TCS@TCS,
           Tapan Das/BBS/TCS@TCS, Vasanthapriya Mohankumar/PNE/TCS@TCS
Date:      02/05/2013 11:30 AM
Subject:   Re: Fw: ▓▓▓▓ - Weekly Status Report - week ending 1st Feb 2013
Sent by:   Swagata B

Dear Anamika,

No SAP Visa ready profiles with me :(

Regards,
Swagata Bhattacharjee
RMG Retail,TTH,ASU
Human Resources
Tata Consultancy Services
Mailto:
Website: http://www.tcs.com

Experience certainty.      IT Services
                          Business Solutions
                          Outsourcing

---

Anamika Sinha---02/04/2013 06:41:23 PM---Swagata/Ramesh Do we have any visa ready profiles

From:   Anamika Sinha/LKN/TCS
To:     Swagata B/KOL/TCS@TCS, K Rameshkumar/BBS/TCS@TCS

Attorneys' Eyes Only                                                                                      TCSLTD002996137

| | |
|---|---|
| Cc: | Pradip Chatterjee/KOL/TCS@TCS, Ambika G/AMER/TCS@TCS, Tapan Das/BBS/TCS@TCS, Vasanthapriya Mohankumar/PNE/TCS@TCS |
| Date: | 02/04/2013 06:41 PM |
| Subject: | ▇▇▇▇ Weekly Status Report - week ending 1st Feb 2013 |
| Sent by: | Anamika Sinha |

Swagata/Ramesh

Do we have any visa ready profiles

regards

Anamika Sinha
Resource Management Group-Assurance
Tata Consultancy Services

Website: http://www.tcs.com

---

Experience certainty.    IT Services
                         Business Solutions
                         Outsourcing

---

----- Forwarded by Anamika Sinha/CHN/TCS on 02/04/2013 06:38 PM -----

| | |
|---|---|
| From: | Vasanthapriya Mohankumar/PNE/TCS |
| To: | Anamika Sinha/CHN/TCS@TCS, Ambika G/AMER/TCS@TCS |
| Cc: | Tapan Das/BBS/TCS@TCS, Sp Nayak/KOL/TCS@TCS |
| Date: | 02/04/2013 06:25 PM |
| Subject: | ▇▇▇▇ Weekly Status Report - week ending 1st Feb 2013 |

Dear Anamika / Ambika,

We know you have been trying to get us SAP Test lead profile for a while for ▇▇▇▇ Now it is getting very critical, since we have a lean team at onsite, local hire is not an option. Can we look at another other accounts to full fill this profile, please.

Regards
Vasantha Priya Mohankumar
Assurance Service Unit (ASU)
Tata Consultancy Services

---

Experience certainty.    IT Services

Attorneys' Eyes Only

Business Solutions
Outsourcing

---- Forwarded by Vasanthapriya Mohankumar/PNE/TCS on 02/04/2013 06:22 PM ----

From:    Nit Kumar/BLR/TCS
To:      Sanghamitra Ghosh/KOL/TCS@TCS, Amit Mathur/AMER/TCS@TCS, Anshu G/DEL/TCS@TCS, Apurba Kar/KOL/TCS@TCS, Binayakumar Das/KOL/TCS@TCS, Shaswato Chatterjee/KOL/TCS@TCS, Sp Nayak/KOL/TCS@TCS, Tapan Das/BBS/TCS@TCS, Vasanthapriya Mohankumar/PNE/TCS@TCS
Date:    02/04/2013 01:51 PM
Subject: Re: ▮▮▮▮ - Weekly Status Report - week ending 1st Feb 2013

Thanks Sanghamitra / Anshu

I would also like to track the actions from my visit.

Priya: Whats the update on the SAP test lead??? Please send me a daily update. We are not moving this for months now

Regards
Nitin Kumar
Global Head - Metals, Mining and Construction
Tata Consultancy Services

Website: http://www.tcs.com

Experience certainty.    IT Services
Business Solutions
Outsourcing

Attorneys' Eyes Only
TCSLTD002996139