# Exhibit 89

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| From: | Saravana Krishnan <​███​> |
| Sent: | September 24, 2012 2:45 PM |
| To: | Ambika G |
| Subject: | ███ ███ |

Thanks Ambika

Saravana Muthu Krishnan Govindasamy
Tata Consultancy Services
███
Website: http://www.tcs.com

---

Experience certainty.      IT Services
                           Business Solutions
                           Outsourcing

---

Ambika G---09/24/2012 07:19:36 PM---Hi Muthu, Somenath is already mapped to ███

| | |
|---|---|
| From: | Ambika G/AMER/TCS |
| To: | Saravana Krishnan/CHN/TCS@TCS |
| Cc: | J Vsarma/CHN/TCS@TCS, Johny Chandapillay/CHN/TCS@TCS, Nageswararao Andhavarapu/CHN/TCS@TCS, Pattabiraman K/CHN/TCS@TCS, Sanat Chowdhury/KOL/TCS@TCS, Sriram Ks/CHN/TCS@TCS, Venugopal1 Reddy/HYD/TCS@TCS, Vivek Gopinath/CHN/TCS@TCS, ███ |
| Date: | 09/24/2012 07:19 PM |
| Subject: | ███ |

Hi Muthu,

███ is already mapped to ███

███ is an informatica resource so we cant map to ███

---

Saravana Krishnan---09/24/2012 01:38:15 AM---Sriram, We have released following candidates at Onsite to RMG.

| | |
|---|---|
| From: | Saravana Krishnan/CHN/TCS |

Attorneys' Eyes Only

TCSLTD002947393

| | |
|---|---|
| To: | Sriram Ks/CHN/TCS@TCS |
| Cc: | Ambika G/AMER/TCS@TCS, J Vsarma/CHN/TCS@TCS, Johny Chandapillay/CHN/TCS@TCS, Nageswararao Andhavarapu/CHN/TCS@TCS, Pattabiraman K/CHN/TCS@TCS, Sanat Chowdhury/KOL/TCS@TCS, Venugopal1 Reddy/HYD/TCS@TCS, Vivek Gopinath/CHN/TCS@TCS, ▓ |
| Date: | 09/24/2012 01:38 AM |
| Subject: | ▓ |

Sriram,

We have released following candidates at Onsite to RMG.

**Employee No**          **Name**

▓

Please check with Ambika and consider them for the ▓ requirements.

Let me know if you need any other details.

Saravana Muthu Krishnan Govindasamy
Tata Consultancy Services
▓
Website: http://www.tcs.com

---

Experience certainty.      IT Services
                   Business Solutions
                   Outsourcing

---

Saravana Krishnan---09/17/2012 02:45:07 PM---Sriram, Please consider ▓ (Employee No: ▓ as a replacement for ▓

| | |
|---|---|
| From: | Saravana Krishnan/CHN/TCS |
| To: | Sriram Ks/CHN/TCS@TCS |
| Cc: | Ambika G/AMER/TCS@TCS, J Vsarma/CHN/TCS@TCS, Johny Chandapillay/CHN/TCS@TCS, Nageswararao Andhavarapu/CHN/TCS@TCS, Pattabiraman K/CHN/TCS@TCS, Sanat Chowdhury/KOL/TCS@TCS, Venugopal1 Reddy/HYD/TCS@TCS, Vivek Gopinath/CHN/TCS@TCS, ▓ |
| Date: | 09/17/2012 02:45 PM |
| Subject: | ▓ |

Sriram,

Please consider ▓ as a replacement for ▓

Attorneys' Eyes Only

████████

████████ contact number is ████████

Saravana Muthu Krishnan Govindasamy
Tata Consultancy Services
████████

Website: http://www.tcs.com

| | |
|---|---|
| Experience certainty. | IT Services |
| | Business Solutions |
| | Outsourcing |

---

Sriram Ks---09/07/2012 08:47:33 PM---Thanks Ambika. Saravanan, Can you help us by sharing details of deployable expats please ?

| | |
|---|---|
| From: | Sriram Ks/CHN/TCS |
| To: | Ambika G/AMER/TCS@TCS, Saravana Krishnan/CHN/TCS@TCS |
| Cc: | J Vsarma/CHN/TCS@TCS, Johny Chandapillay/CHN/TCS@TCS, Nageswararao Andhavarapu/CHN/TCS@TCS, Pattabiraman K/CHN/TCS@TCS, Sanat Chowdhury/KOL/TCS@TCS, Vivek Gopinath/CHN/TCS@TCS, ████████ Venugopal1 Reddy/HYD/TCS@TCS |
| Date: | 09/07/2012 08:47 PM |
| Subject: | ████████ |

Thanks Ambika.

Saravanan, Can you help us by sharing details of deployable expats please ?

thanks
Sriram Kadagambadi Sethumadhavan
Tata Consultancy Services
████████

| | |
|---|---|
| Experience certainty. | IT Services |
| | Business Solutions |
| | Outsourcing |

Ambika G---09/07/2012 08:44:52 PM---Hi Sriram, Only ▮ I have got all the details and I have shared his cv to California IN

| | |
|---|---|
| From: | Ambika G/AMER/TCS |
| To: | Sriram Ks/CHN/TCS@TCS |
| Cc: | J Vsarma/CHN/TCS@TCS, Johny Chandapillay/CHN/TCS@TCS, Nageswararao Andhavarapu/CHN/TCS@TCS, Pattabiraman K/CHN/TCS@TCS, Sanat Chowdhury/KOL/TCS@TCS, Saravana Krishnan/CHN/TCS@TCS, Vivek Gopinath/CHN/TCS@TCS▮ |
| Date: | 09/07/2012 08:44 PM |
| Subject: | ▮ |

Hi Sriram,
Only ▮ I have got all the details and I have shared his cv to California INS accounts as he has location challenges.

All the other cases we have not got any details like skill, contact no etc for me to start looking for assignments,

Also all these cases are local employees so they might not be ok to relocate to Illinios,

Apart from this we have a few Expat releases but none of them I was able to map for ▮ due to the role mismatch and **location preferences.**

Thanks&Regards
Ambika G
RMG Lead - Insurance & Health Care,BPO,ASU

Tata Consultancy Services

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Outsourcing

Sriram Ks---09/07/2012 10:44:15 AM---Hi Ambika, Four of the ssociates mentioned below are provided as a swap for a visa ready swap by kai

| | |
|---|---|
| From: | Sriram Ks/CHN/TCS |

Attorneys' Eyes Only

| | |
|---|---|
| To: | Saravana Krishnan/CHN/TCS@TCS, Ambika G/AMER/TCS@TCS |
| Cc: | J Vsarma/CHN/TCS@TCS, Johny Chandapillay/CHN/TCS@TCS, Nageswararao Andhavarapu/CHN/TCS@TCS, Pattabiraman K/CHN/TCS@TCS, Sanat Chowdhury/KOL/TCS@TCS, Vivek Gopinath/CHN/TCS@TCS |
| Date: | 09/07/2012 10:44 AM |
| Subject: | |

Hi Ambika,

Four of the ssociates mentioned below are provided as a swap for a visa ready swap by ▓ account team. Can you please share their profiles, contact nos and their location preference ?

If none of the 4 listed would work for us, ▓ team would provide a new list of visa ready associates for deployment for ▓ account.

Employee   Employee Name
Number

Sriram Kadagambadi Sethumadhavan
Tata Consultancy Services

Website: http://www.tcs.com

---

Experience certainty.    IT Services
                         Business Solutions
                         Outsourcing

---

Saravana Krishnan---09/07/2012 08:01:30 PM---Nage, Please find the list of associates who worked in ▓ before and got released from the accou

From:  Saravana Krishnan/CHN/TCS
To:    Nageswararao Andhavarapu/CHN/TCS@TCS
Cc:    J Vsarma/CHN/TCS@TCS, Johny Chandapillay/CHN/TCS@TCS, Pattabiraman K/CHN/TCS@TCS, Sanat Chowdhury/KOL/TCS@TCS, Sriram Ks/CHN/TCS@TCS, Vivek Gopinath/CHN/TCS@TCS, ▓

Attorneys' Eyes Only

Date: 09/07/2012 08:01 PM
Subject: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Nage,

Please find the list of associates who worked in ▓▓▓ before and got released from the account. They are local recruits and currently waiting for the opportunities in other accounts. Please check whether you can map them for any of the current "Open" requirements in ▓▓▓▓ requirement. Also please consider them as a swap for ▓▓▓▓▓▓

| Employee Number | Employee Name |
|---|---|
| ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ |

Saravana Muthu Krishnan Govindasamy
Tata Consultancy Services
Mailto ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Website: http://www.tcs.com

Experience certainty.    IT Services
                         Business Solutions
                         Outsourcing

---

Nageswararao Andhavarapu---09/05/2012 09:53:26 AM---Dear Vivek, Prasad was not given a swap for ▓▓▓▓▓▓ Since, the associate interested to work in

From: Nageswararao Andhavarapu/CHN/TCS
To: Vivek Gopinath/CHN/TCS@TCS
Cc: J Vsarma/CHN/TCS@TCS, Johny Chandapillay/CHN/TCS@TCS, Pattabiraman K/CHN/TCS@TCS, Sanat Chowdhury/KOL/TCS@TCS, Saravana Krishnan/CHN/TCS@TCS, Sriram Ks/CHN/TCS@TCS, ▓▓▓▓▓▓▓▓▓▓
Date: 09/05/2012 09:53 AM
Subject: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Dear Vivek,
Prasad was not given a swap for ▓▓▓▓▓▓. Since, the associate interested to work in PEGA, he was released.

Dear Pattabi,

Attorneys' Eyes Only

TCSLTD002947398

This associate is reported and working in Vineeth (TEG) team.

With regards,
Nageswara Rao Andhavarapu
HealthCare RMG
Tata Consultancy Services

Website: http://www.tcs.com

Experience certainty.   IT Services
              Business Solutions
              Outsourcing

---

Vivek Gopinath---09/04/2012 10:38:41 PM---Dear Pattabi ,

| | |
|---|---|
| From: | Vivek Gopinath/CHN/TCS |
| To: | Pattabiraman K/CHN/TCS@TCS |
| Cc: | J Vsarma/CHN/TCS@TCS, Johny Chandapillay/CHN/TCS@TCS, Nageswararao Andhavarapu/CHN/TCS@TCS, Sanat Chowdhury/KOL/TCS@TCS, Saravana Krishnan/CHN/TCS@TCS, Sriram Ks/CHN/TCS@TCS, |
| Date: | 09/04/2012 10:38 PM |
| Subject: | |

Dear Pattabi ,

The associate name and contact number are given below.

The associate had reported to Nage couple of weeks back.

Note : Please include my email id                          in all your future communications as the access to TCS mail ID is limited inside the       ODCs.

Vivek Gopinath
Tata Consultancy Services
Mailto:
Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Outsourcing

Attorneys' Eyes Only

-----Pattabiraman K/CHN/TCS wrote: -----

To: J Vsarma/CHN/TCS@TCS, Vivek Gopinath/CHN/TCS@TCS
From: Pattabiraman K/CHN/TCS
Date: 09/04/2012 09:13PM
cc: Johny Chandapillay/CHN/TCS@TCS, Nageswararao Andhavarapu/CHN/TCS@TCS, Sanat Chowdhury/KOL/TCS@TCS, Saravana Krishnan/CHN/TCS@TCS, Sriram Ks/CHN/TCS@TCS
Subject: Re ▉▉▉ Updates from 13th August War Room discussion

Vivek
I am still awaiting the details on ▉▉▉

Thanks
Pattabiraman Kasinathan
RMG Head
Insurance & Healthcare Business Group
Tata Consultancy Services
▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Outsourcing

---

Thanks JV for the updates. I am not sure if ▉▉▉ details were shared with us earlier.

Vivek
Pls share his details asap

Regards
Pattabiraman Kasinathan
RMG Head
Insurance & Healthcare Business Group
Tata Consultancy Services
▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Outsourcing

---

J Vsarma---09/03/2012 03:32:32 PM---Dear Pattabi: Here is the situation.

Attorneys' Eyes Only

TCSLTD002947400

From:
    J Vsarma/CHN/TCS

To:
    Pattabiraman K/CHN/TCS@TCS

Cc:
    Johny Chandapillay/CHN/TCS@TCS, Nageswararao Andhavarapu/CHN/TCS@TCS, Sanat Chowdhury/KOL/TCS@TCS, Saravana Krishnan/CHN/TCS@TCS, Sriram Ks/CHN/TCS@TCS, Venugopall Reddy/HYD/TCS@TCS, Vivek Gopinath/CHN/TCS@TCS

Date:
    09/03/2012 03:32 PM

Subject:
    [REDACTED]

Dear Pattabi:

Here is the situation.

[REDACTED] - He recently returned from [REDACTED] onsite. He is released to RMG. We did not know that he will not be able to go to [REDACTED] location, during the war room discussion

[REDACTED] - We gave a swap candidate [REDACTED] released to RMG. Now [REDACTED] has cleared customer interview at [REDACTED] and he will travel to onsite after LCA location change.

[REDACTED] - He is released to RMG; He did not mention about his Nov marriage at that time. May be, it got finalized recently.

Thanks
JV Sarma
Tata Consultancy Services
[REDACTED]

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Outsourcing

---

Pattabiraman K---09/02/2012 01:55:39 PM---Dear JV As part of the war room, [REDACTED] had agreed to release the below 3 associates without any rep

From:
    Pattabiraman K/CHN/TCS

To:
    J Vsarma/CHN/TCS@TCS

Cc:
    Johny Chandapillay/CHN/TCS@TCS, Nageswararao Andhavarapu/CHN/TCS@TCS, Sanat Chowdhury/KOL/TCS@TCS, Saravana Krishnan/CHN/TCS@TCS, Venugopall

Reddy/HYD/TCS@TCS, Vivek Gopinath/CHN/TCS@TCS, Sriram Ks/CHN/TCS@TCS

Date:
09/02/2012 01:55 PM

Subject:

Dear JV
As part of the war room, ▇ had agreed to release the below 3 associates **without** any replacements.

1. ▇ - He is an A.S.T with a H1B visa and he can travel only to the location for which his petition was applied and approved for
2. ▇ - His spouse is with ▇ @ Onsite and he wants to go to the location where his spouse is
3. ▇ He is not ready to travel until Nov '12 due to his marriage plans (this information was not shared during war room)

Just wanted to bring this to your attention

| Emp No | Employee Name | Relationship |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Thanks
Pattabiraman Kasinathan
RMG Head
Insurance & Healthcare Business Group
Tata Consultancy Services

Website: http://www.tcs.com
___
Experience certainty. IT Services
Business Solutions
Outsourcing
___

Sriram Ks---09/01/2012 11:17:49 AM--- ▇ is an Asst.Consultant with a h1B. his LCA posting at any new location will be a chal

Attorneys' Eyes Only

TCSLTD002947402

From:
    Sriram Ks/CHN/TCS

To:
    Saravana Krishnan/CHN/TCS@TCS

Cc:
    J Vsarma/CHN/TCS@TCS, Johny Chandapillay/CHN/TCS@TCS, Nageswararao Andhavarapu/CHN/TCS@TCS, Pattabiraman K/CHN/TCS@TCS, Sanat Chowdhury/KOL/TCS@TCS, Venugopal1 Reddy/HYD/TCS@TCS, Vivek Gopinath/CHN/TCS@TCS

Date:
    09/01/2012 11:17 AM

Subject:

Saravana,

████ is an Asst.Consultant with a h1B. his LCA posting at any new location will be a challenge.

Sriram Kadagambadi Sethumadhavan
Tata Consultancy Services

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Outsourcing

Saravana Krishnan---08/31/2012 09:14:30 PM---Sriram, Please find the CV and details ( Contact Numbers, Skillset and Release date) for ████

From:
    Saravana Krishnan/CHN/TCS

To:
    Sriram Ks/CHN/TCS@TCS

Cc:
    J Vsarma/CHN/TCS@TCS, Johny Chandapillay/CHN/TCS@TCS, Nageswararao Andhavarapu/CHN/TCS@TCS, Pattabiraman K/CHN/TCS@TCS, Sanat Chowdhury/KOL/TCS@TCS, Venugopal1 Reddy/HYD/TCS@TCS, Vivek Gopinath/CHN/TCS@TCS

Date:
    08/31/2012 09:14 PM

Subject:

Attorneys' Eyes Only

TCSLTD002947403

Sriram,

Please find the CV and details ( Contact Numbers, Skillset and Release date) for ▓

[attachment ▓ Emp No ▓ " deleted by Pattabiraman K/CHN/TCS]

| Emp no Emp name | Skillset | Contact nos | Release date |
|---|---|---|---|
| ▓ | Database Administration, PL/SQL, Oracle 10g, Developer 6i, Unix. | ▓ | 14th Aug 2012 |

He is already in touch with Kolkata RMG

Please let me know if you need any other information

Saravana Muthu Krishnan Govindasamy
Tata Consultancy Services
Mailto ▓
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Outsourcing

---

Saravana Krishnan---08/17/2012 03:44:43 PM--Sriram, Please find the CV and details ( Contact Numbers, Skillset and Release date) for ▓

From:
    Saravana Krishnan/CHN/TCS
To:
    Sriram Ks/CHN/TCS@TCS
Cc:
    J Vsarma/CHN/TCS@TCS, Johny Chandapillay/CHN/TCS@TCS, Nageswararao Andhavarapu/CHN/TCS@TCS, Pattabiraman K/CHN/TCS@TCS, Sanat Chowdhury/KOL/TCS@TCS, Sriram Ks/CHN/TCS@TCS, Venugopal1 Reddy/HYD/TCS@TCS, Vivek Gopinath/CHN/TCS@TCS
Date:
    08/17/2012 03:44 PM
Subject:
    ▓

Sriram,

Attorneys' Eyes Only

Please find the CV and details ( Contact Numbers, Skillset and Release date) for ▇

| Emp no Emp name | Skillset | Contact nos | Release date |
|---|---|---|---|
| ▇ | Mainframe, COBOL, VAGEN, DB2, JCL, VSAM and REXX. | ▇ | TBD** |

** - Release date will be based on the availability of the replacement resource.
[attachment ▇ deleted by Saravana Krishnan/CHN/TCS]

▇ recently came from onsite and we don't have his contact number now. We have sent a mail to him requesting him to share his CV and contact details. Will follow up and let you know the status

Please let me know if you need any other details.

Saravana Muthu Krishnan Govindasamy
Tata Consultancy Services ▇

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Outsourcing

---

Saravana Krishnan---08/16/2012 06:12:02 PM---Sriram, Please find attached the CVs and the details ( Contact Numbers, Skillset and Release date) f

From:
    Saravana Krishnan/CHN/TCS

To:
    Sriram Ks/CHN/TCS@TCS

Cc:
    J Vsarma/CHN/TCS@TCS, Johny Chandapillay/CHN/TCS@TCS, Nageswararao Andhavarapu/CHN/TCS@TCS, Pattabiraman K/CHN/TCS@TCS, Sanat Chowdhury/KOL/TCS@TCS, Venugopal1 Reddy/HYD/TCS@TCS, Vivek Gopinath/CHN/TCS@TCS

Date:
    08/16/2012 06:12 PM

Subject:
    ▇


Sriram,

Please find attached the CVs and the details ( Contact Numbers, Skillset and Release date) for the following candidates
▇

Attorneys' Eyes Only



| Skillset | Contact nos | Release date |
|---|---|---|
| SAS9.2, PL/SQL Developer 5.1.2, ORACLE-9i, SQL* Plus, MS Office, Op Office | | TBD** |
| JAVA/J2EE, Struts, Hibernate, Spring, RAD, IBM Web sphere 6.1 / 7.0, Eclipse, SOAP UI. SQL Server, MS Windows | | 31st August 2012 |
| Manual Testing,Java,J2EE,VB | | 31st August 2012 |

[attachment ▇▇▇ deleted by Saravana Krishnan/CHN/TCS] [attachment ▇▇▇ Emp No ▇▇ CV.doc" deleted by Saravana Krishnan/CHN/TCS] [attachment ▇▇▇ CV.doc" deleted by Saravana Krishnan/CHN/TCS]

** - Release date will be based on the availability of the replacement resource.

We will send the CVs and details for ▇▇▇ and ▇▇▇ by tomorrow.

Please let me know if you need any other information.

Saravana Muthu Krishnan Govindasamy
Tata Consultancy Services
Mailto: ▇▇▇
Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Outsourcing

---

Sriram Ks---08/14/2012 01:46:25 PM---Thanks JV. For the following 5 names, i need contact nos, Skillset,Release date and their resumes.

From:
    Sriram Ks/CHN/TCS

To:
    J Vsarma/CHN/TCS@TCS

Cc:
    Johny Chandapillay/CHN/TCS@TCS, Nageswararao Andhavarapu/CHN/TCS@TCS, Pattabiraman K/CHN/TCS@TCS, Sanat Chowdhury/KOL/TCS@TCS, Saravana Krishnan/CHN/TCS@TCS, Venugopall Reddy/HYD/TCS@TCS, Vivek Gopinath/CHN/TCS@TCS

Date:
    08/14/2012 01:46 PM

Subject:

Attorneys' Eyes Only

TCSLTD002947406

Re: Kaiser Updates from 13th August War Room discussion

Thanks JV.

For the following 5 names, i need contact nos, Skillset,Release date and their resumes.

| Emp no | Emp name | Skillset | Contact nos | Release date |
|---|---|---|---|---|



Sriram Kadagambadi Sethumadhavan
Tata Consultancy Services
Ph:- 04467422306
Cell:- 00919282102200
Mailto: sriram.ks@tcs.com
Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Outsourcing

---

J Vsarma---08/14/2012 01:03:44 PM---Dear Pattabi: Here is the update from 13th August 2012, discussion on ▮▮▮▮ Visa ready candidates r

From:
    J Vsarma/CHN/TCS
To:
    Pattabiraman K/CHN/TCS@TCS
Cc:
    Johny Chandapillay/CHN/TCS@TCS, Nageswararao Andhavarapu/CHN/TCS@TCS, Sriram Ks/CHN/TCS@TCS, Venugopal1 Reddy/HYD/TCS@TCS, Vivek Gopinath/CHN/TCS@TCS, Saravana Krishnan/CHN/TCS@TCS, Sanat Chowdhury/KOL/TCS@TCS
Date:
    08/14/2012 01:03 PM
Subject:
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Dear Pattabi:

Attorneys' Eyes Only

TCSLTD002947407

Here is the update from 13th August 2012, discussion on ▓▓▓ Visa ready candidates release plan.

The 5 candidates marked in green are ready to be released; The associates marked in Red are not available for release for the reasons stated in column- I in the ▓▓▓ updates' worksheet . This has been reviewed with Venugopal Reddy and the delivery team.

[attachment "RMG list - ▓▓▓ 12 Aug 2012 - Updated post noon discussion with Johny -Consolidated.xlsx" deleted by Saravana Krishnan/CHN/TCS]

We would like to suggest adherence to the following sequential process as next steps for the Candidates being released.

1) RMG to facilitate evaluation for ▓▓▓ and provide confirmation to ▓▓▓ team
2) ▓▓▓ team will initiate the request to RMG for replacement
3) ▓▓▓ team will Initiate discussion with Customer manager ▓▓▓ on the release process with replacement candidate with 3 weeks of ▓▓▓
4) ▓▓▓ team will Communicate the release date agreed with ▓▓▓ manager to RMG

Request RMG team not to approach the associates who are not agreed upon for release by the account management team.

Please include Saravana Krishnan (Emp-id: ▓▓▓ on all RMG communications to ▓▓▓

Thanks

JV Sarma
Tata Consultancy Services
▓▓▓

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Outsourcing

---

Pattabiraman K---08/14/2012 12:20:25 PM---Dear All Please send the updates that we discussed in today's call before 12 PM tomorrow.

From:
    Pattabiraman K/CHN/TCS

To:
    J Vsarma/CHN/TCS@TCS, Vivek Gopinath/CHN/TCS@TCS, Anirban Ghosh/KOL/TCS@TCS

Cc:
    Venugopal1 Reddy/HYD/TCS@TCS, Johny Chandapillay/CHN/TCS@TCS, Nageswararao Andhavarapu/CHN/TCS@TCS, Sriram Ks/CHN/TCS@TCS

Date:
    08/14/2012 12:20 PM

Subject:
    ▓▓▓

Dear All
Please send the updates that we discussed in today's call before 12 PM tomorrow.

Regards
Pattabiraman Kasinathan
Insurance & Healthcare Business Group RMG Head
Tata Consultancy Services

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Outsourcing

Attorneys' Eyes Only

TCSLTD002947409