# Exhibit 93

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**From:** ███████
**Sent:** December 08, 2014 8:37 PM
**To:** Selva Kp;Venkatesh Prasad;Taniya Nayyar;Senthilkumar Jayaraman;R Murali
**Cc:** ███████;Suchitra Ayer
**Subject:** Re: Urgent Openings - 36 Positions

Hi Selva, yes, RGS Ids are in place and mentioned in the spreadsheet I had sent on Saturday.

Billing start date is immediate. So, every single day is loss of revenue.

Thanks
███

---

**From:** Selva Kp <███>
**Date:** Monday, December 8, 2014 at 12:50 PM
**To:** ███ Venkatesh Prasad ███ Taniya Nayyar ███, R Murali
**Cc:** ███ Suchitra Ayer ███
**Subject:** Re: Urgent Openings - 36 Positions

███

Is RGS in place? What is the billing start date?

We will come back on how many Junior offshore Java visa ready can be mobilized from RMG end and How many we need help from USA3 cluster Account - Taniya Pls discuss with me. For Contactors.. _ you can go with juniors.. upto ITA. for some , Will come back on the number.

Is QA RGS is tagged to ASU? - Senthil - Can you pls help to close the QA demand?

Murali - Do you have any eCOMM BA pointers for ███ onsite?

Ramesh

Hope you have approval to add all this 36 at onsite without offshore addition . Pls share the same.

Regards
Selva

**From:** ███
**To:** ███ Selva Kp ███
**Date:** 12/08/2014 09:50 PM
**Subject:** Re: Urgent Openings - 36 Positions

Attorneys' Eyes Only

TCSLTD002558100

All, I have been struggling to get this moving. I had my team on stand-by for weekend evaluations and coordination as well.

I need clear cut guidance on the following:
1 – Internal associates available: Please share all visa ready internal associates urgently. I have to evaluate/identify training needs/train and then set up customer evaluation
2 – For the remaining positions, I need to know how to proceed – is it ok to go with contractors? If yes, I need the positions published and resumes shared asap.

Not a single resume has come my way on these positions yet. Please expedite.

Thanks

**From:**
**When:** 10:00 PM - 10:30 PM December 7, 2014
**Subject:** Urgent Openings - 36 Positions
**Location:** Conference Bridge


Rescheduling to morning time CST

All, we have 36 new positions that have to be fulfilled urgently. As of now, all of them are onsite. We need to get together to discuss how we can capture all these positions quickly.

10 Sr. Java Developers – J2EE Spring REST Junit Agile Continuous Integration Cloud
13 Mid-level Java Developers – J2EE Spring REST Junit Agile Continuous Integration Cloud
6 Sr. QA's – Selenium/Agile
3 eCommerce Business Analysts – Strong Agile experience and communication

| Room number (To be dialed by participants) | |
|---|---|
| | |
| **Dial-in Numbers** | Local - India, Bangalore: |
| | Local - India, Chennai: |
| | Local - India, Delhi: |
| | Local - India, Mumbai: |
| | International toll free - India |
| | International toll free - India: |
| | US Toll |
| | US Toll free: |
| | For additional assistance, please contact AV helpdesk at       option 3 |
| | |
| | |

Attorneys' Eyes Only

TCSLTD002558101

=====-----=====-----=====
Notice: The information contained in this e-mail message and/or attachments to it may contain confidential or privileged information. If you are not the intended recipient, any dissemination, use, review, distribution, printing or copying of the information contained in this e-mail message and/or attachments to it are strictly prohibited. If you have received this communication in error, please notify us by reply e-mail or telephone and immediately and permanently delete the message and any attachments. Thank you

Attorneys' Eyes Only

TCSLTD002558102