# Exhibit 94

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| From: | Niloy Jana |
|---|---|
| Sent: | January 07, 2016 8:31 PM |
| To: | Raviraj Jain |
| Cc: | Senthilkumar Jayaraman;Hannah Shobitha;Nd Patil;Selva Kp;Suresh Raj;Suresh Thangavelu;S Shan;Kalpesh Paradia |
| Subject: | Re: URGENT: Visa Ready Test Analyst for Onsite - Feb Start |

Can we propose Glanish Glady to

Regards

Sent from my iPhone

On Jan 7, 2016, at 2:45 PM, Raviraj Jain wrote:

Hi Niloy,

Please talk to below associate and let me know before taking ahead for Client interview.

All of them are proposed to multiple projects.

| Emp No | Name | Emp Type | Tagging | Contact # | Exp in Yrs | Skill set | VISA type |
|---|---|---|---|---|---|---|---|
| | | Expat | ASU | | 5 | Mainframe testing. | H1B |
| | | Expat | ASU | | 5 | MF QA | H1B |
| | | Expat | ASU | | 3 | QTP Automation (E1), Manual Testing | H1B |
| | | Expat | ASU | | 8.5 | QTP Automation (E1), Manual Testing | H1B |
| | | Expat | ASU | | 7.35 | ETL Testing(Netezza & Oracle), Selenium - Webdriver Mobile and Web Testing | H1B |

Attorneys' Eyes Only

| | | | | | | |
|---|---|---|---|---|---|---|
| | Expat | ASU | | 13 | Test Management, Manual testing | GC |
| | Expat | ASU | | 7 | Manual Testing AS400 | H1B |
| | Expat | ASU | | 6.9 | Manual QA, Forms testing, Backend testing, Operational readiness testing and SQL | H1B |
| | Expat | ASU | | 4 | QA Manual (Web services, ETL ,Middleware applications) & Automation(Lisa & Selenium (E1)) | H1B |
| | Expat | ASU | | 8.2 | EQL Test Lead, Manual Testing, Web services Testing, Mobile web/Tablet web Testing , 837IB Transaction, Facets Testing, PLSQL, SOAPUI, Basic ETL Testing, Basic Automation (QTP) | H1B |
| | Expat | ASU | | 8 | Test Leadt, Manual Testing, Mobile Web\App & Tablet Web\App), ETL Testing , Webservices Testing, Database Testing, iBrowse(Cross Browser Automation), PLSQL, Unix, | H1B |

Attorneys' Eyes Only

TCSLTD002323632

|   |   |   |   |   |   | PTT(Automation), Basic QTP(Automation). |   |
|---|---|---|---|---|---|---|---|
|   |   | Expat | ASU |   | 6 | Automation QTP, Manual QA, SFDC | H1B |

Thanks & Regards
Raviraj Jain
Resource Management Grp-INS HC
Tata Consultancy Services

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting

Niloy Jana---01/05/2016 01:47:24 PM---Senthil- Thanks a lot . Many of these resources have web+mobile+ US testing experience. Apart

From: Niloy Jana/AMER/TCS
To: Senthilkumar Jayaraman/CHN/TCS@TCS, Raviraj Jain/AMER/TCS@TCS, Hannah Shobitha/CHN/TCS@TCS
Cc: Nd Patil/PNE/TCS@TCS, Selva Kp/CHN/TCS@TCS, Suresh Raj/CHN/TCS@TCS, Suresh Thangavelu/CHN/TCS@TCS, S Shan/AMER/TCS@TCS, Kalpesh Paradia/MUM/TCS@TCS
Date: 01/05/2016 01:47 PM
Subject: Re: URGENT: Visa Ready Test Analyst for Onsite - Feb Start

**Senthil-** Thanks a lot . Many of these resources have web+mobile+ US testing experience. Apart from Health Dialog US testing requirements, we have got ▇ Requirement today on UFT-Automation and Ecommerce.

**Ravi-** Called you but could not connect.. Pls confirm the availability of the resources from ▇ release list.... I would like to submit their profiles to both ▇ and ▇ and will confirm back within next 1-2 days.

Once again for ▇ , the requirement is - UFT Automation, Mobile and web/ecomm testing, Manual Testing

For ▇ : UI Testing, Web Testing, MS stack (.net) testing

Please send me the fresh list based on the availability so that the profile can be shared with both the

Attorneys' Eyes Only
TCSLTD002323633

customers immediately. The start date for ███ 25 Jan 2016 ( can be pushed one week later) and for ███ Feb 1, 2016

Regards,
Niloy

Niloy Kumar Jana
Business Relationship Manager
Tata Consultancy Services
███

Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

Senthilkumar Jayaraman---01/05/2016 09:23:57 AM---Dear Niloy / Niranajn... Please go thru these planned names form ███ onsite. Suresh Raj is Assur

From: Senthilkumar Jayaraman/CHN/TCS
To: Niloy Jana/AMER/TCS@TCS, Nd Patil/PNE/TCS@TCS
Cc: Suresh Raj/CHN/TCS@TCS, Suresh Thangavelu/CHN/TCS@TCS, Selva Kp/CHN/TCS@TCS
Date: 01/05/2016 09:23 AM
Subject: ███ Visa Ready Test Analyst for Onsite - Feb Start

---

Dear Niloy / Niranajn... Please go thru these planned names form ███ onsite.

Suresh Raj is Assurance Engagement Manager. Please confirm if you are confirming any cv's from this list below.

Suresh / Follow thru this and close this. Note - This list is with ███ account as well

----- Forwarded by Senthilkumar Jayaraman/CHN/TCS on 01/05/2016 07:51 PM -----

From: Suresh Raj/CHN/TCS
To: Senthilkumar Jayaraman/CHN/TCS@TCS
Cc: Saravana Shivaraj/CHN/TCS@TCS, Ajay Garg/EMEA/TCS@TCS, Suresh Thangavelu/CHN/TCS@TCS,
███ Kannan Thangamani/CHN/TCS@TCS, Suryaprasad Garimella/CHN/TCS@TCS
Date: 01/04/2016 12:39 AM
Subject: Re: ███ Visa Ready Test Analyst for Onsite - Feb Start

Attorneys' Eyes Only

TCSLTD002323634

Dear All,

Please find the release list for ▮▮▮ onsite ( Jan 2016). Attaching their CVs.

*PS: Below details are already shared with RMG.*

| Emp No | Name | WON | Requested Release | Emp Type | Tagging | Current Location | Contact # | Exp in Yrs | Skill set | VISA type | I-94 date | Exit Category | Tower | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | 2558326 | 9-Jan | Contractor | ASU | Richardson, Tx | ▮ | 7.2 | Manual QA, QTP (E2), Integration testing, SOAP UI (E1) | H1B | NA | BA Release | PBM - QA | Hard working and committed resource. |
| ▮ | ▮ | 2649894 | 9-Jan | Expat | ASU | Richardson, Tx | ▮ | 6.9 | Manual QA, Forms testing, Backend testing, Operational readiness testing and SQL | H1B | 22-Apr-17 | Project Rampdown | PBM - QA | |
| ▮ | ▮ | 2558326 | 9-Jan | Expat | ASU | Richardson, Tx | ▮ | 4 | QA Manual (Web services, ETL, Middleware applications) & Automation( Lisa & Selenium (E1)) | H1B | 30-Jun-17 | Project Rampdown | PBM - QA | |
| ▮ | ▮ | 2558326 | 9-Jan | Contractor | ASU | Cumberland, RI | ▮ | 12 | QA Lead, SOA Testing & ETL Analyst | H1B | 1-Jul-17 | BA Release | PBM - QA | |
| ▮ | ▮ | 2558 | 9-Jan | Contra | ASU | Cumberl | ▮ | 9 | Web | H1 | N | BA | PB | Contra |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 326 | | ctor | | and, RI | | | services Testing (SOAP UI), Coded UI testing, Manual testing, Mobile testing, Team foundation Server, Test Manager, Agile process, Test Data management (Tridion Tool) | B | A | Release | M - QA | ctor has Visa expired and has applied for extension |
| | 2558 326 | 9-Jan | Expat | IS-Retail | Cumberland, RI | | 7.8 | Manual and Automation testing Selenium (E2) ETL testing, | H1 B | 31-Dec-16 | Project Rampdown | PB M - QA | |
| | 2558 326 | 9-Jan | Local Hire | IS-Retail | Cumberland, RI | | 11 | PEGA, Sales Forece, Quick Test Professional (QTP), SOAPUI, Selenium Web-Driver and SQL Management Studio Tool | GC | N A | Project Rampdown | PB M - QA | Local Hire - Looking for projects specific in Chicago. Currently on Holiday to India and expected to return back on |

Attorneys' Eyes Only

TCSLTD002323636

| | | | | | | | | | | | | | | 09th Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2558 326 | 9-Jan | Expat | ASU | | Cumberland, RI | | 8.2 | EQL Test Lead, Manual Testing, Web services Testing, Mobile web/Tablet web Testing, 837IB Transaction, Facets Testing, PLSQL, SOAPUI, Basic ETL Testing, Basic Automation (QTP) | H1B | 3-Apr-17 | Project Rampdown | PBM - QA | |
| | | 2558 326 | 9-Jan | Expat | IS-Retail | | Cumberland, RI | | 5.5 | ETL testing, SQL backend testing ,Manual testing, Sanity Testing, Functional testing, Integration Testing, System Testing, Cross Browser testing, User Acceptance and Regression Testing. | H1B | 30-Sep-17 | Project Rampdown | PBM - QA | |
| | | 2558 326 | 9-Jan | Expat | ASU | | Cumberland, RI | | 8 | Test Leadt, Manual | H1B | 26- | Project Rampd | PBM - | Petition |

| | | | | | | | | | Testing, Mobile Web\App & Tablet Web\App), ETL Testing, Webservices Testing, Database Testing, iBrowse(Cross Browser Automation), PLSQL, Unix, PTT(Automation), Basic QTP(Automation). | Jan-16 | own | QA | extension submitted and willing to process in premium case in own expenses. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Regards
Suresh Raj

Tata Consultancy Services
Mailto:
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

-----Senthilkumar Jayaraman/CHN/TCS wrote: -----
To: Saravana Shivaraj/CHN/TCS@TCS, Suresh Raj/CHN/TCS@TCS, Ajay Garg/EMEA/TCS@TCS, Suresh Thangavelu/CHN/TCS@TCS
From: Senthilkumar Jayaraman/CHN/TCS
Date: 12/31/2015 01:04AM
Cc: Kannan Thangamani/CHN/TCS@TCS, Suryaprasad Garimella/CHN/TCS@TCS
Subject: Re: Visa Ready Test Analyst for Onsite - Feb Start

Attorneys' Eyes Only

Sure Shivri.

Suresh - Can you please share onsite release in Jan end / Feb to ▮▮▮ please.

Shivri - I would need ASU RGS id at somepoint for this pls

rgds
senthil


Saravana Shivaraj---12/31/2015 12:31:52 PM---Dear Senthil, We have a new engagement kicking off on 1st Feb for which we need a test lead/analyst

From: Saravana Shivaraj/CHN/TCS
To: Senthilkumar Jayaraman/CHN/TCS@TCS
Cc: Suryaprasad Garimella/CHN/TCS@TCS, Kannan Thangamani/CHN/TCS@TCS▮▮▮

Date: 12/31/2015 12:31 PM
Subject: ▮▮▮ - Visa Ready Test Analyst for Onsite - Feb Start

---

Dear Senthil,

We have a new engagement kicking off on 1st Feb for which we need a test lead/analyst at onsite. ▮▮▮ is requesting us for the System and E2E testing of the Merchandising applications as part of their PISL implementation as these are not supported by the TCoE teams.

The following will be the expectation from the test lead / analyst.

- Validate and elaborate test scenarios into detailed system and E2E test cases
- Collaborate with different stakeholders to drive towards the expected outcome
- Update test cases/results and generate reports from ALM
- Conduct defect triage meetings
- Prepare, track and report status of System and E2E testing

Please share a visa ready test lead / analyst profile that we can onboard for this engagement.

Thanks,
Shivri[attachment "Resumes.zip" deleted by Niloy Jana/AMER/TCS]

Attorneys' Eyes Only

TCSLTD002323639