# Exhibit 95

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Salah Bedeiwi  **Confidential - Attorneys' Eyes Only**  June 7, 2017

```
 1            EXAMINATION
 2 BY MR. KOTCHEN:
 3 Q.  You had testified previously about after
 4    your employment with TCS had ended you --
 5    did you apply for a position with TCS?
 6 A.  Yes.
 7 Q.  Did I understand that right?
 8 A.  Yes.
 9 Q.  Just explain that to me.
10        MS. LA MAR:  Wait, I want to get my
11    objection in here.
12        Objection, leading the witness,
13    vague and ambiguous, move to strike as
14    improper.
15        Go ahead.
16        THE WITNESS:  Yes, I did apply for
17    positions, and the response from TCS was,
18    because you are existing -- you use to work
19    for TCS, you cannot work for these
20    positions, even though my skill set was a
21    good fit for the position, and even though
22    they laid me off, but I was willing to go
23    and work.
24        MS. LA MAR:  And just one
25    follow-up.
```

Page 249

```
 1 Thank you.
 2        MS. LA MAR:  Thank you so much.
 3        THE WITNESS:  Thank you.
 4        VIDEOGRAPHER:  We are going off the
 5 record at 2:30 p.m.
 6        (Deposition concluded at 2:30 P.M.)
```

Page 251

```
 1          FURTHER EXAMINATION
 2 BY MS. LA MAR:
 3 Q.  You are talking about your applications to
 4    the ███████████████, correct?
 5 A.  No.  It's -- some recruiters reach out to me
 6    and then when I sent them my resumé and they
 7    saw TCS on there, they reached back to me
 8    and they told me you cannot -- we cannot
 9    process your application because you were
10    working already for TCS.
11 Q.  And those were third-party recruiters?
12 A.  No, they are exactly -- like TCS, itself.
13 Q.  TCS internal?
14 A.  Yeah.  It says on the bottom "TCS internal."
15 Q.  Okay.  And do you have any of those e-mails?
16 A.  I have in my e-mails.
17 Q.  Okay.  And you haven't produced them to us?
18 A.  I did not.
19        MS. LA MAR:  Okay.
20        MR. KOTCHEN:  Okay.
21        MS. LA MAR:  So we will leave the
22    deposition open to question on those e-mails
23    if we need to, and I am sure he will produce
24    them.  That's fine.
25        MR. KOTCHEN:  Okay.  That's it.
```

Page 250

```
 1         PENALTY OF PERJURY CERTIFICATE
 2
 3    I hereby declare I am the witness in the within
 4 matter, that I have read the foregoing transcript and
 5 know the contents thereof; that I declare that the same
 6 is true to my knowledge, except as to the matters which
 7 are therein stated upon my information or belief, and as
 8 to those matters, I believe them to be true.
 9    I declare being aware of the penalties of perjury,
10 that the foregoing answers are true and correct.
11
12
13
14
15    Executed on the _____ day of _____, ____,
16 at _____, _____.
17        (CITY)              (STATE)
18
19
20
21    _____
22             SALAH BEDEIWI
23
24
25
```

Page 252