# Exhibit 74

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED


| | |
|---|---|
| From: | ███████████ |
| Sent: | October 02, 2014 5:58 PM |
| To: | ███████; Pankaj3 K |
| Cc: | Govindan Anita;██████;Nikunj M1 ████████;██████;Sasikumar B;Balasubramanian, Sasikumar;████████;Suresh Nadam;V Chaturvedi |
| Subject: | RE: Need profiles soon for the below position |

Hi,

Tibco comes under Ent Sol, I'm looping in our Ent Sol RMG Pankaj to seek help on the same.

Dear Pankaj,

Please help

Regards
Chinmay Tripathi
RMG Lead, BFS NA
Follow me on KNOME: https://knome.ultimatix.net/u/chinmay.tripathi
Tata Consultancy Services
████████

Website: http://www.tcs.com

---

Experience certainty.   IT Services
                        Business Solutions
                        Consulting

---

████████---10/02/2014 01:56:38 PM---Hi Chinmay Thanks Chinmay. For the Tibco Developer if you have any local profiles can you share that

| | |
|---|---|
| From: | ████████ |
| To: | ████████ |
| Cc: | Govindan Anita ████████ "Nikunj M1████████ "Kumar, Rajiv" ████ Sasikumar B ████ "Balasubramanian, Sasikumar" ████ Suresh Nadam ████ V Chaturvedi ████ |
| Date: | 10/02/2014 01:56 PM |
| Subject: | RE: Need profiles soon for the below position |

Attorneys' Eyes Only

TCS150222

Hi Chinmay

Thanks Chinmay. For the Tibco Developer if you have any local profiles can you share that with ▮ (CCed).

Regards

**From:** ▮
**Sent:** Thursday, October 02, 2014 1:32 PM
**To:** ▮
**Cc:** Govindan Anita ▮; Nikunj M1 ▮, Sasikumar B; Balasubramanian, Sasikumar [GCB-OT NE]; ▮; Suresh Nadam; V Chaturvedi
**Subject:** RE: Need profiles soon for the below position

Hi ▮

Expat CVs I don't have, that is the reason I sought help from Anita from off shore RMG.

I'll again request her in the call I've with the team tonight.

Regards
Chinmay Tripathi
RMG Lead, BFS NA
Follow me on KNOME: https://knome.ultimatix.net/u/chinmay.tripathi

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting

**From:** ▮
**To:** Chinmay Tripathi ▮, Govindan Anita ▮
**Cc:** ▮ 'Nikunj M1 ▮ "Kumar, Rajiv ▮, Sasikumar B ▮, "Balasubramanian, Sasikumar " ▮ Suresh Nadam ▮, V Chaturvedi ▮
**Date:** 10/02/2014 01:18 PM
**Subject:** RE: Need profiles soon for the below position

Hi Chinmay

Requesting your help for sharing some Expat profiles for the below requirements. As I already mentioned the positions may go to other vendor if we are not getting the resource soon.

Regards

**From:** Chinmay Tripathi
**Sent:** Wednesday, October 01, 2014 9:28 AM
**To:** Govindan Anita
**Cc:** Nikunj M ; Sasikumar B; Balasubramanian, Sasikumar [GCB-OT NE ; Suresh Nadam; V Chaturvedi
**Subject:** RE: Need profiles soon for the below position

Dear Anita,

Request your help.

Regards
Chinmay Tripathi
RMG Lead, BFS NA
Follow me on KNOME: https://knome.ultimatix.net/u/chinmay.tripathi
Tata Consultancy Services

Experience certainty. IT Services
Business Solutions
Consulting

**From:**
**To:** " "Nikunj M  V Chaturvedi
**Cc:** " , Sasikumar B < , "Balasubramanian, Sasikumar " ; Suresh Nadam <
**Date:** 09/30/2014 11:14 PM
**Subject:** RE: Need profiles soon for the below position

Attorneys' Eyes Only
TCS150224

Hi Chinmay

Please share Expat profiles for all the below position.

1. Two BA position need to be closed immediately and any profile with BA experience will do.
2. For Tibco Developer and Main Frame position Expat will do as well.

Regards



**From:**
Sent: Monday, September 29, 2014 3:55 PM
To:
Cc: ; 'Suresh Nadam'; 'Sasikumar B'; Balasubramanian, Sasikumar [GCB-OT NE]
Subject: RE: Need profiles soon for the below position

Hi Nikunj, Chinmay

Any update on the below requirements would help.

Regards

**From:**
Sent: Monday, September 29, 2014 12:31 PM
To:
Cc: ; Suresh Nadam'; 'Sasikumar B';
Subject: RE: Need profiles soon for the below position

++Sasi

Regards

**From:**
Sent: Monday, September 29, 2014 12:25 PM
To: Nikunj M1
Cc: ; Suresh Nadam
Subject: Need profiles soon for the below position

Attorneys' Eyes Only

TCS150225

Hi Chinmay, Nikunj

Please share Expat/Local Hire profiles for the below position soon as the Req is already shared with all the vendor and if we could not fill the position soon the position will be gone to competitor. So please help with the profiles.

| RGS ID | Requirement ID | LOB | Location | Resource Type | Local Hire Sal Package | BA Pay Rat | Experience Reqd | Requirement Open Date | Expected Billing Start Date | Status | Requirement Closure Date | Position Closed With | Candidate | Vendor | Skill Set, Job Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3466022 | Business Analyst | | US - BALTIMORE, MD | EXPAT | | | 5-7 Years | 9/16/2014 | | OPEN | | | | | Create use cases that reflect business requirements Document business and functional requirements in the form of Business Requirement Document (BRD), Functional Requirement Document (FRD) Ability to work cross functionally with multiple stake holders working on different applications Familiarity with basic database design logic Practical experience with end user-driven data collection systems, like customer relationship management or collaborative documentation Practical experience with optimizing user interaction with system interfaces, form layouts, click paths and navigation Excellent |

Attorneys' Eyes Only

| | | | | |
|---|---|---|---|---|
| 347062 Business 1 Analyst | ▮ | US - BALTIMORE, MD | LOCAL HIRE/ EXPAT | OPEN |

communication and Interpersonal skills
Should be proactive in engaging with business stake holders to critically examine business requirements, ask questions and propose alternatives in case needed
Create use cases that reflect business requirements
Document business and functional requirements in the form of Business Requirement Document (BRD), Functional Requirement Document (FRD)
Ability to work cross functionally with multiple stake holders working on different applications
Familiarity with basic database design logic
Practical experience with end user-driven data collection systems, like customer relationship management or collaborative documentation
Practical experience with optimizing user interaction with system interfaces, form layouts, click paths

Attorneys' Eyes Only

| 347023 | Mainframe Developer | US - JERSEY CITY, NJ | EXPAT | | 5-6 Years | 9/29/2014 | 9/29/2014 | OPEN | and navigation Excellent communication and interpersonal skills Should be proactive in engaging with business stake holders to critically examine business requirements, ask questions and propose alternatives in case needed MF, Cobol, VSAM, CICS Mainframe application developmement experience. Good Communication skills |
|---|---|---|---|---|---|---|---|---|---|
| 2 | | | | | | | | | |
| | TIBCO Developer | US - IRVING, TX | LOCAL HIRE/ EXPAT | | 5+ | 9/29/2014 | 9/29/2014 | OPEN | 1. Good knowlede of SOA concepts, WSDL, schemas, REST services 2. Good knowledge of TIBCO BW, TIBCO EMS 3. Good communicatai on skills Responsibillties 1.Participate in requirements gathering and design meetings with clients. 2. Understand the requirements, evaluate different solutions and recommend solution. 3. Implement the solution in TIBCO BW. This includes Development, unit testing, integration |



Attorneys' Eyes Only

testing etc.
4. Work with other groups and co-ordiante with the offshore team.
5. Work with application teams to help them implement the solution.
6. Work closely with offshore teams in providing infomation, reviewing the work etc.

Regards

~~~~~~.....~~~~~~.....~~~~~

Notice: The information contained in this e-mail message and/or attachments to it may contain confidential or privileged information. If you are not the intended recipient, any dissemination, use, review, distribution, printing or copying of the information contained in this e-mail message and/or attachments to it are strictly prohibited. If you have received this communication in error, please notify us by reply e-mail or telephone and immediately and permanently delete the message and any attachments. Thank you

Attorneys' Eyes Only

TCS150229