# Exhibit 75

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| **From:** | Raviraj Jain <> |
| **Sent:** | May 18, 2015 8:13 PM |
| **To:** | H Axelrod;Amit6 Singh |
| **Cc:** | Anil Siripurapu                      Shabbir Patan |
| **Subject:** | Re: Please open the RGS IDs for 2 .Net Techincal leads and 1 Test Manager |
| **Attachments:** | JD BA & Local- QA Manager.doc, JD BA & Local-.Net Technical Lead.doc |

Hi Heather,

Please take it ahead.

Thanks & Regards
Raviraj Jain
Resource Management Grp-INS HC
Tata Consultancy Services

Website: http://www.tcs.com

Experience certainty.     IT Services
                          Business Solutions
                          Consulting

---

Amit6 Singh---05/18/2015 02:27:02 PM---Hi Kiran, Pls find attached the JD for 2 .Net Technical Lead (onsite) and 1 Test Manager (onsite) fo

From:     Amit6 Singh/AMER/TCS
To:       Shabbir Patan/CHN/TCS@TCS,
Cc:       Anil Siripurapu/HYD/TCS@TCS, Raviraj Jain/AMER/TCS@TCS
Date:     05/18/2015 02:27 PM
Subject:  Re: Please open the RGS IDs for 2 .Net Techincal leads and 1 Test Manager

Hi Kiran,
Pls find attached the JD for 2 .Net Technical Lead (onsite) and 1 Test Manager (onsite) for Expat or Local Hire, in case none of these work out then we can go for BA. You have already shared the JD for test manager for hiring with Heather and Raviraj.

Shabbir,
Pls keep Kiran always in loop when you are sharing any request with Raviraj. This will ensure no duplication of effort and also prevent any confusion that may arise.

Thanks & Regards
Amit K Singh

Attorneys' Eyes Only

TCSLTD000704279

Client Partner
Tata Consultancy Services



Experience certainty. IT Services
Business Solutions
Consulting

-----Shabbir Patan/CHN/TCS wrote: -----
To: Raviraj Jain/AMER/TCS@TCS
From: Shabbir Patan/CHN/TCS
Date: 05/18/2015 03:52PM
Cc: Anil Siripurapu/HYD/TCS@TCS, Amit6 Singh/AMER/TCS@TCS
Subject: Re: Please open the RGS IDs for 2 .Net Techincal leads and 1 Test Manager

*(See attached file: JD BA & Local- QA Manager.doc)*
*(See attached file: JD BA & Local-.Net Technical Lead.doc)*

Hi Raviraj,

There are three RGS open for **Recruitment** for ▮▮▮▮ Portland office. Please go ahead and open these RGS for recruitment as we need to fulfill these requirements at the earliest possible time.

Do let us know if you need any further information in this regard.

*(See attached file: JD BA & Local- QA Manager.doc)(See attached file: JD BA & Local-.Net Technical Lead.doc)*

With Best Regards
Shabbir Patan
Project Manager (Offshore)



Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting

Anil Siripurapu---05/18/2015 10:52:09 AM---Shabbir, Please open 3 RGS IDs (2 .Net Technical Lead and 1 Test manager) for recruitment and send i

From: Anil Siripurapu/HYD/TCS

Attorneys' Eyes Only

To: Shabbir Patan/CHN/TCS@TCS
Date: 05/18/2015 10:52 AM
Subject: Please open the RGS IDs for 2 .Net Techincal leads and 1 Test Manager

Shabbir,

Please open 3 RGS IDs (2 .Net Technical Lead and 1 Test manager) for recruitment and send it out to Raviraj quickly today.

These are for Jim Fuller's area and we need to have people ready for that. Please check if we have the 2 .Net RGS IDs already open and use them.

regards
Anil

Anil Kumar Venkata Siripurapu
Delivery Partner, Healthcare
Tata Consultancy Services

Experience certainty. IT Services
Business Solutions
Consulting




Attorneys' Eyes Only

TCSLTD000704281