# Exhibit 84

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# TCS Involuntary Termination Form

Today's Date: April 10, 2013

Employee Name: Christopher J Slaight

Employee#: 708444

Job Title: Systems Engineer                                   Location: New Jersey

Department/Project: CC                                        Salary: $

Date of Hire: July 9, 2012

Targeted Termination Date: April 18, 2013

Reason for Termination:

☐ INVOLUNTARY – Poor Performance                    ☐ VOLUNTARY Resignation
☐ INVOLUNTARY – Position Moved Offshore & No Other Suitable Position Found
☐ INVOLUNTARY – Position Eliminated Altogether & No Other Suitable Position Found
☐ INVOLUNTARY – Policy Violation, "For Cause"

Termination Summary[1]:

- Christopher was released from ███████████, on account of non-performance and behavioral issues.

- RMG tried proposing Christopher for the following accounts:

  ███████ - Not found suitable
  ███ - Refused to relocate.

- All possible options at this point in time have been explored, and since nothing had materialized so far, recommending for termination with immediate effect.

- Christopher has been unallocated for 10 days.

---

[1] The Termination Summary should be a chronological detailed statement of the facts leading to the decision to terminate. If there are emails or other correspondence evidencing these facts, they should accompany this document if available.

PLEASE SEND THIS COMPLETED FORM TO: Ashok Seetharaman ███████████ and Gregory Benne████████████████ with a copy to: Mary Fores████████████████ Once this is reviewed and approved by Ashok Seetharaman and Gregory Bennett, the final approval needs to be sought from S Narasimhan.

TCS. NAHR V. 2013 1.9.13                                                                                                  1

Attorneys' Eyes Only                                                                                        TCS029653

# TCS Involuntary Termination Form

Current Supervisor: Ambika G

Previous Supervisor: Alok Bhalla

Last Performance Review Date: 31 March 2012          Current Rating (FY12): D

Performance Ratings (Previous 2 years):  Rating (FY11): NA  Rating (FY10): NA

Last Disciplinary Action (Reason): [2]

Type of Action: ❏Verbal, ❏Letter, ❏PIP     Date of Action: (From) _____ (To) _____

---

Last Leave (Reason): None

Type: ❏STD   ❏LTD   ❏WkCmp   ❏FMLA   ❏Unpaid   ❏Other _____

Leave Dates: (From)

---

Name of person(s) having the Termination discussion with the employee:

---

**Current Mailing Address:**
Street:_____
State:_____   Zip: _____

---

[2]
PLEASE SEND THIS COMPLETED FORM TO: Ashok Seetharaman ███████████████ and Gregory Bennett ███████████████ with a copy to: Mary Forest ███████████████ Once this is reviewed and approved by Ashok Seetharaman and Gregory Bennett, the final approval needs to be sought from S Narasimhan.
TCS. NAHR V. 2013 1.9.13                                                                                                   2

# TCS Involuntary Termination Form

| | |
|---|---|
| **What Business Equipment does the Employee have? No** | |
| | Laptop + power cord |
| | Wireless Card |
| | Cellular Telephone |
| | Blackberry |
| **Additional corporate assets - No** | |
| | American Express Corporate Card |
| | Corporate Calling Card |
| | |
| | |
| **Miscellaneous assets: No** | |
| | Software: _____, _____, _____, _____ |
| | Teleconference bridge number |
| | **Date Terminated: (To be completed by WEG)** |

PLEASE SEND THIS COMPLETED FORM TO: Ashok Seetharaman ███ and Gregory Bennett ███ with a copy to: Mary Forest ███. Once this is reviewed and approved by Ashok Seetharaman and Gregory Bennett, the final approval needs to be sought from S Narasimhan.
TCS. NAHR V. 2013 1.9.13                                                                                                                      3

Attorneys' Eyes Only                                                                                                      TCS029655



Fw: Updated Resume/CV Re: (Re: Reporting to Edison Office Tomorrow) - IBM Lotus Notes

**Fw: Updated Resume/CV Re: (Re: Reporting to Edison Office Tomorrow)**
Ambika G Debojyoti Sen
04/10/2013 03:02 PM

Can you please send this mail to my TCS mail id? (ravi.kum@tcs.com)

Thank you.
With Regards,
Ravi K

From: Kumar, Ravi - 5
Sent: Wednesday, April 10, 2013 2:55 PM
To: Thyagarajan, Nithyanandan
Cc: Sundaramoorthy, Srinivasan
Subject: FW: Fw: Updated Resume/CV Re: (Re: Reporting to Edison Office Tomorrow)

Hi Anand,

This knowledge in web technologies is minimal as he has not worked any of web based projects.

His Java knowledge is basic, limited to very basic concepts due to lack of work experience.

We needed someone proficient in these technologies to replace Ajay (4+ years of experience), that is why we had to reject this profile.

Thank you.
With Regards,
Ravi K

From: Sundaramoorthy, Srinivasan
Sent: Monday, April 08, 2013 5:32 PM
To: Thyagarajan, Nithyanandan; Srinivasan, Ajay
Cc: Kumar, Ravi - 5

---

Fw: Updated Resume/CV Re: (Re: Reporting to Edison Office Tomorrow) - IBM Lotus Notes

**Fw: Updated Resume/CV Re: (Re: Reporting to Edison Office Tomorrow)**
Ambika G Debojyoti Sen
04/10/2013 03:02 PM

From: Sundaramoorthy, Srinivasan
Sent: Monday, April 08, 2013 5:32 PM
To: Thyagarajan, Nithyanandan; Srinivasan, Ajay
Cc: Kumar, Ravi - 5
Subject: RE: Fw: Updated Resume/CV Re: (Re: Reporting to Edison Office Tomorrow)

Hi Anand,

Ravi and myself has taken the interview, as profile looks, he doesn't have any work experience in web technologies and he has very basic knowledge in java.

He is not suitable for this position, thanks.

Regards,
Srinivasan S
Des[redacted]

From: Thyagarajan, Nithyanandan
Sent: Monday, April 08, 2013 10:14 AM
To: Srinivasan, Ajay; Sundaramoorthy, Srinivasan
Cc: Kumar, Ravi - 5
Subject: FW: Fw: Updated Resume/CV Re: (Re: Reporting to Edison Office Tomorrow)

Hi,
Can you please assist here.



Attorneys' Eyes Only

TCS029657