# Exhibit 93

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| From: | Sandipkumar Dutta |
| Sent: | February 17, 2012 8:21 PM |
| To: | Kiran Susarla |
| Cc: | Ambika G;Rathnakumar B;Srikar Palivela;Srinivasab Rao |
| Subject: | RE: Need approval for Travel Request 1180595 |

Kiran,

Why is the person travelling back.

As per recent Management decision we have been advised to hold on to any offshore travel back and re-deploy them at onsite if they are getting released. This is in view of recent visa issues and critical needs at onsite. In case of any exception, we need Unit Head / Country Head's approval to proceed further.

Basis approval we will clear the workflow.

I have sent out a mail to all pending workflow.

Regards

Sandip Kumar Dutta
RMG
Tata Consultancy Services

Website: http://www.tcs.com

Experience certainty.   IT Services
                         Business Solutions
                         Outsourcing

---

Kiran Susarla---02/17/2012 03:12:23 PM---Dear Ambika, Sandip, Another travel request is also pending approval. This for US associate - from R

| | |
|---|---|
| From: | Kiran Susarla/HYD/TCS |
| To: | Srikar Palivela , Sandipkumar Dutta/KOL/TCS@TCS, Ambika G/AMER/TCS@TCS |
| Cc: | Rathnakumar B/CHN/TCS@TCS, Srinivasab Rao/HYD/TCS@TCS |
| Date: | 02/17/2012 03:12 PM |
| Subject: | RE: Need approval for Travel Request 1180595 |

Attorneys' Eyes Only                                                               TCSLTD003236913

Dear Ambika, Sandip,

Another travel request is also pending approval. This for US associate - from ▇ QA - returning to India (planned return). The request is pending approval for some time. Can you please do the needful. If there are any queries on the same, please do let us know so we can answer the same. Right now we are not sure why the approvals are not coming thru.

Also, when approvals are kicking in late, the travel team is asking questions as to why the request is coming in late as it costs more to get the tickets. I am sure you are all aware of the same. Please help. Thanks.

Dear Rathna,
Sorry to get you involved in operational aspects - your intervention is necessary though.

With best regards,
Kiran Kumar Susarla
QA Program Director
Tata Consultancy Services

Website: http://www.tcs.com

---

Experience certainty.    IT Services
                         Business Solutions
                         Outsourcing

---

Srikar Palivela ---02/17/2012 02:06:19 PM---Hi Kiran, For your information, We already sent a note to Ambika yesterday for approval but she did

From:     Srikar Palivela
To:       Kiran Susarla
Date:     02/17/2012 02:06 PM
Subject:  RE: Need approval for Travel Request 1180595

Hi Kiran,

For your information, We already sent a note to Ambika yesterday for approval but she did not responded to the mail.

Thanks & Regards,
Srikar

Attorneys' Eyes Only

TCSLTD003236914

**From:** █████
**Sent:** Thursday, February 16, 2012 4:43 PM
**To:** █████
**Cc:** Srikar Palivela
**Subject:** Need approval for Travel Request 1180595

Dear Ambika,

Greetings !!

I am ███████████████████████ working for ███ project from Alpharetta, USA. As per the business requirement, I will be relocating to offshore (Hyderabad, India). Accordingly I have raised the return travel request (Request number : **1180595** ) and got the approval from Project BRM. Currently Travel request is pending with you, can you please approve my request.

Thanks in advance J

Attorneys' Eyes Only

TCSLTD003236915



Regards,

---

This transmission (including any attachments) may contain confidential information, privileged material (including material protected by the solicitor-client or other applicable privileges), or constitute non-public information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmission in error, please immediately reply to the sender and delete this information from your

Attorneys' Eyes Only                                                                                            TCSLTD003236916

system. Use, dissemination, distribution, or reproduction of this transmission by unintended recipients is not authorized and may be unlawful.

Attorneys' Eyes Only

TCSLTD003236917