Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
E-mail: dlow@kotchen.com
E-mail: dkotchen@kotchen.com
E-mail: mvk@kotchen.com
E-mail: lgrunert@kotchen.com

Attorneys for Buchanan, Slaight, Webber, Masoudi, and Mandili

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DANIEL KOTCHEN IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION**<br><br>Complaint Filed: April 14, 2015 |

**DECLARATION OF DANIEL KOTCHEN IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUMIN IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION**

I, Daniel Kotchen, hereby declare as follows, based on personal knowledge:

1. I am an attorney licensed to practice law in the District of Columbia and the state of Wisconsin. I am a partner with Kotchen & Low LLP and represent the Plaintiffs in the above-referenced action.

2. On February 21, 2017, true and correct copies of the following documents were submitted in support of Plaintiffs' Motion for Class Certification (Dkt. #115):

- Exhibit 1: Expert Report of David Neumark
- Exhibit 2: TCS061566
- Exhibit 3: Excerpts from the Rule 30(b)(6) deposition transcript of Balaji Ganapathy, which took place on March 17, 2012
- Exhibit 4: Excerpts from the Rule 30(b)(6) deposition transcript of Umesh Kumar, which took place on January 27, 2017
- Exhibit 5: Excerpts from the Rule 30(b)(6) deposition transcript of Umesh Kumar, which took place on January 25, 2017
- Exhibit 6: Tata Consultancy Services, Ltd.'s Supplemental Response to Plaintiffs' Amended Notice of Rule 30(b)(6) Deposition
- Exhibit 7: TCS038103-10
- Exhibit 8: Resource Management Group (RMG) Induction Manual (TCS007391-452)
- Exhibit 9: TCS044201-03
- Exhibit 10: Unallocated Report excerpt (TCSLTD0055447590)
- Exhibit 11: TCS055851-54
- Exhibit 12: TCS057813-18
- Exhibit 13: TCS137485-87

- Exhibit 14: TCS151793-94
- Exhibit 15: TCS153136-38
- Exhibit 16: TCS090008
- Exhibit 17: TCS148025-27
- Exhibit 18: TCS061414-19
- Exhibit 19: TCSLTD005646989
- Exhibit 20: TCSLTD005646947
- Exhibit 21: TCS177617-18
- Exhibit 22: TCSLTD0000181010-15
- Exhibit 23: TCS150731-32
- Exhibit 24: TCS0388258832
- Exhibit 25: TCS151441-43
- Exhibit 26: TCS148654-55
- Exhibit 27: TCS069046-47
- Exhibit 28: Jindal (30(b)(6)) Dep. Tr. (Feb. 26, 2016)
- Exhibit 29: Ganapathy (30(b)(6)) Dep. Tr. (Jan. 25, 2017)
- Exhibit 30: TCS038607-08
- Exhibit 31: TCS038987
- Exhibit 32: TCS070759-68
- Exhibit 33: TCSLTD000617804
- Exhibit 34: TCSLTD000414255-57
- Exhibit 35: TCSLTD000400982-84

- Exhibit 36: TCS029451
- Exhibit 37: TCS029462
- Exhibit 38: TCS029459
- Exhibit 39: TCSLTD003466530-34
- Exhibit 40: Declaration of Dwight Giovanni dated February 20, 2017
- Exhibit 41: Declaration of Steven Webber dated January 18, 2017
- Exhibit 42: Declaration of Seyed Amir Masoudi dated January 19, 2017
- Exhibit 43: Declaration of Nobel Mandili dated January 18, 2017
- Exhibit 44: Declaration of Nasser Nashal dated January 18, 2017
- Exhibit 45: Declaration of Jessica Wilson dated January 19, 2017
- Exhibit 46: Declaration of Loran Peck dated January 21, 2017
- Exhibit 47: Declaration of Salah Bedeiwi dated January 25, 2017
- Exhibit 48: Declaration of Stephen Bradley dated January 17, 2017
- Exhibit 49: Sharma (30(b)(6)) Dep. Tr. (Jan. 25, 2017)
- Exhibit 50: TCS136893-96
- Exhibit 51: Buchanan Dep. Tr. (Sept. 21, 2016)
- Exhibit 52: Slaight Dep. Tr. (Sept. 17, 2016)

3. On June 22, 2017, true and correct copies of the following documents were submitted in support of Plaintiffs' Reply Memorandum in Support of Their Motion for Class Certification:

- Exhibit 53: TCSLTD003599309-18
- Exhibit 54: TCSLTD004490593-604
- Exhibit 55: TCSLTD003481371-77
- Exhibit 56: TCSLTD001907858

- Exhibit 57: TCSLTD001432346-72
- Exhibit 58: TCSLTD001409858-67
- Exhibit 59: TCSLTD005063439-44
- Exhibit 60: Neumark Supplemental Report
- Exhibit 61: TCSLTD005353314-17
- Exhibit 62: TCSLTD005349892-93
- Exhibit 63: TCSLTD005204587-91
- Exhibit 64: TCSLTD005342029-30
- Exhibit 65: TCSLTD005328697-99
- Exhibit 66: TCSLTD005212451-52
- Exhibit 67: TCSLTD005275731-33
- Exhibit 68: TCSLTD003497018-20
- Exhibit 69: Alkiewicz Dep. Tr. (Mar. 16, 2016)
- Exhibit 70: TCSLTD003474918-31
- Exhibit 71: TCSLTD003480682-701
- Exhibit 72: TCSLTD002083133-36
- Exhibit 73: TCSLTD001421181-94
- Exhibit 74: TCSLTD001406961-7003
- Exhibit 75: DOJ Press Release (Apr. 3, 2017)
- Exhibit 76: TCS121870-73
- Exhibit 77: TCSLTD003831136
- Exhibit 78: TCS150222-29
- Exhibit 79: TCSLTD000704279-81
- Exhibit 80: TCSLTD003469856-69
- Exhibit 81: TCSLTD004066179-202

- Exhibit 82: TCSLTD005527038-39
- Exhibit 83: TCS169523-25
- Exhibit 84: TCSLTD004559926-28
- Exhibit 85: TCSLTD003672522-23
- Exhibit 86: TCSLTD002229432-38
- Exhibit 87: TCSLTD001731875-82
- Exhibit 88: TCSLTD002996136-39
- Exhibit 89: TCSLTD002947393-409
- Exhibit 90: TCS000804-07
- Exhibit 91: Anderson Dep. Tr. (Mar. 31, 2017)
- Exhibit 92: Lazear Dep. Tr. (May 12, 2017)
- Exhibit 93: TCSLTD002558100-02
- Exhibit 94: TCSLTD002323631-39
- Exhibit 95: Bedeiwi Dep. Tr. (Jun. 7, 2017)
- Exhibit 96: TCSLTD005059003-07
- Exhibit 97: TCSLTD003189623-31
- Exhibit 98: TCSLTD001843641-46
- Exhibit 99: TCSLTD004623398-413
- Compilation Exhibit A (and all accompanying exhibits)
- Compilation Exhibit B (and all accompanying exhibits)
- Compilation Exhibit C (and all accompanying exhibits)

4. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on June 22, 2017

/s/Daniel Kotchen
Daniel Kotchen

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system.

Dated: June 22, 2017

/s/Daniel Kotchen
Daniel Kotchen