Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
E-mail: dlow@kotchen.com;
E-mail: dkotchen@kotchen.com;
E-mail: mvk@kotchen.com
E-mail: lgrunert@kotchen.com

Attorneys for Buchanan, Slaight, Webber, Masoudi, and Mandili

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT

Plaintiffs,

v.

TATA CONSULTANCY SERVICES, LTD.,

Defendant.

Case No.: 4:15-cv-01696-YGR

**CLASS ACTION**

**DECLARATION OF DANIEL KOTCHEN IN SUPPORT OF PLAINTIFFS' OPPOSITION AND SURREPLY TO TATA CONSULTANCY SERVICES, LTD.'S MOTION FOR SUMMARY JUDGMENT**

Complaint Filed: April 14, 2015

**DECLARATION OF DANIEL KOTCHEN IN SUPPORT OF PLAINTIFFS' OPPOSITION AND SURREPLY TO TATA CONSULTANCY SERVICES, LTD.'S MOTION FOR SUMMARY JUDGMENT**

I, Daniel Kotchen, hereby declare as follows, based on personal knowledge:

1. I am an attorney licensed to practice law in the District of Columbia and the state of Wisconsin. I am a partner with Kotchen & Low LLP and represent the Plaintiffs in the above-referenced action.
2. On March 6, 2017, true and correct copies of the following documents were submitted in support of Plaintiffs' Opposition to Tata Consultancy Services, LTD.'s Motion for Summary Judgment:
   - Exhibit 1: Tata Annual Report 2015-16
   - Exhibit 2: TCS057813-18
   - Exhibit 3: TCS137485-87
   - Exhibit 4: TCS148025-27
   - Exhibit 5: Kumar (30(b)(6)) Dep. Tr. (Jan. 25, 2017)
   - Exhibit 6: TCS007391-452
   - Exhibit 7: TCS177617-18
   - Exhibit 8: TCS151441-43
   - Exhibit 9: TCS148654-55
   - Exhibit 10: TCS038607-08
   - Exhibit 11: TCS038987
   - Exhibit 12: H-1B Fiscal Year (FY) 2017 Cap Season
   - Exhibit 13: TCSLTD000617804
   - Exhibit 14: TCSLTD000414255-57

- Exhibit 15: TCSLTD000181010-15
- Exhibit 16: TCS61414-19
- Exhibit 17: TCSLTD005646947
- Exhibit 18: TCSLTD005646947
- Exhibit 19: TCS061566-67
- Exhibit 20: Neumark Report
- Exhibit 21: TCS150731-32
- Exhibit 22: TCS038825-32
- Exhibit 23: Kumar (30(b)(6)) Dep. Tr. (Jan. 27, 2016)
- Exhibit 24: Email from M. La Mar to D. Kotchen, *et al.* (Mar. 16, 2016)
- Exhibit 25: TCS103509-10
- Exhibit 26: TCS064930-31
- Exhibit 27: SCE Business Associate Information
- Exhibit 28: TCS029451
- Exhibit 29: TCS029462
- Exhibit 30: TCS029459
- Exhibit 31: TCSLTD003466530-6534
- Exhibit 32: Jindal (30(b)(6)) Dep. Tr. (Feb. 26, 2016)
- Exhibit 33: TCS090008
- Exhibit 34: Buchanan Dep. Tr. (Sept. 21, 2016)
- Exhibit 35: Buchanan Dep. Ex. 3
- Exhibit 36: Buchanan Dep. Ex. 4
- Exhibit 37: Buchanan Decl. (Mar. 2, 2017)

- Exhibit 38: Buchanan Dep. Ex. 14
- Exhibit 39: Excerpt of SCE Data
- Exhibit 40: TCS151793-94
- Exhibit 41: TCS153136-38
- Exhibit 42: Giovanni Decl. (Feb. 20, 2017)
- Exhibit 43: Webber Decl. (Jan. 18, 2017)
- Exhibit 44: Masoudi Decl. (Jan. 19, 2017)
- Exhibit 45: Mandili Decl. (Jan. 18, 2017)
- Exhibit 46: Wilson Decl. (Jan. 19, 2017)
- Exhibit 47: Nahshal Decl. (Jan. 18,2017)
- Exhibit 48: Bradley Decl. (Jan 17, 2017)
- Exhibit 49: Slaight Dep. Tr. (Sept. 17, 2016)
- Exhibit 50: TCS001190
- Exhibit 51: Slaight Dep. Ex. 9
- Exhibit 52: Slaight Decl. (Mar. 5, 2017)
- Exhibit 53: Slaight Dep. Ex. 19
- Exhibit 54: Slaight Dep. Ex. 20
- Exhibit 55: Slaight Dep. Ex. 21
- Exhibit 56: Slaight Dep. Ex. 22
- Exhibit 57: Slaight Dep. Ex. 24
- Exhibit 58: TCSLTD0055447590
- Exhibit 59: TCS055851-54

- Exhibit 60: TCS069046-47
- Exhibit 61: Tata's Supp. Resp. to Pls.' Am. Notice of Rule 30(b)(6) Dep.
- Exhibit 62: Ganapathy (30(b)(6)) Dep. Tr. (Jan. 25, 2017)
- Exhibit 63: Slaight Dep. Ex. 25
- Exhibit 64: Neumark Decl. Table 1 (Mar. 6, 2017)
- Exhibit 65: TCS044202
- Exhibit 66: Tata Document Production Log
- Exhibit 67: Sharma (30(b)(6)) Dep. Tr. (Jan. 25, 2017)
- Exhibit 68: Email from L. Tremaine to L. Wytsma, *et al.* (Mar. 2, 2017)
- Exhibit 69: Chinnari (30(b)(6)) Dep. Tr. (Jan. 28, 2016)
- Exhibit 70: Kotchen Decl. (Mar 6, 2017)

3. On June 22, 2017, true and correct copies of the following documents were submitted in support of Plaintiffs' Surreply to Tata Consultancy Services, LTD.'s Motion for Summary Judgment:

- Exhibit 71: DOJ Press Release (4/3/17)
- Exhibit 72: TCS121870-73
- Exhibit 73: TCSLTD003831136
- Exhibit 74: TCS150222-29
- Exhibit 75: TCSLTD000704279-81
- Exhibit 76: Neumark Supplemental Report
- Exhibit 77: SCE000125-SCE000133
- Exhibit 78: SCE000134-SCE000145
- Exhibit 79: SCE000146-SCE000154

- Exhibit 80: TCSLTD003517027-30
- Exhibit 81: Bradley Dep. Tr. (Mar. 10, 2017)
- Exhibit 82: TCSLTD003986082-89
- Exhibit 83: TCSLTD004034425-26
- Exhibit 84: TCS029653-57
- Exhibit 85: Email from M. von Klemperer to M. La Mar, *et al.* (Mar. 7, 2016)
- Exhibit 86: Email from M. La Mar to D. Kotchen, *et al.* (July 11, 2016)
- Exhibit 87: Email from L. Grunert to M. La Mar, *et al.* (May 16, 2017)
- Exhibit 88: Email from L. Grunert to M. La Mar, *et al.* (Jun. 6, 2017)
- Exhibit 89: TCSLTD003496554-58
- Exhibit 90: TCSLTD004016550-53
- Exhibit 91: TCSLTD004040304-06
- Exhibit 92: TCSLTD001449986
- Exhibit 93: TCSLTD003236913
- Exhibit 94: TCSLTD005059003-07
- Exhibit 95: TCSLTD003189623-31
- Exhibit 96: TCSLTD001843641-46
- Exhibit 97: TCSLTD004623398-413
- Exhibit 98: TCSLTD001421181-94
- Exhibit 99: TCSLTD001417947-60
- Exhibit 100: TCSLTD001406961-7003
- Exhibit 101: TCSLTD005353314-17
- Exhibit 102: TCSLTD003481371-77

- Exhibit 103: TCSLTD005349892-93
- Exhibit 104: TCSLTD005204587-91
- Exhibit 105: TCSLTD005342029-30
- Exhibit 106: TCSLTD005328697-99
- Exhibit 107: TCSLTD005212451-52
- Exhibit 108: TCSLTD005275731-33

4. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on June 22, 2017

/s/Daniel Kotchen
Daniel Kotchen

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system.

Dated: June 22, 2017

/s/Daniel Kotchen
Daniel Kotchen