UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>Assigned to Hon. Yvonne Gonzalez Rogers<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANT LEAVE TO FILE A SUPPLEMENTAL OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br>\*\*\* As Modified By The Court \*\*\*<br><br>Date:   N/A<br>Time:   N/A<br>Location: Courtroom 1, 4th Flr., Oakland<br><br>Complaint Filed:   April 14, 2015 |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

13553565.1
205625-10015

~~PROPOSED~~ ORDER:
CASE NO.: 4:15-CV-01696-YGR

Having considered Tata Consultancy Services, Ltd.'s ("TCS") Administrative Motion for Leave to File a Supplemental Opposition to Plaintiffs' Motion for Class Certification, and finding good cause for the relief requested, the Court hereby orders as follows:

1. TCS is granted leave to file a Supplemental Opposition and declarations in support thereof to Plaintiffs' Motion for Class Certification;

2. TCS' Supplemental Opposition brief shall not exceed ~~10 pages.~~ 5 pages.

3. TCS shall file its Supplemental Opposition and any supporting declarations on or before July 11, 2017.

IT IS SO ORDERED.

Dated: June 28, 2017

_____
Honorable Yvonne Gonzalez Rogers
United States District Court Judge

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

13553565.1
205625-10015

2

~~PROPOSED~~ ORDER:
CASE NO.: 4:15-CV-01696-YGR

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing PROPOSED ORDER was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system on June 27, 2017.


Dated:  June 27, 2017                     /s/Michelle M. La Mar
                                          Michelle M. La Mar

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

13553565.1
205625-10015

3

PROPOSED ORDER:
CASE NO.: 4:15-CV-01696-YGR