MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
LAURA A. WYTSMA (SBN 189527)
lwytsma@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>Assigned to Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF YOGESH THAKOOR IN SUPPORT OF TATA CONSULTANCY SERVICES, LTD.'S SURREPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: August 22, 2017<br>Time: 2:00 p.m.<br>Location: Courtroom 1, 4th Flr., Oakland<br><br>Complaint Filed: April 14, 2015 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

13569963.1
205625-10015

DECLARATION OF YOGESH THAKOOR
CASE NO.: 4:15-CV-01696-YGR

## DECLARATION OF YOGESH THAKOOR

I, YOGESHRAJ SHARADCHANDRA THAKOOR, declare as follows:

1.   I am currently employed by Tata Consultancy Services, Ltd. ("TCS") in Mumbai, India as the Global Head of the Resource Management Group ("RMG"). I give this declaration in support of TCS' Surreply in Opposition to Plaintiffs' Motion for Class Certification in the above-referenced matter. The following facts are of my own personal knowledge, and if called upon to do so, I could and would testify competently to such facts under oath.

2.   I have been Global Head of RMG since April 2006. RMG is responsible for effectively staffing customer project resource assignments a.k.a. "requirements" with internal TCS associates. Transferring these associates across projects and locations often requires movement across countries. The RMG team (along with HR groups and business teams) plans for visas; identifies associates who are suitable for project requirements; and satisfies the eligibility criteria set forth by the destination country for the work permit.

3.   Regarding H1B visas for the U.S., the planning and application cycle is aligned with the visa cycle set forth by the U.S. Citizenship and Immigration Services ("USCIS").

4.   Between November and December of each year, TCS business teams formulate business plans for the next financial year. As part of this process, they plan the global allotment of employee resources to meet customer requirements. TCS HR groups, including RMG, support this process with appropriate data, trends and lead time information to fulfill the requirements. Business teams take into account the associates already available at the location of the requirement, whether expat or local employees and their skillset. Output of this workforce planning includes number of associates to be recruited in various countries, along with movement of associates across projects with or without additional training. As an output of this exercise, the business teams also

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

13569963.1
205625-10015

2

DECLARATION OF YOGESH THAKOOR
CASE NO.: 4:15-CV-01696-YGR

communicate the total number of work visas required for various countries. The business teams use their best efforts to make an accurate forecast of the number of required visas; however, at times their estimates are either too low or too high.

5. Once the planning is completed, the amount of required work visas is communicated to the RMG team along with the details of related customer requirements such as required skillset (technical and domain); experience level; activities to be performed; and location at which the associate is required to work.

6. Based on the details of the customer requirements and the visa counts, RMG identifies qualified associates. Customarily, TCS associates working in the offshore division of the customer possess the required skills, along with vital knowledge of customer processes and TCS' project management methodology.

7. Typically, the RMG team identifies associates who have at least 2 to 7 years of experience out of which at least one year experience is in TCS; satisfy the educational qualification criteria (conforming or non-conforming degree); have the experience of working for the same customer outside the U.S.; and have the necessary skills to perform the expected activities while at the customer's U.S. location. Associates need to meet eligibility criteria including the requisite qualifications and experience; technical skillset; knowledge of TCS' methodology; and familiarity with the customer's work environment.

8. If for some reason an associate is not available from the same customer's team outside of India, the RMG team may choose suitable associates working for some other customer outside of the U.S. Generally, such associates are then moved to projects for the US-based customer for whom he or she is expected to work for, so that by the time the associate travels, they will have 6 to 9 months of experience working in the same customer environment.

9. After this identification process, the next step is to complete the required documentation for each visa application for submission to USCIS. H1B visa applications are required to be submitted in the month of April. If the application is selected in the

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

13569963.1
205625-10015

3

DECLARATION OF YOGESH THAKOOR
CASE NO.: 4:15-CV-01696-YGR

lottery, the petitions are expected to be received starting from July of the same year to March-April of the following year, unless there are requests for additional information. Associates are allowed to travel to the U.S. any time after receiving the petition and visa stamping, but not before October 1 of the year in which the visa applications were submitted.

10. After the USCIS lottery and petition approval, project teams determine the timeline of travel for each approved associate, in consultation with the customer managers. Associates are allowed to travel to the U.S. customer location any time after receiving the petition and visa stamping, but not before October 1 of the year in which the visa applications were submitted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of July, 2017, at Mumbai, India.

_____
YOGESHRAJ SHARADCHANDRA THAKOOR

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

13569963.1
205625-10015

4

DECLARATION OF YOGESH THAKOOR
CASE NO.: 4:15-CV-01696-YGR

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system on July 11, 2017.

Dated: July 11, 2017     /s/Michelle M. La Mar
                          Michelle M. La Mar

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations