Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
E-mail:  dlow@kotchen.com;
E-mail:  dkotchen@kotchen.com;
E-mail:  mvk@kotchen.com;
E-mail:  lgrunert@kotchen.com

Michael F. Brown (*pro hac vice*)
DVG LAW PARTNER LLC
P.O. Box 645
Neenah, WI 54957
920-238-6781
920-273-6177 (fax)
mbrown@dvglawpartner.com

Attorneys for Buchanan, Slaight,
Webber, Masoudi, and Mandili

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-SURREPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION**<br><br>**\*As Modified by the Court \***<br><br>Complaint Filed:  April 14, 2015 |

1

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-SURREPLY - Case No. 4:15-cv-01696-YGR

# [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR ~~LEAVE~~ TO FILE SUR-SURREPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION

Having considered Plaintiffs' Administrative Motion for Leave to File Sur-Surreply in Support of their Motion for Class Certification, the Court finds that good cause exists to grant it. Accordingly, Plaintiffs may file a 5-page sur-reply on or before **July 24, 2017**.  **No further briefing will be allowed.**

IT IS SO ORDERED.

DATED: July 17, 2017

_____
Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE

2

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-SURREPLY - Case No. 4:15-cv-01696-YGR