Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
E-mail:  dlow@kotchen.com;
E-mail:  dkotchen@kotchen.com;
E-mail:  mvk@kotchen.com;
E-mail:  lgrunert@kotchen.com

Michael F. Brown (*pro hac vice*)
**DVG LAW PARTNER LLC**
P.O. Box 645
Neenah, WI 54957
920-238-6781
920-273-6177 (fax)
mbrown@dvglawpartner.com

Attorneys for Buchanan, Slaight,
Webber, Masoudi, and Mandili

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>**NOTICE OF CITATION CORRECTION FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; PLAINTIFFS' OPPOSITION TO DEFENDANT TATA CONSULTANCY SERVICES, LTD.'S MOTION FOR SUMMARY JUDGMENT; PLAINTIFFS' OPPOSITION TO TATA CONSULTANCY SERVICES, LTD.'S MOTION TO EXCLUDE; AND PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF CLASS CERTIFICATION**<br><br>Complaint Filed:  April 14, 2015 |

**NOTICE OF CITATION CORRECTION**

Plaintiffs, by and through their undersigned counsel, hereby provide notice of a correction to a citation to an exhibit filed with Plaintiffs' Motion for Class Certification (Dkt. #115), Plaintiffs' Responsive Separate Statement (Dkt. #122), Plaintiffs' Opposition to Defendant's Motion to Exclude (Dkt. #170), and Plaintiffs' Reply Memorandum in Support of their Motion for Class Certification (Dkt. #196). In each of these filings, the Rule 30(b)(6) deposition transcript of Umesh Kumar was incorrectly cited as ending at page and line 44:5 of his transcript: "Kumar (30(b)(6)) Dep. Tr. 27:13-29:1, 43:22-**44:5** (Jan. 25, 2017)." The correct citation should end at page and line 45:4 of his transcript: "Kumar (30(b)(6)) Dep. Tr. 27:13-29:1, 43:22-**45:4** (Jan. 25, 2017)."

Accordingly, the corrected portions of Plaintiffs' briefing should read as follows:

- Plaintiffs' Motion for Class Certification at 4 & n. 11 (Dkt. #115): "Visa ready individuals and local hires must apply and interview for jobs in the U.S.[11]"
    - Note 11: "Kumar (30(b)(6)) Dep. Tr. 27:13-29:1, 43:22-45:4 (Jan. 25, 2017) (Ex. 5)."
- Plaintiffs' Responsive Separate Statement ¶ 3 (Dkt. #122): "Both 'visa ready' individuals residing in India and applicants residing in the U.S. must apply and interview for jobs in the U.S. Kumar (30(b)(6)) Dep. Tr. 27:13-29:1, 43:22-45:4 (Jan. 25, 2017) (Ex. 5)."
- Plaintiffs' Opposition to Tata's Motion to Exclude at 16 n. 16 (Dkt. #170): "Deputees must apply and interview for positions in the U.S. that are otherwise filled by local hires. Kumar (30(b)(6)) Dep. Tr. 27:13-29:1, 43:22-45:4 (Jan. 25, 2017) (Ex. 23)."
- Plaintiffs' Opposition to Tata's Motion to Exclude at 18 n. 20 (Dkt. #170): "Tata inappropriately excludes deputees from its analysis, despite the fact that they must apply and interview for positions in the U.S. Kumar (30(b)(6)) Dep. Tr. 27:13-29:1, 43:22-45:4 (Jan. 25, 2017) (Ex. 23)."
- Plaintiffs' Reply Memorandum in Support of Class Certification at 10 & n.25 (Dkt. #196): "Both expats and local hire candidates undergo the same application and

interview process for U.S. positions, must be paid the same and are considered for the same openings and perform the same work.[25]"

- Note 25: "Kumar (30(b)(6)) Dep. Tr. 27:13-29:1, 43:22-45:4 (Jan. 25, 2017) (Ex. 5) (discussing application process expat must complete for U.S. positions)."

Dated:  July 24, 2017                    Respectfully submitted,

By: /s/ Daniel Kotchen
　　Daniel Low (SBN 218387)
　　Daniel Kotchen (*pro hac vice*)
　　Michael von Klemperer (*pro hac vice*)
　　Lindsey Grunert (*pro hac vice*)
　　KOTCHEN & LOW LLP

　　Michael F. Brown (*pro hac vice*)
　　DVG LAW PARTNER LLC
　　P.O. Box 645
　　Neenah, WI 54957
　　920-238-6781
　　920-273-6177 (fax)
　　mbrown@dvglawpartner.com

　　Attorneys for Plaintiffs Buchanan, Slaight, Webber, Masoudi, and Mandili

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system.

Dated: July 24, 2017                       By: /s/Daniel Kotchen
                                                        Daniel Kotchen