| | |
|---|---|
| 1 | MICHELLE M. LA MAR (SBN 163038) |
| | mlamar@loeb.com |
| 2 | PATRICK DOWNES (SBN 186461) |
| | pdownes@loeb.com |
| 3 | ERIN M. SMITH (SBN 235039) |
| 4 | esmith@loeb.com |
| | BERNARD R. GIVEN II (SBN 134718) |
| 5 | bgiven@loeb.com |
| | TERRY D. GARNETT (SBN 151212) |
| 6 | tgarnett@loeb.com |
| | LOEB & LOEB LLP |
| 7 | 10100 Santa Monica Blvd., Suite 2200 |
| | Los Angeles, CA  90067 |
| 8 | Telephone: 310.282.2000 |

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.:  4:15-cv-01696-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Complaint Filed:      April 14, 2015 |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

NOTICE OF APPEARANCE OF COUNSEL
Case No.: 4:15-cv-01696-YGR

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that attorney Bernard R. Given of Loeb & Loeb LLP, 10100 Santa Monica Blvd., Suite 2200, Los Angeles, CA 90067, a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance in the above-captioned matter as counsel of record on behalf of Defendant Tata Consultancy Services, Ltd.

Dated:   August 30, 2017

LOEB & LOEB LLP
MICHELLE M. LA MAR
BERNARD R. GIVEN
TERRY D. GARNETT
PATRICK N. DOWNES
ERIN M. SMITH

By: /s/ Bernard R. Given
    Bernard R. Given
    Attorneys for Defendant
    TATA CONSULTANCY SERVICES, LTD.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

1

NOTICE OF APPEARANCE OF COUNSEL
CASE NO. 4:15-cv-01696-YGR