MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
PATRICK DOWNES (SBN 186461)
pdownes@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
BERNARD R. GIVEN II (SBN 134718)
bgiven@loeb.com
TERRY D. GARNETT (SBN 151212)
tgarnett@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Complaint Filed:    April 14, 2015 |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

14590011
205625-10015

NOTICE OF APPEARANCE OF COUNSEL
Case No.: 4:15-cv-01696-YGR

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that attorney Terry Garnett of Loeb & Loeb LLP, 10100 Santa Monica Blvd., Suite 2200, Los Angeles, CA 90067, a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance in the above-captioned matter as counsel of record on behalf of Defendant Tata Consultancy Services, Ltd.

Dated: August 31, 2017

LOEB & LOEB LLP
MICHELLE M. LA MAR
PATRICK N. DOWNES
ERIN M. SMITH
BERNARD R. GIVEN
TERRY D. GARNETT


By: /s/ Terry D. Garnett
    Terry D. Garnett
    Attorneys for Defendant
    TATA CONSULTANCY SERVICES, LTD.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

1

NOTICE OF APPEARANCE OF COUNSEL
CASE NO. 4:15-cv-01696-YGR