UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN HELDT, ET AL.,**<br>Plaintiffs,<br>v.<br>**TATA CONSULTANCY SERVICES, LTD.,**<br>Defendant. | Case No. 15-cv-01696-YGR<br><br>**ORDER GRANTING CONTINUANCE**<br>Re: Dkt. No. 227 |

The Court is in receipt of defendant's unopposed motion to continue today's hearing. The motion is **GRANTED** (with condolences).

The hearing is continued to October 3, 2017 on the Court's 2:00 p.m. law and motion calendar in the United States Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

This Order terminates Docket Number 227.

**IT IS SO ORDERED.**

Dated: September 5, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**