## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## <u>CIVIL MINUTES</u>

| **Date:** 10/3/2017 | **Time:** 3:22pm-4:50pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 15-cv-01696-YGR | **Case Name:** Heldt v. Tata Consultancy Services, Ltd | |

**Attorney for Plaintiff:** Daniel Kotchen and Daniel Low
**Attorney for Defendant:** Michelle M. La Mar, Terry Garnett, Erin Smith and Patrick Downes

| **Deputy Clerk:** Frances Stone | **Court Reporter:** Sarah Goekler |
|---|---|

## PROCEEDINGS

Motion for Leave to File 4th Amended Complaint [Dkt. no. 104]- HELD AND SUMBITTED
Plaintiffs' counsel agrees to withdraw the motion as to the disparate impact claim.

Motion for Summary Judgment [Dkt. no. 106]- HELD AND SUBMITTED

Motion to Certify Class [Dkt. no. 115]- HELD AND SUBMITTED

Motion to Strike [Dkt. no. 194]-HELD AND SUBMTTED

Motion to Strike Expert Opinion Testimony of David Neumark [Dkt. no. 125]- HELD AND SUBMITTED

**Order to be prepared by: Court**