Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
E-mail: dlow@kotchen.com;
E-mail: dkotchen@kotchen.com;
E-mail: mvk@kotchen.com

Attorneys for Plaintiffs Buchanan and Slaight

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>**[PROPOSED]** **ORDER GRANTING UNOPPSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS 7-10 AND 12-14 OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT**<br><br>**Dkt. No. 103.**<br><br>Complaint Filed: April 14, 2015 |

1

[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS 7-10 AND 12-14 OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT - CASE NO. 4:15-CV-01696-YGR

# [PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATION MOTION TO FILE UNDER SEAL

Having considered Plaintiffs' Unopposed Administrative to File Under Seal Exhibits 7-10 and 12-14 of Plaintiffs' Motion for Leave to File Fourth Amended Complaint, the Court finds that good cause exists to seal the information in question.

IT IS HEREBY ORDERED that Plaintiffs' Administration Motion to Seal is GRANTED. Accordingly, the following portions of Exhibits 7-10 and 13-14 may be redacted in Plaintiffs' public filing of the documents, and Plaintiffs may file unredacted versions of the documents under seal. Plaintiffs may also file Exhibit 12 in its entirety under seal.

| Document | Portion(s) Filed Under Seal |
|---|---|
| Exhibit 7 | Employee names listed on page 2 (TCS137486) |
| Exhibit 8 | Client name listed on page 2 (TCS117618) |
| Exhibit 9 | Employee name listed on page 2 (TCS057814)<br>Employee name listed on page 3 (TCS057815)<br>Employee names listed on page 4 (TCS057816)<br>Employee names listed on page 5 (TCS057817) |
| Exhibit 10 | All language above and below paragraph 9 |
| Exhibit 12 | Entire document |
| Exhibit 13 | Applicant name and contact information |
| Exhibit 14 | Applicant name and contact information |

This terminates Dkt. No. 103.

IT IS SO ORDERED.

DATED: December 27, 2017

_____
UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS 7-10 AND 12-14 OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT - CASE NO. 4:15-CV-01696-YGR