UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>[PROPOSED] ORDER REGARDING DEFENDANT TATA CONSULTANCY SERVICES, LTD.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS FILED IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT<br><br>Dkt. No. 112 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

12238894.1
205625-10015

[PROPOSED] ORDER RE TCS'
MOTION TO FILE UNDER SEAL
CASE NO. 4:15-cv-01696-YGR

# [~~PROPOSED~~] ORDER

After considering the administrative motion of defendant Tata Consultancy Services, Ltd. ("TCS") pursuant to Local rule 79-5(d) to file under seal certain exhibits submitted in connection with its opposition to plaintiffs' motion for leave to file a Fourth Amended Complaint, and the declaration of Erin M. Smith ("Smith Decl.") filed in support of that motion, the Court rules as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
| --- | --- | --- |
| Exhibit 4 to declaration of Michelle La Mar filed concurrently ("La Mar Decl."), p. 6, "from," "cc" and "subject" lines. | Smith Decl., ¶ 2. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motion. |
| Exhibit 4 to La Mar Decl., p. 7, "subject" line and first full sentence of the e-mail. | Smith Decl., ¶ 2. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motion. |
| Exhibit 4 to La Mar Decl., p. 8, first "from" and "subject" lines, and third line of bottom e-mail. | Smith Decl., ¶ 2. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motion. |
| Exhibit 4 to La Mar Decl., p. 9, first "from" and "subject" lines, and last line of bottom e-mail. | Smith Decl., ¶ 2. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motion. |
| Exhibit 4 to La Mar Decl., p. 10, first "subject" line, first and second lines of top e-mail, and second "from" and "subject" lines. | Smith Decl., ¶ 2. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motion. |

12238894.1
205625-10015

1

[~~PROPOSED~~] ORDER RE TCS'
MOTION TO FILE UNDER SEAL
CASE NO. 4:15-cv-01696-YGR

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit 4 to La Mar Decl., p. 11, two lines under "Steven Webber" at top, first "subject" line, and second "from" and "subject" lines. | Smith Decl., ¶ 2. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motion. |
| Exhibit 4 to La Mar Decl., p. 12, two lines under "Steven Webber" at top, first "subject" line and first line of bottom e-mail. | Smith Decl., ¶ 2. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motion. |
| Exhibit 4 to La Mar Decl., p. 13, first "cc" and "subject" lines, second "from" and "subject" line, third "to" line. | Smith Decl., ¶ 2. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motion. |
| Exhibit 4 to La Mar Decl., p. 14, first "subject" line and second and third lines of e-mail. | Smith Decl., ¶ 2. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motion. |
| Exhibit 6 to La Mar Decl. | Smith Decl., ¶ 3. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motion. |

This terminated Dkt. No. 112.

IT IS SO ORDERED.

Dated: December 27, 2017

Hon. Yvonne Gonzalez Rogers
United States District Court Judge

12238894.1
205625-10015

2

[PROPOSED] ORDER RE TCS'
MOTION TO FILE UNDER SEAL
CASE NO. 4:15-cv-01696-YGR

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations