1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                         OAKLAND DIVISION
11

12 | STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT, | Case No.: 4:15-cv-01696-YGR
13 | Plaintiffs, | Hon. Yvonne Gonzalez Rogers
14 | v. | **ORDER REGARDING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
15 | TATA CONSULTANCY SERVICES, LTD., |
16 | | Dkt. No. 113
17 | Defendant. |

18
19
20
21
22
23
24
25
26
27
28

**ORDER**

After considering plaintiffs' administrative motion pursuant to Local Rules 79-5 and 7-11 to file certain documents under seal in connection with plaintiffs' motion for class certification, and the declarations filed in support of that motion, the Court rules as follows:

| Document to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Ex. 36 | Smith Decl. ¶ 7 | **GRANTED**. |
| Ex. 37 | Smith Decl. ¶ 7 | **GRANTED**. |

This terminates Dkt. No. 113.

IT IS SO ORDERED.

Dated:  December 27, 2017

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

1

[~~PROPOSED~~] ORDER RE TCS'
MOTION TO SEAL
CASE NO. 4:15-cv-01696-YGR