1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                      OAKLAND DIVISION
11

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT,<br><br>            Plaintiffs,<br><br>   v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>            Defendant. | Case No.:  4:15-cv-01696-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**ORDER REGARDING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Dkt. No. 120 |

**ORDER**

After considering plaintiffs' administrative motion pursuant to Local Rules 79-5 and 7-11 to file certain documents under seal in connection with plaintiffs' opposition to defendant's motion for summary judgment, and the declarations filed in support of that motion, the Court rules as follows:

| Document to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Ex. 28 | Smith Decl. ¶ 7 | **GRANTED**. |
| Ex. 29 | Smith Decl. ¶ 7 | **GRANTED**. |
| Ex. 61 | Smith Decl. ¶ 7 | **GRANTED** as to Exs. B, C, D, and E. Otherwise **DENIED.** |

This terminates Dkt. No. 120.

IT IS SO ORDERED.

Dated: _December 27, 2017_____     _____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

1                   [PROPOSED] ORDER RE TCS'
                    MOTION TO SEAL
                    CASE NO. 4:15-cv-01696-YGR