UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.:  4:15-cv-01696-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT TATA CONSULTANCY SERVICES, LTD.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Dkt. No. 155. |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

[PROPOSED] ORDER RE TCS'
MOTION TO SEAL
CASE NO. 4:15-cv-01696-YGR

# [~~PROPOSED~~] ORDER

After considering the administrative motion of defendant Tata Consultancy Services, Ltd. ("TCS") pursuant to Local Rules 79-5 and 7-11 to file certain documents under seal in connection with TCS' reply in support of its motion for summary judgment, and the declaration of Erin M. Smith ("Smith Decl.") filed in support of that motion, the Court rules as follows:

## A.     DECLARATION OF JEEVAK SHARMA.

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit 7, Bates page TCS029653, "Termination Summary" section, lines 1, 3-4. | Smith Decl., ¶¶ 2-3. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motions. |
| Exhibit 7, Bates page TCS029654, top box, line 2. | Smith Decl., ¶¶ 2-3. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motions. |
| Exhibit 7, Bates page TCS029656, top screen shot, lines 4-5, 7, 15-16, and 18; bottom screen shot, lines 1, 3-4, 11, 13, and 15-16. | Smith Decl., ¶¶ 2-3. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motions. |
| Exhibit 7, Bates page TCS029657, top screen shot, lines 1,-2, 4,-5, 15, and17-18; bottom screen shot, line 13. | Smith Decl., ¶¶ 2-3. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motions. |
| Exhibit 8, p. 2, under the heading "Unallocatd," first bullet, line 3, second bullet, line 2. | Smith Decl., ¶¶ 2-3. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motions. |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

1

[~~PROPOSED~~] ORDER RE TCS'
MOTION TO SEAL
CASE NO. 4:15-cv-01696-YGR

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | **Order** |
|---|---|---|
| Exhibit 8, p. 3, lines 7-11 and 34. | Smith Decl., ¶¶ 2-3. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motions. |
| Exhibit 8, p. 4, line 7. | Smith Decl., ¶¶ 2-3. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motions. |
| Exhibit 9, p. 1, under the heading "Poor Performance," third bullet, line 4. | Smith Decl., ¶¶ 2-3. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motions. |
| Exhibit 9, p. 2, under the heading "Unallocated," first bullet, line 3, and last bullet, line 2. | Smith Decl., ¶¶ 2-3. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motions. |
| Exhibit 9, p. 3, first bullet, line 2, and first box, line 1. | Smith Decl., ¶¶ 2-3. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motions. |
| Exhibit 9, p. 4, second box, line 1. | Smith Decl., ¶¶ 2-3. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motions. |
| Exhibit 9. pp. 5, 7-15, 17-19, 22-25, 29-34, 37-38, 42, and 44. | Smith Decl., ¶¶ 2-3. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motions. |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | **Order** |
|---|---|---|
| Exhibit 9, p. 46, under the section "Details of the associate being released," second column, rows 4-5, and last column, row 5; under section "Projects Proposed (Name/IOU)," rows 1 and 9. | Smith Decl., ¶¶ 2-3. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motions. |
| Exhibit 10, p. 1, top box, line 4. | Smith Decl., ¶¶ 2-3. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motions. |
| Exhibit 10, p. 2, under the heading "Unallocated," first bullet, line 3, and third bullet, lines 2-3. | Smith Decl., ¶¶ 2-3. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motions. |
| Exhibit 10, p. 3, first box, line 1, and last box, line 1. | Smith Decl., ¶¶ 2-3. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motions. |
| Exhibit 10, p. 5, top portion, "From," "To," and "cc" lines, "Subject" line; text of email, first and second lines; bottom, signature. | Smith Decl., ¶¶ 2-3. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motions. |
| Exhibit 11, p. 1, top box, line 4, under the heading "Poor Performance," third bullet, lines 1 and 2. | Smith Decl., ¶¶ 2-3. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motions. |
| Exhibit 11, p. 4, first bullet, lines 1 and 6, and first box, lines 1 and 2. | Smith Decl., ¶¶ 2-3. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motions. |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

3

[PROPOSED] ORDER RE TCS'
MOTION TO SEAL
CASE NO. 4:15-cv-01696-YGR

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | **Order** |
|---|---|---|
| Exhibit 11, p. 5, bottom box, lines 1 and 2. | Smith Decl., ¶¶ 2-3. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motions. |
| Exhibit 11, pp. 6-16. | Smith Decl., ¶¶ 2-3. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motions. |
| Exhibit 11, p. 17, under the section "Details of the Associate being released" second and fourth column, row 5; under the section "Projects Proposed (Name/IOU)" section, rows 1-4. | Smith Decl., ¶¶ 2-3. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motions. |
| Exhibit 12, p. 2, under the heading "Unallocated," first bullet, line 3. | Smith Decl., ¶¶ 2-3. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motions. |
| Exhibit 12, p. 3, first box, line 2. | Smith Decl., ¶¶ 2-3. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motions. |
| Exhibit 13, p. 1, first paragraph, lines 3-4, 6 and 8; second paragraph, line 2. | Smith Decl., ¶¶ 2-3. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motions. |
| Exhibit 13, p. 2, first box, line 1. | Smith Decl., ¶¶ 2-3. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motions. |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

4

[~~PROPOSED~~] ORDER RE TCS' MOTION TO SEAL
CASE NO. 4:15-cv-01696-YGR

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | <u>Order</u> |
|---|---|---|
| Exhibit 14, p. 1, top box, line 4; under the heading "Poor Performance," first bullet, lines 2-4, second bullet, line 3, third bullet, line 2. | Smith Decl., ¶¶ 2-3. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motions. |
| Exhibit 14, p. 2, under the heading "Unallocated," first bullet, line 3. | Smith Decl., ¶¶ 2-3. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motions. |
| Exhibit 14, p. 3, first box, lines 2 and 3. | Smith Decl., ¶¶ 2-3. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motions. |
| Exhibit 14, pp. 5-7. | Smith Decl., ¶¶ 2-3. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motions. |
| Exhibit 14, p. 9, under the section "Details of the associate being released," second column, rows 4-5, and last column, row 5; under the section "Projects Proposed (Name/IOU)," rows 1-3 and 20-21. | Smith Decl., ¶¶ 2-3. | Redacted information is personal, proprietary and/or confidential, and irrelevant to issues in the pending motions. |

This terminates Dkt. No. 155.

IT IS SO ORDERED.

Dated: ____December 27,____, 2017         _____
                                          Hon. Yvonne Gonzalez Rogers
                                          United States District Court Judge

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

5

[PROPOSED] ORDER RE TCS'
MOTION TO SEAL
CASE NO. 4:15-cv-01696-YGR