Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
E-mail: dlow@kotchen.com;
E-mail: dkotchen@kotchen.com;
E-mail: mvk@kotchen.com

Attorneys for Buchanan, Slaight,
Webber, Masoudi, and Mandili

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Complaint Filed: April 14, 2015<br><br>Dkt No. 169 |

1

# [PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATION MOTION TO FILE UNDER SEAL

Having considered Plaintiffs' Unopposed Administrative Motion to File Under Seal a number of exhibits accompanying Plaintiffs' Opposition to Defendant Tata Consultancy Services, Ltd.'s ("Tata's") Motion to Exclude the Expert Testimony of David Neumark, the Court finds that good cause exists to seal the information in question.

IT IS HEREBY ORDERED that Plaintiffs' Administration Motion to Seal is GRANTED. Accordingly, the following portions of Exhibits 4, 8, 13-16, 18-22, and 24 may be redacted in Plaintiffs' public filing of the documents, and Plaintiffs may file unredacted versions of the documents under seal.

| Document | Portion(s) Filed Under Seal |
| --- | --- |
| Exhibit 4 | Employee Names, Salary Information |
| Exhibit 8 | Employee Names, Applicant Names, Client Names, Salary Information, Dates of Birth, Contact Information |
| Exhibit 13 | Employee Names |
| Exhibit 14 | Employee Names |
| Exhibit 15 | Client Names, Employee Names and Contact Information |
| Exhibit 16 | Client Names |
| Exhibit 18 | Information Above and Below ¶ 9 |
| Exhibit 19 | Employee Names, Client Names |
| Exhibit 20 | Client Names and Contact Information |
| Exhibit 21 | Client Names |
| Exhibit 22 | Client Names and Contact Information |
| Exhibit 24 | Client Names and Contact Information, Applicant Names and Contact Information |

This terminates Dkt. No. 169.

IT IS SO ORDERED.

DATED: December 27, 2017

UNITED STATES DISTRICT JUDGE