UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT TATA CONSULTANCY SERVICES, LTD.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS FILED IN SUPPORT OF SUPPLEMENTAL REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Dkt. No. 204. |

13570611.1205625-10015

[PROPOSED] ORDER RE TCS'
MOTION TO FILE UNDER SEAL
CASE NO. 4:15-cv-01696-YGR

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

# [~~PROPOSED~~] ORDER

After considering the administrative motion of defendant Tata Consultancy Services, Ltd. ("TCS") pursuant to Local rule 79-5(d) to file under seal certain exhibits submitted in connection with its Supplemental Reply in Support of Motion for Summary Judgment, and the declaration of Erin M. Smith ("Smith Decl.") filed in support of that motion, the Court rules as follows:

### A. DECLARATION OF MICHELLE LA MAR.

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit 2, Email exchange between TCS managers regarding Christopher Slaight's termination. | Smith Decl., ¶¶ 2-3. | **GRANTED**. |
| Exhibit 4, Excerpts from the Deposition Transcript of Salah Bedeiwi, at pp. 145-148. | Smith Decl., ¶¶ 2-3. | **GRANTED**. |
| Exhibit 5, Excerpts from the Deposition Transcript of Salah Bedeiwi, at pp. 81-83. | Smith Decl., ¶¶ 2-3. | **GRANTED**. |

This terminates Dkt. No. 204.

IT IS SO ORDERED.

Dated: December 27, 2017

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge

13570611.1205625-10015

1

[PROPOSED] ORDER RE TCS'
MOTION TO FILE UNDER SEAL
CASE NO. 4:15-cv-01696-YGR

**oeb**
Partnership
ssional
ns