Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
E-mail:  dlow@kotchen.com;
E-mail:  dkotchen@kotchen.com;
E-mail:  mvk@kotchen.com
E-mail:  lgrunert@kotchen.com

Attorneys for Buchanan, Slaight,
Webber, Masoudi, and Mandili

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>[**PROPOSED**] ORDER GRANTING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL OR FOR LEAVE TO FILE PUBLICLY<br><br>**Dkt. No. 195**<br><br>Complaint Filed:  April 14, 2015 |

1

# ORDER GRANTING IN PART PLAINTIFFS' UNOPPOSED ADMINISTRATION MOTION TO FILE UNDER SEAL

Having considered Plaintiffs' Unopposed Administrative Motion to File Under Seal a number of exhibits accompanying Plaintiffs' Reply in Support of their Motion for Class Certification and Surreply to Defendant Tata Consultancy Services, Ltd.'s Motion for Summary Judgment, the Court finds that good cause exists to seal the information in question.

IT IS HEREBY ORDERED that Plaintiffs' Administration Motion to Seal is GRANTED IN PART and DENIED IN PART. Accordingly, the following portions of the below listed documents may be redacted in Plaintiffs' public filing of the documents, and Plaintiffs may file unredacted versions of the documents under seal. Further, a number of the below listed exhibits may be filed under seal in their entirety.

| Document | Portion(s) Filed Under Seal | Order on Motion to Seal |
|---|---|---|
| Ex. 53 (Class Cert. Reply) | Employee names and contact information | **GRANTED**. |
| Ex. 54 (Class Cert. Reply) | Employee names and contact information, client names and contact information | **GRANTED**. |
| Ex. 55 (Class Cert. Reply) Ex. 102 (Summ. J. Surreply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. 56 (Class Cert. Reply) | Employee Names and contact information, applicant names | **GRANTED**. |
| Ex. 57 (Class Cert. Reply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. 58 (Class Cert. Reply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and |

2

| | | |
|---|---|---|
| | | contact information. Otherwise **DENIED**. |
| Ex. 59 (Class Cert. Reply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. 61 (Class Cert. Reply) Ex. 101 (Summ. J. Surreply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. 62 (Class Cert. Reply) Ex. 103 (Summ. J. Surreply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. 63 (Class Cert. Reply) Ex. 104 (Summ. J. Surreply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. 64 (Class Cert. Reply) Ex. 105 (Summ. J. Surreply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. 65 (Class Cert. Reply) Ex. 106 (Summ. J. Surreply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. 66 (Class Cert. Reply) Ex. 107 (Summ. J. Surreply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |

| | | |
|---|---|---|
| Ex. 67 (Class Cert. Reply)<br>Ex. 108 (Summ. J. Surreply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. 68 (Class Cert. Reply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. 70 (Class Cert. Reply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. 71 (Class Cert. Reply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. 72 (Class Cert. Reply) | Employee names and contact information, client names | **GRANTED**. |
| Ex. 73 (Class Cert. Reply)<br>Ex. 98 (Summ. J. Surreply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. 74 (Class Cert. Reply)<br>Ex. 100 (Summ. J. Surreply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. 76 (Class Cert. Reply)<br>Ex. 72 (Summ. J. Surreply) | Employee names and contact information, client names | **GRANTED**. |
| Ex. 77 (Class Cert. Reply)<br>Ex. 73 (Summ. J. | Employee names and contact information, client names | **GRANTED**. |

4

| | | |
|---|---|---|
| Surreply) | | |
| Ex. 78 (Class Cert. Reply)<br>Ex. 74 (Summ. J. Surreply) | Employee names and contact information, client names | **GRANTED**. |
| Ex. 79 (Class Cert. Reply)<br>Ex. 75 (Summ. J. Surreply) | Employee names and contact information, client names | **GRANTED**. |
| Ex. 80 (Class Cert. Reply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. 81 (Class Cert. Reply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. 82 (Class Cert. Reply) | Employee names and contact information, client names | **GRANTED**. |
| Ex. 83 (Class Cert. Reply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. 84 (Class Cert. Reply) | Employee names and contact information, client names and contact information | **GRANTED**. |
| Ex. 85 (Class Cert. Reply) | Employee names and contact information, client names and contact information | **GRANTED**. |
| Ex. 86 (Class Cert. Reply) | Employee names and contact information, client names | **GRANTED**. |
| Ex. 87 (Class Cert. Reply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. |

| | | |
|---|---|---|
| | | Otherwise **DENIED**. |
| Ex. 88 (Class Cert. Reply) | Employee names and contact information, client names | **GRANTED**. |
| Ex. 89 (Class Cert. Reply) | Employee names and contact information, client names | **GRANTED**. |
| Ex. 90 (Class Cert. Reply) | Employee contact information, salary information | **GRANTED**. |
| Ex. 93 (Class Cert. Reply) | Employee names and contact information, client names | **GRANTED**. |
| Ex. 94 (Class Cert. Reply) | Employee names and contact information, client names | **GRANTED**. |
| Ex. 95 (Class Cert. Reply) | Client name | **GRANTED**. |
| Ex. 96 (Class Cert. Reply) Ex. 94 (Summ. J. Surreply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. 97 (Class Cert. Reply) Ex. 95 (Summ. J. Surreply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. 98 (Class Cert. Reply) Ex. 96 (Summ. J. Surreply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. 99 (Class Cert. Reply) Ex. 97 (Summ. J. Surreply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. A1 (Class Cert. Reply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and |

| | | |
|---|---|---|
| | | contact information. Otherwise **DENIED**. |
| Ex. A2 (Class Cert. Reply) | Employee names and contact information, client names and contact information | **GRANTED**. |
| Ex. A3 (Class Cert. Reply) Ex. 90 (Summ. J. Surreply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. A4 (Class Cert. Reply) Ex. 91 (Summ. J. Surreply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. A5 (Class Cert. Reply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. A6 (Class Cert. Reply) Ex. 92 (Summ. J. Surreply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. A7 (Class Cert. Reply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. A8 (Class Cert. Reply) Ex. 93 (Summ. J. Surreply) | Employee names and contact information, client names | **GRANTED**. |
| Ex. A9 (Class Cert. Reply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. |

| | | |
|---|---|---|
| | | Otherwise **DENIED**. |
| Ex. A10 (Class Cert. Reply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. B1 (Class Cert. Reply) | Employee names and contact information, client names | **GRANTED**. |
| Ex. B2 (Class Cert. Reply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. B3 (Class Cert. Reply) | Employee names and contact information, client names | **GRANTED**. |
| Ex. B4 (Class Cert. Reply) | Employee names and contact information, client names | **GRANTED**. |
| Ex. B5 (Class Cert. Reply) | Employee names and contact information, client names | **GRANTED**. |
| Ex. B6 (Class Cert. Reply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. B7 (Class Cert. Reply) | Employee names and contact information, client names and contact information | **GRANTED**. |
| Ex. B8 (Class Cert. Reply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. B9 (Class Cert. Reply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. B10 (Class Cert. Reply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and |

| | | |
|---|---|---|
| | | contact information. Otherwise **DENIED**. |
| Ex. B11 (Class Cert. Reply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. B12 (Class Cert. Reply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. B13 (Class Cert. Reply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. B14 (Class Cert. Reply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. B14 (Class Cert. Reply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. B15 (Class Cert. Reply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. B16 (Class Cert. Reply) | Employee names and contact information, client names and contact information | **GRANTED**. |
| Ex. B17 (Class Cert. Reply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. |

| | | |
|---|---|---|
| | | Otherwise **DENIED**. |
| Ex. B18 (Class Cert. Reply) | Employee names and contact information, client names and contact information | **GRANTED**. |
| Ex. B19 (Class Cert. Reply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. B20 (Class Cert. Reply) | Employee names and contact information, client names | **GRANTED**. |
| Ex. B21 (Class Cert. Reply) | Employee names and contact information, client names | **GRANTED**. |
| Ex. B22 (Class Cert. Reply) | Employee names and contact information, client names | **GRANTED**. |
| Ex. B23 (Class Cert. Reply) | Client names | **GRANTED**. |
| Ex. B24 (Class Cert. Reply) | Employee names and contact information, client names | **GRANTED**. |
| Ex. B25 (Class Cert. Reply) | Employee names and contact information, client names | **GRANTED**. |
| Ex. B26 (Class Cert. Reply) | Employee names and contact information, client names | **GRANTED**. |
| Ex. B27 (Class Cert. Reply) | Employee names and contact information, client names | **GRANTED**. |
| Ex. B28 (Class Cert. Reply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. C1 (Class Cert. Reply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. C2 (Class Cert. Reply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. C3 (Class Cert. | Entire Document | **GRANTED** with regard to |

| | | |
|---|---|---|
| Reply) | | employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. 80 (Summ. J. Surreply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. 82 (Summ. J. Surreply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. 83 (Summ. J. Surreply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. 84 (Summ. J. Surreply) | Client names, employee names and contact information | **GRANTED**. |
| Ex. 89 (Summ. J. Surreply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |
| Ex. 99 (Summ. J. Surreply) | Entire Document | **GRANTED** with regard to employee names and contact information, client names and contact information. Otherwise **DENIED**. |

**This terminates Dkt. No. 195.**

IT IS SO ORDERED.

DATED:    December 27, 2017

_____
UNITED STATES DISTRICT JUDGE

11