UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT, <br><br> Plaintiffs, <br><br> v. <br><br> TATA CONSULTANCY SERVICES, LTD., <br><br> Defendant. | Case No.: 4:15-cv-01696-YGR <br><br> Hon. Yvonne Gonzalez Rogers <br><br> **[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION OF DEFENDANT TATA CONSULTANCY SERVICES, LTD. TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF SURREPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> Dkt. No. 213. |

13582729.2205625-10015

[PROPOSED] ORDER RE TCS'
MOTION TO FILE UNDER SEAL
CASE NO. 4:15-cv-01696-YGR

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

**[PROPOSED] ORDER**

After considering the administrative motion of defendant Tata Consultancy Services, Ltd. ("TCS") pursuant to Local rule 79-5(d) to file under seal certain exhibits submitted in connection with its Surreply in Opposition to Plaintiffs' Motion for Class Certification, and the declaration of Erin M. Smith ("Smith Decl.") filed in support of that motion, the Court rules as follows:

A. **DECLARATION OF JEEVAK SHARMA.**

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit 3, HR Interview Assessment Form. | Smith Decl., ¶¶ 2-3. | **GRANTED**. |

B. **DECLARATION OF MICHELLE LA MAR.**

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit A, Excerpts from the Deposition Transcript of Stephen Bradley, at pp. 51:20-21, 57:21, 59:4, 60:5, 61:18-20, 63:16-17, and 69:23, 70:10, 70:13, 71:25. | Smith Decl., ¶¶ 2-3. | **GRANTED**. |
| Exhibit B, Excerpts from the Deposition Transcript of Dwight Giovanni, at pp. 122:4, 122:6, 122:24, 123:7, 130:25, 131:1-2, 131:10-11, 131:16, 131:18-19, 141:4, 141:16-17, 142:9-10, 147:24-25, 148:1, 154:18, 155:12, 157:22-23, 158:16, 159:14, 161:13, 162:3-4, and 164:9, 165:13, 165:19, 166:1. | Smith Decl., ¶¶ 2-3. | **GRANTED**. |

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | **Order** |
|---|---|---|
| Exhibit C, Excerpts from the Deposition Transcript of Nasser Nahshal, at pp. 39:2-3, 40:3-4, 40:9, 40:25, 41:11, 41:13, 41:21, 41:24, 42:7, 42:10, 42:18, 42:23-25, 43:13, 44:14, 44:17, 57:18, 57:21-22, 58:4, 58:8-9, 58:11-12, 59:22, 60:21, 114:10-13, 115:2, 115:12, 116:12, 116:19, 118:24, 119:8, 119:10, 119:24 and 125:5, 126:2, 126:16-18, 127:17, 127:20. | Smith Decl., ¶¶ 2-3. | **GRANTED**. |
| Exhibit D, Excerpts from the Deposition Transcript of Salah Bedeiwi, at pp. 49:4, 49:16, 50:2, 50:22-23, 51:12, 51:23-25, 56:6, 56:20, 56:22-23, 57:10-11, 71:19, 72:18, 124:5, 125:9, 125:13-15, 125:18, 125:22-23, 126:22, 127:12-13, 145:5-9, 125:12, 125:24-25, 146:22, 146:24, 147:5, 147:8, 147:12, 147:24-25, 148:2, 148:9, 157:24, 158:7-8, 159:17, 159:20, 162:21, 163:6,163:9, 163:19, 163:23, 166:18, 166:21, 167:6, 167:8, 167:11, 167:17-18, 167:20, 171:22-23, 237:14, 237:20-21, 242:9, 242:21, and 244:15. | Smith Decl., ¶¶ 2-3. | **GRANTED**. |

13582729.2205625-10015

2

[~~PROPOSED~~] ORDER RE TCS'
MOTION TO FILE UNDER SEAL
CASE NO. 4:15-cv-01696-YGR

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit E, Excerpts from the Deposition Transcript of Loran Peck, at pp. 25:3, 25:6, 26:17, 27:5-8, 27:21-24, 28:4, 30:10, 30:16, 34:9, 34:11, 34:14, 34:21, 35:2, 35:6, 36:5, 37:10, 37:21, 41:1, 43:25, 82:21, 82:23, 83:4-6, 84:3, 84:6, 84:12, 86:20, 88:8-11, 91:12-13, 91:20, 92:4, 92:6-7, 92:9, 92:15, 92:17, 92:19, 92:21, 93:14-15, 94:1, 94:7, 94:19, 94:21, 95:22, 96:18, 98:12, 99:9-10, 99:25, 101:4-5, 101:9, 102:14-15, 103:1-2, 103:16, 104:1, 104:5, 104:8, 104:16, 104:19, 104:22, 107:18, 108:15-16, 110:12, 111:2, 114:1, 115:20, 121:10-11, 121:15, 124:15, 125:3, 126:2, and 131:9, 131:20, 132:16. | Smith Decl., ¶¶ 2-3. | **GRANTED**. |
| Exhibit F, Excerpts from the Deposition Transcript of Stephen Webber, at pp. 51:20, 52:5, 52:13 and 77:5, 77:15, 77:18, 77:22-23. | Smith Decl., ¶¶ 2-3. | **GRANTED**. |
| Exhibit G, Excerpts from the Deposition Transcript of Nobel Mandili, at pp. 21:25, 23:2, 23:4; 23:9, 23:20-21, 24:5, 24:10, 24:20, 24:22-24, 25:4, 26:24, 38:15-16, 39:1-2, 39:-10, 39:11-12, 39:14, 40:1-2, 40:4, 40:8, 41:5, 41:10, 42:8-12; 42:18-19, 51:14-15, 69:12, 69:22, 72:24, 93:14-15, 93:23, 93:25, 94:3, 95:12, 95:12, 95:23, 96:3, 96:10, 96:20, 96:25, 97:23, 98:3, 98:17, 100:1, 100:10, 100:23, 102:2, 102:4; 102:11, 102:22, and 104:11, 104:16-17, 104:24. | Smith Decl., ¶¶ 2-3. | **GRANTED**. |
| Exhibit H, excerpts from the TCS Resource Management Group Induction Manual, Bates stamped TCS007391-452, at 398, 414, 425, 437, 439. | Smith Decl., ¶¶ 2-3. | **GRANTED**. |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

13582729.2205625-10015

3

[~~PROPOSED~~] ORDER RE TCS'
MOTION TO FILE UNDER SEAL
CASE NO. 4:15-cv-01696-YGR

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | <u>Order</u> |
|---|---|---|
| Exhibit I, is a true and correct email produced in this action, Bates stamped TCSLTD000443732-34 | Smith Decl., ¶¶ 2-3. | **GRANTED**. |
| Exhibit J is a true and correct email produced in this action, Bates stamped TSCLTD000515101-103 | Smith Decl., ¶¶ 2-3. | **GRANTED**. |

This terminates Dkt. No. 213.

IT IS SO ORDERED.

Dated: ___December 27___, 2017

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge

13582729.2205625-10015

4

[~~PROPOSED~~] ORDER RE TCS' MOTION TO FILE UNDER SEAL
CASE NO. 4:15-cv-01696-YGR

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations