Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
E-mail: dlow@kotchen.com;
E-mail: dkotchen@kotchen.com;
E-mail: mvk@kotchen.com;
E-mail: lgrunert@kotchen.com

Michael F. Brown (*pro hac vice*)
**DVG LAW PARTNER LLC**
P.O. Box 645
Neenah, WI 54957
920-238-6781
920-273-6177 (fax)
mbrown@dvglawpartner.com

Attorneys for Buchanan, Slaight,
Webber, Masoudi, and Mandili

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER GRANTING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL OR FOR LEAVE TO FILE PUBLICLY**<br><br>**Dkt. No. 219**<br><br>Complaint Filed: April 14, 2015 |

# ~~ORDER GRANTING IN PART~~ PLAINTIFFS' ADMINISTRATION MOTION TO FILE UNDER SEAL

Having considered Plaintiffs' Administrative Motion to File Under Seal two exhibits accompanying Plaintiffs' Sur-Surreply in Support of their Motion for Class Certification, and certain portions of their sur-surreply brief, the Court finds that good cause exists to seal the information in question.

IT IS HEREBY ORDERED that Plaintiffs' Administration Motion to Seal is GRANTED IN PART and DENIED IN PART. Accordingly, the following portions of the below listed documents may be redacted in Plaintiffs' public filing of the documents, and Plaintiffs may file unredacted versions of the documents under seal.

| Document | Portion(s) Filed Under Seal | Order on Motion to Seal |
|---|---|---|
| Plaintiffs' Sur-Surreply in Support of their Motion for Class Certification | 3:16-17<br>5:10-11, 16-17, 22-23 | **DENIED**. |
| Ex. 100 | Employee contact information | **GRANTED**. |
| Ex. 101 | Client names and contact information, employee names and contact information | **GRANTED**. |

This terminates Dkt. No. 219.

IT IS SO ORDERED.

DATED:   December 27, 2017

_____
UNITED STATES DISTRICT JUDGE