Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
E-mail:  dlow@kotchen.com;
E-mail:  dkotchen@kotchen.com;
E-mail:  mvk@kotchen.com;
E-mail:  lgrunert@kotchen.com

Michael F. Brown (*pro hac vice*)
**DVG LAW PARTNER LLC**
P.O. Box 645
Neenah, WI 54957
920-238-6781
920-273-6177 (fax)
mbrown@dvglawpartner.com

Attorneys for Class Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| BRIAN BUCHANAN, et al.<br><br>Plaintiffs,<br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>**NOTICE OF REFILING DOCUMENTS WITH MODIFIED REDACTIONS**<br><br>Complaint Filed:  April 14, 2015 |

## **NOTICE OF REFILING DOCUMENTS WITH MODIFIED REDACTIONS**

Plaintiffs hereby provide notice that the following documents are refiled on the public docket with modified redactions pursuant to Local Rule 79-5(3)(f) and the Court's December 27, 2017 Orders (Dkts. #241, #243):

- Ex. 55 to Plaintiffs' Class Cert. Reply (Dkt. #196-7); Ex. 102 to Plaintiffs' Summ. J. Surreply (Dkt. #199-33)
- Ex. 57 to Plaintiffs' Class Cert. Reply (Dkt. #196-9)
- Ex. 58 to Plaintiffs' Class Cert. Reply (Dkt. #196-10)
- Ex. 59 to Plaintiffs' Class Cert. Reply (Dkt. #196-11)
- Ex. 61 to Plaintiffs' Class Cert. Reply (Dkt. #196-13); Ex. 101 to Plaintiffs' Summ. J. Surreply (Dkt. #199-32)
- Ex. 62 to Plaintiffs' Class Cert. Reply (Dkt. #196-14); Ex. 103 to Plaintiffs' Summ. J. Surreply (Dkt. #199-34)
- Ex. 63 to Plaintiffs' Class Cert. Reply (Dkt. #196-15); Ex. 104 to Plaintiffs' Summ. J. Surreply (Dkt. #199-35)
- Ex. 64 to Plaintiffs' Class Cert. Reply (Dkt. #196-16); Ex. 105 to Plaintiffs' Summ. J. Surreply (Dkt. #199-36)
- Ex. 65 to Plaintiffs' Class Cert. Reply (Dkt. #196-17); Ex. 106 to Plaintiffs' Summ. J. Surreply (Dkt. #199-37)
- Ex. 66 to Plaintiffs' Class Cert. Reply (Dkt. #196-18); Ex. 107 to Plaintiffs' Summ. J. Surreply (Dkt. #199-38)
- Ex. 67 to Plaintiffs' Class Cert. Reply (Dkt. #196-19); Ex. 108 to Plaintiffs' Summ. J. Surreply (Dkt. #199-39)
- Ex. 68 to Plaintiffs' Class Cert. Reply (Dkt. #196-20)
- Ex. 70 to Plaintiffs' Class Cert. Reply (Dkt. #196-22)
- Ex. 71 to Plaintiffs' Class Cert. Reply (Dkt. #196-23)
- Ex. 73 to Plaintiffs' Class Cert. Reply (Dkt. #196-25); Ex. 98 to Plaintiffs' Summ. J. Surreply (Dkt. #199-29)
- Ex. 74 to Plaintiffs' Class Cert. Reply (Dkt. #196-26); Ex. 100 to Plaintiffs' Summ. J. Surreply (Dkt. #199-31)
- Ex. 80 to Plaintiffs' Class Cert. Reply (Dkt. #196-32)
- Ex. 81 to Plaintiffs' Class Cert. Reply (Dkt. #196-33)
- Ex. 83 to Plaintiffs' Class Cert. Reply (Dkt. #196-35)
- Ex. 87 to Plaintiffs' Class Cert. Reply (Dkt. #196-39)

- Ex. 96 to Plaintiffs' Class Cert. Reply (Dkt. #196-48); Ex. 94 to Plaintiffs' Summ. J. Surreply (Dkt. #199-25)
- Ex. 97 to Plaintiffs' Class Cert. Reply (Dkt. #196-49); Ex. 95 to Plaintiffs' Summ. J. Surreply (Dkt. #199-26)
- Ex. 98 to Plaintiffs' Class Cert. Reply (Dkt. #196-50); Ex. 96 to Plaintiffs' Summ. J. Surreply (Dkt. #199-27)
- Ex. 99 to Plaintiffs' Class Cert. Reply (Dkt. #196-51); Ex. 97 to Plaintiffs' Summ. J. Surreply (Dkt. #199-28)
- Ex. A1 to Plaintiffs' Class Cert. Reply (Dkt. #196-2)
- Ex. A3 to Plaintiffs' Class Cert. Reply (Dkt. #196-2); Ex. 90 to Plaintiffs' Summ. J. Surreply (Dkt. #199-21)
- Ex. A4 to Plaintiffs' Class Cert. Reply (Dkt. #196-2); Ex. 91 to Plaintiffs' Summ. J. Surreply (Dkt. #199-22)
- Ex. A5 to Plaintiffs' Class Cert. Reply (Dkt. #196-2)
- Ex. A6 to Plaintiffs' Class Cert. Reply (Dkt. #196-2); Ex. 92 to Plaintiffs' Summ. J. Surreply (Dkt. #199-23)
- Ex. A7 to Plaintiffs' Class Cert. Reply (Dkt. #196-2)
- Ex. A9 to Plaintiffs' Class Cert. Reply (Dkt. #196-2)
- Ex. A10 to Plaintiffs' Class Cert. Reply (Dkt. #196-2)
- Ex. B2 to Plaintiffs' Class Cert. Reply (Dkt. #196-3)
- Ex. B6 to Plaintiffs' Class Cert. Reply (Dkt. #196-3)
- Ex. B8 to Plaintiffs' Class Cert. Reply (Dkt. #196-3)
- Ex. B9 to Plaintiffs' Class Cert. Reply (Dkt. #196-3)
- Ex. B10 to Plaintiffs' Class Cert. Reply (Dkt. #196-3)
- Ex. B11 to Plaintiffs' Class Cert. Reply (Dkt. #196-3)
- Ex. B12 to Plaintiffs' Class Cert. Reply (Dkt. #196-3)
- Ex. B13 to Plaintiffs' Class Cert. Reply (Dkt. #196-3)
- Ex. B14 to Plaintiffs' Class Cert. Reply (Dkt. #196-3)
- Ex. B15 to Plaintiffs' Class Cert. Reply (Dkt. #196-3)
- Ex. B17 to Plaintiffs' Class Cert. Reply (Dkt. #196-3)
- Ex. B19 to Plaintiffs' Class Cert. Reply (Dkt. #196-3)
- Ex. B28 to Plaintiffs' Class Cert. Reply (Dkt. #196-3)
- Ex. C1 to Plaintiffs' Class Cert. Reply (Dkt. #196-4)
- Ex. C2 to Plaintiffs' Class Cert. Reply (Dkt. #196-4)
- Ex. C3 to Plaintiffs' Class Cert. Reply (Dkt. #196-4)
- Ex. 80 to Plaintiffs' Summ. J. Surreply (Dkt. #199-11)

- Ex. 82 to Plaintiffs' Summ. J. Surreply (Dkt. #199-13)
- Ex. 83 to Plaintiffs' Summ. J. Surreply (Dkt. #199-14)
- Ex. 89 to Plaintiffs' Summ. J. Surreply (Dkt. #199-20)
- Ex. 99 to Plaintiffs' Summ. J. Surreply (Dkt. #199-30)
- Plaintiffs' Sur-Surreply in Support of their Motion for Class Certification (Dkt. #218)

Dated: January 3, 2018

Respectfully submitted,

By: /s/ Daniel Kotchen
    Daniel Low (SBN 218387)
    Daniel Kotchen (*pro hac vice*)
    Michael von Klemperer (*pro hac vice*)
    Lindsey Grunert (*pro hac vice*)
    KOTCHEN & LOW LLP

    Michael F. Brown (*pro hac vice*)
    DVG LAW PARTNER LLC
    P.O. Box 645
    Neenah, WI 54957
    920-238-6781
    920-273-6177 (fax)
    mbrown@dvglawpartner.com

Attorneys for Class Plaintiffs

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system.

Dated: January 3, 2018                                          By: /s/Daniel Kotchen
                                                                        Daniel Kotchen