Ex. 55 to Plaintiffs' Class Cert. Reply (Dkt. #196-7)

Ex. 102 to Plaintiffs' Summ. J. Surreply (Dkt. #199-33)

**TATA CONSULTANCY SERVICES**
Experience certainty.



# North America FY12 Ranking Analysis
Impact on Local Hire hiring, integration & retention



Copyright © 2011 Tata Consultancy Services Limited



Realise your POTENTIAL — **WORKFORCE EFFECTIVENESS** Talent Management | Diversity | CSR | Retention | Business Consulting

Attorneys' Eyes Only

TCSLTD003481371

## North America FY12 Ranking Analysis

**OBJECTIVE:** To analyze the ranking of expats & locals, and understand impact on local hire integration, retention, diversity & inclusion

**SUMMARY:**
- FY12 ranks analysis done with sample population of 18,373 employees; excluding SP level & Corporate functions
- Analysis of rank distribution of expats & local hires as separate groups
- Further ratification also done to differentiate local hires of Indian-origin & analyze impact, if any, of ethnic origin on ranking
- Analyze patterns, if any, in local hire ranking in T&M vs. Fixed Price projects
- Ranking distribution analysis done based on Customer/Account to validate ranking pattern difference between expats & local hires

**FACTS:**
- Ranking of local hires is skewed consistently towards lower ranks across ISUs & Customer accounts; the only exception being the [redacted] account within BPO
- Over 20% of local hires ranked as D or E, as opposed to 5% amongst expats
- Among local hires, those having an Indian-origin were ranked lower (with more % of D or E's) than local hires from other ethnicities
- Local hires on T&M projects were ranked lower (with more % of D or E's) than local hires on Fixed Price projects
- Among local hires on T&M projects, those having an Indian-origin were ranked lower than local hires from other ethnicities

TATA CONSULTANCY SERVICES — Experience certainty.

WORKFORCE EFFECTIVENESS — Realise your POTENTIAL — Talent Management | Diversity | CSR | Retention | Business Consulting

2

Attorneys' Eyes Only

TCSLTD003481372

# North America FY12 Ranking Analysis

**FINDINGS** → Analysis reveals inherent bias among managers while ranking Local hires

- Local hires ranking is skewed consistently towards lower ranks across ISUs & Customer accounts
- Over 20% of local hires ranked as D or E, as opposed to 5% amongst expats

| Rank | Expats | % | Local Hires | % | Grand Total |
|---|---|---|---|---|---|
| A | 2359 | 14.5% | 143 | 6.8% | 2502 |
| B | 6266 | 38.5% | 510 | 24.2% | 6776 |
| C | 6825 | 42.0% | 1033 | 49.0% | 7858 |
| D | 810 | 5.0% | 410 | 19.4% | 1220 |
| E | 3 | 0.0% | 14 | 0.7% | 17 |
| Grand Total | 16263 | | 2110 | | 18373 |

**FINDINGS** → The lower the interaction with & visibility to TCS managers, the higher the manager bias while ranking local hires

- Local hires on T&M projects were ranked lower (with more % of D or E's) than local hires on Fixed Price projects
- TCS managers have lower level of interaction with employees on T&M projects as the day-to-day work allocation is done by the Client, and the visibility is also lesser than those in Fixed Price projects

| Rank | Fixed Price | % | T&M | % |
|---|---|---|---|---|
| A | 89 | 9.5% | 43 | 4.3% |
| B | 250 | 26.8% | 227 | 22.5% |
| C | 448 | 48.0% | 522 | 51.7% |
| D | 144 | 15.4% | 208 | 20.6% |
| E | 3 | 0.3% | 9 | 0.9% |
| Grand Total | 934 | | 1009 | |

**TATA CONSULTANCY SERVICES**
Experience certainty.

**WORKFORCE EFFECTIVENESS**
Realise your POTENTIAL — Talent Management | Diversity | CSR | Retention | Business Consulting

3

Attorneys' Eyes Only

TCSLTD003481373

# North America FY12 Ranking Analysis

**FINDINGS**: Analysis reveals ethnicity not the primary cause for inherent bias; as local hires of both Indian & non-Indian origin were ranked lower than expats

- Among local hires, those having an Indian-origin were ranked lower (with more % of D or E's) than local hires from other ethnicities
- Upon further analysis, local hires of Indian-origin in Fixed Price projects were ranked higher than their counterparts from other ethnicities; whereas this trend is reversed in T&M projects
- Majority of the local hires of Indian-origin in Fixed Price projects who were ranked higher were earlier expats & then localized by TCS

| Rank | Local (Indian Origin) | % | Local (Non-Indian origin) | % |
|---|---|---|---|---|
| A | 57 | 7.4% | 86 | 6.4% |
| B | 193 | 25.0% | 317 | 23.7% |
| C | 340 | 44.1% | 693 | 51.8% |
| D | 179 | 23.2% | 231 | 17.3% |
| E | 2 | 0.3% | 12 | 0.9% |
| Grand Total | 771 | | 1339 | |

| | Fixed Price | | | | T&M | | | |
|---|---|---|---|---|---|---|---|---|
| Rank | Local (Indian Origin) | % | Local (Non-Indian Origin) | % | Local (Indian Origin) | % | Local (Non-Indian Origin) | % |
| A | 47 | 14.2% | 42 | 7.0% | 8 | 2.1% | 35 | 5.6% |
| B | 101 | 30.5% | 149 | 24.7% | 82 | 21.5% | 145 | 23.1% |
| C | 135 | 40.8% | 313 | 51.9% | 187 | 49.0% | 335 | 53.4% |
| D | 48 | 14.5% | 96 | 15.9% | 103 | 27.0% | 105 | 16.7% |
| E | | 0.0% | 3 | 0.5% | 2 | 0.5% | 7 | 1.1% |
| Grand Total | 331 | | 603 | | 382 | | 627 | |


TATA CONSULTANCY SERVICES
Experience certainty.

WORKFORCE EFFECTIVENESS
Realise your POTENTIAL — Talent Management | Diversity | CSR | Retention | Business Consulting

Attorneys' Eyes Only

TCSLTD003481374

4

# North America FY12 Ranking Analysis

**FINDINGS** → Trend of skewed local hire ranking prevalent across ISUs & Customers

- Trend of lower ranks for Local hires ranking is prevalent across ISUs & Customer accounts; with the only exception being ▉▉▉ within BPO
- Top 10 Accounts in USA & Canada:
    - **19.2%** : Average number of local hires who were ranked D or E
    - **3.8%** : Average number of expats who were ranked D or E

| Rank | Expats | % | Local Hires | % | Grand Total |
|---|---|---|---|---|---|
|  | 1206 |  | 43 |  | 1249 |
| A | 140 | 11.6% | 1 | 2.3% | 141 |
| B | 406 | 33.7% | 6 | 14.0% | 412 |
| C | 571 | 47.3% | 20 | 46.5% | 591 |
| D | 89 | 7.4% | 15 | 34.9% | 104 |
| E |  | 0.0% | 1 | 2.3% | 1 |
|  | 674 |  | 38 |  | 712 |
| A | 91 | 13.5% |  | 0.0% | 91 |
| B | 244 | 36.2% | 5 | 13.2% | 249 |
| C | 302 | 44.8% | 24 | 63.2% | 326 |
| D | 37 | 5.5% | 9 | 23.7% | 46 |
|  | 506 |  | 29 |  | 535 |
| A | 54 | 10.7% | 3 | 10.3% | 57 |
| B | 187 | 37.0% | 3 | 10.3% | 190 |
| C | 228 | 45.1% | 16 | 55.2% | 244 |
| D | 37 | 7.3% | 7 | 24.1% | 44 |
|  | 422 |  | 88 |  | 510 |
| A | 72 | 17.1% | 7 | 8.0% | 79 |
| B | 173 | 41.0% | 25 | 28.4% | 198 |
| C | 164 | 38.9% | 38 | 43.2% | 202 |
| D | 13 | 3.1% | 18 | 20.5% | 31 |
|  | 474 |  | 18 |  | 492 |
| A | 80 | 16.9% | 1 | 5.6% | 81 |
| B | 208 | 43.9% | 5 | 27.8% | 213 |
| C | 174 | 36.7% | 12 | 66.7% | 186 |
| D | 12 | 2.5% |  | 0.0% | 12 |

TATA CONSULTANCY SERVICES — Experience certainty.

Realise your POTENTIAL — WORKFORCE EFFECTIVENESS | Talent Management | Diversity | CSR | Retention | Business Consulting

5

Attorneys' Eyes Only

TCSLTD003481375

## North America FY12 Ranking Analysis

**ISSUES** → **Direct impact on hiring, integration & retention of local hires**

**LINKAGES** →

1. Majority of local hiring within ISUs is to staff T&M/Staff Augmentation projects. Quality of hiring & fairness of ranking are concerns since this is the group against which the inherent ranking bias is the highest
2. Hiring trends in FY12 indicate Hiring Managers within ISUs have higher affinity towards selecting local hire candidates who are of Indian-origin. However, there is an apparent disconnect since the analysis indicates these Indian-origin local hires in T&M engagements are being ranked lower.
3. 20% of local hires have been ranked D or E in FY12; and are susceptible to attrition as they have seen a direct impact on their merit increase & salary
4. Only a total of 53 expat & local hire employees have been put on a PIP post FY12 ranking; indicating reluctance amongst managers to address their employee's performance issues 'or' that poor performance was not the key reason for giving them a D or E rank
5. Lack of integration & hand-holding cited as one of the top reasons for local hire infant attrition. This is accentuated by the ranking analysis's finding that managers have inherent bias towards local hires not familiar with TCS 'work culture' & job expectations.
6. 48% of our involuntary attrition is due to poor performance, with 80% of the poor performance terminations happening within the first 24 months of joining TCS

TATA CONSULTANCY SERVICES
Experience certainty.

WORKFORCE EFFECTIVENESS
Realise your POTENTIAL  Talent Management | Diversity | CSR | Retention | Business Consulting

6

Attorneys' Eyes Only

TCSLTD003481376

# North America FY12 Ranking Analysis

**ISSUES** ➤ **Direct impact on hiring, integration & retention of local hires**

**CHALLENGES** ➤
- Combining these linkages & the findings of the ranking analysis, some of the key challenges to be surmounted are :
  a. Ensure fair & non-discriminatory selection of local hires by hiring managers
  b. Managers to set performance expectations upfront while selecting local hires
  c. Introduce & onboard new local hires on TCS 'work culture'; especially those who do not have a TCS manager in their work location, but are being supervised by a customer
  d. ISUs to make sure performance of local hires on T&M projects is better monitored & recorded, along with those on Fixed Price projects
  e. Coach managers to be inclusive towards local hires, and to guide their employees on TCS 'work culture' & expectations
  f. Hold ISU GRMs/Client Partners accountable for quality of hiring, success of integration & retention

TATA CONSULTANCY SERVICES
Experience certainty.

Realise your POTENTIAL — WORKFORCE EFFECTIVENESS — Talent Management | Diversity | CSR | Retention | Business Consulting

7

Attorneys' Eyes Only

TCSLTD003481377