Ex. 57 to Plaintiffs' Class Cert. Reply (Dkt. #196-9)



**TATA** CONSULTANCY SERVICES

# Talent Engagement updates

September 2015

Experience certainty.   IT Services
Business Solutions
Outsourcing

Attorneys' Eyes Only

TCSLTD001432346

# Geography – Employee Demographics





Manpower Distribution



Gender Ratio

Total US Strength as on Aug 31, 2015:- 30,588

Large Customers:-

Regions:- 6 (Eastern, Western, Pacific, Mid West, Southern, Central)

**TATA** CONSULTANCY SERVICES

1

INTERNAL

Attorneys' Eyes Only

# Talent Engagement Programs Covered

**TATA** CONSULTANCY SERVICES

INTERNAL

Attorneys' Eyes Only

TCSLTD001432348

# Talent Engagement Programs - Coverage









**TATA** CONSULTANCY SERVICES

3

INTERNAL

Attorneys' Eyes Only

TCSLTD001432349

# Talent Engagement Program Effectiveness

**TATA** CONSULTANCY SERVICES

INTERNAL

Attorneys' Eyes Only

TCSLTD001432350

## Talent Engagement Program Effectiveness
## HR Partner Connect with New Hire - Effectiveness



| | Welcome Greeting from HR | Introduction Meeting with Supervisor | Meeting with Stakeholders | Details on Role & Responsibilities | Initial handholding (TCS Processes) | Infrastructure Assistance | Induction Session | Overview of performance management process | Overall experience |
|---|---|---|---|---|---|---|---|---|---|
| Highly Satisfied | 26% | 46% | 29% | 28% | 23% | 31% | 36% | 26% | 37% |
| Satisfied | 49% | 37% | 52% | 38% | 48% | 45% | 40% | 49% | 45% |
| Partially Satisfied | 21% | 8% | 12% | 29% | 22% | 18% | 20% | 17% | 14% |
| Not Satisfied | 3% | 9% | 6% | 5% | 8% | 6% | 5% | 8% | 5% |

Highly Satisfied  Satisfied  Partially Satisfied  Not Satisfied

**TATA CONSULTANCY SERVICES**

5

INTERNAL

Attorneys' Eyes Only

TCSLTD001432351

## Talent Engagement Program Effectiveness
### HR Connects Vs Grievances



- We observe a decreasing trend in the no. of grievances with increase in the HR Connects
- Apr & May observe sudden increase in the no. of grievances due to disagreements and promotions

**TATA** CONSULTANCY SERVICES

Attorneys' Eyes Only

# Voice of Managers / Associates

## Attrition

Attrition of Expats has seen over 5% increase YoY

## Appraisal related concerns

Grievances and escalations on appraisal disagreements etc.,

## Payroll and claims issues

Concerns, escalations and lawsuits raised on delayed/non payment of salary, claims, settlement  etc.

## Compensation issues

Issues raised on Expat salaries, in some locations not on par with competitors

**TATA** CONSULTANCY SERVICES

7

INTERNAL

Attorneys' Eyes Only

TCSLTD001432353

# Voice of Managers / Associates

## Payroll and claims issues

Concerns, escalations and lawsuits raised on delay/non payment of salary, claims, settlement etc.,

- ❑ Detailed ageing analysis of over 1000 claims was done and shared with the senior management. The issue was also escalated to the TCS North America Finance team and Payroll Head. The backlogs of the last 4-6 months are now being cleared.
- ❑ The delay / non-processing of salary / settlement is largely due to technical issues. We are working closely with the technical and payroll team to get these issues resolved.

## Compensation issues

Issues raised on Expat salaries in various locations not on par with competitors

- ❑ Various locations have been made PW3 eligible this year, making the AST and above eligible for H1B Awareness Policy.
- ❑ Awareness Sessions conducted on the Expat Compensation Model Inputs gathered from locations with grievances on compensation and shared with senior leadership

### Appraisal related concerns

Grievances and escalations on appraisal disagreements etc.,

- ❑ Increased no. of Appraisal workshops for Locals and Expats are being conducted across various client locations.
- ❑ Focused sessions for first time Appraisers are getting covered. Web ex sessions conducted on general awareness of Appraisal process across the geography

**TATA** CONSULTANCY SERVICES

Attorneys' Eyes Only

INTERNAL

TCSLTD001432354

# Voice of the Managers / Associates

## Top Accounts

- Focused HR connect with High Risk groups (Visa Expiry, ageing etc.,)
- Two level Exit Process – TEP and Regional Manager
- Top 24 accounts with High Expat attrition identified
- HR leaders identified for each account
- Focused measures identified for each account

## Retention Workshops

- Top 100 high Attrite accounts based on LTM nos identified across US
- Over 100 Retention workshops conducted with Account leaderships
- Action Plan arrived at in each Retention workshop shared with Account Leadership

## Senior Management Workshop

- Workshop on retention measures held for ISU heads, Segments Heads and Client Directors by NA HR head
- Action plan was drawn and shared with TCS Senior Management

## Attrition

Attrition of Expats has seen over 5% increase YoY, Retention of HiPos

**TATA CONSULTANCY SERVICES**

9

INTERNAL

Attorneys' Eyes Only

TCSLTD001432355

# TE FY 15 Audit observations

| Audit Observation Summary | Auditor's Recommendation | Current Status |
|---|---|---|
| Improve controls over expatriates resigning at onsite locations | During the period April 2013 to March 2014, there were 971 expat employees who resigned in US. As per the current process, when an expat employee resigns at an onsite location, although the employee stays in USA, a pseudo request for 'return to depute branch' is raised in GESS system so as to initiate the Full and Final Settlement (FFS) process for the employee in India payroll. Post this the full and final settlement of the employee is processed considering the consolidated salary of the :employee. The management may investigate the reasons for cases where there is difference between the date of release and date of return to base branch. | These difference in DOR and Travel request were largely due to DPR in system. Now with iTalent DPR is taken away . With this observation is closed. Now US sttlements are getting triggered through iTalent. |
| Review deputation letter for expats | Employees deputed to US are required to sign deputation letter and deputation agreement which  defines their terms of employment while in US.   On review of the deputation letter ,we observed that, the letter currently has a clause related to recovery of liquidated damages from employees in event of failure to complete deputation term. We understand that Immigration and Nationality Act (§ 212(n)(2)(C)(vi){I}) prohibits deduction of a penalty for an employee's failure to complete the full employment period whether through payroll or otherwise.<br><br>TCS may review the current stand of recovering liquidated damages from H1B employees resigning at on-site. TCS may also review having a consistent policy for employees travelling on L or other work visas.<br><br>2014-The deputation letter issued to expats mentioned regarding recovery of penalty in respect of breach which may not be in compliance with Immigration and Nationality Act. During the period April 2011 to May 2012, there were 805 employees who resigned post returning from US, from which in case of 129 employees, liquidated damages amounting to Rs 60 million (of which Rs 4 million have been recovered from employees) were levied. From these 129 employees, 18 employees were on H1B visa. | We are no longer taking liquidated damages from Expat employees |

**TATA** CONSULTANCY SERVICES

10

INTERNAL

Attorneys' Eyes Only

**TATA** CONSULTANCY SERVICES



# Attrition Analysis – TCS North America Aug 2015

December 30, 2016

Experience certainty.   IT Services
Business Solutions
Outsourcing

Attorneys' Eyes Only

TCSLTD001432357

## Attrition Snapshot - Quarter wise (LTM)



|  | Qtr2 15 | Qtr3 15 | Qtr4 15 | Qtr1 16 | Qt2 16(till Aug 15 ) |
|---|---|---|---|---|---|
| Expat | 9.18% | 10.14% | 10.69% | 11.80% | 12.23% |
| Locals | 21.47% | 22.63% | 25.07% | 25.30% | 25.97% |
| Overall | 12.43% | 13.82% | 14.75% | 15.90% | 16.39% |

**TATA** CONSULTANCY SERVICES

INTERNAL

Attorneys' Eyes Only                                        TCSLTD001432358

## Attrition Nos Month wise (LTM)

| Month_YY | Canada | | Canada Total | United States | | United States Total | Grand Total |
|---|---|---|---|---|---|---|---|
| | Expat | Local | | Expat | Local | | |
| Sep-14 | 1 | 25 | 26 | 237 | 144 | 381 | 407 |
| Oct-14 | 3 | 27 | 30 | 264 | 140 | 404 | 434 |
| Nov-14 | 5 | 16 | 21 | 136 | 164 | 300 | 321 |
| Dec-14 | 6 | 29 | 35 | 170 | 179 | 349 | 384 |
| Jan-15 | 4 | 14 | 18 | 191 | 201 | 392 | 410 |
| Feb-15 | 4 | 25 | 29 | 164 | 146 | 310 | 339 |
| Mar-15 | 7 | 27 | 34 | 215 | 153 | 368 | 402 |
| Apr-15 | 5 | 14 | 19 | 239 | 154 | 393 | 412 |
| May-15 | 7 | 22 | 29 | 213 | 200 | 413 | 442 |
| Jun-15 | 7 | 22 | 29 | 169 | 184 | 353 | 382 |
| Jul-15 | 1 | 28 | 29 | 182 | 194 | 376 | 405 |
| Aug-15 | 1 | 18 | 19 | 224 | 153 | 377 | 396 |
| Grand Total | 51 | 267 | 318 | 2404 | 2012 | 4416 | 4734 |

**TATA** CONSULTANCY SERVICES

INTERNAL

Attorneys' Eyes Only

TCSLTD001432359

# Expat Attrition - Visa Type - Month wise (LTM)



|  | 41895 | 41925 | 41956 | 41986 | 42017 | 42048 | 42076 | 42107 | 42137 | 42168 | 42198 | 42229 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H1-B | 10.13% | 11.03% | 10.94% | 11.50% | 11.89% | 12.03% | 12.61% | 12.98% | 13.21% | 13.33% | 13.53% | 14.03% |
| L1-A | 4.10% | 3.94% | 3.58% | 3.33% | 3.31% | 3.26% | 3.37% | 3.23% | 3.01% | 2.88% | 2.74% | 2.79% |
| L1-B | 16.01% | 16.41% | 15.62% | 15.85% | 15.58% | 15.71% | 15.44% | 16.11% | 16.58% | 17.05% | 16.79% | 16.96% |

**TATA** CONSULTANCY SERVICES

Attorneys' Eyes Only

INTERNAL

TCSLTD001432360

# Expat Attrition - Visa Type Month wise

| Month | H1-B Exits | % of Total Attrition | L1 A Exits | % of Total Attrition | L1 B Exits | % of Total Attrition | Others(WP /TN/F1 etc) | % of Total Attrition | Grand Total |
|---|---|---|---|---|---|---|---|---|---|
| Sep-14 | 160 | 67.23% | 12 | 5.04% | 63 | 26.47% | 3 | 1.26% | 238 |
| Oct-14 | 172 | 64.42% | 13 | 4.87% | 70 | 26.22% | 12 | 4.49% | 267 |
| Nov-14 | 98 | 69.50% | 8 | 5.67% | 28 | 19.86% | 7 | 4.96% | 141 |
| Dec-14 | 137 | 77.84% | 3 | 1.70% | 29 | 16.48% | 7 | 3.98% | 176 |
| Jan-15 | 162 | 83.08% | 11 | 5.64% | 14 | 7.18% | 8 | 4.10% | 195 |
| Feb-15 | 141 | 83.93% | 5 | 2.98% | 12 | 7.14% | 10 | 5.95% | 168 |
| Mar-15 | 192 | 86.49% | 7 | 3.15% | 11 | 4.95% | 12 | 5.41% | 222 |
| Apr-15 | 214 | 88.07% | 6 | 2.47% | 9 | 3.70% | 14 | 5.76% | 243 |
| May-15 | 192 | 87.27% | 3 | 1.36% | 9 | 4.09% | 16 | 7.27% | 220 |
| Jun-15 | 151 | 88.30% | 5 | 2.92% | 4 | 2.34% | 11 | 6.43% | 171 |
| Jul-15 | 174 | 95.08% | 2 | 1.09% | 0 | | 7 | 3.83% | 183 |
| Aug-15 | 212 | 94.22% | 3 | 1.33% | 7 | 3.11% | 3 | 1.33% | 225 |
| Total | 2005 | 81.87% | 78 | 3.18% | 256 | 10.45% | 110 | 4.49% | 2449 |

**TATA** CONSULTANCY SERVICES

INTERNAL

Attorneys' Eyes Only

TCSLTD001432361

# Expat Onsite Tenure-Visa Type

| Visa Type | OnSite Tenure | | | | | | Total |
|---|---|---|---|---|---|---|---|
| | <=3 months | 3-6 months | 6 months - 1Yr | 1 - 2 yrs | 2 - 3 yrs | > 3 yrs | |
| H1-B | 10 | 75 | 264 | 771 | 589 | 299 | 2008 |
| L1 A | 1 | 2 | 7 | 10 | 15 | 43 | 78 |
| L1 B | | 1 | 4 | 25 | 76 | 150 | 256 |
| Others(EAD/ TN/OPT .etc) | 2 | 5 | 9 | 25 | 17 | 55 | 113 |
| Grand Total | 13 | 83 | 284 | 831 | 697 | 547 | 2455 |
| Tenure Exit v/s Total Exit | 0.53% | 3.38% | 11.57% | 33.85% | 28.39% | 22.28% | 100.00% |

Attorneys' Eyes Only

TCSLTD001432362

# Expat Attrition – Band & Visa Type

| Band | H1-B Exits | Exits in Band/Total H1 Exit | L1-A Exits | Exits in Band/Total L1-A Exit | L1-B Exits | Exits in Band/Total L1-B Exit | Grand Total |
|---|---|---|---|---|---|---|---|
| A | 127 | 6.32% | 6 | 7.69% | 20 | 7.81% | 153 |
| B | 656 | 32.67% | 29 | 37.18% | 90 | 35.16% | 775 |
| C | 983 | 48.95% | 36 | 46.15% | 129 | 50.39% | 1148 |
| D | 240 | 11.95% | 7 | 8.97% | 17 | 6.64% | 264 |
| E | 1 | 0.05% | | | | | 1 |
| No Band | 1 | 0.05% | | | | | 1 |
| Grand Total | 2008 | 100.00% | 78 | 100.00% | 256 | 100.00% | 2342 |

**TATA** CONSULTANCY SERVICES

INTERNAL

Attorneys' Eyes Only

TCSLTD001432363

# Expat Attrition Top 24 Accounts - Visa Type (As on July 31)

| Account Name | H1-B | Attrition % of Total H1 in account | L1 A | Attrition % of Total L1 -A in account | L1 B | Attrition % of Total L1_B in account |
|---|---|---|---|---|---|---|
| ▆▆▆▆▆▆▆▆ | 177 | 19.82% | 3 | 4.76% | 23 | 39.66% |
| | 90 | 10.68% | 2 | 2.63% | 12 | 25.00% |
| | 86 | 15.36% | 1 | 2.27% | 11 | 28.95% |
| | 81 | 17.12% | 1 | 1.85% | 2 | 8.33% |
| | 69 | 20.91% | 4 | 8.33% | 6 | 31.58% |
| | 64 | 11.70% | | | 6 | 40.00% |
| | 57 | 13.13% | 2 | 2.35% | 8 | 19.05% |
| | 48 | 12.83% | 2 | 3.33% | 4 | 11.76% |
| | 47 | 17.28% | 2 | 7.41% | 4 | 33.33% |
| | 43 | 12.43% | | | | |
| | 39 | 10.66% | 2 | 2.50% | 4 | 7.84% |
| | 39 | 15.00% | | | 2 | 9.09% |
| | 30 | 10.79% | | | 1 | 5.26% |
| | 26 | 18.18% | | | 5 | 12.20% |
| | 26 | 13.27% | | | 2 | 33.33% |
| | 25 | 9.84% | | | 3 | 37.50% |
| | 24 | 11.21% | 2 | 4.08% | 10 | 31.25% |
| | 24 | 13.79% | 1 | 2.38% | 7 | 19.44% |
| | 22 | 11.11% | 1 | 1.92% | 3 | 14.29% |
| | 21 | 12.96% | 1 | 2.38% | 10 | 29.41% |
| | 21 | 21.00% | | | 1 | 25.00% |
| | 20 | 10.10% | | | 3 | 9.09% |
| | 19 | 15.32% | 1 | 3.85% | 3 | 25.00% |
| | 16 | 21.05% | 1 | 9.09% | | |
| **Total** | **1114** | 14.25% | **26** | 2.36% | **130** | 20.67% |

**TATA** CONSULTANCY SERVICES

INTERNAL

Attorneys' Eyes Only

# Expat Attrition Nos - Band and Month wise

| Month_YY | A | B | C | D | E | No Band | Grand Total |
|---|---|---|---|---|---|---|---|
| Sep-14 | 16 | 79 | 130 | 13 | | | 238 |
| Oct-14 | 19 | 108 | 120 | 19 | | 1 | 267 |
| Nov-14 | 11 | 45 | 75 | 10 | | | 141 |
| Dec-14 | 15 | 63 | 89 | 9 | | | 176 |
| Jan-15 | 13 | 65 | 106 | 11 | | | 195 |
| Feb-15 | 12 | 65 | 82 | 8 | | 1 | 168 |
| Mar-15 | 9 | 42 | 84 | 86 | 1 | | 222 |
| Apr-15 | 10 | 59 | 103 | 72 | | | 244 |
| May-15 | 22 | 73 | 104 | 21 | | | 220 |
| Jun-15 | 12 | 53 | 95 | 16 | | | 176 |
| Jul-15 | 16 | 64 | 87 | 15 | | 1 | 183 |
| Aug-15 | 17 | 95 | 108 | 5 | | | 225 |
| Grand Total | 172 | 811 | 1183 | 285 | 1 | 3 | 2455 |
| Rank v/s Exit % | 7.01% | 33.03% | 48.19% | 11.61% | 0.04% | 0.12% | 100.00% |
| Avg Monthly Exits | 14 | 68 | 99 | 24 | 1 | 1 | 205 |

**TATA** CONSULTANCY SERVICES

INTERNAL

Attorneys' Eyes Only

TCSLTD001432365

## Local Hire Attrition - TCS Tenure & Type

| TCS Tenure | Involuntary | Voluntary | Grand Total | % Attrition |
|---|---|---|---|---|
| 0- 06 Months | 66 | 376 | 442 | 19.39% |
| 06 months to 1 yr | 139 | 372 | 511 | 22.42% |
| 1 Yr to 2 Yr | 159 | 424 | 583 | 25.58% |
| More than2 yrs | 212 | 531 | 743 | 32.60% |
| Grand Total | 576 | 1703 | 2279 | 100.00% |

**TATA** CONSULTANCY SERVICES

Attorneys' Eyes Only

# NA Infant Attrition LTM (Among Local Hires)

| Month | Local Infants | Non Infant Local | Infant %age |
|---|---|---|---|
| Sep | 67 | 101 | 39.88% |
| Oct | 86 | 80 | 51.81% |
| Nov | 83 | 96 | 46.37% |
| Dec | 95 | 113 | 45.67% |
| Jan | 94 | 121 | 43.72% |
| Feb | 71 | 99 | 41.76% |
| Mar | 79 | 101 | 43.89% |
| Apr | 63 | 104 | 37.72% |
| May | 86 | 136 | 38.74% |
| Jun | 82 | 123 | 40.00% |
| Jul | 82 | 128 | 39.05% |
| Aug | 54 | 115 | 31.95% |
| Grand Total | 942 | 1317 | 41.70% |



**TATA** CONSULTANCY SERVICES

INTERNAL

Attorneys' Eyes Only

TCSLTD001432367

## Local Hire Attrition Nos – Band & Month wise

| Month | A | B | C | D | E | No Band | Grand Total |
|---|---|---|---|---|---|---|---|
| Sep-14 | 12 | 17 | 49 | 33 | 1 | 57 | 169 |
| Oct-14 | 7 | 20 | 45 | 15 | 1 | 79 | 167 |
| Nov-14 | 5 | 20 | 55 | 23 | | 77 | 180 |
| Dec-14 | 6 | 11 | 71 | 26 | | 94 | 208 |
| Jan-15 | 9 | 31 | 52 | 23 | 1 | 99 | 215 |
| Feb-15 | 9 | 25 | 54 | 8 | | 75 | 171 |
| Mar-15 | 7 | 13 | 41 | 50 | 3 | 66 | 180 |
| Apr-15 | 8 | 20 | 71 | 53 | 3 | 13 | 168 |
| May-15 | 9 | 52 | 94 | 41 | 3 | 23 | 222 |
| Jun-15 | 13 | 47 | 74 | 41 | 2 | 29 | 206 |
| Jul-15 | 8 | 33 | 93 | 40 | | 48 | 222 |
| Aug-15 | 12 | 35 | 70 | 19 | | 35 | 171 |
| Grand Total | 105 | 324 | 769 | 372 | 14 | 695 | 2279 |
| Rank v/s Exit % | 4.61% | 14.22% | 33.74% | 16.32% | 0.61% | 30.50% | 100.00% |
| Avg Monthly Exits | 9 | 27 | 64 | 31 | 2 | 58 | 190 |

**TATA** CONSULTANCY SERVICES

INTERNAL

Attorneys' Eyes Only

## TCS Localized Attrition (LTM_Aug FY 16)

| Months | Fully Localized | Phase 1 | Not Localized | Grand Total |
|--------|-----------------|---------|---------------|-------------|
| Sep | 2 | 4 | | 6 |
| Oct | 1 | 7 | 2 | 10 |
| Nov | 4 | 1 | | 5 |
| Dec | 2 | 4 | | 6 |
| Jan | 8 | 9 | 2 | 19 |
| Feb | 8 | 5 | 1 | 14 |
| Mar | 6 | 6 | 2 | 14 |
| Apr | 5 | 12 | 4 | 21 |
| May | 16 | | 4 | 20 |
| Jun | 12 | 5 | 2 | 19 |
| Jul | 10 | 5 | 1 | 16 |
| Aug | 14 | 4 | 1 | 19 |
| Grand Total | 88 | 62 | 19 | 169 |

**TATA** CONSULTANCY SERVICES

INTERNAL

Attorneys' Eyes Only

TCSLTD001432369

# Expat And Local Hire Attrition - Reasons

| | Expat | % of Total Expat Attrition | Local | % of Total Local Attrition | Total | % of Total Attrition |
|---|---|---|---|---|---|---|
| **Voluntary** | **2450** | 99.80% | **1703** | 74.73% | **4153** | 87.73% |
| Better career opportunities | 1644 | 66.97% | 973 | 42.69% | 2617 | 55.28% |
| Dissatisfied with TCS/Supervisor | 63 | 2.57% | 94 | 4.12% | 157 | 3.32% |
| Higher compensation | 415 | 16.90% | 145 | 6.36% | 560 | 11.83% |
| Other reasons/Not Disclosed | 130 | 5.30% | 249 | 10.93% | 379 | 8.01% |
| Personal/Family circumstances | 198 | 8.07% | 242 | 10.62% | 440 | 9.29% |
| **Involuntary** | **5** | 0.20% | **576** | 25.27% | **581** | 12.27% |
| Business Exigency | | | 2 | 0.09% | 2 | 0.04% |
| Death | 3 | 0.12% | 10 | 0.44% | 13 | 0.27% |
| Disciplinary Action | 1 | 0.04% | 33 | 1.45% | 34 | 0.72% |
| Job Abandonment | 1 | 0.04% | 32 | 1.40% | 33 | 0.70% |
| Poor Performance | | | 46 | 2.02% | 46 | 0.97% |
| Unallocated | | | 453 | 19.88% | 453 | 9.57% |
| **Grand Total** | **2455** | 100.00% | **2279** | 100.00% | **4734** | 100.00% |

**TATA** CONSULTANCY SERVICES

INTERNAL

Attorneys' Eyes Only

TCSLTD001432370

# Concerns

Offshoring of Admin Travel support is coming as concern among employees

US Settlement process (Expat and Local)

Point of contact for Claims and Payroll support in the US or on US time for employees

Host country to Host country deputation policy

**TATA** CONSULTANCY SERVICES

INTERNAL

Attorneys' Eyes Only

TCSLTD001432371

**TATA** CONSULTANCY SERVICES

# Thank You

Experience certainty.   IT Services
Business Solutions
Outsourcing

Attorneys' Eyes Only

TCSLTD001432372