Ex. 58 to Plaintiffs' Class Cert. Reply (Dkt. #196-10)

| | |
|---|---|
| From: | [redacted] |
| Sent: | July 07, 2014 1:20 AM |
| To: | [redacted] |
| Cc: | |
| Subject: | Re: Fw: TCS EXIT FORMALITIES-195325 [redacted] #PERSONAL# |

okay from project side for [redacted] experience certificate. [redacted] conduct and overall work was very good and he fully cooperated during transition and even after his exit also.

please advise in case more information is required.,

Regards,
[redacted]
Business Relationship Manager for Eaton Industrial from TCS
Ph:- [redacted]
Cell:- [redacted]
Mailto: [redacted]
Website: http://www.tcs.com

_____

Experience certainty.     IT Services
                         Business Solutions
                         Consulting
_____


[redacted]--06/25/2014 06:27:53 PM---Hi [redacted], As per our discussion, I am including my supervisor "*[redacted]*" in the

| | |
|---|---|
| From: | [redacted] |
| To: | [redacted] |
| Cc: | [redacted] |
| Date: | 06/25/2014 06:27 PM |
| Subject: | Re: Fw: TCS EXIT FORMALITIES-195325 [redacted] #PERSONAL# |

Hi [redacted]

As per our discussion, I am including my supervisor "[redacted]" in the email chain for further reference.
Just to add on to our conversation, I have spent 7.5 years with TCS (Joined on 26-Sept-2006 and Resigned on 5-Feb-2014), which is almost 75% of my whole career.
I spent 2 weeks of notice period and left TCS under very good terms with my team and manager.
I handed over all my responsibilities and provided training to the backup resource, before leaving TCS.

Following were the responsibilities that i hold at the time of leaving TCS:
**Create business requirement documents and technical design documents**

Perform Map and Gap Analysis.
Identify and define EDI business requirements and specifications
Troubleshoot and resolve technical EDI issues.
Configure new Trading Partner Setups in Oracle 11i e-commerce gateway responsibility
Provide technical and functional support on Oracle Modules – Oracle Release Management, Order Management, E-Commerce Gateway, Inventory and Purchasing.
Create transformation specification documents and file specification documents for X12 and EDIFACT format EDI data.
Provide technical support and resolve the high, medium and low severity technical issues in Production Environment.
Develop custom Oracle components using different tools like TOAD, PLSQL Developer.
Worked on Oracle RICE components.

After having so much of good experience and memories with TCS, I am expecting a positive response in respect to my experience certificate and waving off the required amount.

Thanks & regards

On Tue, Jun 24, 2014 at 12:15 AM, wrote:
Dear

As discussed, We are reviewing your request with onsite HR and will get back to you.

Best Regards

Corporate HR - Employee Welfare Services
Tata Consultancy Services Limited
Ph:-
Mailto:
Website: http://www.tcs.com

_____

Experience certainty.        IT Services
                Business Solutions
                Consulting

_____

From:
To:
Cc:
Date:       06/23/2014 11:49 PM
Subject:    Re: Fw: TCS EXIT FORMALITIES-195325          #PERSONAL#



Hi       ,

Please let me know the time and contact number on which I can contact you.

Thanks & regards

On Sun, Jun 22, 2014 at 9:32 PM, Neha5 B < neha5.b@tcs.com > wrote:
HI

Kindly look into this.

Thanks & Regards

Human Resources
Follow me on KNOME: https://knome.ultimatix.net/u/neha5.b
Tata Consultancy Services Limited
TCS Towers, 249 D&E Udyog Vihar, Phase IV,
Gurgaon
Gurgaon - 122001, Haryana
India
Ph:-
Buzz:-
Mailto:
Website: http://www.tcs.com

---

Experience certainty.     IT Services
                 Business Solutions
                 Consulting

---

From:
To:
Cc:
Date:     06/20/2014 10:41 PM
Subject:  Re: Fw: TCS EXIT FORMALITIES-195325       #PERSONAL#

Hi

I am not getting any reply from      .
Can you please confirm if the email id for      is correct else if you can provide me the contact details for any other person with whom i can speak to.

Thanks & regards

Attorneys' Eyes Only
TCSLTD001409860

On Tue, Jun 17, 2014 at 2:46 PM, ▮▮▮ ▮▮▮ wrote:
Hi ▮▮▮,

Can you please share your best contact number and available time for a short call, to discuss and close my full and final settlement activity.

Thanks & regards
▮▮▮

On Thu, Feb 13, 2014 at 9:30 PM, ▮▮▮ > wrote:
HI ▮▮▮,

Thanks for writing back.

This is to inform you that the case has now been forwarded to Corporate FFS team for final processing.

Looping in ▮▮▮ from Corporate team for further consideration/assistance on this.

Thanks & Regards
▮▮▮
Human Resources
Follow me on KNOME: https://knome.ultimatix.net/u/neha5.b
Tata Consultancy Services Limited
TCS Towers, 249 D&E Udyog Vihar, Phase IV,
Gurgaon
Gurgaon - 122001, Haryana
India
Ph:- ▮▮▮
Buzz:- ▮▮▮
Mailto: ▮▮▮
Website: http://www.tcs.com

_____
Experience certainty.      IT Services
                Business Solutions
                Consulting

| From:    | ▮▮▮ |
|----------|-----|
| To:      | ▮▮▮ |
| Date:    | 02/14/2014 10:48 AM |
| Subject: | Re: Fw: TCS EXIT FORMALITIES-195325 ▮▮▮ #PERSONAL# |

Hi ▇,

Thank you for sharing the required details.
But the amount shown below is way too high for me to pay.
I have provided my services to TCS for 7.5 years so in turn I expect that TCS should either wave off the below amount or else reduced it to some reasonable value.
Also in the below calculation I am not able to see my earned leaves and vacation leaves adjustment.

I want to close the separation process in good terms as this relationship is valuable for me.
Please let me know if we can discuss further on the same.

My new contact numbers are ▇ and my new mailing address is as below:

▇

Thanks & regards
▇

On Thursday, February 13, 2014, Neha5 B < ▇ > wrote:
Dear ▇,

The details were sent on 29th Jan on your TCS ID . PFB the details.

Thanks & Regards
▇
Human Resources
Follow me on KNOME: https://knome.ultimatix.net/u/neha5.b
Tata Consultancy Services Limited
TCS Towers, 249 D&E Udyog Vihar,Phase IV,
Gurgaon
Gurgaon - 122001,Haryana
India
Ph:- ▇
Buzz:-
Mailto: ▇
Website: http://www.tcs.com

___

Experience certainty.      IT Services
                Business Solutions
                   Consulting

Attorneys' Eyes Only

TCSLTD001409862

----- Forwarded by ███████ on 02/13/2014 05:49 PM -----
From: ███████
To: ███████
Cc:
Date: 01/29/2014 10:53 AM
Subject: TCS EXIT FORMALITIES-195325 ███████

Attorneys' Eyes Only

Dear Associate,

## GREETINGS from Separation Cell!!

We thank you for your valuable services to the organization and would be happy to be
Though a further longer relationship would have benefitted us both, however considerin
extend its best possible support for a smoother and warm experience till your last

*Kindly go through the important steps mentioned below for hassle*

| SEPARATION KIT | RETIRAL FORMS. CHECKLIST and DETAILS | SEPARATION WORKFLOW and EXIT INTERVIEW | CLEARANCES |
|---|---|---|---|
| • Attached is a separation KIT for your kind reference.<br><br>• Request you to go through the same thoroughly for smooth exit formalities | • Kindly print and fill the retiral forms as per your eligibility only. Please contact me for any queries on your retiral form applicability.<br>• Retiral forms should be submitted/couriered in hard copy to your Separation Officer before last working day.<br>• Checklist Should be submitted/couriered on or before last working day.<br>• Please fill all the required details in attached excel and share the same with your Separation Officer Immediately in a soft copy. | • Please ensure your Separation workflow and Exit Interview is complete/approved in the system.<br><br>• Your Separation Officer shall be able to initiate the clearances post the completion of Separation workflow only. | • Kindly ensure to subm the TCS assets on/befc last working day.<br><br>• If getting separated at only, please ensure yo Onsite HRO/PL/GL sen confirmation mail to t Separation officer abo Assets submission by y last working day.<br><br>• Path to track clearance Management >> Draft Settlement Page link |

The calculation done below is considering you don't have any outstanding with respect to Admin, Finance, Library & IDM. Any outstanding departments would be accounted for. Once all the said clearances are completed, we would be issuing a first release letter to you. Once your FI dues are settled, corporate team shall be issuing the experience letter & final release letter.

|  | OVERSEAS AMOUNT DETAILS |
|---|---|
| Date of Resignation | 23-01-2014 |
| Date of Reporting to offshore (if applicable) | DD-MM-YYYY |
| Date of Release | 05-02-2014 |

| | |
|---|---|
| **Minimum Notice Period to be Served (from Date of Resignation/Date of reporting to offshore as applicable )** | 90 days |
| **Shortfall in Notice Period ( No. of Days)** | 76 |
| **(A) Amount to be paid - (Shortfall Days * Basic Pay )/30** | 47120 |
| **(B) Liquidated Damages Amount/Overseas Agreement Amount** | 500000 |
| **Total Amount to be paid (A+B) *** | 547120 |

### ***MODE OF PAYMENT

**A) Demand Draft in favor of Tata Consultancy Services Ltd, payable at Delhi.**

      OR

**B) ONLINE PAYMENT**
Please find below the TCS ICICI bank account number for transfer of funds.  As advised by our treasury department, preferably use the ICICI internet banking fund transfer facility option of one ICICI bank branch to another ICICI bank branch for transferring the funds. In case of not having the ICICI Bank account, you may use any other account.

**Payee - Tata Consultancy Services Ltd.**
**Payee Description - E/C - ****** - Please mention your Employee No.**
**Account No. - 000405015625**
**IFSC Code   - ICIC0000004**
**MICR Code  - 400229002**
**Swift Code - ICICINBBNRI**
**Account Type - Current Account**
**Branch Address - ICICI Bank Ltd.**
**215, Free Press House,**
**Free Press Journal Marg,**
**Nariman Point,**
**Mumbai-400 021, India,**

Request you to send us the screen shot of the transferred amount.

**Thanks & Regards**
[redacted]
Tata Consultancy Services

Mailto: ▮
Website: http://www.tcs.com

Experience certainty.       IT Services
                    Business Solutions
                    Consulting

--
Thanks & regards
▮

=====-----=====-----=====

Notice: The information contained in this e-mail message and/or attachments to it may contain confidential or privileged information. If you are not the intended recipient, any dissemination, use, review, distribution, printing or copying of the information contained in this e-mail message and/or attachments to it are strictly prohibited. If you have received this communication in error, please notify us by reply e-mail or telephone and immediately and permanently delete the message and any attachments. Thank you

--
Thanks & regards
▮

--
Thanks & regards
▮

--
Thanks & regards
▮

--
*Thanks & regards*

██████

Attorneys' Eyes Only

TCSLTD001409867