Ex. 59 to Plaintiffs' Class Cert. Reply (Dkt. #196-11)

**To:**  ███████████████
**Cc:**
**From:**
**Sent:** Thur 10/18/2012 12:32:16 PM
**Importance:** Normal
**Subject:** RE: TCS resignation notice - ████████████████ - Bangalore Base branch - ████████ consumer account.
**Received:** Thur 10/18/2012 12:32:16 PM
Exit Data - ██████████████████ ███████████ - Bangalore Branch.xlsx

No waiver, PI refer the associate mail on 9-Oct-12 saying that he is willing to pay the liquidated damages.

Thanks & Best Regards,

████████████
Human Resources,
Tata Consultancy Services,
3010, L.B.J. Freeway, Suite 400

███████████████
███████████
███████████████

Experience certainty. IT Services
 Business Solutions
 Outsourcing

---

████████---10/18/2012 01:39:59 AM---Dear ██████, Please find the details and kindly let me know is there any waiver towards Overseas Agr

From: ████████████████
To: ████████████████████
Cc:
Date: 10/18/2012 01:39 AM
Subject: RE: TCS resignation notice - ████████████████ - Bangalore Base branch - ████████ consumer account.

Dear ██████

Please find the details and kindly let me know is there any waiver towards Overseas Agreement & Notice Period or else kindly request you to communicate the same to the associate:-

**Emp Name** :- ████████████████████

**Emp No** :- ████████

**Date of Resignation** :- **9 Oct 2012**

**Date of Release** :- **16 Nov 2012**

**Liquidity Damages** :-

**Overseas Agreement** :- **325000**

Attorneys' Eyes Only

**Notice Period Shortfall     :-     51 days Basic Salary**

Regards

████████

HR Welfare
Tata Consultancy Services
VYDEHI RC-1 BLOCK
82,EPIP,Whitefield,
Bangalore - 560066,Karnataka
India

████████████

Website: http://www.tcs.com

_____

Experience certainty. IT Services
 Business Solutions
 Outsourcing

_____

---

████████--10/18/2012 03:40:08 AM---Dear All, Please note that Mr. ████████████ has submitted his resignation on 09-Oct-12

From:        ████████████
To:          ████████████████████

Cc:          ████████████████████

Date:        10/18/2012 03:40 AM
Subject:     RE: TCS resignation notice - ████████████ - Bangalore Base branch - ████████ consumer account.


**Dear** ████

Please note that ████████████████ has submitted his resignation on 09-Oct-12 . He is currently allocated to ████████████ account in Dallas Region, Texas. After our discussions supervisor decided to consider his last working day as **16-Nov-12 (Fri)** in Dallas, Texas region.

His resignation note is in the email trail and his declaration towards our separation policy is highlighted in the exit data after my detailed discussion. He will not be returning back to his base branch to complete the separation formalities. Resigned due to better opportunities in USA and would like to close all his formalities from US only.

Please note the exit template.
Visa Status in TCS : L1A



**Dear** ████████████

Separation process initiated in the system and closed. I have informed him to connect with you and Mumbai separation cell to close his further exit formalities. Will collect his ID Card on last working day. No other TCS assets.

Attorneys' Eyes Only                                         TCSLTD005063440



I am also marking a copy to ███████, Engagement Manager for this project in Dallas region if you required any additional information.

Thanks & Best Regards,

████████
Human Resources,
Tata Consultancy Services,
3010, L.B.J. Freeway, Suite 400
Dallas - 75234, Texas

Experience certainty. IT Services
 Business Solutions
 Outsourcing

---

████████████---10/11/2012 06:56:31 PM---Dear ██████ As discussed with you and ███████ I have initiated sepearation process in the system for

From: ███████████████
To: ████████████████████
Cc: ██████████████████████████████████████████████

Date: 10/11/2012 06:56 PM
Subject: RE: Fw: TCS resignation notice – ██████████ – Bangalore Base branch – ████████ consumer.

Dear ██████
As discussed with you and ██████ I have initiatied sepeartion process in the system for last working day of 11/16/2012.

Thanks
████████████
TCS Engagement Manager - BFS
Tata Consultancy Services
███████████████
Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Outsourcing

-----████████████████████████████████ wrote: -----
To: ██████████████████████████████>
From: ██████████
Date: 10/09/2012 09:49PM
Cc: ███████████████████████████████████████████████
Subject: RE: Fw: TCS resignation notice – ██████████ – Bangalore Base branch – ████████ consumer.

Attorneys' Eyes Only

Thanks ████ for the detailed mail.

I am not intending to return to base branch and wish to complete the rest of the formalities here at onsite.

I'll be giving the knowledge transfer at onsite and if there are any penalties, I am Ok to pay the amount.

████████

**From:** ████████████████████████████

**Sent:** Tuesday, October 09, 2012 2:03 PM

**To:** ████████████████████

**Cc:** ████████████████████████████

**Subject:** Re: Fw: TCS resignation notice - ████████ - Bangalore Base branch - ████████ consumer.

**Dear** ████████

As we discussed, with ref to your resignation dated 09-Oct-12 (Dallas CST time zone) as per the strict and clear instructions from the senior management team that there is  **NO** on site releases. Associate should return back to their base branch to complete smooth exit formalities. If not they should adhere to the below liquidated damages towards on site commitment.

Reasons for leaving TCS: Better opportunities - Got H1B Visa and to pursue Executive MBA in USA.

As per our Separation policy (also attached for your reference), as an expatriate of TCS, there are guidelines in place for Associates whom wish to resign from TCS, the major details are:

Service Commitments - The Associate must complete a notification period of (90 days or 3 months), commencing on the date of resignation - **09-Oct-2012** . If the Associate does not complete the entire notification period, they will incur penalties for the shortfall.

Liquidated damages towards on site commitment:

| | |
|---|---|
| Less than one month Served | 5 lacs |
| One month served | 3.25 lacs |
| Two months served | 1.5 lacs |

The Associate **must return** to base branch to complete exit formalities. The timeline of when the Associate returns to base branch can be worked out between the Project, Manager and Associate.

As per your resignation e-mail, your requested date of release (last day) with TCS will be decided by your immediate managers.

Do you have any plans between now and last day of work to return to base branch for knowledge transfer? **Yes/No**

If "Yes," I need you to raise a travel request and send us a screen shot.

If "No," then I need you to respond (via this email) that you do not intend to return to base branch, and wish to complete the rest of your formalities here at on site.

If you do not fulfill the notification period, do you intend to make restitution to TCS for the penalties you will incur due to not completing notification period? **Yes/No** .

Your supervisors will decide on your requested release date and if they are allowing you to serve your 90 day notice at onsite location and to complete all the separation formalities it should be approved by your GRM based upon the dependency and will let you know that.

**Note** : If you do not intend to pay back TCS for the penalties incurred, then your FFS will be impacted and adjusted accordingly (this will have to be discussed with your separation officer Mr.████████████████ (marked in Cc) at time of processing), you will not receive a release letter from TCS, and your case will be recorded in the system as "Resignation - Breach Case."

Email ids to contact apart from your separation officer : ████████████████████ & ████████████████

Please call me if you required any further information.

**Dear** ████████

As confirmed please go ahead and initiate the separation process in Ultimatix and confirm.

FYI & Action please.

I will be sending you in the required format separately as soon as he responded back to this email.

Associate is not having any TCS assets except Identity card. Will collect the same today end of the day.

Thanks & Best Regards,

████████████

Human Resources,

Tata Consultancy Services,

3010, L.B.J. Freeway, Suite 400

Dallas - 75234,Texas



Experience certainty. IT Services
 Business Solutions
 Outsourcing

---

From:     ████████████████████████

To:       ████████████████

Date:     10/09/2012 01:26 PM

Subject:     Fw: TCS resignation notice

FYI

**From** : ████████

**Sent** : Tuesday, October 09, 2012 05:13 PM

**To** : ████████████████

**Subject** : TCS resignation notice

Hi All,

I wanted to inform you all that I have decided to move out of TCS to pursue other opportunities.

Let us plan the transition so that the change is minimally impacted.

████

We discussed. I will wait till tomorrow for your response before I start the separation process.

Thanks

████████████

████████████████

**Work:**   ████████

**Mobile:**   ████████

*Email:*   ████████████

*Web:*   ████████████

═════____═════____════

Notice: The information contained in this e-mail

Attorneys' Eyes Only

message and/or attachments to it may contain confidential or privileged information. If you are not the intended recipient, any dissemination, use, review, distribution, printing or copying of the information contained in this e-mail message and/or attachments to it are strictly prohibited. If you have received this communication in error, please notify us by reply e-mail or telephone and immediately and permanently delete the message and any attachments. Thank you

Attorneys' Eyes Only