Ex. 61 to Plaintiffs' Class Cert. Reply (Dkt. #196-13)

Ex. 101 to Plaintiffs' Summ. J.   Surreply (Dkt. #199-32)

**From:** ▮
**Sent:** January 27, 2014 11:15 PM
**To:** ▮
**Cc:** ▮
**Subject:** RE: PHP, PTHYON & PERL Lead

Thanks ▮

Please let me know if this is neededand finding a Desi should not be an issue and will only look for this but obviously we cannot release this sort of info to the outside world :)...Please call me on my cell to discuss (whoever is managing this position directly) ▮ Thanks.


With Regards,

▮
Sr. Talent Acquisition Specialist
Human Resources
▮

Tata Consultancy Services
▮
http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
_____


**From:** ▮
**To:** ▮
**Cc:** ▮
**Date:** 01/27/2014 02:12 PM
**Subject:** RE: PHP, PTHYON & PERL Lead


Hi ▮
Last week they had taken two BA's for this req. They are looking for more candidates. Before you start on this req, please check with the team on the specific need of this requirement.

Regards
▮
HR - Sr. Technical Recruiter
Talent Aquisition Group (TAG)

Attorneys' Eyes Only

5201 Great America Parkway, Suite 522
Santa Clara - 95054, California
Tata Consultancy Services

Website: http://www.tcs.com

Experience certainty.      IT Services
                           Business Solutions
                           Consulting

From:
To:
Cc:

Date: 12/22/2013 11:58 PM
Subject: RE: PHP, PTHYON & PERL Lead

Hi

Pls find the RGS details & the JD attached. We need only Indians for this requirement as therewill be extensive offshore coordination.Thanks

3788887
3788888
3788895

Regards,

**ADM Operations & Network Engg. Offshore Lead**
*Tata Consultancy Services*
Siruseri ODC, Chennai, India

From:
Sent: Monday, December 23, 2013 1:14 PM
To:
Cc:
Subject: Re: PHP, PTHYON & PERL Lead

Hi
I have not received any JD so far for this req.

Regards



Website: http://www.tcs.com

Experience certainty.    IT Services
                        Business Solutions
                        Consulting

From:
To:
Cc:
Date: 12/12/2013 10:32 AM
Subject: PHP, PTHYON & PERL Lead

Hi ▇

Pls. can you get a Local Hire preferably Indian as he/she would be managing the offshore team & needs effective co-ordination. Thanks

Location : Mt. Laurel
No. of Resources: 2
Skill Set: PHP, PTHYON, PERL & Oracle Lead
On Desk Date: 2nd Jan 2014
EXP Level: 7+ yrs.
Salary: 90K to 100K + Benefits

▇ - Pls create an RGS ID and share it. Thanks

Regards,

**ADM Operations & Network Engg. Offshore Lead**
*Tata Consultancy Services*
Siruseri ODC, Chennai, India

=====-----=====-----=====
Notice: The information contained in this e-mail message and/or attachments to it may contain confidential or privileged information. If you are not the intended recipient, any dissemination, use, review, distribution, printing or copying of the

information contained in this e-mail message
and/or attachments to it are strictly prohibited. If
you have received this communication in error,
please notify us by reply e-mail or telephone and
immediately and permanently delete the message
and any attachments. Thank you[attachment "Sr_Developer_PHP, Perl, Unix -TCS_Mt Laurel.doc" deleted by ██████/AMER/TCS]

Attorneys' Eyes Only