Ex. 62 to Plaintiffs' Class Cert. Reply (Dkt. #196-14)

Ex. 103 to Plaintiffs' Summ. J.   Surreply (Dkt. #199-34)

**From:** ███████████████████
**Sent:** March 04, 2013 6:38 PM
**To:** ███████
**Subject:** RE: Sterling Integrator (SI/GIS) Developer/Architect - Deerfield, IL - ███████████████

I need more candidates for this but they must be Desi as there is a lot of offshore coordination, can close quickly.

With Regards,

███████████
Sr. Talent Acquisition Specialist
Human Resources
███████████████

Tata Consultancy Services
███████████████
http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
_____

**From:** ███████████████████████
**To:** ███████████████████████
**Cc:** ███████████████
**Date:** 02/27/2013 05:59 PM
**Subject:** RE: Sterling Integrator (SI/GIS) Developer/Architect - Deerfield, IL - ███████████████

Hi Brian
Please find attached the resume of ███████████████ for **Sterling Integrator (SI/GIS) Developer/Architect** position in **Deerfield, IL**
Full Name
Address
Contact Number
Email ID
Work Status       **US Citizen**
Salary            **$110k / annum + benefits**
Availability      **Immediate**

Please let me know if you need any other information

Thanks & Regards
███████

Attorneys' Eyes Only
TCSLTD005349892

E*Pro Inc

▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬[attachment ▬▬▬▬▬▬▬ Sterling Integrator.doc" deleted by ▬▬▬▬▬/AMER/TCS]

Attorneys' Eyes Only

TCSLTD005349893