Ex. 63 to Plaintiffs' Class Cert. Reply (Dkt. #196-15)

Ex. 104 to Plaintiffs' Summ. J.  Surreply (Dkt. #199-35)

**From:**
**Sent:** October 05, 2012 2:40 PM
**To:**
**Subject:** Re: Fw: Profile for AS/400 Developer (         ) - Chicago, IL for

u are the best!

Tata Consultancy Services

Website: http://www.tcs.com

---

Experience certainty.    IT Services
                Business Solutions
                Outsourcing

---

---10/05/2012 09:33:30 AM---No problem I'll let       know I only gave him the req. With Regards,

**From:**
**To:**
**Date:** 10/05/2012 09:33 AM
**Subject:** Re: Fw: Profile for AS/400 Developer         - Chicago, IL for

No problem I'll let       know I only gave him the req.

With Regards,

Human Resources

Tata Consultancy Services

http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions

---

Attorneys' Eyes Only

---10/05/2012 10:22:51 AM---i don't know how to ask this subtly.. do u think we can get someone 'desi' for this rek? there will

From:
To:
Date: 10/05/2012 10:22 AM
Subject: Re: Fw: Profile for AS/400 Developer           - Chicago, IL for

i don't know how to ask this subtly.. do u think we can get someone 'desi' for this rek? there will be a lot of late night meetings and offshore calls..

Tata Consultancy Services

Website: http://www.tcs.com

Experience certainty.     IT Services
                  Business Solutions
                  Outsourcing

---10/05/2012 09:20:39 AM---With Regards,

From:
To:
Date: 10/05/2012 09:20 AM
Subject: Fw: Profile for AS/400 Developer           - Chicago, IL for

With Regards,

Human Resources

Tata Consultancy Services

http://www.tcs.com

Attorneys' Eyes Only
TCSLTD005204588

Experience certainty. IT Services
Business Solutions

----- Forwarded by [redacted]/AMER/TCS on 10/05/2012 10:20 AM -----

From: [redacted]
To: [redacted]
Cc: [redacted]
Date: 10/05/2012 10:08 AM
Subject: Profile for AS/400 Developer [redacted] - Chicago, IL for [redacted]

Hi [redacted]

Please find the attached profile for **AS/400 Developer** position in **Chicago IL** .

Consultant Name: [redacted]
Contact #: [redacted]
Current Location: **Schaumburg, IL**
Open to relocate: **No**
Availability: **Immediately**
Work Permit: **US Citizen**
Last Company: **MF Global**
Last Salary: **$85,500/year**
Salary Expectation: **$80,000 + Benefits**
Email: [redacted]

Thanks and regards,



From: [redacted]
Sent: Friday, October 05, 2012 9:19 AM
Cc: [redacted]
Subject: AS 400 Needed in Chicago, IL [redacted]

Market Rates:

# 1 Resume per vendor please!!!

Job Title            : Senior RPGILE, Embedded SQL and SYNON developer
Relevant Experience  : 4-5+ Years

Attorneys' Eyes Only                                                                        TCSLTD005204589

| | | |
|---|---|---|
| (Yrs) | | |
| Technical/Functional Skills | : | RPG / RPGILE / SQL / Embedded SQL / SYNON |
| Experience Required | | · Over 4-5 years of IT experience with excellent communication and analytical skills.<br>· Experience with RPG / RPGILE / SQL / Embedded SQL / SYNON |
| Roles & Responsibilities | : | · Communicating with client and gathering requirement for any new enhancement or improvement in the application.<br>· Estimating the total efforts that would be required to complete the enhancement or improvement task within timeline.<br>· Analyzing the requirement with other team members and then preparing the high level and low level design.<br>· Analyzing and performing Impact Analysis.<br>· Designing and developing<br>· Ensuring Code walkthrough & Inspection are carried out as per CMM guidelines and standards. Reviewing the programs for Standards<br>· Debugging programs<br>· Performing System Testing. |
| Generic Managerial Skills | : | Good Team player, Excellent Analytical Skills, Ability to work under pressure, Good communication skills, Does continual learning. |
| Education | : | Bachelor of Engineering or MCA |
| Work Location | : | Deerfield, IL, USA |
| **Billing Rate (USD)** | : | Market |

[REDACTED]
Tata Consultancy Services
[REDACTED]
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Outsourcing

---

=====-----=====-----=====

Notice: The information contained in this e-mail message and/or attachments to it may contain confidential or privileged information. If you are not the intended recipient, any dissemination, use, review, distribution, printing or copying of the information contained in this e-mail message and/or attachments to it are strictly prohibited. If you have received this communication in error, please notify us by reply e-mail or telephone and immediately and permanently delete the message and any attachments. Thank you[attachment [REDACTED]_AS400 Developer.doc" deleted by [REDACTED] [REDACTED]/AMER/TCS]

Attorneys' Eyes Only

TCSLTD005204591