Ex. 64 to Plaintiffs' Class Cert. Reply (Dkt. #196-16)

Ex. 105 to Plaintiffs' Summ. J.   Surreply (Dkt. #199-36)

| | |
|---|---|
| From: | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| Sent: | October 05, 2012 7:23 PM |
| To: | ▇▇▇▇▇▇▇▇▇ |
| Subject: | Fw: AS400 Developer - Deerfield, IL - ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| Attachments: | ▇▇▇▇▇▇▇▇_AS400.doc |

Not desi but might do :)

With Regards,

▇▇▇▇▇▇▇▇

Human Resources
▇▇▇▇▇▇

Tata Consultancy Services
▇▇▇▇▇▇▇▇▇▇▇
http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
_____

----- Forwarded by ▇▇▇▇▇▇▇▇/AMER/TCS on 10/05/2012 03:23 PM -----

| | |
|---|---|
| From: | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| To: | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| Cc: | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| Date: | 10/05/2012 02:55 PM |
| Subject: | RE: AS400 Developer - Deerfield, IL - ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |

Hi ▇▇▇▇
Please find attached the resume of ▇▇▇▇▇▇▇▇ for **AS400 Developer** in **Deerfield, IL**
Full Name ▇▇▇▇▇▇▇▇▇
Address ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Contact Number ▇▇▇▇▇▇▇▇▇
Email ID ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Work Status **US Citizen**
Salary **$105k / annum + benefits**
Availability **2 weeks**

Please let me know if you need any other information

Thanks & Regards
▇▇▇▇▇▇▇

 

Attorneys' Eyes Only

TCSLTD005342030