Ex. 65 to Plaintiffs' Class Cert. Reply (Dkt. #196-17)

Ex. 106 to Plaintiffs' Summ. J.   Surreply (Dkt. #199-37)

**From:** ▇▇▇
**Sent:** March 25, 2013 6:49 PM
**To:** ▇▇▇
**Subject:** RE: Service Delivery Manager - Dallas, TX - ▇▇▇

Really wow I am shocked HAHAHAA Thanks I submitted him anyhow as it was your candidate :)

With Regards,

▇▇▇
Sr. Talent Acquisition Specialist
Human Resources
▇▇▇
Tata Consultancy Services
▇▇▇
http://www.tcs.com

___

Experience certainty. IT Services
Business Solutions
___

**From:** ▇▇▇
**To:** ▇▇▇
**Date:** 03/25/2013 02:48 PM
**Subject:** RE: Service Delivery Manager - Dallas, TX - ▇▇▇

Yes, he is ▇▇▇ is a common name in North India

Thanks & Regards



**From:** ▇▇▇
**Sent:** Monday, March 25, 2013 2:40 PM
**To:** ▇▇▇
**Subject:** RE: Service Delivery Manager - Dallas, TX - ▇▇▇

Attorneys' Eyes Only                                                                    TCSLTD005328697

Doesn't seem like a Desi name to me?

With Regards,

▮▮▮▮▮▮
Sr. Talent Acquisition Specialist
Human Resources
▮▮▮▮▮▮
Tata Consultancy Services
▮▮▮▮▮▮
http://www.tcs.com

___

Experience certainty. IT Services
Business Solutions

| | |
|---|---|
| From: | ▮▮▮▮▮▮ ▮▮▮▮▮▮ om> |
| To: | ▮▮▮▮▮▮ |
| Cc: | |
| Date: | 03/25/2013 02:34 PM |
| Subject: | RE: Service Delivery Manager - Dallas, TX- ▮▮▮▮ |

Hi ▮▮▮▮,

Please find attached the resume of ▮▮▮▮▮▮ for **Service Delivery Manager** position in **Dallas, TX**

| | |
|---|---|
| Full Name | |
| Location | |
| Contact number | |
| Email | |
| Work Authorization | **Green Card** |
| Availability | **2 weeks** |
| Salary | **$125K/Annum + Benefits** |

- ▮▮▮▮ is currently on a Permanent position and is looking out for better opportunities.
- He has several years of experience working in a production support environment leading multiple projects with different releases of the product
- Strong experience working with Java technologies.
- Excellent experience in Onsite-Offshore model. Lead team of 40+ engineers based at global locations – USA, India and Netherlands
- *He's available for a phone discussion between 7:00AM – 9:00AM PST or after 5:00PM PST. The best # is Cell Phone ▮▮▮▮▮▮*

Please let me know if you need any other information

Thanks & Regards



[attachment "███████_Service Delivery Manager.doc" deleted by ████████████]

=====-----=====-----=====
Notice: The information contained in this e-mail message and/or attachments to it may contain confidential or privileged information. If you are not the intended recipient, any dissemination, use, review, distribution, printing or copying of the information contained in this e-mail message and/or attachments to it are strictly prohibited. If you have received this communication in error, please notify us by reply e-mail or telephone and immediately and permanently delete the message and any attachments. Thank you

Attorneys' Eyes Only                                      TCSLTD005328699