Ex. 66 to Plaintiffs' Class Cert. Reply (Dkt. #196-18)

Ex. 107 to Plaintiffs' Summ. J.   Surreply (Dkt. #199-38)

**From:**
**Sent:** December 14, 2012 6:09 PM
**To:**
**Subject:** Re: Performance Tester needed ASAP- Lincolnshire, IL

My top Indian is on it

Regards,



3902

**Certified Minority Business Enterprise**
**E-Verify Employer**

If you no longer wish to receive emails from ▇▇▇▇▇ please reply to this message with "REMOVE" as the subject line. Sorry for the inconvenience.

---

**From:**
**To:**
**Date:** 12/14/2012 01:03 PM
**Subject:** Performance Tester needed ASAP- Lincolnshire, IL

Please find me some candidates for this ASAP. Market rates should be fine.

Attorneys' Eyes Only

TCSLTD005212451

| Good at Loadrunner. Good planning and strategising skills and exp in LR. Should have strong analysing and problem solving capability, good soft skills, should be dynamic and proactive, should manage stake holders and delivery by holding the ground @ onsite. Should have worked on Hyperion/ Oracle Apps. Should be involved in scripting, review, execution, bottleneck identification, recommendation | Good at Loadrunner. Good planning and strategising skills and exp in LR. Should have strong analysing and problem solving capability, good soft skills, should be dynamic and proactive, should manage stake holders and delivery by holding the ground @ onsite. Should have worked on Hyperion/ Oracle Apps. Should be involved in scripting, review, execution, bottleneck identification, recommendation | 5-7 yrs | 1-2 years onsite |
|---|---|---|---|

With Regards,

▇▇▇▇▇▇▇
Sr. Talent Acquisition Specialist
Human Resources
▇▇▇▇▇▇▇▇▇▇▇▇▇
Tata Consultancy Services
▇▇▇▇▇▇▇▇▇▇▇▇▇
http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
_____

=====-----=====-----=====
Notice: The information contained in this e-mail message and/or attachments to it may contain confidential or privileged information. If you are not the intended recipient, any dissemination, use, review, distribution, printing or copying of the information contained in this e-mail message and/or attachments to it are strictly prohibited. If you have received this communication in error, please notify us by reply e-mail or telephone and immediately and permanently delete the message and any attachments. Thank you

Attorneys' Eyes Only                                                                                                                    TCSLTD005212452