Ex. 67 to Plaintiffs' Class Cert. Reply (Dkt. #196-19)

Ex. 108 to Plaintiffs' Summ. J.   Surreply (Dkt. #199-39)


**From:** 
**Sent:** December 28, 2012 8:49 PM
**To:** 
**Subject:** Re: EDW Technical Architect Needed in Minneapolis, MN

My number 1 Indian is on it.

Regards,



3902

**Certified Minority Business Enterprise**
**E-Verify Employer**

If you no longer wish to receive emails from ▮▮▮▮▮ please reply to this message with "REMOVE" as the subject line. Sorry for the inconvenience.

---

**From:** 
**To:** 
**Date:** 12/28/2012 02:14 PM
**Subject:** EDW Technical Architect Needed in Minneapolis, MN

---

This is urgent I need 2 strong profiles ▮▮▮ Only you have this one :)

| | | | |
|---|---|---|---|
| Technical Architect | • 8+ years of experience in handling multiple Data warehousing, ETL & reporting projects, MFT<br><br>• Experience in developing data warehouses & Database exposure to Oracle, SQL & Access DBs<br><br>• Strong Experience in | Minneapolis – 1 | • Provide product expertise for application changes; review business requirements for technical feasibility; lead technical decisions<br><br>• Create, review, finalize architecture design artifacts; attend architecture review<br><br>• Provide technical impact |

Attorneys' Eyes Only

| | | |
|---|---|---|
| | IBM Datastage v7.x/8.x & Teradata<br><br>• Experienced in setting up and managing development environments & design for performance & Stability.<br><br>• Good Communication Skills | | analysis<br><br>• Create, review and finalize engineering design artifacts; present for engineering review<br><br>• Define and design integration touch points<br><br>• Participate in Lower environment set-up; maintain application set-up documentation<br><br>• Validate performance test strategy; participate in test data modeling; lead defect triage throughout testing<br><br>• Plan implementation |

With Regards,

███████████

Sr. Talent Acquisition Specialist
Human Resources

███████████

Tata Consultancy Services

███████████

http://www.tcs.com

_____

Experience certainty. IT Services
Business Solutions

_____

=====-----=====-----=====

Notice: The information contained in this e-mail message and/or attachments to it may contain confidential or privileged information. If you are not the intended recipient, any dissemination, use, review, distribution, printing or copying of the information contained in this e-mail message and/or attachments to it are strictly prohibited. If

you have received this communication in error, please notify us by reply e-mail or telephone and immediately and permanently delete the message and any attachments. Thank you

Attorneys' Eyes Only

TCSLTD005275733