Ex. 68 to Plaintiffs' Class Cert. Reply (Dkt. #196-20)

**From:**  ██████████████████████

**Sent:**  February 23, 2016 10:29 PM

**To:**  ████████████

**Subject:**  Re: Diversity Information



Here are the correct numbers, the formula didn't copy well across the cells. The local headcount is 8050 as on February 17.

| Diversity Information | Latino / Hispanic | Caucasian | African American | Asian | American Indian | Multi Racial | Total |
|---|---|---|---|---|---|---|---|
| # of People | 319 | 2671 | 480 | 4458 | 12 | 110 | 8050 |
| Local | 4.0% | 33.2% | 6.0% | 55.4% | 0.1% | 1.4% | |

warm regards,

████

████████████

Head - Workforce Effectiveness, North America

Tata Consultancy Services

████████████████████████████

Website: http://www.tcs.com

_____

Experience certainty.      IT Services
                     Business Solutions
                     Consulting

_____

████████████---02/23/2016 05:25:14 PM---████   Just so I share as much information as possible, what is the
local population number? Will y



**From:**  ████████████████████
**To:**  █████████████████████████
**Date:**  02/23/2016 05:25 PM
**Subject:**  Re: Diversity Information

████

Just so I share as much information as possible, what is the local population number? Will you reply to his email as well.
Thank you.

TCSLTD003497018

Best Regards

████████████

Program Lead- CSR & Diversity, North America
Tata Consultancy Services Limited

██████████████████

Website: http://www.tcs.com
_____
Experience certainty.      IT Services
                Business Solutions
                Consulting
_____


_____
██████████---02/23/2016 03:07:48 PM---████, Diversity information for our Local Population as on
February 17, 2016

From:
To:        ████████████████
Date:       02/23/2016 03:07 PM
Subject:     Diversity Information


Pam,

Diversity information for our Local Population as on February 17, 2016

| Diversity Information | Latino / Hispanic | Caucasian | African American | Asian | American Indian | Multi Racial |
|---|---|---|---|---|---|---|
| # of People | 319 | 319 | 319 | 319 | 319 | 319 |
| Local | 4.0% | 33.2% | 6.0% | 55.4% | 0.1% | 1.4% |


regards,

████

██████████████

Head - Workforce Effectiveness, North America
Tata Consultancy Services

█████████████████

Website: http://www.tcs.com
_____
Experience certainty.      IT Services
                Business Solutions
                Consulting
_____

Attorneys' Eyes Only

Attorneys' Eyes Only

TCSLTD003497020