Ex. 70 to Plaintiffs' Class Cert. Reply (Dkt. #196-22)



**TATA** CONSULTANCY SERVICES
Experience certainty.

# Diversity & Inclusion

North America D&I Board Meeting
July 26, 2011





Copyright © 2011 Tata Consultancy Services Limited

Attorneys' Eyes Only                                                  TCSLTD003474918

# North America D&I Board Members



Vice President , Human Resources for North America



Vice President & Global Head Insurance & Healthcare



Vice President , Infrastructure Services Delivery for North America



Vice President, GCP for North America



Director, Marketing & Communications North America



Country Head for Canada



Head – BPO Solutions & Pre-Sales for North America



Head, Workforce Effectiveness for North America

CSR & Diversity Specialist, Workforce Effectiveness

**TATA** CONSULTANCY SERVICES
Experience certainty.

Realise your **WORKFORCE**
POTENTIAL **EFFECTIVENESS** Talent Management | Diversity | CSR | Retention | Business Consulting

2

Attorneys' Eyes Only

TCSLTD003474919

# North America D&I Approach

**1**

Define what DIVERSITY means for USA & CANADA; *create awareness, educate stakeholders*

**2**

Build a D&I Program that addresses key issues for *local hires, women & others*

• Zero in on what Diversity & Inclusion means for North America; individually for USA & Canada

• Define Diversity dimensions, components, and metrics for tracking & reporting

•Create a communication plan to cover key target groups & create awareness on D&I

• Work with communications team to implement plan; measure progress

• Form a NA D&I Board with diverse representation

• Identify key diversity & inclusion issues for USA & Canada

• Create Diversity work groups for each theme, garner support from diverse individuals

• Finalize plans for addressing issues, implement, monitor & report periodically

**TATA** CONSULTANCY SERVICES
Experience certainty.



WORKFORCE
Realise your **EFFECTIVENESS**
**POTENTIAL** Talent Management | Diversity | CSR | Retention | Business Consulting

3

Attorneys' Eyes Only

TCSLTD003474920

# Diversity & Inclusion Paradigms

## Team Diversity

- Mix of locals, women & different races / ethnicities within each team

## Management Diversity

- Diversity at different management levels
- Managing & leading a multi-cultural team effectively

## Supplier Diversity

- Use of diverse suppliers as vendors / subcontractors
- Having an active Supplier Diversity Program & reporting to clients

**TATA** CONSULTANCY SERVICES
Experience certainty.

Realise your **POTENTIAL** **WORKFORCE EFFECTIVENESS** Talent Management | Diversity | CSR | Retention | Business Consulting

4

Attorneys' Eyes Only

TCSLTD003474921

# Team Diversity : Current Metrics

## Local Hires

| Key Metrics | Number |
|---|---|
| Total Employees in North America | 18233 |
| Total Local Hires in North America | 2151 |
| Total Projects (Unique WON/SWONs) in NA | 3746 |
| Projects (Unique WON/SWONs) with Local Hires | 821 |

| | |
|---|---|
| **Team Diversity – % Projects with Local Hires** | **22%** |
| **No of Local Hires / Projects with Local Hires** | **2.62** |
| **Local Hire % against Total Employees in North America** | **12%** |

## Women

| Key Metrics | Number |
|---|---|
| Total Employees in North America | 18233 |
| Total Women in North America | 2891 |
| Total Projects (Unique WON/SWONs) in NA | 3746 |
| Projects (Unique WON/SWONs) with Women | 1641 |

| | |
|---|---|
| **Team Diversity – % Projects with Women** | **44%** |
| **No of Women / Projects with Women** | **1.76** |
| **Women % against Total Employees in North America** | **16%** |

**TATA** CONSULTANCY SERVICES
Experience certainty.



5

Attorneys' Eyes Only

TCSLTD003474922



# Local Hire – Dispersion across North America

TCS Local Hires_NA_21Jul11_EPG.html

TATA CONSULTANCY SERVICES
Experience certainty.

Realise your POTENTIAL
WORKFORCE EFFECTIVENESS
Talent Management | Diversity | CSR | Retention | Business Consulting



# Women – Dispersion across North America

# Races – Dispersion across North America







**TATA** CONSULTANCY SERVICES
Experience certainty.

8

Attorneys' Eyes Only

TCSLTD003474925

# Management Diversity

- Creating an inclusive environment at management levels
- TCS Supervisors / Managers leading a multi-cultural team effectively
- Local hires working for an expat manager in a client environment
- Local & expats working with non-local clients in US & Canada



**Managed Services**

**Staff Augmentation**

Client Local Employees

TCS Expats

TCS Local Hire

Other Service Provider Employees

**TATA** CONSULTANCY SERVICES
Experience certainty.

Realise your **POTENTIAL** **WORKFORCE EFFECTIVENESS** Talent Management | Diversity | CSR | Retention | Business Consulting

9

Attorneys' Eyes Only

TCSLTD003474926

## Supplier Diversity

- Focused approach towards Supplier Diversity in FY11
- Tracking & reporting on a quarterly basis
- Communication on Supplier Diversity with internal decision makers
- Diverse Supplier spend was 6% of overall vendor spend in FY11

| Supplier Diversity | Q1 (Apr-Jun 10) | Q2 (Jul-Sep 10) | Q3 (Oct-Dec 10) | Q4 (Jan-Mar 11) | Grand Total |
|---|---|---|---|---|---|
| Overall Diverse Supplier Spend | $ 3,258,463 | $ 4,937,117 | $ 4,683,219 | $ 5,417,961 | $ 18,296,759 |
| Minority Business Enterprises | $ 1,677,551 | $ 1,968,335 | $ 2,562,517 | $ 2,612,569 | $ 8,820,971 |
| Women Owned Business Enterprises | $ 1,580,912 | $ 2,968,782 | $ 2,120,702 | $ 2,805,392 | $ 9,475,788 |

- Increase in number of & spend on Diverse Suppliers
- Diverse Supplier spend grew to $18.9 million representing16.7% of overall vendor spend in Q1 FY12
- MWBE Certification drive with BA vendors key driver for growth

| Supplier Diversity | Q1 (Apr-Jun 12) |
|---|---|
| Overall Diverse Supplier Spend | $    18,982,454 |
| Minority Business Enterprises | $    15,139,170 |
| Women Owned Business Enterprises | $    3,843,283 |

**TATA** CONSULTANCY SERVICES

Experience certainty.

Attorneys' Eyes Only

Realise your **POTENTIAL**  **WORKFORCE EFFECTIVENESS**  Talent Management | Diversity | CSR | Retention | Business Consulting   10

TCSLTD003474927

# Diversity & Inclusion Communication

| Target Group | Content | Communication Channels |
|---|---|---|
| Employees | •Diversity mission, vision, and overall strategy<br>•Diversity programs and events, volunteering opportunities, employee diversity groups<br>• Mentoring/leadership development/networking<br>•opportunities<br>• Education on how to respect cultural, religious, and other differences in the workplace and foster an inclusive culture<br>•Successes related to past diversity initiatives | •E-mails, intranet postings, internal social networking/blog sites<br>•In-person training or brainstorming sessions<br>•Newsletters, posters in high traffic areas |
| Potential New Employees | •Demographics of the workforce<br>•Diversity mission, vision, and overall strategy<br>•Diversity programs and events, volunteering opportunities, employee diversity groups<br>• Mentoring/leadership development opportunities<br>•External awards/recognition of diversity practices<br>• Work-life benefits, flexible work arrangements, and family-friendly benefits | •Industry blogs<br>•Postings in publications targeted at minority individuals<br>•Sourcing channels such as external Web sites, recruiting focused web sites |
| Clients | •Diversity mission, vision, and overall strategy<br>•External awards/recognition of diversity practices in the media<br>•Improvements and successes in past diversity initiatives (e.g. statistics on improved diversity hiring) | •Advertisements<br>•Annual report; annual diversity focused report<br>•Company Web site |

# Addressing Key D&I Issues

2

Build a D&I Program that <u>addresses key issues</u> for *local hires, women & others*

| Target Group | Responsibility | Participation |
|---|---|---|
| **D&I Advisory Board (5-7 people)** | • Act as ambassadors for D&I<br>• Identify D&I themes for USA & Canada<br>• Provide direction on addressing issues<br>• Represent TCS in internal & external forums on D&I | Take part in 1 Steering Committee meeting / quarter<br>Mentor 1 Diversity Work Group / year<br>Represent D&I in 1 internal & 1 external forum / quarter |
| **Diversity / Inclusion Work Groups (10-15 people)** | • Actively engage in planning & implementing initiatives for a D&I theme / Key issue<br>• Propagate the message of Diversity & Inclusion for the theme / issue owned by the group | Take part in 1 Work Group meeting / month |
| **Diverse Employee Networks* DEN(10-no limit)** | *Employee groups from traditionally underrepresented groups or those that support these groups*<br>• Contribute to diversity recruitment, retention, diversity in management, talent development, and to reach customers and clients in the community<br>• Be an active member of the social networks created for each employee network<br>•Provide education and awareness for group & other employees | Take part in 1 event (recruitment, communication, community) every quarter<br>Participate in social network discussions on a regular basis (at least weekly) |

**TATA** CONSULTANCY SERVICES
Experience certainty.

Realise your **POTENTIAL**  **WORKFORCE EFFECTIVENESS** Talent Management | Diversity | CSR | Retention | Business Consulting

12

Attorneys' Eyes Only

TCSLTD003474929

# Addressing Key D&I Issues

2

Build a D&I Program that addresses key issues for *local hires, women & others*

| THEMES | KEY ISSUES |
|---|---|
| • Recruit Diverse Talent<br><br>• Enhance Cultural Competence of Workforce<br><br>• Retain Local Talent<br><br>• Improve Supplier Diversity<br><br>• Celebrating Differences | • Empowering women employees<br><br>• Fostering an inclusive culture<br><br>• Breaking conformity, building diverse teams<br><br>• Work-life balance |

**TATA** CONSULTANCY SERVICES
Experience certainty.

- 13

**WORKFORCE**
Realise your **EFFECTIVENESS**    13
**POTENTIAL** Talent Management | Diversity | CSR |
Retention | Business Consulting

Attorneys' Eyes Only

TCSLTD003474930

**TATA** CONSULTANCY SERVICES
Experience certainty.





# Diversity & Inclusion

North America D&I Board Meeting
July 26, 2011



Copyright © 2011 Tata Consultancy Services Limited

Attorneys' Eyes Only

TCSLTD003474931