Ex. 71 to Plaintiffs' Class Cert. Reply (Dkt. #196-23)

**TATA** CONSULTANCY SERVICES
Experience certainty.



# The Current State



*ENABLERS Seminar*

Head – Workforce Effectiveness, North America

December 17, 2012



Copyright © 2012 Tata Consultancy Services Limited

Attorneys' Eyes Only

# North America : Overall Talent Snapshot

| North America | Female | % Female | Male | % Male | Grand Total |
|---|---|---|---|---|---|
| Expats | 2,674 | 15.0% | 15,191 | 85.0% | 17,865 |
| % Expats | 60.6% | | 77.6% | | 74.5% |
| Locals | 989 | 30.3% | 2,273 | 69.7% | 3,262 |
| % Locals | 22.4% | | 11.6% | | 13.6% |
| BA's | 746 | 26.2% | 2,101 | 73.8% | 2,847 |
| % BA's | 16.9% | | 10.7% | | 11.9% |
| Total | 4,409 | 18.4% | 19,565 | 81.6% | 23,974 |

*Local hire numbers exclude Indian nationals & expatriates who have been 'localized' on US or Canada payroll*



**North America Staffing Mix**
- % Expats
- % Locals
- % BA's

11.9%
13.6%
74.5%

- **Highest % mix of Local Hires in MMU, Marketing, HR, BPO**

- **Highest % mix of Women in BPO, Marketing, HR**

**TATA** CONSULTANCY SERVICES
Experience certainty.



Realise your POTENTIAL

**WORKFORCE EFFECTIVENESS**
Talent Management | Diversity | CSR | Retention | Business Consulting

2

Attorneys' Eyes Only

TCSLTD003480683

# North America : ISU Talent Snapshot

| North America - ISUs | Female | % Female | Male | % Male | Grand Total |
|---|---|---|---|---|---|
| Expats | 2,522 | 14.7% | 14,624 | 85.4% | 17,123 |
| % Expats | 62.0% | | 79.2% | | 76.0% |
| Locals | 810 | 31.1% | 1,797 | 68.9% | 2,607 |
| % Locals | 19.9% | | 9.7% | | 11.6% |
| BA's | 739 | 26.3% | 2,044 | 72.8% | 2,806 |
| % BA's | 22.7% | | 11.1% | | 12.5% |
| Total | 4,071 | 18.1% | 18,465 | 81.9% | 22,536 |

*Local hire numbers exclude Indian nationals & expatriates who have been 'localized' on US or Canada payroll*



- **ISUs have Lower % of Local Hires than % of BA's**

- **Only 15% of Expats are women, compared to 31% of Locals; TCS average is 30%**

**TATA** CONSULTANCY SERVICES
Experience certainty.



**WORKFORCE EFFECTIVENESS**
Talent Management | Diversity | CSR | Retention | Business Consulting

3

## North America : Generational Mix

• **Majority of local hires belong to Gen X, while majority of expats belong to Gen Y**









• **Majority of locals have 0-3 years TCS tenure**

• **Majority of expats have 5-10 years TCS tenure**

• **Majority of the local hires are hired & managed by expat managers**

**TATA** CONSULTANCY SERVICES
Experience certainty.

Realise your **POTENTIAL**

**WORKFORCE EFFECTIVENESS**
Talent Management | Diversity | CSR | Retention | Business Consulting

4

Attorneys' Eyes Only

# North America : Talent Growth Trend



- **Rate of addition of Expat impacted by visa challenges**

- **Opportunity cost & margin impact of BA additions**



TATA CONSULTANCY SERVICES
Experience certainty.

5

Attorneys' Eyes Only

TCSLTD003480686



Attorneys' Eyes Only



## Manager as a Conduit: Individual View

Manager as a conduit for Information to Employee

Manager moulds organizational experiences for an employee

Concept of Research: Corporate Leadership Council
Representation: Internal TCS Environment

Leverage the Manager as an Agent to build Engagement capital and positively impact discretionary effort



**TATA** CONSULTANCY SERVICES
Experience certainty.

WORKFORCE **EFFECTIVENESS**
Talent Management | Diversity | CSR | Retention | Business Consulting

7

Attorneys' Eyes Only

# Workforce Effectiveness Index

**Benchmarked:** Categories impacting workforce effectiveness & discretionary effort



*Lag factor:* Low performing large accounts drags the overall scores down at geography & overall TCS level

Attorneys' Eyes Only

TCSLTD003480689

# Performance Ethic : Voice of the Employee

| | |
|---|---|
| **Appraiser Discussion** | 2 in every five employees have not had a year-end performance discussion. |
| **Accuracy of Feedback** | Less than half the employees feel the performance feedback provided to them is inaccurate |
| **Strengths & Weaknesses** | 1 in 2 employees had a discussion on their strengths & weaknesses |
| **Relevance to Goal Setting** | Less than half the employees feel the appraisal evaluation is not aligned with the goals that were set |
| **Contribution to Team** | 2 in 3 employees are clear on how they contributed to the team / project |
| **Performance Expectations** | Less than half the employees were not given any clarity on performancee expectations during the appraisal discussion |

**TATA** CONSULTANCY SERVICES
Experience certainty.

Realise your **POTENTIAL**

**WORKFORCE EFFECTIVENESS**
Talent Management | Diversity | CSR | Retention | Business Consulting

9

Attorneys' Eyes Only

# Performance Ethic : Voice of the Employee



| | |
|---|---|
| **No Goals set, no appraisal discussion** | No perceived value or trust in the entire evaluation process |
| **Differentiating Ratings from Rankings** | Evaluation is perceived as biased and non transparent |
| **Employee grievances/ concerns are not responded  to** | Eroding commitment and motivation |
| **Clarity of future career opportunities** | Diminishing 'intent to stay' |
| **Manager's support towards career development** | Managers role – roadblock vs. conduit |



10

Attorneys' Eyes Only

TCSLTD003480691

# Perception of Diversity : Voice of the Employee

**NA**

## NA Local Women

**Key themes from feedback**

1. Issues with direct manager
2. Inequality between local hires & expats
3. Inequality for women
4. Positive feedback
5. Other: certain ISUs receive favoritism, no career counseling

> *"I believe many managers in TCS can use a good cultural & gender sensitivity training... I have also observed many times where only female associates were asked to arrange for hospitality tasks in preparation for meetings."*

> *"I have not yet met one woman in a management role in my short tenure with the company. In addition, as a woman, I am asked regularly to take notes and bring copies when others are more than capable to do the same and I am the only woman present."*

## NA Expat Women

**Key themes from feedback**

1. Inequality for women
2. Diversity issues stemming from Indian culture
3. Other: negative culture change, bad treatment at client site
4. Inequality between local hires & expats
5. Positive comments

> *"There is lot of racism within TCS. **Forget about global diversity, TCS doesn't have national diversity.** I always feel that it is a Chennai male dominated company. we don't have much diversity within our top leadership team. What do we expect down the stream?????"*

> *"There are not enough examples of women in leadership positions at TCS. All the senior most positions are held my men. Women in senior management and TCS board is rare."*

**TATA** CONSULTANCY SERVICES
Experience certainty.

11

Attorneys' Eyes Only

# Perception of Diversity : Voice of the Employee

**NA**

## NA Local Men

### Key themes from feedback

1. Inequality between local hires & expats
2. Limited opportunity for advancement
3. Issues with management
4. Positive feedback
5. Other: reverse discrimination, sexual orientation, those with disabilities

> *"Indian culture dominates TCS.  And having an Indian background seems to get a definite head start."*

> *"Most Americans feel like outsiders. while some opportunities are presented it is harder for a local person to travel and move around the company. in most cases there a serious pay decreases that would hinder this movement. Someone from US could not possibly go to India for example @ the Indian pay rate and meet US obligations."*

## NA Expat Men

### Key themes from feedback

1. Diversity issues stemming from Indian culture
2. Issues with management
3. Understanding of issues between local hires/expats (TCS as global org)
4. Positive feedback
5. Other: benefits, stress, HR, etc.

> *"There is too much of partiality between two different area of origin of country and that is many times hindering progress of individual."*

> *"TCS as organization drives the process to value diversity. Some of individual at middle management is not accepting the change and works in their own style which I assume against organizational needs."*

> *"We need to have more local hires. Our Local policies need to be well thought about and tailored for the region."*

**TATA** CONSULTANCY SERVICES
Experience certainty.

12

Attorneys' Eyes Only

TCSLTD003480693

# Organizational Culture: Voice of the Employee
## Diversity & Inclusion | Work-life Balance



| | |
|---|---|
| **Perception of Fairness** | Diversity parameters negatively impact discretionary effort |
| **Managing Work-life Balance** | Deliverables adversely impacted due to 'fatigue' |
| **Perceived lack of opportunity to advance** | Eroding motivation and 'intent to stay' |
| **Manager's role in creating inclusive culture** | Diminished trust in managers and thus the organization |

**TATA** CONSULTANCY SERVICES
Experience certainty.



13

## Attrition Trend : Expat & Local





**TATA** CONSULTANCY SERVICES
Experience certainty.

14

## Attrition Metrics : Cost of Attrition

| North America Attrition | FY12 | | | Q1 FY13 | | | Q2 FY13 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Expat | Local | Overall | Expat | Local | Overall | Expat | Local | Overall |
| Attrition # | 860 | 785 | 1645 | 104 | 238 | 342 | 126 | 230 | 356 |
| Attrition % (LTM) | 5.3% | 28.9% | 8.7% | 5.0% | 25.9% | 8.3% | 4.5% | 25.5% | 7.9% |
| Cost of Attrition (Million, $) | $13.74 | $14.02 | $27.76 | $ 1.67 | $ 5.00 | $ 6.67 | $ 2.02 | $ 4.83 | $ 6.86 |

> **>$40 million potential lost revenue in cost of attrition**
>
> • **Over 54% of local hire attrition is infant (less than 1 year tenure)**

| | Period | Q3 FY12 | | Q4 FY12 | | Q1 FY13 | | Q2 FY13 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Category | Attrition Reason | Expat | Local | Expat | Local | Expat | Local | Expat | Local | Grand Total |
| Voluntary | Better Career | 246 | 86 | 103 | 93 | 54 | 116 | 63 | 106 | 867 |
| | Better Compensation | 46 | 21 | 23 | 15 | 21 | 15 | 15 | 23 | 179 |
| | Job Dissatisfaction | 9 | 21 | 6 | 15 | 1 | 19 | 8 | 20 | 99 |
| | Personal / Other Reasons | 80 | 35 | 36 | 45 | 27 | 50 | 40 | 54 | 367 |
| Involuntary | Unallocated | | 12 | | 15 | | 16 | | 13 | 56 |
| | Poor Performance | | 16 | | 8 | 1 | 16 | | 11 | 52 |
| | Disciplinary Action | 1 | 3 | | 4 | | 6 | | 1 | 15 |
| | Business Exigency | | | | | | | | 2 | 2 |

**TATA** CONSULTANCY SERVICES
Experience certainty.

Realise your POTENTIAL

**WORKFORCE EFFECTIVENESS**
Talent Management | Diversity | CSR | Retention | Business Consulting

15

Attorneys' Eyes Only

TCSLTD003480696

# Attrition Triggers : 'When' & 'Why'

| | | ATTRITION TRIGGER : WHEN did the employee start thinking about leaving TCS & WHY? | | | | |
|---|---|---|---|---|---|---|
| | | Before Starting | 0-3 months | 3-6 months | 6-12 months | 1+ yrs |
| **TENURE WITH TCS:** How long did the employee stay with TCS? | 0-3 months | Compensation | Poor work environment Processes too difficult Could not handle the pressure | | | |
| | 3-6 months | | Compensation No support or help from TCS Disliked work environment | Did not like kind of work Commute issues Does not want to relocate | | |
| | 6-9 months | | No communication No ownership of issues | Family circumstances | Lack of leadership No opportunity to grow Bonus & benefits | |
| | 9-12 months | | | Company culture issues Commute issues | Work life balance Stunted growth, skills not fully used Appraisal process | |
| | 1-3 yrs | | | | Disliked type of work Lack of guidance from supervisors Compensation issues No career growth | Difficult to grow Compensation issue Consulting not stable Poor communication Leadership issues |
| | 3-5 yrs | | | | | Too much stress No opportunity for advancement Good rating, bad rank |
| | 5-7 yrs | | | | | Do not want to relocate Dissatisfied with performance review Compensation issue |

Attorneys' Eyes Only

TCSLTD003480697



## Employee Value Proposition:
# Impacting 'Intent to Stay' & Discretionary Effort

*Employee Value Proposition attracts employees towards an employer and sustains their 'intent to stay'*

### Important EVP Segments

**1** Work
*Work environment, job content, work life balance*

**2** People
*Peers, Immediate supervisors, Leadership, Mentors*

**3** Opportunity
*Employability, Future outlook, Career development*

**4** Rewards
*Compensation, Rewarding mechanisms, Recognition*

**5** Organization
*Internal Processes, Systems, Support groups*

**TCS Score on EVP Factors**

**Work**
- Work Environment — 66.67%
- Work Life Balance — 62.50%
- Job Content — 50.00%

**People**
- Peers, Teams, Staekholders — 58.33%
- Immediate supervisor — 54.17%
- Leadership — 66.67%

**Opportunity**
- Mentoring / Career development — 45.83%
- Increasing Employability — 62.50%
- Future outlook in the Organization — 58.33%
- Career Development — 41.67%

**Rewards**
- Compensation — 58.33%
- Recognition — 62.50%

**Organization →** Hygine Factors — 33.33%

### 1 in 2 employees perceive TCS to be lower than their expectation in critical EVP components

Concept of Research: Corporate Leadership Council
Data Representation: Internal TCS North America Survey

**TATA** CONSULTANCY SERVICES
Experience certainty.

Realise your POTENTIAL
**WORKFORCE EFFECTIVENESS**
Talent Management | Diversity | CSR | Retention | Business Consulting

17

Attorneys' Eyes Only

# Elements of an Effective Workforce

| Elements of an Effective Workforce | Current State Metrics |
|---|---|
| **Staffing Mix** | |
| **Talent Management** | |
| **Diversity & Inclusion** | |
| **Talent Engagement** | |
| **Talent Retention** | |
| **Organizational Culture and Work Life Balance** | |









**TATA** CONSULTANCY SERVICES
Experience certainty.

Realise your POTENTIAL
**WORKFORCE EFFECTIVENESS**
Talent Management | Diversity | CSR | Retention | Business Consulting

18

Attorneys' Eyes Only

TCSLTD003480699

## Intuitive Manager

**Recruitment**
- Open Position to hire
- Faster hiring , lower cost per hire,. Right candidate is selected for fit and ability

Hiring
Right



On-boarding & Integration

**Induction into TCS**
- Engaging , orientation & onboarding to accelerate productivity

**Employee Life-cycle**





Employee Disengagement

Talent Management

**Employee Separation**
- Employee disengagement
- Key feedback gathered
- Ensure employer brand image is maintained with separating employees



**Development and Growth Enablement**
- Employee has tools and skills to perform
- Performance goals are set and measured effectively
- Reward and Recognition supports team goals
- Productive relationships, clear career path

? Do you have a rotation policy/ forum for internal positions / movements

**TATA** CONSULTANCY SERVICES
Experience certainty.

Attorneys' Eyes Only

## Striking a Balance : Our Client & Our Employees

**What our clients say...**

Managers

**What our employee say...**

*"I know if TCS promises me something I can rely on it and I know they will deliver"*
**Leading Semiconductor Company**

*"I do not have any trust that my issues will be resolved." "It has happened before that management didn't support me when injustice was done to me" "I have an issue with being treated fairly here. "There is no respect for the employee. "*

*"TCS has demonstrated with everything that they do with us and for us that we can trust that they care about our success"*
**Leading Market Research Company**

*"There is no roadmap shared with me as to what is expected from me in future years. All management is considers an associate for billing purpose and forgets him once there is no billing."*

*"The passion of the staff at TCS is noticeable...they've delivered on time high quality and on their budgets "*
**Large Pharmaceutical Company**

*"Managers abuse the process & power to them. Appraisal process is a weapon for the management to make the employee working. We will be always threatened with the name of appraisal"*

*"Whatever the problem, there is always someone from TCS to put up his hand and say I'll help and will work on that"*
**Automotive Major**

*"First let us treat employees as employees & not as slaves, then we can talk about employee suggestions. I disagreed my band and till now I did not have a discussion with any one. Management is just not responsive. This is all unreliable"*

**TATA** CONSULTANCY SERVICES
Experience certainty.



20

Attorneys' Eyes Only