

Ex. 73 to Plaintiffs' Class Cert. Reply (Dkt. #196-25)

Ex. 98 to Plaintiffs' Summ. J. Surreply (Dkt. #199-29)

TATA CONSULTANCY SERVICES
Experience certainty.





# Attrition Analysis – TCS North America
Mar 2016

Copyright © 2011 Tata Consultancy Services Limited

# NA Attrition Snapshot - Quarter wise (LTM)

- Overall Attrition is at 15.45%(1.27% drop since Dec 2015).
- Local Attrition is at 23.52%(1.19% drop) , Expat Attrition is at 11.78%(1.26% Drop).
- There has been decrease trend attrition for both Locals and Expats since Q3 16



| | Qtr3 15 | Qtr4 15 | Qtr1 16 | Qtr2 16 | Qtr 3 16 | Qtr 4 16 |
|---|---|---|---|---|---|---|
| Expat | 10.14% | 10.69% | 11.80% | 12.44% | 13.04% | 11.78% |
| Locals | 22.63% | 25.07% | 25.30% | 25.88% | 24.71% | 23.52% |
| Overall | 13.82% | 14.75% | 15.90% | 16.56% | 16.72% | 15.45% |

# NA Attrition Nos Month wise (LTM)

High local Attrition in Mar 16 is due to Unallocated terminations(101 Involuntary terminations)

| Month-YY | Canada Expat | Canada Local | Canada Total | United States Expat | United States Local | United States Total | Grand Total |
|---|---|---|---|---|---|---|---|
| Apr-15 | 5 | 14 | 19 | 240 | 154 | 394 | 413 |
| May-15 | 7 | 22 | 29 | 213 | 200 | 413 | 442 |
| Jun-15 | 7 | 22 | 29 | 169 | 185 | 354 | 383 |
| Jul-15 | 1 | 31 | 32 | 185 | 196 | 381 | 413 |
| Aug-15 | 2 | 22 | 24 | 237 | 156 | 393 | 417 |
| Sep-15 | 10 | 21 | 31 | 277 | 172 | 449 | 480 |
| Oct-15 | 11 | 19 | 30 | 269 | 219 | 488 | 518 |
| Nov-15 | 5 | 23 | 28 | 189 | 142 | 331 | 359 |
| Dec-15 | 11 | 29 | 40 | 221 | 118 | 339 | 379 |
| Jan-16 | 8 | 16 | 24 | 150 | 142 | 292 | 316 |
| Feb-16 | 8 | 22 | 30 | 125 | 127 | 252 | 282 |
| Mar-16 | 9 | 17 | 26 | 145 | 203 | 348 | 374 |
| **Total** | **84** | **258** | **342** | **2420** | **2014** | **4434** | **4776** |

# NA Attrition No's Separation Type (LTM)

- Mar 2016 has high Involuntary Attrition
- 86% of Involuntary attrition in Mar 2016 is due to "Unallocated terminations"

| | Canada | | Canada Total | United States | | United States Total | Grand Total |
|---|---|---|---|---|---|---|---|
| **Month_YY** | **Voluntary** | **Involuntary** | | **Voluntary** | **Involuntary** | | |
| Apr-15 | 18 | 1 | 19 | 355 | 39 | 394 | 413 |
| May-15 | 21 | 8 | 29 | 390 | 23 | 413 | 442 |
| Jun-15 | 22 | 7 | 29 | 320 | 34 | 354 | 383 |
| Jul-15 | 29 | 3 | 32 | 338 | 43 | 381 | 413 |
| Aug-15 | 17 | 7 | 24 | 367 | 26 | 393 | 417 |
| Sep-15 | 24 | 7 | 31 | 417 | 32 | 449 | 480 |
| Oct-15 | 30 | | 30 | 447 | 41 | 488 | 518 |
| Nov-15 | 26 | 2 | 28 | 306 | 25 | 331 | 359 |
| Dec-15 | 37 | 3 | 40 | 315 | 24 | 339 | 379 |
| Jan-16 | 21 | 3 | 24 | 268 | 24 | 292 | 316 |
| Feb-16 | 25 | 5 | 30 | 202 | 50 | 252 | 282 |
| Mar-16 | 20 | 6 | 26 | 247 | 101 | 348 | 374 |
| **Grand Total** | **290** | **52** | **342** | **3972** | **462** | **4434** | **4776** |



Attorneys' Eyes Only

# NA Attrition Local Involuntary Separation No's

- Mar 2016 has high Involuntary Attrition in LTM
- 87 terminations in Mar 2016 is due to "Unallocated terminations"

| Month_YY | Unallocated | Poor Performance | Disciplinary Action | Job Abandonment | Business Exigency | Death | Grand Total |
|---|---|---|---|---|---|---|---|
| Apr-15 | 28 | | 7 | 2 | | 1 | 38 |
| May-15 | 23 | 3 | 3 | 1 | | | 30 |
| Jun-15 | 31 | 2 | 4 | 2 | | 2 | 41 |
| Jul-15 | 35 | 1 | 4 | 4 | | 1 | 45 |
| Aug-15 | 21 | 4 | 3 | 4 | 1 | | 33 |
| Sep-15 | 32 | 3 | 2 | 1 | 1 | | 39 |
| Oct-15 | 33 | 2 | 1 | 1 | 1 | 2 | 40 |
| Nov-15 | 23 | 1 | | 3 | | | 27 |
| Dec-15 | 16 | 2 | 3 | 1 | | 4 | 26 |
| Jan-16 | 20 | 4 | 2 | | | 1 | 27 |
| Feb-16 | 41 | 6 | 1 | 5 | | 2 | 55 |
| Mar-16 | 87 | 7 | 4 | 6 | | 3 | 107 |
| **Grand Total** | **390** | **35** | **34** | **30** | **3** | **16** | **508** |

# US Expat Attrition - Visa Type - Month wise (LTM)

H1B Attrition % has seen a decrease for last 03 consecutive months. L1B Attrition has seen increase due to lower base no's of L1B visa holders.




| | 42107 | 42137 | 42168 | 42198 | 42229 | 42260 | 42290 | 42321 | 42351 | 42382 | 42413 | 42442 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H1-B | 12.98% | 13.21% | 13.33% | 13.53% | 14.03% | 14.36% | 14.58% | 14.84% | 15.16% | 14.96% | 14.14% | 13.40% |
| L1-A | 3.23% | 3.01% | 2.88% | 2.74% | 2.79% | 2.79% | 2.93% | 3.07% | 3.16% | 3.02% | 3.02% | 2.70% |
| L1-B | 16.11% | 16.58% | 17.05% | 16.79% | 16.96% | 15.56% | 13.67% | 14.70% | 14.45% | 14.62% | 13.01% | 14.75% |

# US Expat Attrition - Visa Type Month wise

| Month | H1-B | % of Total Monthly Attrition | L1 A | % of Total Monthly Attrition | L1 B | % of Total Monthly Attrition | Others (EAD/TN/ OPT/USGC /TCS GC) | % of Total Monthly Attrition | Grand Total |
|---|---|---|---|---|---|---|---|---|---|
| Apr | 214 | 89.17% | 6 | 2.50% | 10 | 4.17% | 10 | 4.17% | 240 |
| May | 192 | 90.14% | 3 | 1.41% | 9 | 4.23% | 9 | 4.23% | 213 |
| Jun | 155 | 91.72% | 5 | 2.96% | 4 | 2.37% | 5 | 2.96% | 169 |
| Jul | 174 | 94.05% | 3 | 1.62% | | 0.00% | 8 | 4.32% | 185 |
| Aug | 225 | 94.94% | 3 | 1.27% | 7 | 2.95% | 2 | 0.84% | 237 |
| Sep | 223 | 80.22% | 17 | 6.12% | 35 | 12.59% | 3 | 1.08% | 278 |
| Oct | 214 | 79.55% | 21 | 7.81% | 29 | 10.78% | 5 | 1.86% | 269 |
| Nov | 143 | 75.66% | 12 | 6.35% | 31 | 16.40% | 3 | 1.59% | 189 |
| Dec | 197 | 89.14% | 9 | 4.07% | 13 | 5.88% | 2 | 0.90% | 221 |
| Jan | 136 | 90.07% | 4 | 2.65% | 8 | 5.30% | 3 | 1.99% | 151 |
| Feb | 113 | 90.40% | 5 | 4.00% | 4 | 3.20% | 3 | 2.40% | 125 |
| Mar | 129 | 88.97% | 2 | 1.38% | 8 | 5.52% | 6 | 4.14% | 145 |
| **Grand Total** | **2115** | 87.32% | **90** | 3.72% | **158** | 6.52% | **59** | 2.44% | **2422** |

Experience certainty.

# US Expat Onsite Tenure-Visa Type

Most Expats leave after spending 1 Yr at onsite.

| Onsite Tenure | H1-B | L1 A | L1 B | Others(EAD /TN/OPT/US GC/TCS GC etc) | Grand Total |
|---|---|---|---|---|---|
| 03 months or less | 3 | | | 2 | 5 |
| 03 months to 06 months | 63 | 1 | 1 | 2 | 67 |
| 06 months to 1 yr | 235 | 6 | 5 | 2 | 248 |
| 1 yr to 2 Yrs | 741 | 17 | 8 | 9 | 775 |
| 2 Yrs to 3 Yrs | 641 | 15 | 31 | 11 | 698 |
| More than 3 yrs | 432 | 51 | 113 | 33 | 629 |
| **Grand Total** | **2115** | **90** | **158** | **59** | **2422** |

TATA CONSULTANCY SERVICES
Experience certainty.



Attorneys' Eyes Only

TCSLTD001421188

# NA Expat Attrition Nos - Band and Month wise

| Month | A | B | C | D | No Band | Grand Total |
|---|---|---|---|---|---|---|
| Apr | 10 | 60 | 103 | 72 | | 245 |
| May | 22 | 73 | 104 | 21 | | 220 |
| Jun | 12 | 53 | 95 | 16 | | 176 |
| Jul | 16 | 66 | 87 | 16 | 1 | 186 |
| Aug | 17 | 103 | 114 | 5 | | 239 |
| Sep | 19 | 115 | 141 | 12 | | 287 |
| Oct | 24 | 100 | 143 | 11 | 2 | 280 |
| Nov | 17 | 75 | 92 | 8 | 2 | 194 |
| Dec | 18 | 76 | 126 | 9 | 3 | 232 |
| Jan | 15 | 52 | 84 | 5 | 2 | 158 |
| Feb | 11 | 55 | 60 | 5 | 2 | 133 |
| Mar | 16 | 59 | 76 | 3 | | 154 |
| **Grand Total** | **197** | **887** | **1225** | **183** | **12** | **2504** |
| Avg Exits per month | 16 | 74 | 102 | 15 | 2 | 209 |

Experience certainty.

# NA Local Hire Attrition - TCS Tenure & Type

| TCS Exp | Involuntary | Voluntary | Total | % of Total Attrition |
|---|---|---|---|---|
| 06 months and less | 51 | 346 | 397 | 17.47% |
| 06 Months to 1 Yr | 92 | 338 | 430 | 18.93% |
| 1 Yr to 2 Yrs | 170 | 481 | 651 | 28.65% |
| 2 Yrs to 3 Yrs | 59 | 179 | 238 | 10.48% |
| More than 3 yrs | 136 | 420 | 556 | 24.47% |
| **Grand Total** | **508** | **1764** | **2272** | 100.00% |

TATA CONSULTANCY SERVICES
Experience certainty.

# NA Local Hire Attrition Nos – Band & Month wise

| Month | A | B | C | D | E | No Band | Grand Total |
|---|---|---|---|---|---|---|---|
| Apr | 8 | 20 | 71 | 53 | 3 | 13 | 168 |
| May | 9 | 52 | 94 | 41 | 3 | 23 | 222 |
| Jun | 14 | 47 | 74 | 41 | 2 | 29 | 207 |
| Jul | 9 | 37 | 93 | 40 | | 48 | 227 |
| Aug | 12 | 36 | 71 | 19 | | 40 | 178 |
| Sep | 10 | 45 | 74 | 17 | | 47 | 193 |
| Oct | 18 | 48 | 83 | 19 | 1 | 69 | 238 |
| Nov | 15 | 31 | 52 | 9 | | 58 | 165 |
| Dec | 7 | 25 | 47 | 13 | | 55 | 147 |
| Jan | 15 | 19 | 48 | 12 | 1 | 63 | 158 |
| Feb | 5 | 21 | 47 | 17 | | 59 | 149 |
| Mar | 8 | 23 | 75 | 28 | 1 | 85 | 220 |
| **Grand Total** | **130** | **404** | **829** | **309** | **11** | **589** | **2272** |
| Avg Exits per month | 11 | 34 | 69 | 26 | 2 | 49 | 189 |

1

Experience certainty.

# NA Expat And Local Hire Attrition - Reasons

| Reasons | Expat | % of Total Expat Attrition | Local | % of Total local Attrition | Grand Total | % of Total Attrition |
|---|---|---|---|---|---|---|
| **VOLUNTARY** | **2498** | **99.76%** | **1764** | **77.64%** | **4262** | **89.24%** |
| Longer Stay in US/GC processing | 1017 | 40.62% | | | 1017 | 21.29% |
| Better career opportunities | 250 | 9.98% | 1010 | 44.45% | 1260 | 26.38% |
| Higher compensation | 868 | 34.66% | 168 | 7.39% | 1036 | 21.69% |
| Disciplinary Action | 1 | 0.04% | | 0.00% | 1 | 0.02% |
| Dissatisfied with TCS/Supervisor | 90 | 3.59% | 90 | 3.96% | 180 | 3.77% |
| Other reasons/Not Disclosed | 110 | 4.39% | 272 | 11.97% | 382 | 8.00% |
| Personal/Family circumstances | 162 | 6.47% | 224 | 9.86% | 386 | 8.08% |
| **INVOLUNTARY** | **6** | **0.24%** | **508** | **22.36%** | **514** | **10.76%** |
| Business Exigency | | | 3 | 0.13% | 3 | 0.06% |
| Death | 3 | 0.12% | 16 | 0.70% | 19 | 0.40% |
| Disciplinary Action | 2 | 0.08% | 34 | 1.50% | 36 | 0.75% |
| Job Abandonment | 1 | 0.04% | 30 | 1.32% | 31 | 0.65% |
| Poor Performance | | 0.00% | 35 | 1.54% | 35 | 0.73% |
| Unallocated/Redundant Skills | | 0.00% | 390 | 17.17% | 390 | 8.17% |
| **Grand Total** | **2504** | **100.00%** | **2272** | **100.00%** | **4776** | **100.00%** |

Experience certainty.

# TCS Sponsored GC Attrition

Attrition % for localized employee is at 10.70%

| Month | Fully Localized | Phase 1 | Not Localized | Grand Total |
|---|---|---|---|---|
| Apr | 5 | 12 | 4 | 21 |
| May | 16 | | 4 | 20 |
| Jun | 12 | 5 | 2 | 19 |
| Jul | 12 | 4 | 1 | 17 |
| Aug | 14 | 4 | 1 | 19 |
| Sep | 7 | 5 | 1 | 13 |
| Oct | 11 | | 1 | 12 |
| Nov | 12 | 2 | | 14 |
| Dec | 11 | | 2 | 13 |
| Jan | 15 | | | 15 |
| Feb | 8 | | 1 | 9 |
| Mar | 8 | | | 8 |
| **Grand Total** | **131** | **32** | **17** | **180** |

Experience certainty.

TATA CONSULTANCY SERVICES
Experience certainty.






THANK YOU

Copyright © 2011 Tata Consultancy Services Limited