Ex. 74 to Plaintiffs' Class Cert. Reply (Dkt. #196-26)

Ex. 100 to Plaintiffs' Summ. J.   Surreply (Dkt. #199-31)



**TATA** CONSULTANCY SERVICES
Experience certainty.



# North America HR

Campus Hiring, Attrition and Pulse

Sep 2014

Copyright © 2014 Tata Consultancy Services Limited

Attorneys' Eyes Only



# Campus Recruitment
# Season 2014-2015

**TATA** CONSULTANCY SERVICES
Experience certainty.

Attorneys' Eyes Only

# This past season – [2013-2014]

Offer Acceptance - last year to this year has increased by 10%



| Recruitment Status Update | Total |
|---|---|

58.69 %

**Improvement across all Recruitment Metrics**

**TATA** CONSULTANCY SERVICES
Experience certainty.

3

## Target Schools for Campus Recruitment Season 2014-15

|  | Tier One | Tier Two | Tier Three |
|---|---|---|---|
| Career Fairs | X | X |  |
| On Campus Interviews | X | X |  |
| Info Sessions/Tech Talks / Game Night | X |  |  |
| Partnership Programs & Sponsorships | X |  |  |
| Student organizational meetings | X |  |  |
| Workshops | X |  |  |
| Classroom presentations | X |  |  |
| Hackathons | X | X |  |
| **Job postings** | **X** | **X** | **X** |

**TATA** CONSULTANCY SERVICES
Experience certainty.

4

Attorneys' Eyes Only

TCSLTD001406964

# Business Unit & Region Wise Projections

| Business Units | Requirement # |
|---|---|
| GDC | 150 |
| ASU | 35 |
| BFS | 41 |
| DESS | 15 |
| DMS | 3 |
| Healthcare | 28 |
| Insurance | 93 |
| Life Sciences | 9 |
| Manufacturing | 10 |
| Telecom | 24 |
| TTH | 17 |
| Utilities | 10 |
| GE | 5 |
| Grand Total | 440 |

| Top Accounts | Projected # |
|---|---|
| | 15 |
| | 21 |
| | 10 |
| | 10 |
| | 24 |
| | 38 |



**Target - 500**

Pacific, 36
Western, 33
Eastern, 97
Central, 34
Southern, 54
Midwest, 186

**TATA** CONSULTANCY SERVICES
Experience certainty.

5



# Tier 1 Target Schools for College Relations and Recruitment

| LEGEND |
| --- |
| Northeast |
| Southeast |
| Midwest |
| Southwest |
| West |

Attorneys' Eyes Only

TCSLTD001406966

# Tier 2 Schools - Effective September 2014



Attorneys' Eyes Only

## New Initiative: Campus Ambassador Program

The purpose of this program is to increase the TCS Presence on campus at selected Target Schools through the utilization of Student Campus Ambassadors.

➢ Select students hired in the Summer from a particular school will act as TCS Campus Ambassadors at that school during the Fall and Spring Semesters.

➢ They will host Networking Events on behalf of TCS and serve as Social Media posters, allowing branding efforts to take place on campus all year round.

**TATA** CONSULTANCY SERVICES
Experience certainty.

8

# Increased Focus : Greater  Participation in Hackathons!!!

**What is a Hackathon?**

A hackathon is a 24-48 hour event where students from various universities will gather in one big place to build the coolest and most innovative projects, meet amazing people, and win some prizes along the way!

**Audience**

Undergraduate and Graduate students enrolled in an accredited college or university pursuing degrees in CS, CE, SWE, EE or related

**TCS Participants**

**Campus Recruiters-** Represent TCS and connect with potential SWE candidates

**Software Developers-** Act as mentors for all students during hackathon to give advice and help with anything students need to complete their project.  Mentors tend to stay the whole time

**Tech Talk Speaker-** Hoping to utilize ███████ Innovation Evangelist to take our Innovation lab on the road and share the work we do with participants.

**TCS Sponsorship**

Depending on the level of sponsorship, TCS will enjoy perks like: Brand recognition, access to student resumes, present corporate overview or mini tech talk

**TATA** CONSULTANCY SERVICES
Experience certainty.

9

Attorneys' Eyes Only

## Trending Topics:  Activities at the Campus

### TCS Tech Talk Series



### TCS Social Media Contests



### TCS Faculty vs Student series



**TATA** CONSULTANCY SERVICES
Experience certainty

11

Attorneys' Eyes Only

TCSLTD001406970

## More Initiatives: TCS Virtual Career Fairs

- Virtual Career Fairs (We now have approximately 35 students ready for offers as a result of these virtual events hosted over the summer)



**TATA** CONSULTANCY SERVICES
Experience certainty.

12

TCSLTD001406971

# Its time for Game Night 2.0







Attorneys' Eyes Only

TCSLTD001406972



# Attrition Trends

**TATA** CONSULTANCY SERVICES
Experience certainty.

Attorneys' Eyes Only

TCSLTD001406973

# Attrition Snapshot MoM_North America(LTM)

**Overall LTM Attrition is at 11.91% . Expat Attrition is at 8.76% and Local Hire attrition at 21.33%**

| Month_YY | Canada | | | US | | | North America Overall |
|---|---|---|---|---|---|---|---|
| | Expat | Local | Total | Expat | Local | Total | |
| Sep_2013 | 4 | 8 | 12 | 214 | 115 | 329 | 341 |
| Oct_2013 | 4 | 8 | 12 | 182 | 74 | 256 | 268 |
| Nov_2013 | 2 | 19 | 21 | 178 | 101 | 279 | 300 |
| Dec_2013 | 0 | 11 | 11 | 117 | 81 | 198 | 209 |
| Jan_2014 | 4 | 13 | 17 | 122 | 113 | 235 | 252 |
| Feb_2014 | 1 | 15 | 16 | 105 | 81 | 186 | 202 |
| Mar_2014 | 2 | 14 | 16 | 106 | 138 | 244 | 260 |
| Apr_2014 | 4 | 12 | 16 | 112 | 121 | 233 | 249 |
| May_2014 | 3 | 13 | 16 | 122 | 114 | 236 | 252 |
| June_2014 | 3 | 11 | 14 | 141 | 117 | 258 | 272 |
| July_2014 | 3 | 20 | 23 | 142 | 110 | 252 | 275 |
| Aug_2014 | 3 | 16 | 19 | 156 | 119 | 275 | 294 |
| Total | 33 | 160 | 193 | 1697* | 1284 | 2981 | 3174 |
| Sep_2014 (Till Date) | 1 | 18 | 19 | 113 | 92 | 205 | 224 |

**TATA** CONSULTANCY SERVICES

Experience certainty.

15

*Includes 04 Non India Expats

Attorneys' Eyes Only

## Attrition Snapshot QonQ _North America(LTM)

**Local Hire Attrition has drop of around 3% in last 3 quarters**
**Over all attrition dropped 10 basis point since last quarter**



|  | Q2 FY 14 | Q3 FY 14 | Q4 FY 14 | Q1 FY 15 | Q2 FY 14(Till date) |
|---|---|---|---|---|---|
| Local Attrition | 23.89% | 25.89% | 25.29% | 22.56% | 20.61% |
| Expat Attrition | 7.16% | 7.99% | 7.97% | 8.28% | 8.18% |
| Overall Attrition | 10.36% | 11.61% | 11.81% | 11.71% | 11.40% |

**TATA** CONSULTANCY SERVICES
Experience certainty.

16

Attorneys' Eyes Only

TCSLTD001406975

# US_ Attrition Trend(Expat/Local) LTM

**Overall LTM Attrition is at 12.24% . Expat Attrition is at 9.20% and Local Hire attrition at 21.73%**



| | Sep-13 | Oct-13 | Nov-13 | Dec-13 | Jan-14 | Feb-14 | Mar-14 | Apr-14 | May-14 | Jun-14 | Jul-14 | Aug-14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Expat | 214 | 182 | 178 | 117 | 122 | 105 | 106 | 112 | 122 | 141 | 142 | 156 |
| Local | 115 | 74 | 101 | 81 | 113 | 81 | 138 | 121 | 114 | 117 | 110 | 119 |
| Total | 329 | 256 | 279 | 198 | 235 | 186 | 244 | 233 | 236 | 258 | 252 | 275 |

**TATA** CONSULTANCY SERVICES
Experience certainty.

18

Attorneys' Eyes Only

TCSLTD001406976

## US Expat Attrition_ Visa Trend MoM

| Month | H1-B | L1 A | L1 B | USGC/Citizen |
|---|---|---|---|---|
| Sep-13 | 87 | 25 | 102 | |
| Oct-13 | 57 | 24 | 99 | 2 |
| Nov-13 | 93 | 19 | 66 | 1 |
| Dec-13 | 60 | 11 | 45 | 1 |
| Jan-14 | 75 | 11 | 36 | |
| Feb-14 | 71 | 6 | 24 | 3 |
| Mar-14 | 76 | 3 | 24 | 1 |
| Apr-14 | 100 | 4 | 5 | 3 |
| May-14 | 104 | 6 | 11 | 1 |
| Jun-14 | 117 | 8 | 10 | 3 |
| Jul-14 | 122 | 5 | 12 | 3 |
| Aug-14 | 144 | 3 | 6 | 1 |
| **Total Attirition** | **1106** | **125** | **440** | **15** |
| Total Visa Employee | 12016 | 3012 | 2611 | 497 |
| Attrition %age | 9.20% | 4.15% | 16.85% | 3.02% |

**H1 Visa has highest attrition. H1 Attrition has increased since Apr 14**

**TATA** CONSULTANCY SERVICES
Experience certainty.

19

## TCS Sponsored GC_ Attrition detail(LTM)



| Role | No of Associates |
|---|---|
| Global Relationship Manager | 7 |
| BRM/BDM | 5 |
| Project Manager | 3 |
| Architect | 1 |
| Head - Practice | 3 |
| Managing Consultant | 1 |
| Program Manager | 1 |
| Project Leader | 1 |
| SAP Lead Consultant | 1 |
| Solution Architect | 1 |
| **Grand Total** | **24** |

**TATA** CONSULTANCY SERVICES
Experience certainty.

20

Attorneys' Eyes Only

# NA Attrition_Reasons Overall (LTM)



Attorneys' Eyes Only

TCSLTD001406979

# Top Attrition Reason- Local & Expat Comparison(LTM)

Locals

Expats





Attorneys' Eyes Only

TCSLTD001406980

# Local Hire Detailed analysis Experience and Reasons(LTM)

| Reason | TCS Exp Less than 1 yr | TCS Exp More than1 yr but less than 2 yrs | TCS Exp More than 2 yrs | Total | %age |
|---|---|---|---|---|---|
| Better career opportunities | 201 | 125 | 141 | 467 | 32.34% |
| Death | 1 | 2 | 5 | 8 | 0.55% |
| Dissatisfaction with Job / Type of job | 32 | 11 | 6 | 49 | 3.39% |
| Higher compensation | 31 | 15 | 30 | 76 | 5.26% |
| Personal reasons | 87 | 39 | 35 | 161 | 11.15% |
| Other Reason | 160 | 53 | 99 | 312 | 21.61% |
| Termination | 134 | 130 | 107 | 373 | 25.83% |
| Grand Total | 646 | 375 | 423 | 1444 | 100.00% |

**26 % of local hire attrition is due to Terminations**

Local Hire Attrition _ TCS Experience Break up



**71% of all Local Hires attrites have spent less than 2 yrs in TCS**

**TATA** CONSULTANCY SERVICES
Experience certainty.

Attorneys' Eyes Only

TCSLTD001406981

## NA Attrition : Voluntary _Involuntary Analysis



| Termination Breakup | | | | | |
|---|---|---|---|---|---|
| Reason | TCS Exp Less than 1 yr | TCS Exp More than1 yr but less than 2 yrs | TCS Exp More than 2 yrs | Total | %age |
| Disciplinary Action | 16 | 10 | 8 | 34 | 9.12% |
| Job Abandonment | 5 | 2 | 3 | 10 | 2.68% |
| Poor Performance | 30 | 11 | 14 | 55 | 14.75% |
| Unallocated | 83 | 107 | 84 | 274 | 73.46% |
| Grand Total | 134 | 130 | 109 | 373 | 100.00% |

**73% terminations are due to unallocation**

**TATA** CONSULTANCY SERVICES
Experience certainty.

24

Attorneys' Eyes Only

TCSLTD001406982

# NA HIPO Attrition Trend

**Overall HIPO Attrition is at 6.43 %. With  Expat  HIPO attrition at 5.89%  and Local HIPO attrition at 6.76%**



**TATA** CONSULTANCY SERVICES
Experience certainty.

25

Attorneys' Eyes Only

TCSLTD001406983

# College Hire Attrition Data(Jan 12- Till date)

**Total College Hires since Jan 2012 -314 . College Hire Attrition is at 23.24 %**

| Voluntary | No's | %age |
|---|---|---|
| Better career opportunities | 43 | 58.90% |
| Dissatisfaction with Job / Type of job | 3 | 4.11% |
| Higher compensation | 4 | 5.48% |
| Personal reasons | 9 | 12.33% |
| Other Reason | 6 | 8.22% |
| Termination | 8 | 10.96% |
| Total | 73 | 100.00% |

| Termination Breakup | |
|---|---|
| Disciplinary Action | 1 |
| Job Abandonment | 1 |
| Poor Performance | 2 |
| Unallocated | 4 |
| Total | 8 |

**TATA** CONSULTANCY SERVICES
Experience certainty.

Attorneys' Eyes Only

6

TCSLTD001406984

## Top Account Attrition(Large Accounts)

| Client Name | Expat Manpower | Local Manpower | Total Manpower | Expat Attrition | Local Attrition | Total Attrition | Expat Attrition %age | Local Attrition %age | Total |
|---|---|---|---|---|---|---|---|---|---|
| | 1228 | 201 | 1429 | 144 | 37 | 181 | 11.73% | 18.41% | 12.67% |
| | 899 | 176 | 1075 | 74 | 39 | 113 | 8.23% | 22.16% | 10.51% |
| | 646 | 124 | 770 | 75 | 43 | 118 | 11.61% | 34.68% | 15.32% |
| | 614 | 107 | 721 | 39 | 13 | 52 | 6.35% | 12.15% | 7.21% |
| | 597 | 52 | 649 | 51 | 9 | 60 | 8.54% | 17.31% | 9.24% |
| | 579 | 54 | 633 | 83 | 18 | 101 | 14.34% | 33.33% | 15.96% |
| | 481 | 148 | 629 | 27 | 9 | 36 | 5.61% | 6.08% | 5.72% |
| | 508 | 83 | 591 | 53 | 4 | 57 | 10.43% | 4.82% | 9.64% |
| | 459 | 79 | 538 | 39 | 15 | 54 | 8.50% | 18.99% | 10.04% |

**TATA** CONSULTANCY SERVICES
Experience certainty.

27

TCSLTD001406985

## Top Account Attrition(Mid Size)

| Client Name | Expat Manpower | Local Manpower | Total Manpower | Expat Attrition | Local Attrition | Total Attrition | Expat Attrition %age | Local Attrition %age | Total |
|---|---|---|---|---|---|---|---|---|---|
| | 395 | 86 | 481 | 37 | 11 | 48 | 9.37% | 12.79% | 9.98% |
| | 282 | 168 | 450 | 15 | 15 | 30 | 5.32% | 8.93% | 6.67% |
| | 173 | 205 | 378 | 5 | 38 | 43 | 2.89% | 18.54% | 11.38% |
| | 345 | 30 | 375 | 27 | 9 | 36 | 7.83% | 30.00% | 9.60% |
| | 331 | 36 | 367 | 38 | 7 | 45 | 11.48% | 19.44% | 12.26% |
| | 248 | 111 | 359 | 5 | 22 | 27 | 2.02% | 19.82% | 7.52% |
| | 305 | 45 | 350 | 32 | 13 | 45 | 10.49% | 28.89% | 12.86% |
| | 266 | 75 | 341 | 25 | 19 | 44 | 9.40% | 25.33% | 12.90% |
| | 108 | 221 | 329 | 2 | 25 | 27 | 1.85% | 11.31% | 8.21% |

TATA CONSULTANCY SERVICES

Experience certainty.

28

Attorneys' Eyes Only

TCSLTD001406986

# Top Account Attrition(Manpower less than 250)

| Client Name | Expat Manpower | Local Manpower | Total Manpower | Expat Attrition | Local Attrition | Total Attrition | Expat Attrition %age | Local Attrition %age | Total |
|---|---|---|---|---|---|---|---|---|---|
| | 108 | 140 | 248 | 4 | 12 | 9 | 3.70% | 8.57% | 3.63% |
| | 197 | 42 | 239 | 15 | 8 | 9 | 7.61% | 19.05% | 3.77% |
| | 136 | 99 | 235 | 2 | 18 | 10 | 1.47% | 18.18% | 4.26% |
| | 13 | 186 | 199 | 1 | 61 | 32 | 7.69% | 32.80% | 16.08% |
| | 133 | 49 | 182 | 16 | 11 | 9 | 12.03% | 22.45% | 4.95% |
| | 112 | 62 | 174 | 2 | 4 | 2 | 1.79% | 6.45% | 1.15% |
| | 138 | 16 | 154 | 12 | 5 | 6 | 8.70% | 31.25% | 3.90% |
| | 122 | 9 | 131 | 4 | 5 | 3 | 3.28% | 55.56% | 2.29% |
| | 111 | 18 | 129 | 8 | 2 | 4 | 7.21% | 11.11% | 3.10% |

Attorneys' Eyes Only

TCSLTD001406987

# Top Account Attrition Reasons
## (Local Hire Attrition >25%)

| Account Name | Large Accounts | | Mid Size | | | Small Accounts | | | Grand Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| Voluntary | | | | | | | | | |
| Better career opportunities | 50 | 75 | 18 | 25 | 24 | 18 | 3 | 2 | 215 |
| Dissatisfaction with Job / Type of job | 11 | 2 | 5 | 1 | 2 | 1 | | 3 | 25 |
| Higher compensation | 10 | 4 | 6 | 4 | 10 | 19 | 2 | 3 | 58 |
| Personal reasons | 17 | 20 | 1 | 7 | 4 | 8 | 3 | 7 | 67 |
| Reasons not known/ Other Reason | 12 | 9 | 6 | 8 | 4 | 11 | 1 | 2 | 53 |
| Total | 100 | 110 | 36 | 45 | 44 | 57 | 9 | 17 | 418 |
| Involuntary | | | | | | | | | |
| Death | | 1 | | 0 | | | | | 1 |
| Disciplinary Action | | 5 | | 0 | | 3 | | | 8 |
| Job Abandonment | | 1 | | 0 | | 1 | | | 2 |
| Poor Performance | 1 | | | 0 | | 1 | | | 2 |
| Unallocated | | 1 | | 0 | | | | | 1 |
| Total | 1 | 8 | | | | 5 | | | 14 |
| Grand Total | 101 | 118 | 36 | 45 | 44 | 62 | 9 | 17 | 432 |

30

Attorneys' Eyes Only

TCSLTD001406988



# Pulse 2013 – 14 Analysis
# North America

**TATA** CONSULTANCY SERVICES
Experience certainty.



Attorneys' Eyes Only

TCSLTD001406989

# Summary: North America – PULSE 2014



| | Participation | ASI | Engagement Score |
|---|---|---|---|
| **NA** 2014 | 84.2 | 72.6 | 72.6 |
| 2013 | 79.7 | 71.3 | 72.1 |
| **TCS** 2014 | 85.7 | 73.3 | 73.4 |
| 2013 | 84.7 | 72.7 | 73.2 |

(NA 2014→2013 arrows: Participation 4.5, ASI 1.3, Engagement Score .5)

\* NA – North America

**Highest Scores**

| Category ASI | Importance | Large Customer | IOU |
|---|---|---|---|
| ☐ Work Environment | ☐ Compensation, Benefits & Rewards | ☐ | ☐ |
| ☐ Company Image | ☐ Immediate Supervisor | ☐ | ☐ |
| ☐ Organizational Communication | ☐ Performance Management | ☐ | ☐ |

**TATA CONSULTANCY SERVICES**
Experience certainty.

32

TCSLTD001406990

# Geography ASI & Engagement Score



**ASI**

| | TCS | APAC | India | MEA | NA | Europe | UK&I | LATAM |
|---|---|---|---|---|---|---|---|---|
| 2014 | 73.3 | 73.6 | 73.5 | 72.7 | 72.6 | 72.2 | 72.2 | 71.7 |
| 2013 | 72.7 | 72.5 | 72.9 | 72.1 | 71.3 | 71.4 | 71.6 | 70.9 |

North America has 1.3 increase in ASI



**Engagement Score**

| | TCS | APAC | LATAM | India | MEA | NA | Europe | UK&I |
|---|---|---|---|---|---|---|---|---|
| 2014 | 73.4 | 74.8 | 74 | 73.5 | 72.8 | 72.5 | 72.5 | 71.8 |
| 2013 | 73.2 | 73.9 | 73.3 | 73.4 | 73.4 | 72.1 | 72.4 | 71.6 |

North America has .4 increase in Engagement score

**TATA CONSULTANCY SERVICES**
Experience certainty.

* NA – North America

33

Attorneys' Eyes Only

TCSLTD001406991

## Experience Trend – Expat & Local ASI



### Total Experience

| | 0-3 | 4-7 | 8-11 | 12-15 | >15 |
|---|---|---|---|---|---|
| North America | 73.26 | 72.48 | 71.71 | 72.87 | 74.68 |
| Expat | 72.69 | 72.48 | 71.62 | 72.69 | 74.26 |
| Local | 73.65 | 72.45 | 73.16 | 73.72 | 75.65 |

### TCS Experience

| | 0-3 | 4-7 | 8-11 | 12-15 | >15 |
|---|---|---|---|---|---|
| North America | 73.09 | 72.37 | 71.68 | 73.13 | 76.77 |
| Expat | 72.78 | 72.36 | 71.42 | 73.02 | 75.97 |
| Local | 73.64 | 72.50 | 73.68 | 73.45 | 78.10 |

- The highest ASI is for associates with 15 years or higher total and TCS experience
- 8 – 11 total and TCS experience associates are the least satisfied

**TATA** CONSULTANCY SERVICES
Experience certainty.

34

Attorneys' Eyes Only

## ASI &Engagement Score



The ASI and the Engagement score for local hires is higher than Expats and the North America score.

**TATA** CONSULTANCY SERVICES
Experience certainty.

Attorneys' Eyes Only

TCSLTD001406993

## Grade Wise ASI – Expat & Local ASI



### CC Grades

| | C1Y | C1 | C2 | C3A | C3B | C4 | C5 | SP1 | SP2 |
|---|---|---|---|---|---|---|---|---|---|
| North America | 76.84 | 72.67 | 72.65 | 71.92 | 72.50 | 73.58 | 75.07 | 77.09 | 83.42 |
| Expat | 76.84 | 72.35 | 72.53 | 71.63 | 72.50 | 74.11 | 76.23 | 81.56 | |
| Local | | 74.03 | 73.64 | 73.87 | 72.52 | 72.88 | 74.45 | 76.16 | 83.42 |

### Other Grades

| | S4 | S3 | S2 | S1 | D1 | C | B | A | BPS9 |
|---|---|---|---|---|---|---|---|---|---|
| North America | 70.29 | 72.44 | 74.36 | 74.08 | 75.43 | 73.97 | 73.77 | 79.69 | 78.52 |
| Expat | 67.97 | 72.90 | 75.76 | 72.90 | 82.16 | 75.34 | 68.67 | 84.02 | 78.52 |
| Local | 71.07 | 72.37 | 73.91 | 74.56 | 72.79 | 73.31 | 77.30 | 77.59 | |

36

Attorneys' Eyes Only

TCSLTD001406994

## Engagement Trend – North America



| | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|
| ▪ TCS | 72 | 73 | 73.8 | 73.2 | 73.4 |
| ▪ NA | 70.9 | 71.6 | 72 | 72.1 | 72.5 |

*\* NA – North America*

There is a clear increasing trend in the engagement score for North America over the last 5 years

**TATA** CONSULTANCY SERVICES
Experience certainty.

Attorneys' Eyes Only

TCSLTD001406995

## ASI Trends – North America



| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|
| TCS | 73 | 73.7 | 74.4 | 71.7 | 71.5 | 72.2 | 72.7 | 73.3 |
| NA | 69.8 | 70.4 | 72.8 | 70.5 | 70.2 | 70.3 | 71.3 | 72.6 |

- The gap between TCS and North America ASI is diminishing
- North America has jumped up more than 2 points in the last 2 years

**TATA** CONSULTANCY SERVICES
Experience certainty.

*NA – North America*

Attorneys' Eyes Only

TCSLTD001406996

# TCS & NA Category Analysis – Corporate Functions



| | Accounts and Finance | Admin | BE | DE | HR | IS | RMG |
|---|---|---|---|---|---|---|---|
| 2014 | 73.60 | 73.19 | 73.65 | 74.49 | 70.63 | 74.09 | 68.49 |
| 2013 | 71.57 | 71.66 | 73.31 | 73.16 | 69.48 | 72.88 | 67.95 |
| TCS 14 | 74.10 | 72.30 | 73.80 | 75.10 | 71.40 | 73.70 | 67.40 |

Attorneys' Eyes Only

## NA Category ASI Analysis- Non Corporate



| | Work Env | CI | OC | C&MF | CM&C | Diversity | H&S | OC/QW | JC | TCS Sr Mgt | Imm Spvr | L&D | IOU Leadership | PM | CO | PROPEL | C&B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | 79.2 | 77.9 | 77.3 | 77.0 | 76.6 | 75.1 | 75.1 | 72.5 | 72.0 | 71.7 | 71.5 | 71.2 | 70.5 | 70.3 | 69.8 | 68.7 | 68.5 |
| 2013 | 77.15 | 74.34 | 74.12 | 74.64 | 74.02 | 74.66 | 73.76 | 72.27 | 73.71 | 69.79 | 70.31 | 70.07 | 69.04 | 66.24 | 66.50 | | 67.49 |

| | |
|---|---|
| **JC** – Job Content | CI – Company Image |
| **TCS Sr Mgt** – TCS Senior Management | OC - Organizational Communication |
| **Imm Svr** – Immediate Supervisor | **C&MF** - Customer & Market Focus |
| **L&D** – Learning & Development | CM&C - Corporate Marketing & Communications |
| **PM**- Performance Management | **H&S** – Health and security |
| **CO - Career Opportunities** | **OC&QW** - Organizational Culture/ Quality of |
| **C&B** - Compensation, Benefits & Rewards | Worklife |

**TATA** CONSULTANCY SERVICES
Experience certainty.

Attorneys' Eyes Only

TCSLTD001406998

## ASI v/s Importance: Non-Corporate Functions



- The highlighted area represents categories which have been ranked high in importance but have a very low ASI
- Compensation and benefits have been rated the highest in terms of importance and lowest in ASI

**TATA** CONSULTANCY SERVICES
Experience certainty.

C&B - Compensation, Benefits & Rewards
**Imm Svr** – Immediate Supervisor
**PM**- Performance Management
**OC&QW** - Organizational Culture/ Quality of Worklife
**C&MF** - Customer & Market Focus
**L&D** – Learning & Development
**H&S** – Health and security
**Work Env** – Work Environment
**CM&C** - Corporate Marketing & Communications
CO -Career Opportunities

41

Attorneys' Eyes Only

TCSLTD001406999

## Importance v/s ASI – Corporate Function



- The highlighted area represents categories which have been ranked high in importance but have a very low ASI
- HR and RMG are the two corporate functions which have been rated high in terms of importance but low on the ASI

**HR** – Human Resources
**RMG** – Resource Management Group
**DE** – Delivery Excellence
**BE** – Business Excellence
**IS** – Infrastructure Services

**TATA** CONSULTANCY SERVICES
Experience certainty.

42

Attorneys' Eyes Only

TCSLTD001407000

## Associate Speak – " I don't like"

My competencies are not taken into consideration while allocation

My supervisor does not give timely feedback

Career path is not clear

There is no recognition for good work



Promotion policy is vague

Lack of clarity on business vision and direction

Benefits are not at par with market standards

Appraisal process to be made more transparent

**TATA** CONSULTANCY SERVICES
Experience certainty.

43

Attorneys' Eyes Only

TCSLTD001407001



Attorneys' Eyes Only

TCSLTD001407002



# Thanks

**TATA** CONSULTANCY SERVICES
Experience certainty.