Ex. 81 to Plaintiffs' Class Cert. Reply (Dkt. #196-33)

**TATA** CONSULTANCY SERVICES
Experience certainty.





# Human Resources – FY 15 Updates
# North Americas

Copyright © 2011 Tata Consultancy Services Limited

Attorneys' Eyes Only

TCSLTD004066179

# Awards & Recognition



"As a thought leader in STEM and computer science education, TCS has helped us redesign the way we structure and deliver cutting edge technical education to high school students to make them college and career ready."

"We are excited to partner with TCS, a proven leader in STEM education. TCS continues to innovate with programs like goIT, to help inspire the next generation of technologists and engineers."

"It takes local employees, engaged in improving their local communities, to make significant change happen."

"TCS is a thought leader, driving research and convening important players from the corporate, non-profit, government and education sectors. They are demonstrating that corporate involvement can really make a difference to close the STEM talent gap."

**Tata Innovista, Promising Innovation for a Social Cause** regional award

award for the second year in a row

**L&D won the Training Top 125 award**

**Corporate Champion Award,** Lumity

**recognized TCS** as a partner of _____ in the 2014 'Educate to Innovate' progress report

for CSR at the 2014 American Business Awards

recognized TCS' STEM Initiatives in its _____ on K-12 Educational Effectiveness

TCS won the _____ **Awards in the Workforce Category**  finishing ahead of finalists

2014 NPower

**TATA** CONSULTANCY SERVICES
Experience certainty.

Attorneys' Eyes Only

## Pulse Snapshot - 2014



| | Participation | ASI | Engagement Score |
|---|---|---|---|
| **NA 2014** | 84.2 | 72.6 | 72.6 |
| **2013** | 79.7 | 71.3 | 72.1 |
| **TCS 2014** | 85.7 | 73.3 | 73.4 |
| **2013** | 84.7 | 72.7 | 73.2 |

*NA arrows: 4.5, 1.3, .5*

*\* NA – North America*

## High ASI (Top Three)



**Importance (Top Scores)**
- ✓ Compensation, Benefits & Rewards
- ✓ Immediate Supervisor
- ✓ Performance Management

| Category | Large Customer | IOU |
|---|---|---|
| Work Environment | | |
| Company Image | | |
| Organizational Communication | | |

**TATA** CONSULTANCY SERVICES
Experience certainty.

Attorneys' Eyes Only

TCSLTD004066181

# Talent Acquisition

## FY 15 Overview

**FY 15:**
- Offers - 4132
- Joiners - 3167
- Joining Ratio is above 75%

**Campus:**
- Universities visited - 137
- Ccandidate's interviewed - 1303
- Offers - 579
- Joiners - 404
- 200 Campus events attended including Career Fairs, Info Sessions, Networking Events and Hackathons
- Sponsored Hackathons at the University of , University of , University of University of , and
- TALP: 23 offers and 10 joinees
- TMIP: 10 interns inducted into the program

### Hiring Trend



### Sourcing Mix

| Quarter | BA Conversion % | Employee Referral % | Vendor / Search Firm % | Direct % | Total (Nos) |
|---------|------|--------|--------|--------|--------|
| Q1 FY15 | 2.25 | 14.38 | 43.75 | 39.63 | 800 |
| Q2 FY15 | 0.88 | 11.68 | 43.87 | 43.57 | 1019 |
| Q3 FY15 | 2.16 | 12.56 | 54.44 | 30.84 | 788 |
| Q4 FY15 | 5.00 | 10.00 | 43.75 | 41.25 | 560 |
| Total (%) | 2.27 | 12.28 | 46.45 | 39.00 | 3167 |

**TATA** CONSULTANCY SERVICES
Experience certainty.

Attorneys' Eyes Only

TCSLTD004066182

# Talent Acquisition - Recruitment Cost



| Average Cost | Q1 FY13 | Q2 FY13 | Q3 FY13 | Q4 FY13 | Q1 FY14 | Q2 FY14 | Q3 FY14 | Q4 FY14 | Q1 FY15 | Q2 FY15 | Q3 FY15 | Q4 FY15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Techical Hiring | 4,860 | 4,865 | 5,143 | 3,711 | 3,564 | 3,905 | 4,050 | 3,411 | 4,543 | 4,997 | 4,840 | 4,536 |
| Professional Hiring | 14,930 | 13,017 | 18,814 | 16,027 | 12,403 | 12,475 | 16,675 | 20,161 | 14,300 | 12,205 | 16,198 | 12,194 |
| Avg Hiring Cost | 5,658 | 5,318 | 7,140 | 4,958 | 4,499 | 4,692 | 5,473 | 5,296 | 5,352 | 4,769 | 6,378 | 4,536 |

**TATA** CONSULTANCY SERVICES

Experience certainty.

Attorneys' Eyes Only

# Resource Management Parameters



**MANPOWER SUMMARY TREND**

| | Locals | India Expats | Sub-Contractors | Total |
|---|---|---|---|---|
| Mar-13 | 3,592 | 18,478 | 2,836 | 24,906 |
| Mar-14 | 5,341 | 19,323 | 3,243 | 27,907 |
| Mar-15 | 7,707 | 20,016 | 3,650 | 31,373 |



**BILLABLE MANPOWER: OFF-SHORE, ON-SITE, GDC**

| | Off-shore | On-site | GDC | Total |
|---|---|---|---|---|
| Mar-13 | 81,385 | 22,833 | 3,314 | 107,532 |
| Mar-14 | 91,935 | 25,425 | 4,167 | 121,527 |
| Mar-15 | 99,384 | 28,500 | 4,985 | 132,869 |



**SWON, UNALLOCATED, SUB - CONTRACTORS TREND**

| | SWON | Unallocated | Sub-Contractors | Total |
|---|---|---|---|---|
| Mar-13 | 1,321 | 765 | 2,836 | 4,922 |
| Mar-14 | 1,692 | 840 | 3,243 | 5,775 |
| Mar-15 | 1,924 | 974 | 3,650 | 6,548 |

**TATA** CONSULTANCY SERVICES
Experience certainty.

Attorneys' Eyes Only

# Resource Management Parameters



**ON-SITE WON COUNT TREND**

| | Mar-13 | Mar-14 | Mar-15 |
|---|---|---|---|
| Count | 22,833 | 25,425 | 28,500 |



**ON-SITE UTILIZATION**

| | Mar-13 | Mar-14 | Mar-15 |
|---|---|---|---|
| Percentage | 92% | 91% | 91% |



**GROSS FULFILLMENT MIX**

| | Expats (Travel-In) | Local Hires | Sub-contractors |
|---|---|---|---|
| FY 14 | 7818 | 2653 | 3591 |
| FY 15 | 7620 | 3213 | 3793 |



**STAFFING COMPLIANCE**

| | Opening Balance | Requirements Created | Requirements Cancelled | Requirements Fulfilled through RGS | Requirements Fulfilled Outside RGS |
|---|---|---|---|---|---|
| FY 14 | 1642 | 18489 | 15704 | 8518 | 5544 |
| FY 15 | 1813 | 28875 | 23042 | 7646 | 6980 |

**TATA** CONSULTANCY SERVICES
Experience certainty.

Attorneys' Eyes Only

TCSLTD004066185

## Compliance and Immigrations

### Compliance Highlights

- Identified and implemented new EEO regulations with TAG based on adjustments to Section 503 of the Rehabilitation Act and VEVRAA

- Prepared OSH Act - Form 300 A from Loss prevention files in Travelers Insurance and posted same in US geography as regulated in the Act.

- Completed mandatory "Survey of Occupational Injuries and Illnesses" for 13 states as required for the Department of Labor and posted same

### Immigrations Highlights

- E verify implemented for all locations

- 13800 H1B cap petitions filed which is maximum ever filed in a year for TCS till date

- 5786 I-94 extensions filed with USCIS ( L1A, L1B, H1B & TN )

- 2714 Fresh Petitions processed for associates outside US

- 4834 Relocation LCAs processed

- 606 GC petitions filed with USCIS

- 1043 GC petitions Approved

**TATA** CONSULTANCY SERVICES
Experience certainty.

Attorneys' Eyes Only

## Immigration

### H1B Cap FY 15 – Highest ever in TCS

➤ 13,800 H1B cap petitions filed for FY 2016

**H1B Filing Trend**

| Year | Total |
|------|-------|
| FY16 | 13,800 |
| FY15 | 11,756 |
| FY14 | 9,454 |
| FY13 | 5,948 |
| FY12 | 4,584 |
| FY11 | 1,900 |
| FY10 | 26 |



H1B Cap Filing Trend

**TATA** CONSULTANCY SERVICES
Experience certainty.

Attorneys' Eyes Only

## Learning & Development

### FY 15 Overview

- 8 senior leaders were enrolled for leadership executive education as part of the Vanguard Initiative

- Advanced Management Program at ███████ - 3 senior leaders (all from North America)

- █████ at ████████████ - 18 associates  (14 from North America and 4 from other Geos)

- Technical training programs delivered using virtual and traditional classroom (20 offering 433 participants)

- Piloted four new training programs – Executive Conversations, Situational Sales Negotiation, Power Messaging 5.0. and Managing Diverse Teams

- Successfully  completed  8 ILP batches in Cincinnati and Toronto  with 367 new joinees in  total

- Launched the 'She Says' Webinar Series for women associates - 8 sessions with 300 participants

- Canada wide learning needs analysis conducted across BFS, Insurance, Retail, Energy & Utilities, and Telecom, Media and Entertainment ISUs

- Special focus on Enhancing Cross-cultural competency of associates – over 30 sessions delivered for both TCS as well client

| Key Metrics | FY 14-15 |
|---|---|
| No. of programs offered (ILTs) | 128 |
| No. of participants (for ILTs) | 2373 |
| No. of certifications | 2534 |

**TATA** CONSULTANCY SERVICES
Experience certainty.

10

Attorneys' Eyes Only

# Talent Management

- Talent Management and Talent Engagement  Quarterly Connect launched.
- Pulse 2014 based Action Plan published.
- Y to C1 Grade change process for locally hired trainees established in June 2014.
- Set up process for Relevant Experience Verification for Local Hires joined before April 2011.

- "Appraisal Discussion Week " conducted from 2nd March to 16th March 2015  -  Objective was one-on-one connect with all associates specifically who defaulted the appraisal process this FY.
- 3800 plus associates have been covered through various appraisal sessions and workshops .
- 7% reduction in Band disagreements  in FY14  compared to FY13.

- **Inspire:** As part of Inspire program, 1387 associates are engaged and career discussion phase is in progress.
- **IConnect** : Knowledge sharing session on iConnect are being conducted (Process initiated for 2% of the associates in the Geography)
- 20% Role progression for Local hires as compared to 17% in FY13

**TM and Interventions** 

**Performance Management** 

**Career Management** 

70.3

69.8



68.8

70.3

66.5

69.8

Performance Management     Career Opportunities

ASI-2013   ASI-2014



Remarkable increase of 4.1 % ASI in Performance Management category for North America as compared with 3.4 % for overall TCS .

ASI  among Local Hires is higher in both Performance Management and Job Content category in North America

**TATA** CONSULTANCY SERVICES
Experience certainty.

Attorneys' Eyes Only

TCSLTD004066189

# Talent Engagement

## Connect

- 761 client site visits, covering 19241 associates.

- 6224 focused HR Connects. 22.85% increase from FY14.

- 22 Cultural Sensitization Sessions covering 720 Managers.

- 336 Town Halls / Open Houses, covering 12772 associates.

- 18 Retention Workshops conducted for key high attrite accounts.



## Communicate

- 351 Managerial Effectiveness Sessions, Ask HR, Propel conducted, covering over 9000 associates.

- 167 Performance Management Workshops conducted.

- Critical Incident Management Tool launched in Ultimatix to report, record and track 'Critical Incidents' for NA.

- 86 Induction sessions conducted covering all the new local hires and expats.



## Collaborate

- 24 HR Business Partnering sessions facilitated with customer (Client Presentations, Proposals, RFP, Audits etc.)

- 59 focused 'Leader Connect' sessions conducted, covering over 700 leaders.

- TE Partners participated in 225 campus hiring drives / initiatives.



Attorneys' Eyes Only

## Total Rewards

### FY 15 Overview

**<u>Digitization:</u>**

- Assignment status change for associates on LWP. This will help more effective monitoring of associates

- Launch of pFile for USA as an online file management database for local hires

- Digitization of overtime calculation for Canada Expats

- Change in overtime logic and leave accrual for Puerto Rico associates in US in line with statutory laws

- GESS Leave Enhancements for Canada, increasing the vacation days cap to 40 and leave accrual as per province

- Integration of ▮▮▮▮▮▮ with ▮▮▮▮▮▮

- Hiring Manager module rolled out in ▮▮▮ for US, to allow the hiring managers to be able to access the candidates profile for the selection process

- iBEGIN Phase 2 rolled out

**TATA** CONSULTANCY SERVICES
Experience certainty.

Attorneys' Eyes Only

## Total Rewards

### FY 15 Overview

**Compensation and Benefits:**

- 1223 localizations processed in FY15 (1070 - USA and 153 - Canada)

- BDIP (Business Development Incentive Plan) has been formulated and teams are in the process of collecting targets from ISU's

- Construction and launch of the BPS Production Incentive Plan

- Expats Benefits Pocket Guide launched for US

- Roth '401k' Plan launched for US

- STD Open Enrollment open to all employees in US

- Benefit awareness Podcasts and Quarterly webinars involving representatives from Cigna initiated for employees to better understand the various benefits and plans offered

- A new Wellness Program 'Vitality' launched in US

**TATA** CONSULTANCY SERVICES
Experience certainty.

TCSLTD004066192

# HR Business Consulting

**244**
Client Employees Insourced

**318**
Business deals supported

**>$1BN**
Value of pursuits supported

- HR is deeply embedded into the sales life cycle; from **deal qualification**, **solution development**, proposal responses and presentation, **contract review and negotiation**, **people transition**, **integration**
- Workforce Effectiveness team provides **consultative support to MMU sales and solution teams**, for large, complex, global deals.
- We conduct **knowledge sharing sessions with prospective clients** to help them in their change management and communication; leveraging a rich repository of case studies, templates, assets and artefacts.

**SPOTLIGHT:** ▮▮▮ **Global Infrastructure deal**

**85%** Offer Acceptance Rate

- Global: 479 applicants, 245 offers vs. 232 positions, **209** acceptances (**85%** acceptance rate).
- US: 209 applicants, 109 offers vs. 109 positions, **93** acceptances (**85%** acceptance rate).
- Apart from this we have also hired 16 current contractors and 14 ▮▮▮ employees have been hired by our partners.

| Insourcing / Rehires - FY 2015 | |
|---|---|
| **Account Name** | **# of Joiners*** |
| | 112 |
| | 37 |
| | 13 |
| | 13 |
| | 8 |
| | 7 |
| | 6 |
| | 6 |
| | 6 |
| | 5 |
| | 5 |
| | 4 |
| | 4 |
| | 2 |
| | 2 |
| | 2 |
| | 2 |
| | 1 |
| | 1 |
| | 1 |
| | 1 |
| **Grand Total** | **244** |

**TATA** CONSULTING SERVICES
Experience certainty.

TCS Confidential

TCSLTD004066193

# CSR Summary

**11,117**  **41,251**  **417**

**Employee Volunteers** **Volunteer hours** **CSR events**

## Skills Based Volunteering & Pro-bono Technology Consulting

- TCSers completed over **65 consulting projects** for non-profit organizations through NPower, resulting in over **$1Million of social good.**

- As part of their ILP, **151 campus hires** participated in skills based volunteering. projects, providing IT consulting and advisory services to over **45 non-profits**.

- **1,388 TCSers** volunteered for STEM initiatives, including teaching computer science education to **1,800+ students from 93 middle and high schools** through goIT.

  

## Volunteering for Causes of National Importance



- **468 TCSers** volunteered to support year-round activities of ▮▮▮▮ for the ▮▮▮▮▮ ▮▮▮▮ partnership.

- **2,707 TCSers** volunteered in support of heart and stroke illnesses through 55 events as part of the partnership with ▮▮▮▮▮▮▮▮▮▮▮▮ and ▮▮▮▮

- During the holiday season, TCSers **donated over 1,000 toys to** children in need as part of the ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮

**TATA** CONSULTANCY SERVICES
Experience certainty.

TCS Confidential

Attorneys' Eyes Only

TCSLTD004066194



# CSR, STEM Thought Leadership

TCS President of North America, UK and Europe, ███████ with U.S. ███████████ at the White House Science Fair

As part of the ██████ Leadership Forum, ████ moderated a STEM Panel with TCS President North America, UK and Europe; ██████ Founder, Teach for All; ██████ and █████ CEO, ██████

Cities and states serving over 3.8 million students reviewed their CS education programs at the ████████ in NYC with TCS partner STEMconnector®

STEM 2.0 Panel with ████ at the Global Action Summit

At ████ made a joint commitment to serve 10,000 middle school girls in CS education with ████

**1,598** STEM volunteers

**14,364** volunteer hours

**3,824** students served

**25,799** skill building hours for students

TCS Confidential

**TATA** CONSULTANCY SERVICES
Experience certainty.

Attorneys' Eyes Only

# CSR, STEM Partnerships



**Students of Color, Minorities and Low-income Youth**

**Founding Leadership Partner**

- In 2014, ▮▮▮▮ grew to serve over **500** organizations, including more than **200** nonprofits and **62** school districts

- TCS is partnering with industry leaders ▮▮▮▮▮▮▮ for this effort

**Girls and Young Women**

**Founding Sponsor**

- In 2014, ▮▮▮▮ grew its network to **58** nonprofit partners across **28** states; generating **172,948** active mentor pledges

- TCS is partnering with industry leaders ▮▮▮▮▮▮ for this effort

**Disadvantaged Young Adults and Unemployed Veterans**

**National Corp Underwriter**

- In 2014, ▮▮▮▮ trained over **360** disadvantaged youth and **80** veterans, providing them with internship and job placements

- TCS is partnering with industry leaders ▮▮▮▮▮▮▮▮▮▮▮ for this effort

**Industry Engagement, Cross-Sector Coalitions,  Mass Education Reform**

**Founding Leadership Partner**

- In 2014, the ▮▮▮ Innovation Task Force developed ▮▮▮▮▮ to bridge the industry skills gap needs
- TCS is leading this effort, along with ▮▮▮▮▮▮▮▮

TCS Confidential

**TATA** CONSULTANCY SERVICES
Experience certainty.

Attorneys' Eyes Only



# CSR, goIT Expansion

Through goIT, TCS volunteers provide **career awareness**, **hands-on technology education**, **teacher training**, and **parent orientations**, free of cost to middle and high school students through in-school, after-school and out-of-school programs.

goIT

- 70 percent of goIT participants reported an increased interest in STEM disciplines.
- goIT schools reported a 27 percent increase in high school students choosing STEM disciplines in college

**392** STEM volunteers

**12** Cities **93** Middle & High Schools

**1,794** Students served

**20,556** skill building hours for students

**100%**

*100% of volunteers would recommend mentoring opportunities to a colleague (2014)*

**80%**

*80% of volunteers feel prepared to lead goIT programs in their market (2014)*

[redacted]

TCS Confidential

TATA CONSULTANCY SERVICES
Experience certainty.

# Diversity and Inclusion

- Through TCS' pro-bono technology efforts, a national mentoring exchange has been developed for ▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ In FY15, 300,000 girls, young women and students from underrepresented minorities and low income groups are gaining access to industry mentors through a network of over 600 organizations.

- **Tata.com and Tata Lead** featured an interview on North America D&I ([link](link))

- TCS joined the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ as a corporate member, to help support minority supplier development.

- We supported over **20 of our American clients** through our Supplier Diversity program.

| | Q1-14/15 | Q2-14/15 | Q3-14/15 |
|---|---|---|---|
| Total Diversity Spend | $ 28,011,982 | $ 31,121,951 | $ 37,607,268 |
| MBE Total Spend | $ 19,018,556 | $ 20,221,843 | $ 23,890,109 |
| WBE Total Spend | $ 8,993,426 | $ 10,900,108 | $ 13,717,159 |
| ALL Vendor Spend | $ 184,340,697 | $ 214,666,311 | $ 250,339,829 |
| % of Diverse Spend | 15.20% | 14.50% | 15.02% |

**TATA** CONSULTANCY SERVICES
Experience certainty.

TCS Confidential

Attorneys' Eyes Only

TCSLTD004066198

## Maitree

**22,800 Employee and Family members Participation**

**220 Events**

**80 Fit4Life Events**

Family Events

Maitree Clubs/Cultural Integration

Theme Based Quarterly Events

Fit for life

Associate Engagement





**TATA** CONSULTANCY SERVICES
Experience certainty.

Attorneys' Eyes Only

TCSLTD004066199

## Attrition Snapshot

**Overall LTM Attrition is at 14.84% . Expat Attrition is at 10.77% and Local Hire attrition at 25.15%**



| | Q1 FY 15 | Q2 FY 15 | Q3 FY 15 | Q4 FY 15 |
|---|---|---|---|---|
| Local Attrition | 22.56% | 21.81% | 22.79% | 25.15% |
| Expat Attrition | 8.28% | 9.71% | 10.07% | 10.77% |
| Overall Attrition | 11.71% | 12.30% | 13.79% | 14.84% |

| Top Separation reasons | Count | %age |
|---|---|---|
| **Involuntary** | **518** | **12.70%** |
| Unallocated | 397 | 9.73% |
| Poor Performance | 59 | 1.45% |
| Job Abandonment | 28 | 0.69% |
| Disciplinary Action | 19 | 0.47% |
| Death | 12 | 0.29% |
| Business Exigency | 2 | 0.05% |
| Retirement | 1 | 0.02% |
| **Voluntary** | **3562** | **87.30%** |
| Better career opportunities | 2163 | 53.01% |
| Higher compensation | 430 | 10.54% |
| Family circumstances/Medical reason | 421 | 10.32% |
| Other Reason/Not disclosed | 399 | 9.78% |
| Dissatisfied with TCS/Supervisor | 149 | 3.65% |

**TATA** CONSULTANCY SERVICES
Experience certainty.

Attorneys' Eyes Only

TCSLTD004066200

# Canada Highlights

## RMG

> Onsite Manpower

| Month | 31-Mar-14 | 28-Feb-15 | % Change | Associate Mix |
|---|---|---|---|---|
| Expat | 1140 | 985 | -14% | 41% |
| Local | 824 | 1230 | 49% | 51% |
| BAs | 169 | 206 | 22% | 9% |
| Total | 2133 | 2421 | 14% | |

> **WON count increase from 1926 to 2148 (11.5%)**

## TAG

> Joining ratio is at **88%**.
> > 181 offers made through direct source
> > 87 offers through BYB
> > 53 offers through vendor

| Period | Offers | | | Joiners | | |
|---|---|---|---|---|---|---|
| | Total | BFS | Non BFS | Total | BFS | Non BFS |
| Q1 | 104 | 72 | 32 | 88 | 64 | 24 |
| Q2 | 73 | 37 | 36 | 72 | 44 | 28 |
| Q3 | 74 | 35 | 39 | 65 | 32 | 33 |
| Q4 | 70 | 32 | 38 | 52 | 30 | 22 |
| Total | 321 | 176 | 145 | 277 | 170 | 107 |

**TATA** CONSULTANCY SERVICES
Experience certainty.

## Talent Engagement

> **4 calls** held with **Finance**
> **9 calls** held on **Performance Management**
> Employee HR Connects – **1677**
> **25** Maitree events
> **2 Leadership Town Halls** held for major accounts

## Immigration

> New compliance rules requiring employers to complete an Offer of Employment form and pay a government compliance fee of 230 Canadian dollars for each work permit came into effect from 21st February 2015.

> Canada launched Express Entry on 1st Jan 2015. 6815 top-ranked skilled workers were invited to apply for permanent residency so far.

## University Relationship

> **61** Campus hires joined & 6 Co-Ops Joined.
> **14** Universities visited
> **28** Info Sessions
> **3 Sponsorship events** ( SMART WEEK 2014, Partners for Employment and You're Next Career Event)
> **CodeVita** awareness across Canadian Campuses
> Campus offer generation and onboarding 100% completion in Canada

Attorneys' Eyes Only

TCSLTD004066201

# Thank You

**TATA** CONSULTANCY SERVICES
Experience certainty.

24

Attorneys' Eyes Only

TCSLTD004066202