Ex. 83 to Plaintiffs' Class Cert. Reply (Dkt. #196-35)

**TATA** CONSULTANCY SERVICES
Experience certainty.



# Weekly Status Report: ███████████████

**Report date:** Friday, March 23, 2012
**Reported by:** ███████████
**Reported to:** ████████

## Financial Summary:

| Business Plan | FY13 Q1 | FY13 Q2 | FY13 Q3 | FY13 Q4 | Total |
|---|---|---|---|---|---|
| ILI | $1,540,344 | $1,630,304 | $1,605,552 | $1,561,112 | $6,337,312 |
| GBTS | $521,760 | $891,691 | $924,048 | $909,144 | $3,246,643 |
| GI | $1,220,472 | $1,043,827 | $1,164,410 | $1,695,029 | $5,123,737 |
| PIM | $140,688 | $73,200 | $234,112 | $172,752 | $620,752 |
| PRT | $40,960 | $40,320 | $39,680 | $39,040 | $160,000 |
| Total | $3,464,224 | $3,679,342 | $3,967,802 | $4,377,077 | $15,488,444 |

## Financial Progress:

| Revenue Split | Q1 | Apr'12 | May'12 | Jun'12 | Jul'12 | Aug'12 | Sep'12 |
|---|---|---|---|---|---|---|---|
| ILI | | $444,192 | $447,014 | $439,488 | $425,376 | $425,376 | $425,376 |
| GBTS | | $170,029 | $170,029 | $170,029 | $170,029 | $170,029 | $170,029 |
| GI | | $342,671 | $365,130 | $362,623 | $381,213 | $433,389 | $423,001 |
| PIM | | $79,464 | $87,472 | $103,992 | $106,232 | $111,656 | $94,088 |
| PRT | | $13,440 | $14,080 | $13,440 | $13,440 | $14,720 | $12,160 |
| PRERS | | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | | $1,049,796 | $1,083,725 | $1,089,572 | $1,096,290 | $1,155,170 | $1,124,654 |
| Q-Totals | $3,313,791 | $3,223,093 | | | $3,376,114 | | |

## Highlights

- Pursuing some new staffing opportunities in the following area:
  - ECM Engineer / Server Management / Thunderhead position: ████████ is looking to position a candidate immediately. Looking for visa ready candidate. Ready to compromise on skill set if TCS can train him in future. Awaiting JD from him.

Weekly Status Report: ███████████████

Attorneys' Eyes Only

**TATA** CONSULTANCY SERVICES
Experience certainty.



- Dry run of ▇▇▇ presentation and PoC completed. Offshore team is making modifications based on review.
- Thunderhead team has a 1 day workshop with ▇ customers this week. Met with Thunderhead team and ▇▇ at ▇▇ during this workshop. Jointly indicated to ▇▇▇▇ our partnership and how we want to jointly delivery the implementation.
- ▇ requested for additional details on the existing staffing structure details. Responded back this week.
- Met with ▇▇▇▇▇ and ▇▇▇▇▇ at the ▇▇▇ event. She thanked TCS for their participation.
- ▇▇▇▇ has requested for a consolidated staffing and pricing model based on additional staffing positions in ▇▇ Engineering area. Working in revising the cost model.
- Awaiting final feedback from ▇▇ on the last interview conducted this week. If this position is closed, we can start transition immediately. ▇▇▇ hinted that he may require additional staff.

## Customers met this week

- Met with ▇▇▇▇ to discuss the 3 project (Sybase Migration, Document Migration and Thunderhead implementation) overall timeline. Proposed to conduct a 2 day workshop to finalize the scope, timeline and TCS participation in the other initiatives. He is also in urgent need of the ▇▇▇▇▇ to manage their release management and server management. Working on Onsite staffing.
- Met with ▇▇▇▇▇ and ▇▇ They shared draft SLA with TCS, but yet to share the draft contract. We are reviewing the SLA. Completed one round of discussion on SLA. Follow-up discussion scheduled next week. However, still on target to meet the 02-Apr-2012 engagement start date.
- Met with ▇▇▇▇▇ to review the 2012 contract process and TCS recommendation to change the process. ▇▇▇ provided some corrections. Modified proposal presented to ▇▇
- Conducted the Avatar demo to ▇▇▇▇, ▇▇▇▇▇ and ▇▇▇▇ Working on several follow-up questions. As a next step, ▇▇▇ wanted to take this to business.

## Key staffing positions / opportunities

The following are some of the urgent / immediate staffing positions / opportunities that are readily available, but not closed.

1. ECM Engineer for Group Insurance – ▇▇▇▇
2. ▇▇▇▇ developer for Group Insurance
3. ▇▇▇ Engineering position for ▇▇▇▇ with ▇▇ and IBM Content Manager expertise
4. ▇▇ position for ▇▇▇▇

Weekly Status Report: ▇▇▇▇▇▇

Attorneys' Eyes Only

**TATA** CONSULTANCY SERVICES

Experience certainty.



## KEY NOTES: RISKS, ISSUES, CONCERNS, HELP REQUIRED

- **Help Required**: Need confirmation from ▓▓▓ / ▓▓ on TCS felicitation of ▓▓▓▓▓▓ ▓▓▓▓ for May'13
- **Help Required:** Availability of ▓▓▓▓▓▓▓▓▓, Head of ▓▓▓▓▓▓ for meeting with ▓▓▓▓▓.
- **Help Required:** Confirmation from ▓▓▓▓ for the lowest FTE number from where we can start the discounted rate for vendor consolidation proposal.
- **Help Required:** Meeting with ▓▓▓▓ to discuss potential help we can extend for Thunderhead implementation at ▓▓▓▓▓.

Weekly Status Report: ▓▓▓▓▓▓▓▓

Attorneys' Eyes Only