Ex. 87 to Plaintiffs' Class Cert. Reply (Dkt. #196-39)

**From:** ▮
**Sent:** June 16, 2016 9:23 PM
**To:** ▮
**Cc:** ▮
**Subject:** Re: Fw: Approval to on-board BA resources from S3: ▮ approvals - Request

If for BA pls ensure we have NOC as stated by ▮

Thanks & Regards,
▮
Tata Consultancy Services
379 Thornall Street - 4th Floor
Edison, New Jersey - 08837
United States
▮

Website: http://www.tcs.com

_____
Experience certainty.     IT Services
                 Business Solutions
                 Consulting
_____

▮ ---06/16/2016 04:01:41 PM---Hi ▮ - This is for onboarding BAs Pl confirm if otherwise

**From:** ▮
**To:** ▮
**Cc:** ▮
**Date:** 06/16/2016 04:01 PM
**Subject:** Re: Fw: Approval to on-board BA resources from S3: ▮ approvals - Request

Hi ▮ - This is for onboarding BAs

Pl confirm if otherwise

Thank You & Regards,
▮
RMG Lead - Retail, CPG, TTH, Govt & Cincinnati DC,
Tata Consultancy Services
1000 Summit Drive,
Milford, Ohio - 45150
United States
▮

Website: http://www.tcs.com

---

Experience certainty.      IT Services
                Business Solutions
                Consulting

---

▇▇▇▇▇▇---06/16/2016 04:00:06 PM---Hi ▇ FYI pls

From: ▇▇▇▇▇▇
To: ▇▇▇▇▇▇
Cc: ▇▇▇▇▇▇
Date:    06/16/2016 04:00 PM
Subject:   Fw: Approval to on-board BA resources from S3: ▇▇▇ approvals - Request

Hi ▇

FYI pls

Regards
▇▇▇▇▇▇
Manager Technical Recruitment - NA
Tata Consultancy Services
379 Thornall Street - 4th Floor
Edison, New Jersey - 08837
United States
▇▇▇▇▇▇

Website: http://www.tcs.com

---

Experience certainty.      IT Services
                Business Solutions
                Consulting

---

----- Forwarded by ▇▇▇▇▇▇ on 06/16/2016 03:59 PM -----

From: ▇▇▇▇▇▇
To: ▇▇▇▇▇▇
Date:    06/16/2016 03:14 PM
Subject:   Fw: Approval to on-board BA resources from S3: ▇▇▇ approvals - Request

FYI,

Thanks & Regards,



Tata Consultancy Services
379 Thornall Street - 4th Floor
Edison, New Jersey - 08837
United States

---

Experience certainty.     IT Services
                          Business Solutions
                          Consulting

---

----- Forwarded by ▮ on 06/16/2016 03:14 PM -----

From:   ▮
To:     ▮
Cc:     ▮

Date:     06/16/2016 10:52 AM
Subject:  Re: Approval to on-board BA resources from S3: ▮ approvals - Request

We need to have the NoC from concerned parties that these associates can service ▮ through ▮ without any contractual violation with their previous employer.

Some times the employer has a clause that restricts them from servicing the same end customer (▮ in this case) through another vendor. Or sometimes the end customer themselves have a restrictive clause that says the person should not have worked for them for last few years (to avoid co-employment)

We have got notices from some of the vendors on these grounds recently.

With Best Regards
▮
Vice President, Head Human Resources - North America
Tata Consultancy Services
379 Thornall Street - 4th Floor,
Edison, New Jersey - 08837

Website: http://www.tcs.com

---

Experience certainty.     IT Services
                          Business Solutions
                          Consulting

---

▬▬▬---06/16/2016 10:42:37 AM---▬▬ Greetings!

From: ▬▬
To: ▬▬
Cc: ▬▬
Date: 06/16/2016 10:42 AM
Subject: Approval to on-board BA resources from S3: ▬▬ approvals - Request

▬▬

Greetings!

We have won a ▬▬ program in supply chain area beating ▬▬ This one was one of the key opportunity for us in the ISU since ▬▬ a capability we would like to offer other retail customers. As part of the deal we need to on-board two resources from S3 with hourly rate of $120. Our ISU head already approved the same, this email chain has the details. Request for your approval

▬▬

▬▬

Website: http://www.tcs.com

Experience certainty.     IT Services
                          Business Solutions
                          Consulting

▬▬---06/16/2016 08:47:38 AM---Awaiting ▬▬ approval as well Thank You & Regards, ▬▬

From: ▬▬
To: ▬▬
Cc: ▬▬
Date: 06/16/2016 08:47 AM
Subject: Re: Fw: ▬▬ approvals - Request

Awaiting ▬▬ approval as well

Thank You & Regards,
▬▬
RMG Lead - Retail, CPG, TTH, Govt & Cincinnati DC,

Attorneys' Eyes Only

Tata Consultancy Services
1000 Summit Drive,
Milford, Ohio - 45150
United States

Website: http://www.tcs.com

Experience certainty.      IT Services
                           Business Solutions
                           Consulting

---

▮▮▮▮▮---06/15/2016 10:33:39 PM---ISU head approval

From: ▮▮▮▮▮
To: ▮▮▮▮▮
Date: 06/15/2016 10:33 PM
Subject: Fw: ▮▮▮ approvals - Request

## ISU head approval

Sent from my BlackBerry 10 smartphone.

**From:** ▮▮▮ **Sent:** Wednesday, June 15, 2016 9:21 PM **To:** ▮▮▮ **Cc:** J▮▮▮l **Subject:** Fwd: approvals - Request

Pls take it forward

Best Regards,

▮

▮▮▮▮
Sub-Unit Head - Retail & CPG
Tata Consultancy Services
▮▮▮▮▮

Website: http://www.tcs.com

Begin forwarded message:

Attorneys' Eyes Only

TCSLTD001731879

**From:** ███████████████████
**Date:** June 16, 2016 at 6:26:20 AM GMT+5:30
**To:** ███████████████
**Cc:** ███████████████████████
**Subject: Re:** ████████ approvals - Request

Okay

On 16-Jun-2016, at 04:37, ██████████████████████ wrote:

Dear ████

We request your approvals for the following as part of transition from ███ on ████████ as well as build a strong pool resources through this process to help other accounts.

1. Travel approval for two offshore associates to onsite. Travel is expected around 6/24 - Can we have this travel on July 1st?

- ███████████
- ███████████

2. Business Associate on-boarding

- 2 BA candidate from S3 to be onboarded. Their rate is $120/hr, ██████ expecting explicit approval from you since hourly rate is high

3. Approval to hire H1B from current ████████ team with good knowledge (customer has suggested to hire this associate from current ███ team)

- 2 resources are willing with asking salary of $130k

4. Investment of 3 expat resources at onsite to build bench - we will train these associates along with the external team to plan for exiting BAs (from S3 - they are expensive and no options for us now without them)

Best Regards
█

Tata Consultancy Services
███████████████

Attorneys' Eyes Only

TCSLTD001731880

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting

----- Forwarded by ▮ on 06/16/2016 04:29 AM -----

From: ▮
To: ▮
Cc: ▮
Date: 06/15/2016 10:24 PM
Subject: ▮ approvals

▮, we talked - following are different approvals we need to complete ▮

1. Onsite for following two associates currently in our offshore team. Travel is expected around 6/24

- ▮
- ▮

2. ▮ resource

- Immediate release from ▮
- L1A Blanket visa
- Onsite travel

3. Business Associate on-boarding

- 2 BA candidate from S3 to be onboarded. Their rate is $120/hr, ▮ expecting explicit approval from ▮ since hourly rate is high

4. Approval to hire H1B from current ▮ team with good knowledge

- 2 resources are willing with asking salary of $130k

5. Investment of 3 expat resources at onsite to build bench

▮

▮

Website: http://www.tcs.com

Attorneys' Eyes Only

Experience certainty. IT Services
Business Solutions
Consulting

Attorneys' Eyes Only

TCSLTD001731882