Ex. 96 to Plaintiffs' Class Cert. Reply (Dkt. #196-48)

Ex. 94 to Plaintiffs' Summ. J. Surreply (Dkt. #199-25)

| | |
|---|---|
| To: | ▮ |
| Cc: | ▮ |
| From: | ▮ |
| Sent: | Thur 2/26/2015 7:22:53 PM |
| Importance: | Normal |
| Subject: | Re: Fwd: ▮ Pricing Summary V0.1.xlsx : URGENT |
| Received: | Thur 2/26/2015 7:22:53 PM |

Hi ▮

We spoke, let me know post your discussions with the team.

As I mentioned:

- There will be a high risk, people may ask the question about their employment tenure with in this engagement ?
- There will be a minimal chances for them to apply for the positions if we are going with only 1year.
- lastly, keep in mind about the current industry scenario their voice may go out if we release them with in 12 months and bringing expatriates onboard.


Best Regards,
▮
HR Business Consultant
Workforce Effectiveness
Tata Consultancy Services,
379, Thornall Street,
Edison, NJ.
▮

_____
Experience certainty.        IT Services
                Business Solutions
                Consulting
_____

▮---02/25/2015 06:47:38 PM---Commercials are enclosed below and ▮ has reviewed the same. Other than the rehires, rest of the team is expats.

| | |
|---|---|
| From: | ▮ |
| To: | ▮ |
| Cc: | ▮ |
| Date: | 02/25/2015 06:47 PM |
| Subject: | Fwd: ▮ Pricing Summary V0.1.xlsx : URGENT |

▮

Can you see the mail from ▮ on rehire and see if we can be ok to have this expection for this deal

Sent from my iPhone

Begin forwarded message:

Attorneys' Eyes Only                                                    TCSLTD005059003

**From:** ▮
**Date:** February 25, 2015 at 12:10:10 PM PST
**To:** ▮
**Cc:** ▮
**Subject:** Fw: ▮ Pricing Summary V0.1.xlsx : URGENT

can you please send the HR email on this?

▮

Tata America Intl. Corp.
▮

Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____

----- Forwarded by ▮ on 02/25/2015 03:09 PM -----

**From:** ▮
**To:** ▮
**Cc:** ▮
**Date:** 02/25/2015 02:55 PM
**Subject:** Re: ▮ Pricing Summary V0.1.xlsx : URGENT

Dear ▮

For rehiring and removal with in 12 months we will need HR approval

For Solution we need to have the ▮ approval which I have asked ▮ to arrange.

With Best Regards
▮
------------------------------
▮
Business Finance Manager - MMU
Tata Consultancy Services
▮

Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____

▮---02/25/2015 02:50:01 PM---that is the solution that has been agreed on with the ISU ▮

**From:** ▮

To: ▮
Cc: ▮
Date: 02/25/2015 02:50 PM
Subject: Re: ▮ Pricing Summary V0.1.xlsx : URGENT

that is the solution that has been agreed on with the ISU ▮

▮

Tata America Intl. Corp.
▮

Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____

▮ ---02/25/2015 02:48:55 PM---Also ▮ we are planning to rehire 5 ppl and removing all with in 12 months. This seems very aggr

From: ▮
To: ▮
Cc: ▮
Date: 02/25/2015 02:48 PM
Subject: Re: ▮ Pricing Summary V0.1.xlsx : URGENT

Also ▮ we are planning to rehire 5 ppl and removing all with in 12 months. This seems very aggressive

With Best Regards
▮
------------------------------
▮
Business Finance Manager - MMU
Tata Consultancy Services
▮

Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____

▮ ---02/25/2015 02:43:56 PM---Rehires have to be approved by ISU as this is part of execution. ▮ should take care of this. Reg

From: ▮
To: ▮

Attorneys' Eyes Only                                                                                          TCSLTD005059005

Cc: ▇
Date: 02/25/2015 02:43 PM
Subject: Re: ▇ Pricing Summary V0.1.xlsx : URGENT

Rehires have to be approved by ISU as this is part of execution. ▇ should take care of this.

Regards,
▇

▇
Vice President
Tata Consultancy Services
▇
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____

▇ ---02/25/2015 02:30:37 PM--- ▇ We are submitting a proposal to ▇ on Mainframe Application Services

From: ▇
To: ▇
Cc: ▇
Date: 02/25/2015 02:30 PM
Subject: ▇ Pricing Summary V0.1.xlsx : URGENT

▇

We are submitting a proposal to ▇ on Mainframe Application Services

Its a total Onsite team and the team composition is as below.

|  | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Total onsite FTE | 10 | 8 | 4 |
| Rehire ( within the total Team) | 5 | 0 | 0 |

Commercials are enclosed below and ▇ has reviewed the same. Other than the rehires, rest of the team is expats.

Request your approval, specifically on the 5 rehires. The costs ( employee cost and hiring costs) have been accounted for,. We are submitting at 45% GM.

This is due to go to print by evening today and submission is tomorrow am.

Attorneys' Eyes Only                                                                                                                    TCSLTD005059006

Request approval.

regards,

■

■■■■■■■■■■■■■■■■
Head - Industry Solutions and Strategy -
Mfg, Life Sciences, ERU and Govt
Tata Consultancy Services
■|■■■■■■■■■■■■■
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____
[attachment "■ Pricing Summary V0.1.xlsx" deleted by ■■■■■■■■■■■■■]

Attorneys' Eyes Only