Ex. 97 to Plaintiffs' Class Cert. Reply (Dkt. #196-49)

Ex. 95 to Plaintiffs' Summ. J. Surreply (Dkt. #199-26)

| | |
|---|---|
| From: | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| Sent: | October 05, 2011 7:13 PM |
| To: | ▇▇▇▇▇ |
| Cc: | ▇▇▇▇▇▇▇▇▇▇ |
| Subject: | Re: Fw: Business Case for ▇▇▇▇▇ |

▇▇▇▇▇

I do not have any information on this onboarding.

▇▇▇▇▇

please provide details.

Thanks,
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
TCS Delivery Manager
Tata Consultancy Services
Louisville - 40299, Kentucky
United States
▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Outsourcing
_____

----- ▇▇▇▇▇▇▇▇▇▇▇▇ wrote: -----

To: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
From: ▇▇▇▇▇▇▇▇▇▇
Date: 10/05/2011 02:25PM
cc: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Subject: Fw: Business Case for ▇▇▇▇▇

Hi,
Please ask the vendor to share the ▇▇ documents

Thanks&Regards
▇▇▇▇▇
RMG Lead - Insurance & Health Care, BPO, ASU
▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇

Tata Consultancy Services
379, Thornall Street, 4th Floor, Edison, New Jersey, United States
Mailto: ▇▇▇▇▇▇▇▇▇▇

Attorneys' Eyes Only

TCSLTD003189623

Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Outsourcing
_____

----- Forwarded by ▮▮▮▮▮ on 10/05/2011 02:24 PM -----

| | |
|---|---|
| From: | ▮▮▮▮▮ |
| To: | ▮▮▮▮▮ |
| Cc: | ▮▮▮▮▮ |
| Date: | 10/05/2011 02:32 PM |
| Subject: | Re: Fw: Re: Fw: Fw: Business Case for ▮▮▮▮▮ |

▮▮▮▮▮

Proceed with ▮ onboarding formality for ▮▮▮▮▮ Attached approval for him. ▮▮▮▮▮ is supposed to join project on 10th Oct.

Please connect with ▮▮▮▮▮ for any details required.

Thanks,
▮▮▮▮▮
TCS Delivery Manager
Tata Consultancy Services
Louisville - 40299, Kentucky
United States
▮▮▮▮▮
▮▮▮▮▮
▮▮▮▮▮
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Outsourcing
_____

-----▮▮▮▮▮ wrote: -----

Attorneys' Eyes Only

To: ███████████████████████
From: ███████████████████
Date: 10/05/2011 01:20PM
Subject: Fw: Re: Fw: Fw: Business Case for ███████

███████

Here's the approval for ███████ Please proceed with paper-work and confirm once done.

Regards,
███████

-----Forwarded by ███████████████████████ on 10/05/2011 01:19PM -----

To: ███████████████████████
From: ███████████████████
Date: 10/05/2011 12:53PM
cc: ████████████████████████████████████████████████████████████████
Subject: Re: Fw: Fw: Business Case for ███████

Ok.

Best Regards,
███████████████
Tata Consultancy Services
███████████████
███████████████████████
Website: http://www.tcs.com

_____
Experience certainty.      IT Services
                    Business Solutions
                    Outsourcing
_____

███████████---10/05/2011 11:31:25 AM---Dear █████, I completely agree with ████████ that we must work on a plan for improving the GM for th

From:
   ███████████████████S
To:
   ███████████████████████
Cc:
   ████████████████████████████████████████████████
   ████████████████████████████
Date:
   10/05/2011 11:31 AM
Subject:
   Re: Fw: Fw: Business Case for ████████

---

Dear █████

I completely agree with ████████ that we must work on a plan for improving the GM for the project. I will work with ████████ to get this plan in place.

Meanwhile hiring this ▬ is critical for the project and customer has also sent us a mail to get a ▬ person on Board (screen shot below). This BA can we replaced as soon as we have our skilled associate at onsite.

So please approve for this time.

Attorneys' Eyes Only



FW: Blaze Resources urgently needed - IBM Lotus Notes

File Edit View Create Actions Tools Window Help

Open | Home | Workspace | > contact list | Re: TCS Qu... | Re: M&S W... | Fw: Fw: Bu

New | Reply | Reply to All | Forward | Display | More

## FW: [redacted] urgently needed

[redacted]

Category **Internal**

---

[redacted],

[redacted] is delivery manager for clinical and will take this forward.

Regards,
[redacted]
TCS Delivery Manager
[redacted]

---

**From:** [redacted]
**Sent:** Tuesday, October 04, 2011 3:34 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** [redacted]
**Importance:** High

[redacted] –

[redacted] needs some [redacted] resources. Can you setup some time with him as soon as possible to see if TCS can fill his r

Thanks,

[redacted]

The information transmitted is intended only for the person or entity to which it is addressed and may contain CONFIDENTIAL material. If you

Start | Interactive Map... | Google - Windo... | FW: [redacted] | 3 Microsoft Off... | Clinical MS Roles...

████████
Business Relationship Manager
Tata Consultancy Services
████████
Website: http://www.tcs.com

_____
Experience certainty.   IT Services
                        Business Solutions
                        Outsourcing
_____

████████---10/04/2011 03:36:42 PM---Pls see attached response from ████████ We need to provide a plan for maintaining margins.

From: ████████

To: ████████m

Cc: ████████

Date: 10/04/2011 03:36 PM

Subject: Fw: Fw: Business Case for ████████

---

Pls see attached response from ████████ We need to provide a plan for maintaining margins.

Best Regards,
████████
████████
████████

----- Original Message -----
From: ████████
Sent: 10/04/2011 11:46 AM EDT
To: ████████
Subject: Re: Fw: Business Case for ████████

The ██ margin is very low (7%), the project margin also looks low (44%). There should be some plan to retain or minimize project level margins even with the intake of this BA.

Regards,
████████
Business Finance – Insurance2 ISU
379 Thornall Street
11th Floor, Edison, NJ 08837
████████
Mail to : ████████

████████---10/04/2011 09:16:49 AM---Can we approve this?
From:

Attorneys' Eyes Only                                                          TCSLTD003189628

To:  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Date: ▇▇▇▇▇▇▇▇▇▇
10/04/2011 09:16 AM

Subject: Fw: Business Case for ▇▇▇▇▇▇

Can we approve this?

Best Regards,
▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇

----- Original Message -----
From: ▇▇▇▇▇▇▇▇
Sent: 10/03/2011 08:40 PM MST
To: ▇▇▇▇▇▇▇▇
Cc: ▇▇▇▇▇▇▇▇
Subject: Fw: Business Case for ▇▇▇▇▇▇

Dear ▇▇▇▇▇▇

We need your approval for getting a ▇▇ on board (for ▇▇) which is critical for one the ▇▇▇▇▇▇ project in Clinical space.
The GM for the entire clinical development project will reduce by 2.8% by bring him on board. Idea is to replace him latest by end of March 2012.
Since the GM is low for this New ▇▇ we need your approval.
Mail below from ▇▇▇▇▇▇ (delivery manager for Clinical development) has detailed the business case to get him on board for 5 to 6 months.

Request for your approval please. Attached are the workings of GM incase you wish to see details.

Thanks

Regards
▇▇▇▇▇▇▇▇
Business Relationship Manager
Tata Consultancy Services
▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Website: http://www.tcs.com
_____
Experience certainty.    IT Services
          Business Solutions
          Outsourcing
_____

----- Forwarded by ▇▇▇▇▇▇▇▇▇▇▇▇ on 10/03/2011 06:00 PM -----
From: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

To: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Attorneys' Eyes Only

Date:

10/03/2011 02:53 PM

Subject:

Business Case for ▮▮▮▮▮

---

▮▮▮▮▮

Can you please get the ISU Head approval for ▮▮▮▮▮▮▮ ? Please find attached the business case.

1. Today Clinical Development Team Size is 55: 15 Onshore, 40 Offshore

2. We have had 4 visa rejections at offshore in last 2 months (Aug & Sep) and due to unavailability of ▮▮▮ skilled (Niche Skill) resources at onshore, we are in need to recruit a ▮▮▮▮▮▮▮ locally for supporting current development project & new project.

3. We desperately need a ▮▮▮▮▮▮▮▮

4. ▮▮▮▮▮▮▮▮▮ had worked with ▮▮▮▮ earlier and has received good client feedback during his previous assignment.

5. ▮▮▮▮▮ will be charged $135/Hr from ▮▮▮▮ and we need to pay him $125/Hr

6. This will reduce GM for Clinical Development from 47.4% to 44.6%

7. During Mar'2012, One of these two associates from offshore (▮▮▮▮ / ▮▮▮▮▮) are planned to get visa ready and will replace the onsite local recruit. This will effectively bring back the to 47.4%

9. ▮▮▮▮▮ absence will lead to customer escalation and possibly end of TCS presence in rules space in Clinical.

10. We won $250K for FP Project in this space beating ▮▮▮▮ (Existing vendor) & ▮▮▮▮▮▮ because we showcased our expertise in ▮▮▮ technology

Regards,
▮▮▮▮
▮▮▮▮▮▮

[attachment "GM_rgX_cgX_including_onsite_recruit -_▮▮▮▮ review V0.1.xls" deleted by ▮▮▮▮▮▮ ▮▮▮▮▮▮]

Attorneys' Eyes Only

TCSLTD003189631