Ex. 98 to Plaintiffs' Class Cert. Reply (Dkt. #196-50)

Ex. 96 to Plaintiffs' Summ. J. Surreply (Dkt. #199-27)

| | |
|---|---|
| **From:** | ▮▮▮▮▮ |
| **Sent:** | April 09, 2014 4:00 PM |
| **To:** | ▮▮▮▮▮ |
| **Cc:** | ▮▮▮▮▮ |
| **Subject:** | Fw: Local Hire - QA Lead for ▮▮▮ |

FYI Pls.

Regards,
▮▮▮

Thanks & Regards
▮▮▮▮▮
Engagement Manager
Tata Consultancy Services
▮▮▮▮▮
Website: http://www.tcs.com
_____
Experience certainty.     IT Services
                Business Solutions
                Consulting
_____

----- Forwarded by ▮▮▮▮▮ on 04/09/2014 11:57 AM -----

| | |
|---|---|
| **From:** | ▮▮▮▮▮ |
| **To:** | ▮▮▮▮▮ |
| **Cc:** | ▮▮▮▮▮ |
| **Date:** | 04/09/2014 11:23 AM |
| **Subject:** | Re: Re: Local Hire - QA Lead for ▮▮▮ |

Ok Approved.

▮▮▮

We need alternate plans otherwise this will be a RED project.
With Best Rgds,

▮▮▮

▮▮▮
Tata Consultancy Services
www.tcs.com

_____

▮▮▮---04/09/2014 11:22 AM ZE5B---Hi ▮▮▮ We are having the following constraints and hence the request for the local hire option

From: ██████
To: ████████
Cc: ████████████████████████
Date: 04/09/2014 11:22 AM ZE5B
Subject: Re: Re: Local Hire - QA Lead for ████

Hi ████████

We are having the following constraints and hence the request for the local hire option

a/ The location is not H1 compliant limiting our search to L1 ready profiles

b/ Requirement is for a niche skill as given below
   1. Strong technical background - Knowledge of web development technologies such as XML, HTML, CSS and Object Oriented Programming
   2. Knowledge of UNIX is mandatory
   3. Experience in manual testing of Web development applications
   4. Strong automation experience
   5. Knowledge of change management tools such as GIT

c/ We identified an L1A ready senior profile but was rejected due to gaps in the above requirement

Also going by the current rejection rate (4-5 candidates have been rejected by the customer already) it would be difficult to identify a Visa ready associate who will match the above skills.

As a backup plan we'd initiate L1 Visa for suitable profiles and plan to replace the local hire in the next 4 - 6 months. Request your approval to take this forward please.

Thanks & regards,
████

████████
Tata Consultancy Services
████████████
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____

-----████████████████ wrote: -----
To: ████████████████████████████████████
From: ████████████████████
Date: 04/09/2014 03:13AM
Cc: ████████████████████████████████████

Attorneys' Eyes Only

Subject: Re: Local Hire - QA Lead for ▮

▮ ▮ ▮ - Can't we get a QA onsite lead? Why do we need to recruit for this?

With Best Rgds,

▮

▮
Tata Consultancy Services
www.tcs.com

▮ ---04/08/2014 01:16 AM ZE5B---Hi ▮ Request your approval to take this forward.

From: ▮
To: ▮
Cc: ▮
Date: 04/08/2014 01:16 AM ZE5B
Subject: Fw: Local Hire - QA Lead for ▮


Hi ▮

Request your approval to take this forward.

Associate name: ▮
Skill Set: QA Lead
Account: ▮
Cost : 64 USD/hr
Bill Rate: 75 USD/hr
GM: 15%

Thanks & Regards
▮
Engagement Manager
Tata Consultancy Services
▮

Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____
----- Forwarded by ▮ on 04/07/2014 03:47 PM -----

From: ▮
To: ▮
Cc:

Date:

04/07/2014 02:55 PM

Subject:

Re: Local Hire - QA Lead for ▮

Hi ▮

Please find the attached cost sheet. ▮ from ▮ provided the profile for this position.

Thanks & Regards,
▮
Engagement Manager - ▮
▮
Tata Consultancy Services
▮
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____

----- ▮ : -----
To: ▮
From: ▮
Date: 04/07/2014 02:40PM
cc: ▮
Subject: Re: Local Hire - QA Lead for ▮

Hi ▮,

Please share the cost sheet along with associate details. Also, confirm the source of profile (from ▮ - who was involved in this hiring).

Thanks,
▮

Thanks & Regards
▮
Engagement Manager
Tata Consultancy Services
▮
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting

From:

To:

Cc:

Date:

Subject:

▬▬▬▬▬▬---04/07/2014 09:50:56 AM---Hi ▬▬ Looking for ISU approval on below as advised by ▬▬

04/07/2014 09:50 AM

Re: Local Hire - QA Lead for ▬▬

Hi Siva,

Looking for ISU approval on below as advised by ▬▬

Thanks & Regards,
▬▬▬▬
Engagement Manager - ▬▬
▬▬▬▬
Tata Consultancy Services
Mailto: ▬▬▬▬▬▬
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____

-----▬▬▬▬▬▬ wrote: -----

To: ▬▬▬▬▬▬
From: ▬▬▬▬▬▬
Date: 04/04/2014 02:12PM
cc: ▬▬▬▬▬▬
Subject: Re: Local Hire - QA Lead for ▬▬

Ok ▬▬▬▬.

Regards,
▬▬

On Apr 4, 2014, at 2:08 PM, ▬▬▬▬▬▬ > wrote:
Hi Kapil,

We are looking to do a local hire for QA Lead position as result of one of the associate returning to India due to visa issues

Attorneys' Eyes Only

TCSLTD001843645

and this is currently a critical customer concern. The summary of cost and margin detail is as below. I also attaching detailed cost sheet for your reference.

| | |
|---|---|
| Cost per hours | 64 |
| Rate per chargeable hour | 75 |
| Actual Margin | 15% |
| Dip in margin for next financial year | 1.30% |
| Dip in margin for entire 5 year engagement | 1.37% |

Please approve the same so that we can close this as soon as possible.

Thanks & Regards,

███████████

Engagement Manager - ███████

███████████

Tata Consultancy Services

███████████████████████

Website: http://www.tcs.com

___

Experience certainty. IT Services
Business Solutions
Consulting

___

[attachment "Cost Sheet New-███████████.xlsx" deleted by ███████████████ ]