Ex. 99 to Plaintiffs' Class Cert. Reply (Dkt. #196-51)

Ex. 97 to Plaintiffs' Summ. J. Surreply (Dkt. #199-28)

Case 4:15-cv-01696-YGR Document 245-24 Filed 01/03/18 Page 1 of 17

| | |
|---|---|
| From: | [redacted] |
| Sent: | October 24, 2014 1:42 PM |
| To: | [redacted] |
| Cc: | [redacted] |
| Subject: | Re: Fw: Assurance Tagging of [redacted] pending case. - [redacted] |

Thanks [redacted] for your reply.

She is expected to join back from 03-Nov-2014 and will continue in the same role. We have agreement with [redacted] rehires that we will not release them from current [redacted] project atleast one year unless they are willing to be releases. She will complete her one year in TCS on 6-March-2015.

I have already identified her replacement [redacted] and his L1A Individual visa petition has been approved. He is expected to get visa stamped in December-2014. I am planing to have her released in the month of March-2015.

Please let me know if any additional details are needed. Thanks for all your help !

Thanks & Regards
[redacted]
[redacted] QA Delivery Manager
Tata Consultancy Services
[redacted]
[redacted]
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____


-----[redacted] wrote: -----

To: [redacted]
From: [redacted]
Date: 10/22/2014 11:42PM
Cc: [redacted]
Subject: Re: Fw: Assurance Tagging of [redacted] pending case. [redacted]

Hi [redacted]

When is she expected to join back? Is she going to continue in the same role? What is her release plan?

Regards
[redacted]

[redacted] 10/22/2014 11:40:39 PM---Dear [redacted] & [redacted], Please help to tag [redacted] to Assurance unit. She has been hired from [redacted] and wo

From: [redacted]
To: [redacted]

Attorneys' Eyes Only
TCSLTD004623398

Cc: ███
Date: 10/22/2014 11:40 PM
Subject: Re: Fw: Assurance Tagging of ██ pending case. ███

Dear ███ & ███

Please help to tag ███ to Assurance unit. She has been hired from ██ and working for QA team. She is currently on ███.

Thanks & Regards
███
██ QA Delivery Manager
Tata Consultancy Services
███
███
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____

-----Mohit Mohire/MUM/TCS wrote: -----
To: ███
From: ███
Date: 10/22/2014 12:49PM
Cc: ███
Subject: Re: Fw: Assurance Tagging of ██ pending case. ███

███

We discussed .Pls provide necessary details regarding her QA profile to
assurance RMG and close this on priority.


Regards
███
Demand Portfolio Manager ,
███
Tata Consultancy Services
███

Attorneys' Eyes Only
TCSLTD004623399

Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____

-----█████████████████████ wrote: -----

========================
To: ████████████████████████████████████████████████████ ███████
████████████████
From: ████████████████████████
Date: 10/20/2014 12:03PM
Cc: ████████████████████████████ ████████████████████████████ █████
████████████████████████████████████████████████████████████████
████████████████████████████████████████
Subject: Re: Fw: Assurance Tagging of █ pending case. ███████████████
████████
========================

   Dear ███████████

We discussed, ████████████████████████████ was hired for assurance & has been part of the QA team in ████████████████ from day one. She has not been released from the account. I'm looping ████████████ ( QA delivery manager) who can confirm the same and will also share her profile details.

████

██████████ has requested for ████████████ profile inorder to make the tagging changes.

Regards
████████████████
Demand Portfolio Manager ,
████████████████████
Tata Consultancy Services
████████████████████████
████████████████████████████
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____

Attorneys' Eyes Only

```
-----[REDACTED]          wrote: -----
To: [REDACTED]
From: [REDACTED]
Date: 10/20/2014 06:22AM
Cc: [REDACTED]
```

Subject: Re: Fw: Tagging of few [REDACTED] pending cases.

Hi [REDACTED]

Associate was hired by the ISU.

Why has this tagging change been requested. I have not been intimated about this.

Regards
[REDACTED]
Resource Management Group
Tata Consultancy Services
379 Thornall Street - 4th Floor,
Edison
New Jersey - 08837, New Jersey
United States
[REDACTED]

Website: http://www.tcs.com
_____
Experience certainty. IT Services
 Business Solutions
 Consulting
_____

[REDACTED]          ---10/20/2014 06:43:34 AM---++ [REDACTED]          Thanks & Regards

From: [REDACTED]
To: [REDACTED]

Attorneys' Eyes Only
TCSLTD004623401

```
Date: 10/20/2014 06:43 AM
Subject: Re: Fw: Tagging of few ▇ pending cases.




++ ▇

Thanks & Regards
▇
Resource Management Lead, MIS ISU
Yantra Park, Mumbai
Tata Consultancy Services
▇    ▇
▇
▇
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____


▇---10/20/2014 03:40:23 PM---Not approved. ▇ -
FYI Regards

From: ▇
To:   ▇
Cc:   ▇
▇
Date: 10/20/2014 03:40 PM
Subject: Re: Fw: Tagging of few ▇ pending cases.




Not approved.

▇ - FYI

Regards
▇

▇---10/20/2014 03:29:23 PM---Dear ▇   Request your
```

Attorneys' Eyes Only

TCSLTD004623402

approval please.

From: ▮▮▮▮▮
To: ▮▮▮▮▮ TCS
Cc: ▮▮▮▮▮

Date: 10/20/2014 03:29 PM
Subject: Re: Fw: Tagging of few ▮ pending cases.


Dear ▮▮▮▮▮

Request your approval please.
EMP NOEMP NAMECURRENT IOUNEW IOU
▮▮▮▮▮-Media & Information Services1-Group1ASU


Thanks & Regards,
▮▮▮▮▮

Shared Services
ISU Tagging Support
Tata Consultancy Services Limited
▮▮▮▮▮, Llyods Road,
Gopalapuram, Chennai - 600086.


▮▮▮▮▮---10/17/2014 11:33:35 PM---Hi Team Please help Best Regards

From: ▮▮▮▮▮
To: ▮▮▮▮▮
Cc: ▮▮▮▮▮

Date: 10/17/2014 11:33 PM
Subject: Re: Fw: Tagging of few ▮ pending cases.



Hi Team

Attorneys' Eyes Only
TCSLTD004623403

Please help

Best Regards

▮▮▮▮▮▮
Support Executive - NA RMG
MFG, LS, ER, EntSol, EIS - IOUs
Tata Consultancy Services Limited
TCSL Siruseri SEZ Unit, Plot 1G1, SIPCOT I.T.Park,
Siruseri, Navalur Post, Kancheepuram District
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
India.
Tata Consultancy Services
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____


▮▮▮▮▮▮▮▮▮▮---10/17/2014 08:32:06 PM---Dear ▮▮▮▮▮▮ Seems like re tagging of one the below cases has not be completed ; Refer mail chain be

From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Cc: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Date: 10/17/2014 08:32 PM
Subject: Re: Fw: Tagging of few ▮▮ pending cases.



Dear ▮▮▮▮▮▮

Seems like re tagging of one the below cases has not be completed ; Refer mail chain below.  Can we pls close this ASAP.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮


Regards
▮▮▮▮▮▮▮▮▮▮

```
Demand Portfolio Manager ,
████████████████
Tata Consultancy Services
████████████████
████████████████████████████
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____


████████----09/16/2014 09:57:53 AM---Hi Team Please help to get tagging
change for below resources. Best Regards

From:   ████████████████
To:     ████████████████████████████
Cc:     ████████████████████████████████████████████████
        ████████████████████████████████████████████████
Date: 09/16/2014 09:57 AM
Subject: Re: Fw: Tagging of few ██ pending cases.



Hi Team

Please help to get tagging change for below resources.

Best Regards
████████
Support Executive - NA RMG
MFG, LS, ER, EntSol, EIS - IOUs
Tata Consultancy Services Limited
TCSL Siruseri SEZ Unit, Plot 1G1, SIPCOT I.T.Park,
Siruseri, Navalur Post, Kancheepuram District
Chennai - ████████, Tamil Nadu
India.
Tata Consultancy Services
████████████████████████████
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
```

```
▮▮▮▮▮---09/16/2014 01:44:45 AM---▮▮▮▮  Could you kindly also  take
care of  ▮▮▮▮▮▮▮  tagging for below;

From:    ▮▮▮▮▮▮▮▮▮▮▮
To:      ▮▮▮▮▮▮▮▮
Cc:      ▮▮▮▮▮▮▮▮▮▮▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
         ▮▮▮▮▮▮▮▮▮▮▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Date: 09/16/2014 01:44 AM
Subject: Re: Fw: Tagging of few ▮ pending cases.




▮▮▮

Could you kindly also  take care of  ▮▮  and ▮▮  tagging for below;

▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮




Regards
▮▮▮▮▮
Demand Portfolio Manager ,
▮▮▮▮▮▮
Tata Consultancy Services
▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____



▮▮▮▮▮▮---09/15/2014 02:57:46 PM---Hi ▮▮▮  Already tagging has been
initiated in the system. Best Regards

From:   ▮▮▮▮▮▮▮▮▮▮
```

Attorneys' Eyes Only  TCSLTD004623406

```
To:     ██████████████████████
Cc:     ████████████████████████████████████████████
        ████████████████████████████████████████████████
Date: 09/15/2014 02:57 PM
Subject: Re: Fw: Tagging of few ██ pending cases.
```

Hi ██████

Already tagging has been initiated in the system.

Best Regards
██████████
Support Executive - NA RMG
MFG, LS, ER, EntSol, EIS - IOUs
Tata Consultancy Services Limited
TCSL Siruseri SEZ Unit, Plot 1G1, SIPCOT I.T.Park,
Siruseri, Navalur Post, Kancheepuram District
Chennai - ████████, Tamil Nadu
India.
Tata Consultancy Services
██████████████████████████
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____

██████████████---09/15/2014 07:43:48 PM---██████ & ██████████ Pls take care of this Ent Sol . Refer ████████ approval below.

```
From:   ████████████████████████
To:     ████████████████████████████████████████
Cc:     ████████████████████████████████████████████████
        ██████████████████████████████████████████
Date: 09/15/2014 07:43 PM
Subject: Re: Fw: Tagging of few ██ pending cases.
```

██████ & ██████████

Attorneys' Eyes Only                                        TCSLTD004623407

Pls take care of this Ent Sol . Refer ▮▮▮▮▮ approval below.

Regards
▮▮▮▮▮
Demand Portfolio Manager ,
▮▮▮▮▮
Tata Consultancy Services
▮▮▮▮▮
▮▮▮▮▮
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____

▮▮▮▮▮---09/12/2014 09:46:21 AM---OK for tagging  With Best Regards

From: ▮▮▮▮▮
To: ▮▮▮▮▮
Cc: ▮▮▮▮▮
▮▮▮▮▮
Date: 09/12/2014 09:46 AM
Subject: Re: Fw: Tagging of few ▮ pending cases.


OK for tagging

With Best Regards
▮▮▮▮▮
RMG Lead - EIS and Enterprise Solutions, North America
Tata Consultancy Services
▮▮▮ ▮▮▮▮▮
▮▮▮▮▮
▮▮▮▮▮
▮▮▮▮▮
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions

Attorneys' Eyes Only                                                                                                                    TCSLTD004623408

Consulting
_____

▮▮▮▮▮▮▮▮---09/12/2014 10:22:34 AM---Hi ▮▮▮▮▮ Could you please help tag ▮▮▮▮▮▮▮▮ & ▮▮▮▮▮▮▮▮ from below list to ▮▮▮▮▮ .

From: ▮▮▮▮▮▮▮▮▮▮▮
To: ▮▮▮▮▮▮▮▮▮▮▮
Cc: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
Date: 09/12/2014 10:22 AM
Subject: Fw: Tagging of few ▮ pending cases.


Hi ▮▮▮▮▮

Could you please help tag ▮▮▮▮▮▮▮▮ & ▮▮▮▮▮▮▮▮ from below list to ▮▮▮▮▮ . Both are part of our July release list with SAP skill set.

Some how they were missed out from our tagging exercise last month.


Regards
▮▮▮▮▮▮▮
Demand Portfolio Manager ,
▮▮▮▮▮▮▮
Tata Consultancy Services
▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____
----- Forwarded by ▮▮▮▮▮▮▮▮▮▮ on 09/12/2014 09:18 AM -----

From: ▮▮▮▮▮▮▮▮▮▮
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Cc: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮
Date: 09/12/2014 04:36 AM
Subject: Re: Fw: Onsite PM requirement

I spoke to you this Tuesday and got the below info. Can you assign somebody at onsite to take care of 5 tagging change cases of ▮? This tagging change should have been complete long time back. With ▮▮▮▮▮ associates not being tagged to their respective units, they don't appear in "available" list of their respective RMG teams and further reduces their chance of deployment. People are unallocated with as many as 56 days exactly due to this..

▮▮▮▮▮▮▮▮
Delivery Lead - Publishing & information Services Segment
M&IS ISU
Tata Consultancy Services
▮▮▮  ▮▮▮▮▮▮▮▮▮
▮▮▮▮ ▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____

▮▮▮▮▮▮▮▮▮▮▮---09/11/2014 05:54:07 PM---Dear ▮▮▮▮▮ Can we take ▮▮▮▮ help then to Detag. Thanks & Regards

From: ▮▮▮▮▮▮▮▮▮▮▮
To: ▮▮▮▮▮▮▮▮▮▮
Date: 09/11/2014 05:54 PM
Subject: Fw: Onsite PM requirement


Dear ▮▮▮▮▮

Can we take ▮▮▮▮ help then to Detag.

Thanks & Regards

Attorneys' Eyes Only
TCSLTD004623410

▮

Resource Management Lead, MIS ISU
Yantra Park, Mumbai
Tata Consultancy Services
▮    ▮
▮
▮

Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

----- Forwarded by ▮ on 09/11/2014 05:52 PM -----

From: ▮
To: ▮ S
Cc: ▮
▮

Date: 09/10/2014 07:06 PM
Subject: Re: Onsite PM requirement

▮

As shared yesterday, both the ▮ associates are SAP local hires (need to be tagged to ▮). Both are released from ▮. The ▮ associate is an expat and formally released by ▮ team.

We should focus on detagging the ▮ associates and deploying the ▮ associate.

▮

Delivery Lead - Publishing & information Services Segment
M&IS ISU
Tata Consultancy Services
▮    ▮
▮
▮
▮

Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

▓▓▓▓▓▓▓▓▓▓▓▓▓---09/10/2014 11:19:45 AM---Dear All,  We have a PM requirement in ▓▓▓▓▓▓ can we consider any of the following Onsite availabl

From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
To: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓
Cc: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Date: 09/10/2014 11:19 AM
Subject: Onsite PM requirement


Dear All,

We have a PM requirement in ▓▓▓▓▓▓ can we consider any of the following Onsite available associates for the same, need your inputs -

Employee NumberEmployee NameLast Project CustomerDepute BranchGrade
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓ - Iselin, NJ(South)C3A
882153Ms. Vidya ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓S - ~~Iselin~~,
NJ(South)C3A
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ - NEW YORK 1,
NYC3B
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ - Iselin, NJ(South)C3A

Thanks & Regards

▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Resource Management Lead, MIS ISU
Yantra Park, Mumbai
Tata Consultancy Services
▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

Proud title sponsor of the TCS New York City Marathon

Attorneys' Eyes Only

TCSLTD004623413