Ex. A3 to Plaintiffs' Class Cert. Reply (Dkt. #196-2)

Ex. 90 to Plaintiffs' Summ. J.   Surreply (Dkt. #199-21)

| | |
|---|---|
| From: | ████████ |
| Sent: | April 24, 2015 9:10 PM |
| To: | ████████ |
| Cc: | |
| Subject: | RE: Release plan - ████████ |
| Attachments: | RE: Travel Request Screen shot |

████████

Due to customer commitment and special situation, we have to move few people to offshore. This was discussed and approved by ████ as well. These people who are earmarked for offshore will go there and settle the new model. We are working to find good opportunity in MHE and we will bring them back.

So ████████ is part of offshore movement and please see the attached email for your reference!

Thanks

████████ | TCS Engagement Manager |
████████████████████
████████████ |

**From:** ████████
**Sent:** Friday, April 24, 2015 4:53 PM
**To:** ████████i
**Cc:** ████
**Subject:** Fw: Release plan - ████████
**Importance:** High

Dear ████

Please confirm the release of ████████ so that we can map her for open requirements.

As per Corporate directive we have to utilitize the visa ready associates at onsite.

Thanks & Regards,
████████
RMG Lead - NA - DESS - Technology BU - Hi-Tech - Telecom - MIS - Utilities
Tata Consultancy Services
5201 Great America Parkway, Suite 522
Santa Clara, California - 95054
United States
████████████

Website: http://www.tcs.com
_____
Experience certainty. IT Services
 Business Solutions

Consulting

----- Forwarded by ▮▮▮▮▮▮ r/AMER/TCS on 04/24/2015 01:51 PM -----

From: ▮▮▮▮▮▮ KOL/TCS
To: ▮▮▮▮▮▮ /AMER/TCS@TCS
Cc: ▮▮▮▮▮▮ /CHN/TCS@TCS
Date: 04/15/2015 06:53 AM
Subject: Re: Release plan - ▮▮▮▮▮▮

Good Morning ▮▮▮▮▮▮,

I am ▮▮▮▮▮▮ ) with an H1B visa.

I am currently working for ▮▮▮▮▮▮ in Columbus, Ohio, for the last one year or so. A few days back I was asked to return to India by middle of May as my project is ending.

I had requested a release as I still have visa till **30th Sep 2017**. But my manager/supervisor ▮▮▮▮▮▮ refused.

Kindly help me get a release so that I can try for some other project here.

My Details are :

Name : ▮▮▮▮▮▮
Employee Id: ▮▮▮▮
ISU : IS-Media & Information Services1-Group1
Existing Project Role : Business Analyst – MPD Application
Visa Type : H1B
Thanks & Regards,
▮▮▮▮▮▮
Tata Consultancy Services
Mailto: ▮▮▮▮▮▮
Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting

----- ▮▮▮▮▮▮ /CHN/TCS wrote: -----
To: ▮▮▮▮▮▮ /KOL/TCS@TCS
From: ▮▮▮▮▮▮ /CHN/TCS
Date: 04/14/2015 09:35PM
Cc: ▮▮▮▮▮▮ AMER/TCS@TCS
Subject: Re: Release from project - ▮▮▮▮▮▮

Hi,

Attorneys' Eyes Only

Please speak to your project lead and your RMG , please,

Best Regards

███████████
Talent Engagement Partner
1000, Summit Drive, Suit 100,
Milford , OH - 45150.
Tata Consultancy Services Limited
███████████

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting

███████ ---04/14/2015 12:02:17 PM--- Good Morning,

From: ███████████ /KOL/TCS
To: ███████ /CHN/TCS@TCS, ███████ /AMER/TCS@TCS
Date: 04/14/2015 12:02 PM
Subject: Release from project - ███████

Good Morning,

I am ███████████████████████ with an H1B visa.

I am currently working for ███████████ in Columbus, Ohio, for the last one year or so. A few days back I was asked to return to India by middle of May as my project is ending.

I had requested a release as I still have visa till **30th Sep 2017**. But my manager/supervisor ███████ refused.

Kindly help me get a release so that I can try for some other project here.

My Details are :

Name : ███████████
Employee Id: ██████
ISU : IS-Media & Information Services1-Group1
Existing Project Role : Business Analyst – MPD Application

Visa Type : H1B

Note : If you are not the correct person to help me out for this, can please route this to the person who can help me out?

▓▓▓▓▓
Tata Consultancy Services
Mailto: ▓▓▓▓▓
Website: http://www.tcs.com

_____

Experience certainty. IT Services
Business Solutions
Consulting

_____[attachment "Release plan from onshore to offshore - ▓▓▓▓▓ ▓▓▓▓▓.msg" deleted by ▓▓▓▓▓ /CHN/TCS]

=====-----=====-----=====

Notice: The information contained in this e-mail message and/or attachments to it may contain confidential or privileged information. If you are not the intended recipient, any dissemination, use, review, distribution, printing or copying of the information contained in this e-mail message and/or attachments to it are strictly prohibited. If you have received this communication in error, please notify us by reply e-mail or telephone and immediately and permanently delete the message and any attachments. Thank you

Attorneys' Eyes Only

TCSLTD004016553