Ex. A4 to Plaintiffs' Class Cert. Reply (Dkt. #196-2)

Ex. 91 to Plaintiffs' Summ. J.   Surreply (Dkt. #199-22)

**From:**         ███████████████████████
**Sent:**          June 09, 2014 11:00 PM
**To:**            ████████████████
**Cc:**            ██████████████████████
**Subject:**       Urgent -- Fw: Regarding project

Dear ██████,

I understand the direction from our leadership team on leveraging visa ready expat associates, but this case is different. I am not sure you got the full picture. ███████ visa is L1B and has expired months back. His application for extension got RFE. Now with his L1B extension process and the poor chances of getting extension, doesn't allow anyone to utilize him effectively. I am not sure if any account would be interested to invest in him for just 2 to 3 months. He is notified of his release 3 weeks back and with no calls till date, I do not think he would get any other position in USA.

I appreciate if you can ask associate to raise a travel request back to India without wasting any further time.

Regards,
████████
Tata Consultancy Services

Mailto: █████████████████
Website: http://www.tcs.com

_____
Experience certainty.      IT Services
                           Business Solutions
                           Consulting
_____
----- Forwarded by ████████████ /AMER/TCS on 06/09/2014 06:53 PM -----

From:      ████████████████
To:        ████████ /MUM/TCS@TCS
Cc:        ████████ /MUM/TCS@TCS, ███████████ AMER/TCS@TCS
Date:      06/09/2014 01:45 PM
Subject:   Fw: Regarding project

Hi ██████
      FYI

Regards,
████████
Tata Consultancy Services
Mailto: ████████████████
Website: http://www.tcs.com

_____
Experience certainty.      IT Services
                           Business Solutions
                           Consulting
_____

----- Forwarded by ██████████ /HYD/TCS on 06/09/2014 12:44 PM -----

From:         ██████████ /MUM/TCS
To:           ██████████ /HYD/TCS@TCS
Date:         06/05/2014 06:53 PM
Subject:      Re: Regarding project

At client site today and tomm. I have notified ████ that there is no need to raise travel request to offshore now. We are in the midst of project search so will let him know in 2 weeks, FYI

Best Regards,
████████████, SPHR
RMG Lead - Hi-Tech, Telecom, MIS, Utilities, GE, GCP & DESS
5201 Great America Parkway, Ste. 522
Santa Clara, CA 95054

Tata Consultancy Services
Mailto: ██████████████████
Website: http://www.tcs.com

_____

Experience certainty. IT Services
Business Solutions
Consulting

_____

_____████████████---06/05/2014 04:43:21 PM---Hi ████, I am unable to reach you on your desk number. Could you please share your number or plea

From:         ██████████ /HYD/TCS
To:           ██████████ /MUM/TCS@TCS
Date:         06/05/2014 04:43 PM
Subject:      Regarding project

Hi ████,
        I am unable to reach you on your desk number. Could you please share your number or please give me a call@ ████
██████.
I got release form the account on Monday there is lot pressure on me and I request you to please do the needful to get my next assignment.

Thanks in advance!!

Regards,
████████████
██████████.
Tata Consultancy Services
Mailto: ████████████████████

TCSLTD004040305

Website: http://www.tcs.com

Experience certainty.      IT Services
                 Business Solutions
                 Consulting