Ex. A5 to Plaintiffs' Class Cert. Reply (Dkt. #196-2)

| | |
|---|---|
| From: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Sent: | July 23, 2014 2:46 PM |
| To: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Cc: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Subject: | RE: ▓▓▓▓ improvement and BA replacement plan |

Hi ▓▓▓▓,

Whatever releases I'll have here, matching the skills of these BAs, I'll route to ▓▓▓▓.

Pega, Web Methods, Tandem and Scrum, will be a challenge.

Please keep our Cincinnati RMG Lead ▓▓▓▓ copied in all the mail communications that'll happen in this exercise. Cincinnati DCH has given certain directives we need to comply with, regarding placing H1Bs in the local projects there.

Dear ▓▓▓▓,

I'll connect with you to seek help on this.

Regards
▓▓▓▓
RMG Lead, BFS NA
Follow me on KNOME: https://knome.ultimatix.net/u/chinmay.tripathi
Tata Consultancy Services
379 Thornall Street - 4th Floor
Edison, New Jersey - 08837
United States
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Website: http://www.tcs.com

---

Experience certainty.      IT Services
                           Business Solutions
                           Consulting

---

"▓▓▓▓▓▓▓▓▓▓" ---07/23/2014 09:20:49 AM---Dear ▓▓▓▓ This is the details, and we can support with BSA and Java profile and few web methods t

| | |
|---|---|
| From: | "▓▓▓▓▓▓▓▓" <▓▓▓▓▓▓▓▓▓▓▓▓ |
| To: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Cc: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Date: | 07/23/2014 09:20 AM |
| Subject: | RE: ▓▓▓▓ improvement and BA replacement plan |

Dear ▇▇▇▇

This is the details, and we can support with BSA and Java profile and few web methods through Expat

And we really need your support on the same

| Row Labels | Count of Employee # |
|---|---|
| BPM | 1 |
| BSA | 2 |
| Business Analysis | 4 |
| ETL Data Stage and Business Objects | 1 |
| Java | 2 |
| Mainframe / Assembler | 1 |
| NA | 1 |
| PEGA, LBA | 3 |
| PEGA, LSA | 1 |
| QA | 1 |
| Scrum Master | 2 |
| TANDEM | 1 |
| Web Method | 2 |
| (blank) | |
| **Grand Total** | **22** |

Thanks & Regards
▇▇▇▇
BFS RMG – NA Head
Tata Consultancy Services
Ph:- ▇▇▇▇
Cell:- ▇▇▇▇
Mailto: ▇▇▇▇
Website: http://www.tcs.com

___

Experience certainty. IT Services
Business Solutions
Consulting

___

**From:** ▇▇▇▇
**Sent:** Wednesday, July 23, 2014 6:44 PM
**To:** ▇▇▇▇
**Cc:** ▇▇▇▇
**Subject:** RE: ▇▇▇▇ improvement and BA replacement plan

Dear ▇▇▇▇,

Request you to share the BA details along with the skill set for ▇▇▇▇ Customer ( BFS NA )

Regards
███████████
RMG Lead, BFS NA
Follow me on KNOME: https://knome.ultimatix.net/u/chinmay.tripathi
Tata Consultancy Services
379 Thornall Street - 4th Floor
Edison, New Jersey - 08837
United States
███████████

Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

From: ███████████
To: ███████████
Cc: ███████████
Date: 07/23/2014 01:22 AM
Subject: RE: ███████ improvement and BA replacement plan


Sure ███████

Will do the same with immediate effect,

Dear ███████

Request you to share the BA details along with the skill set for us to do the Expat Mapping

Thanks & Regards
███████████
BFS RMG – NA Head
Tata Consultancy Services
███████████

Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

From: ███████████
Sent: Wednesday, July 23, 2014 5:04 AM

Attorneys' Eyes Only
TCSLTD001959148

To: █████
Cc: █████
Subject: Fw: ███████ improvement and BA replacement plan

Dear █████████,

We need to replace all BAs in ████ on war footing. Please map VISA ready associates from offshore and work with █████. Account team will absorb and train associates on the gaps while their LCAs are worked out by FDFU teams. Please share daily progress.

Thanks & Regards
█████

Operations - BFS NA
Tata America Intl. Corp.
█████

Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

----- Forwarded by █████/AMER/TCS on 07/22/2014 07:31 PM -----

From: █████
To: █████ CHN/TCS@TCS
Cc: █████/BLR/TCS@TCS, █████/BLR/TCS@TCS, █████/DEL/TCS@TCS, █████/BLR/TCS@TCS, █████/AMER/TCS@TCS, █████/BLR/TCS@TCS, █████/BLR/TCS@TCS, █████/AMER/TCS@TCS, █████/CHN/TCS@TCS
Date: 07/22/2014 10:47 AM
Subject: Re: ██████ improvement and BA replacement plan
Sent by: █████

█████,

We have not got any CVs ...pls help ...

Regards,

█████

Tata Consultancy Services
Mailto: █████
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

From: █████
To: █████

Cc: ▮

Date: 07/17/2014 02:03 PM
Subject: Re: ▮ improvement and BA replacement plan
Sent by: ▮

Thanks ▮.

▮ -

Please find the list of BAs that we are planning to replace at onsite. Please help with visa ready profiles, and onsite releases who can be mapped to these requirements at the earliest.
This exercise is critical for GM improvement in this quarter.

[attachment "BA Replacement Plan - 07152014.xlsx" deleted by ▮ /BLR/TCS]

Regards,

▮
Tata Consultancy Services
Mailto: ▮
Website: http://www.tcs.com

____

Experience certainty. IT Services
Business Solutions
Consulting

____

From: ▮
To: ▮
Cc: ▮

Date: 07/16/2014 02:53 PM
Subject: Re: ▮ improvement and BA replacement plan

Thanks ▮! We will review this.

Meanwhile, could you please share the Requirements with ▮ so that they could immediately work on the fulfillment plan ?

Regards
▮
BFS - Program Management
Tata Consultancy Services

Ph:- ▮
Buzz:- ▮
Cell:- ▮
Mailto: ▮
Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting

From: ▮ /EMEA/TCS
To: ▮
Cc: ▮
Date: 07/16/2014 02:22 PM
Subject: ▮ improvement and BA replacement plan
Sent by: ▮

▮,

Attached is the OL improvement and BA replacement plan for ▮. We are working to able to realize the benefits in Q2 -the GM improvement plan provided last week factors in some of the below proposals.

Overall priorities for Q2 :
1. Onsite BA reductions ==> GM improvements
2. OL improvements in engagements where we have control ==> GM improvements
3. Negotiations with Vantiv to remove fee reductions in engagements where ▮ is not allowing us to move to 10-90 ==> Topline growth + GM improvements

We will need support for onsite BA replacements (21) - offshore visa ready profiles and onsite releases to be made available to us on priority.

[attachment "Optimisation view.xlsx" deleted by ▮ S/BLR/TCS]

We can discuss later this week at your convenience.

Regards,

▮
Tata Consultancy Services
Mailto: ▮
Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting

_____

Attorneys' Eyes Only

TCSLTD001959152