Ex. A6 to Plaintiffs' Class Cert. Reply (Dkt. #196-2)

Ex. 92 to Plaintiffs' Summ. J.   Surreply (Dkt. #199-23)

| | |
|---|---|
| **From:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Sent:** | May 13, 2015 4:20 AM |
| **To:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Cc:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Subject:** | Retention Details |
| **Attachments:** | Exit Details.xlsx |

Dear All

Please refer to retention initiative for employees. We have instructed ▓▓▓▓ to take RM's approval for all Expat employees to ensure that we have explored all retentions possibilities before proceeding with separation.

Also , PFA the exit interview/retention details form to be filled for each Expat employee. This needs to filled for each Expat employee who submits his/her resignation.

This would be required in addition to regular checklist being sent to ▓▓▓▓.

Please make sure you review every case to explore all retention possibilities and send your approval along with this excel sheet.



Thanks & Regards
▓▓▓▓▓▓▓▓
Human Resources
Tata Consultancy Services
TATA AMERICA INTERNATIONAL CORPORATION
379 Thornall Street - 4th Floor
Edison,New Jersey - 08837
United States
▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Website: http://www.tcs.com

___

Experience certainty.     IT Services
                Business Solutions
                Consulting
___

Attorneys' Eyes Only

TCSLTD001449986