Ex. A7 to Plaintiffs' Class Cert. Reply (Dkt. #196-2)

**From:** ███████████████████████
**Sent:** May 28, 2015 6:29 PM
**To:** ████████████
**Cc:**
**Subject:** Fw: Urgent Message From BFS North America RMG

Dear ████ ,

Please find the response from one from among the Associates whose details were provided after the Corporate call [ for visa ready mapping ]

27 Associates whose complete details were there, I've proposed for internal evaluation, for another 20 plus contact numbers were missing to get which I wrote the following mail and received the below response.

Kindly update your records. I'll update too and send in the consolidated sheet for BFS in the next 2 - 3 days.


Regards

RMG Lead,BFS NA
Follow me on KNOME: https://knome.ultimatix.net/u/chinmay.tripathi
Tata Consultancy Services
379 Thornall Street - 4th Floor
Edison,New Jersey - 08837
United States
████████████████████████
Website: http://www.tcs.com

_____
Experience certainty.       IT Services
                    Business Solutions
                    Consulting
_____
----- Forwarded by ████████████ /AMER/TCS on 05/28/2015 02:25 PM -----

**From:** ████████████
**To:** ████████████ /AMER/TCS@TCS
**Date:** 05/28/2015 02:00 PM
**Subject:** Re: Urgent Message From BFS North America RMG


Hi ████████ ,

I'm confirmed for a project at onsite and working on LCA process.

Please let me know for any further details required.

Thanks,
████████ .

Attorneys' Eyes Only

██████████████ /AMER/TCS wrote: -----
From: ███████████ /AMER/TCS
Date: 05/28/2015 10:03PM
Subject: Urgent Message From BFS North America RMG

Dear Associate,

Kindly send in your latest resume to me.

You can keep your Supervisor / Regional RMG in the loop, if you want.

This request is being made, as per the guidelines received from the Leadership team, to check the fitment of visa ready associates, at off shore, into the current open requirements at on site in the US.

Regards

████████████
RMG Lead,BFS NA
Follow me on KNOME: https://knome.ultimatix.net/u/chinmay.tripathi
Tata Consultancy Services
379 Thornall Street - 4th Floor
Edison,New Jersey - 08837
United States
████████████████████████

Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____

Attorneys' Eyes Only