Ex. A9 to Plaintiffs' Class Cert. Reply (Dkt. #196-2)

**From:** [redacted]
**Sent:** June 09, 2016 4:50 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: Fw: Re: Project Confirmation- My Valid Concern

Hi [redacted],

Please get tagging change back to retail ISU.

Thanks & Regards
[redacted]
Resource Management Grp-INS HC
Tata Consultancy Services
[redacted]

Website: http://www.tcs.com
_____
Experience certainty.      IT Services
                 Business Solutions
                 Consulting
_____

[redacted]---06/09/2016 12:48:43 PM---Hi [redacted] I am taking up this assignment . As discussed, I kindly expect to be in the project for ma

**From:** [redacted]/HYD/TCS
**To:** [redacted]
**Cc:** [redacted]
**Date:** 06/09/2016 12:48 PM
**Subject:** Re: Fw: Re: Project Confirmation- My Valid Concern

Hi [redacted]

I am taking up this assignment . As discussed, I kindly expect to be in the project for **maximum duration** and my **vacation** to be addressed soon.

Expecting co-operation and requesting acknowledgement. I would coordinate with [redacted] and proceed with the documentation.

Would keep posted.


Thanks & Regards

Attorneys' Eyes Only

■■■■■■■■■■■■■■■■
Tata Consultancy Services
Mailto: ■■■■■■■■
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

----- ■■■ /HYD/TCS wrote: -----
To: ■■■■■ /AMER/TCS@TCS
From: ■■■ /HYD/TCS
Date: 06/08/2016 12:06PM
Cc: ■■■■■■■■■ /HYD/TCS@TCS
Subject: Re: Fw: Re: Project Confirmation- My Valid Concern

Thanks ■■■ for the note. Would discuss with the project team on the same just to ensure that everything goes as expected. I will keep you posted.

Thank you ■■■■■ for your uttermost care towards my concerns.

Thanks & Regards
■■■■■■■■■
Tata Consultancy Services
Mailto: ■■■■■■■■
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

----- ■■■■■■■ /AMER/TCS wrote: -----
To: ■■■■■■■ /HYD/TCS@TCS
From: ■■■■■■ /AMER/TCS
Date: 06/08/2016 11:42AM
Cc: ■■■ /HYD/TCS@TCS
Subject: Re: Fw: Re: Project Confirmation- My Valid Concern

Hi ■■■■■,

I can't comment on why Project didn't allow him to take vacation, but if associate wants vacation he can take.

As he is confirmed with a Project team, decision on vacation to be taken jointly.

If associate is not accepting Project and wants to be on vacation, associate need to raise travel request for Offshore and can avail vacation.

Thanks & Regards
■■■■■■■■

Resource Management Grp-INS HC
Tata Consultancy Services
████████████████████████

Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

████████████████---06/08/2016 11:36:43 AM---Rquesting ████ for his inputs on the below request. Regards ████
████████

From: ████████████████/HYD/TCS
To: ████/HYD/TCS@TCS
Cc: ████████/AMER/TCS@TCS
Date: 06/08/2016 11:36 AM
Subject: Re: Fw: Re: Project Confirmation- My Valid Concern

Rquesting ████ for his inputs on the below request.

Regards
████████████████
Senior Manager Human Resources - New England Region
Tata Consultancy Services
101 Federal Street Suite 2110
Boston, Massachusetts - 02110
United States
████████████████
████████████████
Mailto: ████████████████████
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

████---06/08/2016 11:31:30 AM---Hi ████  Thanks much for the clarification and concern note positively.

From: ████/HYD/TCS
To: ████████████████/HYD/TCS@TCS
Date: 06/08/2016 11:31 AM
Subject: Re: Fw: Re: Project Confirmation- My Valid Concern

Hi ████████

Thanks much for the clarification and concern note positively.

Just want to clarify better that I have been in **14 months project with** ▮ which never gave me chance for my vacation plan by releasing me last month and also affecting my performance rating. Prior to that, I have just been for **6 months with** ▮ at onsite which released me twice as mentioned below and **highly bad rating** again, mentioned below.

So firstly **my career is affected** and secondly my vacation.

I would however definitely take up this assignment positively, but I just have one request-
Could I file the amendment, go to vacation and then join back the new project which helps me attend my personal priorities pending and gear up for the new project? I hope I explained below on the same. Could you help this assured from the project team.

Also, I received a call from ▮ yesterday and would like to wait for their feedback for a day.

Kindly let me know on this. I am assuring and I am co-operating for the association but earnestly looking forward for the above sign off.


Thanks & Regards
▮
Tata Consultancy Services
Mailto: ▮
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____


-----▮/HYD/TCS wrote: -----
To: ▮ HYD/TCS@TCS
From: ▮/HYD/TCS
Date: 06/07/2016 11:07PM
Cc: ▮/AMER/TCS@TCS
Subject: Re: Fw: Re: Project Confirmation- My Valid Concern

Hi ▮,

We understand your concern that you have been looking for a vacation, however what RMG is requesting for is to take up an assignment. You did mention that you have spent only 14 months in ▮ and looking for a long term project, Onsite assignments may not be too long always however we definitely value your request to have much longer assignment.

The current business requirements which suit your profile need your immediate joining, as it is already 2 weeks of un allocation and hence RMG is expecting you to take up this assignment. Also business is requesting immediate joining as they may loose a position. Request your cooperation in joining this account.
We shall inform / RMG to consider your request and see if the same account can continue your allocation to maximum extent possible as long as it meets your career aspirations.

In event of you not interested to join the account against the business need and shall want to proceed on vacation do let us know, we can help you with your vacation request , you may report at offshore and after your vacation You can ask RMG to check for next available projects and map you back to onsite. As we also intent to utilize your H1 they shall help you out to the maximum extent possible in having you allocated back to onsite.

If you need any further help do let me know.

Hi ▮,

Attorneys' Eyes Only
TCSLTD001732125

In case he wants to join the account, request you to check with account for maximum allocation possible.

Regards

█████████
Senior Manager Human Resources - New England Region
Tata Consultancy Services
101 Federal Street Suite 2110
Boston, Massachusetts - 02110
United States

Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

█████---06/07/2016 09:10:47 PM---Just adding to the below, my performance bands for the last two years are C(2016) and D(2015) respec

From: █████/HYD/TCS
To: █████████████/HYD/TCS@TCS
Date: 06/07/2016 09:10 PM
Subject: Re: Fw: Re: Project Confirmation- My Valid Concern

Just adding to the below, my performance bands for the last two years are C(2016) and **D** (2015) respectively, **career of 7.9 years** which is contrasting to my offshore track record and promotion thereby badly affected by short term projects in ███ and 2 back to back releases in a span of 6 months,(July- Dec 2014). To note here, I have been taken into the ███ last project only for three months(Oct-Dec 2014) and released which was highly discouraging and demotivating.

Apart from that, I am eagerly waiting for my **first INDIA vacation** since 2 years and VISA stamping; if possible I would like to **avail the vacation** first since it is high priority to me on a personal note and then join a new minimum one year project for the career growth. As we spoke, I spent approx 1800$ from my pocket for premium processing & tickets cancellation and planned the vacation since 6 months but it was setback due to sudden project release again from ███ last month. I want to reiterate on a request note that I don't want to be shuffled across teams for a short span of time.

It would be great and helpful if my above concerns are addressed positively. Kindly expecting co-operation and facilitation to discuss.

Thanks & Regards

█████████
Tata Consultancy Services
Mailto: █████████
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

----- /HYD/TCS wrote: -----
To: /HYD/TCS@TCS
From: /HYD/TCS
Date: 06/07/2016 03:05PM
Subject: Fw: Re: Project Confirmation- My Valid Concern

Hi

As discussed, please find the entire email chain on my concerns and the responses from project and RMG.

Kindly get back to me. We shall talk.

Thanks & Regards

Tata Consultancy Services
Mailto:
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

-----Forwarded by /HYD/TCS on 06/07/2016 03:02PM -----
To:
From:
Date: 06/06/2016 02:19PM
Subject: Re: Project Confirmation- My Valid Concern

Hi Naveen,

Associate is confirmed for a Project, he is not accepting it.

Request your intervention.

Thanks & Regards

Resource Management Grp-INS HC
Tata Consultancy Services

Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

▇▇▇--06/06/2016 02:18:26 PM---▇▇▇▇▇▇▇ is the HR(208422) Thanks & Regards

From: ▇▇▇ /HYD/TCS
To: ▇▇▇▇▇ /AMER/TCS@TCS
Date: 06/06/2016 02:18 PM
Subject: Re: Project Confirmation- My Valid Concern

▇▇▇▇▇▇▇▇ is the HR(208422)

Thanks & Regards
▇▇▇▇▇▇▇
Tata Consultancy Services
▇▇▇▇▇
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____

▇▇▇▇▇▇ /AMER/TCS wrote: -----
To: ▇▇▇ /HYD/TCS@tcs
From: ▇▇▇▇▇ /AMER/TCS
Date: 06/06/2016 01:27PM
Subject: Re: Project Confirmation- My Valid Concern

Since you are refusing to take up the assignment, we need to talk to HR.

Let me know who is your HR.

Regards,
▇▇▇▇

Sent from my iPhone

On Jun 6, 2016, at 1:26 PM, ▇▇▇▇▇▇▇ > wrote:
Hi

I would wait for couple of weeks as discussed and if I still remain unallocated, would raise the travel request for the same. Please help let me know on the associate unallocated tenure guidelines if any.


Thanks & Regards
▇▇▇▇▇▇
Tata Consultancy Services
Mailto: ▇▇▇▇
Website: http://www.tcs.com
_____
Experience certainty. IT Services

Business Solutions
Consulting

---

▓▓▓▓▓▓ /AMER/TCS wrote: -----
To: ▓▓▓▓ /HYD/TCS@TCS
From: ▓▓▓▓▓▓ /AMER/TCS
Date: 06/06/2016 12:16PM
Subject: Re: Project Confirmation- My Valid Concern

We can't keep you unallocated at Onsite.

If you are not ready to take up this assignment please raise travel request for Offshore immediately.

Thanks & Regards
▓▓▓▓▓▓
Resource Management Grp-INS HC
Tata Consultancy Services
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

▓▓▓---06/06/2016 12:08:31 PM---Thanks for sharing my profile with other RMG's and projects. We spoke, It has been just two weeks m

From: ▓▓▓▓ HYD/TCS
To: ▓▓▓▓▓▓ /AMER/TCS@TCS
Date: 06/06/2016 12:08 PM
Subject: Re: Project Confirmation- My Valid Concern

Thanks for sharing my profile with other RMG's and projects.

We spoke, It has been just two weeks my profile shared and I received the call. I expect to wait for another couple of weeks atleast to be allocated.

Thanks & Regards
▓▓▓▓▓▓▓▓
Tata Consultancy Services
Mailto: ▓▓▓▓▓▓
Website: http://www.tcs.com

---

Attorneys' Eyes Only

Experience certainty. IT Services
Business Solutions
Consulting

---

----█████/AMER/TCS wrote: -----
To: █████
From: █████
Date: 06/06/2016 11:54AM
Subject: Re: Project Confirmation- My Valid Concern

We spoke, we need to have open requirement which matches your profile.

I have shared your profile with all RMG's and multiple Projects.

Thanks & Regards
█████
Resource Management Grp-INS HC
Tata Consultancy Services
█████
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

█████---06/06/2016 11:04:41 AM---Just to confirm and discussed, my profile came to you on May 23rd so I would kindly expect you to he

From: █████ HYD/TCS
To: █████ AMER/TCS@TCS
Date: 06/06/2016 11:04 AM
Subject: Re: Project Confirmation- My Valid Concern

Just to confirm and discussed, my profile came to you on May 23rd so I would kindly expect you to help me in getting more project calls.

Please note once again that I received only one call till to date.

Thanks & Regards
█████
Tata Consultancy Services
Mailto: █████
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions

Consulting

---



████ HYD/TCS wrote: -----
To: ████████████ S
From: ████████
Date: 06/06/2016 10:44AM
Subject: Re: Project Confirmation- My Valid Concern

Hi ████,

As discussed, please allow me to attend other opportunities till June 23rd. I am unable to avail the ████████ project due to short term.

Thanks & Regards
████████
Tata Consultancy Services
Mailto: ████████
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

████████ /AMER/TCS wrote: -----
To: ████ HYD/TCS@TCS
From: ████████/AMER/TCS
Date: 06/06/2016 10:08AM
Subject: Re: Project Confirmation- My Valid Concern

Hi ██████,

We spoke.

Thanks & Regards
████████
Resource Management Grp-INS HC
Tata Consultancy Services
Cell:- ████████
Mailto: ████████
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

████ ---06/06/2016 09:35:33 AM---████████ Thanks & Regards

Attorneys' Eyes Only

From: ▮▮▮/HYD/TCS
To: ▮▮▮▮▮/AMER/TCS@TCS
Date: 06/06/2016 09:35 AM
Subject: Re: Project Confirmation- My Valid Concern

▮▮▮▮▮

Thanks & Regards
▮▮▮▮▮
Tata Consultancy Services
▮▮▮▮▮
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____

-----▮▮▮▮▮/AMER/TCS@TCS wrote: -----

========================
To: ▮▮▮/HYD/TCS@TCS
From: ▮▮▮▮▮/AMER/TCS@TCS
Date: 06/06/2016 09:23AM
Subject: Re: Project Confirmation- My Valid Concern
========================

Please share you contact number.

Regards,
▮▮▮▮▮

Sent from my iPhone

> On Jun 6, 2016, at 8:53 AM, ▮▮▮▮▮ > wrote:
>
> Lets talk. This is not heading in the right direction that is expected. Please let me know when is the good time today to discuss.
>
>
>
>
> Thanks & Regards,
> S▮▮▮▮▮
> Tata Consultancy Services

Attorneys' Eyes Only

TCSLTD001732132

```
> Mailto: ███████████
> Website: http://www.tcs.com
> _____
> Experience certainty. IT Services
> Business Solutions
> Consulting
> _____
>
> -----███████/AMER/TCS@TCS wrote: -----
>
> =======================
> To:    ███/HYD/TCS@TCS
> From:  ███████/AMER/TCS@TCS
> Date: 06/05/2016 11:14PM
> Subject: Re: Project Confirmation- My Valid Concern
> =======================
> Hi,
>
> If you are not accepting this Project, i am afraid to say that you need to travel back to India asap.
>
> Thanks & Regards
> ███████
> Resource Management Grp-INS HC
> Tata Consultancy Services
> ███████
> ███████
> Website: http://www.tcs.com
> _____
> Experience certainty. IT Services
> Business Solutions
> Consulting
> _____
>
>
>
>
> From:  ███/HYD/TCS
> To:    ███████/AMER/TCS@TCS
> Date: 06/03/2016 09:48 PM
> Subject: Re: Project Confirmation- My Valid Concern
>
>
>
> Hi
>
> Thanks for the note. I am sorry that I am unable to avail this opportunity.
```

Attorneys' Eyes Only

> 
> I hope you have looked into my concerns completely below.
>
> I want to elaborate you that I have gone for H1B premium processing last month only to travel to INDIA and also had to cancel the tickets due to sudden project release, so I incurred a total loss of 2000$. Apart from that, its discouraging and demotivating in other aspects as mentioned in the trailing emails.
>
> Please note that I haven't travel to INDIA yet after coming to US for two years. I need to attend few mandate things there.
>
> This is my first project interview since few weeks and I kindly expect you to allow me pursue other opportunities and attend project calls. I expect your acknowledgement and facilitate cooperation. Please let me know.
>
>
>
>
> Thanks & Regards
>
> Tata Consultancy Services
>
> Website: http://www.tcs.com
> _____
> Experience certainty. IT Services
> Business Solutions
> Consulting
> _____
>
>
> -----          AMER/TCS wrote: -----
> To:           HYD/TCS@tcs
> From:         /AMER/TCS
> Date: 06/03/2016 07:42PM
> Subject: Re: Project Confirmation- My Valid Concern
>
> Hi        ,
>
> No one can guarantee on duration of any project.
>
> I would request and appreciate to join this project.
>
> Regards,
>
>
> Sent from my iPhone

Attorneys' Eyes Only

TCSLTD001732134

>
> On Jun 3, 2016, at 7:08 PM, Sk Vr <​                ​> wrote:
>
> Hi
>
> As per the trailing email, I sincerely have concern on the longevity of the below project since it's clearly mentioned short term and no guarantee of renewal. Though I understand it can't be stated day one but I don't want to welcome such.
> I have been planning vacation since 6 months but it didn't happen due to these project releases and I need to attend few emergency things soon in INDIA. If this project ends and I get released again at the end of the year , I would end up in trouble on all perspectives and I don't want to see myself in the same situation again. Already mentioned in the below emails what occurred to me last years.
>
> I request you to kindly help me get another project which is minimum one year and helps me attend my priorities. Rest assured.
>
> Please let me know.
>
>
> Thanks & Regards
>
> Tata Consultancy Services
> Mailto:
> Website: http://www.tcs.com
> _____
> Experience certainty. IT Services
> Business Solutions
> Consulting
> _____
>
>
> -----Forwarded by    HYD/TCS on 06/03/2016 06:56PM -----
> To:          /HYD/TCS@TCS
> From:             /KOL/TCS
> Date: 06/03/2016 02:36PM
> Cc:               /AMER/TCS@TCS
> Subject: Re: Project Confirmation- My Valid Concern
>
> Hi         ,
> As we spoke yesterday evening, TCS is supporting this project from last 7+ years and will continue to support in-future. Team is allocated based on the work orders signed and we usually got the work orders for 6 months and get renewed .
> Leave Plan : I can&#8217;t commit any dates now, once you will join and based on the project priorities your leaves will be approved.
>   from my team has shared you the sample visa docs today morning. Prepare your docs and share those with me for check and declaration.

Attorneys' Eyes Only

TCSLTD001732135

> You have to send the hard copies to TCS-Rockville office. ▇ to share those by Monday morning.
>
> Best Regards
>
>
> ▇
> Tata Consultancy Services
> ▇
> ▇
> Website: http://www.tcs.com
> _____
> Experience certainty. IT Services
> Business Solutions
> Consulting
>
> _____
>
> -----▇/HYD/TCS wrote: -----
> To: ▇/KOL/TCS@TCS
> From: ▇/HYD/TCS
> Date: 06/03/2016 09:55PM
> Cc: ▇/AMER/TCS@TCS
> Subject: Project Confirmation- My Valid Concern
>
> Hi
>
> First of all, very glad to be confirmed for the project but I was told it is 6 months allocation initially. Over the span of 2 years in US , I have been moved across three project teams and am highly demotivated of short term projects on the career front. This will be my fourth project and I didn't get enough satisfactory chance to pursue my strength and expertise. It affected my performance rating very badly last year which held my promotion, discouraging me even more.
>
> My current H1B petition is with ▇ till July 2018 but my VISA was expired on May 31 2016. I was released unexpectedly from ▇ a month back due to budget constraints and it set back my booked vacation since three months. If this project span is only 6 months, I would end up with all the complex amendment documentation process affecting my I94 and also my performance rating again at the end of the year.
>
> Also, I am earnestly waiting for my first vacation to INDIA(2 years in US) as soon as possible since few mandate things have to be carried out on a personal errand.
>
> So in this regard, I am really and certainly looking forward to only a long term project (minimum one year) for this position. I commit my positive attitude and mettle in the project association. Expecting full transparency of information in the above aspect positively.
>
> I thank the opportunity to put this forward and kindly expect to please acknowledge this email to proceed further with this opportunity.



Attorneys' Eyes Only

TCSLTD001732136

>
>
>
> Thanks & Regards
> 
> Tata Consultancy Services
> C
>
> Website: http://www.tcs.com
> _____
> Experience certainty. IT Services
> Business Solutions
> Consulting
> _____
>

Attorneys' Eyes Only