Ex. A10 to Plaintiffs' Class Cert. Reply (Dkt. #196-2)

| From: | |
|---|---|
| Sent: | April 08, 2016 8:41 PM |
| To: | |
| Cc: | |
| Subject: | RE: Request for Approval for Visa Extension |

Hi ,

Request your approval note for the below associates for their visa extension as they are nearing to the 6 month deadline for initiating their visa extension.

Thanks,



**From:**
**Sent:** Friday, April 08, 2016 3:30 PM
**To:**
**Subject:** FW: Request for Approval for Visa Extension

We got approval for extension .

**From:**
**Sent:** Friday, April 08, 2016 2:09 PM
**To:**
**Cc:**
**Subject:** Re: Request for Approval for Visa Extension

Ok

Sent from my BlackBerry 10 smartphone.

**From:**
**Sent:** Friday, April 8, 2016 2:02 PM
**To:**
**Cc:**
**Subject:** FW: Request for Approval for Visa Extension

Dear ,

This is with respect to approval for applying extension for H1 visa for our associates. Visa cell has given directive to start the extension process 6 months prior to expiry of the I-94 dates. We have collected all the associate in Digital and marketing who have their I-94 expiring in the next 6 months as below.

| EMP# | Emp Name | Associate Status | TCS Desig | Current I-94 End date |
|---|---|---|---|---|
| | | Active | ITA | 05-Dec-16 |

Attorneys' Eyes Only

TCSLTD001742498

| EMP# | Emp Name | Associate Status | TCS Desig | Current I-94 End date |
|---|---|---|---|---|
| | | Active | AST | 05-Aug-16 |
| | | Active | ITA | 31-Dec-16 |
| | | Active | ITA | 10-Aug-16 |
| | | Active | ITA | 31-May-16 |
| | | Active | ITA | 30-Sep-16 |
| | | Active | SE | 31-May-16 |
| | | Active | ITA | 31-Dec-16 |
| | | Active | ITA | 30-Sep-16 |
| | | Active | AST | 03-Sep-16 |
| | | Active | ITA | 24-Aug-16 |

Kindly request your approval for Visa extension of our the associates ███.

Thank you.

Regards,

███ |Digital and Marketing portfolio | ███
TATA Consultancy Services Ltd. "Experience Certainty"

---

**From:** ███
**Sent:** Thursday, April 07, 2016 10:07 AM
**To:** ███
**Cc:** ███ >
**Subject:** Request for Approval for Visa Extension

Hi ███,

The below associates have their I-94 end date this year and we will need to get their visa's extended to continue in our project. All of them have an active project this year and plays an important role as part of our Digital DevOps team. Request your help to get approval from BRM for visa extension for the below associates.

Thanks,
███



| EMP# | Emp Name | Associate Status | TCS Desig | Current I-94 End date |
|---|---|---|---|---|
| | | Active | ITA | 05-Dec-16 |
| | | Active | AST | 05-Aug-16 |
| | | Active | ITA | 31-Dec-16 |
| | | Active | ITA | 10-Aug-16 |
| | | Active | ITA | 31-May-16 |
| | | Active | ITA | 30-Sep-16 |
| | | Active | SE | 31-May-16 |
| | | Active | ITA | 31-Dec-16 |
| | | Active | ITA | 30-Sep-16 |

| | | Active | AST | 03-Sep-16 |
|---|---|---|---|---|
| ▆ | ▆▆▆▆ | Active | ITA | 24-Aug-16 |

=====-----=====-----=====

Notice: The information contained in this e-mail message and/or attachments to it may contain confidential or privileged information. If you are not the intended recipient, any dissemination, use, review, distribution, printing or copying of the information contained in this e-mail message and/or attachments to it are strictly prohibited. If you have received this communication in error, please notify us by reply e-mail or telephone and immediately and permanently delete the message and any attachments. Thank you

Attorneys' Eyes Only

TCSLTD001742500