Ex. B2 to Plaintiffs' Class Cert. Reply (Dkt. #196-3)

| | |
|---|---|
| From: | ▮ |
| Sent: | August 13, 2014 3:38 PM |
| To: | ▮ |
| Cc: | ▮ |
| Subject: | H1 B LCA : ▮ - Peoplesoft Developer |

Greetings ▮,

Could you please advise me on below mentioned issue if i can consider mentioned associate for Washington DC location ? Associate got promoted to AST after his H1 B visa approved.

Thanks and Regards,
▮
Tata Consultancy Services
Mailto: ▮
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____

-----▮/AMER/TCS wrote: -----
To:     ▮/AMER/TCS@TCS
From:   ▮/AMER/TCS
Date: 08/11/2014 09:36PM
Subject: H1 B LCA : ▮ - Peoplesoft Developer

Dear ▮

I have associate having valid H1 B visa. The associate currently in Bangalore ( India ) location and he got H1B VISA for Washington DC location for client ▮.
My question, I got requirements for my client called "▮" in Washington DC ( same location ) , **but the associate designation is now "Assistant consultant(AST)".**

Could you please advise if the associate can be considered for this requirment, WASHINGTON DC location from banaglore with AST designation and do we need to apply LCA in this case?

Please find below details of associate and will look forward for your response. Thanking you so much in advance.



**Designation : AST**

Thanks and Regards,
████████████
Tata Consultancy Services
Mailto: ████████████████████
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____


----- ████████ /DEL/TCS wrote: -----
To: ████████ /AMER/TCS@TCS
From: ████████ /DEL/TCS
Date: 08/09/2014 03:13AM
Subject: Fw: Re: ████ - Peoplesoft Developer

TCS expat profile for PS developer position. You can share with ████.

-----Forwarded by ████████ /DEL/TCS on 08/09/2014 03:12AM -----
To: ████████ /DEL/TCS@TCS
From: ████████ /CHN/TCS
Date: 08/08/2014 01:11PM
Cc: ██████████████████████████████████████████
Subject: Re: ████ - Peoplesoft Developer

Hi ████,

Attached is the profile of ████████

- He has got 7+ yrs experience as PeopleSoft HR Techno-functional Consultant.
- He has experience in Pension module as techno-functional consultant for data migration in ████████ PS upgrade.
- He is holding a valid H1B

(See attached file: ████████████████ a_HRMS.doc)

I will call you shortly to discuss.

Thanks
████████████████████
Oracle EntSol Delivery Team
Tata Consultancy Services Limited
████████████████████████████

Website: http://www.tcs.com
_____
Experience certainty. IT Services

Business Solutions
Consulting

---

▣ ▮▮▮▮▮---07/26/2014 03:16:22 AM---Hi ▮▮▮▮, We spoke today. Kindly advise on the available PS developer from Bangalore by Mon. ▮▮

From: ▮▮▮▮▮▮/DEL/TCS

To: ▮▮▮▮▮▮▮/CHN/TCS@TCS

Cc: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Date: 07/26/2014 03:16 AM

Subject: Re: ▮▮▮ - Peoplesoft Developer

---

Hi ▮▮▮▮,

We spoke today. Kindly advise on the available PS developer from Bangalore by Mon. ▮▮ Opportunity is long term with minimum 6 months and extension possible.

Regards,
▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

-----▮▮▮▮▮▮/DEL/TCS wrote: -----
To: ▮▮▮▮▮▮▮▮▮▮
From: ▮▮▮▮▮▮
Date: 07/24/2014 09:49AM
Cc: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Subject: Re: ▮▮▮ - Peoplesoft Developer

Yes ▮▮, same person. ▮▮▮▮ is still discussing with Business user on her case. I got 1 profile for hire from ▮▮▮▮ but at 93/hr.

Attorneys' Eyes Only
TCSLTD005525642

Regards,
███

-----███████████/AMER/TCS wrote: -----
To:      ████████/DEL/TCS@TCS
From:    ████████████/AMER/TCS
Date: 07/24/2014 09:39AM
Cc:      ██████/AMER/TCS@TCS,    ████████████/CHN/TCS@TCS,    ███████████/BLR/TCS@TCS
Subject: Re: ███ - Peoplesoft Developer

Is this resource not the same from ███ that you client said the experience is too low and needed more experience in pension module?
██---I had left you a VM and asked our BFS guy to talk to you also. We need more profiles with specific experience pl.
Thanks

████████████
Tata Consultancy Services
████████████
████████████████████

Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____

████████--07/24/2014 09:28:21 AM---Thanks ████. Have shared with client. Regards,

From:      ████████████

To:        ████████████████

Cc:        ████████████████████████████

Date:      07/24/2014 09:28 AM

Subject:   Re: ███ - Peoplesoft Developer

Thanks ████. Have shared with client.
Regards,
███

-----████████████/CHN/TCS wrote: -----
To:    ████████████
From:  ████████████/CHN/TCS

Attorneys' Eyes Only

TCSLTD005525643

Date: 07/24/2014 08:11AM
Cc: [redacted]
Subject: Re: [redacted] - Peoplesoft Developer

Hi [redacted],

Attached is the profile of [redacted].

- She has has close 3 yrs work experience as PeopleSoft HR Techno-functional.
- She has the valid H1B. As she is junior, she will be suitable for your requirement.
- She worked in IMF - similar to your organisation.
- She has support experience in Pension module.  She is ready to travel immediately.
- She has experience in working SQR - which is widely accepted and used batch reporting tool in [redacted]

Please let me know if you need any additional information.

My US contact  number [redacted]

Thanks
[redacted]
Oracle EntSol Delivery Team
Tata Consultancy Services Limited
[redacted]

Website: http://www.tcs.com

---

Experience certainty.     IT Services
              Business Solutions
              Consulting

---

| | |
|---|---|
| From: | [redacted]/AMER/TCS |
| To: | [redacted] |
| Date: | 07/23/2014 02:18 AM |
| Subject: | [redacted] - Peoplesoft Developer |

---

Hi [redacted],

We can give a H1B Developer.

Attorneys' Eyes Only                                                                                     TCSLTD005525644

Regards
███████

Head of North America - Client Relationship and Delivery,
Enterprise Solutions - Oracle Subunit
Tata Consultancy Services
379 Thornall Street - 11th Floor
Edison, New Jersey - 08837
United States
███████████████████

Website: http://www.tcs.com

---

Experience certainty.     IT Services
                Business Solutions
                Consulting

---

----- Forwarded by ████/AMER/TCS on 07/22/2014 04:44 PM -----

| | |
|---|---|
| From: | ████/DEL/TCS |
| To: | ████ AMER/TCS@TCS |
| Cc: | ████████ AMER/TCS@TCS |
| Date: | 07/22/2014 04:15 PM |
| Subject: | Re: Need Your Cooperation |

---

Hi ████,

We spoke. Please advise on a suitable Indian expat with Pension module experience.

Requirement ID 3929475 - Request ID 3436046

Regards,
████████
████

Mailto: ████████████
Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

----- ████████/DEL/TCS wrote: -----
To: ████████████████

From: ▓▓▓▓▓▓/DEL/TCS
Date: 07/21/2014 04:11PM
Cc: ▓▓▓▓▓▓▓▓▓▓▓▓/AMER/TCS@TCS
Subject: Re: Need Your Cooperation

Hi ▓▓▓,

In discussion with client today, the Peoplesoft Developer is needed with Pension experience. Kindly advise.

Regards,
▓▓▓▓▓▓▓▓▓▓

Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____

----- ▓▓▓▓▓▓/DEL/TCS wrote: -----
To: ▓▓▓▓/AMER/TCS@TCS
From: ▓▓▓▓▓▓/DEL/TCS
Date: 07/21/2014 10:23AM
Cc: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Subject: Re: Need Your Cooperation

Hi ▓▓▓,

Tried reaching you. ▓▓▓ needs a Peoplesoft Developer based in Washington DC (client site). The SME ▓▓▓ prefers TCS expats as compared to locals/BAs. Please advise if you have a suitable candidate.

Regards,
▓▓▓▓▓▓▓▓▓▓

Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____

----- ▓▓▓▓▓▓▓▓▓▓▓▓/AMER/TCS wrote: -----
To: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓/DEL/TCS@TCS
From: ▓▓▓▓▓▓
Date: 07/21/2014 10:14AM
Cc: ▓▓▓▓▓▓/DEL/TCS@TCS
Subject: Re: Need Your Cooperation

▓▓▓▓,

I know the need for PS developer has come urgently at ▮. Can you pl talk to ▮ today ASAP?
Dear ▮---This is a great op to get back and provide the platform reco to the client as they are really struggling with some Opex and we can talk.
Thanks-----▮

▮
Tata Consultancy Services
▮

Website: http://www.tcs.com
___
Experience certainty. IT Services
Business Solutions
Consulting
___

▮---03/20/2014 03:56:22 PM---Hi ▮, Noted. I mentioned the same to him.

| | |
|---|---|
| From: | ▮/AMER/TCS |
| To: | ▮/DEL/TCS@TCS |
| Cc: | ▮/AMER/TCS@TCS |
| Date: | 03/20/2014 03:56 PM |
| Subject: | Re: Need Your Cooperation |

Hi ▮,

Noted. I mentioned the same to him.

Regards
▮
Head of North America - Delivery, Enterprise Solutions - Oracle Subunit
Tata Consultancy Services Limited
379 Thornall Street - 11th Floor
Edison - 08837, New Jersey
United States
▮

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting
_____

[attachment "███████████doc" removed by ████████/DEL/TCS]

[attachment "████████████████████████" removed by ████████████/AMER/TCS]

Attorneys' Eyes Only                                                                                                    TCSLTD005525648