Ex. B6 to Plaintiffs' Class Cert. Reply (Dkt. #196-3)

**From:** ████████████
**Sent:** January 22, 2014 7:09 PM
**To:** ████████████
**Cc:** ████████████████████████████████████████
**Subject:** Re: ███████ PM position
**Attachments:** JD Template.xls

None available internally.
We will need to go in for BA/local hires.

Pls share the JD int he format below



Regards
████████
NA RMG Lead - Enterprise Solutions
Tata Consultancy Services
379 Thornall Street - 4th Floor,
Edison
New Jersey - 08837,New Jersey
United States

████████████

Mailto: ████████
Website: http://www.tcs.com

_____
Experience certainty. IT Services
Business Solutions
Consulting
_____


████████████---01/22/2014 02:01:13 PM---Looping in ████ from EntSol RMG ████ - Currently none available

**From:** ████████████CHN/TCS
**To:** ████████████
**Cc:** ████████████

**Date:** 01/22/2014 02:01 PM
**Subject:** Re: ███████ PM position


Looping in ████████ from EntSol RMG

Attorneys' Eyes Only

███ - Currently none available

Thank You & Regards,

███████

RMG Lead - Retail & CPG, TTH & Cincinnati DC,

███████████████

TCS, Cincinnati.
Mailto: ███████████████

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
* Update your Primary Competency in iCALMS today! ( Log on to My iCALMS >> My Roles and Competencies >> My
Competencies >> Primary Competency Declaration.)
* To view and apply to all current openings in TCS, log on to Employee Services>>Exciting Opportunities (EXOP)
* Use Resume Builder to update your latest resume today ! (Log on to Worforce Management >> iWMS >> Resume Builder )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
*

████████████  ---01/22/2014 01:55:10 PM---███  Please forward good PM profiles (Expat's preferred) if
you have any, as one of the PeopleSof

| | |
|---|---|
| From: | ███████████████████████████ |
| To: | |
| Cc: | |
| Date: | 01/22/2014 01:55 PM |
| Subject: | ████ PM position |

████████

Please forward good PM profiles (Expat's preferred) if you have any, as one of the PeopleSoft PM has a
need to travel back due to personal emergency.

RGS for this request is :

3373171

Offshore coordination & project management is mandatory.

Thanks & Regards,

████████████████████████

Attorneys' Eyes Only

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. If the reader of this message is not the intended recipient, you are hereby notified that your access is unauthorized, and any review, dissemination, distribution or copying of this message including any attachments is strictly prohibited. If you are not the intended recipient, please contact the sender and delete the material from any computer. The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. If the reader of this message is not the intended recipient, you are hereby notified that your access is unauthorized, and any review, dissemination, distribution or copying of this message including any attachments is strictly prohibited. If you are not the intended recipient, please contact the sender and delete the material from any computer.

TCSLTD004860949