Ex. B8 to Plaintiffs' Class Cert. Reply (Dkt. #196-3)

**From:** [redacted]
**Sent:** January 30, 2015 1:22 AM
**To:** [redacted]
**Subject:** Re: [redacted] WFM

Hehe i already had sent.. :)

Regards
[redacted]
Resource Management Group
Tata Consultancy Services
Gateway Park, Road No.13
MIDC, Andheri (E)
Mumbai - 400093, Maharashtra
India
[redacted]
Website: http://www.tcs.com

---
Experience certainty.     IT Services
                          Business Solutions
                          Consulting
---

[redacted]---01/29/2015 07:14:01 PM---Nothing specific in LS and ER

**From:** [redacted]K/KOL/TCS
**To:** [redacted]MUM/TCS@TCS
**Date:** 01[redacted]
**Subject:** [redacted] WFM

Nothing specific in LS and ER

| ISU - EntSol | | | Critical RGS for Fulfillment by Onsite | | | Confirmed Yet to Join Associate | | | CV Proposed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer | Open RGS for Onsite | # of RGS RMG is working | Expat | Local | BA | Expat | Local | BA | Expat | Local | BA | Likely to be closed in Qtr | Remarks |
| [redacted] | 58 | 35 | 5 | 11 | 19 | 3 | 1 | 5 | 2 | 7 | 45 | 13 | Approvals for hiring received. Submissions in progress for all positions. Expats preferred |

Attorneys' Eyes Only

TCSLTD004475668

<u>With Best Regards</u>

███████

RMG Lead - EIS and Enterprise Solutions, North America
Tata Consultancy Services

███████████████████

Website: http://www.tcs.com
_____
Experience certainty.      IT Services
                           Business Solutions
                           Consulting
_____

Attorneys' Eyes Only