Ex. B9 to Plaintiffs' Class Cert. Reply (Dkt. #196-3)

| From: | ▮▮▮▮▮▮ |
|---|---|
| Sent: | July 03, 2015 5:58 AM |
| To: | ▮▮▮▮▮▮ |
| Cc: | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Nachiketha |
| Subject: | Re: Reg : Resoruce Requirement : Parasoft SOA Automation lead Tester |
| Attachments: | ▮▮▮▮▮▮ |

Hi ▮y,

No Parasoft Automation Testers available, but you can consider the below Web Services Profile. Please check with me / ▮▮▮▮ before Client Proposing.

| ▮▮▮▮▮▮ 6 | a 9949455795 | Manual Testing, Web Services Testing & DB Testing | 7.5 - ITA | H1B Petition Approved, Valid till '17 |



Thanks & Regards
▮▮▮▮▮▮
ASU RMG Chennai
Tata Consultancy Services Limited
▮▮▮▮▮▮▮▮▮▮▮▮
Website: http://www.tcs.com

___

Experience certainty.    IT Services
                Business Solutions
                Consulting
___

▮▮▮▮▮▮---07/03/2015 01:36:41 AM---Hi ▮▮▮▮▮, Noone with SOA background int he ASU pool.

| From: | ▮▮▮▮N/MUM/TCS |
|---|---|
| To: | ▮▮▮▮▮▮▮▮▮▮▮▮/TVM/TCS@TCS |
| Cc: | ▮▮▮▮▮▮▮▮▮▮▮▮/CHN/TCS@TCS |
| Date: | 07/03/2015 01:36 AM |
| Subject: | Re: Reg : Resoruce Requirement : Parasoft SOA Automation lead Tester |

Hi ▮▮▮▮▮▮,

Noone with SOA background int he ASU pool.

Hi ▮▮,

Attorneys' Eyes Only
TCSLTD004399550

Anyone visaready from offshore?

Regards

████████
RMG Lead - NA (Assurance, GE, LS, ER & GCP)
Tata Consultancy Services
379 Thornall Street - 4th Floor,
Edison
New Jersey - 08837, New Jersey
United States

████████
████████
Website: http://www.tcs.com

---

Experience certainty.    IT Services
                         Business Solutions
                         Consulting

---

████████--07/02/2015 11:47:28 AM---Looping in ████ from Assurance RMG fo rhelp Thank You & Regards, ████████

From:    ████████
To:      ████████/AMER/TCS@TCS, ████████/MUM/TCS@TCS
Cc:      ████████/CHN/TCS@TCS
Date:    07/02/2015 11:47 AM
Subject: Re: Reg : Resoruce Requirement : Parasoft SOA Automation lead Tester

Looping in ████ from Assurance RMG fo rhelp

Thank You & Regards,
████████,
RMG Lead - Retail & CPG, TTH, Govt & Cincinnati DC,
████████
1000, Summit Drive,
TCS, Cincinnati,
Milford, OH 45140.
████████

*****************************************************************************************************************

Experience certainty. IT Services

Business Solutions
Consulting

---

_____ --07/02/2015 11:46:23 AM---Hi \_\_\_\_\_, Good Morning . We need your help to check Automation lead available in USA RMG Common re

From: _____ AMER/TCS
To: _____ /CHN/TCS@TCS
Cc: _____ CHN/TCS@TCS
Date: 07/02/2015 11:46 AM
Subject: Reg : Resoruce Requirement : Parasoft SOA Automation lead Tester

Hi \_\_\_\_\_

Good Morning . We need your help to check Automation lead available in USA RMG Common resource pool.

Requirement : Automation test lead with Parasoft SOA tester
Experience : 5+ preferred

Our first preference is to on-board TCS expats or TCS America associate ( green card holder ) .

Please provide your guidance and help.

Mandatory Technical Skills:
Minimum 5+ years of PARASOFT Testings experience required and Lead will do the additional responsibility of co-ordination with multiple project teams

• Experience with API Testing
• Experience in SOAP UI or parasoft SOAP UI
• Experience in WSDL (Web services development language)

Roles and responsibility:
• Awareness on latest industry trends and technology advancements
• Knowledge on SDLC & STLC process and methodologies
• Stay current with emerging industry trends
• Ability to take initiative and ownership on tasks
• Good written and oral communication

Desirable Technical / Functional Skills:
• Additional nice to have experience in the following areas:
• Experience in XML and JSON messaging
• Experience with transfer protocols http and https
• Experience in WSDL

Attorneys' Eyes Only                                                                                                                                TCSLTD004399552

Thanks & Regards

███████

Tata Consultancy Services

███████ ███████

Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---