Ex. B10 to Plaintiffs' Class Cert. Reply (Dkt. #196-3)

| | | |
|---|---|---|
| **From:** | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| **Sent:** | May 13, 2013 8:23 PM | |
| **To:** | ▮▮▮▮▮ | |
| **Cc:** | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| **Subject:** | Re: Fwd: ▮▮▮ onsite requirements | |

Dear ▮▮▮,

Forwarding you the latest status of the ▮▮▮ Drive & Current RGS.

Mostly, the account preferenceis for Expats and Local. Non availability of Expat at onsite is a challenge.
Also, the market salary expectation for Local hire for the respective skills is much higher than what account is looking for.

Drive Status

| Skills | # of position Advertised in Drive | Shortlisted in Drive | Remarks |
|---|---|---|---|
| EIS | Designer -2 Position | 6 | Account team confirmed 2 days after the drive that shortlisted candidate |
|  | Stress Engineer -3 Position | 3 | donot have exp. in Customization & automation |
| ADM | Java-2 Position | 2 | After the drive the position were put on hold |
|  | EDM Webservices -2 Position | 1 | Customer rejected, reason- not matching exact skills |
|  | Sharepoint Dev- 3 Position | 1 | No development experience hence rejected by customer |
|  | PM- 1 position | 1 | Account team need TCS core PM hence no movement |

RGS Status

| Domain | Skills | # of position | Remarks |
|---|---|---|---|
| IT IS | Oracle, DBA, SQL DBA, Data Storage | 22 | 19 position are **on hold** as account is not able to get the hiring/fulfillment approval for Cincinnati DC.<br>3 position are for Seattle and project is **only looking for Expats.** |
| ADM Skills | BizTalk, Business Analyst, Cold Fusion , .net, UI Designer | 17 | 3 Position are confirmed and associate on-boarding is in process<br>5 Position local profiles are proposed<br>8 Position are flagged for Expat only **and hence is a challenge**<br>1 flagged for local hiring need to givemore CV |
| EIS | CATIA, Team Center, Tech Writer | 8 | 6 Position the BA CV's are under evaluation with account team<br>2 position are starting 31st July, hence no CV are proposed for the same |
| Entsol | Oracle Apps SCM | 2 | 2 position BA CV's are with account forevaluation |
| Total | | 49 | |

Thanks & Regards,
▮▮▮▮▮▮▮▮
Tata Consultancy Services Limited
379 Thornall Street - 4th Floor
Edison - 08837,New Jersey
United States
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Website: http://www.tcs.com

_____
Experience certainty.      IT Services
                Business Solutions
                Consulting
_____

From:    █████████
To:      █████████████████████████████████
Cc:      █████████████████████████████████
Date:    05/13/2013 07:53 AM
Subject: Re: Fwd: ███ onsite requirements

---

Dear ███,

We did a drive for ██████ and ████ in Seattle last week.

████ will send an update on this.

With Best Regards,

████

---

**From:** ████
**Sent:** 05/13/2013 04:34 PM ZE5B
**To:** █████████
**Subject:** Fwd: ████ onsite requirements

████ - we spoke over the weekend. We have a lot of requests and we must close.
Regards

Begin forwarded message:

**From:** "████████████████████████████"
**Date:** May 13, 2013, 5:31:52 AM EDT
**To:** █████████████████>
**Subject: Fw:** ████ **onsite requirements**

Dear ████, Request you to put in a word please.

Thanks, ████

████████████

Attorneys' Eyes Only
TCSLTD004155060

Vice President & Global Head -Manufacturing Industry Solutions Unit

Tata Consultancy Services

Website: http://www.tcs.com

_____

Experience certainty. IT Services
Business Solutions
Consulting

_____
----- Forwarded by ▇▇▇▇▇▇▇/PNE/TCS on 13-05-2013 15:01 -----
From:      ▇▇▇▇▇▇/MUM/TCS
To:        ▇▇▇▇▇▇/AMER/TCS@TCS
Cc:        ▇▇▇▇▇▇

Date:    13-05-2013 14:46
Subject: ▇▇▇ onsite requirements

---

**Dear** ▇▇▇▇,

▇▇▇▇▇▇ here...OU head for Aerospace and Process MFG...Thank you for your support to the ▇▇▇ account team so far. As you are aware, we are now the strategic Tier 1 supplier to ▇▇▇▇ along with Infosys and HCL. Below requirements are open to all the strategic suppliers and we **have to** to capture to get ahead of the competition. The fulfillment will ensure we breakthrough into the new portfolios that will provide us significant annuity and downstream revenue with good offshore leverage for next 5 years.

Below are the open requirements ▇▇▇▇ onsite positions.

|                | US Local Hires | Expats | EDM DBOC | Total |
|----------------|---------------:|-------:|---------:|------:|
| Open Positions | 5              | 23     | 20       | 48    |

**Request the US RMG focus and support to fulfill all the open requirements esp. expats on priority with BAs or visa ready movements at onsite.** We have received approval for 13 L1B/ A approvals, that we plan to utilize back fill and replace the BAs in next 4 ~ 6 months. Request if we can get into a weekly 15 ~ 30 mins call to review the progress of the open positions and determine the collaboration required for closures. ▇▇▇▇ at onsite and ▇▇▇▇▇▇▇▇ at offshore will be the spoc for the fulfillment action plan and execution. Let us know if you need any help from our side so that we can work jointly to address the same. Let'scollaborate extensively and make it happen.

**Copying N**▇▇▇, not as a escalation, however, to bring in more for visibility into the ▇▇ requirements as Corporate and ISU is tracking the progress (revenue upside)due to this win very closely.

Regards, ▇

[attachment "▇▇ Onsite Open_13May2013.xlsx" deleted by ▇▇▇/PNE/TCS]

Attorneys' Eyes Only