Ex. B11 to Plaintiffs' Class Cert. Reply (Dkt. #196-3)

**From:** ███████████████████
**Sent:** July 23, 2014 2:07 PM
**To:** ███████████████████
**Cc:** ███████████████████
**Subject:** Re: Requirement ID 3929475 - Request ID 3436046 :: Peoplesoft Developer Position - Washington DC - India Expats only

Dear TAG Team,

Please publish to TAG Vendors.

Dear ███████,

Please keep an eye, if you come across any travel ready Expat, kindly route to me.

Regards
███████
RMG Lead, BFS NA
Follow me on KNOME: ███████████████████
Tata Consultancy Services
379 Thornall Street - 4th Floor
Edison, New Jersey - 08837
United States
███████████████████
Website: http://www.tcs.com

---

Experience certainty.      IT Services
                           Business Solutions
                           Consulting

---

███████--07/23/2014 09:53:03 AM---Hi ███████, BA is not acceptable for client. We can evaluate US hires at 55-60 rate.

**From:** ███████ DEL/TCS
**To:** ███████████████████
**Cc:** ███████████████████
**Date:** 07/23/2014 09:53 AM
**Subject:** Re: Requirement ID 3929475 - Request ID 3436046 :: Peoplesoft Developer Position - Washington DC - India Expats only

Hi ███████,

Attorneys' Eyes Only

BA is not acceptable for client. We can evaluate US hires at 55-60 rate.

Regards,

Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

----- /KOL/TCS wrote: -----
To: /AMER/TCS@TCS
From: /KOL/TCS
Date: 07/23/2014 08:55AM
Cc:

Subject: Re: Requirement ID 3929475 - Request ID 3436046 :: Peoplesoft Developer Position - Washington DC - India Expats only

Dear ,

We don't have the following skill available in our visa valid list . Request you to go for BA's

- 5 years experience in Peoplesoft production and development environment
- **Functional Knowledge and experience in Pension,Core HR, GP Payroll, Na Payroll, Benefits, Time and Labor**
- Experience in Version 8.3 & 9.0 highly desirable

Thanks & Regards

Enterprise Solutions
Tata Consultancy Services
Plot B-1, Block EP & GP
Sector 5,
Salt Lake Electronics Complex,
Kolkata - 700 091,West Bengal
India

Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

--07/23/2014 12:53:48 AM---Dear Ent Sol Team, Request your help. Regards

From:

Attorneys' Eyes Only

TCSLTD004638317

To: ▮▮▮▮/AMER/TCS
▮▮▮▮▮▮▮▮▮▮
Cc: ▮▮▮▮▮▮▮▮▮▮
Date: 07/23/2014 12:53 AM
Subject: Re: Requirement ID 3929475 - Request ID 3436046 :: Peoplesoft Developer Position - Washington DC - India Expats only

Dear Ent Sol Team,

Request your help.

Regards
▮▮▮▮
RMG Lead, BFS NA
Follow me on KNOME: ▮▮▮▮
Tata Consultancy Services
379 Thornall Street - 4th Floor
Edison, New Jersey - 08837
United States
▮▮▮▮

Website: http://www.tcs.com

---
Experience certainty. IT Services
Business Solutions
Consulting
---

▮▮▮▮---07/22/2014 02:57:48 PM---Hi ▮▮▮▮, We have the following position open - only TCS expats authorized to work in Washington D

From: ▮▮▮▮/AMER/TCS
To: ▮▮▮▮/AMER/TCS@TCS
Cc: ▮▮▮▮DEL/TCS@TCS
Date: 07/22/2014 02:57 PM
Subject: Requirement ID 3929475 - Request ID 3436046 :: Peoplesoft Developer Position - Washington DC - India Expats only

Hi ▮▮▮▮,

We have the following position open - only TCS expats authorized to work in Washington DC. Customer bill rate is 75 USD/hr.

Attorneys' Eyes Only                                                                                                        TCSLTD004638318

Could you please advise if you know of anyone getting released with this skillset?

**Requirements:**

- 5 years experience in Peoplesoft production and development environment
- **Functional Knowledge and experience in Pension, Core HR, GP Payroll, Na Payroll, Benefits, Time and Labor**
- Experience in Version 8.3 & 9.0 highly desirable
- Emphasis on HRMS: Benefits, North American Payroll, Global Payroll, Pension, & Time & Labor
- Excellent skills in SQRs, Application Engine, Peoplecode
- Excellent communication skills
- Technical BS Degree

**Objectives/Duties:**

**Development activities activities for Peoplesoft Systems**

- **Pension, Core HR, Benefits, Time and Labor, Global Payroll, NA Payroll, Recruitment, Recruitment, Self-Service, Taxes**
- Correct and modify panels/pages, records, menus and PeopleCode to address changes to current functionality.
- Develop new requirements as assigned
- Assist PeopleSoft infrastructure support units with PeopleSoft related issues
- Provide end-user support as needed.
- **Prepare customized SQRs/Application Engines within the PeopleSoft**

- Analyze requirements of reports and interfaces needed within the application
- Write interfaces required between modules of application
- Write SQRs or Application Engine programs to fulfill processing requirements of users

Best Regards

Project Manager - ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉, PMP, CISA, CISM, CRISC, CAPM, ITIL v3F
Follow me on KNOME: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
Tata Consultancy Services

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Website: http://www.tcs.com

_____
Experience certainty. IT Services
Business Solutions
Consulting
_____