Ex. B12 to Plaintiffs' Class Cert. Reply (Dkt. #196-3)

| | |
|---|---|
| **From:** | ███████████████████████████████████ |
| **Sent:** | June 14, 2012 6:09 PM |
| **To:** | ███ |
| **Cc:** | █████████ |
| **Subject:** | Re: Fw: ██████ Open Positions Status as of 13-Jun-12 2PM CST |

Sorry ████. We need only Expat for these positions. Let's have call to discuss in detail.

Regards,
████████████
Tata Consultancy Services
████████████████████████
Website: http://www.tcs.com
_____
Experience certainty.        IT Services
                             Business Solutions
                             Outsourcing
_____

████ ---06/14/2012 01:09:04 PM--- ███ We are working on that on daily basis but lets take local hires also

| | |
|---|---|
| From: | ████████/AMER/TCS |
| To: | █████████████/AMER/TCS@TCS |
| Cc: | █████████████/AMER/TCS@TCS |
| Date: | 06/14/2012 01:09 PM |
| Subject: | Fw: ████████ Open Positions Status as of 13-Jun-12 2PM CST |

████,
We are working on that on daily basis but lets take local hires also

----- Forwarded by ████████/AMER/TCS on 06/14/2012 02:03 PM -----

| | |
|---|---|
| From: | ████████████████/AMER/TCS |
| To: | ████████G/AMER/TCS@TCS |
| Cc: | █████████████████/AMER/TCS@TCS |
| Date: | 06/14/2012 01:50 PM |
| Subject: | Re: Fw: ██████ Open Positions Status as of 13-Jun-12 2PM CST |

██████,

We discussed, we need Expat Test Leads for these open positions and plan staffing strategy accordingly.

Attorneys' Eyes Only

TCSLTD003812673

Regards,

Tata Consultancy Services

Website: http://www.tcs.com
_____
Experience certainty.       IT Services
                Business Solutions
                Outsourcing
_____


---06/14/2012 09:05:19 AM---We have not heard back anything on the testing cvs shared yet from Customer

From:
To:
Cc:
Date:      06/14/2012 09:05 AM
Subject:   Fw:         Open Positions Status as of 13-Jun-12 2PM CST


We have not heard back anything on the testing cvs shared yet from Customer

Let please move all the testing needs to tentative and not include it here till we get updates.

I shall also go ahead and move the rgs to tentative for Testing

----- Forwarded by         /AMER/TCS on 06/14/2012 09:59 AM -----

From:                   /AMER/TCS
To:              /AMER/TCS@TCS
Cc:

Date:      06/13/2012 03:28 PM
Subject:           Open Positions Status as of 13-Jun-12 2PM CST

Attorneys' Eyes Only                                                    TCSLTD003812674

Please find Open Positions Status as of 13-Jun-12 2PM CST .

211 Onsite Open positions; excluding 31 Confirmed yet to be joined positions
Confirmed yet to be joined is 31 associates (Expat: 21, Local Employee: 2, Local hire: 8, BA: 0)
**4 positions are Fulfilled on Tuesday and Wednesday (#Fulfilled: June: 29, May: 63, April: 49)**
**Included Open positions for Q2 (July & August)**

**Fulfilment by Date for all Confirmed associates:**

| Associate Source | 14-Jun | 15-Jun | 18-Jun | 19-Jun | 25-Jun | 2-Jul | 9-Jul | Total |
|---|---|---|---|---|---|---|---|---|
| Expat-From Offshore | 2 | | 6 | | 4 | | 1 | 13 |
| Expat-From relocation | | 1 | 3 | 2 | 2 | | | 8 |
| Local Employee | 2 | | | | | | | 2 |
| Local Hire | | | 5 | | 2 | 1 | | 8 |
| Total | 4 | 1 | 15 | 2 | 8 | 1 | 1 | 31 |

**Onsite Open Positions by Month Needed:**

| SP / Month --> | June | July | Aug | Total |
|---|---|---|---|---|
| ADM | 69 | 46 | 39 | 154 |
| Assurance | 8 | 5 | 6 | 19 |
| GCP | 8 | | | 8 |
| IT-IS | 26 | 4 | | 30 |
| Total | 111 | 55 | 45 | 211 |

[attachment "▇▇▇▇▇▇Open Positions Tracker-13-Jun-12 2PM CST Wdrive.xlsx" deleted by ▇▇▇▇▇▇
▇▇▇▇▇▇/AMER/TCS]

Thanks and Regards
▇▇▇▇▇▇
Tata Consultancy Services
▇▇▇▇▇▇
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Outsourcing
_____

Attorneys' Eyes Only

TCSLTD003812676