Ex. B13 to Plaintiffs' Class Cert. Reply (Dkt. #196-3)

| From: | |
| --- | --- |
| Sent: | October 15, 2014 3:17 PM |
| Subject: | Fw: Quick Summary of ▮▮▮▮ open positions.. |

| From: | |
| --- | --- |
| To: | "▮▮▮▮" |
| Cc: | |
| Date: | 10/14/2014 08:43 PM |
| Subject: | Quick Summary of ▮▮▮▮ open positions.. |

Suresh

Here is the quick summary of ▮▮▮▮.



| Skill Set | No of Requirements | No of Profiles Proposed | Status of Profiles |
| --- | --- | --- | --- |
| Java Production Support with Mobility Experience | 2 | 0 | Need only EXPATS. Will follow-up with Suresh Pillai for Expat profiles |
| Workday HR Support | 1 | 1 | Customer evaluation planned for this week based on customer availability. Need one more profiles as standby profile |
| BI Developers | 1 | 4 | 2 profiles not reachable, for other 2 profiles internal evaluation is in pending. |
| PeopleSoft Financials developer | 1 | 3 | 3 - under customer evaluation. Customer has given schedule for evaluation by next week due to few production deployments this week |



| Skill Set | No of Requirements | No of Profiles Proposed | Status of Profiles |
| --- | --- | --- | --- |

| | | | |
|---|---|---|---|
| McCracken Strategy | 1 | 0 | Shared updated JD today with RMG/ TAG team |
| Closure (mortgage origniation platform) | 1 | 0 | |
| Project management - Wealth Management | 1 | 3 | Shortlisted BOA profile |
| Business analyst with Wealth Management Experience | 1 | 0 | Rejected 2 profiles today due to lack on BA knowledge |
| Java skill set with VRU (Voice ResponseUnit) Experience | 1 | 0 | |
| C++ | 1 | 0 | Rejected one profile due to lack of knowledge |
| Business analyst with Trade Finance expertise *(High Priority) | 1 | 1 | Under internal evaluation |
| Data mapper / analyst - with Trade Finance Experience | 1 | 0 | |
| BPM Lombardi Tech Lead | 1 | 1 | Shortlisted TN Visa, working with immigration team to find eligibility |

IAM – 2 Positions. Not getting profiles from vendors.

Regards

**From:**
**Sent:** Tuesday, October 14, 2014 8:25 PM
**To:**
**Cc:**
**Subject:** NA 1.2 Status update 10/14

Dear ,
Here is the summary of today's status for accounts..

Across all accounts we have 5 confirmations today, split is like  2,  – 2, -1

| | | Number of requirements | | | Confirmations for the day | Cum. Confirmations for the week | Name & Confirmation Category (Local Hire, BA, Expat travelled, Movement |
|---|---|---|---|---|---|---|---|
| Group | Account | Open | with CVs for evaluation | without CVs | by Skills needed | | |

Attorneys' Eyes Only     TCS148611

| | | | | | | | from other accounts) |
|---|---|---|---|---|---|---|---|
| NA 1.2 | ▇ | 14 | 9 | 5 | - WCF Developer<br>- WESB Developer<br>- iLOG Developer<br>- BPM (Lombardi) Developer<br>- Sharepoint Developer/Designer | 2 | 2 | ▇ - BA<br>▇ - BA |
| | ▇ | 2 | 0 | 2 | IAM -2 | 0 | 0 | |
| | ▇ | 3 | 2 | 1 | Workday HR support - 1 | 2 | 2 | ▇ - Local, Local<br>▇ - Local |
| | ▇ | 9 | 3 | 6 | McCracken Strategy -1<br>BSA Mortgage Closer (Closure Origination platform) -1<br>Java skill set with VRU (Voice ResponseUnit) Experience -1<br>BPM Lombardi Tech Lead -1<br>Business analyst with Wealth ManagementExperience -1<br>Data mapper / analyst - with Trade Finance Experience | 0 | 0 | |
| | ▇ | 9 | 9 | 0 | Unisys Solution Architect -1<br>Test Engineer with CA LISA Virtualize Tool exp -1<br>KYC Incident Manager -1<br>Noetix Developer | 1 | 1 | ▇ G - Expat, moving from ▇ onsite team. |

Regards

▇

Attorneys' Eyes Only

Attorneys' Eyes Only

TCS148613