Ex. B14 to Plaintiffs' Class Cert. Reply (Dkt. #196-3)

| | |
|---|---|
| **From:** | ▇ |
| **Sent:** | May 20, 2015 4:33 PM |
| **To:** | ▇ |
| **Cc:** | ▇ |
| **Subject:** | Re: No coverage of C++ last 3 days |

Dear ▇,

Although I have been sending the status last 3 days, highlighting that **NO coverage of C, C++**, we have 3 open positions, there is no movement at all. No profile submissions.

All 3's are critical, where other vendors are trying to enter into our arena.

Thanks,
▇

Website: http://www.tcs.com
_____
Experience certainty.      IT Services
                           Business Solutions
                           Consulting
_____


▇---05/19/2015 05:48:31 PM---Dear ▇,

| | |
|---|---|
| **From:** | ▇ |
| **To:** | ▇ |
| **Cc:** | ▇ |
| **Date:** | 05/19/2015 05:48 PM |
| **Subject:** | Daily Status ▇ : 19-May-2015 |

Dear ▇,

Please find below the status as of Today 5/19 (Tuesday) –

Total open positions ( **without profile** ) Count : **14** (Expat: 2 , Mainframe and C++ , we are looking for **Expat only** )
Total Awaiting Feedback Positions from LOB Count : **26**
Today's Closures Count: **3 (1 REL - Java, 1 Digital Dev Ops - WAS Admin, 1 Digital Global - Java)**

**C++ very critical Requirement , we have 3 open positions ( 1 backed out case), No profile coverage. 2 FT hiring resources (▇) backed out after offer roll out.**

**Challenges/Special attention needed:**

Attorneys' Eyes Only                                                           TCSLTD003820533

Ø **Requested to TAG/**▮ **to set expectation to Vendors for critical positions – Security Architect (Dot Net/Java strong), JAVA, HTML 5, Build Engineer, C++, Dot Net, Wily Build Engineer, Dot Net, Hadoop Big Data, Tibco Admin where Accenture, CTS, Wipro are supplying ample profiles, we have very high chance of losing the positions.**
Ø **Requested RMG/**▮ **for Internal coverage for all the above positions, as we are seeing lot of releases or ramp down from other areas. We must receive Java and Dot Net availability from internal pool**

| Group | Account | Number of requirements Open | with CVs for evaluation | without CVs | Need CV Coverage by skill | Confirmations for the day | Cum. Confirmations (May) | Cumulative QTD | Name & Confirmation Category (Local Hire, BA, Expat travelled, Movement from other accounts) |
|---|---|---|---|---|---|---|---|---|---|
| NA 4 | ▮ | 40 | 26 | 14 | Java/J2EE + HTML5: 1<br>Java/J2EE Developer: 2<br>API Designer Specialist: 1<br>Security Architect: 1<br>Build Engineer: 2<br>Mainframe, Cobol: 1<br>Oracle RMB: 1<br>C++ Developer: 3<br>Tibco Admin: 1<br>Tibco Developer: 1 | 3 | 16 | 37 | **Internal:** ▮<br><br>**Local Vendor** |

**(FTE):**



**Local Vendor (BA):**



Thanks,

Attorneys' Eyes Only

TCSLTD003820535