Ex. B15 to Plaintiffs' Class Cert. Reply (Dkt. #196-3)

| | |
|---|---|
| From: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Sent: | February 03, 2014 1:47 PM |
| To: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Cc: | |
| Subject: | Re: Fw: Resource Requirement for PL/SQL, Unix and requirements analysis skills. |

Yes we are checking but dont have anyone internal.

Thanks&Regards
▓▓▓▓▓
RMG Lead - Insurance & Health Care, ASU
▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Tata Consultancy Services
379, Thornall Street, 4th Floor, Edison, New Jersey, United States
▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions_

▓▓▓▓▓▓▓---02/03/2014 05:06:08 AM---Hi ▓▓▓▓▓▓▓ is under consideration for EntSol requirement

| | |
|---|---|
| From: | ▓▓▓▓▓▓▓▓▓▓▓▓ |
| To: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Cc: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Date: | 02/03/2014 05:06 AM |
| Subject: | Re: Fw: Resource Requirement for PL/SQL, Unix and requirements analysis skills. |

Hi ▓▓▓▓▓,

▓▓▓▓▓ is under consideration for EntSol requirement

Hi ▓▓▓▓▓,

Pls help him with Pl/SQL Unix resources.
▓▓▓▓▓ is an Oracle Apps resource

Regards
▓▓▓▓▓▓▓▓
NA RMG Lead - Enterprise Solutions
Tata Consultancy Services

379 Thornall Street - 4th Floor,
Edison
New Jersey - 08837, New Jersey
United States

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting

---

---01/30/2014 04:54:12 PM--- Updates please on ▓ or other suitable candidates.

From: ▓
To: ▓
Cc: ▓
Date: 01/30/2014 04:54 PM
Subject: Re: Fw: Resource Requirement for PL/SQL, Unix and requirements analysis skills.

▓,

Updates please on ▓ or other suitable candidates.

Thanks,
▓



From: ▓
To: ▓
Cc: ▓
Date: 01/30/2014 11:35 AM
Subject: Re: Fw: Resource Requirement for PL/SQL, Unix and requirements analysis skills.

Attorneys' Eyes Only

I am looking for the below skills -
PL/SQL Development
UNIX
Requirement analysis and document preparation.

Pavan has worked in Oracle Apps and is good in PL/SQL and has also worked in UNIX - his skills fit our requirement.

Thanks,



From:
To:
Cc:
Date: 01/30/2014 11:15 AM
Subject: Re: Fw: Resource Requirement for PL/SQL, Unix and requirements analysis skills.

Hi ,

What skill are you looking for?

Regards

Mailto:
Website: http://www.tcs.com

_____
Experience certainty. IT Services
Business Solutions
Consulting
_____

From:
To:
Cc:
Date: 01/30/2014 11:01 AM
Subject: Re: Fw: Resource Requirement for PL/SQL, Unix and requirements analysis skills.

Attorneys' Eyes Only
TCSLTD004582786

▮

Pls help here.

Thanks&Regards
▮

RMG Lead - Insurance & Health Care, ASU
▮

Tata Consultancy Services
379, Thornall Street, 4th Floor, Edison, New Jersey, United States
▮

Website: http://www.tcs.com
_____

Experience certainty. IT Services
Business Solutions

| | |
|---|---|
| From: | ▮ |
| To: | ▮ |
| Cc: | ▮ |
| Date: | 01/30/2014 10:49 AM |
| Subject: | Re: Fw: Resource Requirement for PL/SQL, Unix and requirements analysis skills. |

▮

I have come across the name of ▮ who is currently unallocated. He was working in the ▮ account and is from the EntSol group. ▮ is currently reporting to ▮ (RMG) - could you please check if he can be made available for ▮

His skill sets match our requirement.

Thanks,


Attorneys' Eyes Only

From: ▮
To: ▮
Cc: ▮
Date: 01/29/2014 12:39 PM
Subject: Re: Fw: Resource Requirement for PL/SQL, Unix and requirements analysis skills.


I dont have ▮

▮

Please help


Thanks&Regards
▮
RMG Lead - Insurance & Health Care, ASU
▮

Tata Consultancy Services
379, Thornall Street, 4th Floor, Edison, New Jersey, United States
▮

Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions

From: ▮
To: ▮
Cc: ▮
Date: 01/29/2014 12:28 PM
Subject: Re: Fw: Resource Requirement for PL/SQL, Unix and requirements analysis skills.




▮,

I need profiles with PL/SQL, Unix and requirements analysis skills experience at the earliest please.
Customer is bugging me continuously for the same.

RGS# is 3375152 and Req# is 3814317

Thanks,

Attorneys' Eyes Only



From:
To:
Cc:
Date: 01/27/2014 12:00 PM
Subject: Re: Fw: Resource Requirement for PL/SQL, Unix and requirements analysis skills.

Evaluated ▮▮▮▮ but she is not suitable. She has worked on PL/SQL from a support aspect only and is not suitable for a developer role.

Please send me alternate profiles at the earliest.



From:
To:
Cc:
Date: 01/25/2014 12:40 PM
Subject: Re: Fw: Resource Requirement for PL/SQL, Unix and requirements analysis skills.


▮▮▮▮
Tata Consultancy Services
▮▮▮▮
Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting

From:
To:
Cc:
Date: 01/24/2014 11:12 PM
Subject: Re: Fw: Resource Requirement for PL/SQL, Unix and requirements analysis skills.

Dear ▮,

Pls consider

Regards
▮
RMG- INS 2
Tata Consultancy Services Limited
Ph:-
Mailto:
Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting

From: ▮ G/AMER/TCS
To:
Date: 01/25/2014 03:27 AM
Subject: Fw: Resource Requirement for PL/SQL, Unix and requirements analysis skills.

Pls help

Attorneys' Eyes Only

TCSLTD004582790

Thanks&Regards

███████

RMG Lead - Insurance & Health Care, ASU

███████████████████

Tata Consultancy Services
379, Thornall Street, 4th Floor, Edison, New Jersey, United States
███████████████████

Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions

----- Forwarded by ███████ /AMER/TCS on 01/24/2014 04:56 PM -----

From: ███████
To: ███████
Date: 01/24/2014 04:38 PM
Subject: Resource Requirement for PL/SQL, Unix and requirements analysis skills.

███

As discussed, i need to onboard a resource at Wilmington with PL/SQL, Unix and requirements analysis skills - the JD is attached.
The requirement is asap - could you please send me profiles (expats only).


Thanks,
███████

[attachment "Data Analyst - PLSQL Developer - job description v1.2.doc" deleted by ███████ /CHN/TCS]

=====-----=====-----=====

Notice: The information contained in this e-mail message and/or attachments to it may contain confidential or privileged information. If you are not the intended recipient, any dissemination, use, review, distribution, printing or copying of the information contained in this e-mail message and/or attachments to it are strictly prohibited. If

you have received this communication in error, please notify us by reply e-mail or telephone and immediately and permanently delete the message and any attachments. Thank you[attachment "██████████ resume.doc" deleted by ██████████████████████████████]

Attorneys' Eyes Only

TCSLTD004582792