Ex. B17 to Plaintiffs' Class Cert. Reply (Dkt. #196-3)

**From:** ▮
**Sent:** February 06, 2014 3:58 AM
**To:** ▮
**Cc:** ▮
**Subject:** Re: Sharepoint resources required for ▮

Hi ▮,

Internally none available at onsite for Chicago. pls suggest

Regards
▮
NA RMG Lead - Enterprise Solutions
Tata Consultancy Services
379 Thornall Street - 4th Floor,
Edison
New Jersey - 08837, New Jersey
United States
▮

Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

▮---02/05/2014 09:55:03 PM---▮, Any updates on this request?

**From:** ▮
**To:** ▮
**Cc:** ▮
**Date:** 02/05/2014 09:55 PM
**Subject:** Re: Sharepoint resources required for ▮ Chicago

▮

Any updates on this request?

Attorneys' Eyes Only

█████████████
Tata Consultancy Services
█████████████

Website: http://www.tcs.com

_____

Experience certainty. IT Services
Business Solutions
Consulting

_____


----- ████████████████ /MUM/TCS wrote: -----
To: ███████████
From: ████████████████████
Date: 01/28/2014 07:29AM
Cc: ████████████████████████████████████████████████████
████████████████████
Subject: Re: Sharepoint resources required for ███████████

█████

Our preference will be to have an expat to start this engagement. Requesting you to please check for VISA ready expat profiles also.

Regards,
█████████████
Tata Consultancy Services
█████████████

Website: http://www.tcs.com

_____

Experience certainty. IT Services
Business Solutions
Consulting

_____


----- ███████/MUM/TCS wrote: -----
To: █████████████████████
From: ████████/MUM/TCS
Date: 01/27/2014 03:01PM
Cc: ████████████████████████████████████████████████████
████████████████████
Subject: Re: Sharepoint resources required for ███████████

Hi ████████████

We discussed. You are looking for only GC & Citizens. But pls note - It will take 4 weeks to hire fulltime associates minimum.

█████ will help with profiles.

Regards
█████████
NA RMG Lead - Enterprise Solutions
Tata Consultancy Services
379 Thornall Street - 4th Floor,
Edison
New Jersey - 08837, New Jersey

Attorneys' Eyes Only

United States
███████
███████

Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

████████---01/27/2014 03:30:26 PM---████, I happened to get couple of local hire profiles. Please note that we can deploy only FTE o

From: ████████████████

To: ████████████████

Cc: ████████████████████████████████

Date: 01/27/2014 03:30 PM

Subject: Re: Sharepoint resources required for ████████

████████

I happened to get couple of local hire profiles. Please note that we can deploy only FTE of TCS in ████. So we cant consider H1B candidates.

Regards,
████████████
Tata Consultancy Services
████████████

Website: http://www.tcs.com

---

Experience certainty. IT Services
Business Solutions
Consulting

---

████████████████ wrote: -----

To: ████ MUM/TCS@TCS
From: ████████████
Date: 01/27/2014 07:58AM
Cc: ████████████████████████████████████

Subject: Re: Sharepoint resources required for ████████

Dear ▮,
This requirement is for ▮ account based in Chicago.
The candidate should be very sound technically in SharePoint along with excellent communication skills.

Attached is the JD sheet. Please let me know if you have any questions.

Regards,
▮
Tata Consultancy Services
▮

Website: http://www.tcs.com

___

Experience certainty. IT Services
Business Solutions
Consulting

___

▮ MUM/TCS wrote: -----
To: ▮
From: ▮
Date: 01/26/2014 06:47PM
Cc: ▮
Subject: Re: Sharepoint resources required for ▮ Chicago

Dear ▮,

Pls share the RGS & JD in the format below.
Which account is this for?

(See attached file: JD Template.xls)

Regards
▮
NA RMG Lead - Enterprise Solutions
Tata Consultancy Services
379 Thornall Street - 4th Floor,
Edison
New Jersey - 08837, New Jersey
United States
▮

Website: http://www.tcs.com

___

Experience certainty. IT Services
Business Solutions

Consulting

From: ▮▮▮▮ --01/26/2014 07:20:59 PM---Dear ▮▮, Share Point comes under Ent Sol.

To: ▮▮▮▮▮

Cc: ▮▮▮▮▮

Date: 01/26/2014 07:20 PM

Subject: Re: Sharepoint resources required for ▮▮ Chicago

Dear ▮▮,

Share Point comes under Ent Sol.

Dear ▮▮▮▮▮,

Please help in closing this in the next 2 - 3 days.

Regards
▮▮▮▮
RMG Lead, BFS NA
Tata Consultancy Services
379 Thornall Street - 4th Floor
Edison - 08837, New Jersey
United States
▮▮▮▮

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting

▮▮▮▮ --01/26/2014 01:31:42 PM---Dear ▮▮▮, We need a Share point resources with about 6-7 years experience for a Sharepoint proje

From: ▮▮▮▮

To: ▮▮▮▮

Cc: ▮▮▮▮

Date:

Attorneys' Eyes Only

TCSLTD004872276

Subject:
01/26/2014 01:31 PM

Sharepoint resources required for ▮

Dear ▮,

We need a Share point resources with about 6-7 years experience for a Sharepoint project starting soon. The resource should excellent communications skills and sound technical knowledge.

There is scope for more growth with possibility of setting offshore team as well. But we have to first position someone for Chicago.

Please note that this requirement has come directly from bank CIO and its imperative that we provide suitable profiles at the earliest.

Please let me know if you have any questions regarding this position.

Thanks,
▮
Tata Consultancy Services
▮
Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____

[attachment "JD Template.xls" removed by ▮]

[attachment "JD Template.xls" removed by ▮]