Ex. B19 to Plaintiffs' Class Cert. Reply (Dkt. #196-3)

**From:** ▮
**Sent:** September 25, 2015 6:35 PM
**To:** ▮
**Cc:** ▮
**Subject:** Re: Fw: ▮ - Conslidated Open Requirements - URGENT requirements for US Visa Ready associates - Technical Writer

Hi ▮,

Can you pl check if ▮ can be released for ▮?

He is currently with ▮

Thank You & Regards,
▮,
RMG Lead - Retail & CPG, TTH, Govt & Cincinnati DC,
▮
1000, Summit Drive,
TCS, Cincinnati,
Milford, OH 45140.
▮

*****************************************************************************************************************

Experience certainty. IT Services
Business Solutions
Consulting

---

▮---09/25/2015 03:48:23 AM---Thanks ▮ - Please advise on the availability status of the below employee.

**From:** ▮/DEL/TCS
**To:** ▮/CHN/TCS@TCS
**Cc:** ▮
**Date:** 09/25/2015 03:48 AM
**Subject:** Re: Fw: ▮ - Conslidated Open Requirements - URGENT requirements for US Visa Ready associates - Technical Writer

Thanks ▮.

Dear ▮ - Please advise on the availability status of the below employee.

Regards

███████████
Gov ISU - RMG
Tata Consultancy Services Limited
███████████

Website: http://www.tcs.com

---

Experience certainty.       IT Services
                Business Solutions
                Consulting

---

███████████--09/25/2015 01:04:03 PM---Dear ███, We have a technical writer located in the US. He is presently working with another projec

From:    ███████████
To:      ███████████
Cc:      ███████████
Date:    09/25/2015 01:04 PM
Subject: Re: Fw: ███ - Conslidated Open Requirements - URGENT requirements for US Visa Ready associates - Technical Writer

Dear ███,

We have a technical writer located in the US. He is presently working with another project. However, you can connect with him in the numbers appended below and check his status.

Name : ███████████
Phone  ███████████
E-mail: ███████████

Request you to keep us posted on the status.

Regards

███████████
TechCom NGM-India, MEA, Govt.
███████████

Website: http://www.tcs.com

---

Experience certainty.       IT Services
                Business Solutions
                Consulting

---

▇▇▇▇▇▇▇▇--09/21/2015 12:03:51 PM---Dear ▇▇▇ We don't have visa ready tech writers in the team. However i was informed by ▇▇▇, my co

From: ▇▇▇
To: ▇▇▇
Cc: ▇▇▇

Date:     09/21/2015 12:03 PM
Subject:  Re: Fw: ▇▇▇ - Conslidated Open Requirements - URGENT requirements for US Visa Ready associates - Technical Writer

Dear ▇▇▇,

We don't have visa ready tech writers in the team. However i was informed by ▇▇▇, my colleague in Bangalore, that one tech writer (already in USA) is getting released. So am checking the status. Need to check skills too and relevant exp.

▇▇▇ who leads the TechCom team for India-Gov-MEA, will find out and revert in a day or so.

Thank you,

▇▇▇

▇▇▇
Technical Communication Group
Tata Consultancy Services
4 & 5th floor, PTI Building,
No 4, Sansad Marg,
New Delhi - 110001, Delhi
India
▇▇▇

Website: http://www.tcs.com

Experience certainty.     IT Services
                          Business Solutions
                          Consulting

▇▇▇--09/19/2015 07:55:37 AM---Dear ▇▇▇ There is a confirmed requirement for a Technical Writer at US. We are looking for vis

Attorneys' Eyes Only

From: ███
To: ███
Cc: ███
Date: 09/19/2015 07:55 AM
Subject: Fw: ███ - Conslidated Open Requirements - URGENT requirements for US Visa Ready associates - Technical Writer

Dear ███

There is a confirmed requirement for a Technical Writer at US. We are looking for visa ready people as first preference.

| RGS Id | Location Details | Role | No of Positions | Total Experience | Preferred Desg | Essential Skills |
|---|---|---|---|---|---|---|
| 4212660 | Jackson, MS | Technical Writer | 1 | 4-6 | ITA | Training Material development, User Manual development, Review documentation, Usability Testing Skill, Proficient in US English, Should be able to transform technical writing to business language writing Rational Requirements Management tools - Requisite pro, RRC, Jazz Platform, Prototyping Tool. |

Kindly see whether you can help us with suitable profiles.

Regards
███
Gov ISU - RMG
Tata Consultancy Services Limited
███

Website: http://www.tcs.com
_____
Experience certainty.      IT Services
                           Business Solutions
                           Consulting
_____

----- Forwarded by ███/DEL/TCS on 09/19/2015 07:49 AM -----

From: ███
To: ███
Cc: ███
Date: 09/18/2015 05:23 PM
Subject: ███ - Conslidated Open Requirements - URGENT requirements for US Visa Ready associates

███,

Please find attached the consolidated open requirements for the ███. We would need US Visa ready associates for these requirements.

[attachment "Open Requirements - ▮▮▮.xlsx" deleted by ▮▮▮▮▮▮EL/TCS]

Regards,

▮▮▮▮▮

Government Industry Solutions Unit

▮▮▮▮▮
▮▮▮▮▮
▮▮▮▮▮

Website: http://www.tcs.com

Experience certainty.         IT Services
                              Business Solutions
                              Consulting

Attorneys' Eyes Only