Ex. B28 to Plaintiffs' Class Cert. Reply (Dkt. #196-3)

TCSLTD004224025

| Customers | RGS at the beginning of the Week (28th April'14) | Created This week (28th April - 2nd May) | Fulfilled | Cancelled | Closing Balance (02 May'14) | Remarks (2 May'14) | Remarks (7 May'14) |
|---|---|---|---|---|---|---|---|
| [redacted] | 39 | 3 | 2 | 0 | 41 | 57 Position is being worked on<br>a) 7 positions was closed this week (4 hiring in progress, 3 closed with internal profile)<br>(b) 24 CVs with Customer since last week. Awaiting feedback<br>(c) 21 position need H1B mapping from visa ready associates.<br>(d) 5 Positoin need more CV's<br><br>Need RGS cleanup, 57 position been worked on. 16 RGS need to be created.<br>Leadership team reviewed the open requirements on 29th April and has advised the project team to close the Generic requirements by mapping Visa ready Expats from offshore. H1B Visa Ready data | 33 Position is being worked on<br>a) 7 positions was closed this week (4 hiring in progress, 3 closed with internal profile)<br>(b) 24 CVs with Customer since last week. Awaiting feedback - 2 Tibco Customer confirmations have come in ( Locals ), on boarding initiated.<br>(c) 21 position need H1B mapping from visa ready associates. 1 Java Tech Lead and 1 Java Developer position closed with Expats. 5 more mappings done ( 3 BSAs and 2 PMs ), evaluation in progress<br>(d) 5 Positoin need more CVs Account team has confirmed to TAG that they can pay up 20 percent vendor fee.<br><br>Need RGS cleanup, 57 position been worked on. 16 RGS need to be created. As the number of requirements have lessened, 8 additional RGS |
| [redacted] | 12 | 0 | 0 | 0 | 12 | 5 Position being worked on, 7 RGS on hold.<br>Customer interview pending for all 5 positions for last 2 weeks | 5 Position being worked on, 7 RGS on hold.<br>Customer interview pending for all 5 positions for last 2 weeks - Status remains the same. 1 New ETL requirement has come up for which CVs need to be given. Expat CV proposed, got |
| [redacted] | 10 | 1 | 1 | 0 | 10 | 11 position being worked on, 1 RGS to be created<br>a) 2 onboarding initiated for SFDC, ETL<br>b) 31 CV under evalaution for 9 Req J2EE, AS400 , Unisys etc | 11 position being worked on, 1 RGS to be created Off shore PMO taking care of the same<br>a) 2 onboarding initiated for SFDC, ETL<br>b) 31 CV under evalaution for 9 Req J2EE, AS400 , Unisys etc Old CVs rejected by TCS SMEs, 8 Fresh CVs ( All Expats ) proposed. One BA |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| [redacted] | 14 | 9 | 0 | 3 | 20 | 21 position being worked on, 1 RGS need to be created.<br>a) 1-Java- onboarding initiated<br>b) 1-Java lead- shortlisted , rate issue<br>c) 15 Position , Niche skills , rate is a challage<br>d) 4 position , oracle PL/SQl, informatica, Prod Supp. Sys Admin, BA CV proposed-under evalaution | 21 position being worked on, 1 RGS need to be created. PMO Team taking care of the same<br>a) 1-Java- onboarding initiated<br>b) 1-Java lead- shortlisted , rate issue Status same, call with P & L Owner on 7 May 2014. Request to be sent to Murthy to get blanket approval for the niche skills.<br>c) 15 Position , Niche skills , rate is a challage Status same, call with P & L Owner on 7 May 2014. Request to be sent to Murthy to get blanket approval for the niche skills.<br>d) 4 position , oracle PL/SQl, informatica, Prod Supp. Sys Admin, BA CV proposed-under |
| [redacted] | 87 | 35 | 0 | 34 | 88 | 35 Position is being worked on, RGS need major cleanup , 53 RGS to be made tentative or cancelled.<br>a) 9 onboarding in progress for Appain skills.<br>B) 16 position( java, .net, PL/SQl) to be mapped by H1B visa ready associates.<br>C) 2 - Big Data req , Rate issues<br>d) 8 position - Actimize-SAP-EP, SAS EDI, DM, Sharepoint- CV's | 35 Position is being worked on, RGS need major cleanup , 53 RGS to be made tentative or cancelled. PMO Team requested to make the IDs tentative<br>a) 9 onboarding in progress for Appain skills.<br>B) 16 position( java, .net, PL/SQl) to be mapped by H1B visa ready associates. WIP. Call with off shore delivery partner scheduled on 8 May 2014<br>C) 2 - Big Data req , Rate issues As Skills are very niche, account team to review and revert back to TAG if they can afford the market rates |
| [redacted] | 4 | 2 | 3 | 0 | 4 | 9 Position is being worked on, 5 RGS to be created<br>a) 1 Onboarding in progress<br>b) 3( Sr ETL, C# req ) Customer Interview pending<br>c) ECS, Tech Arch, Quest IM, Security Arch - Niche skills need more Coverage | 9 Position is being worked on, 5 RGS to be created PMO team is doing the neeful<br>a) 1 Onboarding in progress<br>b) 3( Sr ETL, C# req ) Customer Interview pending Status same, Account pushing the Customer to expedite<br>c) ECS, Tech Arch, Quest IM, Security Arch - Niche skills need more Coverage Requirements |
| [redacted] | 9 | 0 | 0 | 0 | 9 | Internal Selects in place for all the Requirements. Delay happening | Internal Selects in place for all the Requirements. Delay happening from Customer |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| [redacted] | 0 | 14 | 0 | 0 | 14 | 13 Position being worked on, 1- RGS to be cancelled.<br>a) 4- Allaric , niche - account working with Allaric for tie up<br>b) 9-position (BI/DW Arch, Kofax, terradata TRM, Andriod dev.)Need more CV coverage | 13 Position being worked on, 1- RGS to be cancelled.<br>a) 4- Allaric , niche - account working with Allaric for tie up Status same, Account team working on the same.<br>b) 9-position (BI/DW Arch, Kofax, terradata TRM, Andriod dev.)Need more CV coverage |
| [redacted] | 57 | 19 | 5 | 0 | 71 | Total Open positions are 71 including 13 new requirements have been added recetly - 5 Android, 5 JBOSS, 2 EMV & 1 KanBan PM. New requirements raised on Mainframe Techno PM and Internal CVs have been proposed.<br><br>(a) 6 closures since last review (3 Internal & 3 Local)<br>(b)14 candidates are confirmed and yet to join<br>(C) 22 profiles have been | Total Open positions are 71 including 13 new requirements have been added recetly - 5 Android, 5 JBOSS, 2 EMV & 1 KanBan PM. New requirements raised on Mainframe Techno PM and Internal CVs have been proposed.<br><br>(a) 7 closures since last review (3 Internal & 4 Local)<br>(b) 15 candidates are confirmed and yet to join (1 Java confirmed today - BA)<br>(C) 21 profiles have been shortlisted and submitted for Customer Evaluation and awaiting feedback<br>(d) 1 internal shortlisted for Pega SSA |
| [redacted] | 3 | 5 | 2 | 0 | 6 | Total Open positions are 6 and 4 new requirements would be raised on FileNet, LISA Expert & IBM Data Explorer<br><br>(a) 1 closure in the current week for BI / Intergration Lead (Expat)<br>(b) CV coverage ensured for Open positions on Testing & Business | Total Open positions are 6 and 4 new requirements would be raised on FileNet, LISA Expert & IBM Data Explorer<br><br>(a) 1 closure in the current week for BI / Intergration Lead (Expat)<br>(b) CV coverage ensured for Open positions on Testing & Business Analyst<br>(c) Genesys, FileNet, LISA Expert, CVs have been |
| [redacted] | 1 | 0 | 0 | 0 | 1 | 1 position on Informatica being wor | Requirement has been modified for Datamasking. Internal profile proposed and |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| [redacted] | 15 | 0 | 0 | 3 | 12 | Total 12 Open Positions being worked upon and CV coverage ensured for most of the positions | Total 12 Open Positions being worked upon and CV coverage ensured for most of the positions. 1 Solution Architect confirmed (Internal movement from AMEX) Informatica profiles under review. |
| [redacted] | 130 | 18 | 9 | 13 | 127 | 138 Position being worked on. 11 RGS IDs to be raised a) 8 positions were closed this week (6 BA hiring in progress, 2 closed with BA) (b) 20 CVs proposed to the Customer for Java UI, Java Middle ware, Core Java, VB . Net, ASP . Net, SSIS Lead, QA Lead, BO, Teradata, Informatica, DWH, BSA, Release Manager, Java Tech Lead, iOS Developer, Android Developer, Performance Tester, Java Architect, | 138 Position being worked on. 11 RGS IDs to be raised a) 8 positions were closed this week (6 BA hiring in progress, 2 closed with BA) (b) 20 CVs proposed to the Customer for Java UI, Java Middle ware, Core Java, VB . Net, ASP . Net, SSIS Lead, QA Lead, BO, Teradata, Informatica, DWH, BSA, Release Manager, Java Tech Lead, iOS Developer, Android Developer, Performance Tester, Java Architect, Web Developer and UI Requirements. 8 Customer confirmations have come in ( 6 Contractors and 2 Expats ) Now, 20 Cvs pending with the |
| [redacted] | 24 | 1 | 0 | 0 | 25 | 25 Position being worked on (a) 4 positions closed during the week ( 3 Locals & 1 BA, on boarding initiated ) (b) 61 CVs proposed against the 21 SAP, MS CRM, Sharepoint etc positions. | 25 Position being worked on (a) 4 positions closed during the week ( 3 Locals & 1 BA, on boarding initiated ) (b) 61 CVs proposed against the 21 SAP, MS CRM, Sharepoint etc positions. 1 Storage select from among the 61 CVs, rest rejected. On boarding of |
| [redacted] | 25 | 1 | 3 | 5 | 18 | 21 position being worked on, 3 RGS IDs to be raised a) 5 positions closed during the week ( 3 BA, 2 Locals, on boarding initiated ) | 21 position being worked on, 3 RGS IDs to be raised a) 5 positions closed during the week ( 3 BA, 2 Locals, on boarding initiated ) b) 44 CVs under evalaution for 16 Req in J2EE, |
| **Total** | 430 | 108 | 25 | 58 | 458 | | |