Ex. C1 to Plaintiffs' Class Cert. Reply (Dkt. #196-4)

. Praise Employees

Start praising your employees today for the work they do well and they'll be much more likely to repeat the behavior and want to do other things.

2. Start Listening

Listen to what your employees say without jumping in or offering advice and you'll have access to richer and more complete information so you can make better decisions.

3. Don't Micromanage

Step back and let your employees do their thing.  Don't offer unsolicited advice but be there for them if they ask for help.

4. Be Kind

Behave kindly, treat people well, appreciate everyone and do things that build employees up so they feel great about themselves.

5. Interview Your Employees

Find out what the talents and abilities are of each of your employees.  Use this knowledge to work with them to find ways they can do work that fits what they enjoy doing.

Build stronger teams.
Conduct more effective meetings.
Focus on the skills people bring to the table.
Forge deeper relationshi
1. Senior Manager always porovides the clear picture in term of growth and direction towards the career path
1. Trainings, HR is connected well, Top management is very much focused in high growth which adds business, values and above all takes the TCS brand name in the market
90% Same set of ques last five years. If senior management really pay heed what emploeyees say, then TCS can be a much better " Institution "
Able to reach them and they were able to provide clarification to our queries.
About pay roll.
About monthly salary package discussion.
About HIS Claim process
All questions are good. Based on our answers corrective actions should be taken.
Apply the TCS process while working ,Manager should invlove and support if Lead is not present (morethan 6  months)
Avoid last minutes meeting invites, email ettiquette, etc. professional behavior / work ethics has more scope for improvement.
.....
360 degree appraisial still not happening. Some of the questions should be there about Salary.
1) The quality of new recruits is many a time quite disappointing. both freshers and later entrants. Could we have a better screening methodolgy in place? or have people who are fit to

TCSLTD001460584

recruit in the recruitment panel. It has become a pain to deal with low quality personnel; this directly impacts delivery and overall growth of the organization
2) Compensation: Later entrants (with less skills) seems to be getting better paid that employees who have been with TCS and who perform much better; this is demotivating . Could something be done please.

3) Ultimatix is slow,; could we do some performance tuning?
"Good is not good enough when better is possible"
.
1) The work ethics, 2) opportunity to work in multiple domain and technology
1) Are you happy with your salary structure?
2) How do perceive RMG & HR?
1) ARE YOU SATISFIED WITH THE SALARY PACKAGE IN ACCORDANCE WITH YOUR LOCATION ?
1) Better compensation for USA 2) better health plan for USA and 3) more cooperative travel desk
Changes in various processes, Ease to connect to HR, promotion cycle frequency increase.
1. More interaction of senior management with associates.
2. HR policy should be associates friendly as well.
3. HR meetings for onsite associates
Client has the confidence on TCS that they will be able to meet any challenge.
Admins team does provides the necessary support to help the employee to do their work
Are you Happy in TCS ? Would you recommend someone to join TCS ?
Band process should improve. Everybody knows that while Bad process there is no use of H1 rating. Either remove H1 rating completely or consider H1 rating during Band time.
Change the overall atmosphere of not being Indian. TCS could use a lot of improvement to stop its Indian employees from discriminating against local hire.
Communication has been improved since the last survey however there are other things to improve.
Appraisals have been done as per policies. No issues with that
as of now fine,ok.as of now fine,ok.as of now fine,ok.
as such the survey is adequate, no auggestions for new questions
at this time i dont think so we can add any questions.
Currently I am working at Client side and hence can't answer this question.
Being at client side nothing is provided by TCS and that I like the most
Don't think of any. Should consider survey response as most important and take immediate action.
Better Admin facilities, RMG is doing good work to get project within a shor time.
Better to have more HR activities at work place and have collaboration frequently.
Everything is fine. No suggestions or advices required . Nice place to work in the environment
Can add other questions related to canteen facilities and other favilties in the offshore
Flexible timings at work, support from Client, freedom to take decisions and offshore support
Challenging work, Good team of co assaciates, client appriciations etc.
Friendly environment, flexibly timing and learning opportunities are some of things I like about my workplace
Comfortability. I sit at the client side and hence.

TCSLTD001460585

Competitive Environment  and supportive team  helps me in improving my delivery skills

Attorneys' Eyes Only

Attorneys' Eyes Only

Good environment, nice friends, good leadership, better scope of work
good work culture and good communication. also good etiquette and more
Contractors at onsite should be provided with seperate cubicles . This is not practiced currently at
onsite .
Good work envirnnment for the associates to work at the client place.
Currently I have no suggestion from my side as I'm working at client location.
1. Team Diversity

Attorneys' Eyes Only

2. Scope of work
3. Roles and Responsibilities
As of now everything is in good shape i have no questions.

Better Salary at onshore locations and Better HR Communication about the Corporate policies
Detailed questions on compensation and promotion satisfaction are required to capture these issues appropriately
Can add questions for the other facilties [i.e; food service, night cab service]
Diversity in my role and responsibilities, positive work culture, openness to new ideas and innovation
co-worker are very helpful and co-operetive . we are working as one team
Dress code should be implemented in the workplace.That way the tension is gone what should be worn everyday.
Currently at customer location. so this section is not applicable
Currently working in Client Place so not applicable for me
environment is good,
flexibility of work,
Location preferences, Onsite Opportunities
Maternity Leave policies for Women associates at offshore

Few changes were observed since last survey.Few actions were taken based on result of the last survey.
Did not get any update what actions was taken to improve
Don't think of any. Could educate employees to not talk in regional language to not make colleagues curies about what they talk instead to work.
Friendly surrounding, good workplace to work, good freedom, and nothing much to be liked.
Even the infrastructure(AC and Fans) was not good this year. Make sure to provide a good infrastructure at TCS offices atleast to maintain the TATA standards.
Good environment to work!!!
Higher management is easily approchable and also learning and development actvities have got improved
Each questions are looking good. Make sure TCS follow improvement mentioned by TSC associates.
360 degree feedback appraisals should be there and peer feedback.
A) TCS should provide return airfare once a year to onsite associates. Associates with families practically have to spend 3-4 months of onsite savings for the same. Overall the savings potential comes down drastically & this is a leading cause of dissatifaction for all onsite associates with families.

To offset this expenditure, TCS should not pay the US salary for the duration as associate is visiting india. As was the policy earlier. Also no of leaves to visit home should be revisited.

B) The onsite compensation structure needs major overhaul. The associates with families should get an extra component for US salary. Currently the whole system / policy is skewed in favor of bachelor & usually lesser experienced associates. As living costs of a family is usually 3 times higher than a bachelor living in shared accomodation. It does not provide much of an incentive to

Attorneys' Eyes Only

attract or retain experienced associates to onsite positions, as the earning potential is not that great.

Almost all questions are included in this survey. I do not have more questions to include in the survey

Able to work with new cutting edge technology and cultural diversity makes the job a lot more fun.

Appraisal process has to be improved and needs to be reviewed at multiple levels

Availability and response from support groups like HR needs to improve

Cigna - health Insurance, being the TCS one of the biggest indian company in USA, TCS should look for some good health insurance other than Cigna or should add a better coverage in existing Cigna plan. The Co-pay, Out of pocket and deductable really makes the current Cigna plan useless. Even small companies get better Cigna covergae, wondering why TCS won't get a better insurance plan/coverage from Cigna. When you really go for it, you will understand how bad is this Cigna coverage.

All questions were based on major topics, no change required.

As of now I think all are ok and no improvement is recomended

Client is very good, flexible and co-operative. He really appreciates our work and long hours of dedication. Colleagues are very good and hard working.

Associates have many oppurtunities to work on various assignents and to choose various work locations.

co-ordinaion between the team and with higher level management is good

clean, healthy work environment. That is the best part for TCS.

Colleagues,Work Environment,Career Oppurtunities,Varied Technical Skills,Oraganizational Growth.

colleagues,team,my work,my dedication,infrastructure team,team activities

Focus has been changed to make appearance in media for TCS

Frequent HR sessions should take place at onsite so that associates are aware of the policies that has been in effect for that particular location.


Addresses good spectrum of areas that affect associates at all levels.

Good

Good Infrastructure, good brand value, clean environment, good media presence

How do you rate TCS as a software development company?

Are you respected and compensated for your technical knowledge?

excellent team

Getting opportunities to interact with Client directly. Also, managing the new development project life cycles.

alignment to client policies in terms of leaves, timesheets.

Salary hikes should be improved,

skillful and experienced resources should be recruited to improve quality and it helps in Complex projects,

Maternity Leave with pay should be provided for Women Associates even at onsite similar to offshore

Graphics Interface is better, Speed of the application is better than previous

Code of Conduct is critical, if all adhere to it.

TCSLTD001460590

Compensation,Immigration Policies,More career oppurtunities,More Onsite positions,Oraganizational Growth.

good team.

HR and Communication are the two areas where I felt there were improvement from the last survey.

HR not able to answer -

1. specially promotion [ this is not the place for diplomacy, no specific promotion guideline ]

2. apprisal process is purely vague , should be stopped. I am Clients' favourite wherever I worked, awarded in 2009 best super achiver in ████. Before, 2008-2009 in the years of recession there used to be 3 people, whereas I worked single handedly in plave of 3 people. Billed 230 hr/month on my name. No extra compensation no better rating, In my 7.5 years of carrer i have never got B. Every time some lame excuse why not they can't give good rating, its more of face value, rapport, ridiculous. I just have no faith on this, its fully biased.

Am not sure,I have not followed up with last survey results.

Before taking the survey, publish what improvements made in last pulse in high level in homepage of pulse.

I absolutely dont believe that anything will happen even if input is provided.

Good choice of leader .One who is really capable to lead the people in all respect.

Considerably more town hall meetings, the VISA team responds smoothly as needed. Nothing noticible with respect to appraisal process.

HR related activities and Media relations and Client satisfaction and Delivery excellence career hub, claims processing using scanned documents, HR session and town hall

I am at client side and team members are helpful. TCS has a brand value.

Healthy work environment,Organized,really a good place to work.

How organization can think for well deserving candidate in such a big employee count company

I am liking the team collaboration and leaders motivation during the work.

I am at client site, hence this is not applicable..........................

I am at client site, hence this is not applicable.................................

Customers,assigned work Customers,assigned work Customers,assigned work Customers,assigned work

I absolutely dont like anything that TCS has to offer at workplace

I am at client location so it is not applicable as TCS has no control over it..  ....  ----

I believe the questions in the survey is good enough if proper action is taken based on the feedback.

getting prompt response with appropriate solutions to meet the requirement

Check on Things I like at my workplace are:.

Colleagues are nice and the work environment is really good

I am happy with working environment and i am getting guidence from aothers when ever i have difficulties.

GOOD CO WORKERS, MANAGEMENT IS BETTER AND CHALLENGING PROJECTS  ....

Good Friends and colleagues.


Nothing else i feel like worth mentioning.

I am proud to be part of TATA group and working in TCS

I am taking this survey for the first time. Never took it before.

TCSLTD001460591

I am satisfied with my work place. Since instant message (Sametime) is the main communication. Human interaction is less during the work.

Culture, Organizational communication, work life balance, flexibility at work are some of the aspects I like about TCS the most.

I am at client site, hence this is not applicable...................................

I did not take the alst survey so i wouldn't know

I didn't felt any difference since last survey.

did not feel anything. Sorry to say this as my managers are keep on playing with my appraisal for two years in a row and i totally feel discouraged :(

I am not aware of any changes.. It does not mean that TCS did not act on.. I might have missed observing them..

Current survey covers all areas and the imporatnt topics under each area.

DIfferent client experiences, travel, friends, practice colleagues,flexibility to work

I am not sure what are the changes implemented after last Survey's feedback

Did not deal with RMG this year, hence I am happy

Ergonmically set up chairs. Well designed place.Spacious, not conjusted.

Environment is very very good which I like about the workplace.

Ergonomics should be taken care of. Would these suggestions be wokred upon ?

I basically feel that the majority of the people filling out this survey are doing so under the premise that it is just something that needs to be completed and it does not weigh in merit in their eyes or minds, unlike myself.

I do not have any suggestions at this point to make or suggest

I have a colleague at work who seems to care about me as a person.

Every Policies or Workflows should be transperent to all the Assosiates.

I can't think of any what is there is good

i dont h  ave any      suggestions to    improve this survey

I did not fill the lasy survey. Was not applicable fro me.

I did not find any areas to improve. Now it is fine.

Everything is good as per my understanding and yes there is always a scope of improvement.

I like Work Environment, Facilities, leaaring and sharing, flexible timings.

Good chair and AC cube could provide better place to work.

Good.

I appreciate the Facility building , accessebility, commutation and encouragement from leaders

Good ideas implemented since the last Pulse survey.Howver much needs to be improved.

I feel all the items are covered in the survey.

I got an Onsite opportunity according to my profile and in the location I chose. I am very happy with them, they have been really considerate.

I did not see any specific changes since last survey

I don't think on the improvement as i feel everything is good.

everything is nice and good so I am happy with my workplace

Friendly and cooperative culture. I wish to continue with the same environment.

I got recognization about my work this time in my project about I have done so far.

I felt no changes fromlast survey . It is the same .

I guess most of the points are included in this survey almost all depertment have been covered using the set of questions here.

HR connects have increased significantly.

TCSLTD001460592

Performance management has been improved
I have not seen much change. It seems to be pretty much the same
I never felt any changes or action plans since last survey.
I think the current questinaire covers all the scenarios that need to be surveyed
I really like the customer and the team with which i work.At customer location, contractors are given Better management and leadership.Customer and
Team.........................................................................................................................................
.........................................................................................................................................
.........................................................................................................................................
.........................................................................................................................................
.........................................................................................................................................
...................................................................................
Good job on this one - this one depends on the project  you are working on and I am satisfied with the current one.
I am always trying to provide better clean, safe and comfortable to my work environment.
Good friendly environment and work culture also very good. Good motivators .
im in onsite location, so the worksplace is perfect here...
Improvements in associate engagement and introduction of new processes.
I work Onsite and hence it is super clean,safe and comfortable environment.
In ███████████account (Chennai ODC), sr mgmt is very approachable
I would like to have More friendly environment within team, that will improve perdormance of team.
Good work is always appreciated on timely basis
holding lot of good contracts and business...top level management is simply performing to the max to take TCS to the new heights
Good one to woork in my Desk because of environment Good to work
Good strategy
HR policies.The challenging work assignments which enable ones skills to be tested and enhance the competency in a particular field. The friends at work and the help we can get by involving in team to work as a single functional body is a welcome experience.......................................................................................................................
.........................................................................................................................................
.........................................................................................................................................
.........................................................................................................................................
.................................................................................................................
Increasing importance is given to Profits and Gross Margins with many associates being made to work long hours
I am encouraged to suggest and take up improvement initiatives

I am not sure, any changes happend in the same thing I raised last year for very clean and work firendly and AC maintenace
infra setup is good,place is clean and having healthy working enviornment
Good technically souond resources. Less Managers and more improvement in employee benefits and infrastructure.
 Changes I felt since last Survey are:   No idea - This has to be publish and every quater and also The chages should be significant so that all the associates agree that their feedback is considered

Attorneys' Eyes Only

Good to see the resolutions which are implemented after pulse survey.

. . . . . . . . . . . . . . . . .

.
I did not see any major pro-employee changes implemented in TCS in last one year.
I am at client side currently and no improvement required.
I am currently workin in client location . But i had a very good workplace in offshore
i don't think so...almost all the areas are covered..Can add questions related to Onsite teams to
listen what is happening related to Customers and payroll structure at Onsite and other issues
Joined new project since last survey. Working atmosphere is much friendlier compared to the
older project
I like my personalized cube and my friends (aka team members) around me.
I cold not notice any significant changes compare to last survey comments
Infrastructure is good.
TCS processes are good theoritically. It inspires me.
TCS Knowledge management is good and helps improve an associate personally.
more Questions on Employee satisfaction towards salary and perfomance appraisal
I like the infrastructure  , ambiance and also working environment is very good

Attorneys' Eyes Only

More questions related to career development/L&D can be included
More questions related to overall satisfaction of associates / team. Preferably with regard to stress level and the various pressure from TCS management.
I did not observe any changes since the last pulse survey
I didnt see any changes since the last pulse survey
IS team is really good.
Learning new things from the current project, different exposure by interatcing with customer. New challenges to handle with.
My co workers and the team that I work with.
My performance is recognised and rewarded through compensation
Make assignments besed on skill sets to amtch individula expectaio so that the productivity of a person could be utlizied optimally.The challenging work assignments which enable ones skills to be tested and enhance the competency in a particular field. The friends at work and the help we can get by involving in team to work as a single functional body is a welcome experience..........................................................................................................................................
.......................................................................................................................................................
.......................................................................................................................................................
.......................................................................................................................................................
..................
I don't think so. You have to do more friendly and cool environment to work in the office.
I don't see any changes since the last survey. Everything remains the same.
I dont see any changes..Not sure whether any changes happen or not.
I dont see much change on RMG and Resource management process.
I did not feel any change since last Survery.
I do not see it significantly since last survey. Should it be point out from someone.
Great appreciation should be provided to resources in return to their hard work..........
My supervisor has been very clear about his requirements from the team and have tried to align the goals accordingly.
I dont see any that are meaningful and useful for the workforce rather than some publicity
Great diversity and nice environment to work. Suggestive and helpful people around.
More oppertunity and visbility needs to be created in inside TCS that should be carrer aligned
I enjoy everyminute at my work . Above all the work assigned to me is what i like . I stive always to be completing perfect
HR team provides their best support to their employees in addressing the employees concerns
More questions should be added to include unit management and their working style
I like the work environment and peroidic updates from senior management.
I feel my contribution to the organization is valued
I feel we need to have more trust on the employees and they capabilities
I dont think of any questions that can make changes.
I felt like some associates are not sharing knowledge with others and there is no team co ordination.
I feel Appraisal questions and issues related to onsite work place should be included.
I am a new employee, dowing it for the first time.
I am fine with the provided workplace in my offshore location
Need to provide some more technical trainings at onsite. Also for support project strenth of onsite people should be more.

TCSLTD001460595

Mostly of the questions has covered, i haven't find any question to add
I like work environment at workplace, helping each other, learning oppertunity.
Never had any issues or problem with this..so I believe i can strongly agree with this
My Frinds peers help as coworkers in my Team and are really of great help at times.
I feel we should have more questions related to supervisor and his performance.
I got all important information for my travel. The staffs were easy to approach and helpful.
My work, My team and opportunities i have been given.
NA NA NA NA NA NA NA NA NA NA
I have not realized any change since the last survey at my level.
I like at my workplace was my collegues who has helped me all way in the project by being so coperative with me. My managers and also tcs for giving such a nice place to work.
I have not experienced it yet .as I was not aware of previuos pulse survey
I am getting periodic emial for different learning programmes thanks to Ultimatix
No such changes observed felt since the last survey conducted.
no suggestions as of now since every thing is better
I sit at the client side so I like the customer attention to provide a good working envrionment
I am happy with the current work enviroment . I dont have changes which i could think of
I have a good team members and the social environment .
I have friends in my workplace who are helpful and cooperative. My immediate supervisor is very friendly, cooperative and very easily approachable.
Need dynamic lead in my project. TCS Management should have functional and business knowledge to understand the criticality of individual applications and projects.
I love the friendly environment at my work place. Superiors in my project are very understanding and supporting
Needs to conduct more programs which can incklude all the employees and not to make the company level activities as mandatory,
I am ok with this survey. I do not have any suggestions.
I am presently on the client location and will not be able to comment on this item.
IS team is always approachable to resolves any issues to make the execution of the project
No micromanagement, which boosts my working abilities and is the key to performance.
i like the environment and the infrastructure i like the environment and the infrastructurei like the environment and the infrastructurei like the environment and the infrastructurei like the environment and the infrastructurei like the environment and the infrastructurei like the environment and the infrastructurei like the environment and the infrastructurei like the environment and the infrastructurei like the environment and the infrastructurei like the environment and the infrastructurei like the environment and the infrastructurei like the environment and the infrastructurei like the environment and the infrastructurei like the environment and the infrastructurei like the environment and the infrastructurei like the environment and the infrastructurei like the environment and the infrastructurei like the environment and the infrastructurei like the environment and the infrastructurei like the environment and the infrastructurei like the environment and the infrastructurei like the environment and the infrastructurei like the environment and the infrastructuri like t11
Just change the mentality of the supervisors here and help them to behave like US professionals.
I like the work Environment and friends and collegues.
I need to improve company's band distributed policy.A person when he goes to onsite/released , he will be given a normal band even though if he has worked the whole year with a very good rating.That makes it very bad that the hardwork he has given whole year has been wasted and is

TCSLTD001460596

not properly rewarded for his work and loses his interest to work and is de motivated by these activites.

No. I do not have any specific suggestions to improve this activity at this time.

I think all ends are covered already and there is no need for additional suggestions

I have never seen any changes after last Pulse.

I have not notice any considerable change after the last survey.

I can not see any big changes since last survey

No questions on canteen facility this time. It helps in giving feedback about the food which is important for proper health.

I never seen any issues in diversity

I think need to more realistic and practical questions.

I don't have any specific suggestions for change/improve my work place. now everything good.

No such suggestions to give to improve or change my work place in overall .

I think the compensation package increased after the last survey which was a good thing.

None  None   None   None None   None None   None None   None None   None None   None None None

none, I think all type of questions are covered in this survey

not applicable......not applicablennot applicable not applicable not applicable not applicable

I was not part of the last survey, so this is not applicable for me.

It good and improved from last version ,the way they organize the questions are very good.

I would to say, the work place should be clean always and more userfriendly, more interactively with each Team member.

knowledge sharing activities have been increased and the reimbursement processed has be improved a lot since last survey

Immigration tea provides the best support to address any concerns

Include more specific compensation and learning based questions.The challenging work assignments which enable ones skills to be tested and enhance the competency in a particular field. The friends at work and the help we can get by involving in team to work as a single functional body is a welcome experience.....................................................................................................................................................................................................................................................................................................................................................................................................................................................................................................................................................................................................................................................................................................................................................................

it should be more trasparent and clear which will give more value

None. NO change required currently at my work place.

Nothing at all. Do you implement what you say?

nothing at all... it is horrible.. this is one of the worst company to work on........................

Knowledgement management provides the best assets to enhance ones skills and encourages the associates to develop and post their knowledge.

Nothing has been changed in the orgranization after the last pulse servey.

May need to have more questions on appraiser process and the appriasers. Improvemen is there in appraisal process

Open, creative, feel free to be add value to organisation

plenty of opportunity good infrastructure opportunity new technologies etc company work culture

TCSLTD001460597

I dont feel any changes from the last survey and this year survey .

I Dont have as any specific as of now  . If any for sure i will let my HR know on this providing more systems to the freshers..assigning some tasks like asset creation to the organisation and make them engaged.first we have to improve the ultimatix quality most of the time its not available and should be user friendly

I like my colleagues and the career opportunities provided, balance between work and personal life

I feel little Bit changes done but not according to my expectation.

I have no questions at the present time to ask.

Nothing much. I am not much aware of the actions plan they have initiated.

I received prompt response and support for all my concerns/queries.

I would expect the guidance from upper management to take up the task and do it.


Managers attitude is carrying to others in the team. For example, "GET IT DONE" type of managers carrying the same thing to others, other example, "expecting the presense of the team member without asking their schedule". It just carry forward from one to other where in genuine is faded away

Issues with senior management and Salary structure with respect to variable pay.

Questions are good and I feel less corrective actions was taken.

Questions such as - "Are you atisfied with yur salary and payments ?" and "Are you satisfied with the way senior management treats you?" maybe good examples...

I would like to have change in company policy on appraisal process. It should be 360 appraisal process.

regarding maternity policies, promotions,variable pay,insurance claims,RMG discussions, project placements,perks

it is increased but need to increase more to be on the top level...

Kolkata ODC require better infrastructure eg Chairs, Telephone, Water Cooler etc.

I have not seen improvemnts since last survey. I have no idea what actions were taken.

one good thing about TCS is, it has ample amount of opportunities.

Onsite salary is very poor, that can be improved a lot.

L&D is conducting lot of useful technical and professional skill development programs to help employees to achieve their comprtencies

REimbursement activities are performed on time.

space management,work from home facility should be given fir pregnant ladies and infants, arrange for creche facility inside office building

Lots of thing are to improve or change my work place. For example, need to proivde a high end desktop, phone per bay..etc..

Suvey covers pretty much entire area concerning assiciate. Bu I need to understand how management would take these inputs at diffentent level and come up with individual conerns specific to area's.

Performance discussion, Employee benefits, Tax benefits needs to be included

More learning and development programs are conducted as per the associate requests.

Likes that TCS is very adaptable for changes,

Lot of focus in terms of revenue and growth.

More organized structure for my unit. It gives more opportunity to highlight one self in the eyes of Senior/ Unit management.

Attorneys' Eyes Only

More emphasise on Customer orientation and resource planning ( Customers are highly worried on the quality of technical resources TCS delievers )

I have seen the improvement in our company reputaion,Improvement in the Work style

if any of the survey goes less than some thresh hold, there should be 1-1 discussion between HR and the individual.

More questions about the compensation,HR and promotion should be included in the survey

SWITCH ON THE AC IN CHENNAI ONE GDM CENTER AFTER 5 PM .ITS HARD TO CONCENTRATE IN WORK WHILE WE ARE SUFFOCATING

Immigration team has been really helpful and they made sure that the all the associate queries are answered. However they are highly short of staff and additional staff can really help the team.

More focus on revenue and growth and more focus on customer relationship (CSS). More ownership from RMG and other support groups.

i hope existing is good one. i hope existing is good one. i hope existing is good one.

In how many ways Supervisors helped improving throughout the cvyle . How many appreciations you got from customer etc.

Managers/Supervisors shall not be elected just based on years of experience, but their interest and capability.

TCS lacks in building strong domain/technical experts.

My colleagues,my supervisor and the current work environment helps me a great deal to perform my roles.

More friendly and approachable Managers and colleagues. Healthy competition and right direction to organization goals.

I like the following at my work place:

Work

People

I like the work culture of the company which motivates me to do more for the project on which i am working on.

My Supervisor recognises good work done and gives me the encouragement and support I need to succeed in my work

TCS can do a better benefits to the employees above the standard markets.

I like work Culture, New Initiatives, Team and Management support

I think TCS covers all major areas in the survey. TCS just needs to act on the results of the survey.

In my point of view. You can have person to person intration instead of Pulse.

TCS gives more opportunites to an individual to enhance their career path

I think the key concerns have not been addressed. Looks like 80/20 was applied.

It looks good. this survey looks short and clear. It looks good. this survey looks short and clear.

TCS has good Infrastructure and a good brand image.

TCS is sensitive towards employee well being and takes care of the employee in times when they need support from onranization.

I want clean, spacious and peaceful work environment at my work place.

My Supervisor recognises good work done.

Need to ask indepth questions why the employees are not satisfied with their managers(not just one question with 4 options) and why they dont want to treat their immediates managers as role models. Most of the current role models are not true role models. For example, if some is rated

as role model, everyone should know why they have been rated as role models but not question their achievements. Unfortunately, in most cases only the managers know the reasons why they are rating few as role models and no else in the project has any clue. Unless this is fixed, you can stop real talent leaving TCS doors and helping our competetors

Micro management need to be avoided at work place. WFH should be allowed as it is eaqual for all(Client Employees,Local Hires and TCS India employees). Only thing should matter is if somebody is not performaing well then Supervisors should question, Otherwise no matter from where the person work it really should not matter.

More questions should be added to address ISU management communication

Need to focus more on new mobile technology in future.

Need to improve the process and make sure whether project are following process or not

The infrastructure services has improved.The FDFU is more fast.Other than that I donot see any major improvement.

The apppraisal system,transportation sytem has to still improve

I work in client location. This is N/A for me

If employess are not forced to work for more then 8 hours will be a good idea as i was working like 70-80 hours in a week sometimes .

Need to include ergonomics workplace. Seating needs to be corrected.

Need to provide more technical training at onsite like Oral and telephonic communication and related to technical stuff

Please ask honest questions rather than questions that prompt you to give a positive answer!

More than adding up of new questions it will be good if you can add another column for reply to each employees concern been posted in the comment.

nice environment; have friends at work nice environment; have friends at work

No Suggestions for now !No Suggestions for now!No Suggestions for now!No Suggestions for now!No Suggestions for now!

The office hours should be maitained more strictly for better work life balance.

Qualityyyyyyyyyyyyyyyyyyyyy Qualityyyyyyyyyyyyyyyyyyyyy Qualityyyyyyyyyyyyyyyyyyyyy Qualityyyyyyyyyyyyyyyyyyyyy Qualityyyyyyyyyyyyyyyyyyyyy Qualityyyyyyyyyyyyyyyyyyyyy Qualityyyyyyyyyyyyyyyyyyyyy Qualityyyyyyyyyyyyyyyyyyyyy Qualityyyyyyyyyyyyyyyyyyyyy Qualityyyyyyyyyyyyyyyyyyyyy Qualityyyyyyyyyyyyyyyyyyyyy Qualityyyyyyyyyyyyyyyyyyyyy Qualityyyyyyyyyyyyyyyyyyyyy

None. Our main grievence would be against our immediate supervisors and it has been report but no action. Overall the organisation is good.

It should be very clean and work firendly and AC maintenace

keep this survey shorter and with less number of questions. There are 10 pages and that is too big.

not applicable not applicable not applicable not applicable not applicable not applicable not applicable

Im client location to it is not applicable - But - all the associates should be provided with a good chairs, fresh air - make 15 -30 min exercise

most of all i like the Working environment in TCS

My team and co-peers from my Client Organization .Feels Humanity does still exists .

not appreciable that i could notice. May be i should focus more on the changes.

Improvement in Cafeteria facilities in the office premises in terms of food quality.

The organisation does proactively intitates many activities across TCS

TCSLTD001460600

question related to  canteen , transportation need to capture in it
Questions are fine but the actions and updates provided are not any good.
The people i am working with and the work that i am doing.
The salary is ludicrously low given the living expenses of the current location (onsite) and the bare minimum required to live a decent lifestyle. The company seems to have turned deaf ears towards the employees' concerns. Near to zero emphasize laid by the company on quality of work to cutomers. Overall, the company has lost its credibility to the employees as well as to the customers. The process of claims submission is atrociously convoluted requiring employees to submit hardcopies of documents even in this electronic age. Associates deputed at onsite are often forced to accept conveyance that are tiring and exhausting.
questions are good and really makes sense. It would be good if you can provide the actions from last survey  as an introductions to this survey.
There is no big changes after the last survey. However, there is small change in canteen facility. My workplace is clean, has good people, and good management.
NA
Knowledge improvement sessions,technical articles and posts in knowmax.Few issues still need to be addressed
They respond to quesries on time. Very good service.
this new pulse survey is little bit slow than previous survey
More Questions on Performance Management and that way it will improve the peformance management process
Nothing felt so far.Hoping something significant in this one.
Nothing happening from my last survey ans and only I could see action taken which says communicated with associates...
Nice
No Clean Toilets, No cleanliness, No clean environment, Office right in front of a dumpyard
Ready Reckoner for people who move to onsite locations to specific projects/relationshipts.
Nothing I think that has been implemented so far from last survey
Nothing Significant. It is the way it was mostly.
No maitree in the survey. other than that survey is same and do not feel any action plan was taken
It will be better to include cafeteria questions for offshore employees
Motivating and encouraging activities maybe introduced - one feels more excited with such actvities in place.
No suggestions, everything is fine with the current work place.
Nochanges in assign tasks as per the expertise.Nochanges in assign tasks as per the expertise.Nochanges in assign tasks as per the expertise.
TownHalls, Annual cultural events have really brought the employees together.
None as such. We have asked several HR forum of the very high cost of living in Pleasanton, USA. Every time we heard of some promises but without outcome.
Nothing that i noticed, better if everyine is sent a mail about this.
Onsite performance pay to be improved especially in bay area of California in US.
Like to have more knowledge sharing sessions at my work place
More facilities from the company is expected specially in US where the expenses are running high.
None, I have not associated any changes since the last survey.

TCSLTD001460601

None. I haven't seen much changes since I joined TCS.

My team and the initiatives we work with.  Interaction with Client Deparments.

Its just waste of time. I find no change in Apprisal process, protion gudidelines and transparency.

Really speaking I dont get time to even get involved into any other activites apart from day today work as I work almost 12 hours everyday.

its more flexible and simple this time . Last Survey was also good. This time a bit improvement is there asking more relevant questions

transparency, Less workload, TCS should think about associates as human being, should not treat associates as machines. and revenue generating animals. More profit/Gross margin creates bad impression on client and associates both, and when we get bad CSI then again blames the associates.

My supervisor acts as role model

My Supervisor talks to me about my work.

Travel dept, Visa processing, finance dept are working more smoothly now a days.

my work places very good ,it will be all ways clean,there is changes.

We are good, but we have more scope. People have started treating TCS as body shoppers rather than consultants.

Senior management is reachable at all times . When i have any issue , Interact with them and let them know .I am happy they try to resolve the issue within no time

Kudos to ▇▇▇▇▇▇▇▇▇▇▇ , extremely helpful

Like western places, every desk should have a phone and seating arrangement should be ergonomic

Operational questions.There should be mor question's on HR roles

People , workculture, diversity, new challenges, workplace , flexibility and good amount of oppurtunities to learn

need ergo chairs. these chairs are not good. NA NA NA

Need to clean often.

Need to set up free coffee vendor machine

More Questions related to Benifits. compensation , work - life balance etc

please make the survey in few pages 2 or 3 9 is bit overboard

provide good infrastructure, can improve the senior management, need to improve the mentality of managers who think associated who are going to onsite can be given a "C" band inspite of working hard and performing so well who deserves atleast "B". That is so painful and will also discourage the associate in high degree.

Sharing of survey results and Reduction of employee perks.

Since the last survey,There area actions items which is being worked on.

My Unit leadersjip team is reachable at all times . When i have any issue , Interact with them and let them know .I am happy they try to resolve the issue within no time

Question on commutation, transit accomodation etc. I didn't see any.

Questions on the process of appraisal. Questiona on canteen facilities. More details on questions on compensation at client location, specially at costly cities

NoneNoneNoneNoneNoneNoneNoneNoneNone
NoneNoneNoneNoneNoneNoneNoneNoneNone
NoneNoneNoneNoneNoneNoneNoneNoneNone
NoneNoneNoneNoneNoneNoneNoneNoneNone
NoneNoneNoneNoneNoneNoneNoneNoneNone

NoneNoneNoneNoneNoneNoneNoneNoneNone
NoneNoneNoneNoneNoneNoneNoneNoneNone
NoneNoneNoneNoneNoneNoneNoneNoneNone
NoneNoneNoneNoneNoneNoneNoneNoneNone
NoneNoneNoneNoneNoneNoneNoneNoneNone
NoneNoneNoneNoneNoneNoneNoneNoneNone
NoneNoneNoneNoneNoneNoneNoneNoneNone
NoneNoneNoneNoneNoneNoneNoneNoneNone
NoneNoneNoneNoneNoneNoneNoneNoneNone
NoneNoneNoneNoneNoneNoneNoneNoneNone
my work places very good ,it will be all ways clean.
n/a,n/a,n/a,n/a,n/a,
questions on the promotion system in TCS.
please dont put a limit to the no of characters we should enter for the above questions. it doesnt make any sense when we dont have much to enter...thanks.Customer and Team..........................................................................................................................................................................
.........................................................................................................................................................................................
.........................................................................................................................................................................................
.........................................................................................................................................................................................
.........................................................................................................................................................................................
..............
so far it is good and there is no changes needed
super environment
i love to work with this kind environment
need to improve a lot..i hope we wil improve it
need to review the report to comment on this particular item.
need to have more options to keep on enhancing my skills for future roles.
whether the particular processes are made mandatory at project level?
Need transparency in corporate policies. Also, the appraisal process needs to me more transparent
Wide opportunity in learning new technologies / Diverse culture . Onsite opportunity for recognized efforts.
No changes I have seen since Last survey. No changes I have seen since Last survey
Nil Nil Nil Nil Nil Nil Nil Nil Nil Nil Nil Nil Nil Nil Nil Nil Nil Nil Nil Nil Nil Nil Nil Nil Nil Nil Nil Nil Nil Nil Nil
My Workplace is good and but may be in India we can have free snacks to the associates during the break
Nothing has changed. I am not sure if there are any visible impacts at all.
Will it be fruitful if we complete PULSE survey ,on a n individual level?
Rating systems needs to be more transparent. During Goal Setting we get many goals that are not relevant to our work but come down to us as part of goal alignment to supervisor. Need to see if something can be done to counter it.
no comments
No comments on this question, as some improvement is there.
No such specific suggestions to give which can improve my survey.
Nothing special to mention here for Questions which can improve this survey.

TCSLTD001460603

Relation with other TCS teams at onsite always difficult. So there shold be some meeeting which should help us know each other better.

Work Culture, Team and management support. Also very good experience while working with customer.
Survey already has included all the questions from each and every perspective.
Need some flexibility for working hours. And supervisors need to trust the team.
Nothing much to tell on this. After the survey we need to have a focus on the Strongly Disagree items and need to close it.
Survey can have the queries like, Why an individual like to work with TCS and why not?
No comments on this. May be more questions related to delivery help.
No improvement will happen then what is the use....
Relevant questions to each category !! The survey should be made optional
TBEM helps to understand the business and act accordinly to achieve the goals
Need to empower the regional lead to take some initiatives to grow the strength of TCS
TCS a;ways recognizes the good work
TCS always supports employee's requirements and provides better oppurtunities to balance professional and personal life.
Need to recognize the people who are putting effort to achive the management goals
the higher management need to communicate more with employees and get the feed back from once in a month
Nothing special to mention here for Things I like at my workspace.
Nothing. Dont know which question to ask? Better retain the same.
No suggestion on the improve/change my work place, No suggestion on the improve/change my work place
Safety, neatness and clean drinking water facility is must in work places.
Questions which can improve this survey are none. All the questions are good
No changes have been seen at onsite work locations. Maybe the changes got reflected for offshore associates.
Some more points on managements were added, also my opinion on some of the points changed from last survey.
Reduce the number of Managers and we could improve the quality of technical resources.
Required a 360 degree rating model.
No comments.No comments. No comments. No comments.No comments.
No question. This set of questions seems fine to me.
Work environment is good.Comfortable to work.Some colleagues are very helpful
RMG, infrastructure, HR, Admin - No AC during evenings and weekends. Canteen was not good and no supplies.
No visible changes. Will be wonderful if we get to know what initiatives being taken on the basis of PULSE in Ux communication. That will truly reflect the fruit of this huge exercise and will demonstrate how transparent we are.
Someone from PULSE team need to followup and resolve the greviences raised by associates.
The survey action plans are not very much transparent to associates.
The infrastructure.people and job content .TCS facilities at different locations
none at all. I dont see a point in taking the survey every year without taking actions on concerns raised

TCSLTD001460604

Nothing specific in mind as of now. Questions are comprehensive and covers all major areas of operation.

seating arrangement(too close) , need more interactive seesion on performance discussion, employee benefits

No where a question have asked for the associates who are facing difficult with Onsite Verificaion delays for Onsite assignments. My LCA relocation request has been pending for more than four months and I am unable to raise any Expense request for re-imbursemnt. I Called up TCS Rockville ,included my manager in all the discussions.Still no response and considerable negligence is seen ,which is saddening.

Our office loacted in Chennai one . They can provide cab facility from main road to inside office all time .

Seperate meetings with the team (From the senior management) to discuss about their workload their career plan and issues & concerns.

None

None as of now.All questions are part of this survey.Covering all aspects of the survey.

Start treating people as resources and empower them to take decisions. Act better way in whole as a compnay.

The location I got is very nice. I cant its excellent, its different. Onsite people doesnt needed this question at all.

yes,lot made changes,like facility,hr deparment information.

TCS has ensured that the global environment is well mantained within the teams

The thing I like at my place most is flexibility to work .

There are no suggestions to improve or change my work place

People are helpful and supporting, good atomosphere to work in.

People in my team are friendly and cooperating. Workplace is clean and organized.

NOne NOne NOne NOne NOne NOne NOne NOne NOne NOne NOne NOne NOne NOne NOne

please change the tcs bus.the condition is very bad.been complaining from past 5 years but no action take.this discourages to fill pulse n lose hope

None None  None  None  None None  None None  None None  None None  None None  None None  None

Please make timesheet application simpler and more easily accessable and fill-able.

Please train our people in spoken english language and grammer.

TCS has improved its marketting skills via media

TCS provides the friendly environment at work.

Nothing Nothing Nothing Nothing Nothing Nothing Nothing Nothing Nothing Nothing Nothing Nothing

should Allow to bring coffee/ tea insite the workplace and need A/C during the weekend for the people who are all working

Nothing to like here.

Onsite Immigration team reacts proactively to mitigate any issues/challanges. Appreciate the effort that this team puts in.

pulse should come up with more questions which cover all the possible areas

TCS should review and make changes for better pro-employee HR policies. Also, TCS should review the salary structure of existing employee and make them at par with lateral hires.

RMG does map the right resources to the apt projects

Since i am on the onsite and sitting in the client place but the workplace is good here. They are providing all the facility.

TCS visibility has rosed pretty good

Team members co-operation, good working Environment, Learning growth............

Opportunity to learn. Work with team members. And meet deliverables that make a positive impact on customer.

Since we are at client place, cubicles should be provided in stead of a common room for daily process.

There are some changes which are reflected and can be see n .

There should be more questions on project allocation and performance appraisal.

some Managers are easy to approach

and some not.

Supervisors are friendly and understanding and cooperative and encouraging.

Some of the feedbacks seems to have been implemented in the organization

These set of questions are good.

May be some more details need to be included


Pay increment should be generic.

Promotion level should be generic

People are very helpful in my project which has created a strong bond within the team

Planned seating arrangements for all associates allocated to a project.

The organisation provides the good and friendly environment to work.

The questions in the survey is sufficient to get a fair idea.

This is the first survey I am taking, so this question is Not Applicable.

switch on the AC, heard from offshore that daily 3 hrs they switch off the AC...pls try to avoid that..

The survey seems fine in its current state with the options it has

The work place should have adequate AC effect during working hours. During off-working hours, they should be operated depending on the requirements.

TCS should make it mandatory for all associates to speak in English in office. Higher managements should stress on it. Encouragement initiatives can be brought in for this. This will help TCS in the following ways:

1. Associates will understand work related discussions better because all are supposed to understand and communicate effectlively in English being a part of TCS.

2. No regional bias will get developed. Supervisors can visualize all resources as equal and appraise them based on their performance.

3. Communication skills of associates will improve.

TCS leads should constantly be in touch with their team members. They should give timely rational feedback with proper justifications and encourage associates to grow professionally and peronally. They should not jump in at the last moment and appraise them on their guess or bias

Start some fun activiies which makes workplace more enjoyable and interesting to work.

There are more oppurtunities for employees to work on different assignments as per their requirements.

Please ask about the quality of recruits in Resource management Section ; Talent acquisition group needs to be included in the survey;

TCSLTD001460606

Results and action points of previous survey should be published

So far, not seen significant improvements. RMG's response should be improved.

Suggestion: Pay can be increased by 10% at onsite at living in California is very costly.

Supervisor is reachable at all times . When i have any issue , Interact with them and let them know .I am happy they try to resolve the issue within no time

Supervisors should give regular and ample feedback and opportunities to improve and help acheiving the goals set by them rather than just waiting and taking care at performance appraisal.

Proper Processes being in place for almost all activities are a big plus in TCS

TCS is  avery good organization to work with where I like the Work culture.

This looks good. Some "satisfaction  level" were not applicable. Maybe a not applicable bar can be introduced.

TCS is considered to be one of the best places to work in the IT Industry.Also the strength of the Company is 2.5 Lacs. Also the work environment is good to work in TCS.

Provide minimum infrastructure to work.

Allow work from home for working Moms.

Survery should be simple and crystal clear. And Shouldn't have many questions which confuse the people.

Question are OK, pls consider the survey, that is more than enough...

Survey is really good. Its just that we dont see any action against it. Our main grevience would be against our immediate supervisors and it has been report but no action. Overall the organisation is good.

This time survey is very good. Also this time survy questions are good. It will improve the quality and performance of the Company.

Way of putting question and format of questions has been changed.

work culture, social gatherings, events sponsored by TCS and others

TCS has a good work environment and each employee is given respect.

TCS has grown into a bigger company and happy to be part of the success.

Work environment. Ethics. Company name. Diversity. Values. Allowing employees to be flexible at work unlike the competitors.

TCS is the biggest IT company of India.

It has lots of processes in place after doing lot of research in it.

All these processes when shown to the clients in the form of ppts or discussions, attract clients very well.


Questions are evenly and nicely organized nothing to add.

TCSLTD001460607

. . . . . . . . . . . . . . . . .

.
There is nothing as such I would like to mention
There should be some section for onsite deputed associates. Now I feel some questions are not
related to associates deputedated at onsite and some important questions are missing when
associate is working at client location.
TCS management is listenting to issues and trying to resolve them
Team work as well as individual work is appreciated.
Work place is good with enough space and pin boards, Marker boards.
worl culture, compensation, work life balance, work timing and HR policy
The Delivery excellence tools are very useful for day today work and learning process.
TCS Appraisal system should be transparent. It needs lots of improvement. It should be done 2
ways.
The organisation has to provide some healthy and hygienic canteen to thier employees
TCS has a very good Worklife balance. Employee interests in this area is considered.
The performance appraisal process needs to be managed in such a way that the actual work
performed by the associate is accounted and recognized .
TCS Supervisors follow up for doing the survey. This should be stopped. Sending spam emails
in TCS and client's email should stop.
The work environment is good at TCS. I like it much.. I do not think any improvements are
required.
team members are responsible and trustworhty. Current project is also challenging.
Questions on how to improve the online tools like PULSE,IPMS,KNOWMAX etc.If I login to
one of those,my entire day is spoiled because of the performance issues
You can improve our Work Place friendly, coolly and reliable so on..
this is a client location,so cant suggest anything about this workplace
teammates were good to work with. I dont think of anything else.
The facilities provided at workplace is good. My colleagues are friendly.
Team cohesiveness and working towards a common goal to attain.
Team should be diversified and should have team members from various parts of India not
localized.
The infrastructure,client.the continuous learning.The Maitree programs.
Questions on the Ultimatix tools. Also suggestion o incorporate spell check feature.

Attorneys' Eyes Only

The working hours and working environment are good at TCS. I like them.
Really havent seen any huge difference from the last survey.
RMG changes as per the Employee career
frequency of Promotions

there is not much changes in rating people.It will impact on the work.
Team work , Helping each other, Mangement is not hepling much.
teams interaction with HR team has increased after the previous pulse.
The interface can be made more friendly and few options may be given to choose the
background color from.
Timely pay, wide range of projects and RNG to take care of project allocation
Safe, clean and professional environment to work. Associates have wide oppurtunities to achieve
their goals.
There is significant change in Employee satisfaction. There is more transparency in information
and associates are also aware of company progress through information shared by media.
senior management holding more meets to address problems of associates.
This time I saw lot of more new questions which is relevant to me and my project.
The challenging work assignments which enable ones skills to be tested and enhance the
competency in a particular field. The friends at work and the help we can get by involving in
team to work as a single functional body is a welcome
experience.........................................................................................................................................
..........................................................................................................................................................
..........................................................................................................................................................
..........................................................................................................................................................
......................................................................................................................................
Top performers within the account are not considered for leadership roles in the account, instead
management team always looks for someone outside the account, someone who had worked with
them in the past. It discourages the associates greatly.
The organization treats its associates fairly and with respect
The team I work with and my supervisor, they are all very helpful
Should work as a team without having ego and politics
Since I am working in a client facing environment, my thoughts, ideas are appreciated by by my
supervisor as well as the client.
The environment,Location,comfort,fresh air,the friendliness of the support group
Suggestions to improve/change my work place are none.
Team Work
Coordination
and Guidence & coaching are very important for groth
Ultimatix, payroll structures have been improved..also the process related to resourcing has been
changed
The work enviorment is very good, friendly and encouraging.
The work envirnoment, my client contacts, my fellow collegues, and the work location
The work environments has to be improved. the AC is not proper i whole chennai one office.
Fans are not provided in the week ends.
TRAVEL AND IDM HAS IMPROVED.IMMIGRATION AND RMG TEAM HAS TO
IMPROVE A LOT

TCSLTD001460609

Travel process was very quick and clear in TCS - Chennai.

we should work in peaceful environment and there should be work life balance..not only work and work.

To be honest , I do not feel change from last survey

We can have more questions with regards with the immediate supervisor .

We have enough townhalls where the issues are addressed by senior management and a good communication channel is established.

Work Culture , Ethics, environment and daily interactions with Client . Nice place to work in the environment

the ambienece and the facilities provided are good for day to day activities .

The Following Should be Improved: The Work Culture, The Work Environment, The Attitude

Work Culture, Management and Team Support. Also TCS always support if anyone wants to learn new technology.

We need to focus on delivering end-ton-end engagements and creating more overall value to the client

Work environment is very much comfortable and safe

Work Environment,Infrastrucutre for comfortable work,food courts,Play at work

The nigh car service and the canteen service has worsened.

The organisation always considers the co-works opinion.

work place is well organized and maintained. All required necessary facilities are provided.

The organisation always encourages their employees for continuous learning process

Unit leadership is available to talk to at the townhalls and a good communicaiton channel is established.

The employees always has the completed information about what they are working on and what they are suppose to do.

working environment,every thing fine and good.working environment,every thing fine and good.

Work Environment is good, We alays get Support from Peer

Work environment should be improvised and should not take employees for granted for working more than 8 hours, until unless thier is somthing critical or emergency.

Yes , Senior Management must be the role models for their organizations, I expect that.

We can merge the people based on the work knowledge and keep in a one project or make to be independent to choose their path.

The satisfaction index for each of the item is not user friendly.

The survey is waaay toooo long. Much be truncated. Also, as seems to typical we're forcing down stuff (no. of characters etc) in the survery

There are quite a few things that can be changed - for example the appraisal process should be made 360 degree instead of 180 degree

There can be questions about the employee competency development. TCS gives less priority to competency growth.

whatever suggestion i put forward it is of no use.. tcs will end up implementing something which is benefiting only for a minor group....................

The organisation always meets the customer goals

The questions are more precise and covers a braod spectrum of work streams within TCS

Things I like at my work place are work culture

To my knowledge, there is no significant improvement noticed in this area.

Where ever I have disagreed in the survey are the questions for improvement.

TCSLTD001460610

the survey should focus on the other areas of satisfaction lavel for employees towarsd achieving better growth.

Ultimatix services are improved ; has expanded. Travel department has improved

The unit leaderships does communitate timely decisions and are always approachable whenever needed

work asthetics, worl culture, compensation, work life balance, work timing and HR policy

Way of asking and organizing questions. Also this time we have some more good questions.

The work place should be more organized and should be lively.

There are more townhall meetings and fun activities at workplace.

Yes i have felt some changes for the betterment of the organisation since last Pulse.

What we like/ dislike about TCS.

How we look at TCS compared to other peers. etc.

There are windows in my office.  I can see the sky from my desk.  Granted, they're about twenty feet away on the other side of the conference table, but I've never worked in an office that had actual windows.  In fact, I've worked in several offices where you had to walk down flights of stairs and through long passageways and actually check in and out with security guards before you could even see a window.

yes,i have given some suggestion that would be implemented.

There is a lot of differentiation between CAT 1 and CAT 2 hired MBAs. The designations are different. Salary structure vary extremely. CAT 1 are given lot of preference over CAT 2 when it comes to compensation increase and promotion. CAT 2 receives a promotion after 3-4 years which is not true for CAT 1. this is a serious grievance and CAT 2 always has to fight for resolution to some of the compensation/ promotion related issues.

Its a sincere suggestion to compare both CAT 1 and 2 at par atleast after spending 6+ years with TCS. Both do same kind of work. Still there is a huge gap in salary structure and promotions.

There is no flexibilty in terms of basic requirements like MS office is required for all projects , open office is not a good option for replacing MS office. Air Conditioning and basic requirements are not in proper place.

Things could be better. TCS can improve cultularly. Indian employees speak their language around non India employees.

Work atmosphere,teammates,knowledge transition sessions,TCS cultural actvities and many more

This is not a 15 minutes survey. More than expected.

This supervisor does not discrimates between male and female associate as the previous one

Work environment is good. Workplace is appropriately designed. I like my workplace.

This survey is very descriptive and covers all the required domains

Too many politics during H2 even though if we put our hardwork.

Try to provide a individual closed cubes at work,Make More awarensee about the Working Style

When I visit the Chennai - offshore , That is not the work place I expect to work

why is there no question concerned to the canteen services.

work from home option should be provided.work from home option should be provided.

Working infrastructure need to improve. In the summer season the we need to have AC working. We have to suffacate in such situations.

Working with a diverse group is a good experience .

worl culture, compensation, work life balance, work timing and compensation policy

Working together, good support to new team member to learn work.

TCSLTD001460611

worl culture, compensation, work life balance, work timing give overall satisfaction
Yes all questions are good and i am happy if they consider this feed back and if they salve our
issues.
Appraiser must should disccuss with apraise before setting the goal.
approachable Clients and the brand TATA..good backup plan with customer focus
At customer location, contractors are given Better management and leadership.Customer and
Team....................................................................................................................................................
.............................................................................................................................................................
.............................................................................................................................................................
.............................................................................................................................................................
.............................................................................................................................................................
.......................................................................................................................................
At my own risk.
Can improve the Supervisor not to change the team member very frequent.
Change to 100% English so I am not at a disadvantage.
Changes in company growth, Performance, Employees growth and learning enhancement etc.
day by day things are improving and everyone is getting nice infra setup and facilities.
diversity in work and people; and career opportunities. approachability to senior management
Don't put last page  Mandatory.Words should be minimum to provide the asnwers
Fast and easy to fill up; Fast and easy to fill up; Fast and easy to fill up
Flexibility, balance between and work and personal life
Great Improvements on most of the suggestions provided and keep up the good work.
How I wish my efforts get due recognition in the appropriate forum
How many hours you work in a week ?
Do you get comp offs ?
Do you get overtime ?
I am not aware of any major changes that happened. Or, atleast I havent experienced any
although I did read some eamils on the changes.Customer and
Team....................................................................................................................................................
.............................................................................................................................................................
.............................................................................................................................................................
.............................................................................................................................................................
.............................................................................................................................................................
.........................................................................................
I am OK with all the process currently which we have .
I believe most of the questions are covered here.
I dint find any differences. Better if everybody get either mail or publish at home page what
differences that company made with last pulse survey.
I do not      feel any changes      since the      last survey
i dont feel many changes. Saw few mails saying these were the changes.
I expected mainly to improve assigning correct Performance band for correct person for this
survey
I have a good, skilled diverse team
Workplace is pleasant and clean

Attorneys' Eyes Only

I just want all people to work only for 9 hours sincerely and not more than that. So that their will not be mental stress and the associate can really feel to work and will be leading good deliverables to the client

I know my role and responsibility in the project and also i feel my contribution is very helpfull to my project. I am always discussing with senior resource how we can provide better solution and better delivires to the client.

Immigration team helps better the associates to clear all the concerns and to do adequate paper work.

Improve onsite salary, have role based allowances for GCP resources

improved and better and so the pulse is good and excellent

Informal friendly work environment, support of the co-workers and bosses in handling the logistics.

It should include more questions about employees work place specially client related.

It will be better, if peers can be assigned to help new guys joined at onsite. There are many one time things to arrange during first and it is very difficult for people to do by their own.

Major change I was looking for - Change in Performance Appraisal system and Compensation benefits which are not changed.

More encourangement is required from supervisors.Appropriate recognition should be given.

more questions related to appraisal and compensation would really improve in streamlining the process.

My supervisor's approach, vision & leadership.

Learning opportubnities & new challenges to deliver best quality output for the client & the organization.

No changes needed as of now. I am comfortable at working in my current workplace.

No Comments on this because there I did't feel any such changes.

No groupism.There has been a practice of regional groupism in the office

No suggestions as I did not feel any change since last Survery.

no. This survey is good. Where is maitree this time?

none actually. i am afraid to use the actual word for it... its called paying lipservice...

None I think the Survery covers all the questions properly and ind etails.

Not that I know of. None of the changes reflect the ones that concern me the most.

Nothing as such as of now, support from people is the essential part and its there.

nothing has changed. Things are getting worse.I face the same problem when i joined in TCS. every time i am mentioning the same in pulse.

nothing i would say...TCS is same except its growth and not the employee's growth....

nothing nothing nothing nothing nothing nothing nothing nothing nothing nothing

Nothing special to mention here for Change I felt since last survey.

Nothing. I have not felt any changes from when Pulse started and dont think anything is going to happen this time as well.

Only few changes were there.I felt like lot of things need to be improved.

Performance Appraisal process and Supervisors should be trained with good Leadership skills to get the team going.

Performance rating is carried on a timely basis to avoid any last minute confusions.

Pleas work on suggestions which were given in last survery to make people participate next,

Questions are good but on few points there should be some action either in policies or process.

Questions on caferia could be added like Are you satisfied with the quality of the food and price.

TCSLTD001460613

questions should be specific to the issues rater than geniric- There are n number of isses / complaints about US salray pay - every month it varies (Hr can only explain pay stub field but not able to explain why the values differ every time- I have reaised earlier to publish FAQ on Salary related questions

Salary  structure in United states. Performance process improvements. Learning and development areas are important

Salary related,Promotions related,Overtime related,Recruitment related, Leaves related

Share the knowledge  on new technology/innovations   among the team

TCS provides the skillful resources to the clients to address the clients requirement

Team activities to increase interaction and flow of thoughts and ideas

technical and analytical skill of offshore team. estimations and customer approvals, project management guidelines.

technology driven trainings are good and learn by ourself without expecting anyone

The current set of questions are ok. It's not the questions, the implementation of action items from results that matter.

the current work atmosphere is good and I dont see any suggestions

The points included in this survey are more satisfactory. I do not have any points to add.

The support number for Onsite Immigration related issues is very good and extremely helpful

There are lot of scopes to learn new technologies and i have learned lot of technologies through that

There are no changes that I have observed since last Pulse survey.

There is no much changes since last survey, Need to improve.

There shouldnot be any polictical issues. We should work as a team inorder to achieve success

Travel teams provides the best options and they are very proactive

We can introduce more free text fields incase employees wish to share more comments across sections

What would you like to be with?

a)Management  b)Technical Group  c)Functional Group

Work environment is good and Work environment is good and I did not feel any change since last Survery.

Work Environment is great in TCS making sure that motivation levels are high.

Workplace is good and like it. This is the where we are spending more time

Attorneys' Eyes Only