Ex. C2 to Plaintiffs' Class Cert. Reply (Dkt. #196-4)

**From:** ▮
**Sent:** August 31, 2011 8:27 PM
**To:** ▮
**Subject:** Re: HR Manager Opportunity

▮

I would like to thank you for your honest feedback and sharing with me the details of your interview. This feedback will help in moving forward with our search. I would hope to stay in touch and connect in the future.

Thank You

▮
Talent Acquisition
Tata Consultancy Services
379 Thornall,
Street - 4th Floor,
Edison - 08837, New Jersey
United States
▮

Website: http://www.tcs.com

---

Experience certainty.    IT Services
                         Business Solutions
                         Outsourcing

---

**From:** ▮
**To:** ▮
**Date:** 08/31/2011 01:42 PM
**Subject:** Re: HR Manager Opportunity

▮,

Thank you for the opportunity for feedback. My interview with ▮ was interesting. His tone was very demeaning and I'm not certain he truly was interested in understand my extensive HR experience. He repeated questions relating to very basic HR skills that quite honestly I performed at least 10 years ago. Once I had an opportunity to explain that I had in fact experienced similar employee relations issues and immigration concerns ▮ continued to ask me if I understood the fact that the organization was 10% local and 90% Indian. ▮ seemed very distracted, answered his phone in the interview, as well as cut the interview short for another meeting. It was at this point that he asked me to email him my intent of interest. ▮ also made several comments to the fact that he would prefer this person to be from India.

I highly understand that one person's actions are not a reflection on an entire Company but as a recruiter I thought you might like to know this feedback. Perhaps ▮ could attend a refresher course in interviewing skills, and possibly how it relates to "local" market candidates.

As mentioned in my previous email, this is unfortunate because I have a sincere interest in Tata and believe my background from ▮ would have fit nicely.

Thank you for your time.

▮

**From:** ▮
**To:** ▮
**Sent:** Monday, August 22, 2011 10:26 AM
**Subject:** Re: HR Manager Opportunity

▮ Sure, you can provide me feedback

▮
Talent Acquisition
Tata Consultancy Services
379 Thornall,
Street - 4th Floor,
Edison - 08837, New Jersey
United States
▮
▮
Website: http://www.tcs.com

_____
Experience certainty.     IT Services
              Business Solutions
              Outsourcing
_____

From: ▮
To: ▮ >
Cc: ▮
Date: 08/21/2011 06:19 PM
Subject: Re: HR Manager Opportunity

Brian, Please let me know if you are opento feedback from my interview with ▮. Thank you.
Sent from my iPhone
On Aug 19, 2011, at 10:26 AM, ▮ > wrote:

▮, Thank you for your time yesterday. In response to your request of me thinking about my interest in the Manager position, I've decided to drop my candidacy. Although I have great interest in TCS a Company I feel that my 17 years of HR experience would be better suited for a position with greater responsibility and managerial expectations. The HR Manager position is certainly an important role but I feel that the examples of ER issues discussed would not present enough of a challenge for me and represent areas I've experienced in my career numerous years ago. ▮, Thank you again for your time. Perhaps when a successor is needed for ▮, or a similar position opens, we can reconnect. Sent from my iPhone
On Aug 17, 2011, at 7:58 AM, ▮ > wrote:
Hi ▮

Attorneys' Eyes Only

TCSLTD000443733

I wanted to let you know y our interview is confirmed for 9:30am tomorrow

Please let me know if you have any questions

Thanks

███████████

Talent Acquisition
Tata Consultancy Services
379 Thornall,
Street - 4th Floor,
Edison - 08837,New Jersey
United States

████████████████████████

Website: http://www.tcs.com

---

Experience certainty.      IT Services
            Business Solutions
            Outsourcing

======-----======-----======

---

Notice: The information contained in this e-mail message and/or attachments to it may contain confidential or privileged information. If you are not the intended recipient, any dissemination, use, review, distribution, printing or copying of the information contained in this e-mail message and/or attachments to it are strictly prohibited. If you have received this communication in error, please notify us by reply e-mail or telephone and immediately and permanently delete the message and any attachments. Thank you

Attorneys' Eyes Only

TCSLTD000443734