Ex. C3 to Plaintiffs' Class Cert. Reply (Dkt. #196-4)

TCSLTD003475043

## TCS Diversity Survey - Region I - US Local Women

**We invite your additional comments**

| | Response Count |
|---|---|
| | 23 |
| | 23 |
| | 62 |

**Response Text**

TCS "talks the talk," but I don't feel like they "walk the walk." I do believe for the most part that they care and I do believe they are trying, but they just aren't really succeeding in this area yet, but there has been some improvement which should be recognized. Unfortunately, the questionaire is quite black and white and doesn't allow for in-between answers which forced me to disagree since I can't just give a blanket

I am a new US based employee who had the opportunity to be the first TCS face at a new client, which was a true priviledge. When I met my co-workers from TCS (traveled from India), I felt very comfortable and instantly part of a team!  Kudos all around!!!

Encourage managers to be more actively engaged in fostering an inclusive work environment.

I felt at home at TCS until the recent change in my TCS management.  As a Team Leader I was rated a ____ for my first appraisal and then a ____ for the second and most recent appraisal.  My Leader left the floor to go to another client and I took over the TCS portion of his role which added to my already heavy workload. The new Leader who just came to ____ from an assignment in ____ is not approachable and always argues with what I say even when I have proof what I say is correct. I feel he bullies me and disrespects me.  I have been told I am hard working and very dedicated by the client.  I have asked my new leader several times to help with reducing my workload as I usually have to work 12 hour days or longer and sometimes weekends.  One time when I said I was ahving to work these long hours he responded with a comment saying "Something is wrong with you."  Every time I meet with him he reprimands me for the entire meeting for one reason or another to the

I have not yet met one woman in a management role in my short tenure with the company.  In addition, as a woman, I am asked regularly to take notes and bring copies when others are more than capable to do the same and I am the only woman present.

I believe many managers in TCS can use a good cultural & gender sensitivity training. I received emails regarding NY/NJ employee tennis tournment where female employees can only participates in Mix-Doubles while male employees have male single, male double, and mix-doubles.

I have also observed many times where only female associates were asked to arrange for hospitality tasks in preparation for meetings.

TCS America is the worst place I've worked at so far.  I've worked in America companies, so know how they operate….TATA America has to 'ACT' like an American company if they want to be one….Sorry.

I am the only TCS NA Indian born hire among over 100 from India and though I am a senior consultant I am not included in the leadership meeting, nor was I welcomed when I joined. In contrast TCS welcomed teh _____ consultants in the _____ newsletter possibly because they are US born even though _____ is stongly anti-TCS. My manager is diplomatic and does not commit but the TCS leadership made it a point to leave me out of all their meetings even though I helped with the presentation and could have added value. I have not spoken to the client partner even though I was hired at the sam sr. consultant level as him and as a sr. program manager reporting to the client partner - all this

I really have not seen any activity by my leaders that show me diversity. It's not that they are against it I just don't see them apply it if they do.

There is no inclusion in TCS.  Local hires still feel forgotten and expats are scared to approach local hires.

I feel that none India decent employees are overlook at treated as unimportant, I think the policies  only address India resources.  I feel their is a hierarchy in TCS first the India people,Anglo Saxon decent and then everyone else. I am a none India employee and have never felt good about TCS needs to focus on women, and also on promoting inclusion of non-Indians.

I have never worked for a company with such a lack of leadership, low skilled mangers and simply disrespect for women.

It is an unspoken belief there is disparate treatment between Associates from India and Associates hired locally in the US.  More favorable treatment of Expats over Local Hires.

General principles are not followed 100 percent of the time.  The small human tendencies cannot be removed from the equation and often have a cumulative effect that is undesirable.

I am not so concerned about ethnicity as a driver of diversity issues, rather GCP vs. non-GCP.

The team leader I used to have ignored me because I couldn't help him add value; he had nothing to improve upon in my position here, as my team is  ____ except for me.  He also let me know more than once that my experience on this job is of no value whatsoever to TCS and no additional money will ever be offered to me because of the reason stated above.  He let me know that anyone off the street could come in and do my job, it's no big deal.  He did his best to make me feel excluded.  He is not management material.

As I started working for TCS in the beginning I thought "here is a new company and everybody is equal and there are no politics in this new company" I was wrong, in this company it is once again on who you know and favoritism is a big part of the day to day operation. I am very disappointed with the performance! TCS does not have their ducks in a row and is creating stress on us employees by unnecessary work on the ultimatix system and by unfair (unequal) treatment. We as employees are not getting rated by our true performance or on how long you have worked with the company, no, you are getting rated by how well you butter up your supervisor! Also, there are soooo many cultural clashes from people coming from India working over here. Maybe they should be coached a little before they are getting dumped over here insulting the Amercian citicens. All in all I am very disappointed!!!

There is no career progression in TCS….at least in _____. My team leader is NOT qualified to be a team leader……she may have the required experience on paper….but she lacks people skills.  Since her arrival in our department the moral continue to decrease and there always seem to be a division with the department.  The only way anyone gets ahead in TCS is the same old cliche….who you know and who's favorite are you!!  Rules are always changing and bent for different people in different situations.  Favorites get more exceptions to the rule than others.  When starting with TCS from _____ I was a little leary but after all the "hype" that TCS pitched to us my fears and doubts seemed to be subsided.  But after being here for two years I am not happy with TCS and all the things that have come about and continue to come about.  TCS is a good company I'm sure….but just not a good company for me.  I feel like I have been deceived and would of stayed with _____ if I had it to do all over.

Comminication is null and void    TCS does not seem to be proactive in communication with issues they know are comming up.  They do not seem to appreciate how much their employees put up with.  They do not even know the process of work in which their employees do yet you want to do reviews on us that are not even based on work performance or knowledge.  TCS is more consindered in how I help the environment than what I do for work or the performance.  They don't seem to realize how it effects their employees when they are paying the people the same amount of money to either ans a phone, circle a po or be responsible for a million dollar payment.  My thought would be to reevalutate that fact that you

Career counseling and opportunities are limited or not discussed by supervisor.   Realization of Potential is negligible.

I enjoy working at TCS and in a very diverse environment.  I am hispanic female and feel this is a great company.

There is a significantly lower percentage of female developers in SHP than in the US development community as a whole.  This demonstrates a distinct lack of gender diversity.

Cross-cultural teams *could* be extremely effective if there were good cross-cultural understanding fostered from both sides.  There is not any effective program to help with this.

| | |
|---|---|
| Issues with management | 5 |
| Inequality between local hires and expats | 5 |
| Inequality for women | 4 |
| Positive comments | 2 |
| Other | 4 |

# TCS Diversity Survey - Region II

## We invite your additional comments

| | Response Count | |
|---|---|---|
| | 41 | |
| | | **41** |
| | | **97** |

| Response Text |
|---|
| Very informative and valuable for work environment, not only we fill this questionaire but also conduct the sessions to explain diversity since our environment is thickly divers. |
| Not until there is a non-Indain on the Senior executive comittee witll TCS truly be diversified.  Still an Indian company.  It is not multi- |
| Values such as Diversity in workplace are never practised in reality in TATA America. Importance is given to expatriates who are promoted by their superiors who are based in India and local employees in US are not given the opportunity to progress. This is the common complaint of any local employee. In the global environment TCS will not be able to break the barrier that it is seen as in "Indian" company and not as a Global company. The values cherished by TATA group are not visible in TCS where regionalism and groupism thrives. |
| TCS is really a very good organization to work with |
| US citizens are consistently treated as second class citizens complared to Indian employees. |
| I feel management of all levels are dominated by Indians and at every given opportunity Indians are placed there instead of looking for local I think in my case, my boss would feel better if I was not part of the team.  I believe he would prfer it to be all Indian. |
| Overall, we are still learning and evolving; from my unit standpoint we definitely see progress. |
| The 7th question, "I believe the multicultural teams produce positive outcomes", seems a bit misleading.  I infered than that non-multicultural teams do not produce positive outcomes.  I think the question should be "I believe that multicultural teams are capable of positive outcomes".  I personally doubt there is any corelation between the cultural diversity of a team and the outcome the team will |
| Most americans feel like outsiders. while some opertunities are presented it is harder for a local person to travel and move around the company. in most cases there a serious pay decreases that would hinder this movement. Someone from US could not possibly go to India for example @ the inidan pay rate and meet US obligations. |
| Suggestion: Associate needs to be assigned their role based on their experience and qualification as well as it should be aligned with TCS designation which will excel their performance. This will also help TCS our company utilize all our employees to achieve 100% or higher |
| I work for a remote client and my TCS boss is also remote. I don't have any on-location team members. I feel completely isolated with the rest of the company. |