Ex. 80 to Plaintiffs' Summ. J. Surreply (Dkt. #199-11)

## People Transition: Mutual Value for ▮ & TCS

TCS recognizes the investments that ▮ has made in acquiring, retaining and developing its resource competencies and talent capabilities. We welcome this opportunity to team with ▮ and partner in creating and sustaining a win-win relationship in supporting seamless business continuity. While the in-scope talent pool provides a great opportunity to utilize core development skills for ▮ current and future business growth, as a partner TCS will deploy its unique resource management and competency building capabilities to augment the current talent pool. This will provide ▮ with a dependable, agile and dynamic talent pool; and result in a great career and growth opportunity for the in-scope employees.

TCS has tremendous experience in people transitions and integrating client employees as part of large outsourcing deals, M&As; and will leverage on its proven transition methodology, process & templates to ensure a smooth transition.

- **32,000** People have been transitioned to TCS from client organizations, and through M&A activity
- **60+** Outsourcing deals involved transition of client employees to TCS
- **97%** People who have accepted TCS offer from the in-scope client employee pool
- **90%** Retention of transitioned employees at the end of their 1st year with TCS

## Alignment with TCS Growth Plan

As an organization, TCS has seen significant growth both organically and inorganically from a business and talent perspective. Our key talent acquisition levers can be summarized as a function of Skill, Scale & Location; combining in a unique way to create a hiring engine that attracts the top talent from markets across the globe.

- **214,770** employees globally **12,580** added in Q2 FY12 (July-September)
- Associates from **103** nationalities

We have a large internal talent pool of skilled resources in Infrastructure Services area; and this will provide the ▮ / Incumbent Service provider's transitioned employees *[here on referred to as 'in-scope' employees]* with a unique opportunity to be part of this peer group and carve out a personalized career path in line with their aspirations. A preliminary analysis of the in-scope employees in terms of their role, skills and location would reveal the level of strategic fit, impact on the engagement & also enable the operational plan for the transition.

Attorneys' Eyes Only

For the near-term & short-term, any transitioned In-Scope employees will continue to work on the same engagement to ensure business continuity. We will create a competency/skill inventory to capture their skills, capability & experience so that they can be considered for potential roles within TCS over a longer period of time in line with the engagement life cycle and profitability considerations. This will ensure that while reducing the cost of operations YoY & passing on commercial benefits to ▇, the employees find a long term opportunity within TCS that matches their aspirations.

## Employee Transition Approach

Transitioning of employees has been an integral part of most of these deals spanning across different geographies. Over the years through its rich experience TCS has developed a well-defined and structured framework to transition employees in outsourcing deals which has been experienced and accepted globally as a standard practice across the organization.

TCS will deploy a standardized flow of activities in completing the people transition process successfully. TCS will tailor its approach and transfer process in partnership with ▇ to cause minimal disruption to its operations as well as being sensitive to people aspirations. The success of this relationship would largely depend on retaining the key In-Scope personnel. This is achieved through a combination of methods and the application of some basic principles.

TCS proposes to follow best practices as well as legally compliant processes in people transfer/rehiring in the regions where in scope employees are currently working. To ensure smooth and successful transition, a dedicated HR team will be deployed:

| Team Composition | Activity |
| --- | --- |
| Due Diligence Team | Conduct Due Diligence of all Terms and Conditions of employment pertaining to the in-scope employees. Coordinate with ▇ HR with any queries on employment terms, policies and benefits applicable to the employees. |
| Transition Management | Coordinate with ▇ / Incumbent Service Provider's HR to manage a smooth transition with minimal disruption to activities. Work with ▇ / Incumbent Service Provider's HR to finalize activity plan dates and employee communication plan/events. |
| Dedicated HR Person in each region | Dedicated support post transfer for the transitioned employees. Will be a part of the team during and post transition. |
| Facilitators/ Trainers | Work on the Training/Induction and facilitate the Change Management process for the transitioned employees |

We are describing the overview of the common steps in the transition approach to be adopted in regulated & non-regulated countries. We will then go in further detail on the different steps to be covered under Employee Transfer (Regulated Countries) and Rehire (Non Regulated Countries).

Attorneys' Eyes Only

TCS plans to approach people transition, as a multi-staged process, involving the following stages.
- Due Diligence Phase
- Communication and Consultation Phase
- Transition Phase (Regulated Region/Non-regulated Region)
- Post Transition Phase



TCS – People Transition Framework

TCS has observed that engagements involving selective rehire/transfer of client & incumbent vendor employees helps address transition risks, ensure knowledge retention & enables business as usual. The transitioned employees are typically SMEs in specific areas, or have domain/legacy knowhow and hence allow the day-to-day SLAs to be met early on in the engagement, and a partnership to be created on a strong platform. Having said that, the emphasis is on selecting right set of employees from ▇ as well as incumbent service providers for such a transition exercise.

The pricing considerations are based on three major pillars – Employee attributes, current location of the 'in-scope' employee and business model envisaged for the engagement.
- Employee attributes - Skills levels, current salary / benefits structure, job family and individual contractual arrangements are some of the broad areas that will be covered under the pricing considerations
- Current Locations – Depending up on the current location of the in-scope employee, local legislations and statutory requirements should be evaluated. If there are regulated locations like UK or Europe, ARD or TUPE may be applicable.
- Business Model – One of the key levers in arriving at a pricing model would be the business

model derived for the engagement – onsite / offshore balance, engagement lifecycle etc.

Attorneys' Eyes Only

TCSLTD003517030