Ex. 82 to Plaintiffs' Summ. J. Surreply (Dkt. #199-13)

| | |
|---|---|
| **From:** | ██████████████████ |
| **Sent:** | February 12, 2015 2:24 AM |
| **To:** | ██████████████████ |
| **Cc:** | |
| **Subject:** | Re: ███ deal details needed |
| **Attachments:** | Embedded Document.xls |

What is the average salary they are earning? Thanks.

████████████████

Tata Consultancy Services

████████████████
Website: http://www.tcs.com

_____
Experience certainty.      IT Services
                Business Solutions
                Consulting
_____

██████████---02/11/2015 04:26:41 PM---They all earn over 60k. ████████████

| | |
|---|---|
| From: | ██████████████ |
| To: | |
| Cc: | ████████████████████████████ |
| Date: | 02/11/2015 04:26 PM |
| Subject: | Re: ███ deal details needed |

They all earn over 60k.

Attorneys' Eyes Only

| Employee | Employee | Person Ty | Employee | Visa Type | Exempt or |
|---|---|---|---|---|---|
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |
| | | Expats | Los Angel | H1-B | EXEMPT |

Attorneys' Eyes Only

TCSLTD003986083

██████████
NA Head, Total Rewards
Tata Consultancy Services
1000 Summit Dr,
Milford,Oh - 45150
United States

███████████████████

Website: http://www.tcs.com

_____
Experience certainty.     IT Services
                Business Solutions
                Consulting
_____


_____████████--02/11/2015 04:20:14 PM---To clarify, the definition of an exempt H1B is someone who is either
earning a salary of $60K and ab

From:       ██████████████████
To:         ████████████████████████████████
Cc:         ████████████████████████████████
Date:       02/11/2015 04:20 PM
Subject:    Re:███ deal details needed

To clarify, the definition of an exempt H1B is someone who is either earning a salary of $60K and above or has at least a masters degree in a specialty related to the intended H-1B employment. I believe all our H1Bs meet this exempt criteria but just wanted to confirm this. Thanks.

████████████

Tata Consultancy Services
████████████████████████
Website: http://www.tcs.com

_____
Experience certainty.     IT Services
                Business Solutions
                Consulting
_____


_____████████---02/11/2015 04:08:11 PM---Dear███████ has asked some question from TCS,███ - Head
Government Relation NA is helping on a

TCSLTD003986084

From: 
To:
Cc:
Date: 02/11/2015 04:08 PM
Subject:      Re: ▮ deal details needed

Dear ▮

▮ has asked some question from TCS, ▮ - Head Government Relation NA is helping on a response to this.

He need to know if following associate working in ▮ account are Exempt or Non- Exempt.

Pls help him at earliest.

| | | | |
|---|---|---|---|
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |

TCSLTD003986085

| | | | |
|---|---|---|---|
| ████ | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |
| | Expats | Los Angeles, CA | H1-B |

TCSLTD003986086

█████████████████████████████   Expats   Los Angeles, CA   H1-B

Thanks & Regards,

████████████

Tata Consultancy Services
379 Thornall Street - 4th Floor
Edison,New Jersey - 08837
United States

███████████████████████

Website: http://www.tcs.com
_____

Experience certainty.     IT Services
                Business Solutions
                Consulting
_____

_____████████     ---02/10/2015 10:27:16 PM---Hi All, Attach find the distribution of associates working in ████
account.

From:      ████████████████████████
To:        ███████████████████████████████████████████████████████████████████
Date:      02/10/2015 10:27 PM
Subject:   Re: ████ deal details needed

Hi All,

Attach find the distribution of associates working in ████ account.

| Count of Employee Number | Location | | |
|---|---|---|---|
| Person Type/Visa Type | Cincinnati, Ohio | Los Angeles, CA | Grand Total |
| ⊟ Expats | | 70 | 70 |
| H1-B | | 41 | 41 |
| USGC | | 1 | 1 |
| L1A | | 22 | 22 |
| L1B | | 6 | 6 |
| ⊟ Locals | 5 | 62 | 67 |
| N/A | 5 | 62 | 67 |
| ⊟ Subcontractors | 31 | 47 | 78 |
| N/A | 31 | 47 | 78 |
| Grand Total | 36 | 179 | 215 |

TCSLTD003986087

[attachment ▮ Headcount_10_feb_2015_Working.xlsx" deleted by ▮▮▮▮ AMER/TCS]

Thanks & Regards,

▮▮▮▮

Tata Consultancy Services
379 Thornall Street - 4th Floor
Edison,New Jersey - 08837
United States

▮▮▮▮▮▮

Website: http://www.tcs.com
_____
Experience certainty.        IT Services
                Business Solutions
                Consulting
_____

_____

▮▮▮▮▮▮ --02/09/2015 05:30:14 PM--▮▮▮▮▮▮ are the appropriate contacts for providing
details of the deal process, from the

From:       ▮▮▮▮▮▮
To:         ▮▮▮▮▮▮▮▮▮▮▮▮
Cc:         ▮▮▮▮▮▮▮▮▮▮▮▮
Date:       02/09/2015 05:30 PM
Subject:    Re: ▮ deal details needed

▮▮▮▮▮▮ are the appropriate contacts for providing details of the deal process, from the delivery and the sales side
respectively. On the staffing side, I can share pointers on the work we have done with ▮▮ to offer opportunities to impacted
staff. ▮▮▮▮ can also be part of this discussion to provide inputs on the current staffing, including the mix of local hires,
expats, rehires, business associates.

I am available for a call at 11.30 am ET tomorrow.

regards,

▮▮▮▮

▮▮▮▮▮▮
Head - Workforce Effectiveness, North America
Tata Consultancy Services

▮▮▮▮▮▮

Website: http://www.tcs.com
_____
Experience certainty.        IT Services
                Business Solutions
                Consulting

███████ --02/09/2015 05:24:29 PM---████████ - I and ██ need a full download of the deal and staffing details for the ████████

From:       ████████████
To:
Cc:         █████████████████████
Date:       02/09/2015 05:24 PM
Subject:    ████ deal details needed

████████ - I and ████ need a full download of the deal and staffing details for the ████████████████ relationship. Can we arrange an internal call for tomorrow/Tuesday at some point to gather those details? I am available at 11:30am ET or around 3:15pm ET but may be able to join a call at another time if those do not work. Please advise. Thanks.

████████████

Tata Consultancy Services
████████████

Website: http://www.tcs.com
_____
Experience certainty.      IT Services
                           Business Solutions
                           Consulting
_____

Attorneys' Eyes Only