Ex. 83 to Plaintiffs' Summ. J. Surreply (Dkt. #199-14)

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** May 27, 2015 11:13 PM
**To:** ▮▮▮▮▮▮
**Cc:**
**Subject:** Re: URGENT>>: ▮ Headcount Validation
**Attachments:** ▮ Expat Data.xlsx

Dear ▮ ,

Attached; Expat list..Please send us the final list of Headcount



Thanks & Regards,

▮▮▮▮▮▮
RMG Lead - NA - DESS - Technology BU - Hi-Tech - Telecom - MIS - Utilities
Tata Consultancy Services
5201 Great America Parkway, Suite 522
Santa Clara,California - 95054
United States
▮▮▮▮▮▮▮▮▮

Website: http://www.tcs.com
_____
Experience certainty. IT Services
Business Solutions
Consulting
_____


▮▮ --05/27/2015 12:56:14 PM--▮ , Please call me at ▮▮▮▮ for URGENT discussion.

From: ▮▮▮▮▮▮
To: ▮▮▮▮▮▮
Cc:
Date: 05/27/2015 12:56 PM
Subject: URGENT>>: ▮ Headcount Validation


▮▮
Please call me at ▮▮▮▮ for URGENT discussion.


Thanks & Regards
▮▮▮▮▮
Client Partner

Tata Consultancy Services



Website: http://www.tcs.com

Experience certainty.      IT Services
                  Business Solutions
                  Consulting

---

▮▮▮▮▮▮▮▮▮▮▮---05/26/2015 08:14:00 PM---Dear ▮▮▮, Attached are list of BAs and Local Hires who have worked with ▮▮▮ from 24th July'14...Pl

From:      ▮▮▮▮▮▮▮▮▮▮▮▮▮
To:
Cc:
Date:      05/26/2015 08:14 PM
Subject:   ▮▮▮ Headcount Validation

Dear ▮▮▮,

Attached are list of BAs and Local Hires who have worked with ▮▮▮ from 24th July'14...Please validate the list and confirm.

There are separate tabs for BA and Local Hires in the excel sheet.
[attachment "▮▮▮ BA- Local Joined post 24 July 2014.xlsb" deleted by ▮▮▮▮▮▮▮▮ /AMER/TCS]

Thanks & Regards,
▮▮▮▮▮▮▮▮
RMG Lead - NA - DESS - Technology BU - Hi-Tech - Telecom - MIS - Utilities
Tata Consultancy Services
5201 Great America Parkway, Suite 522
Santa Clara,California - 95054
United States

Website: http://www.tcs.com

Experience certainty. IT Services
Business Solutions
Consulting

Attorneys' Eyes Only

| Employee Number | Employee Name | Date of Joining |
|---|---|---|
| | | 8-Dec-95 |
| | | 4-Mar-96 |
| | | 27-Mar-97 |
| | | 27-Apr-98 |
| | | 10-Aug-98 |
| | | 23-Dec-98 |
| | | 30-Aug-99 |
| | | 7-Apr-03 |
| | | 6-Oct-03 |
| | | 19-Jul-04 |
| | | 20-Dec-04 |
| | | 17-Jan-05 |
| | | 7-Feb-05 |
| | | 16-Mar-05 |
| | | 1-Jun-05 |
| | | 12-Sep-05 |
| | | 19-Sep-05 |
| | | 3-Oct-05 |
| | | 28-Nov-05 |
| | | 15-Dec-05 |
| | | 28-Dec-05 |
| | | 19-Apr-06 |
| | | 15-May-06 |
| | | 29-Aug-06 |
| | | 14-Sep-06 |
| | | 3-Oct-06 |
| | | 2-Nov-06 |
| | | 8-Nov-06 |
| | | 20-Nov-06 |
| | | 6-Dec-06 |
| | | 4-Jan-07 |
| | | 16-Jan-07 |
| | | 7-Feb-07 |
| | | 5-Feb-07 |
| | | 7-Mar-07 |
| | | 2-May-07 |
| | | 6-Jun-07 |
| | | 6-Aug-07 |
| | | 5-Nov-07 |
| | | 26-Nov-07 |
| | | 2-Jan-08 |
| | | 23-Jan-08 |
| | | 21-Apr-08 |
| | | 21-Apr-08 |
| | | 7-May-08 |
| | | 26-May-08 |

| | | | |
|---|---|---|---|
| | | | 11-Jun-08 |
| | | | 9-Jul-08 |
| | | | 9-Jul-08 |
| | | | 11-Aug-08 |
| | | | 5-Nov-08 |
| | | | 10-Nov-08 |
| | | | 12-Nov-08 |
| | | | 21-Nov-08 |
| | | | 29-Dec-08 |
| | | | 7-Jan-09 |
| | | | 16-Feb-09 |
| | | | 29-Sep-09 |
| | | | 14-Dec-09 |
| | | | 18-Jan-10 |
| | | | 3-Feb-10 |
| | | | 28-Jan-10 |
| | | | 7-Jul-10 |
| | | | 7-Jul-10 |
| | | | 8-Sep-10 |
| | | | 6-Oct-10 |
| | | | 6-Oct-10 |
| | | | 8-Oct-10 |
| | | | 8-Oct-10 |
| | | | 8-Dec-10 |
| | | | 22-Dec-10 |
| | | | 8-Dec-10 |
| | | | 10-Jan-11 |
| | | | 21-Feb-11 |
| | | | 9-Mar-11 |
| | | | 16-Mar-11 |
| | | | 17-Mar-11 |
| | | | 1-Apr-11 |
| | | | 6-Apr-11 |
| | | | 20-Apr-11 |
| | | | 20-Apr-11 |
| | | | 29-Jun-11 |
| | | | 11-Jul-11 |
| | | | 24-Aug-11 |
| | | | 14-Sep-11 |
| | | | 28-Sep-11 |
| | | | 19-Oct-11 |
| | | | 2-Nov-11 |
| | | | 3-Nov-11 |
| | | | 3-Nov-11 |
| | | | 14-Nov-11 |
| | | | 11-Jan-12 |
| | | | 10-Nov-11 |

| | | | | |
|---|---|---|---|---|
| ███████ | | ████████████████████ | | 3-Jan-12 |
| | | | | 4-Jan-12 |
| | | | | 15-Feb-12 |
| | | | | 4-Apr-12 |
| | | | | 4-Jul-12 |
| | | | | 18-Jul-12 |
| | | | | 12-Sep-12 |
| | | | | 24-Oct-12 |

| Customer | Allocation Start Date | Allocation End Date | TYPE |
|---|---|---|---|
| | 1-May-15 | 31-May-15 | Expats |
| | 6-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 26-May-15 | 31-May-15 | Expats |
| | 29-Apr-15 | 30-Jun-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 1-Apr-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 9-Mar-15 | 6-Apr-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 21-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 15-Aug-14 | 1-Oct-14 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 12-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 1-Apr-15 | 1-Apr-15 | Expats |
| | 1-Apr-15 | 1-Apr-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 1-Apr-15 | 20-Apr-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |

| 1-May-15 | 31-May-15 | Expats |
|---|---|---|
| 1-May-15 | 31-May-15 | Expats |
| 2-Feb-15 | 3-Mar-15 | Expats |
| 1-May-15 | 31-May-15 | Expats |
| 21-May-15 | 31-May-15 | Expats |
| 1-May-15 | 31-May-15 | Expats |
| 1-May-15 | 31-May-15 | Expats |
| 11-May-15 | 31-May-15 | Expats |
| 1-May-15 | 31-May-15 | Expats |
| 1-May-15 | 31-May-15 | Expats |
| 1-May-15 | 31-May-15 | Expats |
| 1-Sep-14 | 8-Nov-14 | Expats |
| 1-May-15 | 31-May-15 | Expats |
| 1-May-15 | 31-May-15 | Expats |
| 1-May-15 | 31-May-15 | Expats |
| 1-May-15 | 31-May-15 | Expats |
| 1-May-15 | 30-Jun-15 | Expats |
| 1-May-15 | 31-May-15 | Expats |
| 1-May-15 | 31-May-15 | Expats |
| 1-Apr-15 | 7-Apr-15 | Expats |
| 7-May-15 | 31-May-15 | Expats |
| 1-Sep-14 | 16-Sep-14 | Expats |
| 1-May-15 | 31-May-15 | Expats |
| 1-May-15 | 31-May-15 | Expats |
| 1-May-15 | 30-Jun-15 | Expats |
| 7-May-15 | 31-May-15 | Expats |
| 1-May-15 | 31-May-15 | Expats |
| 1-May-15 | 31-May-15 | Expats |
| 1-May-15 | 31-May-15 | Expats |
| 1-May-15 | 31-May-15 | Expats |
| 1-May-15 | 31-May-15 | Expats |
| 1-May-15 | 31-May-15 | Expats |
| 1-May-15 | 31-May-15 | Expats |
| 1-May-15 | 31-May-15 | Expats |
| 1-May-15 | 31-May-15 | Expats |
| 15-Aug-14 | 30-Sep-14 | Expats |
| 1-May-15 | 31-May-15 | Expats |
| 1-Apr-15 | 30-Apr-15 | Expats |
| 1-May-15 | 31-May-15 | Expats |
| 1-May-15 | 31-May-15 | Expats |
| 1-May-15 | 31-May-15 | Expats |
| 11-May-15 | 31-May-15 | Expats |
| 1-May-15 | 31-May-15 | Expats |
| 1-May-15 | 31-May-15 | Expats |
| 1-May-15 | 31-May-15 | Expats |
| 1-May-15 | 31-May-15 | Expats |
| 1-May-15 | 31-May-15 | Expats |

| | | | |
|---|---|---|---|
| ■ | 1-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |
| | 16-May-15 | 31-May-15 | Expats |
| | 1-May-15 | 31-May-15 | Expats |