Ex. 89 to Plaintiffs' Summ. J. Surreply (Dkt. #199-20)

**TATA CONSULTANCY SERVICES**
Experience certainty.



# U.S. Immigration Update
## March 2016

## Executive Summary

Attorneys' Eyes Only                                      TCSLTD003496554

This is an immigration update for the United States, articulating the contrast between the political context of yesteryear & today, and the shift in our talent acquisition & mobility approach in response to these changes.

## Past Political & Legislative Context

**In June 2013, the U.S. Senate passed Bill S744**
- Prohibition on placement of visa holders at client site
- **50:50 Rule** for Expatriates Vs Citizens / Permanent Residents
- Restrictions for H1B Dependent Employers (more than 15% Expatriates)

**The House of Representatives took a step-by-step approach**
- Approved Skills Visa Act in June 2013
- Proposed H1B count raise from 65,000 to 155,000
- Does not include damaging Senate provisions

**Obama's Executive Action – Nov 2014**
- Work authorization for H4 dependents
- Extension of OPT for students
- Clarifications of "Specialized Knowledge"

**New Congress, New Set of Issues**
- H1B Visa Program is attacked by far right and left wings of the parties
- Voices louder against outsourcing and H1B expansion
- Presidential election cycle in full swing
- Anti-outsourcing/H1B rhetoric already being voiced by some candidates
- Loud opponents of visa programs in Senate are not leaving
    - **Sen. Grassley** – Chairman, Judiciary Committee
    - **Sen. Durbin** – Judiciary Committee and Democratic Leadership
    - **Sen. Sessions** – Subcommittee Chairman for Immigration Issues

## Our Past Position

- Our model or organic growth in the United States, was fueled by a rotation plan by which expatriates with skills and experience would travel on onsite assignments to perform technical and managerial roles.
- Due to rapid business growth and the need for skilled labor, we became one of the largest employers hiring IT talent in the U.S., as well as one of the largest number of H1B applicants.
- Expatriates would travel onsite on a 3 year assignment, and then travel back to enrich offshore teams with the experience gained in working in a customer environment.
- Only a few select expatriates in managerial and client facing roles would spend a longer stint of 5-7years before traveling back to take up leadership roles in the offshore teams.

## TCS H1B Trends & Competitor Activity

- The availability of skilled talent was not directly proportional to the demand created by the rapid business growth.
- Further, due to mobility constraints of local hires and limited availability in markets where some of our new clients were located, we expanded the number of H1B applications.

Attorneys' Eyes Only    TCSLTD003496555

- Faced with a common challenge, our competitors responded in a similar manner and exponentially increased their H1B applications.
- Against the Congressional cap of 65,000 H1Bs per year, 33,270 were estimated to be applied by the companies listed below & had a 35% share of approved H1Bs in 2013.
- The trend continued in the subsequent years, and based on secondary sources the companies increased the applications by 35% to 44,761 in 2015.
- With the Congressional cap remaining steady at 65,000 during this period; the approval rate for TCS dropped from 72% in 2013 to 36% in 2015.

| H1B Trends* | 1-Apr-13 | | | 1-Apr-15 | | |
|---|---|---|---|---|---|---|
| | Applied (Estimated) | Approved | % Approved | Applied (Estimated) | Approved | % Approved |
| TCS | 9,477 | 6,860 | 72% | 14,261 | 5133 | 36% |
| CTS | 7,873 | 5,228 | 66% | 10,000+ | | |
| Infy | 6,057 | 4,022 | 66% | 7,000 | | |
| Wipro | 4,889 | 3,246 | 66% | 10,000 | | |
| HCL | 1,396 | 927 | 66% | 4,500 | | |
| Accenture | 3,578 | 2,376 | 66% | 9,000 | | |

*H1B Filing & Approved - 2013 Published, 2014 Not available, 2015 Estimated by Lawyers through their sources

## Current Political Context

- TCS is a very significant applicant of visas. Not only does this make us visible, we get termed as "outsiders" and become a public perception target. In some places, competition intensifies this perception to try and gain a business advantage.
- Sentiments change – stories in media – the same ones getting repeated again and again because "talking against visa users unites both sides of the aisle".
- Fees for extensions and visas were increased, affecting India based IT companies & evoking a strong reaction from NASSCOM.
- Proposal to increase prevailing wages for H1B, as well as to mandate not to use a H1B worker to replace an American worker's job.

## Our New Position

- These political and immigration trends, as well as limited pool of new H1B visas available gave given rise to a new regime of longevity & retention of visa ready talent.
- Steps taken over the last two years in anticipation of the 50:50 rule, has helped us reach a Local:Expat ratio of 29%:71% currently.
- Part of this has been achieved by the processing of 1,785 EB1 GCs, and part by expanding the local hiring efforts.

Attorneys' Eyes Only TCSLTD003496556



- Today's resourcing model is built on retention onsite for longer period and maximizing visa period given the challenge in getting new H1B visas.
- For the 2016 H1B cycle, we are going with an approach of very limited applications (<4,000). This is a major shift in stance and we plan to drive fulfilment through utilization of existing approved H1Bs.
- The plan is to also process EB2 GCs to retain talent in client facing roles, with niche skillsets etc. Through this approach, we plan to file for 500 EB2 GCs each quarter for the next two years.
- Anticipating a 2 year timeline for the first level of EB2 GC approvals to come through, it will result in an addition of ~4,000 more employees to our local pool between 2018 and 2020.
- That in turn, will increase our Local ratio from the current 29% of workforce to over 50%, enabling full compliance if the 50:50 rule comes into effect.

Attorneys' Eyes Only                                                                                        TCSLTD003496557

Attorneys' Eyes Only

TCSLTD003496558