Ex. 99 to Plaintiffs' Summ. J. Surreply (Dkt. #199-30)



**TATA CONSULTANCY SERVICES**
Experience certainty.



# North America HR

Attrition Trends
Sep 2014

Copyright © 2014 Tata Consultancy Services Limited

Attorneys' Eyes Only

TCSLTD001417947

## Attrition Snapshot MoM_North America(LTM)

**Overall LTM Attrition is at 11.91% . Expat Attrition is at 8.76% and Local Hire attrition at 21.33%**

| Month_YY | Canada | | | | US | | | North America Overall |
|---|---|---|---|---|---|---|---|---|
| | Expat | Local | Total | | Expat | Local | Total | |
| Sep_2013 | 4 | 8 | 12 | | 214 | 115 | 329 | 341 |
| Oct_2013 | 4 | 8 | 12 | | 182 | 74 | 256 | 268 |
| Nov_2013 | 2 | 19 | 21 | | 178 | 101 | 279 | 300 |
| Dec_2013 | 0 | 11 | 11 | | 117 | 81 | 198 | 209 |
| Jan_2014 | 4 | 13 | 17 | | 122 | 113 | 235 | 252 |
| Feb_2014 | 1 | 15 | 16 | | 105 | 81 | 186 | 202 |
| Mar_2014 | 2 | 14 | 16 | | 106 | 138 | 244 | 260 |
| Apr_2014 | 4 | 12 | 16 | | 112 | 121 | 233 | 249 |
| May_2014 | 3 | 13 | 14 | | 122 | 114 | 236 | 252 |
| June_2014 | 3 | 11 | 14 | | 141 | 117 | 258 | 272 |
| July_2014 | 3 | 20 | 23 | | 142 | 110 | 252 | 275 |
| Aug_2014 | 3 | 16 | 19 | | 156 | 119 | 275 | 294 |
| Total | 33 | 160 | 193 | | 1697* | 1284 | 2981 | 3174 |
| Sep_2014 (Till Date) | 1 | 18 | 19 | | 113 | 92 | 205 | 224 |

*Includes 04 Non India Expats

TATA CONSULTANCY SERVICES
Experience certainty.

Attorneys' Eyes Only

TCSLTD001417948

2



## US_Attrition Trend(Expat/Local) LTM

**Overall LTM Attrition is at 12.24%. Expat Attrition is at 9.20% and Local Hire attrition at 21.73%**



|        | Sep-13 | Oct-13 | Nov-13 | Dec-13 | Jan-14 | Feb-14 | Mar-14 | Apr-14 | May-14 | Jun-14 | Jul-14 | Aug-14 |
|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|
| Expat  | 214    | 182    | 178    | 117    | 122    | 105    | 106    | 112    | 122    | 141    | 142    | 156    |
| Local  | 115    | 74     | 101    | 81     | 113    | 81     | 138    | 121    | 114    | 117    | 110    | 119    |
| Total  | 329    | 256    | 279    | 198    | 235    | 186    | 244    | 233    | 236    | 258    | 252    | 275    |

Mean: 248

**TATA CONSULTANCY SERVICES**
Experience certainty.

Attorneys' Eyes Only    TCSLTD001417950

# NA Expat Attrition_ Visa Trend MoM

| Month | H1-B | L1 A | L1 B | USGC/Citizen |
|---|---|---|---|---|
| Sep-13 | 87 | 25 | 102 | |
| Oct-13 | 57 | 24 | 99 | 2 |
| Nov-13 | 93 | 19 | 66 | 1 |
| Dec-13 | 60 | 11 | 45 | 1 |
| Jan-14 | 75 | 11 | 36 | |
| Feb-14 | 71 | 6 | 24 | 3 |
| Mar-14 | 76 | 3 | 24 | 1 |
| Apr-14 | 100 | 4 | 5 | 3 |
| May-14 | 104 | 6 | 11 | 1 |
| Jun-14 | 117 | 8 | 10 | 3 |
| Jul-14 | 122 | 5 | 12 | 3 |
| Aug-14 | 144 | 3 | 6 | 1 |
| **Total Attirition** | **1106** | **125** | **440** | **15** |
| Total Visa Employee | 12016 | 3012 | 2611 | 497 |
| Attrition %age | 9.20% | 4.15% | 16.85% | 3.02% |

H1 Visa has highest attrition

**TATA** CONSULTANCY SERVICES
Experience certainty.

TCSLTD0014417951

Attorneys' Eyes Only

# TCS Sponsored GC_ Attrition detail(LTM)

| Role | No of Associates |
|---|---|
| Global Relationship Manager | 7 |
| BRM/BDM | 5 |
| Project Manager | 3 |
| Architect | 1 |
| Head - Practice, Geography, GCP | 1 |
| Head - Practice, Geography, GCP | 1 |
| Managing Consultant | 1 |
| Practice Head (RM) | 1 |
| Program Manager | 1 |
| Project Leader | 1 |
| SAP Lead Consultant | 1 |
| Solution Architect | 1 |
| **Grand Total** | **24** |

## TCS Sponsored GC attrition

| Employee ID | Count |
|---|---|
| 41530 | 0 |
| 41560 | 2 |
| 41591 | 1 |
| 41621 | 1 |
| 41652 | 1 |
| 41683 | 1 |
| 41711 | 3 |
| 41742 | 3 |
| 41772 | 3 |
| 41803 | 1 |
| 41833 | 4 |
| 41864 | |

TATA CONSULTANCY SERVICES
Experience certainty.

Attorneys' Eyes Only

7

TCSLTD001417952

# NA Attrition_Reasons (LTM)



- Better career opportunities; 1538; 48.46%
- Involuntary; 381; 12.00%
- Dissatisfaction with Job/Company/Mgr of job, 122, 3.84%
- Higher compensation; 366; 11.53%
- Personal reasons; 352; 11.09%
- Other Reason, 415, 13.07%

Most of associates are leaving because of better career opportunities

**TATA CONSULTANCY SERVICES**
Experience certainty.

Attorneys' Eyes Only    TCSLTD001417953

# Top Attrition Reason Local & Expat Comparison(LTM)

## Expats



79% of expats leave due leaving because of better career opportunities or Higher Salary

## Locals



26% of Local Hire Attrition is Involuntary

Experience certainty.

TCSLTD0014179954

Attorneys' Eyes Only

# NA Attrition Trend_ Local Hire Detailed analysis Experience and Reasons(LTM)

Local Hire Attrition _ TCS Experience Break up



71% of all Local Hires attrition have spent less than 2 yrs in TCS

| Reason | TCS Exp Less than 1 yr | TCS Exp More than 1 yr but less than 2 yrs | TCS Exp More than 2 yrs | Total | %age |
|---|---|---|---|---|---|
| Better career opportunities | 201 | 125 | 141 | 467 | 32.34% |
| Death | 1 | 2 | 5 | 8 | 0.55% |
| Dissatisfaction with Job / Type of job | 32 | 11 | 6 | 49 | 3.39% |
| Higher compensation | 31 | 15 | 30 | 76 | 5.26% |
| Personal reasons | 87 | 39 | 35 | 161 | 11.15% |
| Other Reason | 160 | 53 | 99 | 312 | 21.61% |
| Termination | 134 | 130 | 107 | 373 | 25.83% |
| Grand Total | 646 | 375 | 423 | 1444 | 100.00% |

26 % of local hire attrition is due to Terminations

TATA CONSULTANCY SERVICES
Experience certainty.

Attorneys' Eyes Only    TCSLTD001417955    10

# NA Attrition : Voluntary_Involuntary Analysis



Monthly Voluntary/Involuntary totals (Involuntary / Voluntary / Grand Total):
- Sep-13: 40 / — / 123
- Oct-13: 22 / — / 82
- Nov-13: 41 / — / 120
- Dec-13: 27 / — / 92
- Jan-14: 45 / — / 126
- Feb_14: 15 / — / 96
- Mar_14: 67 / — / 152
- Apr_14: 27 / — / 133
- May_14: 22 / — / 127
- June_14: 24 / — / 128
- Jul-14: 23 / — / 130
- Aug-14: 26 / — / 135

### Termination Breakup

| Reason | TCS Exp Less than 1 yr | TCS Exp More than 1 yr but less than 2 yrs | TCS Exp More than 2 yrs | Total | %age |
|---|---|---|---|---|---|
| Disciplinary Action | 16 | 10 | 8 | 34 | 9.12% |
| Job Abandonment | 5 | 2 | 3 | 10 | 2.68% |
| Poor Performance | 30 | 11 | 14 | 55 | 14.75% |
| Unallocated | 83 | 107 | 84 | 274 | 73.46% |
| Grand Total | 134 | 130 | 109 | 373 | 100.00% |

**73% terminations are due to unallocation**

**TATA CONSULTANCY SERVICES**
Experience certainty.

Attorneys' Eyes Only

TCSLTD001417956

11

# College Hire Attrition Data

Chart: Attrition by tenure
- Less Than 06 months: 9
- 06 Months - 1 Year: 23
- 1 Year - 2 Year: 36
- More than 2 yrs: 5

| Voluntary | No's | %age |
|---|---|---|
| Better career opportunities | 43 | 58.90% |
| Dissatisfaction with Job / Type of job | 3 | 4.11% |
| Higher compensation | 4 | 5.48% |
| Personal reasons | 9 | 12.33% |
| Reasons not known/ Other Reason | 6 | 8.22% |
| Termination | 8 | 10.96% |
| Total | 73 | 100.00% |

| Termination Breakup | |
|---|---|
| Disciplinary Action | 1 |
| Job Abandonment | 1 |
| Poor Performance | 2 |
| Unallocated | 4 |
| Total | 8 |

TATA CONSULTANCY SERVICES
Experience certainty.
TCSLTD001417957
Attorneys' Eyes Only

## Top Account Attrition (Large Accounts)

| Client Name | Expat Attrition | Local Attrition | Total Attrition | Expat Attrition %age | Local Attrition %age | Total |
|---|---|---|---|---|---|---|
| | 144 | 37 | 181 | 11.73% | 18.41% | 12.67% |
| | 74 | 39 | 113 | 8.23% | 22.16% | 10.51% |
| | 75 | 43 | 118 | 11.61% | 34.68% | 15.32% |
| | 39 | 13 | 52 | 6.35% | 12.15% | 7.21% |
| | 51 | 9 | 60 | 8.54% | 17.31% | 9.24% |
| | 83 | 18 | 101 | 14.34% | 33.33% | 15.96% |
| | 27 | 9 | 36 | 5.61% | 6.08% | 5.72% |
| | 53 | 4 | 57 | 10.43% | 4.82% | 9.64% |
| | 39 | 15 | 54 | 8.50% | 18.99% | 10.04% |
13

**TATA CONSULTANCY SERVICES**
Experience certainty.

Attorneys' Eyes Only   TCSLTD001417958

# Top Account Attrition (Mid Size)

| Client Name | Expat Attrition | Local Attrition | Total Attrition | Expat Attrition %age | Local Attrition %age | Total |
|---|---|---|---|---|---|---|
| | 37 | 11 | 48 | 9.37% | 12.79% | 9.98% |
| | 15 | 15 | 30 | 5.32% | 8.93% | 6.67% |
| | 5 | 38 | 43 | 2.89% | 18.54% | 11.38% |
| | 27 | 9 | 36 | 7.83% | 30.00% | 9.60% |
| | 38 | 7 | 45 | 11.48% | 19.44% | 12.26% |
| | 5 | 22 | 27 | 2.02% | 19.82% | 7.52% |
| | 32 | 13 | 45 | 10.49% | 28.89% | 12.86% |
| | 25 | 19 | 44 | 9.40% | 25.33% | 12.90% |
| | 2 | 25 | 27 | 1.85% | 11.31% | 8.21% |

TATA CONSULTANCY SERVICES
Experience certainty.

Attorneys' Eyes Only    TCSLTD001417959

# Top Account Attrition
## (Manpower less than 250)

| Client Name | Expat Attrition | Local Attrition | Total Attrition | Expat Attrition %age | Local Attrition %age | Total |
|---|---|---|---|---|---|---|
| | 4 | 12 | 9 | 3.70% | 8.57% | 3.63% |
| | 15 | 8 | 9 | 7.61% | 19.05% | 3.77% |
| | 2 | 18 | 10 | 1.47% | 18.18% | 4.26% |
| | 1 | 61 | 32 | 7.69% | 32.80% | 16.08% |
| | 16 | 11 | 9 | 12.03% | 22.45% | 4.95% |
| | 2 | 4 | 2 | 1.79% | 6.45% | 1.15% |
| | 12 | 5 | 6 | 8.70% | 31.25% | 3.90% |
| | 4 | 5 | 3 | 3.28% | 55.56% | 2.29% |
| | 8 | 2 | 4 | 7.21% | 11.11% | 3.10% |

**TATA CONSULTANCY SERVICES**
Experience certainty.

TCSLTD001417960

Attorneys' Eyes Only