Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
E-mail:  dlow@kotchen.com;
E-mail:  dkotchen@kotchen.com;
E-mail:  mvk@kotchen.com
E-mail:  lgrunert@kotchen.com

Attorneys for Plaintiffs and the Class

MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
LAURA A. WYTSMA (SBN 189527)
lwytsma@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
**LOEB & LOEB LLP**
1011 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorney for Defendant
TATA CONSULTANCY SERVICES, LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| BRIAN BUCHANAN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE JOINT CMC STATEMENT**<br><br>Complaint Filed:  April 14, 2015 |

**STIPULATION & DECLARATION OF COUNSEL**

A Case Management Conference is currently scheduled for January 29, with a Joint Case Management Statement due today, January 22. Despite the parties' diligent efforts, the parties will be unable to finalize and file their Joint Case Management Statement by the end of the day. A very short extension is therefore necessary to allow the parties to reach consensus on the issues to address in the Statement. Accordingly, Plaintiffs and TCS hereby respectfully stipulate to extend the deadline to file the Statement until tomorrow, January 23, at 5 p.m. This brief extension will not impact the case schedule and will allow the parties to more fully address and apprise the Court of the pertinent issues in advance of the Case Management Conference.

Dated: January 22, 2018       By: /s/ Daniel Kotchen
                                  Daniel Kotchen
                                  KOTCHEN & LOW LLP

                                  *Attorneys for Plaintiffs Buchanan and Slaight*

Dated: January 22, 2018       By: /s/ Michelle M. La Mar
                                  Michelle M. La Mar
                                  LOEB & LOEB LLP

                                  *Attorneys for Defendant*

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this documents has been obtained from the other signatories.

Dated: January 22, 2018       By: /s/Daniel Kotchen
                                  Daniel Kotchen

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system.

Dated: January 22, 2018              By: /s/Daniel Kotchen
                                     Daniel Kotchen

1 **[PROPOSED] ORDER**

2   WHEREFORE, as stipulated and agreed to by the Parties, the deadline for the parties
3 to file their Joint Case Management Statement is January 23, 2018 at 5 p.m..

5   PURSUANT TO STIPULATION, IT IS SO ORDERED.

7 DATED: _____

          Hon. Yvonne Gonzalez Rogers
          UNITED STATES DISTRICT JUDGE