UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

| **Date:** 1/29/18 | **Time:** 2:23pm-2:57pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.**: 15-cv-01696-YGR | **Case Name:** Buchanan et al. v. Tata Consultancy Services, Ltd | |

**Attorney for Plaintiff:** Daniel Kotchen
**Attorney for Defendant:** Terry Garnett, Michelle La Mar and Patrick Downes

**Deputy Clerk:** Frances Stone          **Court Reporter:** Diane Skillman

PROCEEDINGS

Defendant's Motion to Stay Proceedings Pending Appeal [Dkt. no. 248]: For the reasons stated on the record Defendant's Motion to Stay Proceedings Pending Appeal is Denied.

**FURTHER CMC-HELD**

**Compliance hearing re name of mediator and date of mediation set 2/9/18 at 9:01am. Joint filing by 2/9/18.**

**Case Management Conference set 7/16/18 at 2:00pm**
**Counsel have a Private Mediator; Mediation to be completed by 5/15/18**
**Join Parties or Amend Pleadings: Only with Court Approval**
**Non-Expert Discovery Cutoff: 5/15/18**
**Expert Discovery Cutoff: 5/15/18**
**Motions re Arbitration or Bifurcation on Decertification filed by 5/29/18**
**Compliance Hearing set Friday 9/21/18 at 9:01am**
**Joint Pretrial Statement: 9/28/18**
**Pretrial Conference Friday, 10/12/18 at 9:00am**
**Jury Trial set 11/5/18 at 8:30am**

   cc: ADR