Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
Email: dlow@kotchen.com;
dkotchen@kotchen.com;
mvk@kotchen.com;
lgrunert@kotchen.com

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| BRIAN BUCHANAN, et al.<br>Plaintiffs,<br>v.<br>TATA CONSULTANCY SERVICES, LTD.,<br>Defendant. | Case No.: 4:15-cv-01696-YGR<br>**CLASS ACTION**<br>Complaint Filed: April 14, 2015 |

**DECLARATION OF MICHAEL VON KLEMPERER**

I, Michael von Klemperer, hereby declare as follows, based on personal knowledge:

1. I am an attorney licensed to practice law in the District of Columbia. I am an associate with Kotchen & Low LLP and represent Plaintiffs in the above captioned proceeding.

2. Submitted with this declaration are true and correct copies of the following documents:

- Exhibit 1: Plaintiffs' Subpoena Directed to Apple Inc.
- Exhibit 2: Plaintiffs' Subpoena Directed to HP Inc.
- Exhibit 3: Plaintiffs' Subpoena Directed to Microsoft Corporation
- Exhibit 4: Plaintiffs' Subpoena Directed to Pacific Gas and Electric Company
- Exhibit 5: Plaintiffs' Subpoena Directed to Royal Bank of Scotland PLC
- Exhibit 6: Plaintiffs' Subpoena Directed to Target Corporation

3. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on March 20, 2018

/s/Michael von Klemperer
Michael von Klemperer