UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BUCHANAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TATA CONSULTANCY SERVICES, LTD,<br><br>    Defendant. | Case No. 15-cv-01696-YGR (SK)<br><br>**ORDER REGARDING JOINT LETTER BRIEF**<br><br>Regarding Docket No. 290 |

The Court has reviewed the joint discovery letter brief found at Docket No. 290 and orders as follows:

Within fourteen days of this Order, Defendant is required to provide privilege logs that are fully compliant with this Court's Standing Order. If Plaintiffs wish to challenge any items, Plaintiffs may request leave to file a discovery letter brief after the normal deadline, and the Court will look favorably on the request if filed in a timely fashion.

Defendant argues that the Standing Order is onerous in this case. The correct manner for challenging such a process is to seek leave proactively from the Court as soon as a party is aware of the burden. Here, instead, Defendant waited almost until the discovery deadline passed and only in response to Plaintiffs' motion.

**IT IS SO ORDERED**.

Dated: April 26, 2018

_____
SALLIE KIM
United States Magistrate Judge