MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
LAURA A. WYTSMA (SBN 189527)
lwytsma@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN HELDT, BRIAN BUCHANAN, and CHRISTOPHER SLAIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF ERIN M. SMITH IN SUPPORT OF JOINT LETTER BRIEF**<br><br>Complaint Filed: April 14, 2015 |

# DECLARATION OF ERIN M. SMITH

I, Erin M. Smith declare as follows:

1. I am an attorney duly licensed to practice law in the State of California, and before the United States District Court for the Northern District of California. I am a partner at the law firm of Loeb & Loeb LLP, and am an attorney of record for Defendant Tata Consultancy Services, Ltd. ("TCS") in this matter. I have personal knowledge of the facts set forth in this Declaration and, if so called upon to do so, I would competently testify to the facts set forth below.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' Notice of Rule 30(b)(6) Deposition, served on March 28, 2015.

3. Attached hereto as Exhibit B is a true and correct copy of Plaintiffs' Notice of Rule 30(b)(6) Deposition, served on November 24, 2015.

4. Attached hereto as Exhibit C is a true and correct copy of Plaintiffs' 30(b)(6) Topic 1 Areas of Inquiry, served on November 24, 2015.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts of the transcript from the Deposition of Umesh Kumar, taken on January 27, 2016.

6. Attached hereto as Exhibit E is a true and correct copy of excerpts of the transcript from the Deposition of Umesh Kumar, taken on January 25, 2017.

7. Attached hereto as Exhibit F is a true and correct copy of excerpts of the transcript from the Deposition of Balaji Ganapathy, taken on March 17, 2016.

8. Attached hereto as Exhibit G is a true and correct copy of excerpts of the transcript from the Deposition of Balaji Ganapathy, taken on January 25, 2017.

9. Attached hereto as Exhibit H is a true and correct copy of excerpts of the transcript from the Deposition of Amit Jindal, taken on February 26, 2016.

10. Attached hereto as Exhibit I is a true and correct copy of excerpts of the transcript from the Deposition of Jeevak Sharma, taken on March 17, 2016.

11. Attached hereto as Exhibit J is a true and correct copy of excerpts of the transcript from the Deposition of Surya Kant, taken on April 30, 2018

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of May, 2018, at Los Angeles, California.

/s/ *Erin M. Smith*
Erin M. Smith

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system on May 11, 2018.

Dated: May 8, 2018 /s/ *Erin M. Smith*

Erin M. Smith