# EXHIBIT A

Daniel Low (SBN 218387)
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
dlow@kotchen.com
dkotchen@kotchen.com
mvk@kotchen.com
lgrunert@kotchen.com

*Attorneys for Plaintiffs and the Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| BRIAN BUCHANAN, CHRISTOPHER SLAIGHT, SEYED AMIR MASOUDI, and NOBEL MANDILI,<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF RULE 30(b)(6) DEPOSITION**<br><br>Complaint Filed:   April 14, 2015 |

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 30(b)(6), Plaintiffs by and through their undersigned attorneys, shall take the deposition upon oral examination of Tata Consultancy Services, Ltd. ("Tata"[1]), through the person or persons who are knowledgeable concerning the following matters:

1. All instructions, guidelines, directions, advice, and/or directives given by Tata executives, managers, or supervisors (including but not limited to, *e.g.*, the "Leadership Team," "Management," or "Corporate") regarding the mapping or utilization of expats and/or visa ready employees to staff projects in the United States, as referenced in TCS037128-36

---

[1] "Tata," as used herein, includes the named Defendant in the above titled action, along with each of Tata Consultancy Services, Ltd.'s predecessor(s) and successor entities, its officers, directors, shareholders, parent and subsidiary companies (whether direct or indirect), affiliates, employees, agents, attorneys, representatives, and any other persons acting or authorized to act on behalf of it.

(Ex. 1), TCS148025-27 (Ex. 2), TCSLTD004096290-92 (Ex. 3), TCSLTD001959146-52 (Ex. 4), TCSLTD004113676-87 (Ex. 5), TCSLTD004142746-56 (Ex. 6), TCS123079-83 (Ex. 7), TCSLTD004145052-59 (Ex. 8), TCSLTD003968335-41 (Ex. 9), TCSLTD004040304-06 (Ex. 10), TCSLTD004016550-53 (Ex. 11), TCSLTD003155216-24 (Ex. 12), TCSLTD003236913-17 (Ex. 13), TCS137485-87 (Ex. 14), TCSLTD004725865-71 (Ex. 15), TCSLTD004040304-06 (Ex. 16), TCS007391-452 (Ex. 17), TCSLTD007351426-28 (Ex. 18), TCSLTD001449986 (Ex. 19), TCSLTD002345452-54 (Ex. 20), TCSLTD007036191-209 (Ex. 21), TCS069046-47 (Ex. 22), TCS059332-36 (Ex. 23), TCSLTD004145052-59 (Ex. 24), TCSLTD001959146-52 (Ex. 25), TCSLTD006794312 (Ex. 26), including but not limited to what the instructions, guidelines, directions, advice, and/or directives were, who issued them, who they were directed to, who was responsible for implementing them, when they were issued, why they were issued, how they were issued, whether they were issued verbally or in writing, whether documents exist reflecting them, and whether the instructions, guidelines, directions, advice, and/or directives referenced in the above documents were the same or different.

2. The restriction to, or preference for, expats or visa ready candidates in the job requisitions excerpted or discussed in TCSLTD004451599-03 (Ex. 27), TCSLTD004144713-21 (Ex. 28), TCSLTD005525640-48 (Ex. 29), TCSLTD005426933-37 (Ex. 30), TCS151441-43 (Ex. 31), TCSLTD005216732-37 (Ex. 32), TCSLTD004860947-49 (Ex. 33), TCSLTD005123862-64 (Ex. 34), TCSLTD004475668-69 (Ex. 35), TCSLTD004399550-53 (Ex. 36), TCSLTD4155059-62 (Ex. 37), TCSLTD004638316-19 (Ex. 38), TCSLTD003812673-76 (Ex. 39), TCS148610-13 (Ex. 40), TCSLTD003820533-35 (Ex. 41), TCSLTD004582784-92 (Ex. 42), TCSLTD003122993-97 (Ex. 43), TCSLTD004872272-77 (Ex. 44), TCSLTD003168385 (Ex. 45), TCSLTD004149888 (Ex. 46), TCSLTD004901645-50 (Ex. 47), TCSLTD004161251-52 (Ex. 48), TCSLTD003450585-89 (Ex. 49), TCSLTD000589269-75 (Ex. 50), TCSLTD004638316-

3

19 (Ex. 51), including but not limited to why the restriction or preference exists, who was involved in making the decision to impose the restriction or preference, and whether those individuals were following instructions from others, and, if so, who issued the instructions and why.

3. Any contractual obligation or other agreement with Apple, HP Inc., Microsoft, Pacific Gas & Electric Co., Royal Bank of Scotland, Siemens, Walgreens, Public Service Electric and Gas Co., Entergy, Southern California Edison, and/or Target ("Clients") requiring, recommending, or incentivizing Tata to consider for employment, set up an application process for (*e.g.*, job fairs), hire, or re-hire the Clients' current or former employees, and/or to retain rehired Client employees (*e.g.*, for a period of 12 months), including but not limited to the content, purpose, negotiation of, implementation of, any breach of each such obligation, and the party requesting the obligation, along with the number of the Clients' employees rehired, and any termination of such rehired employees.

4. Any Client concerns or inquiries regarding, or involvement in, Tata's staffing of the Client's project with visa workers.

5. Any knowledge transfer process or training provided by the Clients' employees to Tata's employees, including but not limited to the scope of the process or training, the party requesting the process or training, and any concerns or complaints raised by the Clients regarding Tata's employees' qualifications, experience, skill set, or competency.

Plaintiffs request that the Defendant provide written notice at least four business days before the deposition of the name, title, and job responsibilities of the individual or individuals designated to testify on the Defendant's behalf.

The deposition shall commence at 10:00 a.m. on April 12, 2018 at Loeb & Loeb LLP, 345 Park Avenue, New York, NY 10154 (or at another mutually agreeable time and location), and will continue day to day, Saturdays, Sundays, and holidays excepted, until completed. The deposition will be taken before an officer authorized to administer oaths, be recorded by a stenographer, and will be videotaped.

Respectfully submitted,

March 28, 2018 **KOTCHEN & LOW LLP**

/s/Michael von Klemperer
Michael von Klemperer

*Attorney for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2018, the foregoing was served via email on the following counsel of record for Defendant Tata Consultancy Services, Ltd.:

Michelle La Mar
mlamar@loeb.com

Patrick N. Downes
pdownes@loeb.com

Erin Smith
esmith@loeb.com

Laura Wytsma
lwytsma@loeb.com

Lauren Williams
lwilliams@loeb.com

Bernard R. Given
bgiven@loeb.com

Terry Garnett
tgarnett@loeb.com

Executed on March 28, 2018.

/s/Michael von Klemperer
Michael von Klemperer