UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BUCHANAN, ET AL.,<br><br>  Plaintiffs,<br><br>  v.<br><br>TATA CONSULTANCY SERVICES, LTD,<br><br>  Defendant. | Case No. 15-cv-01696-YGR<br><br>* CORRECTED*<br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, July 16, 2018 at 2:00 p.m. |
| REFERRED TO ADR TO BE COMPLETED BY: | May 15, 2018 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court Approval |
| NON-EXPERT DISCOVERY CUTOFF: | May 15, 2018 |
| DISCLOSURE OF EXPERT REPORTS:<br><br>ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | |
| EXPERT DISCOVERY CUTOFF: | May 15, 2018 |
| MOTIONS RE ARBITRATION, BIFURCATION AND DECERTIFICATION TO BE FILED BY: | May 29, 2018 |
| COMPLIANCE HEARING (*See* PAGE 2) | Friday, September 21, 2018 at 9:01 a.m. * |
| JOINT PRETRIAL CONFERENCE STATEMENT: | September 28, 2018 |
| PRETRIAL CONFERENCE: | Friday, October 12, 2018 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, November 5, 2018 at 8:30 a.m. for Jury Trial |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference.  The compliance hearing on Friday, September 21, 2018 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith.  The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.  Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

 As set forth above, the parties are REFERRED to private mediation.  The parties shall provide the Court with the name of an agreed-upon mediator and the date of mediation by February 9, 2018 by filing a JOINT Notice.  A compliance hearing regarding shall be held on Friday, February 16, 2018 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in courtroom 1.  By February 9, 2018, the parties shall file either the JOINT Notice or a one-page JOINT STATEMENT setting forth an explanation for their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: February 1, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge