MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
TERRY GARNETT (SBN 151212)
tgarnett@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRIAN BUCHANAN, CHRISTOPHER SLAIGHT, SEYED AMIR MASOUDI AND NOBEL MANDILI,<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF MICHELLE M. LA MAR IN SUPPORT OF TATA CONSULTANCY SERVICES, LTD.'S MOTION TO DECERTIFY CLASS**<br><br>Date: July 17, 2018<br>Time: 2:00 p.m.<br>Location: Oakland Courthouse, Ctrm. 1<br><br>Complaint Filed: April 14, 2015<br>Trial Date: November 5, 2018 |

**DECLARATION OF MICHELLE M. LA MAR**

I, Michelle M. La Mar declare as follows:

1. I am an attorney duly licensed to practice law in the State of California, and before the United States District Court for the Northern District of California. I am a partner at the law firm of Loeb & Loeb LLP, and am an attorney of record for Tata Consultancy Services, Ltd. ("TCS") in this matter. I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this Declaration and, if so called upon to do so, I would competently testify to the facts set forth below.

2. On May 15, 2018, the deposition of Lekisha Bailey was taken. Attached as Exhibit "A" to this Declaration is a true and correct copy of the pertinent excerpts which have been redacted to remove confidential information pursuant to Fed. R. Civ. P. § 5-2.

3. On April 2, 2018, the deposition of Paul D. Devenny was taken. Attached as Exhibit "B" to this Declaration is a true and correct copy of the pertinent excerpts which have been redacted to remove confidential information pursuant to Fed. R. Civ. P. § 5-2.

4. On April 13, 2018, the deposition of Donna Gomez was taken. Attached as Exhibit "C" to this Declaration is a true and correct copy of the pertinent excerpts which have been redacted to remove confidential information pursuant to Fed. R. Civ. P. § 5-2.

5. On April 30, 2018, the deposition of Surya Kant was taken. Attached as Exhibit "D" to this Declaration is a true and correct copy of the pertinent excerpts which have been redacted to remove confidential information pursuant to Fed. R. Civ. P. § 5-2.

6. On April 5, 2018, the deposition of Taylor Russell was taken. Attached as Exhibit "E" to this Declaration is a true and correct copy of the pertinent excerpts which have been redacted to remove confidential information pursuant to Fed. R. Civ. P. § 5-2.

7. On April 10, 2018, the deposition of Hannah Russo was taken. Attached as Exhibit "F" to this Declaration is a true and correct copy of the pertinent excerpts which have been redacted to remove confidential information pursuant to Fed. R. Civ. P. § 5-2.

8. On May 11, 2018, the deposition of Narasimhan Srinivasan was taken. Attached as Exhibit "G" to this Declaration is a true and correct copy of the pertinent

excerpts which have been redacted to remove confidential information pursuant to Fed. R. Civ. P. § 5-2.

9. Attached hereto as Exhibit "H" is a true and correct copy of the Supplemental Expert Report of Edward R. Lazear dated May 15, 2018.

10. At plaintiffs' request, TCS produced its internal records relating to the 1,600 local individuals who were involuntarily terminated from TCS during the class period. Attached hereto as Exhibit "I" is "Compilation A," which is a summary of the information contained in a sampling of the termination forms.

11. Attached hereto as Exhibit "J" is a true and correct copy of the Resource Management Group Induction Manual (version 1.8). Compilation "B"—which is included as the first part of Exhibit "J"— is a summary of the excerpts from the Induction Manual that pertain to the placement of existing employees at TCS.

12. Attached hereto as Exhibit "K" is a true and correct copy of plaintiff Amir Masoudi's responses and objections to TCS' requests for admissions.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 29th day of May, 2018, at Los Angeles, California.

/s/ *Michelle M. La Mar*
Michelle M. La Mar

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system on May 29, 2018.

Dated: May 29, 2018

/s/ *Michelle M. La Mar*
Michelle M. La Mar