UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case Number : 2015-01696

Case Title : Heldt v. Tata Consultancy Services, Ltd

---

**THIS DOCUMENT CONTAINS AN AUDIO FILE ATTACHMENT**

The attached digital recording is a copy of a court proceeding and is provided as a convenience to the public. It is not an official record; only transcripts prepared by court-arranged transcriptionists will be considered the official record of this proceeding. 28 U.S.C. § 753(b).

For information about ordering a transcript, see **https://cand.uscourts.gov/transcripts**

---

Case Type : cv

Audio Date\Time: 6/6/2018 2:01:23 PM

Audio File Name : 4cv2015-01696_20180606-140123.mp3

Audio File Size : 12336 KB

Audio Run Time : [00:25:42] (hh:mm:ss)

---

**How to access the audio file**

The audio file is embedded as an attachment in this PDF document.

***Listening to the file with Adobe Reader:*** Click the Attachments tab or the Paper Clip icon. Select the audio file and click Open. If you do not see the Attachments tab, press **F4** on your keyboard, then click the Paper Clip icon, OR click on **View > Show/Hide > Navigation Panes > Attachments.**




**For technical support, guidance and more info**: **https://cand.uscourts.gov/audio**