UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BUCHANAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>TATA CONSULTANCY SERVICES, LTD,<br><br>  Defendant. | Case No. 15-cv-01696-YGR (SK)<br><br>**ORDER REGARDING DISCOVERY LETTER BRIEFS**<br><br>Regarding Docket Nos. 309, 317, 319, 322, 345, 352 |

The parties appeared before the Court on June 6, 2018 to argue several motions.

The Court DENIES Plaintiffs' motion to compel further responses to Request for Production of Documents, Set Seven, No. 15. (Dkt. 352.)

The Court sets a deadline for the following responses to Interrogatories: (1) Plaintiff Buchanan's Second Supplemental Responses to Interrogatories Nos. 8, 9, 11, 12, 15, 16, First Set, (2) Plaintiff Buchanan's Responses to Interrogatories Nos. 1, 2, Second Set, (3) Plaintiff Slaight's Second Supplemental Responses to Interrogatories Nos. 8, 9, 11, 12, 15, 16, First Set, (4) Plaintiff Slaight's Responses to Interrogatories Nos. 1, 2, Second Set, (5) Plaintiff Masoudi's Supplemental Responses to Interrogatories Nos. 4, 5, 6, Second Set, (6) Plaintiff Masoudi's Supplemental Responses to Interrogatories Nos. 1, 2, First Set, (7) Plaintiff Masoudi's Supplemental Responses to Interrogatories Nos. 1, 2, First Set.[1] (Dkt. 345.) The deadline for Plaintiffs' responses is August 10, 2018.

The Court grants leave to Plaintiffs to supplement their responses to Requests for

---

[1] The Court assumes that this duplication is a typographical error. (Dkt. 345-1.)

Admission that were the subject of a previous discovery letter brief.  (Dkt. 309.)  Plaintiffs must submit any supplemental response by June 8, 2018, and Defendant must file a discovery letter brief by June 15, 2018.

The Court DENIES Defendant's request for further production of documents, specifically tax returns, from Plaintiffs in response to Request for Production of Documents No. 76 against Plaintiff Slaight and  Request for Production of Documents No. 98 against Plaintiff Buchanan. (Dkt. 322.)

This Order disposes of Dockets Nos. Docket Nos. 309, 317, 319, 322, 345, and 352.

**IT IS SO ORDERED**.

Dated: June 7, 2018



SALLIE KIM
United States Magistrate Judge