# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **BRIAN BUCHANAN, ET AL.,** <br><br> Plaintiffs, <br><br> v. <br><br> **TATA CONSULTANCY SERVICES, LTD.,** <br><br> Defendant. | Case No. 4:15-cv-01696-YGR (SK) <br><br> **CLASS ACTION** <br><br> **ORDER GRANTING PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO COMPEL ARBITRATION** <br><br> RE: Dkt. No.: 349 |

Having considered Plaintiffs' Motion for a one-week Extension of Time to file responses in opposition to Defendant Tata Consultancy Services, Ltd.'s Motions to Compel Arbitration (Dkt. #331), the Court finds that good cause exists to grant the requested relief. Accordingly, Plaintiff's motion is hereby **GRANTED,** and the deadline for Plaintiffs to file their response to Defendant's Motion to Compel Arbitration is extended from June 12, 2018 to June 19, 2018. Additionally, the deadline for Defendant to file its reply in support of its Motion is extended from June 16, 2018 to July 3, 2018.

This Order terminates Docket Number 349.

**IT IS SO ORDERED.**

DATED: June 8, 2018

*/s/ Yvonne Gonzalez Rogers*
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**