Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
Email: dlow@kotchen.com;
dkotchen@kotchen.com;
mvk@kotchen.com;
lgrunert@kotchen.com

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| BRIAN BUCHANAN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LIMITED,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DANIEL KOTCHEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT TATA CONSULTANCY SERVICES LTD.'S MOTION TO DECERTIFY CLASS**<br><br>Complaint Filed: April 14, 2015<br>Trial Date: November 5, 2018 |

**DECLARATION OF DANIEL KOTCHEN**

I, Daniel Kotchen, hereby declare as follows, based on personal knowledge:

1. I am an attorney licensed to practice law in the District of Columbia and the State of Wisconsin. I am a Partner with the law firm Kotchen & Low LLP and represent Plaintiffs in the above-captioned proceeding.

2. Submitted with this declaration are true and correct copies of the following documents:

- **Exhibit 1**: TCS061566;

- **Exhibit 2**: Excerpts from the Deposition Transcript of Narsimham Srinivasan (May 11, 2018);
- **Exhibit 3**: Excerpts from the Rule 30(b)(6) Deposition Transcript of Umesh Kumar (January 25, 2018);
- **Exhibit 4**: TCS038103-10;
- **Exhibit 5**: TCS007391-452;
- **Exhibit 6**: TCS044201-03;
- **Exhibit 7**: TCSLTD0055447590;
- **Exhibit 8**: TCS055851-54;
- **Exhibit 9**: TCSLTD003474918-31;
- **Exhibit 10**: Supplemental Expert Report of David Neumark;
- **Exhibit 11**: TCS157878-83;
- **Exhibit 12**: TCSLTD006874858-64;
- **Exhibit 13**: Excerpts from the Deposition Transcript of Surya Kant (April 30, 2018);
- **Exhibit 14**: TCSLTD003567690-706;
- **Exhibit 15**: Excerpts from the Deposition Transcript of Christopher Slaight (September 17, 2016);
- **Exhibit 16**: TCS057813-18;
- **Exhibit 17**: TCS137485-87;
- **Exhibit 18**: TCS151793-94;
- **Exhibit 19**: TCS153136-38;
- **Exhibit 20**: TCS148025-27;
- **Exhibit 21**: Excerpts from the Deposition Transcript of Paul Devenny (April 2, 2018);
- **Exhibit 22**: Tata Consultancy Services, Ltd.'s Responses to Plaintiffs' Sixth Set of Interrogatories, served on March 28, 2018;
- **Exhibit 23**: Tata Consultancy Services, Ltd.'s Supplemental Response to Plaintiffs' Amended Notice of Rule 30(b)(6) Deposition;
- **Exhibit 24**: Excerpt from U.S. Citizenship & Immigration Services, Approved H-1B Petitions by Employer for Fiscal Year 2015, 2016, and 2017, available at https://www.uscis.gov/legal-resources/buy-american-hire-american-putting-american-workers-first,
- **Exhibit 25**: Excerpt from U.S. Citizenship & Immigration Servs., Excerpt from Approved L-1 Petitions by Employer for Fiscal Year 2015, 2016, and 2017, available at https://www.uscis.gov/legal-resources/buy-american-hire-american-

putting-american-workers-first;

- **Exhibit 26**: TCSLTD004145052-59;
- **Exhibit 27**: TCSLTD002879934-37;
- **Exhibit 28**: TCS069046-47;
- **Exhibit 29**: TCSLTD005494331-34;
- **Exhibit 30**: TCS177617-18;
- **Exhibit 31**: TCS148654-55;
- **Exhibit 32**: TCSLTD001820670-73;
- **Exhibit 33**: Excerpts from the Rule 30(b)(6) Deposition Transcript of Balaji Kumar (January 25, 2018);
- **Exhibit 34**: Expert Report of David Neumark;
- **Exhibit 35**: TCSLTD003481641-60;
- **Exhibit 36**: TCSLTD001448569-80;
- **Exhibit 37**: TCSLTD001421577-89;
- **Exhibit 38**: TCSLTD001416821-37;
- **Exhibit 39**: TCSLTD001421555-74;
- **Exhibit 40**: TCSLTD001450869-72;
- **Exhibit 41**: Excerpts from the Deposition Transcript of Donna Gomez (April 13, 2018);
- **Exhibit 42**: TCSLTD003599309-18;
- **Exhibit 43**: TCSLTD004490593-04;
- **Exhibit 44**: Excerpts from the Deposition Transcript of Lekisha Bailey (May 15, 2018);
- **Exhibit 45**: Excerpt from TCSPROD000001985;
- **Exhibit 46**: Excerpts from the Deposition Transcript of Nobel Mandili (March 8, 2017)
- **Exhibit 47**: Mandili Declaration (June 5, 2018);
- **Exhibit 48**: Mandili 00007581;
- **Exhibit 49**: Mandili 0000058-59;
- **Exhibit 50**: Plaintiffs 0000470-71;
- **Exhibit 51**: TCSLTD005647628-33;
- **Exhibit 52**: TCSLTD003506707-09;
- **Compilation Exhibit A**;

- **Compilation Exhibit B**.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on June 19, 2018

/s/Daniel Kotchen
Daniel Kotchen