Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
Email: dlow@kotchen.com;
dkotchen@kotchen.com;
mvk@kotchen.com;
lgrunert@kotchen.com

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| BRIAN BUCHANAN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LIMITED,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DANIEL KOTCHEN IN SUPPORT OF PLAINTIFFS' MOTION TO APPROVE CLASS NOTICE FORM AND PLAN**<br><br>Complaint Filed: April 14, 2015 |

**DECLARATION OF DANIEL KOTCHEN**

I, Daniel Kotchen, hereby declare as follows, based on personal knowledge:

1. I am an attorney licensed to practice law in the District of Columbia and the State of Wisconsin. I am a Partner with the law firm Kotchen & Low LLP and represent Plaintiffs in the above-captioned proceeding.

2. TCS produced email addresses for only about 11% of its terminated employees.

3. Submitted with this declaration are true and correct copies of the following documents:

- **Exhibit 1**: Plaintiffs' Proposed Class Notice Form;

- **Exhibit 2**: Defendant Tata Consultancy Services, Ltd.'s Class Notice Form Redline;
- **Exhibit 3**: Plaintiffs' Class Notice Plan;
- **Exhibit 4**: Plaintiffs' Sixth Set of Requests for Production of Documents Directed to Tata Consultancy Services, Ltd., served on February 5, 2018;
- **Exhibit 5**: *Ellis v. Costco Wholesale Corp*. Approved Notice Form;
- **Exhibit 6**: FJC Sample Discrimination Class Action Notice Form;
- **Exhibit 7**: Excerpts from TCSPROD000001985 (terminations data);
- **Exhibit 8**: Kanellopoulos Declaration (May 21, 2018);
- **Exhibit 9**: Margol Declaration (May 18, 2018);
- **Exhibit 10**: Ocampo Declaration (May 20, 2018);
- **Exhibit 11**: Excerpts from Dorothy Krampen Deposition Transcript (April 9, 2018);
- **Exhibit 12**: Excerpts from Bonnie Kottke Deposition Transcript (April 17, 2018);
- **Exhibit 13**: Grant Declaration (June 4, 2018);
- **Exhibit 14**: Guy Declaration (May 22, 2018);
- **Exhibit 15**: Huffman Declaration (May 21, 2018).

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on June 19, 2018

/s/Daniel Kotchen
Daniel Kotchen