Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
Email: dlow@kotchen.com;
dkotchen@kotchen.com;
mvk@kotchen.com;
lgrunert@kotchen.com

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| BRIAN BUCHANAN, et al.<br><br>Plaintiffs,<br>v.<br><br>TATA CONSULTANCY SERVICES, LIMITED,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DANIEL KOTCHEN IN SUPPORT OF PLAINTIFFS' MOTION TO INVALIDATE RELEASES**<br><br>Complaint Filed: April 14, 2015<br>Trial Date: November 5, 2018 |

**DECLARATION OF DANIEL KOTCHEN**

I, Daniel Kotchen, hereby declare as follows, based on personal knowledge:

1. I am an attorney licensed to practice law in the District of Columbia and the State of Wisconsin. I am a Partner with the law firm Kotchen & Low LLP and represent Plaintiffs in the above-captioned proceeding.

2. On the very last day of discovery (May 15, 2018), TCS produced 346 Separation and Release Agreements ("Releases") between TCS and former TCS employees, including Releases with

approximately 246 class members.

3. TCS secured Releases with five class members after Steven Heldt, a terminated TCS employee, filed his EEOC charge but prior to the filing of the class action suit and 241class members after the filing of the class action lawsuit.

4. Of the 246 Releases, [redacted]

5. Submitted with this declaration are true and correct copies of the following documents:

- **Exhibit 1**: TCSLTD007719683-87;
- **Exhibit 2**: TCSLTD007719700-03;
- **Exhibit 3**: Plaintiffs' Seventh Set of Requests for Production of Documents Directed to Tata Consultancy Services, Ltd., served on August 28, 2015);
- **Exhibit 4**: TCSLTD007718791-95;
- **Exhibit 5**: TCSLTD007718887-91;
- **Exhibit 6**: TCSLTD007719236-39;
- **Exhibit 7**: Email from L. Williams to M. von Klemperer, *et al.* (May 15, 2018);
- **Exhibit 8**: Defendant Tata Consultancy Services, Ltd.'s Responses to Plaintiffs' Fifth Set of Interrogatories;
- **Exhibit 9**: Plaintiffs' Seventh Set of Requests for Production of Documents Directed to Tata Consultancy Services, Ltd., served on February 26, 2018;
- **Exhibit 10**: Plaintiffs' Fourth Set of Requests for Production of Documents Directed to Tata Consultancy Services, Ltd., served on April 11, 2017;
- **Exhibit No. 11**: Plaintiffs' First Set of Interrogatories Directed to Tata Consultancy Services, Ltd., served on August 28, 2015.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on June 19, 2018

/s/Daniel Kotchen
Daniel Kotchen