# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN BUCHANAN, ET AL.,**<br>Plaintiffs,<br>vs.<br>**TATA CONSULTANCY SERVICES, LTD,**<br>Defendant. | CASE NO. 15-cv-01696-YGR<br><br>**ORDER SETTING COMPLIANCE HEARING**<br>Re: Dkt. Nos. 332, 339, 340, 341, 363, 365, 367, 370, 383, 386, 391, 394, 405, 407 |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court hereby ruled on all pending sealing requests which are detailed in the attachments hereto and incorporated by reference in their entirety. To the extent that the Court denied parties' motions or granted them only in part, parties must now file the documents previously submitted for sealing in a manner that comports with the relevant sealing order.

Accordingly, the Court hereby **SETS** a compliance hearing for **Friday, August 10, 2018** on the Court's **9:01 a.m.** calendar, in Courtroom 1 of the Federal Courthouse, 1301 Clay Street in Oakland, California. Five (5) business days prior to the date of the compliance hearing, the parties shall file the documents described above.

If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

This Order terminates Docket Numbers 332, 339, 340, 341, 363, 365, 367, 370, 383, 386, 391, 394, 405, and 407.

**IT IS SO ORDERED.**

Dated: July 24, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**