# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN BUCHANAN, ET AL.,**<br>Plaintiffs,<br>vs.<br>**TATA CONSULTANCY SERVICES, LTD,**<br>Defendant. | CASE NO. 15-cv-01696-YGR<br><br>**ORDER RE: CORRECTIVE NOTICE** |

Pursuant to the Court's request at the July 17, 2018 hearing, defendant Tata Consulting Services, Ltd. ("TCS") has filed a supplemental declaration in support of its opposition to plaintiffs' motion to invalidate releases.[1] (Dkt. No. 424.) Plaintiffs' request to file a response (Dkt. No. 426) is **GRANTED**.

At this juncture, the Court is not inclined to order as expansive a corrective notice as plaintiffs have requested, i.e. the Court will not invalidate the releases. However, a corrective notice is still required. In light of TCS's filing and the uncertainties which remain regarding the underlying process, TCS **SHALL** make Mr. Sharma available for deposition by plaintiffs, upon prompt request, by no later than August 13, 2018.

In the meantime, the parties **SHALL** meet and confer regarding a proposed form of corrective notice to those who have signed releases which advises them of the impending trial, the option to join the class notwithstanding the release, and the fact that the Court is still in the process of determining what, if anything, should occur with respect to payments already made and received. The form of corrective notice **SHALL BE SUBMITTED** to the Court no later than **12 noon** on **Monday, August 6, 2018**.

\\

---

[1] In connection with this filing, TCS has filed an administrative motion to seal attachments to the declaration. (Dkt. No. 425.) TCS's motion is **GRANTED**.

This Order terminates Docket Numbers 425 and 426.

**IT IS SO ORDERED.**

Dated: July 31, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**