Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
E-mail: dlow@kotchen.com;
E-mail: dkotchen@kotchen.com;
E-mail: mvk@kotchen.com;
E-mail: lgrunert@kotchen.com

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

BRIAN BUCHANAN, et al.

Plaintiffs,

v.

TATA CONSULTANCY SERVICES, LTD.,

Defendant.

Case No.: 4:15-cv-01696-YGR (SK)

**CLASS ACTION**

**NOTICE OF REFILING DOCUMENTS IN UNREDACTED FORM**

**EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO TCS'S MOTION TO DECERTIFY THE CLASS (DKT. #366)**

Complaint Filed: April 14, 2015

**NOTICE OF REFILING DOCUMENTS IN UNREDACTED FORM**

Plaintiffs hereby provide notice that the following documents are refiled on the public docket in unredacted form pursuant to Local Rule 79-5(f) and the Court's July 24, 2018 Order (Dkt. 414-6):

- Ex. 1 to Plaintiffs' Opposition to TCS's Motion to Decertify the Class (Dkt. #366);
- Ex. 2 to Plaintiffs' Opposition to TCS's Motion to Decertify the Class (Dkt. #366);
- Ex. 4 to Plaintiffs' Opposition to TCS's Motion to Decertify the Class (Dkt. #366);
- Ex. 5 to Plaintiffs' Opposition to TCS's Motion to Decertify the Class (Dkt. #366);
- Ex. 6 to Plaintiffs' Opposition to TCS's Motion to Decertify the Class (Dkt. #366);
- Ex. 7 to Plaintiffs' Opposition to TCS's Motion to Decertify the Class (Dkt. #366);
- Ex. 8 to Plaintiffs' Opposition to TCS's Motion to Decertify the Class (Dkt. #366);
- Ex. 11 to Plaintiffs' Opposition to TCS's Motion to Decertify the Class (Dkt. #366);
- Ex. 12 to Plaintiffs' Opposition to TCS's Motion to Decertify the Class (Dkt. #366);
- Ex. 13 to Plaintiffs' Opposition to TCS's Motion to Decertify the Class (Dkt. #366);
- Ex. 14 to Plaintiffs' Opposition to TCS's Motion to Decertify the Class (Dkt. #366);
- Ex. 16 to Plaintiffs' Opposition to TCS's Motion to Decertify the Class (Dkt. #366);
- Ex. 17 to Plaintiffs' Opposition to TCS's Motion to Decertify the Class (Dkt. #366);
- Ex. 18 to Plaintiffs' Opposition to TCS's Motion to Decertify the Class (Dkt. #366);
- Ex. 19 to Plaintiffs' Opposition to TCS's Motion to Decertify the Class (Dkt. #366);
- Ex. 20 to Plaintiffs' Opposition to TCS's Motion to Decertify the Class (Dkt. #366);
- Ex. 21 to Plaintiffs' Opposition to TCS's Motion to Decertify the Class (Dkt. #366);
- Ex. 27 to Plaintiffs' Opposition to TCS's Motion to Decertify the Class (Dkt. #366);
- Ex. 28 to Plaintiffs' Opposition to TCS's Motion to Decertify the Class (Dkt. #366);
- Ex. 29 to Plaintiffs' Opposition to TCS's Motion to Decertify the Class (Dkt. #366);
- Ex. 30 to Plaintiffs' Opposition to TCS's Motion to Decertify the Class (Dkt. #366);
- Ex. 31 to Plaintiffs' Opposition to TCS's Motion to Decertify the Class (Dkt. #366);
- Ex. 32 to Plaintiffs' Opposition to TCS's Motion to Decertify the Class (Dkt. #366);
- Ex. 35 to Plaintiffs' Opposition to TCS's Motion to Decertify the Class (Dkt. #366);
- Ex. 38 to Plaintiffs' Opposition to TCS's Motion to Decertify the Class (Dkt. #366);
- Ex. 39 to Plaintiffs' Opposition to TCS's Motion to Decertify the Class (Dkt. #366);
- Ex. 40 to Plaintiffs' Opposition to TCS's Motion to Decertify the Class (Dkt. #366);
- Ex. 41 to Plaintiffs' Opposition to TCS's Motion to Decertify the Class (Dkt. #366);

- Ex. 45 to Plaintiffs' Opposition to TCS's Motion to Decertify the Class (Dkt. #366);
- Ex. 46 to Plaintiffs' Opposition to TCS's Motion to Decertify the Class (Dkt. #366);
- Ex. 52 to Plaintiffs' Opposition to TCS's Motion to Decertify the Class (Dkt. #366).

Dated: August 3, 2018

Respectfully submitted,

By: /s/ Daniel Kotchen
Daniel Kotchen (*pro hac vice*)
Daniel Low (SBN 218387)
Michael von Klemperer (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
KOTCHEN & LOW LLP

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system.

Dated: August 3, 2018

By: /s/Daniel Kotchen
Daniel Kotchen