Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

16515982.1
205625-10015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER SLAIGHT, ET. AL, <br><br> Plaintiffs, <br><br> v. <br><br> TATA CONSULTANCY SERVICES, LTD., <br><br> Defendant. | Case No.: 4:15-cv-01696-YGR <br><br> Hon. Yvonne Gonzalez Rogers <br><br> **ORDER REGARDING DEFENDANT TATA CONSULTANCY SERVICES, LTD.'S ADMINISTRATIVE MOTION TO REFILE UNDER SEAL EXHIBITS TO THE DECLARATION OF ERIN M. SMITH FILED IN SUPPORT OF RESPONSE TO PLAINTIFFS' MOTION FOR APPROVAL OF CLASS NOTICE FORM AND PLAN** <br><br> Complaint Filed: April 14, 2015 <br> Trial Date: November 5, 2018 |

# ORDER

After considering the administrative motion of defendant Tata Consultancy Services, Ltd. ("TCS") pursuant to Local Rule 79-5(d) to refile under seal certain exhibits submitted in connection with its Response to Plaintiffs' Motion for Approval of Class Notice Form and Plan, and the declaration of Michelle M. La Mar ("La Mar Decl.") filed in support of that motion, the Court rules as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit 4 to the Declaration of Erin Smith filed on July 10, 2018, [Dkt # 390] ("Smith Decl.") consisting of excerpts from Deposition Testimony of Thomas Mills (p. 17). | La Mar Decl., ¶¶ 2-3. | GRANTED; the Court approves proposed redactions. |
| Exhibit 5 to the Smith Decl. consisting of excerpts of the Deposition Testimony of Bonnie Kottke (p. 40). | La Mar Decl., ¶¶ 2-3. | GRANTED; the Court approves proposed redactions. |
| Exhibit 6 to the Smith Decl. consisting of excerpts of the Deposition Testimony of Dorothy Krampen (pp. 59-61, 103-104). | La Mar Decl., ¶¶ 2-3. | GRANTED; the Court approves proposed redactions. |

IT IS SO ORDERED.

Dated: August 3, 2018

Hon. Yvonne Gonzalez Rogers
United States District Court Judge

16515982.1
205625-10015

1

ORDER RE TCS' MOTION
TO FILE UNDER SEAL
CASE NO. 4:15-cv-01696-YGR

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system on August 1, 2018.

Dated: August 1, 2018  /s/ *Michelle M. La Mar*
Michelle M. La Mar

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

16515982.1
205625-10015

2

ORDER RE TCS' MOTION
TO FILE UNDER SEAL
CASE NO. 4:15-cv-01696-YGR