UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER SLAIGHT, ET. AL, <br><br> Plaintiffs, <br><br> v. <br><br> TATA CONSULTANCY SERVICES, LTD., <br><br> Defendant. | Case No.: 4:15-cv-01696-YGR <br><br> Hon. Yvonne Gonzalez Rogers <br><br> **ORDER REGARDING DEFENDANT TATA CONSULTANCY SERVICES, LTD.'S ADMINISTRATIVE MOTION TO REFILE UNDER SEAL EXHIBIT TO THE DECLARATION OF JEEVAK SHARMA FILED IN SUPPORT OF MOTION TO COMPEL ARBITRATION** <br><br> Complaint Filed: April 14, 2015 <br> Trial Date: November 5, 2018 |

16523767.1
205625-10015

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

ORDER RE TCS' MOTION
TO FILE UNDER SEAL
CASE NO. 4:15-cv-01696-YGR

# ORDER

After considering the administrative motion of defendant Tata Consultancy Services, Ltd. ("TCS") pursuant to Local Rule 79-5(d) to refile under seal a certain exhibit submitted in connection with its Motion to Compel Arbitration, and the declaration of Michelle M. La Mar ("La Mar Decl.") filed in support of that motion, the Court rules as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit 3-2 to the Declaration of Jeevak Sharma [Dkt # 331] ("Sharma Decl.") consisting of 566 Arbitration Agreements. | La Mar Decl., ¶¶ 2-3. | **GRANTED**; the Court approves proposed redactions. |

IT IS SO ORDERED.

Dated: August 3, 2018

Hon. Yvonne Gonzalez Rogers
United States District Court Judge

16523767.1
205625-10015

1

ORDER RE TCS' MOTION
TO FILE UNDER SEAL
CASE NO. 4:15-cv-01696-YGR

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system on August 2, 2018.

Dated: August 2, 2018  /s/ *Michelle M. La Mar*
Michelle M. La Mar

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations