MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
TERRY D. GARNETT (SBN 151212)
tgarnett@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CHRISTOPHER SLAIGHT, ET AL,

Plaintiffs,

v.

TATA CONSULTANCY SERVICES, LTD.,

Defendant.

Case No.: 4:15-cv-01696-YGR

Assigned to Hon. Yvonne Gonzalez Rogers

**ADMINISTRATIVE MOTION OF DEFENDANT TATA CONSULTANCY SERVICES, LTD. TO REFILE UNDER SEAL EXHIBITS TO THE DECLARATION OF MICHELLE M. LAR MAR FILED IN SUPPORT OF MOTION TO DECERTIFY CLASS; DECLARATION OF MICHELLE M. LA MAR IN SUPPORT THEREOF**

**(3 OF 3)**
RE: DKT. NO. 341

Date: August 10, 2018
Time: 9:01 a.m.
Location: Oakland Courthouse, Ctrm. 1

Complaint Filed: April 14, 2015
Trial Date: November 5, 2018

## INTRODUCTION

Pursuant to the Court's Order Setting Compliance Hearing ("Compliance Order") [Dkt # 414], Defendant Tata Consultancy Services, Ltd. ("TCS") respectfully resubmits for sealing, in a manner that comports with the relevant sealing order, Exhibits A-C, G and I to the Declaration of Michelle M. La Mar ("La Mar Declaration") filed in support of TCS' Motion to Decertify the Class [Dkt # 335, 336].[1] *See* Dkt. # 414,Compliance Order at 44-4, pp. 2-6.

This motion is made pursuant to Civil Local Rules 7-11 and 79-5. Unredacted and redacted copies of the resubmitted exhibits are attached to the Declaration of Michelle M. La Mar attached hereto ("La Mar Decl.").

Pursuant to the Compliance Order, TCS is seeking to protect the identities of employees (excluding management personnel), medical and personal information regarding former employees and client representatives. Thus, the appropriate standard for this motion to seal is "good cause." *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). TCS has demonstrated the requisite good cause.

## CONCLUSION

For the foregoing reasons, TCS respectfully requests that the Court permit TCS to resubmit pursuant to the Compliance Order, Exhibits A-C, G and I under seal as specified in the proposed order submitted concurrently.

Dated: August 3, 2018.

LOEB & LOEB LLP
MICHELLE M. LA MAR
TERRY GARNETT
PATRICK N. DOWNES
ERIN M. SMITH

By: /s/ Michelle M. La Mar
Michelle M. La Mar

---

[1] The original Administrative Motion to Seal these Exhibits was granted in part. See Dkt. # 341.

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

**DECLARATION OF MICHELLE M. LA MAR**

I, Michelle M. La Mar, declare as follows:

1. I am a partner with the law firm of Loeb & Loeb, LLP, counsel for defendant Tata Consultancy Services, Ltd. ("TCS"). I have personal knowledge of the following facts and if called as a witness, I would testify to them under oath.

2. On August 2, 2018, TCS is re-filing Exhibits A-C, G and I to the La Mar Declaration that contain the names of non-managerial TCS employees. These Exhibits were originally filed in connection with TCS' Motion to Decertify the Class. Collectively the filed documents are referred to as the "Confidential Documents."

3. TCS is in a highly competitive business and as a matter of policy seeks to protect the identities of its non-managerial employees as well as information related to those employees, such as their medical information and fax numbers. TCS also, as a matter of policy, seeks to protect the identity of representatives of its third party clients. Moreover, throughout the pendency of this action, TCS has sought to protect this kind of information from public disclosure, especially when, as here, the information is not relevant to a pending motion.

4. Attached hereto as **Exhibit 1** is a redacted version of Exhibit A to the La Mar Declaration .

5. Attached hereto as **Exhibit 2** is a highlighted version of Exhibit A to the La Mar Declaration filed herewith under seal.

6. Attached hereto as **Exhibit 3** is a redacted version of Exhibit B to the La Mar Declaration .

7. Attached hereto as **Exhibit 4** is a highlighted version of Exhibit B to the La Mar Declaration filed herewith under seal.

8. Attached hereto as **Exhibit 5** is a redacted version of Exhibit C to the La Mar Declaration .

9. Attached hereto as **Exhibit 6** is a highlighted version of Exhibit C to the La Mar Declaration filed herewith under seal.

10. Attached hereto as **Exhibit 7** is a redacted version of Exhibit G to the La Mar Declaration .

11. Attached hereto as **Exhibit 8** is a highlighted version of Exhibit G to the La Mar Declaration filed herewith under seal.

12. Attached hereto as **Exhibit 9** is a redacted version of Exhibit I to the La Mar Declaration .

13. Attached hereto as **Exhibit 10** is a highlighted version of Exhibit I to the La Mar Declaration filed herewith under seal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 3, 2018, at Los Angeles, California.

/s/ *Michelle M. La Mar*
MICHELLE M. LA MAR

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system on August 3, 2018.

Dated: August 3, 2018.

/s/ *Michelle M. La Mar*
MICHELLE M. LA MAR