United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BUCHANAN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>TATA CONSULTANCY SERVICES, LTD,<br><br>    Defendant. | Case No.  15-cv-01696-YGR   (SK)<br><br>**ORDER REQUIRING DOCUMENTS FOR *IN CAMERA* REVIEW**<br><br>Regarding Docket No. 473 |

Before the Court is a joint discovery letter brief regarding the Defendant's privilege logs. The Court has reviewed the parties' papers and hereby ORDERS Defendant to submit the thirteen documents in dispute to the Court for *in camera* review. Defendant shall deliver the chambers copies to the Clerk's Office for delivery to chambers no later than August 16, 2018 at 9:00 a.m.

**IT IS SO ORDERED**.

Dated: August 14, 2018



SALLIE KIM
United States Magistrate Judge