UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BUCHANAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD,<br><br>Defendant. | Case No.  15-cv-01696-YGR   (SK)<br><br>**ORDER ON DISCOVERY LETTER BRIEF**<br><br>Regarding Docket No. 473 |

Plaintiffs challenge the designation of 13 documents that Defendant withheld from production on the basis of attorney-client privilege. The Court ordered Defendant to submit the documents for in camera review. After review, the Court finds that the attorney-client privilege protects the following documents from disclosure: documents labeled as 1, 2, 3, 4 9, 10, 11 and 12 on the privilege log submitted for this motion (Dkt. 47-3.) The Court finds that the attorney-client privilege does not protect the following documents from disclosure: 5, 6, 7 and 8 on the privilege log submitted for this motion (Dkt. 47-3.) Defendant is ordered to produce those documents by August 23, 2018.

**IT IS SO ORDERED**.

Dated: August 16, 2018

_Sallie Kim_

SALLIE KIM
United States Magistrate Judge