# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER SLAIGHT, ET AL.,** <br> Plaintiffs, <br> vs. <br> **TATA CONSULTANCY SERVICES, LTD,** <br> Defendant. | CASE NO. 15-cv-01696-YGR <br><br> **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO INVALIDATE RELEASES AND DIRECTING ADDITIONAL SUBMISSION** <br><br> Re: Dkt. No. 478 |

Having considered plaintiffs' Administrative Motion for Leave to File Supplemental Memorandum in Support of Motion to Invalidate Releases, the Court finds that good causes exists and therefore **GRANTS** the motion. Accordingly, the Clerk is directed to docket the proposed filing accompanying the administrative motion at Docket Number 478-2. Defendant may file a response no later than **Friday, August 24, 2018**.

Additionally, the Court **DIRECTS** defendant to submit, by no later than **Friday, August 24, 2018**, a list containing the following information regarding each of the release or separation agreements at issue: (1) name of terminated employee; (2) employee ID of terminated employee; (3) date of agreement; (4) dollar amount of severance payment; and (5) name of individual who negotiated and executed the agreement on behalf of defendant. The Court **GRANTS** defendant permission to file to file the aforementioned list under seal.

This terminates Docket Number 478.

**IT IS SO ORDERED.**

Dated: August 17, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**