UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CHRISTOPHER SLAIGHT, ET AL.,**

Plaintiffs**,**

vs.

**TATA CONSULTANCY SERVICES, LTD,**

Defendant**.**

CASE NO. 15-cv-01696-YGR

**PRETRIAL ORDER NO. 2**

Re: Dkt. Nos. 486, 491

The Court has reviewed plaintiffs' administrative motions regarding the exhibit identification deadline (Dkt. No. 486) and seeking an order requiring defendant to comply with the August 31 exhibit exchange deadline (Dkt. No. 491), as well as defendant's response to the former (Dkt. No. 493). Additionally, on August 29, 2018, the Court held a telephone conference with parties to discuss plaintiffs' pending administrative motions. As stated during that conference, and confirmed herein, having carefully considered the briefing and arguments submitted on these issues, the Court **AMENDS** Pretrial Order No. 1 (Dkt. No. 431) and **ORDERS** as follows:

| Date in 2018 | Event (Exchanges shall occur by 5 p.m. PST unless otherwise agreed by the parties.) |
|---|---|
| Sept 4 | Defendant submits to plaintiffs' counsel and the Court, in the form of a USB thumb drive, indices detailing the documents defendant has produced since the May 15, 2018 discovery deadline with the following categories of recently produced documents: (1) immigration documents related to visa applications and supporting materials; (2) document previously designated "non-responsive" by defendant's counsel; (3) documents previously designated as "privileged" by defendant's counsel; and (4) any balance of documents ("Recently Produced Documents") |
| Aug 31 | Exchange of preliminary exhibit lists[1] |
| Sept 7 | Exchange of electronic versions of exhibits included on list exchanged on August 31 |
| Sept 28 | Exchange of updated preliminary exhibit lists to the extent that parties wish to add selections from the Recently Produced Documents[2] |

---

[1] Failure to include documents produced prior to the May 15, 2018 discovery deadline will result in exclusion of those documents unless the Court rules otherwise.

[2] The Court reserves its determination of whether defendant may update its exhibit list until the document to be added is identified.

Moreover, the Court clarifies that under the standing order parties should include in their exhibit lists any proposed exhibit that charts, diagrams, or otherwise summarizes substantive information such that the other party would need to verify the exhibit document's accuracy.

The Court **SETS** a telephone conference for **Monday, October 1, 2018** at 11:00 a.m. Parties should be prepared to discuss their progress with respect to the deadlines articulated herein as well as in the Court's Pretrial Order No. 1.[3] (Dkt. No. 431.)

This Order terminates Docket Numbers 486 and 491.

**IT IS SO ORDERED.**

Dated: August 30, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[3] This order impacts only the deadline for the exchange of preliminary exhibit lists. All other deadlines in Pretrial Order No. 1 remain in effect.