1  DANIEL LOW, SBN 218387
   dlow@kotchen.com
2  DANIEL KOTCHEN (*pro hac vice*)
   dkotchen@kotchen.com
3  MICHAEL von KLEMPERER (*pro hac vice*)
   MvK@kotchen.com
4  LINDSEY GRUNERT (*pro hac vice*)
   lgrunert@kotchen.com
5  KOTCHEN & LOW LLP
   1745 Kalorama Road NW, Suite 101
6  Washington, DC 20009
   Telephone: 202.471.1995
7
   *Attorneys for Plaintiffs and the Class*
8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                              **OAKLAND DIVISION**
11

12  CHRISTOPHER SLAIGHT, et al.,                Case No. 4:15-cv-01696-YGR (SK)

13                    Plaintiffs,                **CLASS ACTION**

14          v.                                   **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

15  TATA CONSULTANCY SERVICES, LTD.,

16                    Defendant.                 Complaint Filed:  April 14, 2015
                                                 Trial Date: November 5, 2018
17

Pursuant to Local Rules 7-11 and 79-5 of the Northern District of California, Plaintiffs hereby move the Court to issue an administrative order authorizing the filing of nine exhibits that accompany Plaintiffs' Motion to Permit Contemporaneous Testimony From A Remote Location Under Rule 43(a) under seal in their entirety. Plaintiffs also hereby move for the Court's permission to publicly file a redacted version of their motion, which redacts quotes and/or information summarized from Exhibits 5-13, and for the Court's permission to file an unredacted version of their motion under seal. In the alternative, Plaintiffs request the Court's permission to file the aforementioned exhibits and brief publicly.

Documents may be filed under seal for "good cause." *Kamakana v. City of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (holding that "[a] 'good cause' showing under Rule 26(c) will suffice to keep sealed records attached to non-dispositive motions"); *Dugan v. Lloyds TSB Bank, PCL*, No. 12-cv-02549, 2013 U.S. Dist. LEXIS 51162, at *4 (N.D. Cal. Apr. 9, 2013) (noting that "[o]n non-dispositive motions, a party seeking to file under seal a document produced … in discovery must establish there is 'good cause' for sealing the record.") (citing *In re Midland Nat'l Life Ins. Co. Annuity Sales Practices Litig.*, 686 F.3d 1115, 1119 (9th Cir. 2012)).

The aforementioned exhibits have been designated confidential by Defendant Tata Consultancy Services, Ltd. ("TCS") pursuant to the Parties' Stipulated Protective Order (Dkt. #76). Exhibits 5-13 are TCS emails concerning staffing, Human Resources policies, and release agreements. As reflected in the attached Declaration, Plaintiffs do not believe good cause exists to seal these exhibits.

Dated:  September 10, 2018

Respectfully submitted,

By:  /s/ Daniel Kotchen
Daniel Low (SBN 218387)
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
KOTCHEN & LOW LLP

*Attorneys for Plaintiffs and the Class*

1

Pls.' Admin. Mot. to File Under Seal             No. 4:15-cv-01696-YGR (SK)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system.

Dated: September 10, 2018                                By: /s/Daniel Kotchen
                                                                                   Daniel Kotchen

2

Pls.' Admin. Mot. to File Under Seal                                          No. 4:15-cv-01696-YGR (SK)