Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
Email: dlow@kotchen.com;
dkotchen@kotchen.com;
mvk@kotchen.com;
lgrunert@kotchen.com

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CHRISTOPHER SLAIGHT, et al.<br><br>Plaintiffs,<br>v.<br><br>TATA CONSULTANCY SERVICES, LIMITED,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR (SK)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF MICHAEL VON KLEMPERER**<br><br>Complaint Filed: April 14, 2015 |

**DECLARATION OF MICHAEL VON KLEMPERER**

I, Michael von Klemperer, hereby declare as follows, based on personal knowledge:

1. I am an attorney licensed to practice law in the District of Columbia. I am an associate with Kotchen & Low LLP and represent Plaintiffs in the above-captioned proceeding.

2. TCS produced over 86,000 pages of documents on May 15 (TCSLTD007697928-TCSLTD007784579), and 1.4 million pages of documents since that date, including:

| May 16 – June Productions | | |
|---|---|---|
| Date Produced | Pages Produced | Bates Range |
| May 18 | 355,170 | TCSLTD007784580-TCSLTD008139749 |
| May 18 | 32,477 | TCSLTD008139750-TCSLTD008172226 |
| May 22 | 6,064 | TCSLTD008172227-TCSLTD008178290 |
| May 29 | 3,295 | TCSLTD008178291-TCSLTD008181585 |
| June 4 | 411 | TCSLTD008181586-TCSLTD008181996 |
| June 11 | 48,943 | TCSLTD008181997-TCSLTD008230939 |
| TOTAL: | **446,360** | |
| **July – August Productions** | | |
| Date Produced | Pages Produced | Bates Range |
| July 13 | 98,822 | TCSLTD008230940-TCSLTD008329761 |
| July 15 | 13,996 | TCSLTD008329762-TCSLTD008343757 |
| July 15 | 49,694 | TCSLTD008343758-TCSLTD008393451 |
| July 16 | 9,615 | TCSLTD008393452-TCSLTD008403066 |
| July 17 | 33,492 | TCSLTD008403067-TCSLTD008436558 |
| July 18 | 43,286 | TCSLTD008436559-TCSLTD008479844 |
| July 19 | 845 | TCSLTD008479845-TCSLTD008480689 |
| July 20 | 32,667 | TCSLTD008480690-TCSLTD008513356 |
| July 24 | 26,317 | TCSLTD008513357-TCSLTD008539673 |
| July 25 | 18,161 | TCSLTD008539674-TCSLTD008557834 |
| July 25 | 129 | TCSLTD008557835-TCSLTD008557963 |
| July 26 | 286 | TCSLTD008557964-TCSLTD008558249 |
| August 3 | 7 | TCSLTD008558250-TCSLTD008558256 |
| August 10 | 429,744 | TCSLTD008558257-TCSLTD008988000 |
| August 21 | 91,951 | TCSLTD008988001-TCSLTD009079951 |
| August 22 | 69,379 | TCSLTD009079952-TCSLTD009149330 |
| August 23 | 33,034 | TCSLTD009149331-TCSLTD009182364 |
| August 24 | 32,953 | TCSLTD009182365-TCSLTD009215317 |
| TOTAL | **984,378** | |

3. Of the 1,545 items on TCS's preliminary exhibit list, over half (796) fall among bates ranges produced after the May 15 close of discovery

4. The 796 entries include 688 entries from the May-June bates ranges and 108 from the July-August bates ranges.

5. Based on a review of available discovery, Plaintiffs believe that Surya Kant works in TCS's Edison, New Jersey office.

6. Based on a review of available discovery, Plaintiffs believe that Ashok Seetharaman

works in TCS's Edison, New Jersey offices.

7. A review the employment location data found in TCSPROD000000154 shows that TCS has employees located in forty-five U.S. states.

8. Submitted with this declaration are true and correct copy of the following documents:

- **Exhibit 1**: Excerpts from the transcript of the January 25, 2017, Deposition of Balaji Ganapathy;
- **Exhibit 2**: Excerpts from the transcript of the April 30, 2018 Deposition of Surya Kant;
- **Exhibit 3**: Excerpts from the transcript of the May 11, 2018 Deposition of Narasimhan Srinivasan
- **Exhibit 4**: Emails from opposing counsel dated May 18, May 22, May 29, June 4, and June 11, 2018.
- **Exhibit 5**: The document bates numbered TCSLTD008330906;
- **Exhibit 6**: The document bates numbered TCSLTD008148629;
- **Exhibit 7**: The document bates numbered TCSLTD008028157;
- **Exhibit 8**: The document bates numbered TCSLTD008028160;
- **Exhibit 9**: The document bates numbered TCSLTD007823210;
- **Exhibit 10**: The document bates numbered TCSLTD009165546;
- **Exhibit 11**: The document bates numbered TCSLTD008381300;
- **Exhibit 12**: The document bates numbered TCSLTD007905187;
- **Exhibit 13**: The document bates numbered TCSLTD008350232;
- **Exhibit 14**: Email chain among counsel regarding trial witnesses;
- **Exhibit 15**: Email from M. La Mar regarding Umesh Kumar;
- **Exhibit 16**: Excerpts from the transcript of the January 25, 2017 Deposition of Umesh Kumar;
- **Exhibit 17**: Cover page from the transcript of the February 26, 2016 Deposition of Amit Jindal;

- **Exhibit 18**: Excerpts from the transcript of the August 10, 2018 Deposition of Jeevak Sharma.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on September 10, 2018

/s/Michael von Klemperer
Michael von Klemperer