# Exhibit 2

```
                                                              Page 1
1    UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA
2    OAKLAND DIVISION
     - - - - - - - - - - - - - - - - - - - -x
3    STEVEN HELDT, BRIAN BUCHANAN, and
     CHRISTOPHER SLAIGHT,                          Case No.
4                                                  4:15-cv-01696
                    Plaintiffs,                    (YGR)
5
               -against-
6
     TATA CONSULTANCY SERVICES, LTD.,
7
                    Defendant.
8    - - - - - - - - - - - - - - - - - - - -x
9
10               ATTORNEYS' EYES ONLY
11
12        VIDEOTAPED DEPOSITION OF SURYA KANT
13
14              New York, New York
15            Monday, April 30, 2018
16
17
18
19
20
21
22   Reported by:
23   JEFFREY BENZ, CRR, RMR
24   JOB NO. 140908
25
```

**Page 2**

April 30, 2018
8:45 a.m.

Videotape Deposition of SURYA KANT, held at the offices of Loeb & Loeb LLP, 345 Park Avenue, New York, New York, before Jeffrey Benz, a Certified Realtime Reporter, Registered Merit Reporter and Notary Public of the State of New York.

**Page 3**

APPEARANCES:

KOTCHEN & LOW
Attorneys for Plaintiffs
   1745 Kalorama Road, NW
   Washington, DC  20009
BY:  DANIEL KOTCHEN, ESQ.
     MICHAEL VON KLEMPERER, ESQ.

LOEB & LOEB
Attorneys for Defendant
   10100 Santa Monica Boulevard
   Los Angeles, California  90067
BY:  BERNARD GIVEN II, ESQ.
     MICHELLE LA MAR, ESQ.
     TERRY GARNETT, ESQ. (by telephone)

ALSO PRESENT:
   JASON BARTLETT, Tata Consultancy Services, Ltd.
   LEM LATTIMER, Videographer

**Page 4**

THE VIDEOGRAPHER: This is the start of Media labeled Number 1 of the video-recorded deposition of Surya Kant in the matter of Steven Heldt, et al., versus Tata Consultancy Services Ltd. on April 30, 2018, at approximately 8:45 a.m.

My name is Lem Lattimer. I'm the legal video specialist from TSG Reporting. The court reporter is Jeffrey Benz from TSG Reporting.

Counsels please introduce yourselves.

MR. KOTCHEN: Daniel Kotchen and Michael von Klemperer, from Kotchen & Low, on behalf of the plaintiffs in the class.

MR. GIVEN: Barney Given, Michelle La Mar, and Terry Garnett, from Loeb & Loeb, on behalf of Tata Consultancy Services Limited.

THE VIDEOGRAPHER: Will the court reporter please swear the witness in.

SURYA KANT, called as a witness, having been first duly sworn by Jeffrey Benz, a Notary Public within and for the State of New York, was examined and testified as

**Page 5**

follows:

EXAMINATION BY MR. KOTCHEN:

Q. Mr. Kant, welcome. We appreciate your time today. I was telling your counsel, Ms. La Mar, that I hope that this is going to be -- won't be an all-day affair. We'll try to make this as quickly as possible -- do this as quickly as possible.

Have you been deposed before?

A. Yes.

Q. How many times have you been deposed?

A. One.

Q. You may recall in a deposition I'll ask you a series of questions. If any of my questions are unclear, please let me know, and I'll do the best I can to clarify it. Okay?

A. Okay.

Q. If you ever need a break or anything, let me know. We'll take a break. Your comfort is what's most important to me.

Mr. Kant, what is your current position with Tata?

A. I'm the president for North America, U.K., and Europe for TCS.

Q. How long have you been in that

Attorneys' Eyes Only

Page 6

1  position?
2      A.  About seven years.
3      Q.  Seven years.
4          What was your position before that?
5      A.  I was the president for North America.
6      Q.  And how long were you in that
7  position?
8      A.  About six years.
9      Q.  And your position before that with
10 TCS?
11     A.  I was in India.  I was heading North
12 India for TCS.
13     Q.  Heading North India?
14         And how long were you in that
15 position?
16     A.  I was in that position for almost --
17 almost nine years.
18     Q.  How long have you been with TCS?
19     A.  I've been with TCS about 39 years.
20     Q.  Congratulations.  Your 40th
21 anniversary is coming up.
22     A.  Thank you.
23     Q.  When?  Do you know?
24     A.  August.
25     Q.  August.  Okay.  Good.

Page 7

1      So you were president for North
2  America, and then president of North America,
3  U.K., and Europe for TCS.  Those are your two
4  most recent positions with TCS?
5      A.  Yes.
6      Q.  Did your responsibilities with respect
7  to North America change at all in the transition
8  from your first position as president for North
9  America to your second position as president for
10 North America, U.K., and Europe?
11     A.  I would say more or less they remained
12 the same, except that I need to give more time
13 to my new responsibility, the U.K. and Europe.
14     Q.  Okay.  What percentage of your time in
15 your current position is devoted to North
16 America versus U.K. and Europe?
17     A.  I would say about 60 to 65 percent.
18     Q.  Is devoted to North America?
19     A.  Yes.
20     Q.  And of your time devoted to North
21 America I'm assuming that most of that is spent
22 on business within the United States.  Is that
23 fair?
24     A.  Canada.  United States and Canada is
25 what we define as North America.

Page 8

1      Q.  And is there a split between how much
2  time you spend on United States matters versus
3  Canadian matters?
4      A.  I would say about 85 percent, 85 --
5  80, 85 percent on America.
6      Q.  Is devoted to the United States?
7      A.  Yeah, United States.
8      Q.  What are your responsibilities with
9  respect to your North American operations?  And
10 if there's any difference between your prior
11 position as president for North America versus
12 your current position, please let me know.  But
13 I'm combining both positions, if that makes
14 sense.
15     A.  Okay.  So primarily my
16 responsibilities are setting of goals for
17 running the operations for the business.  My --
18 which include ensuring that my customers are
19 happy and my customers go, we acquire more
20 business in North America, customers get what
21 they're looking for.  Our job is to make sure
22 that our customers are flourishing.
23         Further we need to ensure that
24 employees are happy.  Ensure that our
25 communities that we work in are flourishing.  I

Page 9

1  work with the governments to ensure that the
2  investments that we are making in the country,
3  they are made and -- in compliance with the
4  rules and regulations of the country.
5      Q.  Okay.  You say you work with the
6  governments to make sure that the -- the
7  investments are working?  Is that what you said?
8      A.  Investments are made, and -- and --
9  and that includes, as I said, working with
10 communities.
11     Q.  Okay.  What government agencies do you
12 work with?
13     A.  We work with governors of the states.
14 We work with people who are interested in
15 working in the STEM media because we are big on
16 STEM.  We are making sure that the country gets
17 the number of people that it requires to fulfill
18 the jobs that are there in STEM.
19         So we work in a very big way with
20 the -- with STEM, and then naturally we work
21 with any other agencies that may be -- you know,
22 we come across in the conduct of our business.
23     Q.  So you say you work with "governors of
24 states."  Which governors do you work with?
25     A.  We work with the governor of

Page 10

1  Pennsylvania.  We work with the governor of
2  Michigan.  We work with the governor of Ohio and
3  others.  We work with, for example, governor of
4  Delaware.
5      Q.  Okay.  Do you work with state agencies
6  with respect to serving their needs?  In other
7  words, they would be a client of TCS?
8      A.  Yes.
9      Q.  And those governors that you just
10  discussed, those are clients of TCS, I take it?
11      A.  Not necessarily.
12      Q.  Okay.  You talked about setting up
13  goals for the operations of the business.  What
14  types of goals do you set up?
15      A.  Goals are with respect to our growth
16  of business, hiring of people, looking at their
17  well-being, attrition, and as I said, the other
18  goals with respect to communities, and so on.
19      Q.  How do you establish goals with
20  respect to the growth of the business?
21      A.  You look at the current business that
22  we have.  We look at -- we survey the economy.
23  We survey our customers.  We talk to -- we
24  listen to our customers, and then we set our
25  goals in terms of what sort of growth we can

Page 11

1  get, what sort of -- and that growth determines
2  the number of people we'll hire, the kind of
3  investments that we make in terms of
4  establishing of delivery centers, and other
5  goals.
6      Q.  And you talked about goals for hiring.
7  How are those established?
8      A.  Based on the business that we see, the
9  growth of business.  If we see a certain amount
10  of growth, then we will look at -- since our
11  business is a professional services business, IT
12  consulting business, then you would see for to
13  get that kind of growth how many people you
14  would require, what sort of skills you'll
15  require, what sort of facilities you'll require,
16  and based on those then you will basically
17  establish those goals.
18      Q.  Do you establish hiring forecasts for
19  future business?
20          MR. GIVEN:  Object to form.
21      A.  I would not get into the details, but
22  I would certainly look at what sort of goals we
23  have for growth of our business, and then what
24  sort of hiring plans would be needed would be
25  determined by my people who work with me in HR.

Page 12

1      Q.  So are hiring plans established?  Are
2  there formal plans?
3          MR. GIVEN:  Object to form.
4      A.  The hiring plans are established, yes.
5      Q.  And what would a hiring plan look
6  like, a typical hiring plan?
7      A.  A typical hiring plan would say how
8  many people we are going to hire from the
9  campuses that we go to.  We go to a number of
10  campuses in all parts of the world.  We have 131
11  nationalities who work with TCS, and we have our
12  operations in around 60 countries, offices and
13  operations in, you know, over 80 countries.
14          So you would look at, to -- to grow so
15  much, what kind of people you'll require in
16  terms of experience, in terms of skills, in
17  terms of functional knowledge, in terms of
18  languages, in terms of other things, how many
19  people you will need to hire in each -- each
20  place that you are going to show the growth, or
21  you expect growth, and then how many people
22  you'll require in the global delivery centers
23  that we have around the world.
24      Q.  With respect to hiring plans and -- to
25  meet future business needs, how does the

Page 13

1  planning process work in terms of visa, securing
2  visas for individuals that will be here to
3  support that work?
4      A.  So --
5          MR. GIVEN:  Object to form.  Sorry.
6  I'm going to ask you to wait one second
7  before you answer the question so I can get
8  in my objections as needed.  Thank you.
9          You can answer.
10      A.  If you look at the growth of business,
11  you would see what kind of work you are going to
12  get, and that work is whether -- you know, how
13  much work would be done as you get in one part
14  of the world and how much work would be then
15  distributed in other parts of the world.
16          As you know, the company pioneered the
17  global network delivery model, which basically
18  says that the work that you have from the
19  customers, which basically why they give us work
20  is because they -- we have propositions to make
21  them globally competitive, make them more
22  efficient, make them flourish in the world
23  economy.
24          So then they look at the information
25  technology work, which is an integral part of

Page 14

1   the business as you know today, and that
2   business -- the work which comes in, then we
3   look at that, we estimate, you know, what it
4   would take and where we would do it for the best
5   impact for the customer, and that is part of the
6   proposal that we give to the customer.
7         So this work which is done across the
8   world, for this if it needs to be done in -- in
9   some other part of the world, that means the
10  people who are here need to come here in order
11  to basically understand the nuances of the
12  business.  And every business is unique.
13        So they come in, they understand the
14  work in terms of what is that needs to be done
15  and how it will be done, and for that, certainly
16  a movement of people is required.  And that's
17  the visa part of business that comes in.
18      Q.  When you're planning to -- for hiring
19  for -- to support future work here in the United
20  States, how do you plan for securing visas for
21  individuals that will come over to perform that
22  work?
23      A.  You will -- you will look at, as I
24  said, how -- how much movement would be needed,
25  and accordingly -- movement of people will be

Page 15

1   needed, and accordingly you will apply for
2   visas.
3       Q.  So do you apply for visas for
4   individuals who you anticipate will work on
5   future projects in the United States, then?
6       A.  Yes, current business so that you have
7   in hand as well as the future business that you
8   may anticipate.
9       Q.  Are there times when individuals for
10  whom you have secured a visa to support future
11  business actually do not come to the United
12  States to work on that business?
13        MR. GIVEN:  Object to form.
14      A.  Yes and no.  You know, there will be
15  people who travel, certainly, but there are
16  changes in business many times.  People -- the
17  business that you're anticipating or the
18  business that you've secured, because of changes
19  in the customer's business, that may not be
20  there, so those people may not travel.
21      Q.  Can you please tell me the departments
22  that report to you for your work in the United
23  States.
24      A.  I have new business reporting to me.
25  I have HR reporting to me.  HR also reports in

Page 16

1   to functionally the global HR.  And similarly
2   you have finance and you have legal who have
3   similar functions.
4       Q.  So I count four departments, HR, new
5   business, finance, and legal?
6       A.  Yeah, more or less.  I mean, this
7   is -- these are the departments.
8       Q.  And have those departments always
9   reported to you as your -- in your role as
10  president of North America?
11      A.  Yes.
12      Q.  Okay.  What are your responsibilities
13  with respect to affirmative action plans?
14      A.  My responsibility, as I said, is to
15  set goals, and affirmative action plans is one
16  of the goals that -- with respect to diversity,
17  with respect to our hiring processes that we
18  apply -- we comply with the -- with the
19  requirements of the country where we operate.
20        And -- and I would say affirmative
21  action and diversity also is good for business.
22  So one of the things that the company has always
23  operated with is -- is on the basis of
24  excellence, on the basis of how we work with our
25  people, and how we can be the best employer for

Page 17

1   our people.
2         And that means that how we can attract
3   people, the best people in the industry.  And
4   that if you attract best people in the industry,
5   that's kind of a virtuous spiral, which
6   basically attracts more good people to the
7   company, and then you have people who are really
8   good in the company.  The company believes that
9   its people are its assets, and it treats them
10  like that.
11      Q.  So with respect to affirmative action
12  plans, are audits conducted to ensure that TCS
13  is compliant with federal laws?
14        MR. GIVEN:  Object to form.  And calls
15     for a legal conclusion.
16      A.  I would say you have processes in the
17  company, right?  For all the things that need to
18  be done.  And in -- then you have an audit to
19  ensure that those processes are being performed.
20      Q.  So is there an audit that's conducted
21  then?
22      A.  Audit for the processes that the
23  company works with.
24      Q.  And how often is that audit performed?
25      A.  Audit will be performed with the

Page 110

1  work. So if they are coming off work, then we
2  should look for their redeployment, that is
3  looking for other customer's work, if that is
4  possible. That -- that's what it means. That's
5  what it means.
6      So if -- if their people are just
7  finishing work, traveling back, is it possible
8  to redeploy. And I would say that if you
9  were -- if you look at the mail trail, sir, it
10 says -- the person says, Balaji Gandreti, the
11 gentleman who is -- who -- who is -- one -- on
12 page 15, right? And -- and 16, and he has -- he
13 shows us a screen shot of his request.
14     So there's a work -- there's a project
15 which is -- is in Alpharetta that he's been --
16 he's worked there. Now he -- he needs to -- as
17 per business requirement, he needs to continue
18 the work in Hyderabad, India, which is where the
19 offshore for this work is. So he's basically
20 saying, you know, I raised the return travel
21 request, I would like to get the approval.
22     And they are -- you know, there's
23 another gentleman, Srikar, who says that, I sent
24 a note to Ambika. Ambika is some person who is
25 to okay this. And then another person who is

Page 111

1  the -- who is QA program director, it says -- he
2  says, this work, he needs to travel, and could
3  you please do that? Because I think there is
4  some time which is being spent, so this is 2/16,
5  and then 2/17, and the person should be
6  traveling.
7      So it says, can you please -- you
8  know, do the need for -- and this gentleman
9  basically says that -- you know, please do that.
10 But what he's done is, he's perhaps not checked
11 the fact that the person is going because of
12 business requirement. Maybe he's just -- he's
13 being extra diligent. He's basically saying,
14 okay, tell me again what the reason for your --
15 your going back to offshore is. And -- and
16 that's what it -- what I would read from here,
17 sir.
18     Q.  Is the management decision to redeploy
19 individuals at on site if they're getting
20 released, the visa holders, is that consistent
21 with the RMG mapping of visa-ready expats to
22 positions in the U.S.?
23     A.  I would say, you know, the visas
24 are -- are -- you know, visas -- as people come
25 here, they have these visas. If they get off a

Page 112

1  particular work, then we would like to see if
2  they are suitable for something else. In this
3  case the person has to continue that work over
4  there, right? That's how I would read it, sir.
5      Q.  But the -- but my -- my question is,
6  the management decision to redeploy visa-ready
7  folks on site if they're coming off projects,
8  that's consistent with the RMG mapping, correct?
9          MR. GIVEN:  Object to form.
10     A.  We would try to see if the utilization
11 of people can be, you know, there. People have
12 already traveled, there is a certain cost of
13 travel. There are other costs, people are
14 already here. If they come off the work, then
15 rather than they traveling back and then we
16 figuring out there is some work here and then
17 trying to get them back again here, it is always
18 prudent, any company -- any professional
19 services company would do that, that to see
20 if -- if we can find the work for the people who
21 have come off in the same location, the same
22 circumstances, if that's possible.
23     For people who -- you know, this group
24 of people. As I said, there is other group of
25 people, and -- you know, that we can look at.

Page 113

1  So the pool is, this group of people, other
2  group of people. And when we consider looking
3  at what is available and what is required, we
4  will always put the best person who is -- who
5  has this skills to fit the job. If there is no
6  person to fit the job, then we would hire from
7  the market again.
8      Q.  Is there a policy -- a similar written
9  policy such as an RMG manual that requires local
10 hires to be mapped to on site opportunities?
11     A.  Yeah. I mean, if you look at your
12 Exhibit 8, sir, again, I'll go back to that.
13 Let's just go back to that.
14         MR. GIVEN:  Can you reference a Bates
15     number on the lower right-hand corner?
16     A.  Look at Exhibit 6, sir, and the date
17 is 4/30/18, sir. And if you go back to page 40,
18 it's very clear here, sir. Most were worrying
19 is while we are seeing spend -- spending a lot
20 of effort in fulfilling requirements, we are
21 still seeing significant number of associates
22 being let go.
23     So here it does not separate, it does
24 not say this person -- this -- for example,
25 locals are being let go or expats are being let

Page 118

1    MR. KOTCHEN: Let's go on to the next
2    document, Exhibit 13.
3        (Document Bates numbers TCS 123079 to
4    -083 was marked Exhibit 13 for
5    identification, as of this date.)
6        MR. GIVEN: Did you give me two of
7    these?
8        MR. von KLEMPERER: There should be
9    two documents I handed you.
10       MR. GIVEN: I think there's just one.
11   Just give me one second.
12       MR. KOTCHEN: Let me just --
13       MR. GIVEN: There we go. It got stuck
14   in there. What exhibit number is this?
15       MR. von KLEMPERER: 13.
16       MR. GIVEN: Thank you.
17   Q.  So Exhibit 13 is a document with Bates
18   numbers TCS 123079 to -083. So take your time
19   in reviewing this document. I'll direct you to
20   the portion that I have a question about, just
21   so you know it for contextual reasons. It's at
22   the bottom of page -- of the second page there's
23   a reference to a leadership directive to utilize
24   every visa to the maximum extent. And, again, I
25   want to ask you about that leadership directive.

Page 119

1        (Witness reviewing document.)
2    A.  Yes, sir.
3    Q.  Sir, are you familiar with the
4    leadership -- well, let me say this.
5        There's a reference in the -- the
6    bottom of the second page into the third page of
7    this Exhibit 13 that reads, "Leadership
8    directive is to utilize every visa to the
9    maximum extent, L-1B five years, H-1B six years,
10   and L-1A seven years."
11       Do you know what that refers to?
12   A.  My understanding is that that is a
13   validity of the visas that they can be extended
14   to, the maximum validity of the visas.
15   Q.  Are you familiar with the leadership
16   directive to use the visas to the maximum
17   extent?
18   A.  Yes, I mean, I mentioned to you that
19   once the person is here, we would like to see if
20   the person's skills and expertise can be
21   utilized for the type of work that we have
22   available. If that matches, we would like to
23   extend the person to see if he can utilize the
24   person. Otherwise the person is -- we look for
25   a reasonable time, and then we take an

Page 120

1    appropriate action.
2    Q.  Who gave the leadership directive to
3    utilize visas to the maximum extent?
4    A.  I think this is -- this -- this
5    gentleman works with the BFS North America,
6    so -- and he's part of operations, so it would
7    be good to talk to the HR head here --
8    Q.  Were you involved --
9    A.  -- as to how he got the information.
10   Q.  Were you aware of a leadership
11   directive to utilize visas to the maximum
12   extent?
13   A.  I mean, I have said that in this -- in
14   my mail, sir. Again, I'm referring you to my
15   mail, which is in Exhibit 6, sir, that I
16   mentioned to you, where we say that we should
17   be -- we should -- we can't be seeing a lot of
18   people being let go, and that includes locals
19   and expats, people who are on visas.
20   Q.  Were you involved in giving the -- the
21   leadership directive to utilize visas to the
22   maximum extent?
23   A.  I was involved in giving the directive
24   that we must look for work for these people to
25   make -- ensure that they can be utilized for

Page 121

1    other customer. And if that requires the visas
2    to be extended or people -- or people they have
3    the visas here and then we utilize the -- the
4    unutilized time, yes, maximum utilization of
5    visas.
6    Q.  What form did that directive take?
7    How did you give it?
8        MR. GIVEN: Object to form.
9    A.  There's a mail, sir, that I -- I sent,
10   in Exhibit 6.
11   Q.  So Exhibit 6 reflects the leadership
12   directive that you gave to utilize visas to the
13   maximum extent?
14   A.  They would have -- you know, I gave --
15   if you look at this, I gave the directive that
16   we must not lose people. Must not lose people.
17   I mean, if you read that, sir, you read that.
18   And the interpretation is -- one interpretation
19   is clearly that if people are there with the
20   visas, let us utilize their visas to the maximum
21   extent possible.
22   Q.  So your testimony is that what's
23   reflected in Exhibit 6, your e-mail in
24   Exhibit 6, is the leadership directive to
25   utilize visas to the maximum extent; is that

Page 122

1  your testimony?
2      MR. GIVEN: Object to form.
3      A. I gave a certain goal. If you look at
4  this, I gave a certain goal. And this went to
5  HR, right? This also was given to the
6  business -- heads of businesses, as you see in
7  the names, and they have taken this and they
8  have taken this for -- so, again, my job is to
9  basically provide goals, broad goals, and --
10 which you see in my communications, and I leave
11 the policy making and interpretation to my
12 people.
13     Q. So the leadership directive was
14 nothing that you gave to utilize visas to the
15 maximum extent?
16     A. I gave the goal.
17     Q. Of just using people on site?
18     A. To make sure that --
19     MR. GIVEN: Object to form.
20     A. -- we don't lose people.
21     Q. And that turned into a leadership
22 directive to utilize visas to the maximum
23 extent?
24     A. That is -- yes, that's one of the ways
25 to implement that, and that's what I -- I

Page 123

1  surmise from this.
2      (E-mail between Mr. Kant and Mr. Kumar
3  with Bates numbers TCSLTD 4118596 to -8598
4  was marked Exhibit 14 for identification, as
5  of this date.)
6      Q. Mr. Kant, I've introduced as
7  Exhibit 14 a document with the Bates numbers
8  TCSLTD 4118596 to -8598. Have you seen
9  Exhibit 14 before?
10     A. Yeah, this mail is sent to me, so I
11 would have seen it.
12     Q. Okay. Do you want to spend just a
13 little bit of time looking at it?
14     A. Yeah.
15     (Witness reviewing document.)
16     A. Yes, sir.
17     Q. So this e-mail was from Mr. Kumar to
18 you?
19     A. Yes.
20     Q. And towards bottom of the first page
21 there's a statement that reads, "Thereafter,
22 team is requesting for TCS internal visa-ready
23 candidates only, which is a challenge."
24     My question to you is, why would a
25 team be requesting only visa-ready candidates

Page 124

1  for positions?
2      A. I can provide an interpretation --
3  because this mail is, you know, just one mail,
4  so I'll have to basically provide interpretation
5  based on what I see today here. So my belief
6  here is that PG&E required -- the work which we
7  got from PG&E was such that some of it needed to
8  be done outside the country, elsewhere in the
9  global network delivery model, so people needed
10 to move.
11     The other explanation for this is that
12 for TCS -- if you need to conduct work globally,
13 you require people who are well versed in TCS
14 methodologies to look at the work and then
15 estimate how much of it can be done here, how
16 much can be done in other parts globally, right?
17 So I -- I see that, that -- perhaps that might
18 be the reason.
19     There could be TCS tools, there could
20 be TCS processes, so when you look at the
21 movement of the work to be done globally, you
22 would require people who would have TCS
23 experience. So this TCS internal visa-ready
24 people are people at TCS experienced who have
25 already done some work with TCS, with the TCS

Page 125

1  processes, and so they would be -- you know,
2  they already have that -- that -- that skill. I
3  think that's -- that's what -- I would think
4  what's going on.
5      Q. Are you aware that there are positions
6  at TCS where there's -- that are earmarked for
7  just visa-ready candidates here in the U.S.?
8      MR. GIVEN: Object to form.
9      A. I don't think so. Not necessarily.
10     Q. Are you aware of that ever existing?
11     A. Only those positions that require deep
12 knowledge of TCS processes or TCS tools. You
13 know, for example, if there is a person who is
14 required to consult on TCS processes, right?
15 And that work is something to do with offshore,
16 then, yes. But if there are people who -- as I
17 said, who know TCS processes but are local,
18 naturally we will offer those people.
19     Q. So there are jobs in the U.S. that are
20 earmarked just for visa-ready candidates, then?
21     MR. GIVEN: Objection to form.
22     A. I -- as I said, something which is
23 very specific to -- something which is being
24 done, all be done, which is very, very specific.
25 Otherwise, I would say all these jobs are

Page 126

1  available for everybody.
2      Q.  But the -- the jobs that are earmarked
3  just for visa-ready candidates here in the U.S.,
4  does that give you any concern as the leader?
5          MR. GIVEN:  Object to form.
6      A.  So, again, I set goals.  I set goals,
7  and my goal is -- has been enunciated in my
8  mail.  My job is to make sure everybody -- that
9  when we hire people, we are hiring from a pool
10 which is -- which is global pool.  When we let
11 people -- if you have to let people go, we do
12 that very carefully when we are not able to find
13 anything for them, and the same pool, whether it
14 is expats or -- or people with -- you know,
15 people who are here locally.  So I would -- to
16 give a short answer to your question, I would
17 set goals, leave the policy making and execution
18 to my people.
19     Q.  As leader of the U.S., though, are you
20 concerned that there are certain jobs that are
21 earmarked just for visa-ready expats?
22         MR. GIVEN:  Object to form.
23     A.  If -- as I said, there are no jobs, to
24 my knowledge, except very -- you know, like I
25 mentioned, something which is very specific to

Page 127

1  TCS, and -- and people who have knowledge in
2  that already, that would be the one.  Otherwise,
3  I would say everything is -- is -- is open.
4  Everything is open.
5      Q.  Well, everything except the ones that
6  aren't, right?
7      A.  Everything except -- I would say, and
8  I can't even -- I mean, when you -- you got me
9  thinking, I can't even think of one job which
10 would be only for visa associates because we
11 have local people, we have enough people, we
12 have built a base of people, so there is no
13 reason why we should be looking for -- or a job
14 which is for people who are visa-ready, except
15 as I said, the work which moves from one place
16 to another place.
17     Q.  What work --
18     A.  Let me explain.  When you get work
19 from a customer, then you get that work and you
20 divide that work, and then you see what does
21 that work involve and how is that to be
22 distributed when you execute through global
23 network delivery model, right?
24         So one of the -- the things that you
25 would see as you globally -- you move people,

Page 128

1  you would see the propensity, you see what is
2  the availability of people to move, you know.
3  And we have delivery centers in India, so the
4  people who are -- look at this work to be done,
5  for example, in India or in Philippines or other
6  places, naturally those people would be
7  preferred for these positions.
8      Q.  If there are positions here in the
9  U.S. that are earmarked for visa-ready expats,
10 folks working here in the U.S., are you
11 concerned as the leader of the operations in the
12 U.S. about that?
13         MR. GIVEN:  Object to form.
14     A.  If those positions require knowledge
15 of the processes that I mentioned earlier, then
16 those -- and we know that the -- those will be
17 done, for example, in India, that -- and that
18 require prior knowledge of TCS processes,
19 naturally those would be offered to --
20     Q.  What if the work is required to be
21 here in the U.S. and yet is still offered only
22 to visa-ready expats, is that a concern to you?
23         MR. GIVEN:  Object to form.
24     A.  If that is so, if there is a situation
25 where you would -- the work is only to be done

Page 129

1  here, but everything being equal, that we give
2  preference there, right?  And everything being
3  equal means the skills, the expertise, the
4  experience, the knowledge of TCS processes, the
5  knowledge of customer's industry, if there was
6  someone who would say I require this person,
7  then I would be concerned.
8      Q.  What if the expectation of only a
9  visa-ready candidate being offered a position is
10 in a requisition before there's any evaluation
11 of who the candidates are, would that concern
12 you?
13         MR. GIVEN:  Object to form.
14     A.  Not necessarily.  Not necessarily,
15 because we are looking at very narrow part.  You
16 should look at the whole part.  See, finally we
17 have to deliver the work to the customer, and
18 that requires knowledge of that area, prior
19 knowledge of, have you worked in that space, so
20 that is experience, the amount of experience
21 that you have with the customer, the customer's
22 technology, the customer's industry, and then
23 how the work is conducted across the world.
24         So not everybody can fit every thing.
25 For example, I couldn't do your job, right?  So