# Ex. A1

# Plaintiff's Ex. 130

# FILED UNDER SEAL