# Ex. A2

# Plaintiff's Ex. 181

# FILED UNDER SEAL