# Ex. A3

# Plaintiff's Ex. 255

# FILED UNDER SEAL