# Ex. A4

# Plaintiff's Ex. 264

# FILED UNDER SEAL