# Ex. A5

## Plaintiff's Ex. 469

# FILED UNDER SEAL