# Ex. A6

## Plaintiff's Ex. 526

# FILED UNDER SEAL