# Ex. A7

# Plaintiff's Ex. 547

# FILED UNDER SEAL