# Ex. A8

## Plaintiff's Ex. 559

# FILED UNDER SEAL