# Ex. A9

# Plaintiff's Ex. 566

# FILED UNDER SEAL