# Ex. A10

# Plaintiff's Ex. 570

# FILED UNDER SEAL