# Ex. A11

# Plaintiff's Ex. 611

# FILED UNDER SEAL