# Ex. A12

# Plaintiff's Ex. 612

# FILED UNDER SEAL