# Ex. A13

# Plaintiff's Ex. 733

# FILED UNDER SEAL