# Ex. A14

# Plaintiff's Ex. 737

# FILED UNDER SEAL