# Ex. A15

# Plaintiff's Ex. 740

# FILED UNDER SEAL