# Ex. A16

## Plaintiff's Ex. 743

# FILED UNDER SEAL