# Ex. A17

## Plaintiff's Ex. 744

# FILED UNDER SEAL