# Ex. A18

# Plaintiff's Ex. 749

# FILED UNDER SEAL