# Ex. A19

# Plaintiff's Ex. 751

# FILED UNDER SEAL