# Ex. A20

# Plaintiff's Ex. 752

# FILED UNDER SEAL