# Ex. A21

# Plaintiff's Ex. 754

# FILED UNDER SEAL