# Ex. A22

# Plaintiff's Ex. 755

# FILED UNDER SEAL