# Ex. A23

# Plaintiff's Ex. 761

# FILED UNDER SEAL