# Ex. A24

# Plaintiff's Ex. 766

# FILED UNDER SEAL