# Ex. A25

# Plaintiff's Ex. 775

# FILED UNDER SEAL