# Ex. A26

# Plaintiff's Ex. 778

# FILED UNDER SEAL