# Ex. A27

## Plaintiff's Ex. 799

# FILED UNDER SEAL