# Ex. A28

# Plaintiff's Ex. 821

# FILED UNDER SEAL