# Ex. A29

# Plaintiff's Ex. 822

# FILED UNDER SEAL