# Ex. A30

# Plaintiff's Ex. 863

# FILED UNDER SEAL