# Ex. A31

# Plaintiff's Ex. 1435

# FILED UNDER SEAL