# Ex. A32

# Plaintiff's Ex. 1436

# FILED UNDER SEAL