# Ex. A33

# Plaintiff's Ex. 1443

# FILED UNDER SEAL