# Ex. A34

# Plaintiff's Ex. 1444

# FILED UNDER SEAL