# Ex. A35

# Plaintiff's Ex. 1445

# FILED UNDER SEAL