# Ex. A36

# Plaintiff's Ex. 1448

# FILED UNDER SEAL