# Ex. A37

## Plaintiff's Ex. 1449

# FILED UNDER SEAL