# Ex. A38

# Plaintiff's Ex. 1457

# FILED UNDER SEAL