# Ex. A39

# Plaintiff's Ex. 1459

# FILED UNDER SEAL