# Ex. A40

## Plaintiff's Ex. 1461

# FILED UNDER SEAL