# Ex. A41

# Plaintiff's Ex. 1473

# FILED UNDER SEAL