# Ex. A42

# Plaintiff's Ex. 1474

# FILED UNDER SEAL