# Ex. A43

## Plaintiff's Ex. 1477

# FILED UNDER SEAL