# Ex. A44

## Plaintiff's Ex. 1478

# FILED UNDER SEAL