# Ex. A45

# Plaintiff's Ex. 1482

# FILED UNDER SEAL