DANIEL LOW, SBN 218387
dlow@kotchen.com
DANIEL KOTCHEN (*pro hac vice*)
dkotchen@kotchen.com
MICHAEL von KLEMPERER (*pro hac vice*)
mvk@kotchen.com
LINDSEY GRUNERT (*pro hac vice*)
lgrunert@kotchen.com
AMY ROLLER (*pro hac vice*)
aroller@kotchen.com
KOTCHEN & LOW LLP
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: 202.471.1995

*Attorneys for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER SLAIGHT, et al. | Case No.: 4:15-cv-01696-YGR (SK) |
| Plaintiffs, | CLASS ACTION |
| v. | DECLARATION OF AMY M. ROLLER |
| TATA CONSULTANCY SERVICES, LIMITED, | |
| Defendant. | Complaint Filed:  April 14, 2015 |

## DECLARATION OF AMY M. ROLLER

I, Amy M. Roller, hereby declare as follows, based on personal knowledge:

    1.     I am an attorney licensed to practice law in the District of Columbia. I am an associate with Kotchen & Low LLP and represent Plaintiffs in the above-captioned proceeding.

    2.     The table below is based on my review of production emails and other documents concerning the reasons for TCS's untimely productions:

| Post-May 15 Documents | | | | |
|---|---|---|---|---|
| Date Produced to Plaintiffs | Pages Produced | Bates Range | TCS's Given Reason | Source |
| May 18 | 355,170 | TCSLTD007784580-TCSLTD008139749 | Privilege Release | Ex. 22 at 1 |
| May 18 | 32,477 | TCSLTD008139750-TCSLTD008172226 | 2018 Search Terms | Ex. 22 at 1 |
| May 22 | 6,064 | TCSLTD008172227-TCSLTD008178290 | 2018 RFP (Termination Forms) | Documents themselves |
| May 29 | 3,295 | TCSLTD008178291-TCSLTD008181585 | Possible 2018 Documents, Unclear | Documents themselves |
| June 4 | 411 | TCSLTD008181586-TCSLTD008181996 | Possible 2018 Documents, Unclear | Documents themselves |
| June 11 | 48,943 | TCSLTD008181997-TCSLTD008230939 | Privilege Release | Ex. 22 at 2-3 |
| July 13 | 98,822 | TCSLTD008230940-TCSLTD008329761 | Quality Check | Ex. 22 at 4 |
| July 15 | 13,996 | TCSLTD008329762-TCSLTD008343757 | Quality Check | Ex. 22 at 4 |
| July 15 | 49,694 | TCSLTD008343758-TCSLTD008393451 | Quality Check | Ex. 22 at 4 |
| July 16 | 9,615 | TCSLTD008393452-TCSLTD008403066 | Quality Check | Ex. 22 at 4 |
| July 17 | 33,492 | TCSLTD008403067-TCSLTD008436558 | Quality Check | Ex. 22 at 4 |
| July 18 | 43,286 | TCSLTD008436559-TCSLTD008479844 | Quality Check | Ex. 22 at 4 |
| July 19 | 845 | TCSLTD008479845-TCSLTD008480689 | Quality Check/Privilege Release/Other | Dkt. #493 |
| July 20 | 32,667 | TCSLTD008480690-TCSLTD008513356 | Quality Check/Privilege Release/Other | Dkt. #493 |
| July 24 | 26,317 | TCSLTD008513357-TCSLTD008539673 | Quality Check/Privilege Release/Other | Dkt. #493 |
| July 25 | 18,161 | TCSLTD008539674-TCSLTD008557834 | Quality Check/Privilege Release/Other | Dkt. #493 |
| July 25 | 129 | TCSLTD008557835-TCSLTD008557963 | Quality Check/Privilege Release/Other | Dkt. #493 |
| July 26 | 286 | TCSLTD008557964-TCSLTD008558249 | Quality Check/Privilege Release/Other | Dkt. #493 |
| August 3 | 7 | TCSLTD008558250-TCSLTD008558256 | Quality Check/Privilege Release/Other | Dkt. #493 |

| | | | | |
|---|---|---|---|---|
| August 10 | 429,744 | TCSLTD008558257-TCSLTD008988000 | Immigration Stipulation, Quality Check | Ex. 22 at 5 |
| August 21 | 91,951 | TCSLTD008988001-TCSLTD009079951 | Privilege Release | Ex. 22 at 6 |
| August 22 | 69,379 | TCSLTD009079952-TCSLTD009149330 | Quality Check/Privilege Release/Other | Dkt. #493 |
| August 23 | 33,034 | TCSLTD009149331-TCSLTD009182364 | Quality Check/Privilege Release/Other | Dkt. #493 |
| August 24 | 32,953 | TCSLTD009182365-TCSLTD009215317 | Quality Check/Privilege Release/Other | Dkt. #493 |
| TOTAL | 1,430,738 | TCSLTD007784580-TCSLTD009215317 | | |

3.     Based on the preceding information, out of 1,430,738 pages of documents produced after May 15, a maximum of 42,247 pages (2.95%) are attributable to 2018 discovery requests.

4.     Submitted with this declaration are true and correct copy of the following documents:

- **Exhibit 19**: TCS's preliminary exhibit list;

- **Exhibit 20**: Report of the Civil Rules Advisory Committee dated May 8, 2012;

- **Exhibit 21**: Draft Minutes of the Civil Rules Advisory Committee dated March 22-23, 2012;

- **Exhibit 22**: Production explanation emails from TCS;

- **Exhibit 23**: Excerpts from Plaintiffs' Sixth and Seventh Sets of Requests for Production;

- **Exhibit 24**: Excerpts from TCS's Second Set of Requests for Production to Plaintiff Masoudi;

- **Exhibit 25**: Emails among counsel concerning vendor search term issue.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 1, 2018                                    /s/Amy M. Roller
                                                                              Amy M. Roller