# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: 10/1/2018 | Time: 11:00am-11:30am | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 15-cv-01696-YGR | Case Name: Slaight v. Tata Consultancy Services, Ltd | |

**Attorney for Plaintiff:** Michael von Klemperer , Daniel Kotchen and Amy McCann Roller via telephone

**Attorney for Defendant:**; Bernard R. Given II; Michelle La Mar, Erin Michelle Smith and Terry Garnett via telephone

**Deputy Clerk:** Frances Stone     **Court Reporter:** NOT REPORTED

## PROCEEDINGS

DIAL IN TELEPHONE CONFERENCE- HELD

**Next date:  Friday, October 12, 2018 at 9:30am for Pretrial Conference**