MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
TERRY D. GARNETT (SBN 151212)
tgarnett@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

*Attorneys for Defendant Tata
Consultancy Services Ltd.*

DANIEL LOW (SBN 218387)
dlow@kotchen.com
DANIEL KOTCHEN (*pro hac vice*)
dkotchen@kotchen.com
MICHAEL von KLEMPERER (*pro hac vice*)
mvk@kotchen.com
LINDSEY GRUNERT (*pro hac vice*)
lgrunert@kotchen.com
AMY ROLLER (*pro hac vice*)
aroller@kotchen.com
KOTCHEN & LOW LLP
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: 202.471.1995

*Attorneys for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER SLAIGHT, et al.<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**CLASS ACTION**<br><br>**STIPULATION REGARDING MOTIONS IN LIMINE; [PROPOSED] ORDER**<br><br>Complaint Filed:  April 14, 2015 |

# STIPULATION

Plaintiffs and Defendant Tata Consultancy Services, Ltd. hereby stipulate as follows:

1. TCS withdraws its Motion in Limine No. 7 (Dkt. #530), as the class members in question will be deposed in advance of trial;

2. Plaintiffs withdraw their Motion in Limine No. 5 (Dkt. #520), as Blandford and Smalley will be deposed in advance of trial;

3. The deadline for Plaintiffs to respond to TCS's Motions in Limine Nos. 6 (Dkt. #529),[1] 8 (Dkt. #532), and 12 (Dkt. #534) is extended from October 3, 2018 until October 10, 2018.

Dated: October 3, 2018       By: /s/ Michael von Klemperer
                                  Daniel Low (SBN 218387)
                                  Daniel Kotchen (*pro hac vice*)
                                  Michael von Klemperer (*pro hac vice*)
                                  Lindsey Grunert (*pro hac vice*)
                                  KOTCHEN & LOW LLP
                                  *Attorneys for Plaintiffs and the Class*

Dated: October 3, 2018       By: /s/ Michelle M. La Mar
                                  Michelle M. La Mar
                                  Terry D. Garnett
                                  Patrick N. Downes
                                  Erin M. Smith
                                  LOEB & LOEB LLP
                                  *Attorneys for Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: _____

                                  Hon. Yvonne Gonzales Rogers
                                  UNITED STATES DISTRICT JUDGE

---

[1] As discussed during the October 1 conference with the Court, this motion concerns a demonstrative exhibit exchanged on September 7. However, the motion in limine was not timely provided to Plaintiffs by the September 14 deadline. The Court stated during the October 1 conference that this motion may not be entertained, but TCS has declined to withdraw it. Plaintiffs' motion to strike this motion in limine is currently pending. *See* Pls.' Mot. to Strike (Dkt. #537).

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system today.

Dated: October 3, 2018                    By: /s/ Michael von Klemperer