MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
TERRY D. GARNETT (SBN 151212)
tgarnett@loeb.com
PATRICK N. DOWNES (SBN 186461)
pdownes@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

*Attorneys for Defendant Tata Consultancy Services Ltd.*

DANIEL LOW (SBN 218387)
dlow@kotchen.com
DANIEL KOTCHEN (*pro hac vice)*
dkotchen@kotchen.com
MICHAEL von KLEMPERER (*pro hac vice*)
mvk@kotchen.com
LINDSEY GRUNERT (*pro hac vice*)
lgrunert@kotchen.com
AMY ROLLER (*pro hac vice*)
aroller@kotchen.com
KOTCHEN & LOW LLP
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: 202.471.1995

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

CHRISTOPHER SLAIGHT, et al.

Plaintiffs,

v.

TATA CONSULTANCY SERVICES, LTD.,

Defendant.

Case No.: 4:15-cv-01696-YGR

**CLASS ACTION**

**STIPULATION REGARDING MOTIONS IN LIMINE; ~~[PROPOSED]~~ ORDER**
*As Modified by the Court*
Complaint Filed: April 14, 2015

**STIPULATION**

Plaintiffs and Defendant Tata Consultancy Services, Ltd. hereby stipulate as follows:

1. TCS withdraws its Motion in Limine No. 7 (Dkt. #530), as the class members in question will be deposed in advance of trial;

2. Plaintiffs withdraw their Motion in Limine No. 5 (Dkt. #520), as Blandford and Smalley will be deposed in advance of trial;

3. The deadline for Plaintiffs to respond to TCS's Motions in Limine Nos. 6 (Dkt. #529),[1] 8 (Dkt. #532), and 12 (Dkt. #534) is extended from October 3, 2018 until October 10, 2018.

Dated: October 3, 2018

By: /s/ Michael von Klemperer
Daniel Low (SBN 218387)
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
KOTCHEN & LOW LLP
*Attorneys for Plaintiffs and the Class*

Dated: October 3, 2018

By: /s/ Michelle M. La Mar
Michelle M. La Mar
Terry D. Garnett
Patrick N. Downes
Erin M. Smith
LOEB & LOEB LLP
*Attorneys for Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**
This Order terminates Docket Numbers 520 and 530.

Dated: 10/3/2018

Hon. Yvonne Gonzales Rogers
UNITED STATES DISTRICT JUDGE

---

[1] As discussed during the October 1 conference with the Court, this motion concerns a demonstrative exhibit exchanged on September 7. However, the motion in limine was not timely provided to Plaintiffs by the September 14 deadline. The Court stated during the October 1 conference that this motion may not be entertained, but TCS has declined to withdraw it. Plaintiffs' motion to strike this motion in limine is currently pending. *See* Pls.' Mot. to Strike (Dkt. #537).

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system today.

Dated: October 3, 2018 By: /s/ Michael von Klemperer