# Exhibit 1

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED