# Exhibit 2

PLACEHOLDER FOR DOCUMENT SOUGHT TO BE SEALED