# Exhibit 3

**Mike von Klemperer**

**From:** aroller@kotchen.com
**Sent:** Monday, September 24, 2018 1:49 PM
**To:** 'Barney Given'; 'Terry Garnett'; mlamar@loeb.com; 'Erin Smith'; 'Patrick Downes'
**Cc:** 'Dan Kotchen'; 'Mike von Klemperer'; 'Lindsey Grunert'; dlow@kotchen.com
**Subject:** TCS's Motions in Limine

Counsel, please see the table below, which sets forth Plaintiffs' positions on TCS's draft motions in limine.

The issues are color coded as follows: Green = Plaintiffs believe that we are in agreement; Yellow = Plaintiffs believe that we can reach an agreement; Red = Plaintiffs cannot agree. Please let us know if you have any questions.

Best,

Amy

| # | MIL Title | Prelim. Ref. # or Issue | | Explanation of Plaintiffs' Position |
|---|---|---|---|---|
| **1** | Visa Fraud | 1459, 1473, 1478, 1482, and statements concerning visa fraud | | • Plaintiffs will not be using these documents (Prelim. Ref. Nos. 1459, 1473, 1478, 1482) for any purpose at trial.<br>• Plaintiffs will not mention visa fraud at trial unless TCS puts it at issue. TCS has invoked its lawful use of the U.S. visa system as a defense to Plaintiffs' claims. Plaintiffs are entitled to counter that false narrative, should TCS open the door. Of course, Plaintiffs will introduce evidence concerning the practices that TCS uses to place employees in U.S. positions. But we will not argue that any of these practices constitute visa fraud, unless (as stated above) TCS puts the legality of its practices at issue. |
| **2** | Unrelated Lawsuits | The *Epic* Case | | • Plaintiffs don't anticipate raising the *Epic* case at trial unless TCS somehow puts it at issue. |
| | | 201, 203, 1482, 1571, 1540, 1623, 1781, DOJ docs[1] | | • We cannot reach any agreement on these documents. |
| **3** | Discovery Disputes | Exhibit Metadata (1622) | | • We cannot reach an agreement on this issue and request that TCS reconsider its position.<br>• This exhibit does not pertain to any "discovery dispute." It contains a copy of exhibits' metadata. Metadata shows the characteristics of a file, for example when it was created and who had the file. Introducing metadata is a common practice. Please reconsider your position. |

| | | | | |
|---|---|---|---|---|
| | | Priv. Brief (1576), Apex Brief (1575), Email (1562) | | • See #7 below. |
| **4** | Arbitration and Release Exhibits | 885-1400, 1511, 1512, 1759, 1761, 1764, 1765, 1747, 580, 1743, 1745, 1750, 1751, 1762, 1763, 1768, 1769 | | • We cannot reach any agreement on these documents. |
| **5** | Uncertified Claims & Claims of Non-Class Members | Misc. | | • We cannot reach any agreement on these issues. |
| **6** | Evidence of Wealth | Misc. | | • Plaintiffs do not intend to show evidence of profits or margins in the liability portion of the Phase One trial. However, Plaintiffs believe we have a disagreement over the scope of Pretrial Order No. 1, which will need to be resolved by the Court.<br>• Whether the amount of punitive damages will be decided by the jury during Phase I is a trial planning issue, over which we seem to disagree. |
| **7** | Unsworn Pleadings & Correspondence Between Counsel | Priv. Log J. Brief (1576), Misc. J. Brief (1752) | | • Plaintiffs will not be using these documents for any purpose at trial. |
| | | Plaintiffs' Briefing (1741-1751) | | • Plaintiffs will not be using these documents for any purpose at trial. |
| | | Email Among Counsel (1562) | | • Plaintiffs would like to enter into a stipulation to the effect that TCS collected and produced documents from 15 custodians. Please let us know if you are amenable to such a stipulation. |
| | | Court Orders (1631-1632) | | • We cannot reach any agreement on these documents, in part because Plaintiffs believe that TCS intends to rely on these documents. |
| | | Apex Brief (1575); TCS's Class Cert. Br. (1776); TCS's Decert. Br. (1777) | | • We cannot reach any agreement on these documents. |

**Amy McCann Roller**
Associate
Kotchen & Low LLP
1745 Kalorama Road NW, Suite 101

Washington, DC 20009
(610) 637-8540
(202) 280-1128 (Fax)
aroller@kotchen.com
www.kotchen.com

---

[1] Per your motion, these include: "An investigation by the Civil Rights Division of the Department of Justice of a claim filed by Mark Rossmiller (Charge No. 197-35-404), which was dismissed on February 5, 2014 (as reflected in TCSLTD008352315); and (2) an investigation by the Wage and Hour Division of the Department of Labor (Reference No. 1760819), which was dismissed November 12, 2015 (as reflected in TCS007388 – TCS007390)."