# Exhibit 4

TCS' Preliminary Witness List

| Witness Name | Nature of Testimony | Estimated Length of Testimony (Direct and Re-Direct) | Primary/Precautionary |
|---|---|---|---|
| Geeta Gwalani | Ms. Gwalani will discuss the onboarding process, the RMG processes, procedures and placement decisions in the United States, generally, as well as RMG's interaction with H.R. | 1.5 hours | Primary |
| Ashok Seetharaman | Mr. Seetharaman will discuss H.R. policies, practices, procedures including placement, terminations and project releases as well as to H.R.'s interaction with RMG. | 1.5 hours | Primary |
| Melissa Blandford | Ms. Blandford will discuss H.R. practices, processes and procedures of the ILP program, as well as placement, project releases, terminations in her H.R. geographic region. | 1.0 hour | Primary |
| Gina Smalley | Ms. Smalley will discuss the practices, processes and procedures in her H.R. region and for her primary client account as to placement, project releases and terminations. | 1.25 hours | Primary |
| Uma Sivasubramani | Ms. Sivasubramani will discuss the policies, practices and procedures for determining compensation, benefits and other "rewards" available to TCS employees in the United States. | .75 hour | Primary |

| | | | |
|---|---|---|---|
| Balaji Ganapathy | Mr. Ganapathy will testify regarding TCS' diversity and inclusiveness practices, procedures and processes; workforce effectiveness; growth goals; business models; forecasting and overall business structure. | 1.5 hours | Primary |
| Edward P. Lazear | Expert witness. | 1.0 hour | Primary |
| Christopher Slaight | Plaintiff's claims. | 1.5 hours | Primary |
| Syed Amir Masoudi | Plaintiff's claims. | 1.5 hours | Primary |
| Nobel Mandili | Plaintiff's claims. | 1.5 hours | Primary |
| Lekisha Bailey | Ms. Bailey will testify to the H.R. policies, practices and procedures in her region including project releases, placement and terminations. | 1.0 hour | Primary |
| Taylor Russell | Mr. Russell will testify as to his experience at TCS. | 0.5 hour | Primary |
| Surya Kant | Mr. Kant will testify to the overall business as well as goals, strategies, and overall labor force makeup and policies of TCS North America. | 1.5 hours | Primary |
| David P. Neumark | Plaintiffs expert | 1.5 hours | Primary |
| Edward G. Anderson | Expert witness. | 1.0 hour | Precautionary |
| Ambika Gopal | Ms. Gopal will discuss the RMG processes, procedures and placement decisions made by project managers in her vertical. | 1.0 hour | Precautionary |

| | | | |
|---|---|---|---|
| Umesh Kumar | Mr. Kumar will discuss the RMG processes, procedures and placement decisions in the United States, generally. | 1.0 hour | Precautionary |
| Hannah Shobitha | Ms. Shobitha will discuss the RMG processes, procedures and placement decisions made by project managers who are in her vertical and with respect to ILP. | 1.0 hour | Precautionary |
| Jeevak Sharma | Mr. Sharma will discuss H.R. policies, practices and procedures including grievances, project releases and terminations in the United States. | 1.0 hour | Precautionary |
| Jennifer Alkiewicz | Ms. Alkiewicz will discuss the policies, practices and procedures of the ILP program generally. | .5 hour | Precautionary |
| Edward Dunn | Mr. Dunn will discuss the internal training programs and ILP programs available to and required of TCS employees in the United States | .5 hour | Precautionary |
| Amit Jindal | Mr. Jindal will testify as to the visa process, practices and procedures including applications and forecasting | .75 hour | Precautionary |
| Shyam Chinnari | Mr. Chinnari will testify to the make-up and process of the applicant pool available to TCS. | 1.0 hour | Precautionary |
| Brian Andrillo | Mr. Andrillo will testify as to the practices, process and procedures for managerial level employees placement. | 1.0 hour | Precautionary |
| Yogesh Thakoor | Mr. Thakoor will testify to RMG's global policies, practices and procedures including forecasting. | 1.0 hour | Precautionary |

| | | | |
|---|---|---|---|
| Alok Bhalla | Mr. Bhalla will testify as to Mr. Slaight's performance. | .5 hour | Precautionary |
| Debojyoti Sen | Mr. Sen will testify to counseling sessions for Mr. Slaight regarding his performance. | .5 hour | Precautionary |
| Jafar Syed | Mr. Syed will testify as to Mr. Masoudi's performance. | .5 hour | Precautionary |
| Rajat Sharma | Mr. Sharma will testify regarding Mr. Mandili's failure to appear for assignments. | .5 hour | Precautionary |
| Sam Karsan | Mr. Karsan will testify as to Mr. Mandili's unavailability during the placement process | .5 hour | Precautionary |
| Brian Buchanan | Plaintiff's claims. | 1.5 hours | Precautionary |
| Steven Webber | Mr. Webber will testify as to his experience at TCS. | 1.0 hour | Precautionary |
| Dwight Giovanni | Mr. Giovanni will testify as to his experience at TCS. | 1.0 hour | Precautionary |
| Loran Peck | Mr. Peck will testify as to his experience at TCS. | 1.0 hour | Precautionary |
| Nasser Nahshal | Mr. Nahshal will testify as to his experience at TCS. | 1.0 hour | Precautionary |
| Salah Bedeiwi | Mr. Bedeiwi will testify as to his experience at TCS. | 1.0 hour | Precautionary |
| Robert Scott | Mr. Scott will testify as to his experience at TCS. | 1.0 hour | Precautionary |
| Thomas Mills | Mr. Mills will testify as to his experience at TCS. | 1.0 hour | Precautionary |
| Jessica Wilson | Ms. Wilson will testify as to his experience at TCS. | 1.0 hour | Precautionary |
| Bonnie Kottke | Ms. Kottke will testify to her experience at TCS. | 1.0 hour | Precautionary |

| | | | |
|---|---|---|---|
| Dorothy Krampen | Ms. Krampen will testify to her experience at TCS. | 1.0 hour | Precautionary |
| Donna Gomez | Ms. Gomez will testify to the H.R. policies, practices and procedures in her region including project releases, placement decisions and terminations. | 1.0 hour | Precautionary |
| Stephen Bradley | Mr. Bradley will testify as to his experience in applying to TCS. | 1.0 hour | Precautionary |
| Paul Devenny | Mr. Devenny will testify as to his experience at TCS. | 1.0 hour | Precautionary |
| Hannah Russo | Ms. Russo will testify as to her experience at TCS and general experience working in the ILP program. | 1.0 hour | Precautionary |
| Darryl Stacy | Mr. Stacy will testify as to his experience in applying to TCS. | 1.0 hour | Precautionary |
| Steven Heldt | Mr. Heldt will testify to his experience at TCS. | 1.5 hours | Precautionary |
| Narasimhan (Narsi) Srinivasan | Mr. Srinivasan will testify as to the overall basis of H.R. functions in North America, its goals, procedures and decisions, generally. | 1.5 hours | Precautionary |