DANIEL LOW, SBN 218387
dlow@kotchen.com
DANIEL KOTCHEN (*pro hac vice)*
dkotchen@kotchen.com
MICHAEL von KLEMPERER (*pro hac vice*)
MvK@kotchen.com
LINDSEY GRUNERT (*pro hac vice*)
lgrunert@kotchen.com
AMY ROLLER (*pro hac vice*)
aroller@kotchen.com
KOTCHEN & LOW LLP
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: 202.471.1995

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CHRISTOPHER SLAIGHT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No. 4:15-cv-01696-YGR (SK)<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Complaint Filed: April 14, 2015<br>Trial Date: November 5, 2018 |

Pursuant to Local Rules 7-11 and 79-5 of the Northern District of California, Plaintiffs hereby move the Court to issue an administrative order authorizing the filing of five exhibits that accompany Plaintiffs' Opposition to Defendant Tata Consultancy Services, Ltd.'s ("TCS's") Motions in Limine Nos. 1, 3 and 5 under seal in their entirety. Plaintiffs also hereby move for the Court's permission to publicly file a redacted version of their Opposition to TCS's Motions in Limine Nos. 1 and 5, which redacts quotations and information summarized from these exhibits, and for the Court's permission to file an unredacted version of their opposition briefs under seal. In the alternative, Plaintiffs request the Court's permission to file the aforementioned exhibits and briefs publicly, redacting only the names of TCS's employees in their exhibits.

Documents may be filed under seal for "good cause." *Kamakana v. City of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (holding that "[a] 'good cause' showing under Rule 26(c) will suffice to keep sealed records attached to non-dispositive motions"); *Dugan v. Lloyds TSB Bank, PCL*, No. 12-cv-02549, 2013 U.S. Dist. LEXIS 51162, at *4 (N.D. Cal. Apr. 9, 2013) (noting that "[o]n non-dispositive motions, a party seeking to file under seal a document produced … in discovery must establish there is 'good cause' for sealing the record.") (citing *In re Midland Nat'l Life Ins. Co. Annuity Sales Practices Litig.*, 686 F.3d 1115, 1119 (9th Cir. 2012)). "The Ninth Circuit has found that compelling reasons exist to keep personal information confidential to protect an individual's privacy interest and to prevent exposure to harm or identity theft." *Benedict v. Hewlett-Packard Co.*, No. 13-CV-00119-LHK, 2014 U.S. Dist. LEXIS 7368, at *10 (N.D. Cal. Jan. 21, 2014) (sealing plaintiff's "home address, phone number, and email address" and noting "[plaintiff] has a compelling privacy interest in this information"); *see also Nursing Home Pension Fund v. Oracle Corp.*, No. C01-00988 MJJ, 2007 U.S. Dist. LEXIS 84000, at *9-10 (N.D. Cal. Nov. 1, 2007) (granting request to seal contact information of plaintiffs and witnesses and noting the "private information is of particular importance, as such witnesses can be susceptible to retaliation and harassment").

The aforementioned exhibits have been designated confidential by TCS pursuant to the Parties' Stipulated Protective Order (Dkt. #76). Exhibits 3 to Plaintiffs' Opposition to TCS's Motion in Limine No. 1 is a March 2016 U.S. Immigration Update concerning TCS's staffing practices. Exhibits 1 and 2 to Plaintiffs' Opposition to TCS's Motion in Limine No. 3 are excerpts from the

deposition transcripts of Surya Kant and Narasimhan Srinivasan. Moreover, Exhibits 1 and 2 to Plaintiffs' Opposition to TCS's Motion in Limine No. 5 are emails concerning arbitration agreements which contain the names of non-managerial TCS employees. As reflected in the attached Declaration, Plaintiffs do not believe good cause exists to seal these exhibits.

Dated: October 3, 2018

Respectfully submitted,

By: /s/ Daniel Kotchen
Daniel Low (SBN 218387)
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
Amy Roller (*pro hac vice*)
KOTCHEN & LOW LLP

*Attorneys for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system.

Dated: October 3, 2018

By: /s/Daniel Kotchen
Daniel Kotchen