UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER SLAIGHT, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>    Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>Assigned to Hon. Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER RE: TRIAL STIPULATIONS**<br><br>Pre-Trial Conference:<br>Date:    October 12, 2018<br>Time:   9:00 a.m.<br>Ctrm:   1<br><br>[CLASS ACTION]<br><br>Complaint Filed:  April 14, 2015<br>Trial Date:        November 5, 2018 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

16910424.1
205625-10015

DEFENDANT TCS' STIPULATIONS
CASE NO.: 4:15-CV-01696-YGR

**WHEREAS**, pursuant to the Pre-trial Conference Statement (Dkt. No. 514 at p. 10), Plaintiffs' and Defendant's (the "Parties") agreed to the following Stipulations:

1. All proposed stipulations contained within Ex. A of Pretrial Order No. 1 (Dkt. No. 431), which was filed on September 27, 2018 at Dkt. No. 509. *See* Ex. A hereto;

2. Each side shall have equal time to present its case at trial. The Court staff will keep time, unless the Court instructs the Parties to keep time; and

3. The Parties are properly named and identified.

**THEREFORE**, having considered stipulations agreed upon by the Parties, the Court hereby issues the following order:

| No. | Stipulation | Court Ruling |
|-----|-------------|--------------|
| 1.  | All proposed stipulations contained within Ex. A of Pretrial Order No. 1, Dkt. No. 509 | |
| 2.  | Each side shall have equal time to present its case at trial. The Court staff will keep time. | |
| 3.  | The Parties are properly named and identified. | |

IT IS SO ORDERED.

Dated: October __, 2018

_____
Honorable Yvonne Gonzalez Rogers

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

16910424.1
205625-10015

1

PROPOSED ORDER RE: TRIAL STIPULATIONS
CASE NO.: 4:15-CV-01696-YGR

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system on October 4, 2018.

Dated:  October 4, 2018          /s/ Michelle   La Mar
                                                       Michelle La Mar

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

16910424.1
205625-10015

2

[PROPOSED ORDER RE: TRIAL  STIPULATIONS
CASE NO.: 4:15-CV-01696-YGR -YGR

DANIEL LOW, SBN 218387
dlow@kotchen.com
DANIEL KOTCHEN (pro hac vice)
dkotchen@kotchen.com
MICHAEL von KLEMPERER (pro hac vice)
mvk@kotchen.com
LINDSEY GRUNERT (pro hac vice)
lgrunert@kotchen.com
KOTCHEN & LOW LLP
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: 202.471.1995

Attorneys for Plaintiffs and the Class

MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
BERNARD R. GIVEN II (SBN 134718)
bgiven@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER SLAIGHT, et al., | Case No.: 4:15-cv-01696-YGR |
| Plaintiffs, | Assigned to Hon. Yvonne Gonzalez Rogers |
| v. | **STIPULATIONS** |
| TATA CONSULTANCY SERVICES, LTD., | <u>Pre-Trial Conference:</u><br>Date:   October 12, 2018<br>Time:   9:00 a.m.<br>Ctrm:   1 |
| Defendant. | [CLASS ACTION] |
| | Complaint Filed:  April 14, 2015<br>Trial Date:   November 5, 2018 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

16867371.1
205625-10015

DEFENDANT TCS' STIPULATIONS
CASE NO.: 4:15-CV-01696-YGR

Pursuant to the Pre-trial Conference Statement (Dkt. No. 514 at p. 10), the parties have agreed to the following Stipulations:

1. All proposed stipulations contained within Ex. A of Pretrial Order No. 1 (Dkt. No. 431), which was filed on September 27 at Dkt. No. 509.  Dkt. No. 509 is appended hereto as Ex. A.

2. Each side shall have equal time to present its case at trial.  The Court staff will keep time, unless the Court instructs the parties to keep time.

3. The parties are properly named and identified.

Dated:   October 4, 2018   

LOEB & LOEB LLP
MICHELLE M. LA MAR
BERNARD R. GIVEN II
ERIN M. SMITH

By: */s/ Michelle M. La Mar*
Michelle M. La Mar
Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

Dated:   October 4, 2018   

By:*/s/ Daniel Kotchen*
Daniel Kotchen
Daniel Low
Michael von Klemperer
Lindsey Grunert
KOTCHEN & LOW LLP
Attorneys for Plaintiffs and the Class

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

16867371.1
205625-10015

1

DEFENDANT TCS' STIPULATIONS
CASE NO.: 4:15-CV-01696-YGR

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing STIPULATIONS was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system on October 4, 2018.

Dated:  October 4, 2018                     /s/ *Michelle M. La Mar*
                                            Michelle M. La Mar

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

16867371.1
205625-10015

2

DEFENDANT TCS' STIPULATIONS
CASE NO.: 4:15-CV-01696-YGR

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SLAIGHT, ET. AL,<br><br>PLAINTIFFS,<br><br>vs.<br><br>TATA CONSULTANCY SERVICES, LTD,<br><br>DEFENDANTS | CASE NO.: 15-CV-1696 YGR<br><br>PROCEDURAL STIPULATIONS<br>(EXHIBIT A TO PRETRIAL ORDER) |

PLEASE INITIAL AND SIGN as acceptable:

It is stipulated that each of the jurors will be deemed present, upon reconvening after each adjournment or recess, unless the contrary is noted for the record.

    For the Plaintiff _MvK_      For the Defendant _/1 /\_

It is stipulated that the Jury Instructions and the Exhibits may go into the Jury Room during deliberations.

    For the Plaintiff _MvK_      For the Defendant _/1 /\_

It is stipulated that the parties need not be present when, during jury deliberations, the jurors are excused for lunch, return for lunch, and/or are discharged in the evening and resume in the morning.

    For the Plaintiff _MvK_      For the Defendant _/1 /\_

It is stipulated that, during jury deliberations, the jury may recess without further admonition and without assembling in the jury box, and that they may resume their deliberations upon the Deputy Clerk's determination that all jurors are present.

    For the Plaintiff _MvK_      For the Defendant _/\ /\_

In the absence if the trial judge, any judge of this court may receive the verdict.

For the Plaintiff MvK    For the Defendant  n M

(Party Name) Slaight, et al.    (Party Name) Tata Consultancy Services, Ltd

Signature (Plaintiff's Attorney)    Signature (Defense Attorney)