DANIEL LOW, SBN 218387
dlow@kotchen.com
DANIEL KOTCHEN (*pro hac vice*)
dkotchen@kotchen.com
MICHAEL von KLEMPERER (*pro hac vice*)
mvk@kotchen.com
LINDSEY GRUNERT (*pro hac vice*)
lgrunert@kotchen.com
AMY ROLLER (*pro hac vice*)
aroller@kotchen.com
KOTCHEN & LOW LLP
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: 202.471.1995

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CHRISTOPHER SLAIGHT, et al.<br><br>Plaintiffs,<br>v.<br><br>TATA CONSULTANCY SERVICES, LIMITED,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR (SK)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF LINDSEY GRUNERT**<br><br>Complaint Filed: April 14, 2015 |

**DECLARATION OF LINDSEY GRUNERT**

I, Lindsey Grunert, hereby declare as follows, based on personal knowledge:

1. I am an attorney licensed to practice law in the State of New York, the State of Massachusetts, and the District of Columbia. I am an associate with Kotchen & Low LLP and represent Plaintiffs and the Class in the above-captioned proceeding.

2. Plaintiffs used TCS's expat allocation data, TCSPROD000001977-78, to create demonstrative Exhibit 1520, and captured each expat who was selected by TCS for a new position

that matched one of the Named Plaintiff's job titles, grades, and locations during the time he was unallocated and for the three-month period following his termination. Because Plaintiff Slaight was not provided any substantive work while assigned to a C1 Developer position servicing AXA, Plaintiffs also captured expats who were hired for the same position in New York or New Jersey during his allocation (October 2012 – March 2013) on Exhibit 1520, as Plaintiff Slaight could have also been assigned to one of these open roles.

3. Plaintiffs only included in this exhibit expats who: (1) began a new role with a new client in the U.S.; (2) expats who traveled to the U.S. on a visa for the first time to assume a new role; or (3) expats who assumed a new role at a new location for the same client.

4. The allocation start and end dates captured on the exhibit reflect only the expat's first allocation spell in the new position, and not his or her entire tenure with the client.

5. Submitted with this declaration are true and correct copies of the following documents:

- **Exhibit 1**: Corrected Exhibit No. 1520 (chart for Plaintiff Slaight);
- **Exhibit 2**: Corrected Exhibit No. 1520 (chart for Plaintiff Masoudi);
- **Exhibit 3**: Excerpt from TCSPROD000001978 concerning Balaji Vijayakumar;
- **Exhibit 4**: Excerpt from TCSPROD000001978 concerning Rohini R;
- **Exhibit 5**: Excerpt from TCSPROD000001977 concerning Mantosh Kamalakar Kharkar;
- **Exhibit 6**: Mandili 0000336; and
- **Exhibit 7**: Excerpt from TCSPROD000001978 concerning Gagan Kumar Patra.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 10, 2018

/s/Lindsey Grunert
Lindsey Grunert