# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| **BRIAN BUCHANAN, ET AL.,** | CASE NO. 15-cv-01696-YGR |
|---|---|
| Plaintiffs, | |
| vs. | **ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| **TATA CONSULTANCY SERVICES, LTD,** | |
| Defendant. | Re: Dkt. No. 524 |

Having considered Plaintiffs' Administrative Motion to File Under Seal (Dkt. No. 524), the Court finds that good cause does not exist to seal the materials at issue.

The Court hereby **DENIES** the motion as follows:

| **Document or Portion of Document Sought to be Sealed** | **Evidence Offered in Support of Sealing** | **Order** |
|---|---|---|
| Exhibit A to Plaintiffs' Motion in Limine No. 7 | None - Designated Confidential by Defendant Tata Consultancy Services, Ltd., which has not filed a supporting declaration as required by L.R. 79-5(e)(1). | **DENIED.** |
| Exhibit B to Plaintiffs' Motion in Limine No. 7 | None - Designated Confidential by Defendant Tata Consultancy Services, Ltd., which has not filed a supporting declaration as required by L.R. 79-5(e)(1). | **DENIED.** |
| Exhibit C to Plaintiffs' Motion in Limine No. 7 | None - Designated Confidential by Defendant Tata Consultancy Services, Ltd., which has not filed a supporting declaration as required by L.R. 79-5(e)(1). | **DENIED.** |

| Exhibit A to Plaintiffs' Motion in Limine No. 8 | None - Designated Confidential by Defendant Tata Consultancy Services, Ltd., which has not filed a supporting declaration as required by L.R. 79-5(e)(1). | **DENIED.** |
|---|---|---|
| Exhibit D to Plaintiffs' Motion in Limine No. 8 | None - Designated Confidential by Defendant Tata Consultancy Services, Ltd., which has not filed a supporting declaration as required by L.R. 79-5(e)(1). | **DENIED.** |
| Exhibit E to Plaintiffs' Motion in Limine No. 8 | None - Designated Confidential by Defendant Tata Consultancy Services, Ltd., which has not filed a supporting declaration as required by L.R. 79-5(e)(1). | **DENIED.** |

This Order terminates Docket Number 524.

**IT IS SO ORDERED.**

Dated: October 15, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**