# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| **CHRISTOPHER SLAIGHT, ET AL.,** Plaintiffs, vs. **TATA CONSULTANCY SERVICES, LTD,** Defendant. | CASE NO. 15-cv-01696-YGR<br><br>**ORDER RE: ADMINISTRATIVE MOTION TO SEAL CERTAIN DOCUMENTS IN SUPPORT OF DEFENDANT'S MOTIONS IN LIMIINE NOS. 1, 3, 11, AND 12**<br><br>Re: Dkt. Nos. 535, 536 |
|---|---|

After considering the administrative motion of defendant Tata Consultancy Services, Ltd. ("TCS") pursuant to Local Rule 79-5(d) to file under seal certain exhibits submitted in connection with its Motions in Limine ("MIL") Nos. 1, 3, 11 and 12, and the declarations of Michelle M. La Mar ("La Mar Decl." and "La Mar Decl. #2") filed in support of the administrative motion, the Court rules as follows:

| **Document or Portion of Document Sought to be Sealed** | **Evidence Offered in Support of Sealing** | **Order** |
|---|---|---|
| MIL#1, A1 (Ex. 1405) | La Mar Decl., ¶ 2. | **GRANTED.** |
| MIL#1, A2 (Ex. 1406) | La Mar Decl., ¶ 2. | **GRANTED.** |
| MIL#1, A3 (Ex. 1407) | La Mar Decl., ¶ 2. | **GRANTED.** |
| MIL#1, A4 (Ex. 1408) | La Mar Decl., ¶ 2. | **GRANTED.** |
| MIL#1, A5 (Ex. 1409) | La Mar Decl., ¶ 2. | **GRANTED.** |
| MIL#1, A6 (Ex. 1410) | La Mar Decl., ¶ 2. | **GRANTED.** |
| MIL#1, A7 (Ex. 1411) | La Mar Decl., ¶ 2. | **GRANTED.** |

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | **Order** |
|---|---|---|
| MIL#1, A8 (Ex. 1412) | La Mar Decl., ¶ 2. | **GRANTED.** |
| MIL#1, A9 (Ex. 1413) | La Mar Decl., ¶ 2. | **GRANTED.** |
| MIL#1, A10 (Ex. 1414) | La Mar Decl., ¶ 2. | **GRANTED.** |
| MIL#1, A11 (Ex. 1415) | La Mar Decl., ¶ 2. | **GRANTED.** |
| MIL#1, A12 (Ex. 1416) | La Mar Decl., ¶ 2. | **GRANTED.** |
| MIL#1, A13 (Ex. 1419) | La Mar Decl., ¶ 2. | **GRANTED.** |
| MIL#1, A14 (Ex. 1420) | La Mar Decl., ¶ 2. | **GRANTED.** |
| MIL#1, A15 (Ex. 1421) | La Mar Decl., ¶ 2. | **GRANTED.** |
| MIL#1, A16 (Ex. 1422) | La Mar Decl., ¶ 2. | **GRANTED.** |
| MIL#1, A17 (Ex. 1423) | La Mar Decl., ¶ 2. | **GRANTED.** |
| MIL#1, A18 (Ex. 1424) | La Mar Decl., ¶ 2. | **GRANTED.** |
| MIL#1, A19 (Ex. 1425) | La Mar Decl., ¶ 2. | **GRANTED.** |
| MIL#1, A20 (Ex. 1426) | La Mar Decl., ¶ 2. | **GRANTED.** |
| MIL#1, A21 (Ex. 1427) | La Mar Decl., ¶ 2. | **GRANTED.** |
| MIL#1, A22 (Ex. 1428) | La Mar Decl., ¶ 2. | **GRANTED.** |
| MIL#1, A23 (Ex. 1429) | La Mar Decl., ¶ 2. | **GRANTED.** |
| MIL#1, A24 (Ex. 1441) | La Mar Decl., ¶ 2. | **GRANTED.** |
| MIL#1, A25 (Ex. 1442) | La Mar Decl., ¶ 2. | **GRANTED.** |
| MIL#1, A26 (Ex. 1446) | La Mar Decl., ¶ 2. | **GRANTED.** |
| MIL#1, A27 (Ex. 1450) | La Mar Decl., ¶ 2. | **GRANTED.** |

| **Document or Portion of Document Sought to be Sealed** | **Evidence Offered in Support of Sealing** | **Order** |
| --- | --- | --- |
| MIL#1, A28 (Ex. 1451) | La Mar Decl., ¶ 2. | **GRANTED.** |
| MIL#1, A29 (Ex. 1452) | La Mar Decl., ¶ 2. | **GRANTED.** |
| MIL#3, A1 (Ex. 1482) | La Mar Decl., ¶ 3. | **DENIED AS MOOT.**[1] |
| MIL#11, A1 (Ex. 130) | La Mar Decl. #2, ¶ 2. | **GRANTED.**[2] |
| MIL#11, A2 (Ex. 181) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A3 (Ex. 225) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A4 (Ex. 264) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A5 (Ex. 469) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A6 (Ex. 526) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A7 (Ex. 547) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A8 (Ex. 559) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A9 (Ex. 566) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A10 (Ex. 570) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A11 (Ex. 611) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A12 (Ex. 612) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |

---

[1] Because plaintiffs have withdrawn Exhibit 1482, the Court does not need to consider Document MIL #3, A1. Accordingly, defendant does not need to submit an unredacted version of Document MIL #3, A1 as required by Local Rule 79-5(f).

[2] This Order is limited in scope and pertains only to defendant's motions in limine. To the extent that the Court allows plaintiffs to introduce at trial documents filed in support of MIL #11 and enumerated as such in this Order as provided for in the Court's order addressing the substance of defendant's motions in limine (Dkt. No. 592), this Order shall not provide a basis to seal such documents at trial.

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | **Order** |
|---|---|---|
| MIL#11, A13 (Ex. 733) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A14 (Ex. 737) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A15 (Ex. 740) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A16 (Ex. 743) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A17 (Ex. 744) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A18 (Ex. 749) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A19 (Ex. 751) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A20 (Ex. 752) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A21 (Ex. 754) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A22 (Ex. 755) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A23 (Ex. 761) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A24 (Ex. 766) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A25 (Ex. 775) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A26 (Ex. 778) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A27 (Ex. 799) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A28 (Ex. 821) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A29 (Ex. 822) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A30 (Ex. 863) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A31 (Ex. 1435) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A32 (Ex. 1436) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |

| **Document or Portion of Document Sought to be Sealed** | **Evidence Offered in Support of Sealing** | **Order** |
|---|---|---|
| MIL#11, A33 (Ex. 1443) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A34 (Ex. 1444) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A35 (Ex. 1445) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A36 (Ex. 1448) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A37 (Ex. 1449) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A38 (Ex. 1457) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A39 (Ex. 1459) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A40 (Ex. 1461) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A41 (Ex. 1473) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A42 (Ex. 1474) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A43 (Ex. 1477) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A44 (Ex. 1478) | La Mar Decl. #2, ¶ 2. | **GRANTED.** |
| MIL#11, A45 (Ex. 1482) | La Mar Decl. #2, ¶ 2. | **DENIED AS MOOT.** |
| MIL#12, A1 (Ex. 1482) | La Mar Decl., ¶ 4. | **DENIED AS MOOT.** |

This Order terminates Docket Numbers 535 and 536.

**IT IS SO ORDERED.**

Dated: October 16, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**