DANIEL LOW, SBN 218387
dlow@kotchen.com
DANIEL KOTCHEN (*pro hac vice*)
dkotchen@kotchen.com
MICHAEL von KLEMPERER (*pro hac vice*)
mvk@kotchen.com
LINDSEY GRUNERT (*pro hac vice*)
lgrunert@kotchen.com
AMY ROLLER (*pro hac vice*)
aroller@kotchen.com
KOTCHEN & LOW LLP
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CHRISTOPHER SLAIGHT, et al.<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR (SK)<br><br>**CLASS ACTION**<br><br>**NOTICE OF REFILING DOCUMENTS IN UNREDACTED FORM**<br><br>**EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE NO. 7 TO EXCLUDE TCS'S TERMINATION FORMS (DKT. #525)**<br><br>Complaint Filed: April 14, 2015 |

**NOTICE OF REFILING DOCUMENTS IN UNREDACTED FORM**

Plaintiffs hereby provide notice that the following documents are refiled on the public docket in unredacted form pursuant to Local Rule 79-5(f) and the Court's October 15, 2018 Order (Dkt. 588):

- Ex. A to Plaintiffs' Motion in Limine No. 7 to Exclude TCS's Termination Forms (Dkt. #525-1);
- Ex. B to Plaintiffs' Motion in Limine No. 7 to Exclude TCS's Termination Forms (Dkt. #525-2);
- Ex. C to Plaintiffs' Motion in Limine No. 7 to Exclude TCS's Termination Forms (Dkt. #525-3).

Dated: October 20, 2018

Respectfully submitted,

By: /s/ Daniel Kotchen
Daniel Kotchen (*pro hac vice*)
Daniel Low (SBN 218387)
Michael von Klemperer (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
Amy Roller (*pro hac vice*)
KOTCHEN & LOW LLP

*Attorneys for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system.

Dated: October 20, 2018

By: /s/Daniel Kotchen
Daniel Kotchen