# Exhibit A

UNREDACTED PURUSANT TO COURT ORDER
(DKT. #588)

# TCS Termination Form

All of the below must be completed, in full, prior to submission of this termination request.

---

Today's Date: June-23-2016

Employee Name:  Sunil Panda                    Employee#:   1005109

Job Title: Sr Developer                        Location: New Jersey

Department/Project:  Unallocated               Salary:

Date of Hire: 11/3/2014
Targeted Termination Date:  Jun-30-2016
Effective Termination Date: Jun-30-2016
Reason for Termination:

❏ INVOLUNTARY – Poor Performance              ❏ VOLUNTARY Resignation because of
❏ **INVOLUNTARY – Unallocated**                    Job Abandonment
❏ INVOLUNTARY – Policy/Cause Violation

---

*Poor Performance*

- **Explain the areas of deficient performance (e.g., lack of adequate technical skills, errors that resulted in customer escalation, etc.).**

    - Not Applicable

- **Was the employee counseled regarding the deficiencies?  If so, provide details (e.g., date when first occurred, face-to-face, email, etc.).**

    - Not Applicable

- **Are there emails or other documents that demonstrate or refer to the deficiencies?  If so, attach all such documents and ensure they are archived.**

    - Not Applicable

- **Have other employees on the same project exhibited similar deficiencies?  If so, how are those employees distinguishable?**

    - Not Applicable.

PLEASE SEND THIS COMPLETED FORM TO: Ashok Seetharaman and Rebecca Hirschklau with a copy to: Jeevak Sharma and Dana Dagosta and your HR Talent Engagement Manager.
TCS. NAHR V. 2013 12.19.13                                                                 1

# TCS Termination Form

- **Provide copies of all performance evaluations, rankings and band disagreements (if any).**

  - Not Applicable

*Policy/Cause Violation*

- Is it a TCS or customer policy? - Not applicable

- Identify the policy and whether it is written or oral.  Not applicable

- Did the employee receive notice of the policy?  If so, how and when? Not applicable

- What was the consequence of the policy violation (e.g., a security breach, disclosure of confidential customer data, etc.)? Not applicable

- Has the employee violated any TCS or customer policies previously? Not applicable

- How have violations of this policy been treated in the past (e.g., written warning, termination, etc.)? If not termination, explain rationale for departure. Not applicable

- Is there any question that the violation occurred?  Is it documented or did the employee acknowledge or contest it? Not applicable

*Unallocated*

- **Please describe the reason the employee was de-allocated and the effective date for same.  If due to removal from a project for performance reasons, complete the above section.**

  > . The associate had been released from the previous project due to Freeze on Hire and existing teams were downsized by Barclay's Management. There is no email proof from the Customer. TCS Project Supervisor had mentioned the reason for release over an email. [Supervisor Mail on Release.doc]. Due to this, Sunil Panda was released from his current engagement. Project team had tried to re-deploy them for other positions, however given the business environment, there was no open positions matching his skills. Hence Sunil got released.
  > .Customer Bindeep Jeena told Abhishek and Manoj about the Freeze on Hire over a meeting. Project team is not sure of the dates and time.
  > . Associate got released on 03/31/2016

- **If the project ended or the customer reduced on-site resources, was this employee the only one de-allocated?  If there is an email, SOW or Change Request evidencing the reason for the de-allocation, please provide the email or the details regarding the SOW/Change Request.**

PLEASE SEND THIS COMPLETED FORM TO: Ashok Seetharaman and Rebecca Hirschklau with a copy to: Jeevak Sharma and Dana Dagosta and your HR Talent Engagement Manager.

TCS. NAHR V. 2013 12.19.13                                                                                                                2

Attorneys' Eyes Only                                                                                                             TCSLTD008172525

# TCS Termination Form

*. The associate had been released from the previous project due to Freeze on Hire and existing teams were downsized by Barclay's Management. There is no email proof from Customer. [Supervisor Mail on Release.doc].*
*.Project don't have email proofs on the Budget cut from the customer. SOW is still there since it is formed for whole Barclays account and not for modules/individual resources.*

- **Was the employee notified of TCS' "bench" policy when released to RMG?**

  *. Associate was informed of the bench policy by RMG.*

- **Has RMG made efforts to locate a new project for the employee? If not, why? –**

*Following efforts have been made by RMG.*

| Projects Proposed ( Name/ IOU) | Location | Reason for Rejection | Date Of Rejection |
|---|---|---|---|
| DTCC/BFS | Associate's preferred locations | Associate's skills in his preferred locations / not | 16-May-16 |
| Ins & HC and ASU | Associate's preferred locations | Associate's skills in his preferred locations / not | 25-May-16 |
| Ent Sol & GCP | Associate's preferred locations | Associate's skills in his preferred locations / not | 25-May-16 |
| Retail, Govt & TTH | Associate's preferred locations | Associate's skills in his preferred locations / not | 25-May-16 |
| IT IS | Associate's preferred locations | Associate's skills in his preferred locations / not | 25-May-16 |
| DESS - Technology BU - Hi-Tech - Telecom - MIS - Utilities | Associate's preferred locations | Associate's skills in his preferred locations / not | 26-May-16 |
| Mfg, LS, ER, Regional Banks and JPMC | Associate's preferred locations | Associate's skills in his preferred locations / not | 15-Jun-16 |
| EIS & GE | Associate's preferred locations | Associate's skills in his preferred locations / not | 15-Jun-16 |
| NA/BFS | Associate's preferred locations | Associate's skills in his preferred locations / not | 25-May-16 |
| FRB/BFS | Associate's preferred locations | Associate's skills in his preferred locations / not | 16-Jun-16 |

- **Is there a location constraint, and if so, does an email exist confirming it (where applicable, attach the email)?**

  *. No such instances reported to HR, but it was reported to RMG post her release from the project. [Refer HR Evidences 1005109 Sunil Panda.doc]*

*Job Abandonment*

- Was this employee actively on a project or unallocated? – Not applicable

- If the employee gave HR or a supervisor a reason for not being at work, please explain. – Not Applicable

- List all efforts to communicate with the employee, including dates and method of communication (and attach any applicable emails). – Not applicable

I. Miscellaneous. To be completed for all types of terminations.

PLEASE SEND THIS COMPLETED FORM TO: Ashok Seetharaman and Rebecca Hirschklau with a copy to: Jeevak Sharma and Dana Dagosta and your HR Talent Engagement Manager.

TCS. NAHR V. 2013 12.19.13                                                      3

Attorneys' Eyes Only                                                                                 TCSLTD008172526

# TCS Termination Form

- **According to the employee's manager/supervisor, has the employee sought any information regarding a reasonable accommodation under the ADA?  If they have received an accommodation, has the employee complained that it is not effective?**

- No such information has been sought by associate.

- <mark>Has the employee complained, verbally or in writing, of any discrimination, harassment or wage issues, or filed any other grievances?  If so, indicate the date.</mark>

    <mark>. No, he didn't raise any such Grievances.</mark>

- <mark>To your or the supervisor's knowledge, is the employee closely connected with anyone who has complained of discrimination (e.g., spouse, brother, etc.)?</mark>

- <mark>HR is not aware of any such connection.</mark>

---

Current Supervisor: Swagata            Previous Supervisor: Abhishek Srivastava

Last Performance Review Date:  FY 16    Most Recent Rank:  C

Performance Rank (Previous 2 years):  Rank: C   Rank: NA

Last Disciplinary Action (Reason):  NA

Type of Action: ❑Verbal, ❑Letter, ❑PIP        Date of Action: (From) _____ (To) _____

---

Last Leave (Reason): No Leave records

Type: ❑STD    ❑LTD    ❑WkCmp    ❑FMLA    ❑Unpaid    ❑Other Sick Leaves
Leave Dates:

---

Name of person(s) having the Termination discussion with the employee:  Pon Pandian

**Remember: Collect all TCS and/or client assets from the employee at termination.**

PLEASE SEND THIS COMPLETED FORM TO: Ashok Seetharaman and Rebecca Hirschklau with a copy to: Jeevak Sharma and Dana Dagosta and your HR Talent Engagement Manager.

Attorneys' Eyes Only                                                                                                                      TCSLTD008172527