# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER SLAIGHT, ET. AL,**<br>Plaintiffs,<br>vs.<br>**TATA CONSULTANCY SERVICES, LTD,**<br>Defendant. | CASE NO. 15-cv-01696-YGR<br>**PRETRIAL ORDER NO. 7 RE FAILURE TO FILE A JOINT STATEMENT**<br>Re: Dkt. Nos. 608, 609 |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Docket Entry Numbers 608 and 609 are hereby stricken for failure to comply with this Court's Pretrial Order No. 3 (Dkt. No. 591). By 2:00 p.m. Pacific Time, the parties shall comply with the Court's Order and file a Joint Statement listing the issues to be discussed at tomorrow's conference. The joint statement shall not exceed four pages in length.

**IT IS SO ORDERED.**

Dated: October 25, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**