UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: <u>November 5 , 2018</u>

**JURY TRIAL MINUTES**

Case No.   15-cv-01696-YGR                              Case Name:  Slaight <u>v. Tata Consultancy Services, Ltd</u>

Time:  <u>8:00 am-8:09am; 8:19am-8:22am; 8:27am-9:57am; 10:13am-12:00pm; 12:20pm-1:36pm.</u>

**The Honorable Yvonne Gonzalez Rogers**

**Clerk**:  Frances Stone                                    **Court Reporter: DIANE SKILLMAN**

**COUNSEL FOR PLTF**:

Daniel Kotchen , Michael von Klemperer ,
Amy Roller; Daniel Low, Lindsey Grunert
Michael Brown;  Representatives: Christopher
Slaight; Seyed Amir Masoudi and Nobel Mandili

**COUNSEL FOR DEFT**:

Bernard Given and Michelle LaMar , Erin Smith, Terry Garnett,
Madhay Anchan, General Counsel for Tata;  representative: Balagi Ganapathy;
Tech. staff: Armando Aquino

Voir Dire Began: 11/2/18

 Trial to Begin:  11/5/18                              Further Trial:   **TUESDAY, 11/6/2018 AT 8:30AM**

 **JURY TRIAL**

**PROCEEDINGS:**

Case called. Discussion with counsel. Recess. Discussion with counsel. Recess. Jury enters courtroom. Court INSTRUCTS THE JURY- Preliminary Instructions for the case.  Plaintiff attorney Daniel Kotchen OPENING Statement. Defense attorney Bernard Given OPENING statement.  RECESS.  Jury enters courtrdoom.  Plaintiff attorney Daniel Low calls **witness David Neumark Ph.D** for Direct.  Defendant attorney Bernard Given cross of witness David Neumark. Plaintiff attorney Low redirect of witness Neumark, Defendant attorney Given re-cross of witness Neumark. Plaintiff attorney Lindsey Grunert reads **deposition excerpts of Depositions of Umesh Kumar dated 1/27/16 and dated 1/25/17** with assistance of  Plaintiff attorney Amy Roller as to reading excerpts.

CONTINUED ON PAGE TWO

PAGE TWO
**JURY TRIAL MINUTES**

Case No.  15-cv-01696-YGR                              Case Name:  Slaight v. Tata Consultancy Services, Ltd

Date:  November 5 , 2018

PROCEEDINGS: Plaintiff attorney Lindsey Grunert reads **deposition excerpts of Amit Jindal** dated 2/26/16 with assistance of Plaintiff attorney Amy Roller as to reading excerpts. Plaintiff attorney Grunert reads **deposition excerpts of the 3/17/16 Deposition of Balagi Ganapathy** with assistance of plaintiff attorney Low as to reading excerpts. Plaintiff counsel Daniel Kotchen **calls witness Balagi Ganapathy for DIRECT**. RECESS FOR JURY FOR THE DAY. Discussion with counsel. RECESS FOR COUNSEL FOR THE DAY, Further Jury trial Tuesday 11/6/18 at 8:30am for Jury; COUNSEL TO BE PRESENT AT 8:00AM.

**EXHIBITS ADMITTED IN EVIDENCE: Plaintiff exhibits 583B; 583A; 581A, 1214, 1208, 1201, 561,566. 554-2 and 655-2**