1  DANIEL LOW, SBN 218387
   dlow@kotchen.com
2  DANIEL KOTCHEN (*pro hac vice*)
   dkotchen@kotchen.com
3  MICHAEL von KLEMPERER (*pro hac vice*)
   MvK@kotchen.com
4  LINDSEY GRUNERT (*pro hac vice*)
   lgrunert@kotchen.com
5  AMY ROLLER (*pro hac vice*)
   aroller@kotchen.com
6  KOTCHEN & LOW LLP
   1745 Kalorama Road NW, Suite 101
7  Washington, DC 20009
   Telephone: 202.471.1995
8
   *Attorneys for Plaintiffs and the Class*
9

10                    **UNITED STATES DISTRICT COURT**

11                  **NORTHERN DISTRICT OF CALIFORNIA**

                          **OAKLAND DIVISION**
12

13   CHRISTOPHER SLAIGHT, et al.,          | Case No. 4:15-cv-01696-YGR (SK)

14                        Plaintiffs,        **CLASS ACTION**

15         v.
                                            **PLAINTIFFS' TRIAL RELATED TRANSCRIPT**
16   TATA CONSULTANCY SERVICES, LTD.,       **FOR VIDEO DEPOSITION**

17                        Defendant.         Complaint Filed:  April 14, 2015
                                             Trial Date: November 5, 2018
18

19

20

21

22

23

24

25

26

27

28

1      Pursuant to the Court's Pretrial Order No. 1 (Dkt. #431), Plaintiffs hereby submit as exhibit

2  A a copy of the portions of the deposition transcript of Nasser Nahshal shown today in Court.

3

4

5

6  Dated:  November 8, 2018                Respectfully submitted,

7                             By:  /s/ Daniel Kotchen
                              Daniel Kotchen (*pro hac vice*)

8                             Daniel Low (SBN 218387)
                              Michael von Klemperer (*pro hac vice*)

9                             Lindsey Grunert (*pro hac vice*)
                              Amy Roller (*pro hac vice*)

10                            KOTCHEN & LOW LLP

11                            *Attorneys for Plaintiffs and the Class*

12

13                          **CERTIFICATE OF SERVICE**

14     I hereby certify that a true and correct copy of the foregoing was served on all counsel of

15 record by electronic service through the Clerk of the Court's CM/ECF filing system.

16

17 Dated: November 8, 2018                By: /s/Daniel Kotchen
                                  Daniel Kotchen

18

19

20

21

22

23

24

25

26

27

28

1