**FILED**

NOV 28 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SLAIGHT, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> TATA CONSULTANCY SERVICES, LTD, <br><br> Defendant. | CASE NO. 15-cv-01696-YGR <br><br> **CLASS ACTION** <br> **SPECIAL VERDICT FORM** |

**WE, THE JURY IN THE ABOVE-ENTITLED CASE,** unanimously render the following verdicts in accordance with the instructions provided by the Court:

Did plaintiffs prove by a preponderance of the evidence that defendant Tata Consultancy Services, Ltd engaged in a pattern or practice of intentionally discriminating against:

1. non-South Asian employees on the basis of race who were benched and then terminated?

    _____ Yes     __X__ No

2. non-Indian employees on the basis of national origin who were benched and then terminated?

    _____ Yes     __X__ No

Please sign and date this verdict form, then return to the Court.

Dated: 11/28/18

9
_____
FOREPERSON NUMBER

_____
FOREPERSON SIGNATURE

VERDICT FORM                                                        NO. 4:15-CV-01696-YGR (SK)