4:15-CV-1696-YGR


Slaight et al. v Tata Consultancy Services Inc.


# JURY NOTES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Case Number :4:15-cv-1696-YGR**

**Case Name :**
Christopher Slaight, et al. v Tata Consultancy Services Inc.

THE JURY HAS REACHED A UNANIMOUS VERDICT [ ✗ ]

    Date:        11/26/18

    Time:        3:10

_____
Andy Jesmok
Jury Foreperson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

NOV 28 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Case Number :4:15-cv-1696-YGR**

**Case Name :**
 Christopher Slaight, et al. v Tata Consultancy Services Inc.

THE JURY REQUEST THE FOLLOWING:

Date:    11/28/18

Time:    10:00

Francis,

Can we please get more flip charts?
Thanks!

_Andy Resinik_
Jury Foreperson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

NOV 2 7 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Case Number : 4:15-cv-1696-YGR**

**Case Name :**
 Christopher Slaight, et al. v Tata Consultancy Services Inc.

THE JURY REQUEST THE FOLLOWING:

Date:    11/27/18

Time:    4:00 p.m.

*We will be back 8:30 a.m - 4:00 p.m*

*tomorrow*

Jury Foreperson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

NOV 27 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Case Number :4:15-cv-1696-YGR**

**Case Name :**
 Christopher Slaight, et al. v Tata Consultancy Services Inc.

THE JURY REQUEST THE FOLLOWING:

Date: _11·27_

Time: _2·10_

May we please have
Marking pens — Sharpies

_____
Jury Foreperson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

NOV 27 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number :4:15-cv-1696-YGR

Case Name :
 Christopher Slaight, et al. v Tata Consultancy Services Inc.

THE JURY REQUEST THE FOLLOWING:

Date: 11·27

Time: 1:07 pm

May we please have a copy of the second Summons dated Nov. 2nd — Dec. 5th for jury Service.

LISA GIACOSA
MARI HENMI
RON PEREZ

_____
Jury Foreperson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

NOV 2 7 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number : 4:15-cv-1696-YGR

Case Name :
Christopher Slaight, et al. v Tata Consultancy Services Inc.

THE JURY HAS REACHED A UNANIMOUS VERDICT [      ]

Date: 11/27/18

Time: 12:53

Andy Jesmok
Jury Foreperson

1st break @ how

d start deliberation @ 1:20

@ leave for home @ 4pm

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**JUROR QUESTION**



RECEIVED

NOV 16 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CASE NAME:  CHRISTOPHER SLAIGHT, ET AL. V TATA CONSULTANCY SERVICES, INC.

CASE NUMBER: 15-CV-01696-YGR          Juror 9

A question for the witness may be submitted to the Court through the Clerk during a recess or at the close of testimony.  The Court will decide whether it is appropriate to ask the question.  If it is not asked, do not speculate as to the reasons for the decision.

As a talent engagement partner, do you serve as the HR (in your area) representative/contact for both local and ex-pat employees? Is there any separate structure/HR resources for expats and locals?

Date Received: 11/16/2018

Time Received: 10:42am

**RECEIVED**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUROR QUESTION

NOV 15 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CASE NAME: CHRISTOPHER SLAIGHT, ET AL. V TATA CONSULTANCY SERVICES, INC.

CASE NUMBER: 15-CV-01696-YGR

A question for the witness may be submitted to the Court through the Clerk during a recess or at the close of testimony. The Court will decide whether it is appropriate to ask the question. If it is not asked, do not speculate as to the reasons for the decision.

What is the retention rate of All employees at TCS ~~[crossed out]~~ the retention rate of locals in the USA.

Does the attrition reports for locals in the USA reflect the retention rates for locals in the USA

What is the retention rate of locals + average number of years they have worked ē company in comparison to actual number of local TCS employees in ~~[crossed out]~~ 2011 vs. 2016.

(This is in regards to Ganapathy's testimony stating that the goal for TCS ~~[crossed out]~~ is to increase longevity + retention)

| | |
|---|---|
| Date Received: | 11/15/2018 |
| Time Received: | 11:34 AM |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUROR QUESTION

#1

RECEIVED

NOV 1 4 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CASE NAME: CHRISTOPHER SLAIGHT, ET AL. V TATA CONSULTANCY SERVICES, INC.

CASE NUMBER: 15-CV-01696-YGR

A question for the witness may be submitted to the Court through the Clerk during a recess or at the close of testimony. The Court will decide whether it is appropriate to ask the question. If it is not asked, do not speculate as to the reasons for the decision.

How many people are being represented in the case against TCS?

Date Received: 9:39 AM

Time Received: 11/14/2018

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUROR QUESTION

RECEIVED

NOV 14 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CASE NAME: CHRISTOPHER SLAIGHT, ET AL. V TATA CONSULTANCY SERVICES, INC.

CASE NUMBER: 15-CV-01696-YGR

A question for the witness may be submitted to the Court through the Clerk during a recess or at the close of testimony. The Court will decide whether it is appropriate to ask the question. If it is not asked, do not speculate as to the reasons for the decision.

Can you define "requestor" on exhibit 617?
Is the requestor a TCS employee, or does that reflect the client's request?

Juror 9

Date Received: 9:39 AM

Time Received: 11/14/2018

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**JUROR QUESTION**

CASE NAME: CHRISTOPHER SLAIGHT, ET AL. V TATA CONSULTANCY SERVICES, INC.

CASE NUMBER: 15-CV-01696-YGR

A question for the witness may be submitted to the Court through the Clerk during a recess or at the close of testimony. The Court will decide whether it is appropriate to ask the question. If it is not asked, do not speculate as to the reasons for the decision.

How does the witness know her ~~co-workers~~ co-workers were "Joking" around if they were speaking a different language?

Juror #4

Date Received: 11/13/2018.

Time Received: 12:05

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUROR QUESTION

RECEIVED

NOV 13 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CASE NAME: CHRISTOPHER SLAIGHT, ET AL. V TATA CONSULTANCY SERVICES, INC.

CASE NUMBER: 15-CV-01696-YGR

A question for the witness may be submitted to the Court through the Clerk during a recess or at the close of testimony.  The Court will decide whether it is appropriate to ask the question.  If it is not asked, do not speculate as to the reasons for the decision.

Please explain the timeframe witness accepted job w Freddie mae, was given a sworn #, accepted the 50% pay cut, moved to VA & when he was terminated - what were his job duties?

Juror # 4

Date Received: 11/13/2018

Time Received: 9:10 AM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUROR QUESTION

**RECEIVED**

NOV 0 8 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CASE NAME: CHRISTOPHER SLAIGHT, ET AL. V TATA CONSULTANCY SERVICES, INC.

CASE NUMBER: 15-CV-01696-YGR

A question for the witness may be submitted to the Court through the Clerk during a recess or at the close of testimony.  The Court will decide whether it is appropriate to ask the question.  If it is not asked, do not speculate as to the reasons for the decision.

Is it okay to disregard all video depositions bc I don't know what is happening on the other side. I don't know if the Interviewer is coaching the witness & I am not seeing the entire video, The video is cut & edited. How am I supposed to know if these videos hold any truth?

Juror #4

Date Received: _____

Time Received: _____

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUROR QUESTION

**RECEIVED**

NOV 0 8 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CASE NAME: CHRISTOPHER SLAIGHT, ET AL. V TATA CONSULTANCY SERVICES, INC.

CASE NUMBER: 15-CV-01696-YGR

A question for the witness may be submitted to the Court through the Clerk during a recess or at the close of testimony. The Court will decide whether it is appropriate to ask the question. If it is not asked, do not speculate as to the reasons for the decision.

Have the ~~witness~~ witnesses for today 11/8 been BA's or locals?

Date Received: 11/8/2018

Time Received: 2:55

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUROR QUESTION

**RECEIVED**

NOV 0 8 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CASE NAME: CHRISTOPHER SLAIGHT, ET AL. V TATA CONSULTANCY SERVICES, INC.

CASE NUMBER:15-CV-01696-YGR

A question for the witness may be submitted to the Court through the Clerk during a recess or at the close of testimony. The Court will decide whether it is appropriate to ask the question. If it is not asked, do not speculate as to the reasons for the decision.

From juror #7
Sitting in the back row makes it difficult to
see the screen. If there are prolonged items on
the screen; can I sit in front?

Date Received: _12:55_

Time Received: _____ on 11/8/18

**RECEIVED**

UNITED STATES DISTRICT COURT

NOV 08 2018

NORTHERN DISTRICT OF CALIFORNIA

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

JUROR QUESTION

CASE NAME: CHRISTOPHER SLAIGHT, ET AL. V TATA CONSULTANCY SERVICES, INC.

CASE NUMBER: 15-CV-01696-YGR

A question for the witness may be submitted to the Court through the Clerk during a recess or at the close of testimony. The Court will decide whether it is appropriate to ask the question. If it is not asked, do not speculate as to the reasons for the decision.

1.) What is the termination process?

2.) Aside from being unallocated, to what extent can lead to a termination @ TATA?

3.) How many chances is an employee allowed to make mistakes before termination?

Date Received: 11/8/18

Time Received: 12:55

JUROR # 3

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### JUROR QUESTION



CASE NAME: CHRISTOPHER SLAIGHT, ET AL. V TATA CONSULTANCY SERVICES, INC.

CASE NUMBER: 15-CV-01696-YGR

A question for the witness may be submitted to the Court through the Clerk during a recess or at the close of testimony. The Court will decide whether it is appropriate to ask the question. If it is not asked, do not speculate as to the reasons for the decision.

During Mr. Masoudi's time at apple, did he report his experience w/ HR and what actions were taken?

Date Received: 11/7/18

Time Received: _____

Juror #3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUROR QUESTION



RECEIVED

NOV 07 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CASE NAME: CHRISTOPHER SLAIGHT, ET AL. V TATA CONSULTANCY SERVICES, INC.

CASE NUMBER: 15-CV-01696-YGR

A question for the witness may be submitted to the Court through the Clerk during a recess or at the close of testimony. The Court will decide whether it is appropriate to ask the question. If it is not asked, do not speculate as to the reasons for the decision.

---

Exhibit 2331

Before this lawsuit is there a count kept of how many discrimination/harrassment complaints were filed and what were the outcomes? from 2011-2017

& How many were complaints from locals vs complaints from expats?

& How many locals have been fired from these cases vs how many expats? from TCS

→ & do the expats actually get fired from TCS or just TCS in USA or just the account?

Juror # 4

Date Received: _____

Time Received: _____



**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**JUROR QUESTION**

CASE NAME: CHRISTOPHER SLAIGHT, ET AL. V TATA CONSULTANCY SERVICES, INC.

CASE NUMBER: 15-CV-01696-YGR

A question for the witness may be submitted to the Court through the Clerk during a recess or at the close of testimony.  The Court will decide whether it is appropriate to ask the question.  If it is not asked, do not speculate as to the reasons for the decision.

Did Amir escalate his (TCS) managers behavior to anyone like HR?

& if so what was the outcome.

bc earlier in the day TCS has a zero harrassment policy

Was Amir aware of this policy at this at time of hire?

- was if Amir was aware why did he not escalate?

Juror #4

Date Received: _____

Time Received: _____

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUROR QUESTION

RECEIVED

NOV 07 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CASE NAME: CHRISTOPHER SLAIGHT, ET AL. V TATA CONSULTANCY SERVICES, INC.

CASE NUMBER: 15-CV-01696-YGR

A question for the witness may be submitted to the Court through the Clerk during a recess or at the close of testimony. The Court will decide whether it is appropriate to ask the question. If it is not asked, do not speculate as to the reasons for the decision.

In exhibit 533-1
How many people or % in the excel spreadsheet (that were unallocated & or fired) are BA's & how many are locals?

Is it to be assumed that BA's are always included into the "locals" category?

Juror #4  Mari Henmi

Date Received: 11/7/2018
Time Received: 9:44 AM.

**RECEIVED**

NOV 0 7 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Can I see the last piece of evidence?

Juror # 3
9:44 am
11/7/2018

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUROR QUESTION

CASE NAME: CHRISTOPHER SLAIGHT, ET AL. V TATA CONSULTANCY SERVICES, INC.

CASE NUMBER:15-CV-01696-YGR

A question for the witness may be submitted to the Court through the Clerk during a recess or at the close of testimony. The Court will decide whether it is appropriate to ask the question. If it is not asked, do not speculate as to the reasons for the decision.

Juror # 1

are the different visa's limited to certain regions in the U.S.? Silly question but that's how I understood it.

(

Are the visa ready expats in India mapped for specific jobs before requesting them for travel to the U.S. or are they sent then mapped?

Date Received: 11/7/2018

Time Received: 10:22 AM

What is the salary difference between Expats from India vs. locals hired of same job skills?

Are expat employees of TCA cheaper to employ in US than locals?

I.e. like benefits same? etc.

**RECEIVED**

NOV 07 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Juror #4

Mari Henmi

11-7-18
10:01 Am

RECEIVED

NOV 07 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

juror #3

11/7/18

How many leadership directives policies are in place and what are they?

What is the process for mapping? What is a priority? Is it clients preference then employee skillset, ets.?

What are common restrictions placed on locals for particular projects? For example, expats, their visas restrict them.

How many chances are each individual given when being considered for particular projects?

Are benefits & wages the same for localse & expats for the same project as well as when they are unallocated?