UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: **November 28 , 2018**

**JURY TRIAL MINUTES**

Case No.  15-cv-01696-YGR                       Case Name:  Slaight v. Tata Consultancy Services, Ltd

Time: Jury Deliberation: 8:30am-12:00pm; 12:30pm-3:44pm . In court time: 3:34pm-3:40pm

Counsel time: 1:20pm-1:25pm; 3:40pm-3:45pm; 4:14pm-4:30pm

**The Honorable Yvonne Gonzalez Rogers**

**Clerk**:  Frances Stone                                **Court Reporter:** DIANE SKILLMAN

**COUNSEL FOR PLTF**:

Daniel Kotchen , Michael von Klemperer ,
Amy Roller; Daniel Low, Lindsey Grunert, Michael Brown

**COUNSEL FOR DEFT**:

Bernard Given, Terry Garnett, Erin Smith, Michelle LaMar ;  Laurie Hepler;  representative: Balagi Ganapathy

Voir Dire Began: 11/2/18

 Trial  Began:  11/5/2018                **Trial Completed: 11/28/18**

 **JURY TRIAL**

**PROCEEDINGS:**

Further Jury Deliberations.

Discussion with counsel off the record.  Note from Jury that verdict reached.

Jury enters courtroom. Verdict read.  Jury polled. Verdict file stamped Unanimous.

Jury thanked and discharged.

Discussion with counsel. Defense counsel withdraws Administrative motion at Dkt. No. 669. Recess.

Discussion with counsel. Counsel will confer and file a stipulation and proposed order as to a briefing

Schedule for post-trial motions in consideration of the upcoming holidays.

 Defendant will prepare a form and judgment

and submit to plaintiff counsel for approval as to form and then file the judgment with the Court.

**RECESS. TRIAL COMPLETED.**