UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER SLAIGHT, ET AL.,**<br><br>   Plaintiffs,<br><br>   vs.<br><br>**TATA CONSULTANCY SERVICES, LTD,**<br><br>   Defendant. | CASE NO. 15-cv-01696-YGR<br><br>**PARTIAL JUDGMENT** |

This class action was tried by a jury beginning on November 5, 2018, the Honorable Yvonne Gonzalez Rogers presiding. Loeb & Loeb LLP represented defendant Tata Consultancy Services, Ltd. ("TCS"). Kotchen & Low LLP represented the named plaintiffs Christopher Slaight, Seyed Amir Masoudi, and Nobel Mandili (the "Named Plaintiffs") and the following certified class:

> All individuals who are not of South Asian race or Indian national origin who were employed by Tata Consultancy Services, Ltd. in the United States, were subject to a policy or practice of benching and allocation, were placed in an unallocated status and were terminated between April 14, 2011 and December 27, 2017, and who are not bound by an arbitration agreement with TCS.

On November 28, 2018, the nine-member jury rendered a unanimous verdict in favor of defendant TCS as follows:

Did plaintiffs prove by a preponderance of the evidence that defendant Tata Consultancy Services, Ltd. engaged in a pattern or practice of intentionally discriminating against:

1. non-South Asian employees on the basis of race who were benched and then terminated?

   ____ Yes      __**X**__ No

2. non-Indian employees on the basis of national origin who were benched and then terminated?

   ____ Yes      __**X**__ No

1    In this case, the Named Plaintiffs elected to proceed on their individual claims in this trial.
2    Accordingly, **IT IS HEREBY ADJUDGED** that TCS has prevailed and the Named Plaintiffs and the
3    class shall take nothing against TCS.
4    There being no just reason for delay, **THE CLERK SHALL ENTER** this Judgment forthwith.
5    The verdict disposed of the case between the parties referenced above. Only the individual private
6    claim of plaintiff Brian Buchanan against TCS remains. (*See* Dkt. 412).
7    **IT IS SO ORDERED.**

9    Dated: December 18, 2018

          **YVONNE GONZALEZ ROGERS**
          **UNITED STATES DISTRICT COURT JUDGE**