| | |
|---|---|
| 1 | MICHELLE M. LA MAR (SBN 163038) |
| | mlamar@loeb.com |
| 2 | TERRY GARNETT (SBN 151212) |
| | tgarnett@loeb.com |
| 3 | ERIN M. SMITH (SBN 235039) |
| | esmith@loeb.com |
| 4 | LOEB & LOEB LLP |
| | 10100 Santa Monica Blvd., Suite 2200 |
| 5 | Los Angeles, CA 90067 |
| | Telephone: 310.282.2000 |
| 6 | Facsimile: 310.282.2200 |

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| BRIAN BUCHANAN | Case No.: 4:15-cv-01696-YGR |
| Plaintiffs, | Assigned to Hon. Yvonne Gonzalez Rogers |
| v. | **NOTICE OF TRIAL CALENDARS** |
| TATA CONSULTANCY SERVICES, LTD., | |
| Defendant. | Complaint Filed:  January 8, 2018 |
| | Trial Date:  TBD |

Pursuant to the Court's request [Dkt No. 684], Defendant Tata Consultancy Services, Ltd. provides the Trial Schedule and Conflicts for all attorneys currently assigned to the *Brian Buchanan v. Tata Consultancy Services, Ltd.* matter, Case No. 4:15-cv-01696-YGR:

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

17223595.1
205625-10015

NOTICE OF TRIAL CALENDARS

| | | |
|---|---|---|
| Terry D. Garnett: | | No trial conflict; Speaking engagement in New Delhi, India February 10-19, 2019 |
| Michelle M. La Mar: | | Trial: *Brockman v. Walker*, LASC Case No. BC678368 April 4, 2019 – (3 day trial and likely to be reset); Speaking engagement in New Delhi, India February 10-19, 2019 |
| Erin M. Smith: | | Arbitration, American Arbitration Association: *Longarzo v. Alcon Television Group, LLC, et al.,* Case No.: 01-17-0006-7271, Arbitrator, Cynthia Gitt – (5 day arbitration currently scheduled to begin January 14, 2019. The parties have stipulated to a continuance to a date to be determined which will be confirmed by the January 7, 2019 Trial Setting Conference); Traveling out of the country April 15-22, 2019 |
| Bradley J. Raboin: | | Speaking engagement in New Delhi, India February 10-19, 2019 |

Please note that the parties have agreed to a mediation before Kimberly Sheffield Deck on February 4, 2019.

Respectfully Submitted,

Dated:   December 27, 2018

LOEB & LOEB LLP
MICHELLE M. LA MAR
TERRY GARNETT
ERIN M. SMITH

By: /s/ *Michelle M. La Mar*
Michelle M. La Mar
Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

17223595.1
205625-10015

NOTICE OF TRIAL CALENDARS

Case 4:15-cv-01696-YGR   Document 689   Filed 12/27/18   Page 3 of 3

## PROOF OF SERVICE

I, Davonna Brockman, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause. My business address is 10100 Santa Monica Blvd., Suite 2200, Los Angeles, CA 90067.

On December 27, 2018, I served a true copy of the Notice of Trial Calendars on the parties in this cause as follows:

☑  (VIA EMAIL) I caused the transmission of the above-named document(s) to the email address set forth below, or on the attached service list

Daniel Low, Esq.
Daniel Kotchen, Esq.
Michael von Klemperer, Esq.
Lindsey Grunert, Esq.
Kotchen & Low LLP
1745 Kalorama Rd., N.W., Suite 101
Washington, D.C. 20009

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 27, 2018, at Los Angeles, California.

/s/ Davonna Brockman
Davonna Brockman

17223595.1
205625-10015