# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN BUCHANAN,** | CASE NO. 15-cv-01696-YGR |
| Plaintiff, | |
| vs. | **PRETRIAL ORDER** |
| **TATA CONSULTANCY SERVICES, LTD,** | |
| Defendant. | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

As noted during the January 7, 2019 scheduling conference, the Court hereby sets the following trial and pretrial dates:

### PRETRIAL SCHEDULE

| | |
|---|---|
| COMPLIANCE HEARING: | Friday, March 8, 2019 at 9:01 a.m. |
| PRETRIAL CONFERENCE: | April 5, 2019 at 9:00 a.m. |
| TRIAL DATE: | Monday, April 29, 2019 at 8:30 a.m. for Jury Trial |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference, and the parties shall file a joint Pretrial Conference Statement fourteen (14) days prior to the Pretrial Conference. The compliance hearing on Friday, March 8, 2019 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith.  The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.  Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page **JOINT STATEMENT** confirming they have complied with this requirement or explaining their failure to comply.  If compliance is complete, the parties need not

appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: January 9, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**