MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
TERRY D. GARNETT (SBN 151212)
tgarnett@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
TATA CONSULTANCY SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER SLAIGHT, et al.,

Plaintiffs,

v.

TATA CONSULTANCY SERVICES, LTD.,

Defendant.

Case No.: 4:15-cv-01696-YGR

Assigned to Hon. Yvonne Gonzalez Rogers

**DECLARATION OF ERIN M. SMITH IN SUPPORT OF TATA CONSULTANCY SERVICES, LTD.'S OPPOSITION TO PLAINTIFFS' MOTION FOR A NEW TRIAL**

Date: February 19, 2018
Time: 2:00 p.m.
Ctrm: 1

I, Erin M. Smith, declare as follows:

I am an attorney at the law firm of Loeb & Loeb LLP, counsel of record for defendant Tata Consultancy Services, Ltd. ("TCS"). I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would testify competently to such facts under oath.

1. Attached hereto as Exhibit A are true and correct experts from the trial transcripts for proceedings held during the trial in this matter on November 5, 2018 through November 8, 2018, November 13, 2018 through November 17, 2018 and November 26, 2018 through November 28, 2018.

2. Attached hereto as Exhibit B is a true and correct copy of Defendant's Trial Exhibit No. 2072.

3. Attached hereto as Exhibit C is a true and correct copy of Plaintiff's Trial Exhibit No. 841.

4. Attached hereto as Exhibit D is a true and correct copy of Plaintiffs' Trial Exhibit No. 1208.

5. Attached hereto as Exhibit E is a true and correct copy Defendant's Trial Exhibit No. 3404.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of January, 2019, at Los Angeles, California.

*/s/ Erin M. Smith*
Erin M. Smith

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system on January 29, 2019.

Dated: January 29, 2019

/s/ *Michelle M. La Mar*
Michelle M. La Mar