| | |
|---|---|
| DANIEL LOW, SBN 218387<br>dlow@kotchen.com<br>DANIEL KOTCHEN (*pro hac vice*)<br>dkotchen@kotchen.com<br>MICHAEL von KLEMPERER (*pro hac vice*)<br>MvK@kotchen.com<br>LINDSEY GRUNERT (*pro hac vice*)<br>lgrunert@kotchen.com<br>AMY ROLLER (*pro hac vice*)<br>aroller@kotchen.com<br>KOTCHEN & LOW LLP<br>1745 Kalorama Road NW, Suite 101<br>Washington, DC 20009<br>Telephone: 202.471.1995<br><br>*Attorneys for Plaintiff and the Class* | MICHELLE M. LA MAR (SBN 163038)<br>mlamar@loeb.com<br>TERRY D. GARNETT (SBN 151212)<br>tgarnett@loeb.com<br>ERIN M. SMITH (SBN 235039)<br>esmith@loeb.com<br>LOEB & LOEB LLP<br>10100 Santa Monica Blvd., Suite 2200<br>Los Angeles, CA 90067<br>Telephone: 310.282.2000<br>Facsimile: 310.282.2200<br><br>*Attorneys for Defendant Tata Consultancy Services Ltd.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRIAN BUCHANAN,<br><br>Plaintiff,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>Assigned to Hon. Yvonne Gonzalez Rogers<br><br>**JOINT STATEMENT REGARDING SETTLEMENT AND JOINT REQUEST TO EXTEND COMPLIANCE HEARING TO APRIL 12, 2019;** [PROPOSED] **ORDER**<br><br>**\*As Modified by the Court\***<br><br>**CLASS ACTION**<br><br>Hearing Date: April 5, 2019 |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

17581827.1
205625-10015

STATEMENT AND STIP AND [PROPOSED]
ORDER RE COMPLIANCE HEARING DATE
CASE NO.: 4:15-CV-01696-YGR

Pursuant to the Court's Order Vacating Date and Setting Compliance Hearing (Dkt. No. 714), the parties submit this Joint Statement regarding settlement of the above-captioned matter, as well as settlement of the class action, *Slaight et al. vs. Tata Consultancy Services, Ltd.,* Case No. 4:15-cv-01696-YGR.

Since informing the Court of the settlement-in-principle (Dkt. No. 711), the parties have been working diligently to prepare the necessary settlement documentation. The settlement in principle is global, and resolves not only the Buchanan action and the class action pending before this Court, but also includes settlement of a case pending in the United States District Court for the District of New Jersey, as well as settlement of numerous arbitrations and EEOC charges. The parties anticipate that they will complete the settlement agreement by April 12, 2019. Accordingly, the parties respectfully request that the Court extend the compliance hearing from April 5, 2019 to April 12, 2019.

Dated: March, 29, 2019        KOTCHEN & LOW LLP

By:    */s/Daniel Kotchen*
      Daniel Kotchen
      *Attorney for Plaintiffs and the Class*

LOEB & LOEB LLP

By:    */s/ Michelle La Mar*
      Michelle La Mar
      *Attorney for Tata Consultancy Services, Ltd.*

The Court **CONTINUES** the compliance hearing currently scheduled for April 5, 2019 to **Friday, April 19, 2019**.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: April 3, 2019

_____
Honorable Yvonne Gonzales Rogers
United States District Judge

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

17581827.1
205625-10015

1

STATEMENT AND STIP AND [PROPOSED]
ORDER RE COMPLIANCE HEARING DATE
CASE NO.: 4:15-CV-01696-YGR