| | |
|---|---|
| MICHELLE M. LA MAR (SBN 163038) | DANIEL LOW (SBN 218387) |
| mlamar@loeb.com | dlow@kotchen.com |
| TERRY D. GARNETT (SBN 151212) | DANIEL KOTCHEN (*pro hac vice*) |
| tgarnett@loeb.com | dkotchen@kotchen.com |
| PATRICK N. DOWNES (SBN 186461) | MICHAEL von KLEMPERER (*pro hac vice*) |
| pdownes@loeb.com | mvk@kotchen.com |
| ERIN M. SMITH (SBN 235039) | LINDSEY GRUNERT (*pro hac vice*) |
| esmith@loeb.com | lgrunert@kotchen.com |
| LOEB & LOEB LLP | AMY ROLLER (*pro hac vice*) |
| 10100 Santa Monica Blvd., Suite 2200 | aroller@kotchen.com |
| Los Angeles, CA  90067 | KOTCHEN & LOW LLP |
| Telephone: 310.282.2000 | 1745 Kalorama Road NW, Suite 101 |
| Facsimile: 310.282.2200 | Washington, DC 20009 |
| | Telephone: 202.471.1995 |
| *Attorneys for Defendant Tata Consultancy Services Ltd.* | *Attorneys for Plaintiff Buchanan* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| BRIAN BUCHANAN,<br><br>         Plaintiff,<br><br>    v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>         Defendant. | Case No.: 4:15-cv-01696-YGR<br><br>**JOINT COMPLIANCE STATEMENT**<br><br>Complaint Filed:  April 14, 2015 |

## JOINT COMPLIANCE STATEMENT

A compliance hearing is currently scheduled for July 12, 2019 in *Buchanan v. Tata Consultancy Services, Ltd*. Dkt. #724. The parties continue to work on finalizing the settlement agreement. Accordingly, the parties request that the Court vacate the July 12 compliance hearing and reschedule it for July 19.

Dated:  July 3, 2019                                          By:  /s/ Daniel Kotchen
                                                                            Daniel Low (SBN 218387)
                                                                            Daniel Kotchen (*pro hac vice*)
                                                                            Michael von Klemperer (*pro hac vice*)
                                                                            Lindsey Grunert (*pro hac vice*)
                                                                            KOTCHEN & LOW LLP
                                                                           *Attorneys for Plaintiff Buchanan*

Dated: July 3, 2019                                           By: /s/ Terry D. Garnett
                                                                            Michelle M. La Mar
                                                                            Terry D. Garnett
                                                                            Patrick N. Downes
                                                                            Erin M. Smith
                                                                            LOEB & LOEB LLP
                                                                           *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system today.

Dated: July 3, 2019                              By: /s/ Terry D. Garnett
                                                         Terry D. Garnett