# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER SLAIGHT, ET AL.,** *on behalf of themselves and the class,*<br><br>    Plaintiffs,<br><br>  vs.<br><br>**TATA CONSULTANCY SERVICES, LTD,**<br><br>    Defendant.<br><br>**BRIAN BUCHANAN,**<br><br>    Plaintiff,<br><br>  vs.<br><br>**TATA CONSULTANCY SERVICES, LTD,**<br><br>    Defendant. | CASE NO. 15-cv-01696-YGR<br><br>**ORDER CLOSING CASE** |

On November 28, 2018, following a twelve-day trial, a jury rendered a unanimous verdict in favor of the defendant in the above-captioned class action. (*See* Dkt. No. 673.) On December 18, 2018, the Court issued a partial judgment as to the claims of the Named Plaintiffs and class. (Dkt. No. 683.) On August 5, 2019, the Court dismissed remaining claims by plaintiff Brian Buchanan pursuant to a stipulated dismissal. (Dkt. No. 731.) Finally, on August 20, 2019, the Court denied named plaintiffs' motion for a new trial. (Dkt. No. 733.) Accordingly, the Court instructs the clerk to close the case.

**IT IS SO ORDERED.**

Dated:  September 13, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**