UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 01 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTOPHER SLAIGHT; et al.,<br><br>        Plaintiffs - Appellants,<br><br>and<br><br>STEVEN HELDT; BRIAN BUCHANAN,<br><br>        Plaintiffs,<br><br>  v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>        Defendant - Appellee,<br><br>  v.<br><br>APPLE, INC.,<br><br>        Movant. | No. 19-16806<br><br>D.C. No. 4:15-cv-01696-YGR<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |

The judgment of this Court, entered January 08, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7